COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: John Mamone (J)#    CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez    ATTNY: David Rothman (temp)
AGENT:    VIOL: 18:1962, 1963, 1955, 1956, 1957, 1511, 894, 892
PROCEEDING: Initial Appearance    BOND REC: PTD

FILED by D.C. OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no
BOND SET @
COUNSEL APPOINTED:
CO-SIGNATURES:
SPECIAL CONDITIONS:

Ore tenus M/Unseal Granted

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Advised of charges
temp cnsl present

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10/31 | 10 | Miami Duty |
| (PTD) BOND HEARING: | 10/31 | 10 | " |
| PRELIM/(ARRAIGN.) OR REMOVAL: | 10/31 | 10 | " |
| STATUS CONFERENCE: | | | |

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-083 PG # @ 600 around end

1148 #26