UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO: 00-6309
    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.             **TEMPORARY NOTICE OF APPEARANCE**

_____/



COMES NOW DAVID ROTHMAN, ESQ., and files this temporary appearance as attorney for the above named defendant. Counsel agrees to represent the defendant for the proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court for the Southern District of Florida.

Respectfully submitted,

THORNTON & ROTHMAN, P.A.
200 SOUTH BISCAYNE BLVD.
SUITE 2690
MIAMI, FLORIDA 33131
(305) 358-9000

By: _____
DAVID ROTHMAN
FLORIDA BAR #240273

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was this ___ day of _____, 2000, forwarded to The U.S. Attorney's Office, 299 East Broward Boulevard Fort Lauderdale, Florida 33301.

_____
DAVID ROTHMAN