UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT ? /

| UNITED STATES OF AMERICA | CASE NO. 00-6309-CR-Seitz |
| Plaintiff | |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| John Mamone Defendant | 07803-062 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000

2. Spoken Language: ENGLISH

3. Offense(s) charged: T 18 U.S.C. 1962, 1963, 1955, 1956, 1957, 1511, 892, 893, 894

4. U.S. Citizen    [✓] YES    [ ] NO    [ ] UNKNOWN

5. Date of birth: 6/12/51

6. Type of charging document: (Check One)
   [✓] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309         CASE NO. _____
   DISTRICT: SDF           (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [✓] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 10/30/2000            9. _____
                                      ARRESTING OFFICER
10. AGENCY: FBI               11. _____
                                      PHONE NO.

SCANNED

#83