AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

SOUTHERN DISTRICT OF FLORIDA  517658

UNITED STATES OF AMERICA

V.

JOHN MAMONE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309 CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOHN MAMONE___
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, obstruction of justice, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering conspiracy, money laundering

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1511, 892, 894, 1956(h), 1956, 1957

CLARENCE MADDOX                              COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                       Title of Issuing Officer

_Jenny Butler_                                10/24/00 - Fort Lauderdale, Florida
Signature of Issuing Officer                  Date and Location

                                              BARRY S. SELTZER
Bail fixed at $ _Pre-trial detention_    by   UNITED STATES MAGISTRATE JUDGE
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Ft. Lauderdale, FL |

| DATE RECEIVED<br>10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>Untied States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>10/26/00 | | |

#120