**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _____ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR         Date 10/27/00
Clerk L. Webb               Reporter R. Kaufman
USPO No                     Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg           Defense Counsel _____

Defendant(s): Present ___ Not Present X In Custody ___

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/2

```
[docket 0]                    CIVIL/CRIMINAL                    [wdk/tcxt]
4. Queries                      Docketing


 Docket #    : 0:00-cr-6309                                          BLG
 Short Title: USA              v. Raffa
 Type: cr         Judge: Seitz           Magistrate:
-----------------------------------------------------------------------

-----------------------------------------------------------------------
              Summary of Event that Created the Document

 Filed       Entry Date   Last Update      History ID    Docketed by
 10/27/00    11/1/00      **/**/**         4266734          sp
     +------------------------------------------------------------+
         SEALED DOCUMENT



     +viewing docket text----------------------------------------+
 Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # __149__