UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE No. 00-6309-CR-SEITZ

vs.
JOHN MAMONE

ORDER DENYING REQUEST FOR
PRE-TRIAL DETENTION

_____/

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

✓ Personal Surety, unsecured, in the amount of $500K. Nebbia

___ Personal Surety in the amount of $_____ with ___% posted with the Clerk of the Court.

___ Full Cash in the amount of $_____.

✓ Corporate Surety in the amount of $500K CSB/Nebbia

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
( ) Report to Pretrial Services ___ times/week in person ___ times/week by phone.
( ) Curfew imposed 7 days a week, from ___ to ___ a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or educational program.
(✓) Defendant may travel to _____ in connection with charges pending in that District; otherwise, travel is restricted to SD/Fla.
( ) Stay away from commercial transportation facilities or marinas.
(✓) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: Co-signed wife Grace Mamone, Joe Mamone, Larry Switzer,

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____.

DONE AND ORDERED at Miami, Florida this 31st day of OCTROBER 2000.
Tape No:2000D-
c: U.S. Attorney
   Defense Counsel                    UNITED STATES MAGISTRATE JUDGE
   U.S. Pretrial Services             STEPHEN T. BROWN
   U.S. Marshal Service

the Hurds, Artuniuns and Guises; 24 hr house arrest, leave home only for medical emergencies, voluntary phone tap, wife may use cell phone but not @ home, ∆ not to possess/use any phones other than his home phone, no e-mail/internet access, no pagers, no contact w/victims, witnesses, felons; except thru csl, ∆ pay costs of installation of 'surveillance' Court to submit list of people to ∆ who are not permitted @ his home.

#173
HN