UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6309-CR-SELTZER

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/

***NEBBIA PROFFER***

COMES NOW the defendant, JOHN MAMONE, by and through undersigned counsel and files this *Nebbia* Proffer, and in support Mr. Mamone submits the following:

1. This Court has set bond for John Mamone in the amount of $500,000 personal surety and corporate surety in the amount of $500,000 with a *Nebbia* condition.

2. John Mamone proffers the following as sources of collateral and premium:

   a. Property located at 300 W. 23rd Street, Apartment 17A, New York City, New York, owned by Joseph Mamone who is the brother of John Mamone. Joseph Mamone has been employed by Coldwell Banker for the last 15 years. He is presently employed as a manager with an annual salary of approximately $200,000.00. The Surety has reviewed the property and has estimated the equity in this property based upon fair market value to be $474,000.00. The Surety will secure this property as collateral for the bond through an appropriate security instrument in compliance with New York law.

   b. Property located at 174 S.W. 120th Lane, Coral Springs, Florida. Vincent and Laura Frisone own this property. They have owned this property for approximately 7 years. The Frisones have owned L&V Distributors, a Tropicana distributorship for over 9 years. Mr. and Mrs.

Frisone have been neighbors and friends of the Mamones for approximately 7 years. The Surety has reviewed the title to the property through the Attorney's Title Information Data System and has estimated the equity in this property based upon fair market value to be approximately $180,000.00. The Surety will secure this property as collateral for the bond through a note and mortgage.

  c. Property located at 225 Collier Boulevard South, Unit 105, Naples, FL. Vincent and Laura Frisone also own this property. They have owned this property for approximately 3 years. As mentioned above Mr. and Mrs. Frisone have been neighbors and friends of the Mamones for approximately 7 years. The Surety has reviewed the title to the property through the Attorney's Title Information Data System and has estimated the equity in this property based upon fair market value to be approximately $27,000.00. The Surety will secure this property as collateral for the bond through a note and mortgage.

  d. Additionally, Grace Mamone is pledging her 1981 Mercedes Benz convertible automobile. This motor vehicle has an odometer reading of approximately 13,000 original miles. The title is free of all liens and encumbrances. The surety has estimated the value of this classic automobile to be approximately $25,000.00.

  e. Property located at 3307 N.W. 108th Drive, Apartment 7, Coral Springs, Florida. David Mamone owns this property. He is the son of John Mamone. He has owned this property for approximately 2 years. The surety has reviewed the title to the property through the Attorney's Title Information Data System and has estimated the equity in this property based upon fair market value to be approximately $10,000.00. The Surety will secure this property as collateral for the bond through a note and mortgage.

  f. Martin Hurd, who owns a retail jewelry store, will be pledging 10 watches from his inventory. These watches, mostly Rolexes, have an estimated retail value of approximately

$100,000.00. Mr. Hurd and his wife, Cindy, have been neighbors and friends of the Mamones for approximately 8 years.

    g.    The premium in the amount of 15% will be paid from the personal account of Larry Switzer. Mr. Switzer has maintained this account for the last 10 years with a balance of approximately $150,000.00. Mr. Switzer was the chief executive officer of Danka Imaging Distribution, Inc., with a current annual salary of approximately $850,000.00, and was employed by them for the past 2 years until his retirement approximately 2 weeks ago. Previously, Mr. Switzer was the Chief Financial Officer of Fruit of the Loom. Mr. and Mrs. Switzer have been neighbors of the Mamones for the past 8 years, are the Godparents of John Mamone's daughter and have maintained a close relationship for many years.

    3.    Each of the parties above has been informed of his or her obligations as indemnitors on a bond and none have been promised any repayment or any other compensation. They do this voluntarily to help John Mamone.

WHEREFORE, John Mamone prays this Honorable Court will accept this proffer and permit the posting of his bond.

    Respectfully submitted,

    **THORNTON & ROTHMAN, P.A.**
    200 S. Biscayne Blvd.
    Suite 2690
    Miami, FL 33131
    (305) 358-9000

    By: _____
        DAVID ROTHMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via facsimile and U.S. Mail to Assistant U.S. Attorney Brian McCormack, United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, FL 33301 on this the _____ day of November, 2000.

_____
DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 00-6309-CR-Seitz

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/

## JOINT NOTICE OF SATISFACTION OF *NEBBIA* CONDITION

THE DEFENDANT, JOHN MAMONE, through counsel, and the Government, through Assistant United States Attorney Brian McCormick, hereby file this Joint Notice of Satisfaction of *Nebbia* Condition, stating to the Court that the defense has provided to the Government an acceptable proffer for the premium and collateral for the bond in this matter.

Respectfully submitted,

Guy Lewis
United States Attorney

By: _____
Brian McCormick
Assistant US Attorney

Thornton & Rothman, P.A.

By: _____
David Rothman
Counsel for John Mamone

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney Brian McCormick, 299 East Broward Blvd., Ft. Lauderdale, Fl 33301 on this the 1st day of November, 2000.

_____
DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-8747