UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-PAS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

John Mamone
    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
NOV 3 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

### ORDER ON NEBBIA CONDITION

This matter is before this Court for consideration of satisfaction of Nebbia requirement as a condition of bond. The Government has indicated that it has no objections to the Nebbia Proffer as submitted. This Court has considered the Nebbia Proffer by the defendant. After being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the defendant's Nebbia Proffer is approved. The Nebbia condition has **been satisfied**.

**DONE AND ORDERED** this 2nd day of Nov., 2000 at Miami, Florida.

_____
STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE

cc:   Hon.
       AUSA
       Defense
       U. S. Pretrial Services Office
       U. S. Marshal Service

#192