UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz

UNITED STATES OF AMERICA

vs.

John MAHONE

ORDER

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the _Report re Counsel / Arraignment_ hearing is hereby re-set to _11-15-00_ at _10:00 A.M._ o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this _7th_ day of _November_, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C- 79-249

cc: AUSA Mulvihill
    Defense counsel
    Pre-trial Services

#215