UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO:00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN F. MAMONE,	NOTICE OF APPEARANCE

    Defendant.
_____/

COMES NOW DAVID ROTHMAN, and files his appearance as counsel for the above named defendant for trial but not for any appeals. Counsel agrees to represent the defendant for all proceedings in the Southern District of Florida, arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Respectfully submitted,

THORNTON & ROTHMAN, P.A.
200 SOUTH BISCAYNE BLVD.
SUITE 2690
MIAMI, FLORIDA 33131
(305) 358-9000

By: _____
DAVID ROTHMAN
FLORIDA BAR NO.:240273

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was this ___ day of ___, 2000, forwarded to The United States Attorney's Office 299 E. BROWARD BLVD., FT. LAUDERDALE, FL 33301.

_____
DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747