UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _On Bond_

JOHN MAMONE, a/k/a Big John
        Defendant.

Language: _English_

_____/

    The above-named Defendant appeared before **Magistrate Judge Stephen T. Brown**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

Defendant:        Address: _1960 Augusta Terrace_

                           _Coral Springs, FL 33071_

                           Tel. No:

Defense Counsel:    Name : _David Rothman_

                       Address: _200 S. Biscayne Blvd_
                                _Ste 2690 Miami, FL 33131_

                       Tel. No: _(305) 358-9000_

Bond Set/Continued:    $ 500,000 csb + $500,000 psb

Dated this _20th_ day of _November_ , 2000.

                      CLARENCE MADDOX, CLERK

                      BY _Stephanie Lee_
                          Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. _00D-115-2160_
DIGITAL START NO._____

#242
HA