UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-PAS

UNITED STATES OF AMERICA,

vs.

John Mamone

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows: The Defendant's Bond is hereby modified to include that he may have the use of two phones in his home: (954) 753-4161 and (954) 753-4950.* The fax no. (954) 753-4037 shall be disconnected. The Defendant's house arrest is modified in that he is allowed to visit his attorney's office. All other conditions remain in full force and effect.

DONE AND ORDERED at Miami, Florida this __20th__ day of __Nov.__, __2000__.

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

* Both phones voluntarily being electronically monitored.

#244