UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JOHN MAMONE, et al.,

_____/

FILED by _____ D.C.
DEC 4 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF HEARING

The above-styled case is hereby set for status conference on **December 20, 2000, at 11:00 a.m.**, for the purpose of selecting a date for trial, before the undersigned Judge at the United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida. Counsel who are going to actually try the case are required to be present with their **appointment books and trial calendars** so that a firm trial date can be set. The United States Attorney shall notify any newly appointed counsel of this hearing date.

DONE and ORDERED at Miami, Florida, this 30th day of November, 2000.

PATRICIA A. SEITZ
U. S. DISTRICT JUDGE

Copies to:
All counsel