UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

## DEFENDANT JOHN MAMONE'S
## MOTION FOR ORDER ALTERING BOND

THE DEFENDANT, JOHN MAMONE, through counsel, moves this Court to enter an Order Altering Bond. It is respectfully requested that the Court convert the $500,000.00 corporate surety component of the $1,000,000.00 total bond into a $250,000.00 corporate surety bond and a $250,000.00 personal surety bond. The purpose is to release a portion of the collateral. In support of this request, it is respectfully alleged as follows:

    1.    John Mamone was ordered released by this court on a $1,000,000.00 bond, with numerous special conditions, including 24 hour house arrest and agreed government monitoring of his telephones. The court divided the bond into a $500,000.00 personal surety, with several signatories, and a corporate surety bond, in the same amount, with a *Nebbia* requirement.

The premium and collateral for the corporate surety component of the bond was raised, not without substantial difficulty, the bond was approved by the government and the court, the premium and collateral were provided to the surety and Mr. Mamone was released.[1]

    2.    Three of the people who posted collateral for the corporate surety bond have asked

---

[1] Even if the court grants this request, no part of the $75,000.00 premium for the corporate surety bond paid by one of the personal sureties will be returned.

that they be permitted to withdraw their collateral;

    a.    Vincent and Laura Frisone, who posted two pieces of real property, want to refinance the two properties posted,

    b.    Martin (Chip) Hurd and his wife Cindy, who own a retail jewelry store, need to sell the Rolex watches they provided as collateral, as this is the busiest part of their year and

    c.    Grace Mamone, John Mamone's wife, needs to sell her 1981 Mercedes, which she has owned since it was new, that was included as part of the collateral for the bond. The money that will be obtained from the sale, approximately $20,000.00, is necessary for payment of bills, now that Gateway Transportation, Inc., the source of her and John's income, has stopped operating.

3.    The defense is not seeking to have the bond reduced. The people who have signed as sureties on the personal surety bond have total assets in the millions of dollars. The alteration of the bond to a $750,000.00 personal surety and a $250,000.00 corporate surety will in no way diminish the force and effect of the onerous conditions of Mr. Mamone's release. The same people will be responsible for the same dollar amount should John Mamone violate a condition of this bond.

4.    Attached hereto as Exhibit 1 are affidavits of the personal sureties to the original bond agreeing to remain as sureties on an increased personal surety bond in the amount of $750,000.00. In order to expedite the filing of this motion, a facsimile copy of Joseph Mamone's Affidavit has been attached. The original affidavit will be filed upon its receipt.

5.    Assistant United States Attorney Brian McCormick has told undersigned counsel that the government opposes this request.

WHEREFORE, it is respectfully requested that this court enter an order altering the bond in this case in the above-mentioned regard.

Respectfully Submitted,

THORNTON & ROTHMAN, P.A.

By: _____
DAVID ROTHMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Alter Bond was forwarded via facsimile to Assistant U.S. Attorney Brian McCormick, 299 East Broward Blvd., Ft. Lauderdale, Fl 33301 on this the 12th day of December, 2000.

_____
DAVID ROTHMAN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/

CASE NUMBER: 00-6309-CR-Seitz

**AFFIDAVIT OF PERSONAL SURETY CONSENTING TO INCREASE OF BOND FROM $500,000.00 TO $750,000.00**

State of New York    )
                     )  ss:
County of Bergen     )

BEFORE ME this day personally appeared, JOSEPH MAMONE who, after being duly sworn, deposes and states as follows:

1. I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

2. I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

3. My personal net worth is far in excess of $250,000.00.

"FURTHER AFFIANT SAYETH NAUGHT"

_____
JOSEPH MAMONE

CAROL R WIEDER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES August 31, 2001

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE    **AFFIDAVIT OF PERSONAL SURETY CONSENTING TO INCREASE OF BOND FROM $500,000.00 TO $750,000.00**

    Defendant.
_____/

State of Florida    )
                     ) ss:
County of Broward )

    BEFORE ME this day personally appeared, JAMES GUICE who, after being duly sworn, deposes and states as follows:

    1.    I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

    2.    I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

    3.    My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
JAMES GUICE

The foregoing instrument was acknowledged before me this __6__ day of November, 2000 by JAMES GUICE who is personally known to me or who has produced _Driver License_ as identification and who did take an oath.

_Angela Maniscalco De Libero_
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name:
My Commission Expires:

ANGELA MANISCALCO DELIBERO
COMMISSION # CC756664
EXPIRES SEP 13, 2002
BONDED THROUGH
ADVANTAGE NOTARY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 00-6309-CR-Seitz |
| Plaintiff, | |
| vs. | |
| JOHN MAMONE | **AFFIDAVIT OF PERSONAL SURETY CONSENTING TO INCREASE OF BOND FROM $500,000.00 TO $750,000.00** |
| Defendant. | |

State of Florida    )
                    ) ss:
County of Broward   )

BEFORE ME this day personally appeared, CONNIE GUICE who, after being duly sworn, deposes and states as follows:

1. I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

2. I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

3. My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
CONNIE GUICE

The foregoing instrument was acknowledged before me this ___ day of November, 2000 by CONNIE GUICE who is personally known to me or who has produced _Driver License_ as identification and who did take an oath.

*Angela Maniscalco De Libero*
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name:
My Commission Expires:

ANGELA MANISCALCO DELIBERO
COMMISSION # CC756664
EXPIRES SEP 13, 2002
BONDED THROUGH
ADVANTAGE NOTARY

Page -2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE                             AFFIDAVIT OF PERSONAL SURETY
                                        CONSENTING TO INCREASE OF BOND
                                        FROM $500,000.00 TO $750,000.00
    Defendant.
_____/

State of Florida    )
                    )   ss:
County of Broward   )

    BEFORE ME this day personally appeared, JOHN MAMONE who, after being duly sworn, deposes and states as follows:

    1.    I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

    2.    I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

    FURTHER AFFIANT SAYETH NAUGHT

_____
JOHN MAMONE

David Rothman
MY COMMISSION # CC898378 EXPIRES
March 26, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

The foregoing instrument was acknowledged before me this 30th day of November, 2000 by JOHN MAMONE who is personally known to me or who has produced _____ as identification and who did take an oath.

_____
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name: DAVID ROTHMAN
My Commission Expires:

Page -2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/

CASE NUMBER: 00-6309-CR-Seitz

**AFFIDAVIT OF PERSONAL SURETY CONSENTING TO INCREASE OF BOND FROM $500,000.00 TO $750,000.00**

State of Florida    )
                    )  ss:
County of Broward   )

BEFORE ME this day personally appeared, MICHELLE VARTANEAN who, after being duly sworn, deposes and states as follows:

1. I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

2. I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

3. My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
MICHELLE VARTANEAN

The foregoing instrument was acknowledged before me this __6__ day of ~~November~~ Dec, 2000 by MICHELLE VARTANEAN who is personally known to me or who has produced _____ _____ as identification and who did take an oath.

*Elizabeth Harms*
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name: Elizabeth Harms
My Commission Expires: 9/25/03

[Notary seal: Elizabeth Harms, MY COMMISSION # CC 864357 EXPIRES September 25, 2003, BONDED THRU TROY FAIN INSURANCE, INC.]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE                       **AFFIDAVIT OF PERSONAL SURETY
                                  CONSENTING TO INCREASE OF BOND
                                  FROM $500,000.00 TO $750,000.00**

    Defendant.
_____/

State of Florida      )
                      )  ss:
County of Broward     )

    BEFORE ME this day personally appeared, RALPH VARTANEAN who, after being duly sworn, deposes and states as follows:

    1. I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

    2. I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

    3. My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

                                      */s/ Ralph Vartanean*
                                      RALPH VARTANEAN

The foregoing instrument was acknowledged before me this 6 day of ~~November~~ Dec., 2000 by RALPH VARTANEAN who is personally known to me or who has produced _____ ___ as identification and who did take an oath.

NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name: Elizabeth Harms
My Commission Expires: 9/25/03

Elizabeth Harms
MY COMMISSION # CC8485? EXPIRES
September 25, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Page -2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE                       **AFFIDAVIT OF PERSONAL SURETY CONSENTING TO INCREASE OF BOND FROM $500,000.00 TO $750,000.00**

    Defendant.
_____/

State of Florida    )
                        ) ss:
County of Broward  )

    BEFORE ME this day personally appeared, CAROL SWITZER who, after being duly sworn, deposes and states as follows:

    1.    I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

    2.    I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

    3.    My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

                                  _____
                                  CAROL SWITZER

The foregoing instrument was acknowledged before me this 5th day of ~~November~~ Dec., 2000 by CAROL SWITZER who is personally known to me or who has produced FL-D.L. as identification and who did take an oath.

Shah SK.
_____
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name: Shobhana Shah
My Commission Expires: Sept 5th 2002

SHOBHANA K. SHAH
COMMISSION # CC772330
EXPIRES SEP 05, 2002
BONDED THROUGH
ADVANTAGE NOTARY

Page -2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.                                AFFIDAVIT OF PERSONAL SURETY
                                   CONSENTING TO INCREASE OF BOND
JOHN MAMONE                        FROM $500,000.00 TO $750,000.00

    Defendant.
_____/

State of Florida )
                 )  ss:
County of Broward )

    BEFORE ME this day personally appeared, LARRY SWITZER who, after being duly sworn, deposes and states as follows:

    1.    I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

    2.    I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

    3.    My personal net worth is far in excess of $250,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
LARRY SWITZER

The foregoing instrument was acknowledged before me this 5~~th~~ 5th Dec. day of ~~November~~, 2000 by LARRY SWITZER who is personally known to me or who has produced FL D.L. as identification and who did take an oath.

_Shah SK._

NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name: Shah Shobhana
My Commission Expires: Sept 5th 2002

SHOBHANA K. SHAH
COMMISSION # CC772330
EXPIRES SEP 05, 2002
BONDED THROUGH
ADVANTAGE NOTARY

Page -2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NUMBER: 00-6309-CR-Seitz

Plaintiff,

vs.

JOHN MAMONE                             **AFFIDAVIT OF PERSONAL SURETY
                                        CONSENTING TO INCREASE OF BOND
                                        FROM $500,000.00 TO $750,000.00**

Defendant.
_____/

State of Florida      )
                      )  ss:
County of Broward     )

BEFORE ME this day personally appeared, ANNA GRACE MAMONE who, after being duly sworn, deposes and states as follows:

1. I am a surety for the bond of John Mamone, presently set at $500,000.00. I have been advised that Mr. Mamone is asking the Court to increase the amount of the personal surety bond to $750,000.00 while decreasing the corporate surety bond to $250,000.00 in order to have the bondsman release some of the collateral he is presently holding.

2. I understand that by signing this affidavit, I am agreeing that my obligations under the bond will remain the same in all regards, except that I am now agreeing to be a surety for the increased amount of $750,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
ANNA GRACE MAMONE

The foregoing instrument was acknowledged before me this 1st day of ~~November~~ December, 2000 by ANNA GRACE MAMONE who is personally known to me or who has produced _____ _____ as identification and who did take an oath.

_____
NOTARY PUBLIC, STATE OF FLORIDA
Notary Public's Name:
My Commission Expires:



David Rothman
MY COMMISSION # CC898378 EXPIRES
March 26, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

Page -2-