UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE, et al.,
_____/

FILED by JMB D.C.
DEC 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to Magistrate Judge Stephen T. Brown to take all necessary and proper action as required by law regarding the Defendant JOHN MAMONE's Motion for Order Altering Bond.

DONE AND ORDERED in Miami, Florida this 14th day of December, 2000.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Stephen T. Brown
David Rothman, Esq.
Brian McCormick, AUSA
Pre-Trial Services