CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE


FILED by _____ D.C.
DEC 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr       Date 12/20/00
Clerk L. Webb            Reporter D. Ehrlich
USPO No                  Interpreter No

UNITED STATES OF AMERICA v. John Mamone, et al

AUSA B. McCormick        Defense Counsel All present
          except Rosen Risken for Spiteiri

Defendant(s): Present ____ Not Present  X   In Custody ____

Reason for Hearing: _____

Result of Hearing: Rothman will file
motion to sever, estimates trial will
take 2-3 months, Gov't wants to limit. Bucky,
Gov't will separate and at hearing,
may take 1-2 defendants
motions requiring oral hearing will be
referred to Bl.

Misc.: Next status set for 2/6 @ 9:00
to determine trial date, severances
Rothman's new lead counsel to
file formal change/app of proposed

Case Continued to: _____  Time _____  For _____
trial date.

#285