UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN MAMONE, et. al.

    Defendants.

_____/

CASE NUMBER: 00-6309-CR-Seitz

FILED by _____ D.C.

DEC 2 2 2000

CLEARENCE MADDOX
CLERK U S DIST CT.
S. D. OF FLA. MIAMI

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER VACATING PROTECTIVE ORDERS AS TO GATEWAY TRANSPORTATION SERVICES, INC., ITS OFFICERS, SHAREHOLDERS AND EMPLOYEES, INCLUDING DEFENDANTS JOHN MAMONE AND DAVID BELL**

THE CAUSE having come on to be heard upon the Unopposed Motion for Order Vacating Protective Orders As to Gateway Transportation Services, Inc., its Officers, Shareholders and Employees, Including Defendants John Mamone and David Bell, and the Court being fully advised of the premises, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED. The Protective Orders previously entered in this matter as to Gateway Transportation Services, Inc., its officers, shareholders and employees, including Defendants John Mamone and David Bell, are hereby VACATED.

DONE AND ORDERED in Miami, Florida, this the 20th day of December, 2000.

PATRICIA A. SEITZ
U.S. District Court Judge
Southern District of Florida

cc:    United States Marshal
       AUSA William Beckerleg, Jr.
       David Rothman, Esq.

#289