00-6309.oa

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.

_____/

### ORDER RE: MOTION FOR ORDER ALTERING BOND

**This matter** is before this Court on Defendant John Mamone's Motion for Altering Bond, filed December 12, 2000. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

Though agreeing with defendant that the government's opposition used language that is unsupported and, perhaps, ill advised, the Court finds the request in this motion raises more questions than it answers. The motion fails to address why, so shortly after the posting of the bond, Mr. And Mrs. Frisone want to refinance the two properties posted. Presumably they were told that as a condition of bond they would be unable to sell or further encumber said properties. The Court can't help but wonder what unexpected, unforseen, emergency has arisen to require this action that was not and could not have been foreseen at the time the properties were posted.

The people who own the jewelry store certainly knew or should have known that the watches they pledged as collateral would not be available for the holiday season at the time they posted same. This was the end of October, and the need for these watches was certainly foreseeable at that time.

#292
HA

In addition, the reason for the need for the watches is now diminished, if not extinguished, as the holiday season is over.

There does appear to be a reasonable justification for the sale of Mrs. Mamone's vehicle. This Court is not possessed of enough precise wisdom to opine that, given the amount of this bond and the conditions attached thereto, the sum of $20,000.00 more or less is going to make the difference in whether the defendant complies with the conditions of bond.

Therefore, the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to alter is **DENIED, in all respects.**

2. Mrs. Mamone's request to be permitted to sell her 1981 Mercedes is **GRANTED.**

**DONE AND ORDERED** this 28th day of December, 2000, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Patricia A. Seitz
      David Rothman, Esq.
      Brian McCormick, Esq. - AUSA
      PT Services
      U.S. Marshal's Service