UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JOHN MAMONE
          Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No: 07803-062

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

              Tel. No:

Defense Counsel:  Name: DAVID ROTHMAN ESQ.
                    FIRST UNION TOWER
              Address:
                    200 S. BISCAYNE BLVD. #3420
                    MIAMI, FL., 33131

              Tel. No: (305) 358-9000

Bond Set/Continued:    $500,000 PSB & $500,000 CSB/NEBBIA

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
       Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 969

