UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
CT. REP.

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

                                Case No. 00-6309-Cr-SEITZ

    Plaintiff,

vs.                    MIAMI, FLORIDA
                      OCTOBER 31, 2000

JOHN MAMONE, et al.,

    Defendants.

---

### TRANSCRIPT OF PRETRIAL DETENTION HEARING
### BEFORE THE HONORABLE STEPHEN T. BROWN,
### UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        **BRIAN McCORMICK, A.U.S.A.**
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, FL 33301 954/356-739:

FOR THE DEFENDANT:

        **THORNTON & ROTHMAN**
        200 South Biscayne Blvd.
        Miami, Florida
        BY: **DAVID B. ROTHMAN, ESQ.**

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
                   Official Federal Court Reporter
                   301 North Miami Avenue, 9th Floor
                   Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**