UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

## JOINT MOTION FOR CLARIFICATION OF COURT'S ORDER ON CUTOFF DATE FOR THE FILING OF PRETRIAL MOTIONS

The Defendants and the Government jointly move this Court to clarify its Order regarding the cutoff date for the filing of pretrial motions in this cause. At the time of the Status hearing, on Tuesday, February 6, 2001, it was the understanding of counsel that the Court would set the cutoff date **for discovery motions** for April 16, 2001, and that at the Status hearing on May 22, 2001, the Court would determine and set a cutoff date for the filing of **all motions**. In its written Order, dated February 8, 2001, in paragraph 4, the Court ordered that **all pretrial motions must be filed by April 16, 2001**.

Wherefore, it is respectfully requested by all parties that the Court clarify its Order on this single issue.

                              Respectfully Submitted,

                              THORNTON & ROTHMAN, P.A.

                              By: _____
                                  David Rothman

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747