UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
CT. REP.
FEB 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Case No. 00-6309-Cr-SEITZ

   Plaintiff,

vs.                  MIAMI, *FLORIDA*
                     OCTOBER 31, 2000

JOHN MAMONE, et al.,

   Defendants.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE STEPHEN T. BROWN,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

       **BRIAN McCORMICK, A.U.S.A.**
       500 East Broward Blvd., 7th Floor
       Ft. Lauderdale, FL 33301  954/356-7392

FOR THE DEFENDANT:

       **THORNTON & ROTHMAN**
       200 South Biscayne Blvd.
       Miami, Florida
       **BY: DAVID B. ROTHMAN, ESQ.**

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
                  Official Federal Court Reporter
                  301 North Miami Avenue, 9th Floor
                  Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**