UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

FILED by ___ D.C.
FEB 2 6 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER CLARIFYING COURT'S ORDER ON
## CUTOFF DATE FOR THE FILING OF PRETRIAL MOTIONS

THIS CAUSE having come on to be heard upon Defendant's motion requesting clarification of this Court's Order regarding cutoff dates for motions, and the Court being fully apprised of the premises, it is hereby Ordered that all **discovery** motions must be filed on or before April 16, 2001. The cutoff date for all other motions will be set at, or in an Order entered following, the Status hearing now scheduled for May 22, 2001.

DONE AND ORDERED in Miami, Florida, this the 26th day of February, 2001.

                                              PATRICIA A. SEITZ
                                              District Court Judge

cc:    All Counsel of Record