UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
APR 2 7 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 00-6309-CR-Seitz |

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/

### DEFENDANT JOHN MAMONE'S MOTION TO ALTER
### CERTAIN CONDITIONS OF PRETRIAL RELEASE

THE DEFENDANT, JOHN MAMONE, through counsel, moves this Court to enter an Order Altering Certain Conditions of Pretrial Release. Specifically, Mr. Mamone asks this Court to permit Mr. Mamone to attend church once a week, coach his eleven year old son, Joseph, in football, permit his brother-in-law, John Dolce, to come to his home and authorize internet access for Mr. Mamone's family. As grounds therefore, and with greater particularity, it is alleged as follows:

1. Mr. Mamone asks that this Court permit him to attend church at St. Elizabeth Ann Seton, located less than one quarter of a mile from his home at 1401 Coral Ridge Drive, once a week on Sunday between the hours of 10:00 and 11:00 a.m.

2. As has been stated in prior motions filed with this Court, Mr. Mamone has been an integral part of the football program in which his children have been involved. This year the season will begin on May 5, 2001, between 8:30 a.m. and 5:00 p.m., at Mullins Park which is located on Royal Palm and Coral Springs Drive just minutes from Mr. Mamone's home. On that date there will be tryouts for the division in which his son Joseph plays. In order to coach, he needs to be present at that time to rate the children for the draft that is scheduled to begin the first week of June. Practice

begins August 1 and occurs no more than three days per week for approximately one and half to two hours per session. The season starts in September and ends, including playoffs, in Thanksgiving. Generally there are sixteen regular season games followed by playoffs. All games will be held at Mullins Park, including the playoffs. An exact itinerary can be provided to pretrial services one week prior, except for the playoff games for which prior notification can be given to pretrial services 24 hours in advance.

3.   Permission is being sought so that John Dolce, who has a felony conviction and was on probation until April 15, 2001, Dolce can come and visit with Grace Mamone, Mr. Dolce's sister wife and also with the Mamone children.

4.   In this day and age internet access for children for school and general socializing represents an essential part of their daily existence. Right or wrong, children find themselves utilizing the internet for hours each day. Permission is now being sought for Mr. Mamone's children to have access to the internet. Whatever special conditions this court places on that permission are acceptable to Mr. Mamone. The government was previously asked about the internet and has informed counsel they are looking into the cost and practicality of monitoring internet access.

5.   The government has also been asked about Mr. Mamone attending church and has informed counsel they are "thinking about it."

6.   The government has previously been asked about visitation by Mr. Dolce and has opposed it based on the fact he has a conviction and he was on probation.

7.   Finally, as to coaching his son, the government opposes this request.

WHEREFORE, the Defendant, John Mamone, respectfully requests that this Court enter an Order permitting him to attend church, be involved in the coaching of his son, have contact

Page -2-

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

with his brother-in-law and allow his children to have internet access in his home.

Respectfully Submitted,

*[signature]*
DAVID ROTHMAN
Florida Bar #240273

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant John Mamone's Motion to Alter Certain Conditions of Pretrial Release was forwarded via facsimile to Assistant U.S. Attorney Brian McCormick, 500 East Broward Blvd., Ft. Lauderdale, Fl 33301 on this the 27th day of April, 2001.

*[signature]*
DAVID ROTHMAN

Page -3-

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747