APR 27 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

## AMENDMENT TO JOHN MAMONE'S AMENDED MOTION TO ALTER CERTAIN CONDITIONS OF PRETRIAL RELEASE

THE DEFENDANT, JOHN MAMONE, through counsel, hereby files the following amendment to the previously filed motion to alter certain conditions of pretrial release:

1. Pretrial Services Officer David Nuby was contacted regarding his position on this motion. Mr. Nuby stated to counsel's secretary that while he still agrees to permitting Mr. Mamone to work, he opposes each of the requests contained in this motion.[1]

WHEREFORE, the Defendant, John Mamone hereby files this Amendment to the Motion to Alter Certain Conditions of Pretrial Release.

Respectfully Submitted,

DAVID ROTHMAN
Florida Bar #240273

---

[1] The Defendant, John Mamone, now has pending before Judge Seitz his Petition to review the Magistrate's denial of a previously filed motion directed in part to the issue of employment outside the home.