UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)

NIGHT BOX FILED
MAY 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JOHN MAMONE,
        Defendant.

_____

GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT MAMONE'S
MOTION TO ALTER CERTAIN CONDITIONS OF PRETRIAL RELEASE

    The United States of America, through its undersigned Assistant United States Attorneys, files this response in opposition to the motion of defendant Mamone to alter certain conditions of pretrial release. Specifically, the defendant requests that he be permitted to attend church on Sundays, that he be allowed to coach football, that a convicted felon, a relative of his wife, be permitted to visit the house, and that internet access be allowed in the house for his children. For all the reasons set forth below as well as those presented previously by the government, the government opposes all of the defendant's current requests.

    The defendant was placed under house arrest after a lengthy pretrial detention hearing held on October 31, 2000. Magistrate-Judge Brown found that the defendant constituted a danger to the

community (10/21/00 at 32). The defendant argued for and agreed to have imposed a 24 hour house arrest as an alternative to pretrial detention (10/31/00 at 27).

Therefore, in lieu of pretrial detention, the magistrate court set the 24 hour house arrest as an alternative to pretrial detention.[1] Since that time, the defendant has made continuing requests to alter the conditions of house arrest, as well as to remove it completely.[2]

The defendant's current requests, although they do not appear on their face to be substantial (with the exception of the football league), are simply not appropriate in his situation.

The defendant is charged in a 70 count indictment including a RICO Conspiracy involving the Trafficante Organized Crime Family. These charges, as well, include obstruction of justice, extortion, money laundering and an illegal gambling business. If convicted, the defendant is facing a substantial term of incarceration. The time frame in which the defendant is charged to have been committing these offenses occurred while he was on either probation, supervised release, and/or bond from two previous felony criminal cases.

---

[1] With the government's agreement, the defendant is permitted to travel to his attorney's office in Miami several times a week.

[2] The defendant's motion to remove house arrest was denied by the Magistrate-Judge and is currently on appeal to the District Court.

The defendant now requests that he be permitted to attend church once a week. If the defendant truly feels to be in need of spiritual counseling, this could just as easily be handled by the priest visiting the defendant at his home. As well, for the requested visits by Mr. Dolce, a convicted felon and a relative of the defendant's wife, any family visits could take place outside the residence.

Finally, as to both the request to coach football and to have internet installed in the house, these two requests are far too easily subject to abuse and far too difficult to be supervised. Further, many of the criminal conversations intercepted during the course of this investigation took place while the defendant was at the football practices and sporting events with his son. Therefore, these requests should be denied as well.

## CONCLUSION

WHEREFORE, for all the reasons set forth above, as well as those previously raised by the government, the government

3

respectfully requests that this Honorable Court deny the defendant's request.

                          Respectfully submitted,

                          GUY E. LEWIS
                          UNITED STATES ATTORNEY

By: _____
     J. BRIAN McCORMICK
     ASSISTANT UNITED STATES ATTORNEY
     Court I.D. #A5500084
     500 East Broward Blvd., Suite 700
     Fort Lauderdale, FL 33394
     Telephone: (954) 356-7392
     Fax: (954) 356-7230


By: _____
     DIANA L.W. FERNANDEZ
     ASSISTANT UNITED STATES ATTORNEY
     Court I.D. #A5500017
     500 East Broward Blvd., Suite 700
     Fort Lauderdale, FL 33394
     Telephone: (954) 356-7392
     Fax: (954) 356-7230

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was mailed this /0th day of May, 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Donald R. Spadaro, Esq.
1000 S. Federal Hwy., Ste 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.,#2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Michael Tarre, Esq.
Two South Biscayne Blvd.,#3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

John F. Cotrone, Esq.
509 S.E. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Peter Raben, Esq.
2665 S. Bayshore Dr., Ste 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Neil M. Mameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Charles G. White, Esq.
2250 SW 3rd Avenue, Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)


Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)


*/s/ Diana W. Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY