CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.

MAY 2 3 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr    Date 5/22/01

Clerk L. Webb    Reporter D. Ehrlich.

USPO ___    Interpreter ___

USPTS ___

AUSA Brian McCormick    Def. Atty. All As represented.

United States of America v. Mamone, et al.

Defendant(s): Present ___    Not Present X    In Custody ___

Reason for Hearing Status conference.

Results of Hearing Aug 30 - cut off for motions.
Govt response due 30 days (9/30/01)
Govt may supersede and add 1-2 more
oth defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
D's interest.

Misc. Ds may meet with each other as
long as each one's counsel is present
Rothman will submit order approved
by Govt.

437