UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.

_____/

CASE NO.:    00-6309-CR-SEITZ

**UNOPPOSED MOTION FOR ORDER
PERMITTING PARTIAL SUBSTITUTION
OF COLLATERAL FOR BOND**

COMES NOW the defendant, JOHN MAMONE, by and through undersigned counsel and files this unopposed motion seeking an Order of this Court permitting the substitution of property, to wit: the home of Salvatore and Leanora Amico to replace collateral presently posted by Mr. and Mrs. Frisone and Mr. and Mrs. Hurd, to wit, two houses owned by Mr. and Mrs. Frisone and Rolex watches put up by Mr. and Mrs. Hurd as partial collateral for his bond.

Attached hereto as Exhibit A is a proffer in support of this motion. The bondsman (David Collins) and the government (Assistant U.S. Attorney Brian McCormick) were provided full documentation in support of this request and both informed counsel they have no objection to the Court entering an Order permitting the substitution of collateral.

WHEREFORE, John Mamone moves this Court to enter an Order permitting the substitution of the Amico home for the Frisone and Hurd properties as part of the collateral posted for the bond in this case.

Respectfully submitted,

DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358 - 9000 • Telefax (305) 374 - 5747

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via

facsimile and U.S. Mail to Assistant U.S. Attorney Brian McCormick, United States Attorney's

Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301 on this the 25th day of May, 2001.

DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law

Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

# EXHIBIT A

Thornton & Rothman, P.A. Attorneys at Law

Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358 - 9000 • Telefax (305) 374 - 5747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA             CASE NO.:    00-6309-CR-SEITZ

       Plaintiff,

vs.

JOHN MAMONE                          ***NEBBIA PROFFER RE:***
                                     ***SUBSTITUTE COLLATERAL***

       Defendant.
_____/

     COMES NOW the defendant, JOHN MAMONE, by and through undersigned counsel and files this *Nebbia* Proffer re: property he wants to substitute as partial collateral in this matter:

     Mr. Mamone and the bondsman agreed, subject to the Court's authorization, to substitute as partial collateral for the bond the home of John and Grace's friends, Salvatore and Leanora Amico, who own a pizzeria, the Pizza Stop at 8275 Pine Island Road Tamarac, Florida 33321. The Amico home will replace the two Frisone properties and the Rolex watches the Hurds put up. The home, located at: 11689 N.W. 12th Street Coral Springs, Florida 33071, has a fair market value of over $250,000 and has a mortgage in the approximate amount of $82,000. The home was purchased in 1995 from funds derived from the pizzeria.

     Previously provided to the Government were: the mortgage monthly home loan statement, transaction history for 2000 and the tax bill for the Amico property. The Surety has reviewed the property and has estimated the equity in this property, based upon fair market value, to be over $160,000.00. The Surety will secure this property as collateral for the bond through an appropriate security instrument. As a condition of the substitution, the insurance company for the bondsman

will require that the Frisones and the Hurds remain on the bond.

Mr. and Ms. Amico have been informed of their obligations as indemnitors on a bond and have not been promised any repayment or any other compensation. They do this voluntarily to help John Mamone.

WHEREFORE, John Mamone prays this Honorable Court will accept this proffer re: substitution of partial collateral and permit the substitution of the Amico home for the Frisone and Hurd collateral.

Respectfully submitted,

**THORNTON & ROTHMAN, P.A.**
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By: _____
DAVID ROTHMAN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via facsimile and U.S. Mail to Assistant U.S. Attorney Brian McCormack, United States Attorney's Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301 on this the 25th day of May, 2001.

_____
DAVID ROTHMAN