UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA          CASE NO.:   00-6309-CR-SEITZ

    Plaintiff,

vs.                               **ORDER GRANTING UNOPPOSED MOTION FOR ORDER PERMITTING PARTIAL SUBSTITUTION OF COLLATERAL FOR BOND**

JOHN MAMONE

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
JUN 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

THIS CAUSE, having come on to be heard upon Defendant John Mamone's Unopposed Motion For Order Permitting Partial Substitution of Collateral For Bond, and the Court being apprized of the premises, it is hereby ORDERED AND ADJUDGED said motion is hereby GRANTED. Defendant Mamone is hereby permitted to substitute as partial collateral for his bond the home of Salvatore and Leanora Amico to replace collateral presently posted by Mr. and Mrs. Frisone and Mr. and Mrs. Hurd, to wit, two houses owned by Mr. and Mrs. Frisone and Rolex watches put up by Mr. and Mrs. Hurd as partial collateral for his bond.

DONE AND ORDERED in Miami, Florida, this the 5th day of June, 2001.

_____
STEPHEN BROWN
United States Magistrate Judge

cc:    AUSA Brian McCormick
        David Rothman, Esq.
        Pretrial Services