UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,

_____/

FILED by _____ D.C.
JUN 7 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## ORDER DENYING PENDING MOTIONS RE: BOND

This matter came before the Court on Defendant John Mamone's Petition for Review of Magistrate's Order Denying Motion for Order Eliminating House Arrest Component of Bond.. The Court has read all the submissions of the parties. The Defendant stipulated to home confinement and there has not been a sufficient showing that circumstances have sufficiently changed to warrant a modification on the record presented. Therefore, it is

ORDERED that Magistrate Judge Stephen T. Brown's April 2, 2001 Order Denying Pending Motions Re: Bond is hereby AFFIRMED. Defendant's Motion for Order Eliminating House Arrest is DENIED. It is further

ORDERED that any further motions relating to bond matter of Defendant Mamone shall be referred to Stephen T. Brown.

DONE AND ORDERED in Miami, Florida this 6th day of June, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Stephen T. Brown
Brian McCormick, AUSA
David Nuby, USPSO

David Rothman, Esq.
200 South Biscayne Blvd., #2690
Miami, FL 33131