00-6309.oc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/

### ORDER RE: MOTION TO ALTER CERTAIN CONDITIONS OF BOND

**This matter** is before this Court on Defendant John Mamone's Motion to Alter Certain Conditions of Bond, filed April 27, 2001. The Court has considered the motion, the response, and all pertinent materials in the file. This Court views this motion with extreme skepticism.

This is, at best count, the fourth of five filed motions to modify, in some form, conditions of bond (see D.E.'s 244, 267, 365, and 440). Defendant's **AGREED** bond was set on November 1, 2000, and defendant was released on or about November 3, 2000. Three prior motions dealing with modification were filed before this one, and none mentioned or sought the relief sought herein. This Court finds this particularly troubling as it regards the request to be allowed to go to church and the request to be allowed to have the internet.

As it regards the football program defendant seeks relief for, that matter is largely moot at this time as the program, according to the motion, was to begin on May 5, 2001. In addition, this is hardly the type of relief contemplated by house arrest. Nor is the opportunity to associate with a convicted felon. Defendant seeks this relief so that defendant's wife and children can visit with

her brother. They (the wife and children) are not under house arrest, and there is nothing preventing them from going to visit Mr. Dolce.

The Court being otherwise fully advised in the premises it is hereby Ordered and Adjudged that said motion be and the same is hereby **DENIED.**

**DONE AND ORDERED** this _____ day of August, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Patricia A. Seitz
      David Rothman, Esq.
      Brian McCormick, Esq. - AUSA
      PT Services