~~Sealed~~ Unsealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>JOHN MAMONE, )<br>    Defendant. )<br>_____ ) | |

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court order that the Supplemental Sealed Attachment to Government's *Ex Parte* Motion for Revocation of Bond and Application for an Arrest Warrant for Defendant JOHN MAMONE, this Motion to Seal, and the Sealing Order in the above-captioned matter be sealed and remained sealed until further order of the court or until such time as the defendant has been arrested because this defendant poses a danger to the community and is a risk of flight.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
Assistant United States Attorney
Court ID # A5500084
500 E. Broward Boulevard, 7TH FL
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

```
                                                                    BLG

                          U.S. District Court
              FLS - Southern District of Florida FtLauderdale

                   CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                      Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01   516        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   517        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   518        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   519        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   520        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   512        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   513        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   514        ORDER as to John Mamone denying [413-1] motion to alter
                      certain conditions of pretrial release as to John Mamone
                      (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                      [EOD Date: 8/16/01] CCAP□ (dg) [Entry date 08/16/01]

08/15/01   521        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   522        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01   523        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   524        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   525        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   526        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   527        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   528        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   529        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01   515        NOTICE of filing letter regarding pending discovery issues
                      by Fred Morgenstern (dg) [Entry date 08/21/01]
```

Attached to D.E. # _524_