Unsealed _____ _____

~~Sealed~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by ___ D.C.

AUG 1 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.                                                                    **SEALED**

JOHN MAMONE,

_____/

## ORDER REVOKING BOND AND FOR
## ISSUANCE OF ARREST WARRANT

This matter came before the Court on the Government's Supplemented *Ex Parte* Sealed

Motion for Revocation of Bond and Application for Arrest Warrant for Defendant, John Mamone.

The Court having reviewed the motion, reviewed the Superseding Indictment and the Affidavit of

Christopher Starrett and having held ex parte, two sealed hearing at which agent Starrett expanded

on his affidavit.  It is

ORDERED that the Motion for Revocation of Bond is hereby GRANTED, and Defendant,

John Mamone's bond is hereby REVOKED.  It is further

ORDERED that the Application for Arrest Warrant is GRANTED, and an arrest warrant

shall issue for Defendant, John Mamone.

DONE AND ORDERED in Miami, Florida this __17__ day of August, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
David Nuby, USPSO (Ft. Laud.)
Darwin Crenshaw, USPSO (Ft. Laud.)
U.S. Marshal

525/8

BLG

U.S. District Court
FLS – Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                          Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01   516        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   517        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   518        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   519        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   520        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   512        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   513        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   514        ORDER as to John Mamone  denying [413-1] motion to alter
                      certain conditions of pretrial release as to John Mamone
                      (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                      [EOD Date: 8/16/01] CCAP☐ (dg) [Entry date 08/16/01]

08/15/01   521        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   522        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01   523        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   524        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   525        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   526        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   527        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   528        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   529        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01   515        NOTICE of filing letter regarding pending discovery issues
                      by Fred Morgenstern (dg) [Entry date 08/21/01]

Attached to D.E. # _525_