UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA      CASE NO.:    00-6309-CR-SEITZ

Plaintiff,

vs.

JOHN MAMONE, et al.,

Defendants.
_____/

## JOINT UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE PRETRIAL MOTIONS

Defendant JOHN MAMONE by and through counsel, respectfully files this Joint Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

1. Pursuant to this Court's Order dated May 22, 2001, pretrial motions are presently due on August 31, 2001. Responses to motions are due by October 1, 2001.

2. Defense counsel has diligently been reviewing discovery materials, including six (6) lengthy wire tap affidavits and the wire tap transcripts, and is presently working on the pretrial motions. Counsel needs an additional two weeks to complete the motions.

3. Throughout July, counsel for Mr. Mamone was extremely busy preparing extensive pleadings and for hearings in other matters: *United States v. Victor Padilla and Jose Lopez*, Case No.01-280-CR-GRAHAM; *United States v. Robert Wohlleber*, Case No. 01-1523-CIV-HIGHSMITH (28 U.S.C. § 2255 proceeding); *In re Donald James*, DOAH No. 004116EC (case involving alleged ethic violations before the State of Florida Division of Administrative Hearings).

4. In addition, Mr. Mamone's assistance in preparing the motions is essential. However, due to the conditions of his bond, he is only allowed to come to counsel's office two days per week and only for several hours.

5. All defense counsel presently remaining in the case are attempting to work together in the preparation of motions affecting their client. Scheduling meetings with counsel for the various defendants to discuss and coordinate the filing of joint motions has been complicated due to the conflicts in the attorneys' schedules, as well as other developments in this case.

6. When undersigned counsel contacted Assistant United States Attorney Brian McCormick regarding the request for a two week extension, he stated that he had no opposition to this request for a two week extension of time for motions.

7. Undersigned counsel has spoken to John Howes, Ana M. Jhones, Emmanuel Perez, Brian L. Tannebaum, Jamie Benjamin, Neal Nameroff, Richard Hamar, Jon May, Philip R. Horowitz, Jeffrey M. Harris, Charles G. White and David Vinikoor, co-defendants' counsel and all indicate they wanted to join in the motion.

WHEREFORE Defendants respectfully requests that this Court enter an Order extending the time to file pretrial motions to September 14, 2001, and the time to file responses thereto to October 15, 2001.

Respectfully Submitted

***THORNTON & ROTHMAN, P.A.***
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By:_____
DAVID ROTHMAN
Florida Bar #240273

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the following persons on the 16th day of August, 2001:

AUSA J. BRIAN McCORMICK
United States Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

BRIAN L. TANNEBAUM, ESQ.
Attorney for Michael Buccinna
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

JOHN HOWES, ESQ.
Attorney for Fred Morgenstern
633 S.E. 3rd Ave, Suite 4F
Ft. Lauderdale, FL 33301

ANA M. JHONES, ESQ.
for David Morgenstern
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

EMMANUEL PEREZ, ESQ.
Attorney for Joseph Silvestri
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL 33134

NEAL NAMEROFF, ESQ.
Attorney for Anson Klinger
100 S.E. 2nd Street, Suite 3350
Miami, FL 33131

JEFFREY M. HARRIS, ESQ.
Attorney for David Bell
1 East Broward Blvd., Suite 925
Ft. Lauderdale, FL 33301

MARIA AND RICHARD HAMAR, ESQ. &
JON MAY, ESQ.
Attorneys for Charles Clay
Maria and Richard Hamar, Esq. Address
2437 Briarcrest Rd.
Beverly Hills, CA 90210

CHARLES G. WHITE, ESQ.
Attorney for Peggy Preston
2900 Bridgeport Avenue, Suite 401
Miami, FL 33133-3606

JON MAY, ESQ.
200 East Broward Blvd., Suite 1210
Ft.. Lauderdale, FL 33301

JAMIE BENJAMIN, ESQ.
Attorney for Mark Carattini
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394

PHILIP R. HOROWITZ, ESQ.
Attorney for Mark Weiss
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

DAVID VINIKOOR, ESQ.
Attorney for Jacolyn Baruch
420 S.E. 12th Street
Ft. Lauderdale, FL 33316