UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)(S)

01  AUG 22  PM 12: 08

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN MAMONE,

        Defendant,

AMERICAN BANKERS INSURANCE COMPANY,

        Corporate Surety,
    and

ANA GRACE MAMONE,
JOSEPH V. MAMONE,
MICHELLE VARTANIAN,
RALPH VARTANIAN,
JAMES C. GUICE,
CONNIE R. GUICE,
LARRY R. SWITZER and
CAROL L. SWITZER,

        Sureties.
_____/

### MOTION FOR REVOCATION AND ESTREATURE AND FOR ENTRY OF A FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

    Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, moves this Court to revoke and estreat the appearance bonds and enter a Final Judgment of Forfeiture of Appearance Bonds in favor of plaintiff and against defendant, JOHN MAMONE, and American Bankers Insurance Company, corporate surety, and Anna Grace Mamone, surety, in the amount of $500,000, and against defendant, JOHN MAMONE, and personal sureties, Joseph V.

Mamone, Michelle Vartanian, Ralph Vartanian, James C. Guice, Connie B. Guice, Larry R. Switzer, Carol L. Switzer in the amount of $500,000 for a personal surety bond. Plaintiff will rely in support hereof upon the annexed Memorandum of Law.

## MEMORANDUM OF LAW
## REQUEST FOR ESTREATURE

1.    On November 2, 2000, defendant JOHN MAMONE, and surety, American Bankers Insurance Company and Anna Grace Mamone, executed a corporate surety appearance bond on behalf of the defendant in the sum of $500,000 to guarantee the defendant's appearance as ordered by the Court.

2.    On November 2, 2000, defendant, JOHN MAMONE, and sureties, Joseph V. Mamone, Michelle Vartanian, Ralph Vartanian, James C. Guice, Connie B. Guice, Larry R. Switzer, and Carol L. Switzer, executed a personal surety appearance bond on behalf of the defendant in the sum of $500,000 to guarantee the defendant's appearance as ordered by the Court.

3.    The defendant, JOHN MAMONE, has not honored the terms of the appearance bonds in that JOHN MAMONE failed to comply with the conditions of his Pretrial Services release.

4.    On August 17, 2001, after a motion to revoke defendant's bond and request for an arrest warrant with accompanying affidavit was filed by the government, United States District Judge Patricia A. Seitz issued a warrant authorizing the arrest of defendant JOHN MAMONE for committing violations of federal law while on bond and under house arrest.

5.    On August 21, 2001, the defendant was arrested by the FBI pursuant to the above-described arrest warrant and placed into custody.

6.    The provisions of <u>Fed. R. Crim. P.</u> 46(e)(1), provide that: "If there is a breach of condition of a bond, the district Court shall declare a forfeiture of the bail."  It has been held that the revocation or forfeiture required by these provisions is mandatory, even though it may later be set aside under the further provisions of Paragraph (e).  <u>United States v. Stanley</u>, 601 F.2d 380 (9th Cir. 1979); <u>Smith v. United States</u>, 357 F.2d 486, 490 (5th Cir. 1966); <u>Wright</u>, <u>Federal Practice & Procedure</u>:  Criminal 2d §776.  No notice to the defendant or surety concerning the failure to appear or action for estreature is required, even though such notice is required in connection with a subsequent motion for appearance bond forfeiture judgment.  <u>United States v. Vera-Estrada</u>, 577 F.2d 598 (9th Cir. 1979); <u>United States v. Marquez</u>, 564 F.2d 379, 381 (10th Cir. 1977).

7.    Plaintiff therefore moves the Court to revoke and estreat the appearance bonds as to the defendant and sureties.

## REQUEST FOR BOND FORFEITURE JUDGMENT

8.    The provisions of <u>Fed. R. Crim. P.</u> 46(e)(3) permit the Court, upon motion, to enter judgment as to any bond previously estreated and not subsequently set aside, and further provide that

the obligors on the bond submit to jurisdiction and irrevocably appoint the Clerk of Court their agent for service of process when they execute the bond.

9.    Upon the failure of any defendant to appear as directed by the Court, the provisions of 18 U.S.C. § 3146(d) permit the Court to declare forfeit to the United States any property posted or pledged to secure an appearance bond executed under the provisions of 18 U.S.C. §§ 3142(b), 3142(c)(1)(B)(xi) or (xii).

10.    One of the conditions in the bonds was that the defendant not commit "any act in violation of state or federal law." It is clear that upon failure of a bailed defendant to obey this condition results in the sureties becoming absolutely obligated to the United States for the full amount of the bond, and the government is not required in its motion to prove the amount of its expenses as a result of the breach. United States v. Foster, 417 F.2d 1254, 1256 (7th Cir. 1969); United States v. Caro, 56 F.R.D. 16, 20 (S.D. Fla. 1972); Wright, Federal Practice and Procedure: Criminal 2d § 776.

**WHEREFORE**, the United States of America moves this Court to enter a Final Judgment of Forfeiture of Appearance Bonds as to the aforesaid defendant and sureties in the sums of $500,000 as to the

corporate surety, and $500,000 as to the personal sureties, plus accrued interest, if any, together with interest as prescribed by 28 U.S.C. § 1961, and the costs of this action.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
J. BRIAN MCCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500081
500 East Broward Blvd., Seventh Floor
Ft. Lauderdale, FL   33394
Telephone: (954) 356-7392
Fax No. (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of August, 2001, to:

John Mamone
1960 August Terrace
Coral Springs, Florida 33071

Anna Grace Mamone
1960 August Terrace
Coral Springs, Florida 33071

American Bankers Insurance Company
Golddy Duran
1575 NW 14th Street
Miami, Florida 33125

Joseph V. Mamone
300 W. 23rd Street, # 17A
New York, New York 10011

Michelle Vartanian
1800 Colonial Drive
Coral Springs, Florida 33071


James C. Guice
11911 Winged Ft. Terr.
Ft. Lauderdale, Florida

Connie R. Guice
11911 Winged Ft. Terr.
Ft. Lauderdale, Florida

Larry R. Switzer
2080 Augusta Terrace
Coral Springs, Florida 33071

Carol L. Switzer
2080 Augusta Terrace
Coral Springs, Florida 33071

David B. Rothman, Esq.
Thornton & Rothman
First Union Financial Center
200 S. Biscayne Boulevard, Suite 3420
Miami, Florida 33131


J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY

-6-