UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
AUG 2 2 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA            CASE NO.:   00-6309-CR-SEITZ

Plaintiff,

vs.

JOHN MAMONE, et al.,                **ORDER GRANTING EXTENSION OF**
                                     **TIME TO FILE PRETRIAL MOTIONS**
Defendant.

_____/

THIS CAUSE having come on to be heard upon Defendant's Joint Unopposed Motion for Extension of Time to File Pretrial Motions, and this Court, having read the Motion and being duly advised in all premises it is hereby

ORDERED AND ADJUDGED that the time to file pretrial motions is extended to September 14, 2001, and the time to file responses thereto to October 15, 2001.

DONE AND ORDERED in Miami, Florida, this the 21st day of August, 2001.

_____
PATRICIA A. SEITZ
District Court Judge

cc:    David Rothman
       Brian McCormick, AUSA
       Counsel of Record