UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA  07803-062

| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff | 00-6309-CR-SEITZ(s)(s) |
| v. | |
| John Mamone | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | FILED AUG 22 2001 CLARENCE MADDOX CLERK U.S. DIST. S.D. OF FLA |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/21/01
2. Spoken Language: English
3. Offense(s) charged: Title 18 USC, Sec(s) 3148(b)
4. U.S. Citizen [✓] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 6/12/1951
6. Type of charging document: (Check One)
   [✓] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309-CR-SEITZ    CASE NO. _____
   DISTRICT: SDF     (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____
7. REMARKS: _____
8. DATE: 8/21/2001           9. Patrick Brodsky
                                ARRESTING OFFICER
10. AGENCY: FBI              11. 954-545-1857