# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOHN MAMONE (J)  
AUSA: BRIAN McCORMICK / Fernandez  
AGENT:  

CASE NO: 00-6309-CR-SEITZ (s)(s)  
ATTY: DAVID ROTHMAN, ESQ.  Jeff Harris stood in  
VIOL: BOND VIOLATION  

PROCEEDING: I/A ON VIOLATION / ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT  

RECOMMENDED BOND: BOND WAS REVOKED BY JUDGE SEITZ  

FILED AUG 21 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes / no  
BOND SET @:  
COUNSEL APPOINTED:  
To be cosigned by:  

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Advised of charges

PTD requested hrg set in Miami

AUSA will contact Miami duty judge re: any conflicts in time set for hrg on duty Mag

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING: 8/24  10  Duty  Miami  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  

DATE: 8/21/01   TIME: 11:00   FTL/LSS TAPE # 01 - 040   Begin: 576   End: 686

AUG 24 2001  
Rec'd in MIA Dkt _____

550