AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JOHN MAMONE

TO: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

YOU ARE HEREBY COMMANDED to arrest   JOHN MAMONE
                                      Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   violations of federal law while on bond

in violation of Title  18  United States Code, Section(s) 3148(b)

PATRICIA A. SEITZ
Name of Issuing Officer

_Patricia A. Seitz_ (signature)
Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

August 17, 2001
Miami, Florida
Date and Location

PATRICIA A. SEITZ
by   UNITED STATES DISTRICT JUDGE
Name of Judicial Officer

AUG 23 2001

Rec'd in MIA Dkt _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 8/17/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal S/District of FL | SIGNATURE OF ARRESTING OFFICER John Walker, ASDUSM |
| DATE OF ARREST 8/21/01 | | |

AO 442 (Rev. 12/85) Warrant for Arrest