UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA

**ARRAIGNMENT INFORMATION SHEET**

vs.

Jail No : 07803-062

JOHN MAMONE
        Defendant.

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

Tel. No: _____

Defense Counsel:    Name : DAVID ROTHMAN

Address: 200 So. Biscayne Blvd #2690 Miami, FL 33131

Tel. No: 358-9000

Bond Set/Continued: $500,000 CSB w/ Nebbia
$500,000 PSB

Dated this 24th day of August, 2001.

CLARENCE MADDOX, CLERK

BY Karen Sussmann
    Deputy Clerk

c: Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 01C 62
DIGITAL START NO. 1540