ko.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz(s)(s)

UNITED STATES OF AMERICA

vs.

JOHN MAMONE
DAVID BELL
JOHN O'SULLIVAN

### ORDER

THIS CAUSE came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Counsel for the above defendants requested that the defendants be placed within the "general population" by the Bureau of Prisons. The Government voiced no objection to same. It is therefore hereby

Ordered and Adjudged that unless good cause is shown by the Bureau of Prisons as to why the defendants should remain segregated, that they be placed within the general population by the Bureau of Prisons.

DONE AND ORDERED at Miami, Florida this 24 day of August, 2001.

TAPE NO. 01C-62-1540

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

Brian McCormick, AUSA
Dianne Fernandez, AUSA