UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA

vs.

JOHN MAMONE
DAVID BELL

ORDER

FILED BY _____ K.C.
2001 AUG 24 PM 3:30
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the __BOND REVOCATION__ hearing is hereby re-set to __August 30, 2001__ at __10:00 A.M.__ o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this __24__ day of __August__, 2001.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 01C-62-1540

cc: AUSA Diana Fernandez / Brian McCormick
    Defense counsel
    Pre-trial Services
    David Rothman, Esq
    Jeffrey Harris, Esq.