UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
AUG 27 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br><br>v.<br><br>JOHN MAMONE, et al.<br>　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO UNSEAL

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court order that the transcript of the <u>ex parte</u> hearings on the government's motion and application for an arrest warrant for defendants JOHN MAMONE and DAVID BELL held on August 16 and 17, 2001, be unsealed.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　GUY A. LEWIS
　　　　　　　　　　　　　　UNITED STATES ATTORNEY

By: _____
　　　J. BRIAN McCORMICK
　　　Assistant United States Attorney
　　　Court ID # A5500084
　　　500 E. Broward Boulevard, 7TH FL
　　　Fort Lauderdale, Florida  33394
　　　Telephone: (954) 356-7392
　　　Facsimile: (954) 356-7230