UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN MAMONE, and )<br>DAVID BELL, )<br>)<br>      Defendants. )<br>_____) | **NIGHT BOX FILED**<br><br>AUG 27 2001<br><br>CLARENCE MADDOX<br>CLERK, USDC / SDFL / MIA |

MOTION TO HOLD IN ABEYANCE GOVERNMENT'S
MOTION FOR REVOCATION AND ESTREATURE AND
FOR ENTRY OF A FINAL JUDGMENT OF APPEARANCE BONDS

The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Hold in Abeyance the Government's Motion for Revocation and Estreature and for Entry of a Final Judgment of Appearance Bonds, for the reasons set forth below:

1. On August 17, 2001, the Court issued warrants for the arrest of defendants John Mamone and David Bell on the government's Motion for Revocation of Bond.

2. On August 21, 2001, defendants John Mamone and David Bell were arrested by the FBI. Their detention hearings have been set for August 30, 2001, before Magistrate-Judge William Turnoff.

3. On August 22, 2001, the government filed the above-described motion for estreature of the corporate surety and

personal surety bonds relating to the defendants John Mamone and David Bell.

4. Since that time attorneys representing some of the third-party sureties, who were either third-party personal sureties, corporate surety or a third party who pledged property to the corporate surety, have requested to meet with the government for the purpose of discussing the equities involved in the case prior to a order of estreasure being entered by the Court.

Accordingly, the government requests that the Court enter an Order Holding in Abeyance the Motion for Revocation and Estreature and for Entry of a Final Judgment of Appearance Bonds for one month.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _/s/ Brian McCormick_
   J. BRIAN McCORMICK
   Assistant United States Attorney
   Court ID # A5500084
   500 E. Broward Boulevard, 7TH FL
   Fort Lauderdale, Florida  33394
   Telephone: (954) 356-7392
   Facsimile: (954) 356-7230

By: _/s/ Diana W. Fernandez_
   DIANA L.W. FERNANDEZ
   Assistant United States Attorney
   Court ID # A5500017
   500 E. Broward Boulevard, 7TH FL
   Fort Lauderdale, Florida  33394
   Telephone: (954) 356-7392
   Facsimile: (954) 356-7230

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was mailed this 27th day of August, 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

*Diana W. Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY