UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL

Case No. 00-6309-CR-PAS
SEALED PROCEEDING
MIAMI, FLORIDA
August 17, 2001
VOLUME II
PAGES 1 TO 14

FILED by _____ D.C.
DKTG
AUG 2 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.;
S.D. OF FLA. - MIAMI

MOTION TO REVOKE BOND AND ISSUANCE OF BENCH WARRANT
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

    BRIAN MC CORMICK, ESQ.
    Assistant United States Attorney
    99 N.E. 4th Street
    Miami, FL  33132

REPORTED BY:

    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).