UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA )
    Plaintiff, )
)
v. )
)
JOHN MAMONE, et al. )
    Defendants. )
)

FILED by \_\_\_ D.C.
AUG 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO UNSEAL

This matter having come before the Court upon the government's motion to unseal the transcript of the *ex parte* hearings on the government's motion and application for an arrest warrant for defendants John Mamone and David Bell held on August 16 and 17, 2001, and the Court having considered the motion,

ORDERED and ADJUDGED that the government's motion is GRANTED. The transcript is hereby unsealed.

DONE and ORDERED in Chambers at Miami, Florida, this 27th day of August, 2001.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez