UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE and
DAVID BELL,

_____/

FILED by _____ D.C.
AUG 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

This matter came before the Court on the Government's Motion to Hold in Abeyance Government's Motions for Revocation and Estreature and For Entry of a Final Judgment of Appearance Bonds. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Government's Motion is GRANTED. The Motions for Revocation and Estreature regarding Defendants, John Mamone and David Bell, shall be held in abeyance The Government shall notify this Court that they wish to pursue these motions or shall file a notice of withdrawal of the Motions for Revocation on or before September 28, 2001.

DONE AND ORDERED in Miami, Florida this 28th day of August, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
David Rothman, Esq., 200 S. Biscayne Blvd., #2690, Miami, FL 33131
Jeffrey Harris, Esq., 1 E. Broward Blvd., #1500, Fort Laud., FL 33301