UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 00-6309-CR-SEITZ**
**Magistrate Judge Brown**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JOHN MAMONE,
        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court pursuant to direction of the

Honorable Patricia Seitz.   A bond revocation hearing shall take

place on **Thursday, September 6, 2001 at 3:00 P.M. at the United**

**States District Court, 300 NE 1ST Ave., Miami, Florida, Courtroom**

**VIII before the undersigned.**

The Court has reserved thirty minutes for this hearing.

**DONE AND ORDERED** this ___5th___ day of September, 2001, at Miami,

Florida.

                                    _____
                                    STEPHEN T. BROWN
                                    U. S. MAGISTRATE JUDGE

cc: Honorable Patricia A. Seitz
    David Rothman, Esq.
    Brian McCormick, AUSA
    U.S. Pretrial Services