UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NUMBER: 00-6309-CR-Seitz

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE HEARING ON THE GOVERNMENT'S MOTION TO REVOKE BOND

THIS CAUSE having come before the Court on Defendant John Mamone's Unopposed Motion to Continue the Hearing on the Government's Motion to Revoke Bond and the court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is hereby granted and the hearing on the Government's Motion to Revoke Bond is hereby rescheduled to _4:00 pm Sept. 19_, 2001.

DONE AND ORDERED in the Southern District of Florida this the _6th_ day of September, 2001.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    David Rothman, Esq.
       AUSA Brian McCormick
       AUSA Diana Fernandez