UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 SEP 10 AM 10: 17

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 00-6309-CR-SEITZ |
| Plaintiff, | |
| vs. | |
| JOHN MAMONE, | **UNOPPOSED MOTION TO CONTINUE THE HEARING ON GOVERNMENT'S MOTION TO REVOKE BOND** |
| Defendant. | |

COMES NOW the defendant, JOHN MAMONE by and through undersigned counsel and hereby files this Unopposed Motion to Continue the Hearing on Government's Motion to Revoke Bond and as grounds therefore would state as follows:

1. The Government is providing undersigned counsel with substantial lengthy transcripts.

2. Additional time is needed in order to review the transcripts and be fully prepared for the hearing.

3. Assistant U.S. Attorney Diana Fernandez has been contacted and has stated that she has no objection to the granting of this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order Granting this motion and rescheduling the hearing on the Government's Motion to Revoke Bond.

Respectfully submitted,

*THORNTON & ROTHMAN, P.A.*

By: _____
DAVID ROTHMAN

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by U.S. Mail to A.U.S.A. Brian McCormick and A.U.S.A. Diana Fernandez, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 on this the ____ day of September, 2001.

_____
DAVID ROTHMAN