UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA    CASE NO.:    00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN MAMONE, et al.,

    Defendants.
_____/

### UNOPPOSED MOTION OF DEFENDANT JOHN MAMONE FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Defendant JOHN MAMONE, by and through counsel, respectfully files this Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

1.    On August 17, 2001, counsel for John Mamone sent in for filing a Joint Unopposed Motion for Extension of Time to File Pretrial Motions, which was granted by this Court on August 22, 2001. Pretrial motions are presently due on September 14, 2001. Responses to motions are due by October 15, 2001.

2.    A Sealed Superceding Indictment was returned by the Grand Jury on August 14, 2001.

3.    On August 17, 2001, the Government filed Ex Parte Sealed Motions for Revocation of Bond and Application for Arrest Warrants for Defendants John Mamone and David Bell, alleging that they committed violations of federal law while released on bond. On August 17, 2001, this Court Granted the Government's motions to revoke their bonds and issued arrest warrants for John Mamone and David Bell.

4.  On August 21, 2001, John Mamone, David Bell and the three new defendants in this case, John O'Sullivan, Joseph Russo and Doreen Russo, were arrested.

5.  On August 21, 2001, this Court unsealed the Superceding Indictment, which contains new allegations and includes three new defendants.

6.  John Mamone is presently in custody at the Federal Detention Center in Miami. His bond hearing was originally scheduled to be held on Friday, August 24, 2001, but was rescheduled to Thursday, August 27, 2001, to give counsel time to review over 500 pages of wire tap transcripts and prepare for the hearing.

7.  On August 27, 2001, Magistrate Judge Turnoff, the duty magistrate, found that the rules require that a revocation of bond be heard by the magistrate who issued the original bond, unless the trial judge orders the duty magistrate to conduct the hearing. Pursuant to this Court's decision, the bond hearing was referred to the original issuing magistrate judge, Magistrate Judge Brown.

8.  John Mamone's bond hearing was scheduled for Thursday, September 6, 2001, before Magistrate Judge Brown. However, after the Government revealed it intended to rely upon additional materials at the hearing, counsel for Mr. Mamone requested a continuance of the hearing. The hearing is presently scheduled for September 19, 2001.

9.  Prior to the recent arrests, defense counsel was unaware of the return of the Superceding Indictment and arrest warrants and had been diligently reviewing discovery materials and preparing the pretrial motions. Because of the recent developments in the case, counsel for Mr. Mamone has had to devote a substantial amount of time to visiting Mr. Mamone at FDC, preparing for the upcoming bond hearing and investigating the new allegations. Additional time is also needed

2

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

to review the Superceding Indictment, to obtain and review new discovery which will likely be forthcoming from the Government and to contemplate any potential new motions.

10. In addition, preparation of the motions, as well as the bond hearing, has been complicated by the fact that Mr. Mamone is in custody and, until late last week, was being housed in the Special Housing Unit. Mr. Mamone's assistance in preparing the motions is essential. However, due to the conditions of his confinement, meeting with him has been a time consuming process.

11. When undersigned counsel contacted Assistant United States Attorney Brian McCormick regarding the request for an extension, he stated that he had no opposition to this request.

WHEREFORE Defendant JOHN MAMONE respectfully request that this Court enter an Order extending the time to file pretrial motions to October 22, 2001, and the time to file responses thereto to November 19, 2001.

Respectfully Submitted

***THORNTON & ROTHMAN, P.A.***
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By:_____
DAVID ROTHMAN
Florida Bar #240273
Attorney for John Mamone

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the following persons on the ___ day of September, 2001:

AUSA J. BRIAN McCORMICK, ESQ.
AUSA DIANA FERNANDEZ, ESQ.
United States Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

JAMIE BENJAMIN, ESQ.
1 Financial Plaza, Suite1615
Ft. Lauderdale, FL 33394

JOHN F. CONTRONE, ESQ.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316

MARIA AND RICHARD HAMAR, ESQ.
2437 Briarcrest Rd.
Beverly Hills, CA 90210

JEFFREY M. HARRIS, ESQ.
1 East Broward Blvd., Suite 925
Ft. Lauderdale, FL 33301

PHILIP R. HOROWITZ, ESQ.
Suite 1910
Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156

JOHN HOWES, ESQ.
633 S.E. 3rd Ave, Suite 4F
Ft. Lauderdale, FL 33301

ANA M. JHONES, ESQ.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

JON MAY, ESQ.
200 East Broward Blvd., Suite 1210
Ft.. Lauderdale, FL 33301

NEAL NAMEROFF, ESQ.
100 S.E. 2nd Street, Suite 3350
Miami, FL 33131

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL 33134

KENNETH M. SWARTZ, ESQ.
100 Biscayne Blvd Ste 2100
Miami Florida 33132-2307

BRIAN L. TANNEBAUM, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

DAVID VINIKOOR, ESQ.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

JAYNE C. WEINTRAUB, ESQ.
100 SE 2ND St, Ste 3550
Miami Florida 33131-2150

CHARLES G. WHITE, ESQ.
2900 Bridgeport Avenue, Suite 401
Miami, FL 33133-3606

By: _____
DAVID ROTHMAN

5

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747