UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO:00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,
      Plaintff,

vs.
JOHN MAMONE

      Defendant.
_____/



FILED by ___ D.C.
MAG. SEC.

SEP 10 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: This cause came before the Court for Bond revocation. The Bond of $500,000 csb & $500,000 psb was set by Judge Brown. The matter of bond revocation will be addressed by Magistrate Judge Stephen J. Brown.

**DONE AND ORDERED** at Miami, Florida this ___30th___ day of __AUGUST__, 2001.

TAPE NO:01G-65-1887

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c:  AUSA
    Defense Counsel
    U.S. Marshal Service
    Pretrial Services

Rec'd in MIA Dkt 9-17-01