UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
SEP 1 8 2001
CLARENCE MADDOX
CLER.; U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 00-6309-CR-SEITZ |
| Plaintiff, | |
| vs. | |
| JOHN MAMONE, et al., | **ORDER GRANTING EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |
| Defendant. | |
| _____/ | |

THIS CAUSE having come on to be heard upon Defendant John Mamone's Unopposed Motion for Extension of Time to File Pretrial Motions, and this Court, having read the Motion and being duly advised in all premises it is hereby

ORDERED AND ADJUDGED that the time file pretrial motions is extended to October 22, 2001, and the time to file responses thereto to November 19, 2001.

DONE AND ORDERED in Miami, Florida, this the _17th_ day of _September_, 2001.

PATRICIA A. SEITZ
District Court Judge

cc: David Rothman
Brian McCormick, AUSA
Counsel of Record

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.