STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Tape No. 010-
51-1619
Criminal Minutes

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 9/19 4:00 PM | 4:30 PM ~ 5:00 p.m. | | USA v. John Mamone 00-6309-CR-PAS Revocation of Bond (30 mins) |

USA - Diana Fernandez, AUSA
Brian McCormick, AUSA

Deft - David Rothman, Esq.,

Hrg. held. Matter continued to Tues., Sept. 25, 2001 @ 3:00 p.m.

657

© 2001 Lotus Development Corp.        9/19/01 at 3:35 PM        Page 1