**Calendar** STEPHEN T. BROWN — Criminal Minutes

25 3:00 PM — 4:00 PM
5:45 p.m.

USA v. John Mamone
00-6309-CR-PAS
Revocation of Bond
(1 hr - reserved 2 hrs)

tape no.
010-90-A00,
91-1, 92-1

USA - Diana Fernandez - AUSA
Brian McCormick - AUSA
David Newby - USPS

Deft - David Rothman, Esq.

Hrg held. Matter taken under advisement.

FILED BY __ D.C.
01 OCT -1 PM 2:01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

658
ND

Deputy Clerk, Stephanie A. Lee