## EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| USA | | vs John Mamone | | DISTRICT COURT SD FL | |

PLAINTIFF'S ATTORNEY
Diana Fernandez, AUSA, Brian McCormick, AUSA

DEFENDANT'S ATTORNEY
David Rothman

DOCKET NUMBER
00-6309-CR-PAS

TRIAL DATE(S) Aug (9/19/01)
Revocation Bond 9/25/01

PRESIDING JUDGE
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

COURT REPORTER OID - 87-1019
90-1200, 91-1

COURTROOM DEPUTY
Stephenie A. Lee

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/19/01 | ✓ | ✓ | transcript - Adam Cova II, Coop - crating witness (a.gov) |
| 2 | | 9/19/01 | ✓ | ✓ | transcript - Jeffrey witness (a.gov) Cooperating |
| 3 | | 9/19/01 | ✓ | ✓ | copy of e-mail and attached letter |
|  | | 9/2/01 | | | Domingue Nuzzi |
|  | | 9/25/01 | | | Christopher Starrett, Hurtado de los Mendoza |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __1__

JOE CAGNAZZO

Urgent!

Date:    12/27/00 10:30 AM
Sender:  Jay Bohn
To:      Patti Dennehy
cc:      Lee Granahan; Jay Bohn
Priority: Normal
         Receipt requested
Subject: Missing Garments!

Patti,

   We are short 891 garments on Trailer 515411. Every style on the trailer was missing pieces from front to back. Ref. # LM-1951 was short 125 pieces, Ref. # LM-1950 was short 501 pieces & LF-4112 was short 265 pieces. The Manifest calls for 10,674 garments on the trailer & we received a total of 9,983. I will be faxing you all of the paperwork this morning & sending you the seal (596431) in the mail. This is extremely unusual that every style on the trailer is missing garments.

                                        Jay

16 Pages

GOVERNMENT
EXHIBIT
3
00-6309-Cr-Seits(s)(s)

**LESLIE FAY MARKETING, INC.**
1412 Broadway, 2nd Floor
New York, New York 10018
Tel: (212) 221-4310
Fax: (212) 221-4290

January 23, 2001
Mr. Robert Stawinski
Vice President of Claims
National Retail Transportation
550 Secaucus Road
Secaucus NJ 07094
Tel (201) 223-4121

Re: Claim Number: LF4112/LM1950/LM1962/LM1951
Claim Amount: $24,091.64
NRT Trailer: 515411 (Delivered by First Choice)
Seal: 596431
Pro Number: 5027113
Shortage: 891 pieces and or sets

The above trailer left Florida on either 12/21/2000 or 12/22/2000 and arrived into PA on 12/26/00. The normal transit time to PA is a day and a half to two days. This trailer was in transit for approximately four days, which is more than enough time for someone to tamper with its contents.

While my distribution center was unloading the trailer (with NRT supervision) they noticed each style was coming off with a shortage. Mr. Jay Bohn of my distribution center immediately notified me and I in turn notified your Miami office, Mr. Oscar Gonzales, about a possible shortage. The trailer was only half unloaded at this time so we were all hoping the missing garments were at the front of the trailer but instead the remaining styles unloaded also contained shortages. According to your Miami office 10,874 pieces and or sets were loaded on the trailer but only 9983 were received according to my distribution center and the NRT driver who was present during the unloading. The seal number 596431 was on the trailer door upon arrival at my distribution center. The original seal is now in your company's possession as NRT was bringing in an expert to determine if the seal was tampered with or a forgery. I have enclosed all copies of the documents relative to this claim. The above claim amount represents the garments fob cost, duty and freight. Please send your settlement check to my attention at the above address. If any other information is required in the processing of this claim please don't hesitate to contact me. Chuck Hannan and Arnold Nadell of NRT were both immediately apprised of these shortages so you can also question them.

Sincerely,

Patricia Dennehy
Director, International Operations.

cc: Mr. Arnold Nadell (without attachment)
    Mr. Bob Rutman

# COOPERATING WITNESS:

# JEFFREY BASS



| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| CD NUMBER: | 1 (SESSION #3) |
| CONVERSATION DATE: | 04/03/2001 |
| CONVERSATION TIME: | 15:07:30 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 08/10/2001 |

PARTICIPANTS:

JO - JOHN O'SULLIVAN
CW - COOPERATING WITNESS
UF - UNIDENTIFIED FEMALE

ABBREVIATIONS:

UI - UNINTELLIGIBLE
PH - PHONETIC
IA - INAUDIBLE
SC - SIMULTANEOUS CONVERSATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

245A-MM-91505

(noise around recorder)

(background noise)

(doors opening/closing)

(noise around recorder)

(car buzzer)

(radio)

(buzzer)

(radio off)

CW:     It's April 3rd, my name is Jeff Bass.  I'm going in to meet Johnny L., it's 3:11 in the afternoon.  Uh, I don't think he's here yet.

(noise around recorder)

(opens/closes car door)

(horn honks)

(child in background)

(UI)...

He's... I think he's giving right now.

Oh really, (UI)...

Yeah.

(background noise)

(numerous voices in background/conversations IA)

CW:     Hi.  Give me a medium coffee, two Equals and cream.

(UI)

Anything else?

CW:     That's that.

(background noise)

2

245A-MM-91505

(conversation briefly IA)

CW:    That's that.

(IA)

(background noise)

UF:    On U.S.1 and Commercial to Port Everglades.

CW:    Joe. Joe. Johnny. Oh there you are. I thought you were over there. I was looking... I... I looked, there was a guy who looked exactly like you.

JO:    What's up man?

CW:    What are you doing man?

JO:    Nothin' man. New York's crazy.

CW:    What are you up to?

JO:    Nothing, I got to go um... I got to go... I bought a house in Weston.

CW:    (UI)...

JO:    (UI)... you got someone with you?

CW:    No.

JO:    Not lucky, it's a foreclosure.

CW:    Yeah.

JO:    So. Now my ah... my uhm real estate guy says yeah you need another five thousand. I got my bank in New York, and I said well it takes 48 hours to wire it down, so I have to go see the guy tomorrow. Say here's the check, put it in two days, you know?

CW:    Oh my God. That's...

JO:    But if that happened, then I'm gonna come back and borrow four grand off of you, and you'll get it back...

CW:    Oh ho ho... yeah.

3

245A-MM-91505

JO:    In two days.

CW:    Yeah, right, I'm a big loan shark.  Uhm...

JO:    Not a loan shark, it's just, I (UI)... you're gonna get
       it back in two...

CW:    (SC)  I know that's... Oh.  Oh.

JO:    I can go to the, I can go to the bank and take a
       thousand dollars out, max on my card.

CW:    Right.

JO:    Only once a day though.

CW:    Right.

JO:    Cause that's the max you're gonna get.  So.

CW:    Right.  What I was... well, number one, okay, things
       have not been that good for me, I'll tell you that
       right now.

JO:    Oh, I know that, cause (UI)...

CW:    I mean, I've been like...

JO:    Let me get a (UI)...

CW:    I haven't been going to the casino that much, ah...

       (tape skips)

JO:    (in background - UI)

CW:    Ah, yeah, I... how you know?  You know this thing?

JO:    I know, I got ah...

CW:    Exactly, cause I can't afford to lose anymore.

JO:    Yeah, I can't do, we can't go in, I can't see in there
       no more.

CW:    Why not?

JO:    Cause there's cameras in there?

4

245A-MM-91505

CW:     There's cameras in where?

JO:     In the, in the casino, (UI)...

CW:     Oh, yeah, yeah, yeah, yeah, yeah.  Oh no, so we'll meet
        somewhere else.

JO:     Yeah, that's what I'm saying, like in here that's fine.

CW:     Yeah, we can walk ah...

JO:     (UI)... fucking walk around.

CW:     Yeah, but (laughs), we're going shopping together.

JO:     Yeah.  You know.

CW:     Uhm, no, so I got eight and a quarter.

JO:     All right, that's...

CW:     Okay?  Uh...

JO:     (UI)... huh?

CW:     No.

JO:     All right, (UI)...

CW:     But, you know like ah... like, I'm doing, I was... you
        know I'm still doing the other thing.  You know?

JO:     Right, what happened with, what happened up north?

CW:     Nothing.

JO:     Nothing?  I got (UI)... told you.

CW:     I know, we'll work on that.  Uhm, what I, what I wanted
        to do was, I want to give you eight and a quarter.

JO:     Um-hmm.

CW:     And then, is there any way I can get anything else?
        Like ten?

JO:     (UI)

CW:     But just because it would really, I'm look, I'm looking

5

245A-MM-91505

        for something decent you know next week, cause I think
        I'm doing okay this week.

JO:    (in background - Right.)

CW:    But, you know you never know, it's not ah... the week's
        early.

JO:    Oh, I know.  Uh, yeah...

CW:    Doing some shopping for the family or what?

JO:    Dinner tonight, I ate some good lunch today.

CW:    You know I've been, I've been on the Atkins diet, I
        started that.

JO:    Are you?

CW:    Yeah.  Yeah.

JO:    You're a beast man.

CW:    I lost like ah... seven pounds.

JO:    I can't do that shit.

CW:    You can't do that?  You got to eat the carbs huh?

JO:    I ah... I'm just, I can't...

CW:    Are you, you're not like a spaghetti eater, though.

JO:    Yeah, I had pasta today, I had the eggplant and ah...

CW:    You did?

JO:    ...and uhm, angle hair for lunch.

CW:    Oh shit.

JO:    So.  (UI) good though.  But ah...

CW:    Yeah, I mean like next week I'll be able to... next
        week I should be able to clean up these two weeks.

JO:    So you want, you want another, you want another dime.

CW:    Yeah.

6

245A-MM-91505

JO:    Because you're short one week, so next week you should
       be able, you'll have both weeks?

CW:    I should have both weeks.

JO:    Okay.

CW:    Okay, and then after I have the both weeks, I mean if
       you can do it like maybe next Thursday or Friday.

JO:    Let me ask, let me ask.

CW:    What do you think?

JO:    I have no idea.

CW:    I mean I've been good so...

JO:    Times are tough all over.  You know.

CW:    (chuckles)

JO:    (UI)

CW:    You don't have to tell me.  I know.

JO:    Times are tough all over.

CW:    It's always tough.

JO:    You didn't hear nothing at all from up there though?

CW:    Na, he called me and that was, that was it, he said
       he's gonna try and I said...

JO:    Why don't you, why don't you give me the number (UI)...
       put me on the phone.

CW:    Well let me see what I can do.

JO:    I'm just saying, put me on...

CW:    Yeah.

JO:    ...I'll just tell him listen, this is the fuck, this is
       the fucking offer man.

CW:    All right.

245A-MM-91505

JO:     That's the story.

CW:     Let me think about it.  But like I say, right now...

JO:     (SC)  Oh yeah, I know...

CW:     ...see you know I, I just want to keep a good thing
        going, you know a I, it's not a good thing, it sucks,
        but...

        (voices in background IA)

CW:     ...you know... in the mean time if I can stay around I
        got no problem, you know what I'm saying.

JO:     Um-hmm.

CW:     As far as (UI).

JO:     Yeah, that's fine.  I need a gallon of milk and I'm
        done.

CW:     Huh?

JO:     I need a gallon of milk and I'm done.

CW:     Jeez that's quick.  (chuckles)

JO:     (UI)... my kids eat cereal.

CW:     See you needed to come here anyway.

JO:     Well yeah, that's what I said.  My kids...

CW:     Yeah.  Do they get pissed off where you're drinking a
        Dunkin' Donut cup?

JO:     (UI)...

CW:     Yeah, but it's, you know... it's like different
        advertising.

JO:     (IA)

CW:     All right, here we go, yeah, this is cool.  Here.

JO:     (UI)... all the time.

CW:     (UI)... that's the wrong one.

8

245A-MM-91505

JO:     (UI)...

CW:     You remember you'll be running after me like the other
        time.

JO:     Yeah.

CW:     That's good.  Let's try, and make sure.  That, that
        should be right.

UF:     (IA)

CW:     It's cool.

JO:     Yeah.

CW:     Yeah.

JO:     (UI)...

CW:     Yeah.

JO:     (UI)...

CW:     Yeah, I hear you.  But ah...

JO:     Ah... (UI)... anything else?

CW:     I don't know, all I know is my case is coming up in
        February you know, I'm trying to just ah... fight it.

JO:     Yeah.

CW:     You know, I don't know what's gonna... you heard
        with... from anybody else?

JO:     Nope, just the same shit.  Everything's quiet.  What
        else did I need?  That's it, having steak tonight,
        steak and baked potatoes and (UI)...

CW:     That's what I do, I had steak last night, I had steak,
        asparagus...

JO:     (UI)... my neighbor, yeah my neighbor's...

CW:     It's not a bad diet.

JO:     No.

245A-MM-91505

CW:    And, and salad.

JO:    You just can't eat...

CW:    With blue cheese in it.  You know?

JO:    (UI)

CW:    And then like today I had chicken wings.

JO:    Right.

CW:    And, what else...

JO:    Chicken wings?

CW:    Yeah, you can eat chicken wings.  As long as they're
       not breaded.

JO:    See that's my ah weakness, I'd be (UI)... all the time.

CW:    So I had chicken wings and then I had a steak sandwich
       without the bread.

JO:    Right.

CW:    Which, was not, it was not bad though, you know you eat
       the steak and the cheese it's like...

JO:    Yeah.  You're full.

CW:    Make believe you're eating the bread.  (laughs)

JO:    You're full.

CW:    And I lost like ah... I lost like five pounds already,
       because I was on it before, and I had... I, I lost like
       25 pounds, and then I gained back like 12.  And I know
       what it's from, running over to the casino, eating all
       that crap.

JO:    Yeah, eating all that good stuff.

CW:    Yeah.

JO:    Sure, (UI)...

CW:    It's not even good stuff, it's just crap, it's carbs.

10

245A-MM-91505

JO:     It's okay.  (UI)

CW:     It is crap.  (laughs)

JO:     (UI) crap.

CW:     But ah...

JO:     So that's it, (UI)...

CW:     How you doing with the containers, are you doing
        anything?

JO:     I'm doing (UI), I'm just, I'm doing, I'm doing mostly
        (UI)... the cards are hitting and...

CW:     Oh, the cards are good, right?

JO:     The cards are good man.  You know I was able to make
        fifteen hundred, you know, for a week, for three days.

CW:     That's beautiful.  (chuckles)

JO:     Yeah.

CW:     That's strong.  I mean definitely.

JO:     Yeah.  But uhm, yeah now we got, you know (UI)... got
        to come ah... (UI)

CW:     Yeah, because (UI) that I think about it, everything is
        one (UI).

JO:     Everything.

CW:     Yeah, but they... yep you never know.  I mean you...

JO:     You never know, I mean I (UI)... go to the bathroom, I
        go to the bathroom, that's all.

CW:     Yeah.

JO:     He never did nothing, (UI).

CW:     Yeah, oh no, no, no.

JO:     Been, been once or twice.

CW:     Maybe, but it was like...

11

245A-MM-91505

JO:     Like ah... (UI).

CW:     No.

JO:     I borrow, I borrowed, I borrowed something off you,
        that's it.

CW:     Yeah.   That's it.

        (background voices IA)

JO:     But ah... yeah, that's the story.

CW:     Nothing else here, everything else is you know.

JO:     All right, what's the story now, you're not gonna see
        me this Friday?

CW:     I'm not gonna see you this Friday, but next week I'll,
        I should able to get you two, but if...

JO:     And I'll see what happens with that thing.

CW:     Yeah, if you can do it, it'd be ah... really help me
        out a lot.

JO:     Yeah, hell, ah... you know.

CW:     And you know, this is the first time I've really had a
        little problem, it's just you know, it's just been so
        bad.

JO:     Everybody's like that, I got to play my numbers man.

CW:     Oh.   (laughs)

JO:     (UI)... I, I spend my five dollars every week.

CW:     You know what are you buying?   You're buying some
        lotto?

JO:     Play, Play Four numbers.

CW:     Oh.   I think I should buy some for Saturday night.

JO:     It's three million, you missed the big one.

CW:     Oh yeah, who hit the big one?

12

245A-MM-91505

| | |
|---|---|
| JO: | (UI)... |
| CW: | But three million is enough for me, I could use three million. |
| JO: | Yeah three, Play Four dollar straight, (UI)... 1863. Right. 34 21, what's your birthday? |
| CW: | 4 - 20. |
| JO: | 4 - 20 what? |
| CW: | 54. |
| JO: | 3 4 2 5 4. |
| CW: | Yeah, that's gonna be a lucky card. |
| JO: | I'll (UI) fifty bucks, and ah... give the three number 2 5 7 same way. |
| CW: | So you hit this? Have you ever hit? |
| JO: | Yeah. |
| CW: | Yeah? What's it pay? |
| JO: | I hit it, the box pays hundred. Straight pays five, but I haven't hit that big one. |
| CW: | Oh, so if you hit this... |
| JO: | (UI)... |
| CW: | (UI)... right in the can where it's supposed to go. |
| | (in background - IA) |
| CW: | I know, right in there. (UI)... (laughs) We (UI)... there might be a little mopping here. |
| JO: | What happened with your car man? |
| CW: | My car, when I start it up... |
| JO: | Right. |
| CW: | When, when I'm going, it hes... when you push on the gas the accelerator, it hesitates. So like when I'm |

13

245A-MM-91505

> pulling out and trying... now I don't want to drive.

JO:     What, on your truck?

CW:     Yeah, the Navigator.  When I pull out in traffic, it goes like ah... a stop and then it will go, so when I'm trying to give it gas if a car's coming, I stop man, I, I stop right.

JO:     (SC)  It's the fuel injection, no?

CW:     And it, it's scary because you know we almost got in an accident, so... and then there's something with the suspension, so I took it over there, and I'm, I'm trying to get, I'm trying to get either a new Navigator out of it, or... cause I think it's a lemon, this is like the third time I'm took it in for the same thing.

JO:     Right.

CW:     You know, and it's like...

JO:     They're not gonna give you another one.

CW:     ...I spoke to the man... I spoke to the manager this time.

JO:     It's a leased car right?

CW:     It's a lease car, so why can't they give me a new lease car?

JO:     Yeah.

CW:     What's the problem, you know what's the problem.

JO:     Yeah.

CW:     So they gave me, they gave me a rental car, I got a Lincoln.

JO:     Oh nice.

CW:     I got a white Lincoln.

JO:     Yeah, that's cool.  Nothing wrong with that.

CW:     Yeah.  So I'm driving around and ah... just hopefully ah... hopefully I can get a new car out of it.

14

245A-MM-91505

| | |
|---|---|
| JO: | That'd be nice. |
| CW: | I started saying, I said I don't want anything but a new car. |
| JO: | Right, you have to, you have to play hard ball with them. |
| CW: | You know, well you, you have to because number one I've been a customer for them for a while. |
| JO: | Right. |
| CW: | And number two they say if you complain about the third... |
| JO: | Three times you got to bring it in. |
| CW: | Three times... |
| JO: | (UI) |
| CW: | ...it's ah, it's a, it's a lemon, it's a definite lemon. |
| JO: | How's your ah... business doing now? |
| CW: | I'm doing okay, I'm doing some jobs here and there. |
| JO: | (UI) |
| CW: | I'm starting to get big, I've got this bigger one coming up so everything looks pretty good. |
| JO: | Right. |
| CW: | Uhm, all right, so let me know. |
| JO: | Ah, yeah. I'll ah... |
| CW: | Let me know what's going on. |
| JO: | You know, what's going on. |
| CW: | You know cause it would just help me, you know. |
| JO: | Oh yeah. I'm looking at that (UI)... |
| CW: | So what's she look like, any, any good? |

15

245A-MM-91505

JO:    Yeah.

CW:    You like that huh?

JO:    (UI)... I like it man.

CW:    Yeah, I like women too.  (laughs)

JO:    I'll, I'll give you a buzz man.

CW:    All right.  Chow, see you later.

JO:    (UI)

CW:    I can't reach you though right, there's...

JO:    Call me on the phone, just say you have something to talk to me about.

CW:    But which one?  I ah...

JO:    (UI)

CW:    Give me the, give me the number.  Let me pop it in.  Oh you got your card?

JO:    That's my (UI)... (mumbling - IA).

CW:    You want me to pop it in the phone?

JO:    Yeah.

CW:    Yeah, let me, let me pop it in phone.

JO:    803...

CW:    Wait one second.  Now, how do you do this shit.  Okay, add entry.

JO:    Yeah.

CW:    Okay.  John...

JO:    Just, you know, try to use the pay phones.

CW:    Yeah, I will.

JO:    (IA)... all these phones are no good, anyway.

16

245A-MM-91505

CW:     John, okay.

JO:     803.

CW:     803.

JO:     12 90.

CW:     1 12 2 9 0.   Ah... okay.

JO:     Um-hmm.

CW:     There it is... no, not replace.

JO:     No.

CW:     Okay, I had another John, I ah... that was your beeper number.

JO:     Yeah, that's John.

CW:     But you said it's not working anyway.

JO:     No, it's not.

CW:     All right, so you'll, you'll know when, by next week or this week?

JO:     Yeah, this week probably.

CW:     Ah, ah, call me, let me know.

        (vehicle starts)

        (opens/closes vehicle door)

        (car buzzer)

        (car radio)

(END OF RECORDING)

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| CD NUMBER: | 2 (SESSION #5) |
| CONVERSATION DATE: | 04/12/2001 |
| CONVERSATION TIME: | 15:23:43 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 08/13/2001 |

PARTICIPANTS:           JO - JOHN O'SULLIVAN
                             CW - COOPERATING WITNESS
                             UF - UNIDENTIFIED FEMALE

ABBREVIATIONS:           UI - UNINTELLIGIBLE
                             PH - PHONETIC
                             IA - INAUDIBLE
                             SC - SIMULTANEOUS CONVERSATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

(background noise)

CW:     I'm going to meet Johnny O'Sullivan.  It's April 12th.
        Time is 3:24 p.m.  I'm going to try and get him on a
        taped conversation, and this is Jeff Bass speaking.

(noise around recorder)

CW:     I'm driving to the site.  The site's on (UI)... Drive,
        Dunkin' Donuts, right next to the Publix shopping
        center.

(background noise)

CW:     (mumbles - IA)

(car buzzer)

(opens car door)

CW:     I got more, I got more vehicles than you can shake a
        stick at.  No, my car's broken down again.

JO:     Oh, (UI)...

CW:     Yes.

JO:     All right, I'll meet you, I'm going to Publix there.

(honk)

CW:     Let me get a cup of coffee.

JO:     No, I'll get a cup of coffee.

CW:     You want, I'll buy you a cup, how's that?

JO:     What's going on?

CW:     Nothing, what are you doing?

JO:     Well, just fucking running around.  Running around.

CW:     Same old shit man.

JO:     (UI)

CW:     (UI)...

2

245A-MM-91505

JO:    Did anybody hit that pool over there?

CW:    Which one?

JO:    The big one, the hundred grand.

CW:    Yeah, some guy came in from Arizona.

JO:    Right.

CW:    You're not gonna believe this.

JO:    Put in 20 bucks.

CW:    I don't know, I was away in the Universal, I went away
       this weekend.

JO:    (IA)

CW:    Guy goes to the ten dollar bank.

JO:    Right.

CW:    I heard he stuck in like I don't know like a couple
       hundred dollars, hits for 74,000, takes the 74,000,
       goes to the other ten dollar lotto...

JO:    And hit...

CW:    ...hits a match off for 200,000.

JO:    How the hell did he...

CW:    Hits 274,000 dollars.

JO:    Guy from Arizona.

CW:    Guy from Arizona.  They said he's a psychic and 274...
       and he won the motorcycle.  Did you ever see the
       motorcycle.

JO:    Oh yeah, no, I have.

CW:    He won the motorcycle and...

JO:    Oh...

CW:    ...this guy offered him 12,000 dollars for the
       motorcycle.

3

245A-MM-91505

JO:     He didn't want it.

CW:     No, he wouldn't take it.  What do you want?

        (IA in background)

JO:     You know I want something cold.  Smoothie or something.

CW:     I'm getting something hot, you're getting something
        cold.

        (IA in background)

CW:     I'm gonna get ah... coffee.  But ah... can you believe
        it.  Some people get that lucky over here.   (SC)

JO:     (SC) ...an extra 500, let me go in there and maybe try
        my luck.

CW:     You should, you should try it.  Every once in a
        while... yeah, you know...

JO:     (UI)... stuff like that, when, how did he get on the
        machine?

CW:     (UI)...  Nobody was there, he just...

JO      Nobody, he walked right in.

CW:     He just went, hit the right time, everything's timed in
        that place.  If you go there, he stuck the money in, I
        don't know, he hit the jackpot, I mean it was like, and
        he didn't leave a tip.

JO:     Didn't leave a tip?

CW:     Didn't leave a tip.

JO:     That's horrible.

CW:     Did not leave a tip.  So he won 274...

UF:     (UI)... what can I get for you?

JO:     What do you want?

CW:     Ah... give me a medium coffee, two equals and cream,
        what do you want?

4

245A-MM-91505

JO:     I'll take ah... a smoothie, all right, regular with
        that wildberry banana.

CW:     You want to walk, you want to sit in here, or you want
        to walk in there.

JO:     Ah, we'll go out for a walk.  So your car's all messed
        up huh?

CW:     I'm trying to get a new car, because ah... my car
        keeps...

JO:     (SC)  Yeah, really.

CW:     ...it keeps on hesis... it's a lemon, absolute lemon.

JO:     They don't want to give it up.

CW:     No, they keep on saying, she says well did it happen on
        your way to Universal, cause see what happens is the
        clu... you push on the gas, it goes, it goes void.

        (IA)

CW:     You know, it goes dead, a void.  So, I said you know, I
        spoke to her, I said what, I said what are you doing to
        me here, she says well did it happen while you were on
        the trip, I said yes.  I said yeah when I was driving
        back, she says well it only happened once in 300 miles,
        I said yeah, but it happened... I said what's the
        difference...

JO:     Right.

CW:     ...if it happened once, I said I don't care if it
        happened once every 1,000 miles.

JO:     Right.

CW:     I said would you drive the car if that was happening to
        you, when you step on the gas you don't go.  What
        happens if you're trying to make a turn, you're
        stepping on the gas...

JO:     Or you're pulling out and somebody whams you.

CW:     Yeah, that's what's gonna happen.

JO:     (clears his throat)

5

245A-MM-91505

CW:     I said it's an unsafe car, I said it's a death trap.

JO:     Right.

CW:     I said I'm not driving it no more, simple as that, no
        way.  You know I said either fix it and give me a
        (UI)... or I want a new car.

JO:     Right.

CW:     So I'm going to talk to, I'm gonna see what I can do,
        it's... I mean it's crazy.  Uhm, so that's the, what'd
        you order?

JO:     Smoothie man, they're like all natural.

CW:     (UI)...

JO:     A little banana, little, little berries in it, they
        throw some yogurt in it, you know.

CW:     Healthy stuff.

JO:     Yeah, it's nice, it's nice and cool, yeah, it's
        healthy.

CW:     Oh yeah.

JO:     It's nice and cool.

CW:     Oh.

JO:     (UI) man.

CW:     Yeah, I'm doing the diet.

JO:     So how's ah... the roofing man?

CW:     Not bad, not bad, do it a little bit here, I haven't
        had many tear offs, that's why, you know, I haven't
        been able to go with you, I... you got to give me your
        num... well I can call you on the mobile right?

JO:     Yeah, you can call me on the mobile.

CW:     Yeah.

JO:     But call me from a pay phone, (UI)...

6

245A-MM-91505

CW:     You're doing the containers right?

JO:     Yeah.

CW:     Yeah.  Well I will.  You know, cause who knows, you
        know.  I... I have a job coming up as a matter, in a
        couple of weeks, I'm redoing...

JO:     Taylor?

CW:     Ah, yeah, so maybe I can use you on that.

JO:     Yeah.

CW:     That'd be good.

JO:     (SC/IA)

CW:     But how much (UI)... containers are?

JO:     (UI)... I'm just saying, Taylor roof, roofs are
        expensive.  Cause it's heavy.

CW:     Yeah, it's heavy.

JO:     Yeah, what do they usually charge, whatever they charge
        them...

CW:     I think they charge like two, two and a quarter or
        something like that.  Is that like cheap or a lot or...

JO:     That's for a roof?

CW:     Yeah.  What do the normally price.

        (background noise)

JO:     When you go to dump it in uhm...

CW:     I, when I, when I went (UI)... it was like two, two
        fifty, two and a quarter, something like that.

JO:     Right, like 275 for the roof (UI)... and that's all
        heavy.

CW:     And so they take, and they take it all away, and then
        they bring it back, it's good for what one dump.

JO:     One dump, yeah.

7

245A-MM-91505

CW:    That's it.  It doesn't matter how long it sits there.

JO:    Don't matter.

CW:    How long can it sit there?

JO:    What the dumpster, it can sit there, you know, a week, two weeks, if you want...

CW:    Oh so it doesn't matter.

JO:    ...you know, (UI)...

CW:    So, right.  And then you just call, they come and pick it up...

JO:    Right.

CW:    ...if you need another dump.

JO:    Right.

CW:    Has to be a big enough dump though.

JO:    They got 30 yarders...

CW:    Big enough yards.

JO:    ...40 yarders, there's you know, 20 yarder.

CW:    30 yards, pretty big right?

JO:    30 yards big, just, what kind of... is it the light stuff?

CW:    It's not a real... no, it's tile.

JO:    That's heavy stuff.

CW:    Heavy stuff, and it's like a double roof, because it's like a double barrel on it.

JO:    Right.

CW:    You know.

JO:    That's good (UI)... man, that's big money on that.

UF:    (IA) extra on the top...

8

245A-MM-91505

| JO: | Hello. |
|-----|--------|
| UF: | I put a extra on the top. |
| JO: | Oh, you're the best.  You're the best. |
| UF: | That one is my favorite one. |
| JO: | Oh yeah. |
| CW: | It's not on, it's not on my diet. |
| JO: | I'm gonna go home and put some rum in here. |
| CW: | (laughs)  That's five, keep the change. |
| UF: | Have a nice day. |
| JO: | Take care. |
| CW: | All right, so we'll go to Publix. |
| JO: | (UI)... shopping.  (IA)  And you, what... what else did you get anything else from ah... your hearings and stuff? |
| CW: | No.  I'm, I'm, I'm waiting to hear, number one I know the case is coming up in February. |
| JO: | Right. |
| CW: | The Government wants to talk... I mean I haven't talked to 'em yet. |
| JO: | They're breaking everybody's balls. |
| CW: | But they're busting my balls man. |
| JO: | What'd they say to you? |
| CW: | They didn't say anything, they said to my lawyers, Jeff better come in you know, if you, you know, they want, they want me to take a plea.  What do you think John wants me to do? |
| JO: | They, yeah, I'm, I don't know, I'm (UI)... anything like that. |
| CW: | Huh? |

9

245A-MM-91505

JO:    I don't know anything about that, you know.

CW:    No, I mean I don't know...

JO:    I haven't talked to him in a while.  So uhm...

CW:    Oh.

JO:    Yeah, but they're... they're putting a lot of heat on everybody.

CW:    They're... oh right, because they're ta... they're putting a lot of heat on me to take a plea.

JO:    Um-hmm.

CW:    I mean not, they just said you know he's either gonna go to court...

JO:    What'd they offer you?

CW:    They didn't offer me nothing yet.

JO:    Nothing.  (IA)

CW:    They want me to take a plea.

JO:    And roll over.

CW:    Right.

       (background noise)

CW:    I guess, I don't know if they want me to roll over whatever the hell they want me to do, but, you know they want me to take a plea, come in.

JO:    Right.

CW:    I'm not, I, I'm not gonna do it, I mean I don't know what to do.  You know.  What would you do?

JO:    What'd your lawyer say?

CW:    He just said you know fight it right now, they really don't have much on you.

JO:    (UI)... to your lawyer, that's why you got a lawyer, right?

10

245A-MM-91505

CW:     You know so I'm like ah... right now I'm battling it
        out to see what happens.

JO:     Do what the lawyer says.

CW:     What do you think everybody else is gonna do?

JO:     I haven't talked to nobody, I haven't seen nobody
        around.

CW:     Oh, you don't even know.

JO:     I don't even know.

CW:     Well, but how, how do you know that they're all (UI)...

JO:     Well no, I just, I, just from what I hear through the
        grapevine, everybody you know, they're breaking
        everybody's, like I got friends that put up their
        houses and stuff and they're breaking their balls.  You
        know?

CW:     Oh really?

JO:     So yeah, you know, (UI)...

CW:     I wonder what John, John's gonna probably take a plea,
        what he's gonna fight it?

JO:     I don't know, I, I think he probably ah... fight it,
        because what do they got?

CW:     I don't know.

JO:     They don't have too much anyway.

CW:     Who the hell knows.  I don't know what they got.

JO:     (UI)

CW:     I don't know, what do you need.  Uhm...

JO:     (UI)... my kids.  (IA)  You know?

CW:     So what do we, okay, so what did tell, tell me about,
        what's the deal now.  Why do I have to pay, can I talk
        to you?

JO:     Go ahead.

11

245A-MM-91505

| | |
|---|---|
| CW: | Why do I have to pay three percent? |
| JO: | I don't know.  I'm... you know. |
| CW: | I mean why... why... |
| JO: | No idea.  (UI) |
| CW: | I don't get it, I don't get it. |
| JO: | I don't, I have no idea what the, you know. |
| CW: | I mean you said over 40 is three, why?  I mean. |
| JO: | Don't know. |
| CW: | You don't even know? |
| JO: | Don't even know, I don't... |
| CW: | You're just like... |
| JO: | I don't know nothing man. |
| CW: | (laughs) |
| JO: | I don't know nothing. |
| CW: | Okay. |
| JO: | You know. |
| CW: | So what, so my thing is 33. |
| JO: | (IA)  ...runs you over (UI)... |
| CW: | But why?  I mean I don't get it, I, I've been good for so long, I mean why, why? |
| JO: | (IA) |
| CW: | I mean cause okay.  Right now what? |
| JO: | It's on the roof right? |
| CW: | Right. |
| JO: | It's on the roof, (UI). |

12

245A-MM-91505

CW:     Right, right, right. Okay, so right now on the roof
        it's 33, 33 degrees high.

JO:     Right.

CW:     I mean that's basically, so if I put it to 40 degrees
        high...

JO:     Did you (UI)...?

CW:     That's still, yeah.

JO:     Okay.

CW:     (laughs)  Well, well it, it stays two and a half.
        Right?  But, three more and it's, it's not for the
        whole thing.

JO:     No.

CW:     Just for the, the...

JO:     Right, the, whatever, you know.

CW:     (UI) yeah.

JO:     Whatever.  What do the kids like, steak?

CW:     Uhm, yeah, they got steak last time.

JO:     We had steak last night.

CW:     Well, and then I got to pay back how many?

        (IA in background)

JO:     I don't know, did you talk to anybody?

CW:     Two, no, I didn't talk to anybody, who am I gonna talk,
        I talked to you.

JO:     Right, right.

CW:     (laughs)  (UI)... who I'm talking to.

JO:     Right.

CW:     Tell me about it, you know.

13

245A-MM-91505

JO:      Well, well... I just want to be careful, I don't know
         if, you know...

CW:      I don't under... I understand, I know.

         (IA)

CW:      But you know, I'm just being careful myself, I don't
         want any... you know.

JO:      (UI)

         (IA in background)

CW:      I don't get it. I'm just saying I don't get it for the
         simple reason that, I don't know why for three more
         that I have to go to three on that.

JO:      Well I'll find out. You know?

CW:      Please do. Because I mean I could, I, I could
         understand you know, I, I... I mean I've, yeah, I had
         past couple of weeks I've missed, you know.

JO:      Now, let me ask you something, if you had to go uhm, if
         you had to go inside, they want, you know, if your wife
         gonna, you know, do the right?

CW:      Oh, be responsible?

JO:      Right.

CW:      I have to talk to her, I don't know.

JO:      Yeah.

CW:      I never even talked to her about it.

JO:      That, that's what you got to explain, you know.

CW:      Yeah. I don't know. Cause I never, I never really
         talked to her.

JO:      (on phone - Yo. What'd you forget to call me last
         night? All right, so what's going on? Ahhh, I'll be
         home. No, I got the kids, you know. What are you
         doing tomorrow? Uhm, (UI), no, no, but I could
         probably jump out. Give me, give me a call about 8:00
         or 7:30 with him, give me a call and I'll come over and

                            14

245A-MM-91505

                    meet you.  Give me a call.  (UI)...)

CW:     All right, so then if I take, see I, am I, so, how many
        do I have to pay back, three or two?

JO:     Well what's it at?

CW:     This is the third week.

JO:     Right.

CW:     This is the third week that I owe.

JO:     (SC)  Yeah, (UI)... well.

CW:     So say, you know...

JO:     I got to find out, I got to, you know.

CW:     I mean if I have to play two...

JO:     (UI)... no problem.

CW:     Then I can, I still probably need the ten.

JO:     Right.

CW:     But I'm just saying, but if I, if I pay, let me pay,
        I'll pay two...

JO:     Um-hmm.

CW:     ...which will be, you know, what it comes to, and then
        that still leaves me with, see, let's see, 16, that two
        of 16, (IA)... so what does it leave me with, 80... if
        I took the ten, it leaves me with 83 50.  Do you have
        83 50 on you?

JO:     (UI)  (laughs)

CW:     Well what do you have on you?  (laughs)

JO:     (laughs)

CW:     Oh, you didn't even get it yet.

JO:     I have money, no you want to come by and (UI)...

CW:     Oh, okay, so we're discussing.

245A-MM-91505

JO:    Yeah.

CW:    Okay, that's fine, okay, cool.  Okay, so then, good,
       we'll, we'll finish it up and then... oh, okay, so I'll
       have to meet you again.

       (background noise)

JO:    (IA)   That way you know.

CW:    We're just gonna do food shopping together.

JO:    Yeah, well you know.

CW:    All right, so, okay, so if I give you two it brings it,
       then I, and I take ten, it brings it to 83.

JO:    Right.

CW:    All right, but I want to know why, you know, I'm just
       saying, you know...

JO:    (SC)  Oh yeah, I'll find out.

CW:    ...please, just ask.

JO:    I'll find out.

CW:    You know.

JO:    I'll find out, and, but the, the, the big thing was.

CW:    Oh, he was say... is, is my wife.

JO:    That's the thing.

CW:    And, and if she isn't, and she, what happens if she
       says no?

JO:    Yeah, that might be, you know.

CW:    Then they only want to do the seven, or...

JO:    No, they might want... not, might not want to do
       nothing.

CW:    They might not want to do nothing.

JO:    Right.

16

245A-MM-91505

CW:    But it wasn't even the... it wasn't even the same loan.
       You know what I mean?  One was from...

JO:    Right, right.

CW:    ...one I, one was from one, and one was from ah...
       another.  But I guess it just got all put together.

JO:    Put it all together, I, I... like I said, I, I know
       nothing, I'm just ah... running around here.

CW:    Right, right.

JO:    You know what I'm saying?

CW:    Right.  All right, well...

JO:    (UI)... give me two diet cokes.

CW:    Oh, two diets... you want 12 packs?

JO:    Two diet.

CW:    Two 12 packs.

JO:    (UI)...

CW:    Not these.

JO:    (UI)... man.

CW:    Oh shit, well... you want the regular stuff huh?

JO:    I got it, I got it.

CW:    Okay, you got it?  Okay, so when can we do this anyway?

JO:    (UI)

CW:    I'll ask her tonight, but I don't know what she's gonna
       say.

JO:    (IA)

CW:    I'll ask her tonight.  Oh so you wanted to ask me now.

JO:    Um-hmm.

CW:    Oh.  Yeah, cause then if I go away then they're sitting

17

|   |   |
|---|---|
|  | waiting. |
| JO: | Right. |
| UF: | Would you like to donate a dollar for March Of Dimes? |
| JO: | No. |
| UF: | Out of 30? |
| CW: | A thousand or a dollar? |
| JO: | A dollar. |
| CW: | A dollar, I'll do a dollar.  I'll do a dollar, maybe I'll be lucky. |
| UF: | You want to sign it too? |
| CW: | Hmm? |
| UF: | You want to sign it too? |
| CW: | Ah, sure. |
| JO: | I thought you (UI) already. |
| CW: | Yeah, (laughs). |
| JO: | (IA) |
| CW: | I just put my initials, that's okay, right? |
| JO: | (UI)... you know there's nothing ah... they didn't ask you ah... to... you know to put anything (UI)... right? |
| CW: | No, no, I've got nothing on 'em. |
| JO: | (IA) |
| CW: | No, no.  No, no.  No, all I'm saying is, I just want to... no, I haven't gone, I haven't even gone, I'm just saying they told my lawyer they want me to take a plea, that's what they told me.  They set this up for me to do, so I, but I, I don't even know the particulars, we didn't even get into that part yet of it. |
| JO: | (IA) |

18

245A-MM-91505

CW:     You know, so I don't know.  Well what do you want me to
        do, you want me to call you tomorrow?

        (background noise)

JO:     Well I can uhm...

CW:     Do you want me to meet you back here?

JO:     Uhm, not tomorrow morning, hey maybe, I'll find out,
        I'll call you tonight.

CW:     All right, call me tonight.

JO:     Leave your phone on.

CW:     I will.

JO:     (IA)... everybody gets you know a little nervous with
        the, the...

CW:     (laughs)

JO:     Yeah, you laugh buddy.

CW:     I'm saying for sure, I'm, I'm agreeing with you, I'm
        not laughing like it's funny, I'm laughing like.

JO:     No, I'm just saying, that's the...

CW:     Absolutely, 150 percent.

JO:     That's the way everybody...

CW:     180 percent.  You know I... I understand.

JO:     But yeah, that's a good point that you had, I'm over
        here, in the white car.

CW:     I just don't get it, you know.

JO:     Well I think they just said that you know the numbers,
        they don't want to go above that number, and it, it
        went up to that huh?

CW:     Right.

JO:     Go in the passenger (UI)...

19

245A-MM-91505

| | |
|---|---|
| CW: | And then, and then also it's like one was with one, and one's with another, I mean I don't, I, I... |
| JO: | I, I don't know nothing you know about that. |
| CW: | Yeah, and I don't know either, so you know, you, you know as much as I do. |
| JO: | Right. |
| CW: | Nothing.  But ah... all right. |
| JO: | But ah if, if they say everything's fine... |
| CW: | Then we'll do it tomorrow. |
| JO: | ...they'll leave it at the sa... leave it at the same, you want ah... you want it... |
| CW: | If yeah, if they, I'll (UI) to her...yeah. |
| JO: | Yeah, if it stays the... ah, if it stays the same, see what she says, all right? |
| CW: | All right, okay. |
| JO: | I'll call you tonight. |
| CW: | All right, I'll talk to you later. |
| | (car door closes) |
| | (IA in background) |
| | (opens/closes car door) |
| | (car buzzer) |
| | (beeps) |
| | (car radio) |
| | (noise around recorder) |

(END OF RECORDING)

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| CD NUMBER: | 3 (SESSION #1) |
| CONVERSATION DATE: | 05/02/2001 |
| CONVERSATION TIME: | 20:06:04 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 08/17/2001 |

PARTICIPANTS:
JO - JOHN O'SULLIVAN
CW - COOPERATING WITNESS
UF - UNKNOWN FEMALE

ABBREVIATIONS:
UI - UNINTELLIGIBLE
PH - PHONETIC
IA - INAUDIBLE
SC - SIMULTANEOUS CONVERSATION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

245A-MM-91505

CW:     I'm meeting with Johnny O, it's May 2nd, 8:10 p.m.
Meeting at the Dunkin' Donuts off of Coral Ridge Drive.

(background noise/traffic)

(opens vehicle door)

(vehicle buzzer)

(closes vehicle door)

(background noise)

(numerous voices heard/IA)

(children in background - IA)

UF:     (in background - Why don't you guys participate when
you're done eating, cause you're ice cream (UI)...
you're gonna be very upset.)

(numerous voices heard/IA)

(laughter in background)

(whistling)

(honk in background)

(numerous voices heard/IA)

(telephone rings)

CW:     (on phone - Hello.  No, where are you?  Oh, you're
inside the supermarket?  Oh, yeah, no, I... no, there's
a million people out.  I'll come inside the
supermarket, I'm gonna, I'll walk in now.  All right.)

(background noise)

(numerous voices heard/IA)

What?  Okay.  Leave them on the patio or bring them...
what?

(whistling)

(door closes)

2

245A-MM-91505

CW:     I got to get some milk and stuff.

        (voices in background IA)

JO:     (IA)

CW:     Nothin', what are you doing?

JO:     I went to the... (UI)... last night.

CW:     You did?

JO:     I go in there, I said ahhhh, friggin', I throw 20
        dollars in, nothing, I throw another 20 dollars, I'm
        playing, I got it up to like 50 dollars.

CW:     Right.

JO:     This guy comes in next to me, sits right behind me.

CW:     Right.

JO:     Puts 20 dollars in, hits the jackpot.

CW:     Not the one that's 50 something thousand.

JO:     50... 50... hit for 50,000 dollars.

CW:     Oh my God!

JO:     Came in, put 20 dollars in.

CW:     I don't believe it.  That was...

JO:     He says, I can't believe it, he goes, I've only been
        here twice.

CW:     Oh my... were you playing that one?

JO:     Yeah.  (UI)

CW:     That was the game you were playing?

JO:     (UI)

CW:     Oh, that was the (UI).  That was the thing I was
        getting ready to play.  Cause I, when it got up, when
        it got up like six...

                              3

245A-MM-91505

JO:     Yeah.  He... the guy came in, put 20 bucks in.

CW:     I don't believe it.  You were there when it went off?

JO:     But he said he hit, he hit... (IA)

CW:     I call... I called today to see if it was there.

JO:     Yeah, he won.

CW:     And it wasn't there.  I can't believe it.

JO:     (IA)

CW:     See how you learn.  You know you almost got it.

JO:     (IA)... I, yeah, I... (UI)

CW:     Oh, you would have been sitting sweet.  Man that was like 50 something thousand right?

JO:     Yeah, he won, 50 grand.

CW:     I heard, I heard it was 58,000... I said I don't believe this shit.

JO:     55, 55, that he hit.

CW:     You got to get anything?

JO:     Huh?

CW:     I just got to get milk.

JO:     I got to get dinner for my kids (IA)...

CW:     What, what are you doing over there?  You co...?

JO:     I got basketball practice.

CW:     Oh you're coaching all that stuff?

JO:     Huh?  Yeah!

CW:     Oh.

JO:     No, I have to get a (UI)

CW:     I got to get a gallon of milk, what else do I got to

4

245A-MM-91505

> get? I'm gonna get 'em some chocolate milk too, cause
> he like drinks milk, this kid is unbelievable. Ah...
> man.

JO:  (IA)... going on, anything? (IA)

CW:  Ah, we'll wait till we go down here. Nothing, same...
(UI)...

JO:  (IA)

CW:  (laughs) So, how's your (UI)?

JO:  (IA)

CW:  Well, (UI)... yeah, well this will, this would be three
though.

JO:  Yeah.

CW:  This week will be three.

JO:  You gonna see me ah...

CW:  Ah, I'll try. Okay.

JO:  Try, because you know what, they're a little upset with
me, my people.

CW:  Why?

JO:  (UI)... you know what the fuck, you know, well cause I
missed you (UI), and missed you again, and then I
didn't have your number, and they're like, you know
what's going on.

CW:  Ahhh.

JO:  And I'm like I got to find out.

CW:  Well, I had... I was changing phones. I mean I don't
like to stay with the same phone and all that stuff.

JO:  No, I know. (UI)... you got to call (UI).

CW:  So who's pissed, John?

JO:  No, he's got nothing to do with this.

5

245A-MM-91505

| | |
|---|---|
| CW: | No.  Oh, okay. |
| JO: | My... this is my people. |
| CW: | Oh, this is the other ones. |
| JO: | The other guy, yeah. |
| CW: | Did you ever catch up with what's his name? |
| JO: | (UI) |
| CW: | Ah, what the fuck was his name?  Bruce. |
| JO: | Uhm, no I haven't talked to Bruce in months. |
| CW: | Oh.  Oh.  Uhm, what happened with uh, uhm, so then I don't know which ones they are though. |
| JO: | Who? |
| CW: | I don't know, whoever you're deal... (laughs) whoever you're dealing with. |
| JO: | Nobody man. |
| CW: | I know.  But I'm just saying, okay.  But I'm, you know, what I'm, whatever, you know. |
| JO: | Yeah. |
| CW: | All right, well they shouldn't be pissed, because you know, I owe... |
| JO: | (IA)... two weeks, you know it's two weeks (IA)... I got to go get some ah... (IA)... |
| CW: | Okay.  No, cause I always, like, you know I always pay. I mean... |
| JO: | Yeah. |
| CW: | ...yeah, every once in a while I might be a little bit late. |
| JO: | No, I know.  But, you know, it's just somebody else and (IA). |
| CW: | Oh yeah. |

6

245A-MM-91505

JO:    (UI)... when they, when they want to roll those containers.

CW:    Yeah right.

JO:    They, they expect all those containers and not like, oh we got no cans this week.

CW:    Right, they, they want, they want it on time.

JO:    They want the whole (UI)...

CW:    Yeah, well I try, I mean you know if I, once in a while I run into a snag, you know because sometimes I have good weeks, and then sometimes I don't have good weeks.

JO:    I mean, right, but you...

CW:    You know but... yeah, yeah, pretty good...

JO:    Roofing's been pretty good?

CW:    Yeah, the roofing's pretty good. Yeah, I got a couple (UI) today, so on a couple jobs it was really good... you know pretty cool, you know?

JO:    Yeah.

CW:    But I battle, I'm a battler. You know.

JO:    You're a hustler man.

CW:    I like to get this, you know, hopefully get this cleaned up pretty soon. You know. (laughs)

JO:    Oh yeah.

CW:    You know, I just got to ah... I got to hit one of those things that you went to yesterday.

JO:    That sucked, and I put you know...

CW:    I knew that jackpot was going. Because, no, well see, that jackpot went low three times.

JO:    Right.

CW:    Okay? It went at like 28,000, 42,000, and 44,000, that jackpot can go over 100,000, so that's why like a lot

7

245A-MM-91505

of people weren't chasing it.

JO:    Right.

CW:    And it's just, at 20... you know somebody hits that
       thing at the right time, you never know when it's ready
       to go.

JO:    Oh, I know.   I know.

CW:    I mean it's like... unbelievable.

JO:    (IA)

CW:    Yeah, but don't, don't, don't tell them that, don't,
       you know, tell them not to be all pissed off.  I mean
       because...

JO:    (SC)  No, I don't... no, but they, cause it's somebody
       knew on the block, and they, you know like I say when
       they're looking for ah... containers they need
       containers.

CW:    Yeah, I know what you're saying.

JO:    If I say the containers gonna be there Friday.

CW:    Right.

JO:    You know then they don't get no containers but two
       weeks later.

CW:    Yeah, right.

JO:    You know what I'm saying?

CW:    Yeah, I know.

JO:    That's all it is.

CW:    Yeah.  Well, I'll, I'll do my best, you know what I'm
       saying?  (laughs)  I'm working on it, that's, you know.

JO:    You know every time I come in here, I say I'm only come
       in for two minutes, I end up spend... I spend like 40
       dollars.

CW:    (SC)  And you buy like a million, I'm just getting this
       and that's it.  You know I got, I know.  We ate

8

|      | already, but he's ready to go to sleep and ah... I don't even, I don't even really need this. |
|------|-----|
| JO:  | (UI) |
| CW:  | How about that (UI)? |
| JO:  | Yeah. |
| CW:  | She lives right, (UI)... right? |
| JO:  | (UI) |
| CW:  | Yeah. |
| JO:  | (UI) |
| CW:  | Yeah, I think she lived in... I don't know. |
| JO:  | (UI)... chicken in the bag. |
| CW:  | That looks good, that's what I had tonight, chicken, I had Kentucky Fried.  (laughs) |
| JO:  | I can't, I got no time to cook. |
| CW:  | I, why, you have to cook it yourself? |
| JO:  | Oh, no, my wife (UI)... |
| CW:  | Oh. |
| JO:  | (UI)... |
| CW:  | Oh. |
| JO:  | (UI)... 9:00 o'clock tonight. |
| CW:  | Yeah, it'd be like late. |
|      | (background noise) |
| JO:  | Call me if you can (UI)... regardless, (UI)... |
|      | (IA in background) |
| JO:  | All right, I'll ah... talk to you tomorrow. |
| CW:  | All right, yeah, I'll talk to you... |

245A-MM-91505

JO:     Give me a call tomorrow.

CW:     Okay, pro...

JO:     Or tomorrow, give me a call Friday.

CW:     Yeah, it probably be, I'll try, you know what I mean,
        if I can't (UI)...

JO:     Give me a call, let me know.

CW:     Okay, I'll let you know one way or the other.

JO:     All right.

UF:     4.98 sir.

        (background noise)

        (numerous voices in background - IA)

CW:     All done.  And that concludes the meeting with Johnny
        O.

        (opens/closes car door)

        (starts vehicle)

        (vehicle buzzer)

(END OF RECORDING)

```
FILE NUMBER:              245A-MM-91505

CD NUMBER:                4 (SESSION #2)

CONVERSATION DATE:        05/07/2001

CONVERSATION TIME:        13:44:44

TYPE OF TAPE:             BODY RECORDER

CASE AGENT/SQUAD:         SA PATRICK G. BRODSKY/OC-1

TRANSCRIBED/TYPED BY:     BARBARA L. CHAFIN (HRA)

DATE TYPED:               08/17/2001


PARTICIPANTS:             JO - JOHN O'SULLIVAN
                          CW - COOPERATING WITNESS
                          UM - UNKNOWN MALE


ABBREVIATIONS:            UI - UNINTELLIGIBLE
                          PH - PHONETIC
                          IA - INAUDIBLE
                          SC - SIMULTANEOUS CONVERSATION
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

245A-MM-91505

(noise around recorder)

(background noise)

(walking)

CW:     Hi.  Give me a medium coffee, with two Sweet-N-Low's
        and cream.

UM:     Ah... (UI)?

        (voices in background - IA)

CW:     (UI)

        (voices in background - IA)

CW:     Keep the change.

        (background noise)

        (walking)

CW:     (on phone - Are you close?  Oh you are?  Oh, okay.  I'm
        here already.  I was wondering what the hell, you know.
        Ah...  Yeah, it's about a quarter to, I got here like
        five minutes ago, so I... All right, I'm just, yeah, I
        got a cup of coffee, I'm just like walking around
        outside you know.  So you'll be like ten minutes, huh?
        Okay.  All right, I'll wait for you.)

        (background noise)

        (opens/closes vehicle door)

(END OF RECORDING)

2

```
FILE NUMBER:              245A-MM-91505

CD NUMBER:                4 (SESSION #3)

CONVERSATION DATE:        05/07/2001

CONVERSATION TIME:        13:53:45

TYPE OF TAPE:             BODY RECORDER

CASE AGENT/SQUAD:         SA PATRICK G. BRODSKY/OC-1

TRANSCRIBED/TYPED BY:     BARBARA L. CHAFIN (HRA)

DATE TYPED:               08/17/2001


PARTICIPANTS:             JO - JOHN O'SULLIVAN
                          CW - COOPERATING WITNESS


ABBREVIATIONS:            UI - UNINTELLIGIBLE
                          PH - PHONETIC
                          IA - INAUDIBLE
                          SC - SIMULTANEOUS CONVERSATION
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

245A-MM-91505

CW:     (UI)... meeting with Johnny O.  Time's approximately
        1:52.  The subject should be here in five to ten
        minutes.  I'm resigning on.  It's Monday, May 7th.

        (background noise)

        (vehicle buzzer)

        (traffic noise in background)

        (walking)

        (opens/closes door)

        (pause/no conversation heard)

        (vehicles start in background)

        (background noise)

CW:     What are you doing?

JO:     (SC)  What's up?

CW:     Nothing, what are you doing?

JO:     Let's go through a car wash man?

CW:     Oh, you want to go for some coffee?

JO:     Huh?

CW:     You want to go inside?  Ah...

        (opens door)

CW:     So what's going on?

JO:     Nothin' man.

CW:     Ahhhhh.

JO:     (UI)... get a little car wash here, you know?

CW:     Yeah.  What's going on?

        (radio in background)

JO:     Nothing, how are you man?

2

245A-MM-91505

| | |
|---|---|
| CW: | Tired. |
| JO: | Tired?  Working hard, (UI)? |
| CW: | Yeah, hardly working.  So what happened? |
| JO: | What happened well, you know, when we say Friday, it means Friday, and I'm getting a lot of flack from my buddies there. |
| CW: | Right. |
| JO: | All right?  Remember it's not ah... it's not your friend. |
| CW: | Right. |
| JO: | It's somebody else. |
| CW: | Right. |
| JO: | All right?  And, when we... they say Friday it's Friday, and they... |
| CW: | Yeah, but didn't what's his name have a little... you know, when I originally borrowed from Mike, remember from the casino? |
| JO: | Which Mike? |
| CW: | That's ah... |
| JO: | I, I don't know anything about Mike. |
| CW: | Okay.  Sal had 20 of it, am I right or wrong? |
| JO: | I have, I have no idea.  I have no idea. |
| CW: | (SC)  Oh okay.  Gotcha. |
| JO: | You know?  That's... |
| CW: | So what's the problem?  They want to know what time. |
| JO: | Well, I...  Yeah. |
| CW: | I know, well I'm going to. |
| JO: | And, and you know it... |

3

CW:     Number one I hit the jackpot, I know, I hit a big jack...

JO:     Yeah, but that's, see, that's... something like that, you know, especially (UI)...

CW:     Yeah, but don't they want to make money?  I mean...

JO:     No, no, no, no, no, no.  You know, listen...

CW:     You know, I mean, they want the money back, do they want, you know...

JO:     Well, you know what, it's...

CW:     I mean I'm going to make the payments on time.  You know what I'm saying?

        (UI in background)

CW:     The payments are on a (UI)...

JO:     Do you got two fives?

        (UI in background)

CW:     Ahhhh.

JO:     (UI)...

CW:     Sure.  And I don't, I don't, I'm not, I don't have it till Wednesday, the money.

JO:     Could I have (UI)...

CW:     But the reason, let me tell you the reason, I had to make a mortgage payment, I had to take care of a couple things, ah... I had to pay the lawyer money, what do you need?

JO:     I need two fives or whatever.

CW:     Wednesday I'll have the, the couple.  Which will be this week, I'm gonna clean it up to date, up to this week, and from this week on...

        (in background - Welcome to (UI) laser wash, please enter your code now, or pay by cash.)

4

245A-MM-91505

CW:     Yeah, you need another five?

JO:     No.

        (in background - You have selected the (UI) wash...
        please enter wash (UI)...)

JO:     (laughs)  This is beautiful.  (UI)... car wash.

CW:     So from, from this week on, I'll be okay, because I,
        I'm waiting for the check to clear, I deposited the
        check.

JO:     Right.

CW:     You got me?  It takes seven days to clear.  So in order
        for the check to clear...

JO:     Right.

CW:     That's when I'll have the extra cash.  So on Wednesday
        I'll give him the two, and then I'll stay on top of it
        from then on end.

        (music in background)

JO:     Well yeah, but that's, yeah...

CW:     Tell them to relax, you know.

JO:     Well I know, but you know what the...

CW:     Jeez.

JO:     (SC)  ...ah, there's someone... (UI)

CW:     They act like, you know how long... how long have I
        have been doing... how long have I been doing this?

JO:     Yeah, but they don't know you.

CW:     Oh, they don't know me.

JO:     They don't know you, yeah.  That's my whole point.  You
        know?  If they knew you, and this (UI)...

CW:     Well who knows me, you know me, you know me...

JO:     (SC)  I... yeah.

245A-MM-91505

CW:     They don't know me?

JO:     No.  And that's why it's making me look, you know I'm
        like ah, don't worry, I know (UI)... this and that...

CW:     Oh yeah, right.

JO:     ...and they're like who the fuck, you know?

CW:     Right, I know what you're saying.

JO:     Right.

CW:     Well that sucks.

JO:     I... well...

CW:     Well, just tell them, whoever they, tell, cause you
        know, I thought it was with John, apparently it ain't
        him.  You know?

JO:     No, no, no.  I haven't seen him in a while.

CW:     Whatever it is.

JO:     Have you seen him?

CW:     No!

JO:     Well have you talked to him?

CW:     No.  I don't... no!

JO:     All right.

CW:     I'm not allowed to talk to him, you know.

JO:     (SC/IA)

CW:     I mean, I'm not allowed, what, you know, tell whoever
        you're doing it with, I don't know who you're doing it
        with.

JO:     Right.

CW:     But whoever you're doing it with, this week I'll clear
        up the two, and from here on in I'll, you know, they
        should be on time.

6

245A-MM-91505

JO:    Yeah.  So then, yeah, one two, all right, whatever, but
       that's...

CW:    You know, cause I only owe last week and this week.

JO:    Right.  (SC)  But still (UI)... yeah, but what...
       (UI)...

CW:    So, so if I see you Wednesday and I give you the two
       it's... I'm ahead of time.

JO:    But when you say, when you say...

CW:    Unless you want me to give you one on Wednesday and one
       on Friday.

JO:    No, just do it, do the both.

CW:    I figure or... two on Thursday or whatever.

JO:    Two, no, well I just got to get the containers out.

CW:    Right.

JO:    You know, and that's what I'm saying.

CW:    (SC)  Okay.  I know.  Yeah, I know.

JO:    (SC)  We need to get the containers... (UI)... I can't,
       you know...

CW:    I mean but tell them to relax.  I mean it's not, it's
       not a big problem.

JO:    Yeah, I know but they don't...

CW:    They're doing good.

JO:    ...they don't... I know they get nervous.

CW:    One of these days I'm gonna pay the whole thing off.

JO:    Yeah.  How, how big was your jackpot for?

CW:    It was a good one.

JO:    Yeah.

CW:    It was a 100, but I'm so fucking tied up with all

7

245A-MM-91505

|       |                                                                                                                   |
|-------|-------------------------------------------------------------------------------------------------------------------|
|       | this...                                                                                                           |
| JO:   | So what'd you hit it on, what game?                                                                                |
| CW:   | I, I hit the lotto.                                                                                                |
| JO:   | The lotto?                                                                                                         |
| CW:   | I hit the lotto, I was waiting to get on it for hours. Three and a half hours I waited...                          |
| JO:   | (SC/IA)  ...or what?                                                                                               |
| CW:   | No, I had, I hit...                                                                                                |
| JO:   | (UI)... up?                                                                                                        |
| CW:   | I hit 0 7 7 7 7, 0 7 7 7, it was unbelievable, I couldn't believe I hit it.                                        |
| JO:   | Right.                                                                                                             |
| CW:   | It was like thank you, because my, I, I owed the lawyer like 30,000, I, I mean I, fucking bills are unbelievable.  And then... |
| JO:   | I know, I know.                                                                                                    |
| CW:   | ...you know, and then I got to pay the house, and I got to, you know the monthly bills come up every month.        |
| JO:   | Right.  Oh, I know.                                                                                                |
| CW:   | You know, you know how.  I mean you got to pay your bills every months, right?                                     |
| JO:   | I got to pay my bills, right.                                                                                      |
| CW:   | And this thing hurts a little bit, you know so I, I mean, thank God I hit that.                                    |
| JO:   | It helped out.                                                                                                     |
| CW:   | So, yeah, I'll be able to get right back on track with it.                                                         |
| JO:   | Right.                                                                                                             |
| CW:   | You know what I mean?                                                                                              |

8

245A-MM-91505

JO:     Right.

CW:     It shouldn't be a problem.  Oh, you know what, maybe
        you can help me with that, well, I don't know.  You
        know that, that rail?

JO:     The who?

CW:     The know that guy from the (UI)?

JO:     The one you were talking about?

CW:     Yeah, yeah.  What do you think?

JO:     Yeah, see what he says man.

CW:     I mean ah...

JO:     What happened with the other thing, up top, the...

CW:     Nothing.  No, no, no.

JO:     Nothing at all?

CW:     No.

JO:     See that's, that's (UI).

CW:     But what I'm thinking if, if you can ah... maybe go
        give him a buzz or something.

JO:     Yeah, sure.

CW:     And, you know, he, he owes me, he owed me 89.

JO:     Right.

CW:     He owes me a lot.

JO:     Well...

CW:     And supposedly he was never supposed to stiff me.

JO:     Right.

CW:     You know, do you know who he is?

JO:     Huh?

9

245A-MM-91505

CW:     Do you know who he is?

JO:     I think I do but... what's the...

CW:     He's a real Italian looking, a good looking kid.

JO:     Right.

CW:     His name is Ralph.

JO:     It's a kid huh?

CW:     Okay.  He's, naaa, he's not a kid, he's a man, you know
        he's... he...

JO:     (UI)

CW:     ...he's like in his 30s.

JO:     (SC)  Right.

CW:     He might be 33, 34, you know, he's the manager of the
        Sea Escape.  I know he's, I know he's there on Tuesday
        nights, I know he's there on like Thursday nights.

JO:     What's his problem?

        (background noise)

CW:     His problem is he don't want to fucking pay.  You know,
        he doesn't want to pay, and you know, John before said
        he took care of it and the guy, if you ever took him
        on, you know, if I ever took him on, he'd be no
        problem.

JO:     Right.

CW:     Well he's a problem.

JO:     Right.

CW:     He's a definite problem, you know, and, and he's not
        making no attempts.  Oh you got a double ah... double
        dry here.  (UI)

JO:     Well I, huh?  (UI)

CW:     (UI)

245A-MM-91505

JO:    (UI)

CW:    What is this, Explorer?

JO:    Expedition.

CW:    Expedition.  It looks like the Navigator.  It's almost
       the exact same car.

JO:    (UI)

CW:    Yeah.  Uh...

JO:    Yeah.

CW:    I have to get you his phone number.  But you, you don't
       even need his phone number, cause you know... you got
       to go see him.

       (radio)

JO:    Right.

CW:    You just, he works on Tuesdays and Thursdays.  He owes
       like 89.

JO:    Um-hmm.

CW:    And ah... then I could clean everything up.  (laughs)

JO:    Sh... yeah, I know.

CW:    (laughs)

JO:    So how long's this been going on for?

CW:    Ah....this is like six months now, he hasn't even made
       an attempt.

JO:    He don't even call you nothing?

CW:    Na, he... I can't reach him...

JO:    (SC)  And...

CW:    I can't call him, and I know he's there.

JO:    And the other fucking people, so why we go down there
       one night.

11

245A-MM-91505

CW:     Yeah.

JO:     Like Tuesday night.

CW:     Yeah, yeah.  I mean it's, it's bullshit.

JO:     Yeah.

CW:     There's no reason, there's no reason for this.

JO:     Let's go out... let's, let's go on the boat man.

CW:     Yeah.  Well do you want me to come with you, or do you want to go...?

JO:     Yeah, (UI)...

CW:     Yeah?

JO:     (UI)... you can go, and then...

CW:     Okay.

JO:     ...see what he says.

CW:     All right, that's what we'll do.

JO:     And I'll just say, listen...

CW:     Yeah, I mean this is like, it's unbelievable.

JO:     Ridiculous.

CW:     You know?

JO:     Terrib... you know everybody's, everybody's being fucking dickheads.

CW:     Yeah.  I know.  Everything's tight.  But, so you can handle it though, you think?  What will ya, well we'll talk about it, see how you do.  Okay.

JO:     No.

CW:     We'll see how, oh (UI)...

JO:     We'll look go inside.

CW:     Yeah.

12

245A-MM-91505

JO:     (UI)... say Yo.

CW:     (laughs)  I hear ya.

JO:     (UI)...

CW:     Okay.

JO:     What was I gonna say to you, uhm... all right so I'll,
        nothing happened up there, those guys...?

CW:     No, no.

JO:     (UI)... waiting on that...

CW:     But Wednesday...

JO:     ...(UI)...

CW:     No, he was working something out, he... I don't know,
        it's crazy.

JO:     Gotta give me that number.

CW:     Don't worry about that.

JO:     Gotta get me that number too.

CW:     Okay, I'll give you that one, but let's work, let's
        work on this.

JO:     (SC)  I told you, I told...  Yeah.

CW:     Okay, and we'll get it, ah... I'll go down there with
        you.

JO:     Right.

CW:     Uhm, let me see when I can go, I'll call you, I'll meet
        you on Wednesday.

JO:     Right.

CW:     The latest Thursday morning, or probably Wednesday,
        just tell them, whoever it is, who is it, and fuck it,
        I don't give a shit, I don't want to know.

        (car buzzer)

245A-MM-91505

JO:     Yeah.

CW:     I don't care who it is.

JO:     Oh listen, also...

CW:     Okay.  What, what?

JO:     ...what is, what is ah... what's your, your lawyer
        saying about your case and everything?

CW:     They're waiting... they're not hearing nothing.

JO:     Right.  (UI)... and cause...

CW:     What do they...

JO:     ...no, the word, the word is going around.

        (door closes)

CW:     Right.

JO:     ...(UI)... they're offering all the guys... all the
        people that are in, just so you know, take a plea...

CW:     What do you mean, offering all the people that are in?

JO:     Take a plea.

CW:     Take a plea.  Right.  That's what they want me to do.

JO:     If... and they want you to you know, to, to, to rat.
        Like they call you up...

CW:     Yeah, but I'm not gonna do that.

JO:     Exactly, because you know what...

CW:     Right.

JO:     ...that's what, you know what they got, guess what they
        got.

CW:     Zero.  They probably do, yeah.

JO:     They're trying to just get everybody to roll over...

CW:     But are they doing it to other people besides me?

14

245A-MM-91505

JO:     Yeah.

CW:     Cause I don't talk to anybody else?

JO:     No, no, they, yeah, they're trying to get everybody
        to... you know, cause they, you know, this is what's
        going on.

CW:     Every single one of 'em.

JO:     (UI)...

CW:     Every... and what is anybody doing?

JO:     Huh?

CW:     Is anybody doing anything?

JO:     No, no.  Not yet, everybody knows, they got... there's
        got nothing there.

CW:     Yeah but I mean, what do you do, do you go to court and
        you take the chances of maybe doing ten, or do you
        take, you take a two or a three'er.

JO:     (SC)  First of all, first of all... no, but first of
        all...

CW:     You know what I mean?   (UI)

JO:     ...that ain't gonna... that ain't gonna happen to you.

CW:     Right.

JO:     All right?

CW:     Right.

JO:     Because everything was off-shore.  There's nothing over
        here.  Okay?

CW:     Yeah, but they heard me and him talking.

JO:     Yeah, but you can't talk about sports?

CW:     I guess, I don't know.

JO:     You can't talk about sports.

15

245A-MM-91505

CW:     I don't know.

JO:     Everybody talks about the... you know games and this
        and that.  I talk about...

CW:     Well see, if I knew exactly what they had, what I'm
        probably gonna have to do is go meet with them one day,
        and just like have 'em question me or something like
        that.

JO:     Not you, no.

CW:     With my lawyer.

JO:     No.

CW:     No?

JO:     Just send your attorney.

CW:     Right, and then I'll go.

JO:     That's it.

CW:     Yeah.

JO:     Yeah, exactly.

CW:     Right.

JO:     Okay?

CW:     Okay.

JO:     But this is ah...

CW:     Cause I've never been through...

JO:     I'm...

CW:     I've never been through this stuff before.  You know.

JO:     This is what, this is what, this is what they got,
        notin'.

CW:     Right.

JO:     You're, you and (UI)... that's all you got.

16

245A-MM-91505

CW:     Right, right, right.

JO:     All right?

CW:     Okay.  Ah...

JO:     I'll see you (UI)...

CW:     I'll call you when ah...

JO:     Call me Wednesday (UI).

CW:     I'll call you Wednesday.  Okay, and we'll get it
        together.  Tell them to relax, okay?

JO:     Yeah, I know.

CW:     I ain't going no where yet.

JO:     (UI)... Yeah, but you know since you're, you're the new
        kid on the block, and you know I'm saying yeah, yeah,
        don't worry about it.

CW:     Oh yeah, yeah he's good, and you're coming up late with
        the...

JO:     And then fucking they're like yo, he's fucking you
        know...

CW:     Right.

JO:     First week, second week, you know.

CW:     But they are... first week, second week.

JO:     No, no but I'm just saying, you know.

CW:     Oh, okay, all right.

JO:     If it was like steady boom, boom, boom, and then
        like...

CW:     Right.

JO:     Five months down the road, (UI)...

CW:     Right, okay.  Sounds good, I'll talk to ya.

        (background noise)

17

245A-MM-91505

    (walking)

    (dialing telephone)

CW:    (on phone - Hello.  He... hello.)

    (dialing telephone)

    (starts vehicle)

    (vehicle buzzer)

CW:    (on phone - I know, but I had to, and it was very cool, and this was the best one yet.  So I'm glad you didn't do anything, because he says, come on, come on I, I need, and he says we'll just drive through the car wash, and it was like I said why don't you come in and have coffee, and he said ah... he said ah... he goes no come in the car, I said, and I knew it was not a prob... if I, if I thought there was gonna be a problem, I wouldn't have got in and I'm glad you did nothing.  Very glad.  Cause this one's a good one.  Okay.  Hello.  Were you ner... were you nervous?  I was a little nervous at first myself.  Where... where'd you, where'd you go?  Oh.  Right, right.  I'll meet you back over there okay?  Bye.  I should... okay, yeah, oh he's going?  Okay, good, so I don't have to worry.  He suspects absolutely nothing, okay?  All right, good, bye.)

(END OF RECORDING)

18

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| TAPE NUMBER: | T-5 |
| DATE OF TAPE: | MAY 10, 2001 |
| TIME OF TAPE: | 14:03:31 (SESSION 1) |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 18, 2001 |

| | | |
|---|---|---|
| PARTICIPANTS: | CW - | COOPERATIVE WITNESS |
| | JO - | JOHN O'SULLIVAN |

| | | |
|---|---|---|
| ABBREVIATIONS: | UI - | UNINTELLIGIBLE |
| | PH - | PHONETIC |
| | IA - | INAUDIBLE |
| | SC - | SIMULTANEOUS CONVERSATIONS |

230ET HOI.TRN

245A-MM-91505

CW:        ...ten.  This is the writer (UI) I'm down in the (UI).
           I'm gonna meet with Johnny O, and make a payment to him
           and then (background noises) see what happens.

           (Cell phone ringing)

CW:        (On phone) Hello!... I'm pulling, I'm pulling in, where
           are ya?... Oh, go ahead, put... Blockbuster... I'm
           pulling, yeah, yeah, yeah, I'm pulling, I'm pulling
           like right this moment so... Okay... Oh, okay, sounds
           good... Okay, bye.  (Phone hung up)

           (Background noise)

           (Cell phone being dialed)

           (Window in car going down)

CW:        What's up?

JO:        Well don't hit me man.

CW:        Well don't hit me.  (laughs)  What are you doing?

JO:        (UI).

CW:        Nothing, what are you doing?  What's going on?

JO:        Well, just you know.  (UI) and get (UI).

CW:        No problem.  Ahm.  I need, ah here is, here is one.  I
           got one, okay.  (laughs)  I got one.

JO:        (UI) (laughs)

CW:        Ahm, Friday, I should have the balance.  Okay, so I
           should be able to hook up one.

JO:        Friday, you want, you'll put the dumpster out, that's
           what (UI).

CW:        Yeah, Friday, now listen okay.  How do yous.

JO:        How's Friday?

CW:        It should be ah, tomorrow, let, if not tomorrow, Monday
           at the latest, okay?  Ahm, I had to ask you something
           else too.  My lawyer, okay...

2

245A-MM-91505

JO:     Right.

CW:     ...is driving me crazy.

JO:     Right.

CW:     He keeps calling me, Jeff, what are you gonna do?

JO:     Right.

CW:     He's.

JO:     Tell him you got fuckin' time.  It's ah, you know.

CW:     I.

JO:     And they're, they're, they're putting pressure on
        everybody to ah, there's nobody.

CW:     I mean but he's telling me, this is what he, this is
        what he's saying to me.  He's saying Jeff, if you, he
        goes, if you don't go in, there's other people that are
        gonna go in.  Well, let, let me just tell you...

JO:     (UI) I understand (UI).

CW:     ...Okay, let me finish.  But there's other people that
        are going to go in and when they go in, they're gonna
        cooperate.  This is what he's telling me.  They're
        gonna cooperate.  And, you know, you're saying that you
        don't wanna go in, and, and when you do go, he says, if
        you don't go in, you're the one who's gonna get more
        time.  You've been arrested, let me finish okay?

JO:     I (UI).

CW:     Yeah, no, I know.  You've been, you've been arrested
        before...

JO:     Right.

CW:     ...okay, on the same charge.

JO:     Right.

CW:     Okay.  So this is the, this is the second charge
        against you, you know.  What should I do?  I, I need to
        know what...

3

245A-MM-91505

JO:    Okay.

CW:    ...you guys think I should do.  And not only that, I
       don't know, what do you think?

JO:    I'll see you tomorrow.

CW:    Okay, you'll see me tomorrow.  And not only that, what
       was the other thing I was gonna ask ya?  Ahm.

JO:    That other thing?

CW:    Yeah, no, no, no, no, not.  What the, I mean I'm
       caught, I'm caught up.  I, I don't wanna, you know.  I
       don't really wanna go to jail.  You know what I'm
       saying?

JO:    (UI) to me.

CW:    I mean.

JO:    Ah huh.

CW:    I'm not like looking to do that.  You know.  And I'm
       caught up because I've been caught doing this already
       you know.  I don't know what they have and what they
       don't have.

JO:    Let me (UI).

CW:    You know.

JO:    Let me make a phone call, I'll talk to you tomorrow
       about the whole thing.

CW:    Okay.

JO:    And we'll see.

CW:    We'll get together tomorrow?

JO:    Exactly.

CW:    Okay and what a-.

JO:    And this way we know, if they say no, I said you can go
       in, I'll have your, have your lawyer go down and see
       what, you know, what they got.

4

245A-MM-91505

CW:      Right.  I mean...

JO:      You know I (UI).

CW:      ... and like what, like what, what assurances do, I
         mean like if. Let's say like let's say that whoever
         you're talking to...

JO:      Ah hum.

CW:      ... if it's John, if it's whatever, you know, whoever
         you're talking to says well you know, go in, take a
         plea, don't cooperate, whatever.  What assure, I mean I
         might get caught up in a ten-year thing here.  I don't
         know.  I don't know what the fuck they're looking to do
         to me.

JO:      That's why you gotta go find out, we gotta find out.

CW:      Why don't you go find out.

JO:      Alright.

CW:      And we'll hook up ah, sometime tomorrow.

JO:      Okay, no problem.

CW:      You know, call me and we'll get together.  (laughs)

JO:      Okay, bro.

CW:      Okay.  And then I wanna talk to you about that other
         thing too.

JO:      Well it's gotta be, after I, I gotta go pick the kids
         up.

CW:      Okay.

         (Car window goes back up)

         (Background noises)

         (END OF TAPE)

5

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| DATE OF TAPE: | MAY 15, 2001 |
| TAPE NUMBER: | 6 |
| TIME OF TAPE: | 16:06:45 |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 18, 2001 |

PARTICIPANTS:                        CW  -  COOPERATIVE WITNESS
                                     JO  -  JOHN O'SULLIVAN


ABBREVIATIONS:                       UI  -  UNINTELLIGIBLE
                                     PH  -  PHONETIC
                                     IA  -  INAUDIBLE
                                     SC  -  SIMULTANEOUS CONVERSATIONS

S:0 6 T 11 0 3.T K 1)

245A-MM-91505

CW:        ...May 15th, the time is approximately 4:05 ah, I'm
           going to meet Johnny O by the Dunkin Donuts in Coral
           Springs off of Coral Ridge Drive.

           (Background car/traffic noises heard)

           (CW turns off vehicle and exits vehicle - alarm beep
           heard - loud background traffic noises heard)

CW:        Hi.

UM:        Hey (UI).

CW:        Medium coffee, two Sweet and Low's and cream.

UM:        Yes.

           (Background noises)

UM:        Anything else?

CW:        That's it.

UM:        One thirty five.

           (Background noises)

CW:        Thank you.

UM:        Here's your receipt.

           (Background noises)

JO:        (On phone) (UI) Ah, you know what?  Let me give him a
           call and I'll explain it, you tell him you had like ah,
           and, and, internal like a rib injury and stuff like
           that?  You broke a finger and stuff?... Let me call him
           up and I'll get back to you tomorrow, okay?... Alright,
           Artie.  (Phone hung up)

CW:        What's up kiddo?

JO:        Fuckin' headaches man.  Just (UI).

CW:        What now?

JO:        Ah, everything you know.

CW:        Like what.

                            2

245A-MM-91505

| | |
|---|---|
| JO: | No just. |
| CW: | All kinds of shit huh? |
| JO: | Just fuckin' life in general, you know. |
| CW: | Ohhh (sighs) man. |
| JO: | Someone says refer me, refer me and I refer 'em to people and now he don't wanna take the cases.  Get the fuck outta here. |
| CW: | Ah really, what for cars? |
| JO: | Yeah. |
| CW: | Oh man.  How you doin' with that anyway? |
| JO: | Well you know, surviving. |
| CW: | Yeah. |
| JO: | Surviving. |
| CW: | Well. |
| JO: | I'm going up to, I'm going up to New York ah, this week. |
| CW: | You are? |
| JO: | Yeah. |
| CW: | Ah, what day? |
| JO: | Ah probably Thursday. |
| CW: | I'll try and clean up the other one by Thursday. |
| JO: | Well, you probably, you gonna meet at six in the morning? |
| CW: | Hummm, that's gonna be hard.  (laughs) |
| JO: | Alright, but I'll be back. |
| CW: | So what, so if I get. |
| JO: | I gotta go to the bathroom.  Huh? |

3

245A-MM-91505

CW:    So if I give you one today.

JO:    Remember what I explained to you last week?

CW:    What?

JO:    About I told these guys yeah, everything was fine with
       the guys.

CW:    Yeah, yeah.

JO:    I don't know who you think this is, you know these
       people that I'm dealing with.  But they're like, what
       the fuck.  They just, and I'm saying listen, you just
       gotta get it straight.  Just gotta get it straight.

CW:    Just tell 'em I'm going through like a little bit of
       hardship.

JO:    No, well I told that but they're telling me that they
       heard, you know, the same thing you know, with ah.
       They're the ones that are telling me that ah, people
       (UI) you know you hit the big one and you know.

CW:    Why?  Yeah, but I...

JO:    Yeah.

CW:    ...had to pay out so much money.

JO:    Yeah, I know.

CW:    I mean it's like you know.

JO:    I know, I know,

CW:    They, they don't realize.

JO:    Well I, I just.

CW:    Number one, I had to pay my lawyer some, I didn't pay
       him the whole thing.

JO:    Right.

CW:    I have to pay them seventy, him seventy-five right.

JO:    Right.  Well...

4

245A-MM-91505

CW:    I mean it's ah.

JO:    ...let John, and they're not sending enough to John then.  Exactly.

CW:    Yeah, I mean I'm, I'm like.

JO:    They didn't know that.

CW:    Oh yeah, I mean.

JO:    They didn't know that, that's the thing.

CW:    I, I gotta pay the house.  I gotta pay...

JO:    Right.

CW:    ...the bills.  I haven't done, I haven't you know.

JO:    No, no, no.  No that's fine, that's fine...

CW:    Yeah.

JO:    ... but he just asked me and I'm like I don't (UI).

CW:    I mean you know yeah.  I hit but then you know, I try, I reinvest. (laughs)

JO:    Right.  Sure.

CW:    You know if I can't do what I gotta do then ah, then I'm broke you know.

JO:    Yeah ah.

CW:    I, I gotta have a little, little bit of something you know.

JO:    Yeah.  I know exactly yeah.

CW:    Yeah, I mean.

JO:    Ahm.

CW:    Tell him to have a heart a little but ah.  (laughs)

JO:    No but they were just saying you know, cause I told them yeah, you catch up, catch up, catch up.  And then you know.

5

245A-MM-91505

CW:     Right, well I have.  I mean...

JO:     And make arrangement.

CW:     ... well this week we'll actually, Friday we're eh...

JO:     Yeah.

CW:     ...you know, Friday we'd be even once I give you the,
        you know.  Once I give you that one, this one, yeah,
        then we're like even.

JO:     Right.

CW:     Except for this week.  (laughs)

JO:     Well that's our thing because...

CW:     Right.  (laughs)

JO:     ...I'm gonna decide to taking who.

CW:     Yeah, right ahm.  When are you leaving?

JO:     No I'll be back Saturday morning I'm coming back.

CW:     No problem well no problem I'll go with you on Saturday
        yeah.

JO:     Okay, (UI) just tell him (UI).

CW:     Yeah, just tell 'em Saturday, I should be able to hook
        up and you know.  It shouldn't be a big problem.  What
        is.  I keep getting calls...

JO:     From who?

CW:     ...from my lawyer.

JO:     Why?

CW:     Okay.

JO:     Well you know what ah, you know...

CW:     Listen.

JO:     ...ah first of all.  If, if your lawyer is looking for
        a cop out a plea, then tell him, you get rid of him.

6

If he's gonna be a scumbag.

CW:     Well this is what he tells me.  He tells me, this is
        what he told me.  He said the government called him.

JO:     Right.

        (Cell phone ringing)

CW:     That's my cell phone

        (Cell phone ringing)

CW:     (On phone) Hello!... Yeah, I am at Publix, what do you
        want me to get... Right... Romaine... I don't have a
        cart, but I'm gonna have to get, what do you need a lot
        of stuff or just?... Sugar...

JO:     Sugar cane.

CW:     (On phone)... Oh, I got sugar... Ah, what do you need
        sugar, ahm.... Right...

UM:     A dollar sixty-nine.

CW:     (On phone) ...Right... what do you need, cups?... The
        cupcake...

JO:     (UI).

CW:     (On phone)... Oh, okay, you're really, okay, like the
        strawberry short cupcakes okay, alright... Yeah... And
        tomato... Oh, I gotta get a cart...

  :     You want the (UI) one?

CW:     (On phone)... What the wheel what the...

  :     This straw, this strawberry.

CW:     Yeah the strawberry shortcake you know like the...

  :     Right.

CW:     ...it's the puffs you know...

  :     Right.

CW:     ...you know the little cakes.  (On phone) ...so let me

7

245A-MM-91505

```
          (UI), I got my hands full here, hold on... I'll call
          you back... (Phone hung up).

CW:       Here hold this.

JO:       You gotta (UI).

CW:       Hold it (UI). Okay, cool.  Ahhhm.

JO:       No alright, that's fine.  Give me, you know, (UI) one
          now and (UI).

CW:       (UI) here, let me give you the one now.

JO:       (UI) and it's gotta be.

CW:       Yeah, but oh but I wonder ah.  (UI).  (UI).

JO:       Huh?

CW:       That's one.  (UI) that's one.  Ahm.

JO:       That's one.

CW:       That's one.  Now what, what they're telling my lawyer
          is he, my lawyer told me Jeff, we gotta either, you
          gotta get in there or you gotta do something because
          they, they play tapes, they play tapes for him...

JO:       Yeah.

CW:       ...my lawyer, not from them.

JO:       Well what did they say, alright, go get a basket there.

CW:       Yeah.  Put a basket down here?

          (Background noises)

CW:       And (UI) time remind me not to come here with like ah,
          this coffee because it's a pain in the butt.

JO:       So they ah...

CW:       No, they...

JO:       ... they played tapes and said.

CW:       ...they played tapes, okay, and he told me that they
```

8

245A-MM-91505

have John on tape...

JO:    Yeah.

CW:    ...and they have me on tape.

JO:    Right, and (UI).

CW:    And we've been talk-, we were talking.  No this is what
       they told, this is what my lawyer told me.

JO:    I'm listening.

CW:    That we're talking figures okay.

JO:    Right.

CW:    That we're talking players okay.

JO:    Right.

CW:    We're talking like, we're talking like.  How'd you know
       that, you're good.

JO:    I, I, remember I, I do the cooking in the house.

CW:    Oh yeah, right, your good to have around.

JO:    And I cook pizza too and they're only a dollar...

CW:    Okay, okay.

JO:    ...get two of 'em.

CW:    Cool.  What else does she want, tomatoes or, where's
       the tomatoes at.

JO:    (UI) over here.

CW:    Oh right here.  (laughs)

JO:    You guys want strawberries?

CW:    Ah no strawberries.

JO:    Over here (UI).

CW:    Oh I need Romaine.  Romaine.  Romaine.

9

245A-MM-91505

| | |
|---|---|
| : | (UI) get this first. |
| CW: | Yeah. |
| : | Ah you put this one on top of (UI). |
| CW: | Well let's see tomatoes are (UI).  Here they are.  Oh your good. |
| JO: | I'm a very good. |
| CW: | I'll get the sweet ones, these are good.  And Romaine. |
| JO: | Right here (UI). |
| CW: | That's it.  Two Romaines and I'll be. |
| JO: | (UI). |
| CW: | I'll be in hog heaven here.  She'll say well hey you did the right thing.  So he's saying that.  This is what they said they got (Sighs). |
| JO: | John (UI). |
| CW: | Me they heard me, me and John talk. |
| JO: | (UI) use the whole (UI). |
| CW: | Okay, figures, players okay. |
| JO: | Yeah, right. |
| CW: | You know like this 2-0-1... |
| JO: | Right. |
| CW: | ...and 2-0-2, and 2-0-3.  Keep 'em on this time and limit. |
| JO: | Right. |
| CW: | Keep 'em on that kind of limit. |
| JO: | But (UI) sure. |
| CW: | You know.  Yeah but you know what they're saying is they don't, they said to... |

JO:     It's not your problem.

CW:     ...yeah.

        (Cell phone ringing)

CW:     (On phone) Hello!... Yeah... And... Are you kidding me?
        Unbelievable...

JO:     Hit again?

CW:     Nah.  (On phone)... Ahhh, how much is it?... Ah, what
        the big one?... Yeah, yeah, that would be good... Yeah,
        I can't believe she hit it, what were the numbers?...
        No kidding... Right next to you... Alright... Okay...
        Okay... Bye. (Phone hung up).

JO:     What else you looking for?

CW:     Ah, that's it.  I think I got everything.

JO:     Yeah?

CW:     Yeah.  So you know, there, he's saying well they got
        numbers...

JO:     Right.

CW:     ...they got you know, this and that you know...

JO:     Right.

CW:     ...and you know... he when he says that you know, they
        feel they have something.

JO:     It's off-shore, there's nothing here.

CW:     Yeah, but he's saying to me but you did...

JO:     There's nothing here.

CW:     ...transactions in the states, you talked in the
        states.

JO:     Talked.  But you talked.

CW:     I spoke to John in the states.

JO:     Right, you (UI) in the states so that's what their

                                11

245A-MM-91505

saying?

CW:     Yeah.

JO:     Yeah, that, that, that's, that's nothing.  There's nothing being changed hand to (UI).  Even though you, it's illegal for you to talk numbers.  Just like me, I need you know, (UI) contains (UI).

CW:     Right.

JO:     So that 250, 240, it's the same thing.

CW:     Right.

JO:     You know.  Keep this guy, he'll keep this guy there. It's the same thing.  See what that, listen, tell your attorney, see what the fuck they want.

CW:     It's just (UI).

JO:     See what they want.

CW:     They want me to come in.

JO:     So what, listen.

CW:     They want me to, but I, I don't know what you know. (laughs)

JO:     Go up.  (UI).

CW:     Yeah.

JO:     You go in ah, you know what.  Let me, let me get back to you tomorrow.

CW:     Okay.

JO:     Let me get back to you tomorrow (UI).

CW:     He doesn't know what this one's gonna be (UI).

JO:     Let me get back to you tomorrow.

CW:     Yeah.

JO:     I mean cause if that's ah, listen...

12

CW:     I mean.

JO:     ...go in and see what they say.  You, you can go in and
        say nothing.

CW:     I mean I can, right, I mean I go in.

JO:     (UI) and say listen what do you want.  Alright, this is
        what you go, you know.

CW:     Right.

JO:     What do you wanna do?

CW:     Right.

JO:     Right?

CW:     What do they want me to do.

JO:     Right.

CW:     I mean I, I don't know what they want me to.

JO:     Just see what they want.  And you, you can say you know
        what, we'll get back to you and walk out.

CW:     Yeah.

JO:     Your free to go, you don't have (UI).

CW:     I mean I'll (UI).

JO:     Huh?

CW:     That sucks you know ah.

JO:     No but they're gonna, they're, they're doing it to
        everybody.

CW:     They're doing it to everybody.

JO:     Yeah, and then they're gonna put.

CW:     So it's not just me.

JO:     No, it's everybody.  Their, I told you, they (UI).

CW:     Who are they doing it to?

13

245A-MM-91505

JO:     Remember Mikey the (UI) tell Mikey I told he was
        getting picked up?

CW:     Oh yeah, what happened when.

JO:     They didn't pick him up now.  They just scared him.

CW:     What?

JO:     They just scared him.  Nobody ever (UI) for him, his
        friend, and the other two, the other guy.  The three of
        them were going in Friday.  They called their attorney
        and said yeah be ready, we're gonna pick you up. We
        want you in on Friday.  And then they, Friday they get
        ready to go down and they said ah, don't bother coming
        in today.

CW:     Wow.

JO:     (UI) you know?

CW:     Wow.  That's pretty ah.

JO:     Yeah, well that's (UI).

CW:     No cause I put.  I mean.  Yeah, cause what you said was
        you know...

JO:     Yeah.

CW:     ...that they, they had 'em.  Oh so they told him not to
        come in.

JO:     They said yeah forget about it.   They're just trying
        to get and they said that they'd give us you know.

CW:     Wow so what's the deal I mean is it like.

JO:     They're just lookin' for each person to roll over.

CW:     Oh, they like scaring ah.

JO:     Right.

CW:     Yeah.

JO:     And they're not (UI) oh this guy's doing this, this
        guy's doing that.  What do you wanna do?  Why don't you
        cooperate and you know...

14

245A-MM-91505

CW:    Yeah (UI).

JO:    ...and we'll do you a favor, only give you five years.
       We'll give you ah, you know, six months.  You know what
       I'm saying.

CW:    Yeah I know.

JO:    That's what (UI).  That's all they're doing.

CW:    Yeah, I know.  I know.

JO:    That's all their doing.

CW:    So what the.

JO:    (UI) went to an attorney.

CW:    So what do you, what do you think of, well I'll go
       down...

JO:    You can, you can, you can go down...

CW:    ...I'll go down and talk to him and then I'll see.

JO:    ...see what he says.  Why did they need you to come
       down.  So why can't you tell my attorney.  This is what
       you got and nothing.

CW:    Well they, yeah.

JO:    And then your attorney's gonna panic and say (UI) cop
       ah, cop a (UI) you know.

CW:    Yeah.  I know.

JO:    (UI) tell him, tell him you wanna do down and see.  You
       don't have to say nothing.

CW:    Right.

JO:    I don't wanna say nothing right now.  Let me see what
       you got, what are you gonna do.  What are you offering
       and this and that.

CW:    Well that's.

JO:    They're all.

15

245A-MM-91505

CW:    I can't believe that they didn't get locked up though
       that's ah, that's amazing.

JO:    No, see that's.  Yeah, but that.

CW:    Did you.

JO:    This is they're trying to scare everybody into doing
       the shit now.  That's (UI).

CW:    Who else, who else have they talked to?

JO:    Ah, the fuckin' ah, like the (UI) guy.  Bruce or
       whatever?

CW:    Yeah.

JO:    They're telling Bruce oh yeah ah, you know, we're gonna
       give you, your getting ten years unless you cooperate
       and say that, John did this and John did that and they
       charge you points.  I said they never did.  He said I
       left money with a friend.  I never tried to no nothing
       like that.

CW:    Right.

JO:    The (UI).

CW:    That's what.

JO:    You're supposed to (UI) well take me up and you're only
       gonna give me two years, he said well you know.   I
       gotta think about it.  You know.

CW:    I know where he's coming from.

JO:    Right.

CW:    You know I, you, you gotta.

JO:    That's at (UI) everybody in (UI) money.

CW:    Right.

JO:    He's (UI) he borrows money from everybody.  And he just
       don't pay it back.

CW:    Right.

16

JO:    Cause they're (UI).

CW:    He got, he got excited huh?

JO:    And he got (UI).

CW:    He got, he got in deep.

JO:    He got in very deep and you know, this is (UI) might
       play this card out but ah.  They ain't got nothing else
       (UI).

CW:    It's up over here.

JO:    Well it's (UI).

CW:    Is he, is he cooperating you think or?

JO:    No it's you know.

CW:    You know.

JO:    But it's, he said well I'll think about it.  But he
       went down and he listened to what they had to say.

CW:    Oh he did go down there?

JO:    Yeah.

CW:    Right.

JO:    So you can go hear what they have to say.

CW:    Hum.

JO:    What do you got?  What are you saying?

CW:    That's why I like, you know, cause he's driving me
       nuts...

JO:    Right.

CW:    ...going down there.  I keep on saying I don't wanna go
       down there you know.

JO:    Right, right.  Yeah, but if they say, you know.

CW:    (Sighs)  Who else have they talked to?

17

JO:     Oh (UI).

CW:     Did they talk to anybody else?

JO:     Nah, I have no idea.  Of anybody else.

CW:     Just Bruce or whatever.

JO:     Right.  They're just trying to get everybody to start
        moving, that's the way it goes.  He's been (UI).  Well
        he's cooperating, he's (UI).  And they're gonna tell
        ya.  He's cooperating, who's cooperating, even though
        you know it's BS.

CW:     Right.

JO:     They're gonna tell you that.

CW:     Right.

JO:     You know.

        (Car being started in background)

JO:     And this is what they wanna do like listen.

CW:     Good guy, bad guy and all that stuff you know.

JO:     Listen the attorney?  Your friend's attorney?  He said
        so far they got nothing.

CW:     Right.

JO:     They got nothing.  They listened to like fifteen
        hundred hours worth of.  What they got is nothing.  You
        know small talk like that.

CW:     Right.  Well they think they got something.

JO:     They think, yeah they think and now the just...

CW:     They, they you know, they definite (UI) thing yeah.

JO:     ...now they're digging, now they're digging to the sort
        of fuckin' straws.

CW:     Right.

JO:     So while we got yeah he (UI) well no he's (UI) he said

18

yeah.  When he says yeah, he charged them.  And now he, you know he lent the money and.

(Cell phone ringing)

JO:    Well.  Look at these dumbbells.

CW:    (On phone) Hello!...Hello!... Ah how much did you end up ah cashing in on that thing?...

JO:    You come and dry you hair too.

CW:    (On phone)... Okay so it was like nothing right?... I can't believe she hit next to you...

JO:    How much?

CW:    (On phone)... Unbelievable...

JO:    The big one?

CW:    Yeah, pretty, sixteen thousand.  (On phone) ...Yeah, oh really, oh okay...

JO:    Let me go.  I'll, I'll call you tomorrow, what are you gonna be around?

CW:    Huh, yeah.  (On phone) Gimme, I'll, I'll talk to you in a little okay, I'll call you.  (phone hung up)  Ahmm.

JO:    Ah listen.  Go down.  And tell your attorney you'll go down.  You go down with us.  Listen, you, all you gotta say is listen.

CW:    Yeah.

JO:    What do you got?  Put it on the table.

CW:    Right.

JO:    And that exact.

CW:    And I gotta decide you know.

JO:    And then say ah alright let me think about it.

CW:    Right.

JO:    And then I'll get back to you.

19

245A-MM-91505

CW:    Okay.

JO:    That's, that's all you have to say.

CW:    Alright, call me ah, you gonna call me tomorrow?

JO:    I'll call you tomorrow sometime.

CW:    When are you leaving?  You're leaving.

JO:    I'm leaving ah Thursday.  Well I'll talk to you
       tomorrow.

CW:    How long you goin' for?

JO:    I'll be back Saturday.

CW:    Okay.  Alright, you know (UI) then I'll see you on.

JO:    Saturday.

CW:    Call me tomo-, you wanna meet me on.

JO:    I'll see you Saturday because.

CW:    So you wanna just talk on Saturday?

JO:    Yeah, but ah, (UI) Saturday (UI).

CW:    Okay.

JO:    (UI).

CW:    I'm gonna talk to you tomorrow or Saturday.

JO:    Talk to me tomorrow.

CW:    Okay, alright.  And.

JO:    (UI).

CW:    Okay.

       (Background noises)

CW:    Oh God!

       (Background noise - Car door shuts - sounds of packages
       - car is started)

20

245A-MM-91505

CW:        And that concludes the conversation with Johnny O.

(END OF TAPE)

| | |
|---|---|
| FILE NUMBER: | 245D-MM-91505 |
| DATE OF RECORDING: | MAY 23, 2001 |
| TIME OF RECORDING: | 15:17:43 |
| CD NUMBER: | 7 |
| SESSION: | 2 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | PATRICIA VAN BRUSSELEN/HRA |
| DATE TYPED: | AUGUST 21, 2001 |
| PARTICIPANTS: | CW - COOPERATIVE WITNESS<br>JO - JOHN O'SULLIVAN |
| ABBREVIATIONS: | (UI) - UNINTELLIGIBLE<br>(PH) - PHONETIC<br>(IA) - INAUDIBLE<br>(SC) - SIMULTANEOUS CONVERSATION |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

2337VBO2.TK·1

245D-MM-91505

        (During the recording, split-second disruptions are heard)

CW:    ... (UI) May 23rd.  I'm going to meet JOHNNY O... by the PUBLIX... on Coral Way Drive.  It's time is 3:37.

        (Driving sounds)

        (Sounds of movement while driving)

        (Faint music is heard)

        (Traffic sounds are heard when the CW exits the vehicle)

        (Rhythmic sounds of movement/walking)

        (CW enters an establishment)

        (UI - background conversations)

        (Announcement is heard over the intercom)

CW:    (Speaks on a phone)  Where are ya?  Okay, I'm in the PUBLIX.  Bye.

        (End of phone conversation)

        (Background sounds and conversations)

        (Music)

        (Rhythmic sounds of movement/walking)

JO:    What's going on, man?

CW:    Beautiful.  Beautiful weather out (UI).

JO:    What's up, man?

CW:    What's happening?

JO:    You soaking wet?

CW:    (UI).

JO:    Look at this, man.

CW:    My wife's here.

245D-MM-91505

JO:     (UI) the car... locks the door... in the driveway.

CW:     (SC) Yeah.

JO:     What the fuck, and I remember the code to get in.

CW:     Oh, my God.  I am like so soaked.  Forget it.

JO:     (SC) Listen.  I phone uh, I keep going back and
        telling these guys, they're like yo, I said wait...
        everything's all set, it's gonna be on time, this and
        that.  And then uh, I tell 'em Monday... and then I
        don't see you Monday... makes me look like an idiot.
        You have no idea what's... the problem?  So you know
        what?  I, I tell 'em... busy, I got the kids in school,
        this and that, I apologize, (UI) s'posed to be like,
        but it makes me look like a fuckin' idiot.  You know
        what I mean?

CW:     (SC)  Right, I know.  I, I...

JO:     And then you, you say Monday, that means you know, boo.

CW:     (SC)  I know.

JO:     And so you tell me Monday, I said yeah, Monday.

CW:     I know.

JO:     But then...

CW:     (SC)  This...

JO:     Well then, it's not gonna, you just come and like, you
        said, told me Monday, it's gotta Monday.  And I'm
        lookin' like a fool with these guys.

CW:     It's not, it's definitely not JOHN...

JO:     (SC)  No.

CW:     ... because he wouldn't care.  I mean, I know...

JO:     (SC)  Well, no.  Trust me, man.

CW:     I mean when I, when I dealt him, man...

JO:     (Clears his throat)

3

245D-MM-91505

CW:     ... he was like... it was like right on time.  You
        know?

JO:     (SC)  That's what I'm trying to tell ya...

CW:     And I've always been with uh...  I'm going through some
        bad times right now.  I know I hit a couple... but I
        lost a lotta money back too.

JO:     (UI) give it back to you, you should just give it...

CW:     (SC)  Why?  Because I'm a moron.

JO:     You should just give it to me, man.

CW:     (SC)  Nutin'...

JO:     I'll invest it for you, man.

CW:     Well I'm tellin' ya...

JO:     By your house.

CW:     But not, not only that... you know, I've been, I've
        been you know, with the lawyers are killing me.

JO:     (SC)  Sure.

CW:     Did you, did you uhh... did you speak with them and...
        d-, you know what...

JO:     (SC)  Yeah.  They said...

CW:     ... what's you never told me nothing.

JO:     Well, I did call ya and...

CW:     (SC)  Oh.

JO:     ... you never called me back, you know.

CW:     (SC)  Uh huh, yeah.  Well you went away.

JO:     Yeah, but I came back.

CW:     (SC)  Oh.

JO:     I was gone for one fuckin' afternoon...

4

245D-MM-91505

CW:     (Laughs)

JO:     ... and I called ya, and... someone picked up your
        phone and they hung up.  Then I called back and then I
        got the machine, I'm like...

CW:     (SC)  Right, so what, what did they uh?

JO:     (SC)  (UI) goin' on, see what the fuck they got to say.

CW:     Yeah.

JO:     If they're gonna say, you know...

        (UI - Background conversation)

JO:     ... what's goin' on... just, it doesn't have to go
        through the thing.

CW:     I mean there's so... so much bullshit right now, you
        know...

JO:     (SC)  Yeah.  They said that, especially if you...

CW:     ... fuckin' 'er, uh, the Feds are like, they're like
        fuckin'... they're bustin' my (UI)...

JO:     (SC)  Slow down... slow down, see what they say.

CW:     ... lawyer's balls.  What the hell do I want?  Now I
        got another problem.  I can't see ya till Friday.  I am
        like...

JO:     Ah.

CW:     I mean I... I have like, I have like a really b-,...

JO:     (SC)  You know, you know (UI)...

CW:     ... that's why I didn't...

JO:     (SC)  You know what's gonna happen?  Uh now they're
        gonna say, you know what?  Fuck it, get the whole thing
        back.

CW:     Well, don't tell 'em to do that because uh, you know
        uh...

JO:     (SC)  I know, I'm not.  This is what they're gonna tell

5

245D-MM-91505

me... because I've been jerkin' 'em off for three weeks.  Oh no, don't worry, I'm gonna have both of it, this and that... and that's alright, no problem.  You take care of...

CW:    (SC)  'Cuz I'm not gonna be able to come up with it all.  There's uh, there's like no way.

JO:    Bull.  What... (UI).

CW:    (SC)  I mean but, I mean like, no.  I, I'm supposed to, what happened was... the guy didn't meet me (UI).  You know, so he was supposed to meet me... now he's telling me Friday.

JO:    Yeah, but that could mean... Tuesday, you... you know.

CW:    (SC)  I... I don't think so.  You know, I don't think so.  You know.

JO:    What, what we'll do today, you gonna do it today?

CW:    (SC)  Let's just do...  No, like Friday.  Do I know these?  Do I know these or...?

JO:    No.

CW:    I don't know?

JO:    Absolutely not, no.

CW:    I mean, can you like put 'em off?  I mean just tell 'em I'm good.

JO:    (SC)  Uh-uh.  I know, well I've been saying that, dude, but everything's been (UI) you know...

CW:    I, I'm good.

JO:    (SC)  ... three weeks.

CW:    But I'm not coming up with it today.

JO:    (SC)  Yeah.  Been three weeks... now.

CW:    I...  Well what, what, what I behind now?  I'm behind...

JO:    I have no idea.  I gotta go...

6

245D-MM-91505

CW:     Last week and this week?

JO:     Right.

CW:     Just two.

JO:     Right.

CW:     I mean uhh...

JO:     Because, 'cuz you know containers...

CW:     I didn't wanna make you c-, I didn't wanna make you
        come for nothing, but... I figure'd I might as well
        talk to you in person.

JO:     (SC) (UI) containers... containers go out... they
        gotta get paid for the containers.

CW:     Yeah.

JO:     And that's all it is.

CW:     I know.

JO:     You know?

CW:     I know, right.

JO:     Uh, so now you gotta pay the containers, they're not
        gonna give up... the other container (UI).

CW:     (SC) 'Cuz I know, I know, I know, I know he wouldn't,
        JOHN wouldn't (UI).

JO:     (SC)  I know.

CW:     I, I... but, uh 'cuz he would understand, you know.
        I'm a (UI) running bad, I had a couple of bad weeks
        and... you know, if I have to, I'll make up it, you
        know.

        (Music in the background)

JO:     Right.

CW:     Uh, you know, but I should have it by Friday.

JO:     (SC)  JOHN... it's got nothing to do with him.  Must

7

245D-MM-91505

```
        be...

CW:     (SC)  Tell him... not to be pissed.

JO:     Well, I gotta tell them... you know.

CW:     Is it them or him or...?

JO:     (SC)  It's them.

CW:     It's that?

JO:     There's three people.

CW:     Right.

JO:     You know?

CW:     Is one guy (UI)?

JO:     No.

CW:     Okay.  But then, okay, so he's out of it.  Okay.

JO:     These guys are from West Palm.

CW:     Right.

JO:     West Palm.  I know them through uh, you know, doing the
        roll-overs, stuff like that.

CW:     Why?  Doing the what?

JO:     (SC)  (UI).  The roll-overs.

CW:     The roll-uh?

JO:     With the payments.

CW:     Oh, okay, okay, gotcha.  Okay.

JO:     (UI)...

CW:     (SC)  So they're up there?

JO:     Yeah.  Well uh, and I'm going up there this weekend...
        thinkin' uh, you know...

CW:     (SC)  Alright, well... it might happen by this weekend.
```

8

245D-MM-91505

You're not going up there till this, this weekend?

JO:     (SC)  No, going up there Friday morning.

CW:     Okay.  Well...

JO:     (SC)  And I, you know...

CW:     (SC)  Well.

JO:     (UI) good now, because I was gonna, I was, I was goin'
        up there tomorrow...

CW:     Right.

JO:     ... just, you know...

CW:     Oh, you were gonna go up there tomorrow?

JO:     Yeah, take care of everything.

CW:     Just tell 'em you spoke to me...  You know, just say
        the guy... tell 'em that I'm good.  I am good.  You
        know, I'm runnin' through a couple bad times.  I, I n-,
        you know uh...

        (Background sounds/conversation)

JO:     (UI)...

CW:     Believe me.

JO:     (UI)...

CW:     (SC)  I mean, how long have you known me?  Have I
        ever... you know...?

JO:     Yeah but that's, no when you... when you say yeah, you
        know, you need containers on Monday...

CW:     Yeah.

JO:     ... and then Monday comes and uh now uhm, it's Tuesday
        or Wednesday, you know.

CW:     (SC)  Right, yeah.

JO:     And then Wednesday comes and now, oh...

9

245D-MM-91505

CW:    (SC) Yeah...

JO:    ... well uh, you know?

CW:    Yeah, I know. I know.

JO:    (Short whistle) I forgot it, you know.

CW:    Well see...

JO:    (UI - walks away).

CW:    ... see what you can...

JO:    (UI)... I'm gonna tell 'em.

CW:    Yeah.

JO:    It's not my, you know.

CW:    Yeah, I know. Well see what,..

JO:    (SC) (UI).

CW:    ... see what you can do with them, and then... eh... I mean, if you want a hundred, I can give you,...

JO:    (SC) No.

CW:    ... but that's not gonna, yeah. (Laughs)

JO:    Not a hundred, uh. You know, I gotta pay...

CW:    (SC) Yeah.

JO:    You gotta pay for the containers, then you (UI), that's it.

CW:    (SC) I know. Right, right.

JO:    Well... alright. (UI).

CW:    And then just, just call me when uh... call me on Friday morning.

JO:    Call you Thursday. And then...

CW:    (SC) Call me Thur-, or call...

10

245D-MM-91505

```
JO:     (SC)  Yeah.

CW:     ... call Thur-, well that's tomorrow.

JO:     Well yeah, (UI), yeah.

CW:     No call, well... call me in the morning, afternoon...

JO:     'Cuz I'm leaving uh, I'm leaving early on Friday.

CW:     Are you going away, or are you just, you...?

JO:     (SC)  Yeah, for uh...

CW:     (SC)  For the whole weekend?

JO:     The whole weekend.

CW:     Oh.  Where you going?

JO:     I'm going up... there.

CW:     Oh, okay.  You're just hanging out?

JO:     (SC)  The whole weekend.

CW:     What?  (UI) or something?  (Laughs)

JO:     (SC)  Yeah... the kids are gonna, no I'm not...

CW:     Oh, you're gonna have some fun?

JO:     (UI).

CW:     Oh.  Okay.

JO:     (UI).

CW:     Well call, call me tomorrow then.  Call me tomorrow
        afternoon and I'll...

        (UI - background conversation)

JO:     Got, gotta do...

CW:     (SC)  I'll do whatever I can.  Okay?

JO:     That's... you know.
```

11

245D-MM-91505

| | |
|---|---|
| CW: | I mean... |
| JO: | When people, people see you over a group... |
| CW: | (SC) Well, I know. |
| JO: | ... pointing at you... |
| FEMALE: | (SC) Hello, how are you? |
| CW: | Hi. Did you get anything? |
| JO: | Gonna play the Lotto. |
| CW: | Okay. |
| JO: | Play my Lotto. |
| CW: | (SC) That's what I need. (Laughs) |
| JO: | Yeah, (UI)... |
| FEMALE: | (UI)... |
| | (Background sounds) |
| FEMALE: | Seventy-two change... have a nice day. |
| CW: | Okay. |
| FEMALE: | Thanks. |
| | (Background sounds and conversations) |
| CW: | Call me, call me tomorrow, call me tomorrow afternoon. Alright? (UI)... I'll take... |
| | (Rhythmic sounds) |
| | (Cart-rolling sounds) |
| | (Traffic sounds) |
| | (Sounds of activity) |
| | (CW enters vehicle, door is closed) |
| | (Vehicle warning chimes) |

12

245D-MM-91505

(Sounds of movement)

(Faint sound of radio playing music)

(END OF RECORDING)

TRANSCRIPT COVER SHEET

FILE NUMBER:                    245A-MM-91505

CASE AGENT/SQUAD:               SA PATRICK BRODSKY/OC-1

TRANSCRIBED/TYPED BY:           TERIA BROWN

TAPE NUMBER:                    8

<u>PARTICIPANTS:</u>

CW:                             COOPERATING WITNESS

JS:                             JOHN O'SULLIVAN

<u>GUIDE TO ABBREVIATIONS:</u>

UI:                             UNINTELLIGIBLE

SC:                             SIMULTANEOUS CONVERSATION

IA:                             INAUDIBLE

PH:                             PHONETIC

CW:     Yo, are you close, oh you're inside, oh okay good,
        okay. You really did pick up a lot of stuff huh. You
        really did pick up a lot of stuff.

JO:     I got no food in the house

CW:     Yeah I got to get some (UI)...

JO:     What happened now?

CW:     Two things happened okay, one thing okay, let's get
        into the money first okay.  I'm working with something
        I have like three bad weeks in a row.  I can't help it
        baseball sucks okay.

JO:     I know that.

CW:     They're beating my brains out.  They are absolutely
        beating my brains out. Well I lost some money at the
        casino too. You know so I tried to win it so I can pay
        the stupid thing..

JO:     It never happens.

CW:     I know I sucks, I sucks. So I tried to hit a couple of
        jackpots I didn't hit anything over there. And then I
        got beat up by the (UI) like three weeks in a row. He
        beat me for like thirty thousand.

JO:     I told you this was you know (UI)....

CW:     Yeah.

JO:     They want the whole thing back.

CW:     Well how am I suppose to do that?

JO:     Well that's what I'm asking, now when I tell them yeah,
        yeah, yeah, things are right, everything's alright and
        now it wouldn't have been so bad if I would've got
        something you know half of it or something.

CW:     Right.

JO:     And now it's been three weeks making me look like a
        idiot.

CW:     I know, I know and I'm working on something by next
        week I think I'll have something.

JO:     That's absolutely no good for me, that puts me, that

2

puts me in a bind. I'm in trouble. Well number one, how am I, you know if I don't have it. Well the point is if you know you're going to the casino.

CW: Right, right.

JO: Okay and that's the main thing. People see you in the casino playing.

CW: Well they are not going to see me now.

JO: But I'm just saying they see you playing the casino and word gets around.

CW: Right, right. Oh I'm not, I'm not.

JO: You know and it makes me look like a fool saying you know he said, bla, bla, bla.

CW: Right.

JO: (UI) when I come back Monday Tuesday.

CW: Right, right.

JO: And it make me look bad.

CW: Are they really pissed off?

JO: Yeah three weeks now man. How they, they got to pay for those to you know.

CW: I know, I know.

JO: We're not going to all get beat up.

CW: I know, I know. As other people get, I know they got to be getting beat up because.

JO: Yes.

CW: I mean nobody can be winning right now.

JO: I might get beat up.

CW: I hope I don't get beat up.

JO: No come on.

CW: I mean I'm doing the best I can here, with all this crap. You know. There's no way I can come up with all

3

it all at once. I mean you know I mean I wanna get this taken care of, I want them to earn too. You know look I know they're doing it, and I am too, I'm you know. I'm trying to earn myself. But I got to have a couple of good weeks with the sports. (UI) I won some good ones over at the casino then I paid my lawyer I paid this one, I lost money back you know.

JO:     Priorities man.

CW:     I know.

JO:     Priorities.

CW:     I know and you're important.

JO:     Oh and the other thing I want to talk to you about.  So what do we, with this, see if they're go another you know..

CW:     I know, see what they say.

JO:     I been jacking them off for two and a half weeks already.

CW:     Do I know him?

        (Telephone ringing)...

JO:     You don't know them no.

CW:     (Answers telephone)...Hello, yeah what's up? Oh, I'm taking a break.  I took a beating yesterday. I can't you know (UI) before.  Yeah I, I, I gotta, yeah how high is that?  Alright no, I'm, I'm, I'm taking a break.  I got to get some things together. Okay. Good-bye.  That's one of the guys from the casino.  They call me all the time, that's the whole problem.  If they didn't call me all the time.

JO:     Just say no, I'm busy.

CW:     I wouldn't no about it.

JO:     You got to say I'm busy I can't.

CW:     But I'm, I'm the compulsive gambler.

JO:     I understand, I understand we all are compulsive gamblers.

4

CW:    You gamble too?

JO:    Yeah but I, I...

CW:    Naw you're under control.

JO:    Yeah I can put, I can put ten dollars in the machine and walk away.

CW:    Right yeah see you see me there, so you know how I am. I go I go for the jackpot if I don't hit it, I'm screwed.  Okay this is the other thing. Okay I went my lawyer told me I had to go down to the US Attorney's office okay and I did.

JO:    Right.

CW:    I went down there just like he told me you know cause...

JO:    Right, right.

CW:    So I went down there my lawyers you know were sitting around the agents.

JO:    Right.

CW:    Okay and I was sitting down there and you know they're telling me like uh you know they got a lot of evidence against me this is what they're telling me.

JO:    Go ahead.

CW:    Okay and that I'm looking like, they're saying to me with my prior with my prior bookmaking charge..

JO:    Right.

CW:    And you know they're charging me with a repo now and they're charging me they said I'm looking at like ten years.  This is what...

JO:    I know this is what...

CW:    They're telling me like ten years.

JO:    Right.

CW:    And if I take a plea. Even with my prior, with my prior arrest, they're telling me I'm looking at like five years. If I take a plea and I don't go to court. Which

5

is a long time, I can't fuckin' do five years and...

JO:      Right, right.

CW:     I can't.

JO:      I know that.

CW:     I just can't do it.

JO:      What else did they say?

CW:     They just, they really just said they have some tapes.

JO:      Right.

CW:     They have some other evidence you know uh...

JO:      They didn't say what the other evidence was?

CW:     They didn't say what the other evidence was?

JO:      Why?

CW:     But they said they definitely have T-3 tapes and they have me on a lot of conversations which on...

JO:      Right.

CW:     You know.

JO:      Yeah but....

CW:     About bookmaking and about players.

JO:      You're talking about, you're talking about. Was there anything done here? No, in the United States. Everything is offshore, what's illegal about, whatever is over in the Bahamas.

CW:     That's what I said, but they said, they said the lawyers, I'm not doing it yet, but he said I should cooperate.

JO:      (Laughs)...

CW:     And I don't know what to do now, because, let me just ask you something. Is there anything that I can tell them, like anything that's not really cooperating, but I'm saying on cooperating like what can I tell them.

6

JO:     I have no idea. I don't know you know what goes on. You
        know but there's nothing you know, what I hear there's
        nothing going on here, they're just trying, they're
        throwing straws now to see who you know hey, they told
        everybody you're cooperating that other guy I was
        talking about.

CW:     Which one Chris?

JO:     He's not no more he told them he said no forget it, I
        ain't doing it.

CW:     What did they say to him?

JO:     Same thing they told you.

CW:     Same exact thing?

JO:     Same exact thing.

CW:     He didn't get scared.

JO:     No at first, at first he said oh alright, he listened
        to what they had to say (UI)....

CW:     And my lawyer saying they got me by the pool.

JO:     Your lawyer, your lawyer is a cop out lawyer.

CW:     Oh he is.

JO:     Your lawyer is a cop out lawyer. He wants to get his
        money, cop a plea, and walk out the door.

CW:     I don't want to cooperate, but I mean I don't even
        know...

JO:     What they have over here?

CW:     I don't know, they, they got tapes.

JO:     So what, what's the pay, you can't talk, I'll talk
        about the Superbowl, yeah I went to the Superbowl this
        and that.

CW:     Right.

JO:     You know. Yeah they three point (UI) what do you think,
        I think they all like it, yeah.

CW:     Do you think I should cooperate or not?

7

JO:     The worse thing to do.

CW:     That's the worse thing to do.

JO:     Yeah cause you know at least if I talk to them I'm thinking maybe a year.

CW:     I mean there's no way I'm getting you out of this anyway.

JO:     They're not going to give you a year. First of all they are not going to give you a year. They'll tell you, you know they might say (UI) cooperating we might not give you nothing, we'll give you probation, and then they turn around and they zing you.

CW:     Oh and they give you time anyway.

JO:     And they give you time anyway or we'll give you probation, we'll recommend probation and the judge say you know what five years.

CW:     Oh my God.

JO:     Yeah.

CW:     Oh so they screw you either way.

JO:     Either way that's what I'm telling you. It's..

CW:     (UI)...

JO:     Tapes ain't nothing, tapes ain't nothing, tapes ain't nothing.

CW:     Cause I'm just kind of worried you know.

JO:     Tapes ain't nothing.

CW:     Tapes are nothing. Well they said they can use the tapes.

JO:     Yeah for what alright excuse me where's all the, you know where's all the proceeds and who got money and who, who where is this money being collected, who got what, who got what.

CW:     Right. That I don't know, I really don't know.

JO:     Right that's what everybody is (UI) tell you.

8

| | |
|---|---|
| CW: | You know I don't know. |
| JO: | Call the attorney's there's nothing going on. |
| CW: | I mean. Yeah but they're trying to scare the shit out of me. |
| JO: | Yeah well they're doing a good job. |
| CW: | They're doing a great job. |
| JO: | You're worried about it. |
| CW: | Well yes cause I don't, you know they look pretty convincing, you know when you sit in there and they're like... |
| JO: | Let me tell you something. |
| CW: | You know you're looking, they're looking at their sheets and they're saying hmm cash, you're looking at ten years. |
| JO: | Let me tell you something, I use to do that, I use to do that you know. |
| CW: | You did. |
| JO: | Yeah. |
| CW: | What. |
| JO: | I was a detective. |
| CW: | No way. |
| JO: | Yeah. |
| CW: | You were. |
| JO: | Yeah. |
| CW: | Are you serious? |
| JO: | Yeah. |
| CW: | Where? |
| JO: | Up in New York. |
| CW: | You were. |

9

| | |
|---|---|
| JO: | Yeah. |
| CW: | Get out of here. |
| JO: | Okay alright. |
| CW: | You're full of shit. |
| JO: | Alright. |
| CW: | You use to be a detective. |
| JO: | What am I (UI)? |
| CW: | Fat Mike. |
| JO: | (UI) Big Mike. |
| CW: | Hooch? |
| JO: | Yeah. |
| CW: | I don't know. |
| JO: | He was a sergeant in the police department, New York City. |
| CW: | You're full of shit. |
| JO: | Listen they're allowed to lie to you to get you to say anything, they're gonna tell you they got this, this and this (UI).... |
| CW: | So you been through this already. |
| JO: | Yes and that's what I'm telling you.  They're putting the (UI) in you and now saying you... |
| CW: | You use to be a cop, were you a cop, or detective? |
| JO: | Detective. |
| CW: | You were a detective. |
| JO: | I'm not kidding you man. |
| CW: | So why did you stop being a detective? |
| JO: | I retired. |
| CW: | And then you went to this side. |

JO:     What side, I didn't go to no side man.

CW:     I don't know.

JO:     I just started doing my own thing.

CW:     Oh so you use to do this huh?

JO:     And I'm a tell you now, the guy said were you at the, I got your fingerprints on this glass here. Oh shit now, listen I have someone else that saw you. I ain't got nothing that's the way they get to you, just to see they're doing a perfect job.

CW:     Unbelievable.

JO:     And they scare you.

CW:     Unbelievable.

JO:     Hmm, I saw talking (UI) what they got on tape is nothing. It's not illegal to be talking about doing this and doing that.

CW:     I'm, I really didn't know, it's just they look so convincing, you know what I mean.

JO:     Yeah that's all they...

CW:     (UI) they're very intimidating you know you know I'm sitting there with my lawyer and I'm ready to say to myself and the lawyer goes like this no don't say, you know, you know cause I'm looking to protect myself a little bit you know I'm....

JO:     You know what protecting yourself is, they got, there's nothing there, there's nothing being done over here, what's so illegal over in the Bahamas, is it illegal to gamble in the Bahamas.

CW:     No, no.

JO:     What's this Bahamas you know, cause there's nothing over here.

CW:     Right. So you feel I absolutely shouldn't cooperate.

JO:     Absolutely, absolutely.

CW:     Because they don't have nothing.

11

JO:     (UI) game, why do you think they're going to everybody on the case.

CW:     Has anybody rolled over yet.

JO:     No.

CW:     No, are you sure?

JO:     I'm positive, one (UI) and then uh...

CW:     Who?

JO:     Bruce.

CW:     Bruce.

JO:     One person, he was thinking about it.

CW:     Right.

JO:     He went in the same thing like you did.

CW:     Right.

JO:     And he said you know what let me see what I can get it, they're going to give me you know...

CW:     Right, right.

JO:     And then I, a friend of a friend sat down and had breakfast with him last week and he said absolutely not, they got nothing.

CW:     Oh, was that another person from the case.

JO:     Right.

CW:     Do I know him or no?

JO:     Uh, he's not on the case though.

CW:     Oh.

JO:     He sat down with Bruce.

CW:     Right. Oh he sat down with Bruce.

JO:     Right.

CW:     Oh, was he from the FBI?

12

JO:     No, no, no, he's, he's....

CW:     Oh from the..

JO:     One, one of your friends.

CW:     Right, right.

JO:     Sat down and had breakfast with him.  He was sitting down eating and ain't nothing there.  I ain't doing nothing.

CW:     Right, right, right.

JO:     And that's all they trying to do is put the (UI)...

CW:     Yeah but they're convincing.

JO:     Sure they are.

CW:     I tell you what, they you know, you know they're good at what they do. I mean, you know that's from the...

JO:     That's what they get paid for.

CW:     You know they do their job, they said pass you know you're looking at ten years and I'm like you'll see your daughter when she's twenty four years old.

JO:     Yeah.

CW:     (UI) you're going to be a fuckin' horner, I'm sitting there my heart is fuckin' pumping, my heart's pumping. No kidding.

JO:     The best thing to so is go to sleep.

CW:     I know, like be asleep with my eyes open or something.

JO:     Right.

CW:     And then even if you take a plea, you know five years, you know, they didn't even offer me probation.

JO:     Well I mean what was your funtion, eight inch or whatever.

CW:     They said they have me on tapes cause I have my own...

JO:     They got me on tape too.

13

CW:     They got you on tape too.

JO:     Yeah. I'm in transcripts, they're a bunch of people in transcripts.

CW:     Really.

JO:     Yeah. I went to Vegas with everybody we had a good time you know.

CW:     Right.

JO:     We talked about this and that doing this and doing that.

CW:     Right. And they had it on tape.

JO:     I'm thinking about building a casino.

CW:     Yeah.

JO:     Out on the water you know.

CW:     Well that's not...

JO:     (UI)...oh well we got this, this and this. That's what they thought I mean.

CW:     I know, I know, I know anything they can they just throw at you.

JO:     Don't get nervous about nothing.

CW:     I'll try not to.

JO:     Try not to get nervous.

CW:     You know you tell the guys, with the money I'll get it together.

JO:     They're looking..

CW:     I'm still looking, I still...

JO:     They got to pay for the containers.

CW:     Right.

JO:     They go out.

CW:     Right.

14

JO:    On the contingency. The contract that don't pay for the containers.

CW:    Right.

JO:    They get stuck with the bill.

CW:    Right.

JO:    And you know.

CW:    Right. I know (UI)...

JO:    Three weeks.

CW:    Three weeks, ah just tell them look you know the kids a compulsive gambler.

JO:    (UI) you think they want to hear that.

CW:    No, don't tell them no, tell him he's working on stuff.

JO:    (UI) while you're working.

CW:    He's working on it, and uh...

JO:    What are you working on this week anything?

CW:    I'm trying, yeah. This guy owes me money and I haven't been able to collect it.

JO:    What happened with IRS, my next question to you.

CW:    Why don't you go down...

JO:    My question was...

CW:    Can you go get that money down by, over there on that thing, I know all about it.  Do you want somebody else, them other guys to go down and talk to him.

JO:    Which guys?

CW:    Ralph.

JO:    No not Ralph.

CW:    (UI)...

JO:    You have to go down and see him.

15

CW:     Yeah.

JO:     You want somebody to go down and see him that's no
        problem.

CW:     Well yeah, I think that's hmm, I just don't wanna come.

JO:     Yeah I know.

CW:     I don't wanna come because you know I can't not with
        the...

JO:     I know.

CW:     You know what's going on. I don't know do it ever seem
        like they're following you or anything. I mean, I mean
        I look, but who cares (UI) I'm not doing nothing.

JO:     Listen my wife had a recycling business, I'm trying to
        get containers out.

CW:     Right, right.

JO:     She don't make no money, if the containers don't get
        out.

CW:     Right.

JO:     That's why I called you, you told me to call you
        everyday to see if there's any roofing jobs coming up.

CW:     Right.

JO:     And I get the containers I need some work.

CW:     Right. I also have this other guy hassling me for money

JO:     Who?

CW:     This other guy Drew, cause I lost some money to him
        betting ball games about five or six months ago.

JO:     How (UI)...

CW:     (UI) like thirty nine thousand, so he says well isn't
        it a way you can get me some money, I said well I'm
        trying to get my money from this guy and you know but
        as soon as I, he knows who he is too, and he says well
        he has a good job down, he's like the manager of
        SeaEscape.

16

JO:    Right.

CW:    So I'm thinking if you can go down there...

JO:    That's (UI) right.

CW:    Yeah.

JO:    I'll talk to somebody else.

CW:    Okay.

JO:    (UI)...

CW:    Do I need to get back with you on it?

JO:    No you just tell me you know...

CW:    Well...

JO:    You wanna take it, yeah you wanted to go down and talk to him yes.

CW:    Yeah, yeah it's not going to hurt him.

JO:    No, I don't know (UI)...

CW:    Okay (UI)...

JO:    That's on TV.

CW:    I don't care right I know. That's the older times right.

JO:    Right.

CW:    Okay yeah. Cause he owes like eighty nine, you know he owes a lot and then maybe I can take care of this stuff. The whole thing.

JO:    It'll be nice, be nice.

CW:    You know what, and I think (UI), I know the guy's got money.   The guys' honorable too cause he use to play in all the poker games.

JO:    Right.

CW:    You know and he's got money, the guy has money and it just needs a little talking to.

JO:    He's the manger huh?

CW:    Yeah he's the manager. He's good looking kid, black wavy hair, good looking kid, really...

JO:    About how old?

CW:    He's about thirty five. Good looking you couldn't miss him. Handsome guy, wears a suit all the time. You know, you know.

JO:    And he just walks around the room.

CW:    Yeah in the casino, he's the manager of the casino.

JO:    Okay no problem.

CW:    You know.

JO:    Alright I'll uh...

CW:    Alright so you'll (UI)....

JO:    I'll get back to you on that.

CW:    Call me and let me know and then we'll see what, maybe we can do something that way.

JO:    (UI)...

CW:    Yeah sounds good. Unbelievable, I'm gonna get something and I'll be out.

       (Sound of door closing)......

18

TRANSCRIPT COVER SHEET

FILE NUMBER:                    245A-MM-91505

CASE AGENT/SQUAD:               SA PATRICK BRODSKY/OC-1

TRANSCRIBED/TYPED BY:           TERIA BROWN

TAPE NUMBER:                    9

TIME:                           10:58:44

DATE:                           06/12/2001

PARTICIPANTS:

CW:                             COOPERATING WITNESS

JS:                             JOHN O'SULLIVAN

GUIDE TO ABBREVIATIONS:

UI:                             UNINTELLIGIBLE

SC:                             SIMULTANEOUS CONVERSATION

IA:                             INAUDIBLE

PH:                             PHONETIC

CW:    Oh there you are.

JO:    (UI)...

CW:    Huh?

JO:    (UI)...

CW:    Okay what you doing? I'm gonna get coffee. Come on in, we'll sit in there. You like these, these are the official NBA shoes.    (Laughs)...

JO:    I have the same pair, but black.

CW:    Do you, do you ever get those mars, they are the most comfortable....

JO:    These are comfortable.

CW:    These are comfortable too, but these are more like basketball shoes.    You got the same kind huh.

JO:    Yeah but you can't play basketball.

CW:    I know do you play basketball.

JO:    (UI)...

CW:    Uh, yeah you're pretty tall, you're taller than me. (Laughs)...Hi medium coffee, two sweet and low's and cream.

UF:    Anything else.

CW:    That's it.

JO:    (UI) you know that right.

CW:    I know, Thursday or Friday morning, I got a big store coming in.    I'm telling you I might be able to uh...

JO:    You could've came and said (UI) Nicholas, fuckin' hold you off.

CW:    Definitely by Thursday or Friday I'll have it.

JO:    What's the big store?

CW:    Hmm, I'm working on something. I'm working on something you know hopefully will come through. You know I got a lot of, I had a real bad week too. I mean this is, you

2

can't tell me anybody been good this week.

JO:  You're gonna lay off it someday.

CW:  That's what I should do.

JO:  No you said you were gonna do that.

CW:  Okay. What is this?

JO:  I'm gonna show you.

CW:  Okay.

JO:  Alright.

CW:  Okay.

JO:  Now here's all the things, it's the same things with all his in case you're worried about, we got so many charges and that.

CW:  Right.

JO:  He had more than you.  More serious charges.

CW:  Who is this, Joseph Rotunno.

JO:  Right.

CW:  Okay.

JO:  Look everything all that stuff.

CW:  That's (UI)...offense level terminated counts, oh he went to jail for seventy eight months.  Let's see (UI) to prison seventy eight months, supervisory release thirty six months. Assessment what's that a hundred dollars, twelve thousand five hundred dollars.  Defense level (UI) illegal gambling, so how long did he get?

JO:  Twenty four months.

CW:  Even (UI)...

JO:  Even (UI) with good behavior he said he'll be out in twenty four months.

CW:  Illegal gambling with (UI) credit, collections of credit by extortion.

JO:   But you see everything is just all, it's all dismissed and that's why I'm....

CW:   Well look at this shit yeah.

JO:   And Dave asked, and you know I keep telling you, have you talked to your attorney again?

CW:   Uh, no I'm gonna talk to him this week.  Look at all these counts that were dismissed, dismissed, dismissed.

JO:   They're the same, cause there is nothing there, you know.

CW:   So the only thing he got locked up on was conspiracy to defraud the United States, which is you know max...you know..

JO:   (UI) yeah you know that's the only thing they can get you, like that. That's the same copy?

CW:   Uh, no.

JO:   See this is another guy now alright.

CW:   Reynolds Morgan, what's his name?

JO:   Margetti(ph).

CW:   Date of Birth, pending counts....

JO:   Same thing dismissed, dismissed, dismissed. Because they...

CW:   Was this the last case? This was the last case.

JO:   Right.

CW:   (UI).... supervisory release thirty six months, oh so that's hmm, that's probation.

JO:   Right.

CW:   After that, extensive of credit by extortion dismissed.

JO:   That's the same exact. Because you know it's the same set up, offshore right.

CW:   Right.

JO:   It's not illegal offshore.

4

CW:     Who was their lawyer?

JO:     I don't know who their lawyer was, but...

CW:     So that's why...

JO:     (UI)...

CW:     Joseph Rotunno, address (UI)...

JO:     Here's the lawyer no.

CW:     Harry Dawnes Williams, Jr. (UI) racketeering illegal gambling, extensive of credit, collection of credit. I don't know, is this the same thing.

JO:     It's the same, but I'm just yeah...

CW:     Can I take these?

JO:     Yeah I'm a give you the whole thing...

CW:     Oh good, good.

JO:     So you can just (UI) and don't feel fuckin' nervous you know.

CW:     Well you know that makes me feel a little bit better.

JO:     Everybody gets fuckin' nervous and you're the only one squealing like a little girl.

CW:     I'm not squealing..

JO:     No, no but I mean you're a little...

CW:     Well you know.

JO:     They got nothing.

CW:     Yeah I see that.

JO:     All they trying to do is put everybody against each other. What they say if you cooperate, you go say this.

CW:     Well what happen is they said to my lawyer, they'd like for me to come in. You know I went in they'd like me to come in and you know talk to them, cooperate and they'll give me, you know, I don't know what they'll give me, give me a (UI) option in my sentence.

5

JO:     Right.

CW:     But I'm still getting sentenced.

JO:     Right.

CW:     You know, even if I, they were going to say, you
        know...

JO:     Let me tell you something, I'm a tell you right now,
        the main thing of that case is the thirty million
        dollar fuckin' uh laundering from the fuckin' South
        Carolina, the Jewish guys took the old ladies money
        from South Carolina.

CW:     Is that what happened?

JO:     That's the main fuckin' charge.

CW:     That's, I know, well I didn't have anything to do with
        that.

JO:     Exactly.

CW:     I mean I don't even know who they are.

JO:     Well John doesn't even know who they are either.

CW:     He doesn't know who they are either.

JO:     No he never fuckin' met these guys you know, haven't
        never met Sally, but this is just, it's the Jewish guy
        at the Checking Cashing place because everybody's
        associated with him and that's why, boom, boom, boom.

CW:     So it's like really these Jewish guys were the main...

JO:     Right.

CW:     The main problem in this whole thing.

JO:     Right and once everybody know, once they find out (UIO
        say everybody get, arrest everybody, you know.

CW:     Well you know they scare everybody, I know it's a
        little bit of weight at the trial.

JO:     You got plenty of time...

CW:     They want to put the pressure on me.

6

JO:     Yeah you want to put the pressure.

CW:     Because they want to get is resolved somehow I would think. I don't know what they..

JO:     Because they know if they go to fuckin' trial everybody is going to be walking, now it's a waste of time and money for everybody.

CW:     Oh it's got to be a big expensive investigation.

JO:     Exactly.

CW:     I mean there's wire taps, there's all kinds....

JO:     There's all kinds of publicity this and that and if they don't fuckin' put some people in jail, say oh yeah he went to jail, he went to jail, he went to jail. They're not going to be happy. But you can't, you know there's nothing to fuckin' say. I didn't do nothing you know it's...

CW:     I told him, no I told my lawyer I didn't do nothing, I don't know why I'm involved in this, I said I have nothing to do with nothing.

JO:     That's, that's why you should, you know..

CW:     He says well they wanna come and talk, you know I, I did I went down there and I listened and I said nothing and uh, now I wanna, you know, I don't know, I wish they stop you know putting the pressure on me.

JO:     They putting the pressure on everybody.

CW:     Who else did they put pressure on?

JO:     You know Mikey and all the other guys the couple of guys that were arrested, everybody said no, forget it.

CW:     What did they say to Mikey?

JO:     Well you know come in if you cooperate and say this, this and this and you know well (UI) could probably get you probation this and that. (UI) cause that's not what happened.

CW:     Right so did he go down there?

JO:     He told them no.

7

CW:     He didn't even go down there.

JO:     No. The attorney talked it over.

CW:     Right.

JO:     He told his attorney no that's not what happened. You know there's nothing there and if they can't fuckin' prove it, you know, you got to remember.

CW:     Oh I know, well it's their, they have the burden of proof.

JO:     Right.

CW:     They have to prove it. What about uh, Bruce did he go down there?

JO:     Bruce went down and talked to them that's how I know Bruce was going to flip over

CW:     Right.

JO:     Because he did the same thing, but Bruce got this other fuckin' murder indictment and everything from a different case. Yeah but he's got nothing to do with that either.

CW:     Really.

JO:     He's got nothing to do with that either.

CW:     Wow so then, so then...

JO:     But that, who's fuckin' you know talks less, some people talk you know (UI)...I ain't cooperating, I ain't doing nothing, they got dead, they got nothing, they're reaching for straws.

CW:     Right, right.

JO:     That's why they (UI) trials coming up if with this guy to plead out and say yeah he'll cooperate and testify against them in trial, alright now we got something, they ain't got nothing.

CW:     Right I know, what's Johnathan doing anything?

JO:     Nothing I just saw him.

CW:     Tell him I said hello. I mean...

8

JO:    Matter of fact my guys up in West Palm made a few phone calls cause you know they had Richard already.

CW:    Oh yeah.

JO:    They don't know you. And that's why..

CW:    What do you mean they made a few phone calls?

JO:    They wanna see what the fuck you know cause I keep telling them putting them off...

CW:    Right, right, right.

JO:    (UI) and they just said forget, I'm on...

CW:    Right.

JO:    I had somebody come talk to me.

CW:    Right.

JO:    Well somebody else is going to come see you and uh, take care of you.

CW:    Right.

JO:    And I said you told me this week, you told me this, he said yeah you been telling us for like four weeks now.

CW:    Right.

JO:    This is the fifth week.

CW:    Right, right.

JO:    (UI) we (UI) all our money back. They know that uh, uh, that the wife's got money or something like that, with an investment firm or something like that, I have no idea.

CW:    They know she does.

JO:    They know, they said get the money from your wife. Tell him to get the money from your wife.

CW:    Right.

JO:    Pay the whole fuckin' thing off, we won't nothing to do with it.

9

CW:    Right.

JO:    Because they were afraid that you know, I told you...

CW:    Right, right, right.

JO:    That you'll get nervous this and that, they won't nothing to do with that.

CW:    Right, right.

JO:    They don't do business with people you know..

CW:    Well like I said I'll have something Thursday or Friday.

JO:    (UI) five hundred and...

CW:    No not five hundred, something decent, like at least a couple payments you know two three payments at least and we'll get back on track. You know you just got to you know hold them off.

JO:    You ain't got nothing today.

CW:    No but by Thursday I'll have some.

JO:    You ain't got nothing today.

CW:    I got a couple hundred dollars on me.

JO:    (UI)...

CW:    Whatever, okay, so, alright so I can give you a couple hundred, I mean I got a couple hundred on me.

JO:    Just to fuckin' uh, you know.

CW:    Yeah just to even put them more.

JO:    (UI)...

CW:    Yeah I mean I don't have that much, but I got a couple hundred, I got one, let's see, tell them...

JO:    You got a nickel no.

CW:    I don't think I got a nickel here, two, let's see what I got.

JO:    (UI) and then Thursday.

10

CW:    (UI) two sixty (UI) show...

JO:    Yeah and then Thursday we'll (UI) this way I don't...

CW:    We should show something right.

JO:    Right.

CW:    Three twenty, I got like four hundred.

JO:    That's fine. You know what that's, that's...

CW:    At least it's something right.

JO:    (UI) you know what I'm saying.

CW:    And I'll leave myself a little something.

JO:    (UI) I told you if you give (UI)...

CW:    One hundred and twenty, forty, sixty, eighty. Two hundred twenty, forty, sixty, eighty. Three hundred twenty, forty, sixty, eighty, I got four hundred so that's you know.

JO:    What I'm saying you see that.

CW:    It's something yeah. Well it shows that I have good faith right. I mean there things have been bad, I forgot the cream man.

JO:    But if you, if you would've did this every week (UI)...

CW:    Well I didn't have it you know I mean uh, yeah just so uh, do I know these guys.

JO:    Not at all.

CW:    I mean I never met them.

JO:    You never met them.

CW:    I don't know them at all.

JO:    Cause I talked to a few other guys and they were like, you know that, they're friends with my family.

CW:    Right.

JO:    So..I was the one (UI), because as a matter of fact your friends said oh no he's good don't worried about

11

it.

CW:     Right, right.

JO:     That's it.

CW:     Right.

JO:     Then I put up thinking, you know, but what happens.

CW:     I know.

JO:     The fuckin' (UI).

CW:     The first, well no, we always pay (UI)...

JO:     No, no, no but I'm just saying like you're the first person I brought over there, and they're like you got to be shitting me.

CW:     Oh I'm the first person you took over to these guys.

JO:     Right.

CW:     But I thought Bruce had money out with them?

JO:     No that's nothing to do with, there's nothing to do with, Bruce got his own thing, Bruce owes everybody money.

CW:     Oh.

JO:     Bruce is a compulsive gambler also.

CW:     Oh okay so at least you know I man.

JO:     (UI) well yeah I know that...

CW:     I mean if I, if I didn't I probably would've never...

JO:     (UI) you know I know you like to play this and that, but you should say listen I got fuckin' two grand.

CW:     I know but I'm trying to make a score to take care of the whole footage.

JO:     What's the score man (UI)...

CW:     Starting forty thousand you know.  Oh what that I might do?

12

JO:    Yeah.

CW:    I don't wanna talk about it, but it's...

JO:    (UI) you know I might uh...

CW:    Uh, no because of something with another guy I'm trying to uh, talk him into something.

JO:    Okay.

CW:    And it might work, you know I'm hoping it works.

JO:    Sell the business maybe huh.

CW:    No, no, no, no. Just something that I'm trying to uh, get him involved in you know.

JO:    Right you said Thursday or Friday.

CW:    Call me Thursday morning, call me Thursday sometime...

JO:    This is (UI)...

CW:    I know, I know this makes the fifth week right.

JO:    Yeah you got to make it minimum, just to catch up.

CW:    Okay, well I got four so I need like twenty six hundred.

JO:    Well you can't do...

CW:    At least...

JO:    I'm just saying...

CW:    Yeah alright...

JO:    If you do three four never mind that...

CW:    Right.

JO:    Never mind that (UI)...

CW:    Yeah.

JO:    (UI) I said look he's getting back on track, the next week.

CW:    Yeah I mean yeah I mean had a (UI) you know...

13

| | |
|---|---|
| JO: | Yeah I know everybody has. |
| CW: | I know I mean uh, how they been doing,  I mean.. |
| JO: | (UI) do nothing man. |
| CW: | No I mean I'm talking about. |
| JO: | Everybody's trying to bully. |
| CW: | Okay I mean I'm just... |
| JO: | I'm not trying to (UI)... |
| CW: | That's what you know it ain't just me I hope. You know.. |
| JO: | Baseball the worse, you know baseball's the worse. |
| CW: | I hate baseball. |
| JO: | So why do you play then. |
| CW: | I know I mean but... |
| JO: | (UI) this other guy that you don't...you owe somebody else a lot of money also. |
| CW: | Who? |
| JO: | I thought you owed him that's why the guy been putting pressure on you this and that to make payments. |
| CW: | No, just, just my lawyer, and just no I don't know anybody else a lot of money. |
| JO: | I thought you owed somebody else.. |
| CW: | No. |
| JO: | (UI) you know you were playing delusion... |
| CW: | No, no what happened with uh, oh yeah, yeah, yeah, oh him. |
| JO: | Right, well... |
| CW: | Oh him yeah no, he's... |
| JO: | Word gets around... |

14

CW:    Yeah right.

JO:    All over like I say.

CW:    Right.

JO:    (UI)...

CW:    I'm thinking who you know.

JO:    When you hit the casinos that comes. You know everybody hears that.

CW:    Yeah it's like a pipe line right.

JO:    It's like fuckin'...

CW:    I might as well be on the channel 7 news.

JO:    That's the way it is.

CW:    It's unbelievable.

JO:    Word travels fast.

CW:    Well I know it does it with everybody you know it's like a information high light. Might as well be on the computer.

JO:    Well that's what it is, but hmm...

CW:    How you doing with the containers, you putting in..

JO:    No I'm not putting in, no it's slow. I been calling you up to put containers.

CW:    Yeah no kidding.

JO:    But you know it's a little slow, but I'm just, I'm just sitting back surviving man.

CW:    Yeah well I'm going to start...

JO:    That's why I don't go to the casino everyday.

CW:    No you're smart you know. You know every once and a while you win, but then you know you lose.

JO:    When you go into, when you go into (UI) how much do you usually (UI) two, three grand a day.

15

CW:    I couldn't lose as much (UI) yeah sure.

JO:    (UI)...

CW:    You know that's why it's horrible, it's horrible, you know you try, you try and earn and then all of a sudden you're not earning you're donating.

JO:    You can't win on a (UI)...

CW:    I see fat Mike there all the time you know. You know him right. I mean uh..

JO:    He's playing too poker machines.

CW:    I think he's like playing poker and lending money and shit like that.

JO:    I don't know nothing about what he does there.

CW:    Yeah I think that's what he's doing, I don't know exactly what he's doing. But you know, hmm, yeah I got to get it together that's all. Just to tell him you know like I said I did give you something...

JO:    This week that's what you got to come up with.

CW:    Right, right.

JO:    Cause after you do that, then I can just say..

CW:    Then you can put them off.

JO:    There will be no problem.

CW:    Okay.

JO:    (UI) you wouldn't say if we're going on the fifth week, that's screaming, he's screaming at me and then I'm looking like an idiot some say no, no, this you know I told him boom, boom, boom, boom...

CW:    Right.

JO:    And then you went away for the week you didn't tell me you're going away and then I'm calling you like how many times I called you.

CW:    Uh, well I was away, but I know you had a couple of quite a few messages on there.

16

```
JO:     (UI)...

CW:     You don't even know where I live?

JO:     Yes I do.

CW:     How do you know where I live?

JO:     Listen I know everything.

CW:     Okay.

JO:     I know everything.

CW:     I believe it. Well I mean how far am I yeah.

JO:     You know what I'm saying, you're not I know everything.

CW:     Right.

JO:     And that's the way it is, that's the way it has, and
        that's why I was comfortable saying...

CW:     Right.

JO:     It's no problem.

CW:     Well we know each other pretty well..

JO:     Yeah...

CW:     It's not like we haven't you know.

JO:     No, but that's....

CW:     Talked about this stuff and you know I don't have bad
        intentions so...

JO:     I know you don't, I know you don't.

CW:     I just want to do a little (UI)...

JO:     I know (UI)...

CW:     Yeah well at least you got something so.

JO:     But I'm going to see them now.

CW:     Okay.

JO:     I'll give them (UI)...I'm a tell them now.
```

17

CW:    Okay.

JO:    Don't tell me yeah (UI)...

CW:    Right.

JO:    You'll have that Thursday or Friday right?

CW:    I should yeah.

JO:    That's the thing I'm gonna.

CW:    Say at least two and maybe three give me, give me, give me a little.

JO:    Two or three and then next week..

CW:    Give me a little leeway say two maybe three yeah, yeah that way we...

JO:    This way I'll know (UI) make me look like.,..

CW:    And it doesn't make me look like an asshole either you know I mean yeah that way....

JO:    (UI)...

CW:    But how can they, you know how can they even ask that if I can't even, is that the most stupidest thing I've ever heard of.

JO:    Because you know what, they know you played, they know you were at the casino.

CW:    So good, so then, then I mean if I gave them two that wouldn't, that wouldn't...

JO:    Yeah but...

CW:    That wouldn't get them their money back.

JO:    No but see if you go to the casino three four times a week.

CW:    Yeah, right, right.

JO:    Yeah you dump in two people and each time...

CW:    Right, right.

JO:    Each time you go in....

18

CW:     Right, right.

JO:     (UI)...

CW:     They figured I can just give it to them.

JO:     Right, that's not (UI) you know, you know I told them
        if you couldn't do it, your wife could do it.

CW:     Are these guys like uh, like Johns, I mean or different
        I mean uh, you know..

JO:     (UI)...

CW:     They're up there.

JO:     Yeah.

CW:     Well tell them to relax.

JO:     Yeah but you see what I told them...

CW:     Yeah, yeah.

JO:     If you couldn't do it, I told them that your wife would
        be able to do it.

CW:     She can't do it, she's not shit. She's trying to exist,
        she's so worried about this case.

JO:     Does your wife work, no.

CW:     No, she's been, she went up to get a job (UI)...

JO:     What does she do.

CW:     She's good like in interior decorating and stuff like
        that.

JO:     I thought that she run your business, like I said you
        guys are getting on up. I talked to all the guys up
        there, these guys (UI) no we're walking, there's
        nothing there, so I'm walking.

CW:     I'm hoping to walk to, but I'd just like, I'd inquire.
        You know what I mean, I just said look if you don't
        worry, you're a fool. You know I mean like when you
        know.

JO:     (UI)...

19

CW:     You got to worry, it's not something you flip out and
        go totally crazy. I mean I'm not letting it kill my
        self.

JO:     No.

CW:     But I'm just saying you know, you gotta...

JO:     (UI)...

CW:     You know there is a possibility of some problems.

JO:     There is a slight chance of possibility but like I said
        when all the attorney's get together, they'll sit down
        and say this is what we got.

CW:     Yeah.

JO:     And they all got to fight it together.

CW:     Yeah.

JO:     This one guy trying to cop out cause that's all they
        want. Oh take a plea and I'll take the money.

CW:     Yeah I know they just, yeah I know and, and the fuckin'
        lawyers I mean all they do is, you know they just (UI)
        all they do is they got a license to steal. A license
        to steal, that's what I should've been an attorney you
        too.

JO:     (Laughs)...do me a favor..

CW:     Call me on Thursday and we'll together either...

JO:     Thursday afternoon...

CW:     Thursday or Friday and they'll have at least two.  And
        tell them maybe three.

JO:     Yeah (UI)...

CW:     But tell them two you know that way it doesn't make me
        look like..

JO:     ....a fool.

CW:     Yeah I don't want either one of us to look like a fool.

JO:     (UI) you know.

20

CW:     Yeah.

JO:     My (UI) finished last.

CW:     Yeah I'm telling you, yeah but we try anyway.

JO:     (UI) tell me about what's going on with them.

CW:     No I'll tell you later.

JO:     I'd like a little something.

CW:     Yeah I know, let me try to make a score here.

JO:     What happened I told you (UI)...

CW:     What happened with him?

JO:     He got fired. They let him go because a new company
        came in and took over this and that.

CW:     Right.

JO:     So.

CW:     So that sucks.

JO:     Well..

CW:     I have no idea where that guy Ralph is.

JO:     That..

CW:     Do you?

JO:     He still owes you large right?

CW:     Yeah, yeah.

JO:     Alright you want uh, you know like I said if these
        other guys go up to see him it's better than getting
        nothing right?

CW:     Yeah but I don't even know where he is.

JO:     Well I'm going to see if we can find out where he's at
        and if he is I'll tell the other guys to go, go talk to
        him.

CW:     Okay alright, sounds good. Alright call me...

21

JO:     Don't forget, please call me.

CW:     No I will, I'll talk...

JO:     (UI) I thought you (UI)...

CW:     I'll call you on a pay phone.

JO:     Alright (UI) like I start calling you in the middle of the week.

CW:     Okay then I'll call you back just say call me back.

JO:     Call me back.

CW:     Then I'll know that you're at a pay phone.

JO:     Right.

CW:     Okay.

        (Door being closed)....

        (Car being started up)....

# COOPERATING WITNESS:

# ADAM COUGILL



9/19/01 bfo
**GOVERNMENT EXHIBIT**
2
00-6309-Cr-Seitz(s)(s)

| | |
|---|---|
| FILE NUMBER: | 245D-MM-91505 |
| DATE OF RECORDING: | JULY 3, 2001 |
| TIME OF RECORDING: | 13:22:24 |
| CD NUMBER: | 1 |
| SESSION: | 2 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | PATRICIA VAN BRUSSELEN/HRA |
| DATE TYPED: | AUGUST 10, 2001 |

PARTICIPANTS:
CW - COOPERATIVE WITNESS
JO - JOHN O'SULLIVAN
UF - UNKNOWN FEMALE

ABBREVIATIONS:
(UI) - UNINTELLIGIBLE
(PH) - PHONETIC
(IA) - INAUDIBLE
(SC) - SIMULTANEOUS CONVERSATION

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

CORRECTION

245D-MM-91505

|  | (Faint background sounds) |
|--|--|

(Sound of activity/movement)

CW:        God damned door.

CHILD:     DANIEL's (PH) here.

CW:        He is?

CHILD:     Uh hm.

CW:        Okay...

           (UI - background)

CHILD:     (UI)...

           ... what am I... what am I doing?

CW:        Bye guys.

           (UI - background)

CW:        BUNNY (PH)!

CHILD:     (UI)...

           Say by to Daddy.

CHILD:     Bye Dad!

CW:        Bye...

CHILD:     Good-bye!

           (Rhythmic sounds of movement)

           (UI - background)

           (Vehicle warning chimes)

JO:        We're gonna have a meetin' and try to make some money
           so we can go to Disneyworld.  Whahoo!

CW:        What's up, handsome?

JO:        Hey, how are you, man?

2

245D-MM-91505

| | |
|---|---|
| CW: | Good.  Hanging in there. |
| | (SC)  (UI - background - childrens' voices) |
| JO: | (SC)  You look handsome.  Hm? |
| CW: | Ah... |
| JO: | See ya!  (UI)... well, you already started, you fuck. |
| CW: | Well, how did you?  You... I had a half a beer.  You can smell it? |
| JO: | (SC)  I can smell it, man. |
| CW: | Jesus Christ. |
| JO: | I started here, bro. |
| CW: | What is that?  Rum and Coke? |
| JO: | No, this is the Coke. |
| CW: | (SC)  Ahh... |
| JO: | I got the rum here... |
| CW: | Look at you. |
| JO: | ... and a 12-pack of Coors Light. |
| CW: | Ready to roll, brother? |
| JO: | I'm not in the mood for uh, Miller Lights, man. |
| CW: | Me neither.  Fuck. |
| JO: | I don't like to just, I, I lost my patience.  I gotta get like uh... a Corona or a Heineken from...  You know, I do that every now and then.  I get... |
| CW: | (SC)  Switch? |
| JO: | Oh, you have to just to fuckin', you know, get the taste buds... |
| CW: | I can't believe you can smell it from here already.  My God... |

245D-MM-91505

JO:    (SC)  Yeah.

CW:    ... a half a...

JO:    Smells like you were drinkin' all night.

CW:    No!

JO:    You smell like the day-after drink.

CW:    No!  I just jumped in the shower.  Maybe it came out of
       my sweat, but I can't imagine that.

       (Driving sounds)

CW:    So what's the good word?

JO:    Good word?

CW:    (SC)  Kids got off okay?

JO:    Ah, they're at the airport now.  I wasn't stickin'
       around.  I gotta get up, the fuckin' cleaning lady just
       called and said, oh I'll be there in... 10 minutes.

CW:    Jesus.

JO:    Well... we'll just fuckin' uh... make a Margarita...

CW:    The uhm, you know JAY, right?

JO:    JAY.

CW:    From Rapid?

JO:    Yeah.

CW:    He may be comin' up this way so we can have a meeting
       with him.

JO:    Okay, what's he want?

CW:    (SC)  Maybe...  Well...

JO:    Did he call you or you call him?

CW:    He actually called me...

JO:    Oh.

4

245D-MM-91505

CW:       ... before my phone went dead.

JO:       (SC)  (UI).

CW:       And I called him back this morning... and there's a
          possibility that...  You know what?  I'm just trying to
          explore options.

JO:       Hey, you gotta explore all options, man.

CW:       (SC)  Yeah.  Well the problem, Southeastern still owes
          them money.

JO:       Right.

CW:       Not a lot, but...

JO:       It doesn't matter.  You know what?

CW:       (SC)  Enough.

JO:       Yeah, go 'head.

CW:       And I just don't wanna have egg on my face.

JO:       Right.  So what's the, what the, what're you lookin' at
          with JAY?  What's he wanna do?

CW:       Well you know, we still have a lot of... C&D accounts
          that if, if at all possible we can continue to place
          containers...

JO:       Right.

CW:       And if JAY agrees to give us terms on this shit... then
          it'd be great.

JO:       Right.

CW:       If not, then... you know... it's not a good deal.

JO:       (SC)  Yeah.

CW:       But if we can make 40 bucks a container, it goes back
          to what we were talking about.

JO:       Yes, we could, but I thought you, the CD (PH) was a
          total... you know.

5

245D-MM-91505

CW:     (SC)  I, I... know, I know.

JO:     Something like that, that's a fucking headache, and
        then you gotta wait for the money...

CW:     (SC) It is, it is a headache.  But you know what?
        Delta...

JO:     Right.

CW:     ... gettin' bought out...

JO:     Right.

CW:     ... is gonna open a lotta doors.

JO:     You think so?

CW:     Yeah.

JO:     And what kinda (UI) is he gonna, you know he's gonna be
        a hard ass when you want...

CW:     (SC)  Fifteen days.

JO:     Fifteen days?

CW:     Yeah.

JO:     It's gonna be, we gotta lay that shit out.

CW:     Well, we'll see what happens.

JO:     Alright, listen.  We'll keep all... shit, all options
        open.  You know?  That fucking car I got in yesterday,
        I broke my fucking balls on it, get the car, it's like
        a (UI), you know, make 500 on that.  No insurance.
        Progressive said... his policy was cancelled on
        Saturday, he had the accident uh...

CW:     (SC)  He did, oh, he hit the other person?

JO:     (SC)  He... he hit, yeah.

CW:     (SC)  (UI).

JO:     He had the accident on Satur-, Sunday.  His policy was
        cancelled Saturday.  They're not covering him.

6

245D-MM-91505

CW:    (UI).

JO:    Mother fucker.  So I just talked to LOUIE...

CW:    For what?  Sixty bucks a month, the guy didn't... have
       fuckin' insurance.

JO:    (SC) Well, no, he bought the c-truck brand new.  The
       truck uh, you know... and he transferred it... he
       bought the car, dude, it was like a year old.  The car,
       no, it's 2001.  He bought the car in April... and he
       transferred his insurance over... and then Progressive
       said okay, well y-you're from Venezuela, we need a, a
       Florida driver's license.  So his wife did it 'cuz
       she's from Texas, changed the license... but he never
       did.  And they were doing electronic uh, you know,
       withdrawals from the bank, and this and that...

CW:    (SC) Yeah.

JO:    ... and they said well, he didn't fulfill uh... all the
       paperwork we're supposed to get in, so we're not
       covering (UI).

CW:    (SC) So the, what the fuck?  Is the insurance on the
       car or on the driver?  On the driver?

JO:    (SC) No, it's just... insurance on the car.

CW:    But there wasn't any anyway?

JO:    No, it... so he, they're saying they cancelled it on
       Saturday and he had the accident on Sunday.  I said...
       now my boy, LOUIE, you know (UI) fuckin' (UI).

CW:    That's one of my uh old neighbors.

JO:    (SC) Yeah.  Sweet.

CW:    Yeah.

JO:    (SC) But uhh, h-, Progressive says no, we're not
       covering this.  Now LOUIE... but now, he said, don't
       call (UI), don't do nothing.  He said, I'm just gonna
       go repair the fuckin' car and let the guy come up with
       the money, I put a lien on my own car.  (UI)...

CW:    (SC) What is it?  Like a mechanic's lien or something?

7

245D-MM-91505

JO:  Yeah, it's a mechanic's lien.  So then uh, he uh... he owned the car after fuckin' you know... a month, whatever.

CW:  Jesus.  There's a business, mechanic's liens.

JO:  Yeah.  And then uh, yeah...

CW:  (SC)  You're gettin' stuff for nothing.

JO:  Yeah.  But now the guy come, I feel bad 'cuz the guy, it's a young couple and, you know... I told 'em, I'll help you out...  Nah, but I (UI) like that.  But... I don't like (UI) like that.

CW:  I know.  But still... the guy shoulda had insurance. Scumbag.  Imagine if you ran somebody over?

JO:  (SC)  I know... yeah.  Well that's why you...

CW:  (SC)  For God sakes... you have a kid in the hospital...

JO:  (SC)  That's why you...

CW:  ... with no way to pay.

JO:  That's why you always have that... uninsured motorist...

CW:  Yeah.

JO:  ... on the policy.

(Sounds of movement - sounds of door opening)

CW:  Oh, boy.

JO:  (SC)  Oh...  H-hey, you can... make yourself useful.

CW:  I will.  Uh.

(Door is closed)

JO:  (UI) all fuckin', you know, mother fucking this and that, you know.

(Sound of door closing)

8

245D-MM-91505

JO:     I said, what am I gonna do, uh? You're packing,
        w'd'ya... well you and I are up there... I gotta go the
        (UI)...

CW:     What does, what does she want you to do?

JO:     They're, they're all the same.  You gotta stay the
        fuck, and I said you know what... I'm outta here (UI)
        now she's gonna say like, (UI) be here Thursday...
        (UI).

CW:     (Belches)  He's gonna pay for eleven Gaylords?

JO:     Eleven... two-fifty, twenty-seven...

        (Motorized opening sounds)

CW:     (SC)  Did he, did he...

JO:     ... fifty.

CW:     Did he complain about the integrity of the... (closing
        sound) magazines at or not?

JO:     (SC)  (Walks away)  No, not at all, he just uhh... he
        said uh, all it was, he said two (UI), one (UI).  They
        were only half off.  And I said, you know what?  That's
        gotta, I said uh, I said (UI)...

CW:     (SC)  Nah...

JO:     ... (UI) that's gotta be the mother fuckin' Cubans down
        there, (UI).  Let those Cubans take 'em out.

CW:     (Nose-blowing sound)  I don't know.

        (Sounds of activity)

CW:     I'm tellin' ya... MARK seems like a straight shooter...
        he really does.

JO:     I don't think he's in on it.

CW:     No.

JO:     (UI).

CW:     No...

9

245D-MM-91505

JO:    (UI)...

CW:    (SC)  JOHN is still... fuckin'... I don't know.

JO:    (SC)  (UI).  You know?

CW:    I don't know what to do about him... I really don't.

JO:    (SC)  (UI).

       (Sounds of activity)

JO:    The fuckin' ice is down... piece of ice gets stuck in
       the thing, it don't make it...

CW:    Is it making now?

JO:    I just turned it off... and it... (banging sounds).
       What d'ya want?  Coors Light or Bud Light?

CW:    (SC)  Let me start with a brewsky.

JO:    How about a Bud Light?

CW:    I don't know, I mean that's ridiculous.  It's close to
       sixty Gaylords.  And I made the rounds yesterday
       talkin' to all the people that he sold the material to.

JO:    Right.

CW:    And uh... huh.  We got bamboozled.

JO:    (SC)  (UI - background).

CW:    I mean it's... oh he's, he's, he's a scumbag.

JO:    (SC)  (UI - background).

CW:    I don't know, though.

JO:    (UI - background)...

CW:    At least he could make a phone call!

JO:    (UI - background).

CW:    Well... oh well.

JO:    (UI - background).

10

245D-MM-91505

CW:    Yep.  I know.

JO:    (UI - background).

CW:    (SC) It's, you know what? It's not, it's, it's not
       even that, but it's like double whammy.  Not only did
       he not pay shit...

JO:    Right.

CW:    ... but... I'm responsible for the freight... on... two
       of 'em.

JO:    That sucks.

CW:    Yeah, it sucks.

       (Sounds of activity)

JO:    That sucks.

CW:    And I gotta pay the freight, well what even sucks even
       worse, I gotta pay the fuckin' freight bill to DAVID...
       to BELL.

       (Sound of activity in the background)

JO:    (UI - background).

CW:    Well...

JO:    Tell him to wait.

CW:    He won't wait.  He'll drive me nuts.

JO:    (UI).

CW:    You should ask JOHN if he's got copies of those uh...

JO:    Bill of ladings?

CW:    Yeah.

JO:    For?

CW:    (SC) To see...

JO:    Who bought?

11

245D-MM-91505

CW:     If they're supposed to go to MAMONE... or they...

JO:     Well, I told you about that, you remember that eight
        hundred dollars... was that one of 'em?

CW:     (SC) Yeah.  I don't know.  See I don't, i-i-... if you
        can, if you can track... which freight company did
        what... you win a prize.  I have no idea.

JO:     (SC)  (UI - background)

CW:     Between JARU (PH), IREE (PH)... and, and CARGO... I
        thought, I thought that... DAVE and JOHN were partners
        in CARGO TRANSPORT.

        (Sounds of activity)

JO:     (UI).  You know?

CW:     Then... JOHN just wants to get paid...

JO:     Yeah.

CW:     ... instead of DAVID possibly gettin' money and fuckin'
        him.

JO:     Exactly.

CW:     Wow.  That's fucking crazy.

JO:     (UI).

CW:     I don't know.

JO:     You know, (UI).

CW:     (SC)  I don't know the deal.  Uh.

JO:     (SC)  (UI) so much fucking over the deal... (UI).

CW:     Uhm uhm.

        (Sounds of activity)

CW:     I'm on a diet.  I walked 10 miles today.

JO:     Huh?

CW:     I walked 10 miles today.  I feel good.

12

245D-MM-91505

JO:    Losing weight, bro...

CW:    I know.

JO:    ... gettin' in shape.

CW:    I don't know if JAY was gonna come up this way, so...

JO:    DAVID called me... and I told him you wanted me to do the house (UI)...

CW:    He called again?

JO:    Huh? (UI), I thought you know but... no, from the other day.  So I said you know, I gotta, you know... didn't say nothin'.  And he told me about uhh... what's going on, this and that, with... the real estate, he (UI)... nothin' but uh, but he's still gonna take care of it, give... (hammering sounds)... he's gonna give some money (UI) his buddy.

CW:    MONDELLI (PH).

JO:    (UI).

CW:    Nah.

JO:    (UI), you know, this sucks... happens every day.  My wife doesn't fucking clean the ice box.  She puts the fuckin' thing in the wrong way...  (UI)...

CW:    (IA - possibly a belch).  Would you stop cleaning?

JO:    Huh?

CW:    Would you stop cleaning for God's sakes?  You're...

JO:    No, you know, the cleaning ladies are coming.  What do you do when the cleaning lady's coming?  You clean.

CW:    Absolutely.  HEIDI does that.

JO:    (SC)  (UI) fucking neighbor, just, you know...

CW:    I know.

JO:    ... put the glasses on the (UI).

       (Sounds of activity)

13

245D-MM-91505

CW:     When do they come?  They come at two?

JO:     Yeah, (UI).

CW:     So what's the deal?  Is Bo-, what was with Boca?  We gotta go up to see this asshole?

JO:     (SC)  (UI)... I gotta go drop off uh... he's not an asshole.  Matter of fact, he's uh...

        (Sounds of activity)

JO:     What the fuck?

        (Sounds of activity)

CW:     Oh...

JO:     That's it.  (UI)... so much food (UI)...

CW:     And there's a big watermelon.

JO:     (UI)... Ahh... no, it was... it's, it's, it's a friend, a friend of a friend... I was related to this guy.  And he got uh... (UI)... whatever and uh... he, he ended up fuckin' breaking a... a bone in his collarbone.  You know, p-he was paralyzed... and shit. He was paralyzed... for like 30 days or something.  Now he... this was, this happened about 6 months ago.  Now he's... in rehab four days a week and he's uh... (UI). He's up to a whee-, he's up to a walker now.

CW:     Yeah.

JO:     Went to a wheelchair... now he's a walker stage, you know?

CW:     What do you have to do?

JO:     What?  Oh no, he has a...

CW:     (SC)  Buy him crutches?

JO:     What?

CW:     Do you have him crutches or?

JO:     (SC)  Oh no, no, no, no.  I have to get, he got some paperwork that's been laying around down here.  No

14

245D-MM-91505

> one's been able to get up to see him... 'cuz he's
> always in rehab and stuff.

CW:     Ohh...

JO:     (SC) I said I'll bring it to him.  I haven't seen him
        in awhile.  Today's (UI)...

CW:     Hm.

JO:     (UI).

CW:     Oh, boy.

JO:     Want a little cheese and crackers or something?

CW:     I'm good.

JO:     You sure?

CW:     Yeah.  Yeah, really gotta cut back on my weight.

JO:     (SC)  (UI).

CW:     Coors Light'll help.

JO:     Yeah.

CW:     What a fucking busy couple of days.  What's up with
        this fish head guy... JEFF?  Anything?

JO:     No.  (UI) fuckin' that on (UI)... so I'm gonna call him
        and see if he hooks up with me in the two days.  I'll
        tell him (UI), I know he won't.

CW:     He's fuckin' duckin'... completely.

JO:     Uh huh.

CW:     I'll betcha he's, he's not even down here... any more.

JO:     He's here.  Yeah.  (UI) to Boca.

CW:     Yeah, but the guy from the moving company said that...
        they also moved some stuff up north.

JO:     Yeah, no, not north though, just Palm Beach.

CW:     Oh, Palm Beach?

15

245D-MM-91505

JO:     Yeah.

CW:     Oh.

JO:     Palm Beach.  (Pounding sound)  But he can't go no
        where.  He's... he's got an indictment against him.
        You know?

CW:     Dick.

JO:     They're all fuckin' dicks.

CW:     Well, I don't know...

JO:     They're all scumbags!  Yeah, you fucking scumbag!

CW:     Oh, well... for 6,000 bucks right now... I'd fucking
        meet him in Alaska if had to.

JO:     Yeah, you know what?  (UI) now, but you know...
        alright, hey listen... REGGIE asked me to ask you to
        find out what (UI)... with the, with the (UI).  I know
        we haven't had a chance to sit down and talk, but we're
        gonna do that now.

CW:     Well, what happened yesterday?  What happened with?

JO:     They saw the house... the parents came in back and they
        saw the house... they looked at the house and he said
        you don't have a pool, somebody else has a pool, and
        they want two-eighty-nine now... and I want two-eighty-
        five.

CW:     (SC)  That's the reason...

JO:     I said you know what?  So what's the bottom price (UI)?
        You know what?  I'll go down to... maybe two-seventy-
        seven... just to get rid of it.

CW:     Yeah, but see, closing's gonna take a minimum of...
        but...

JO:     (SC)  No, we can close in 10 days.

CW:     That's what you said.  I didn't realize, but...

JO:     (SC)  (UI).  See, down in Florida you can close in 10
        days... that's no problem.  Especially this guy, they
        own three restaurants.  But you know what?  I know

16

right now they're not gonna buy my house because...
they like it, but... he wanted a pool, he liked the
view better. He said the other house was two stories,
he said I like the one story... 'cuz they got a pool.
I said nah... huh, see you later. You know? But
uhh... yeah.

CW:    Twenty-eight hundred bucks a month.

JO:    Right.

CW:    And if we have a move-in date, and I talked to DOMENIC,
I don't know if you called him back...

JO:    (SC) I no, no, I told you I spoke to him right after
you spoke to him (UI)...

CW:    (SC) Go see him on Friday to discuss the packaging
material...

JO:    I told him that.

CW:    ... and at the same time... See, he's still not
wanting any money from me.

JO:    He said he'll (UI)...

CW:    ... because of you.

JO:    Well DOMENIC, well yeah, he's my buddy. I used to,
know how many times I bailed him out?

CW:    He's a helluva nice guy, I mean he's...

JO:    (SC) He, well you know, he's, uh he's like me...

CW:    ... 'cuz of you.

JO:    He don't forget.

CW:    Right.

JO:    He don't forget. I was down on my luck and uh, you
know it, same thing happened with him. Everybody ran
the other way and I said what do you need, you know?
(UI)...

CW:    (SC) Right.

17

245D-MM-91505

| | |
|---|---|
| JO: | Whatever I got, you got, you know?  You can't (UI). |
| CW: | Man.  He wants an equal partnership. |
| JO: | For what?  Your money's (UI)... but we're gettin' the shit for free.  Let him do all the work... |
| | (Sounds of movement) |
| CW: | Well... |
| JO: | Well don't, you know... |
| CW: | I could care less. |
| JO: | It's up to you. |
| CW: | Well, you get... |
| | (Sounds of activity) |
| CW: | We get to roll some paper, and they have to go to CORONET. |
| JO: | Right. |
| CW: | And that way SOUTHEASTERN's outta the loop... so it goes to CORONET paper... |
| JO: | Uh huh. |
| CW: | They cut the shit up... DOMENIC sells it to... the moving companies. |
| JO: | Yeah.  And we (UI), we (UI)... |
| | (Snapping/clapping sound) |
| CW: | Yeah, but see he... hah.  He (UI). |
| JO: | For what?  Well, but that's his whole life, this fucking moving... |
| CW: | (SC)  Big time. |
| JO: | ... m-moving, moving, moving. |
| CW: | (SC)  Yeah. |

245D-MM-91505

JO:     All he does is (UI)...

CW:     (SC) Lotta...

JO:     When you do moving your whole life, that's the way you
        meet a lot of contacts and shit...

CW:     (SC) Yeah.

JO:     ... like that.

CW:     Yeah.

JO:     So...

CW:     (SC) But he, uh maybe he was just talking shit, but it
        sounds like he's plugged in, plugged in big time.

JO:     No see, well DOMENIC's... got the (UI), you know...
        When DOMENIC lived uh, DOMENIC lived 'round the corner
        here... right here in the (UI) here...

CW:     (SC) Uh hm.

JO:     ... when he had money... he was sorta like you... took
        care of everybody... He paid in his parent's mortgage,
        he paid his sister's mortgage, he paid for this guy's
        car, he paid... you know, (UI) we're going tonight,
        he'd get a limousine... you know.

CW:     Flippin' the bill.

JO:     When you have the money, you don't, you know uh, you
        don't mind as much.

CW:     Gee.

JO:     Well-fuh-flippin' the bill, and he...

CW:     (SC) Well I never did that.

JO:     (UI).

CW:     (Laughs)

        (Telephone rings in the background)

        (Sounds of activity)

19

245D-MM-91505

JO:     You know what I'm saying...  He (UI) hard time like
        that...

CW:     Nah.

        (Telephone ringing)

JO:     (UI).

CW:     It's even worse.

JO:     (UI)...  (Tries to answer the phone)  Hello...
        (telephone rings)  Hello... (UI) fuckin' phone don't
        work.  (UI).  (Telephone rings)  Hello.

CW:     (Belches)

JO:     (Answers the phone)  Hello!  Yes.  Yes.  What's that?
        Bi-monthly payments?  Oh, I don't need health care,
        man.  If I die uh, I'm not leaving money to anybody.
        Know what I'm saying?  Yeah, I'm retired, my friend.  I
        have full coverage and everything like that.  I don't
        need no extra, alright?  Right.  Uh.  Yeah but (UI)...
        ahem.  Yeah, but you know what I'm talking, my friend?
        I'm a retired detective from New York City.  I have
        tons of coverage, I don't pay out of pocket.  I pay $5
        to, when I gotta go get medication and stuff.  You
        know?  Hospitalization is full coverage.  I pay $25
        co-pay.  You gonna cover $25?  What's that gonna save
        me?  (UI) here, here's 25, I'll be on my way.  Thanks
        very much.  You gotta fuckin' explain things to these
        people.

CW:     Who the hell was that?  Uh hell, solicitors?

JO:     (SC)  They're always calling me.  I'm always talking
        (UI) to uh...

CW:     We had that shit blocked out on our phone.  You know
        that?

JO:     Yeah but, uh you know what?  You could do that and I
        forgot to do it because I got all that shit (UI)...  I
        shoulda did it.

CW:     It's like three bucks a month or... buck a month or...
        I don't know what the hell was it, it was cheap.

JO:     Anyway!  What are we doing here now?  What's uh... uh,

20

245D-MM-91505

> well what the first thing, we'll get the checks out every morning, or Thursday, whatever.

CW:    (SC)  Okay.  For eleven Gaylords uhhh...

JO:    (SC)  Eleven, (UI) twenty-seven fifty...

CW:    Alright.

JO:    ... at two-fifty.  Everything else is gonna be three hundred dollars a Gaylord.

CW:    (SC)  Think...

JO:    Do whatever you gotta do, I ain't...

CW:    We're not gonna be able to ship that load until uh...

JO:    (SC)  (UI).

CW:    ... probably Monday, yeah.

JO:    JOE couldn't get it out for Friday?

CW:    He may be able to.

JO:    You get it out Friday, you know, you'd have the check (UI)...

CW:    (SC)  I could push ALVIN (PH)...

JO:    (SC)  Push him then.

CW:    ... on it.

JO:    Push him.  Just (UI) get some funds and get, you know...

CW:    (SC)  Right.

JO:    (UI) but... my shit ain't haulin' yet.  (Laughs)

CW:    It's startin'.  Thank God for the magazines, though.

JO:    Oh yeah.

CW:    I mean otherwise, (UI)... JOHNNY, pweh (PH)... I'm chokin'.

21

245D-**MM**-91505

| | |
|---|---|
| JO: | I know you are. |
| CW: | Really.  Just from the fuckin'... uh.  I, pweh (PH) bad. |
| JO: | (SC)  (UI). |
| CW: | Shitty. |
| JO: | (UI). |
| CW: | Yeah.  I mean, it's startin' to turn around with just... |
| JO: | (SC)  Oh yeah, yeah.  No shit. |
| CW: | ... with everything. |
| JO: | (SC)  I know everything that fucking happened to you. Did I, did I let you down?  Did I leave you fucking (UI)? |
| CW: | (SC)  No.  Not at all. |
| JO: | Fuck you, ADAM? |
| CW: | (SC)  No, you... |
| JO: | Get outta here you cock sucker. |
| CW: | No, just... |
| JO: | (SC)  Come sit outside. |
| CW: | ... just DAVID BELL.  Huh.  He's a fucking dick.  I uh, you know what?  (Clears his throat) |
| JO: | Look, my door's wide open.  (UI)... don't have to lock my door. |
| | (Sound of sliding door being opened) |
| CW: | God bless ya for even talkin' to him.  Should I close this or...? |
| JO: | Uh yeah, (UI)... |
| | (Sliding door is closed) |

22

245D-MM-91505

| | |
|---|---|
| CW: | Yeah. |
| JO: | Get my fuckin' little bit of sun, yeah. |
| CW: | Do you mind if I have a smoke out here? |
| JO: | Not at all.  Got a joint?  We'll roll one up, man. |
| CW: | Uhm uhm. |
| JO: | (UI)... |
| CW: | I can't do anything too bad.  I got court on Thursday... |
| JO: | Oh, yeah.  (UI). |
| CW: | Are ya? |
| JO: | (UI)... |
| CW: | Thank ya, sir. |
| JO: | Now I can fuck, you know what, (UI) without the kids. (UI) just said that (UI)... |
| CW: | Ah, you guys are good to the kids.  You spoil 'em (UI). |
| JO: | (SC)  But anyway, what did uh... (UI) want, what did HEIDI say? |
| CW: | HEIDI said whatever I want... no problem. |
| JO: | Yeah, she's uh... |
| CW: | So let's do it. |
| JO: | Okay. |
| CW: | Alright? |
| JO: | (SC)  These mother fuckers (UI)... |
| CW: | (SC)  Yeah.  I mean that puts closure on one thing... |
| JO: | It's closure on one thing.  (UI) this way you don't have to... dealing with DOMENIC, you just say fuckin' (UI) up and down there. |

23

245D-MM-91505

| | |
|---|---|
| CW: | Right. |
| JO: | You know? |
| CW: | Well I, yesterday I saw RICHIE, I paid back RICHIE uhm... 1500 bucks. |
| JO: | Okay. |
| CW: | I thought it was 16, but he told me 15... |
| JO: | Okay. |
| CW: | I gave him 1500 bucks. He made me, actually I over cou-, I gave him... |
| JO: | (SC) Yeah. |
| CW: | ... the hundred bucks when I was talkin' on the phone uhh... to LLOYD... |
| JO: | Right. |
| CW: | NATASHA's boss or whoever the fuck that is. |
| JO: | Beautiful. |
| CW: | So I paid him... and I didn't talk about... you know, obtaining any other funds from him in any way. |
| JO: | Okay. That's, that's on the back burner, that's all. |
| CW: | Yeah. Well, if need be, you know, but I did, I'm not gonna stick a friend with the bill ever. |
| JO: | Oh no, absolutely not. |
| CW: | Even in hard times. And he didn't even wanna take the money. |
| JO: | Oh, I know. |
| CW: | Of course he didn't, he just... no interest, no nothing. |
| JO: | Yeah, but... |
| CW: | (SC) Just... friendship. So if, if we have to, we're gonna have to... |

24

245D-MM-91505

JO:    (SC) (UI).

CW:    ... between... between what you're gonna do... with the house, with me and everything else... 'cuz I don't think I'm gonna have funds for you until probably... the 10th.

JO:    Tenth of this month?

CW:    Yeah.

JO:    That's alright. My mortgage is due the 15th.

CW:    Yeah.

JO:    So... (UI).

CW:    (SC) You got a five-day cushion.

JO:    Yeah, well I'll just, you know I'll mail 'em a check. If you say you're gettin' new funds like on the 10th, I'll mail it the 10th, it'll get there the 12th... you know. Yeah, that's no problem.

CW:    Well I don't know if it is or not.

JO:    Well, what's the problem?

CW:    Well, I'm not used to having a bill with anybody.

JO:    Well, what's the bill, man?

CW:    Naw, but you know what it is. I mean we move in there, we haven't... uh-uh paid next to nothing. I mean, I'll give you everything I can out of this check... Me paying back RICHIE was...

JO:    Yeah, (UI). Listen, (UI), you know what, outta this check (UI)...

CW:    (SC) ... and you, too, uh.

JO:    I'm not concerned about... uh you know this, you don't have to be sorry about the check... just give me a couple dollars to hold me over, you know, (UI)...

CW:    (SC) No, you said you... 400 bucks... or 500 bucks.

JO:    Five is enough. That's enough. That'll hold me till

245D-MM-91505

next week, you know? (UI)...

CW:     (SC) Unless, at this point if we do the deal on the house, it doesn't matter who's, who's money whose.

JO:     It doesn't matter. (UI).

CW:     (SC) Because you're gonna end up taking a big portion of it and puttin' it over there. I'd...

JO:     (SC) (UI).

CW:     ... I'd rather just you... you know, you apply it to the place. As long as I got enough money... to give DOMENIC...

JO:     Yeah.

CW:     ... number one...

JO:     Yeah.

CW:     ... and this fuck, let me tell you something. UNIVERSAL... the bail bonds company...

JO:     (SC) Right.

CW:     ... will not call me back.

JO:     Then fuck 'em.

CW:     Well fuck 'em, but what is going on?

JO:     (SC) You'll see them Th-, you'll see 'em Thursday.

CW:     Maybe.

JO:     Well I told you (UI)...

CW:     (SC) It's the arraignment.

JO:     He knows DOMENIC's got the 80 grand. And he might just be saying, you know... and I'll f-, we'll find out.

CW:     Yeah, but you even asked JOHN.

JO:     But BOBBY...

CW:     (SC) And he said I don't know what to tell you.

26

245D-MM-91505

JO:     (SC) (UI), he don't what he said, call him, he said.
        They called and said well, you know where you are,
        where are you? You know?

CW:     Where I'm at?

JO:     No, not it-uh-before you went to the hotel 'cuz they
        had this address.

CW:     (SC) Uhm.

JO:     You talked to them already, yeah. (UI) you spoke with
        them.

CW:     Yeah, I told 'em exactly.

JO:     Yeah. Well they're not (UI)...

CW:     (SC) And the guy... uh well, DAVID's the boss.

JO:     Right. Little DAVE, yeah.

CW:     And who the fuck is that?

JO:     Huh?

CW:     Who is that?

JO:     Little DAVE?

CW:     Yeah.

JO:     He's just a... a wanna-be... fuckin' big shot... no
        money, he spends everybody's money and, you know...
        (UI).

CW:     (SC) Why did JOHN loan money to these assholes?

JO:     Well, because someone, a, another friend said loan them
        the, you know, you got money, this guy's good for it
        'cuz he owns his own company, (UI)...

CW:     (SC) Seventy, eighty thousand dollars to a fuckin'...
        bail bondsman. Fuck. You know what? Was he on crack?

JO:     He was. He knows. The guy's, you know the guy's, I
        don't know what the guy's doing about it.

CW:     Is he making good on it?

27

245D-MM-91505

JO:     Well, he wasn't for the longest time... you know? He's
        like a little fucking, you, you saw, you see him? Like
        fucking 5-foot-5.

CW:     No, where would I see him?

JO:     No, I didn't (UI), he's like 5-foot-5, a l'il, a little
        fucking... little bitty guy.

CW:     Really?

JO:     Yeah. But he thinks he's a fucking big shot, he's
        spending all... he fucked uh, a lotta people outta
        money. He's gonna get his.

CW:     (SC) Hey, Little DAVE...

JO:     Not CARVELO (PH)?

CW:     (SC) Huh? I don't know his name. What the hell was
        that?

JO:     (UI)...

CW:     Is that the pool guy?

JO:     I don't know. FBI in the bushes. You know? (Banging
        sound) FBI under my bush, look at this fucking yard
        (UI).

CW:     FBI in your bushes.

JO:     (SC) Huh? I gotta get through, I gotta get uh
        landscaper come in, cut the buh-, look at that, all,
        everybody's bushes the same size. Mine's like, fuck.

CW:     That's the way you want it, though. That's what
        thickens it up.

JO:     (SC) I'd like to... The buy behind me's moving. He
        can't take it no more.

CW:     Why?

JO:     Kids screaming, having a good time. He yelled at the
        neighbor's kids, they were in the pool fighting and
        screaming (UI)...

CW:     Because of these kids and your kids?

28

JO:     (SC)  Shut up!  Shut, yeah.

CW:     (SC)  Is he single?

JO:     He's an older guy.

CW:     Oh, Jesus.

JO:     See ya, house for sale.

CW:     The maids are here.  (UI).

JO:     (UI).

        (Brief lapse in conversation)

CW:     It wasn't them?  (UI)?

JO:     Not yet.

CW:     Ah, I can't believe I gotta go to fucking court.

JO:     Well, after you go down there...

CW:     What a bunch of shit.

JO:     Did you talk to the bank (UI)?

CW:     Uh hm.

JO:     What'd they say?

CW:     UNION PLANTERS.

JO:     UNION PLANTERS, whatever.

CW:     Yeah, I priced at FIRST UNION.  Everything's fine.  The
        fucking restitution was made...

JO:     I know.

CW:     What a bunch of bullshit.  Bullshit.  Bullshit charge,
        bullshit everything.  I'm pissed.

JO:     Yeah.

CW:     And I can't afford to hire a fucking lawyer.

JO:     Uh hm.  Well you're doing the right thing now... to get

245D-MM-91505

a public defender don't cost you nothing.

CW:     Yeah but I may not need it.  Well the arraignment's not
        gonna...

JO:     (SC)  You're gonna need...

CW:     I don't know what an arraignment does.

JO:     You're gonna go and plead not guilty (UI).

CW:     And then...

JO:     (SC)  They'll set a court date.

CW:     ... I ask the judge to get... a public offender or
        defender?

JO:     Can you afford an attorney?  No sir, I cannot.

CW:     And that's it?

JO:     (SC)  (UI).

CW:     Ah, fuck.

JO:     The judge'll say, do you have any assets, (UI), this
        and that.  I don't have a pot to piss in, you tell him.
        I have no bank account, I don't have nothing.

CW:     Yeah, why would that matter?

JO:     'Cuz, if you got funds in the bank and you own a
        house... you can afford... a-a-, a lawyer.

CW:     (SC)  Oh, a lawyer.

        (Background sounds - airplane overhead)

CW:     Well, I spoke with HOWARD.  They haven't heard back
        from CARL yet.

JO:     Who's HOWARD?

CW:     HOWARD's the uh, the guy he... he helped me out on two
        things.  One was uh (clears his throat), we had a
        problem... when I first started INTERNATIONAL FIBER...
        we... had a uh Tax ID Number that belonged to another
        company.

30

245D-MM-91505

JO:     Right.

CW:     Not another INTERNATIONAL FIBER, but another company.
        So when we... how did it happen?  When we got our
        quarterly...

JO:     Statement?

CW:     ... statement, or we uh, we sent in our quarterly
        statement is what happened.  Our first quarter
        statement, that was March... June, June or July of '99,
        it got kicked back... saying there was duplicate
        statements with the same Federal ID Number or Tax ID
        Number.  So I contacted HOWARD and he kinda... he
        kinda...

JO:     (SC)  Took care of it.

CW:     ... smoothed things over.  But he's a phone guy.  He's
        not a contract guy.

JO:     (UI).

CW:     You know, but I talked to him about... potentially what
        I may be doing with, with uh magazines, with... with
        the books and all that, and he said, you know as, as
        long as there's bill of ladings... as long as there's
        invoicing, as long as there's purchase orders...

JO:     Right.

CW:     ... and everything else... no problem whatsoever.  It's
        your material to do with what you deem appropriate.

JO:     (UI).

CW:     A hundred percent.

JO:     Just recycle, it's not...

CW:     Yeah, uh, it's a 100 percent.  Well it's scratch and
        debt material...

JO:     Right.

CW:     You know, they're selling it to recycler or... paying
        to have a service provided by a recycler and
        subsequently we're purchasing it from a recycling
        company...

31

245D-MM-91505

JO:     Okay.

CW:     ... and or taking it away at zero value because of the glue or...

JO:     Right.

CW:     ... you know, whatever, at the binding.  In books, magazines... you know, same thing.

JO:     Right.

CW:     There's so little value to that stuff... plus you can't bale it... because it's too slippery.  So, c'est la vie.

JO:     Okay.

CW:     You know?  The only thing we have to figure out and JOHNNY uh-uh this... this is part of C.Y.A.  We gotta make sure with FIRST CHOICE... if you should be gettin' a check or not.

JO:     Right.

CW:     'Cuz if you should...

JO:     What do you mean... gettin' a check?

CW:     Yeah, I mean if...

JO:     (SC)  Who, me?

CW:     Yeah.

JO:     Why?  It's not my company.

CW:     Yeah.  (Clears his throat)

JO:     JEAN O'SULLIVAN's gettin' the check.

CW:     Either way, though... just to be safe.

JO:     Why?  S-She's signing the checks...

CW:     (SC)  Okay.

JO:     She signed her last check, JEAN O'SULLIVAN, FIRST CHOICE (UI).

32

245D-MM-91505

CW:    So is he making it out to FIRST CHOICE?

JO:    FIRST CHOICE.

CW:    Okay.  Then fine.

JO:    Not to me.

CW:    No.  Can't be, otherwise you're gonna get your nuts in
       a fuckin' ringer, man.

JO:    (SC)  But I'm not 'cuz it's not in my name.  The
       company's not in my name or nothing.

CW:    (SC)  Right.  Exactly.

JO:    Everything is her name.

CW:    Exactly, well...

JO:    (SC)  (UI).

CW:    Keep it that way.

JO:    Yeah, I'm gonna, I'm not changing nothing.

CW:    (SC)  Yeah.

JO:    I'll leave it just like it is.

CW:    Yep.

JO:    Just like it is, man.  I'm not gonna worry about that.

CW:    No, I just... man, I'm so fuckin'...  HEIDI is a little
       concerned about one thing, and that's what I told ya.

JO:    What's that?

CW:    You know, about having a... situation or
       reoccurrence...

JO:    Like (UI)?

CW:    ... 'cuz we're close, yeah.

JO:    (UI)... like I said, there's no problem as long as my
       mortgage is gettin' paid, I don't give a shit.

33

245D-MM-91505

| | |
|---|---|
| CW: | (SC)  Well I know, but DAVID's was too. |
| JO: | Right.  But why was his uhm... you know?  You say you, you were paying him. |
| CW: | Oh fuckin' A. |
| JO: | So then, you know, what's the problem then? |
| CW: | (SC)  Well... you tell me. |
| JO: | And you're gonna get a receipt from me every month... |
| CW: | If uh... |
| JO: | You know? |
| CW: | The hou-uh-you know, DAVID gave me funds... |
| JO: | Uh hm. |
| CW: | ... and interest. |
| JO: | I don't give you nothing on interest. |
| CW: | No.  No, no, no.  No, no. |
| JO: | (SC)  No, I'm just saying.... |
| CW: | I mean, you know... give me a large sum of money in interest. |
| JO: | (SC)  Right. |
| CW: | And I fuckin'... I paid it religiously... |
| JO: | What? |
| CW: | ... and brought it down to the where... uh-uh next to fuckin' nothing... and then some,... |
| JO: | Right. |
| CW: | ... discounting all the money that, you know, even him and JOHN made. |
| JO: | Right. |
| CW: | Or he made, I don't... I, at this point I don't think |

34

245D-MM-91505

        that DAVID gave him a fuckin' dime.

JO:     (SC) He didn't give him a dime. I know he didn't give him a dime.

CW:    For nothing. I mean what, I don't understand that.

JO:     JOHN used to just sit back... he didn't care. JOHN was making his 6, $7,000 a week, so he didn't care. He's happy.

CW:    Yeah.

JO:     He thinks DAVID's always puttin' uh, we're gettin' the same thing. DAVID says yeah, I'm taking half (UI), but then he's making everything else, you know?

CW:    So he neh-...

JO:     (SC) JOHN knows. He knows now, he says it's too late now. He says, what am I gonna do now? He says it happens all the time. (UI) it's not the first it happened to me... it happens to everybody.

CW:    But he agrees to give him his car and everything else. I mean, that's bullshit. And I ain't, I don't know... I love JOHN to death, but God damn, man...

JO:     Well DAVID's making the payment. It's in the, both cars are in GATEWAY's name.

CW:    Are they?

JO:     Yeah. So... that's why he don't care. It's not in his personally, he's not personally guaranteed.

CW:    (UI).

JO:     It costs less to get paid.

CW:    Nah... I don't fuckin' know. I don't know. All I know is I did everything right and I'm the one that looked like an asshole.

JO:     Well, well, yeah as you know I'm, that won't happen. I just got bit by two ants.

CW:    Did you really?

245D-MM-91505

JO:      (SC) (UI) yeah.  Let 'em (UI) my feet.

CW:      I need a brewsky.

JO:      (UI).

CW:      (UI)...  What would...

JO:      (SC) (UI).

CW:      You want some more rum?

JO:      (UI).

CW:      Can I put this in your garbage in here, JOHNNY?

JO:      (UI)...

         (Sliding glass door is opened.  Rhythmic sounds of
         walking.)

         (Sound of activity)

JO:      (UI)...

CW:      (UI).

JO:      (UI).

CW:      Ch... I didn't call them back.  I'm afraid to.  Really.
         Right now... I... (opens a can of beer)  Right now food
         and shelter...

JO:      Right.  (UI).

CW:      Yeah.

JO:      Like I said... it's no big thing, (UI) pick you up.

CW:      No, I know.  (UI)...

JO:      (SC) (UI)...

CW:      I mean, most, most of what we do is gonna be over the
         telephone, anyway, and just... making sure the
         shipments arrive, making sure that nobody's pissed...
         and service is there.  You know, my biggest concern,
         and this is why I kinda wanted to rekindle the
         relationship with DELTA... or even RAPID ROLL-OFF...

245D-MM-91505

JO:     Right.

CW:     'Cuz SOUTHEASTERN... may or may not happen.  You know?

JO:     They might do what?

CW:     If SOUTHEASTERN... or if we can't make that agreement
        with SOUTHEASTERN work... then it's a big problem.

JO:     Right.

CW:     We may have to rely on... DELTA again... or...

JO:     Probably won't wanna do, they hear your thing...

CW:     (SC)... ooh, RAPID ROLL-OFF.

JO:     You know?

CW:     Well I don't understand why they would hate me, to tell
        you the truth.

JO:     No, it's just that, you know...

CW:     No.

JO:     You got one bad thing and uh...

        (Sounds of movement)

CW:     But I didn't!

JO:     I know you didn't.  But you know them, they... just
        said, you know, that PAT MARZANA (PH) and all that
        other shit... (sounds of activity).

CW:     PAT's an asshole.

JO:     Exactly!  You, I think you told 'em that also, right?

CW:     Yeah, how'd you know?

JO:     (SC)  So, uh huh (opens a can of beer), 'cuz I remember
        all that story.  You told me all that story.

CW:     Yeah.

JO:     Yeah.

37

245D-MM-91505

| | |
|---|---|
| CW: | (SC)  I was there in a meeting uh JOHN and DAVID... and he's fuckin' still all pissed off.  You know why?  'Cuz I extended credit terms. |
| JO: | Hm? |
| CW: | From like C.O.D. ... |
| JO: | Hm? |
| CW: | ... to 15 days. |
| JO: | Uh hm. |
| CW: | And then I went 17 days out... |
| JO: | Yeah, too long.  You're over the limit. |
| CW: | Yeah.  And fuckin' PAT MARZANA called me up... |
| JO: | (SC)  You mother fuckin', yeah. |
| CW: | ... h-he told me he was gonna fuckin' choke me to death. |
| JO: | Right. |
| | (Scraping sounds of activity) |
| CW: | So okay, I ain't your fuckin' pizza boy... |
| JO: | Yeah. |
| CW: | ... now here's my fuckin' address. |
| JO: | Right.  Right, right... (laughs). |
| CW: | He's a dick. |
| JO: | Oh, I know.  But we're all fuckin' uh... |
| CW: | No, the same, the same thing with all their... |
| JO: | (SC)  (UI). |
| CW: | ... bullshit.  Everything with DELTA... turned to shit. I don't know if you had a good experience, but I fuckin' didn't. |

245D-MM-91505

JO:        (SC)  No.  When they come in... what I told LOU...
           about taking over that uh (UI) contract... he threw it
           at me, said I don't want nothing to do with it.
           Nothing to do with it.  You're on your own.

CW:        Ah... that's 'cuz of JOHN and DAVID, probably.

JO:        Well... probably, yeah.

CW:        I don't know.  (UI), the diplomat.  What is the story
           behind that?

JO:        What about it?  They lost that already.

CW:        Yeah, but that was put through with JOHN.

JO:        Yeah, it was.

CW:        Did JOHN ever get commissioned?

JO:        No, JOHN (UI) fucking dime off of these mother fuckers.

CW:        Was he supposed to?

JO:        (UI) supposed to do the right thing.

CW:        JOHN's... who put it together, JOHN or DAVID?  Or JOHN
           well, JOHN and PHIL MENACO (PH).

JO:        (SC)  JOHN uh... yeah (UI)... and PHIL said it was his
           shit, you know, you know the moving...  PHIL's the one
           that got bounced out (UI).

CW:        Yeah... 'cuz of service issues or...

           (Phone ringing)

CW:        ... whatever the?

JO:        (UI).

CW:        Ah.  I don't (UI) service issue with the company (UI).

           (Phone ringing)

CW:        (Answers his cell phone)  Hello.

CALLER:    Hi.

39

245D-MM-91505

CW:       (On the phone)  Hey, what's up?

CALLER:   (IA).

CW:       (On the phone)  Oh nothing.  No, I'm just sittin'
          here... grabbin' a beer with my bro.  What's going on?
          Man, I'm hurtin'.  I don't know what I did in my
          back... my hip, everything.

JO:       Wild sex last night, huh?

CW:       (On the phone)  Uh, no.  Uh JOHNNY said (short laugh) a
          lotta sex last night.  Ah!  You know what?  It could
          be!

JO:       (Soft laugh)

CW:       (On the phone)  Damn!!

JO:       Better start playing with yourself.

CW:       (On the phone)  I know (laughs).  That I did, too.  No,
          I'm serious man, I can't even put a fuckin' quarter in
          my pocket 'cuz of my back.  It's driving me nuts.  I got
          trucker butt.  Alright, let me go.  I'll call you back.
          Bye.

          (End of CW's phone call)

CW:       We did, we had sex in the bathroom.

JO:       That's the best place.  (UI)... that way... or was she
          up sittin' up on the sink?

CW:       Well, she sat up on the sink, but I'm so short...

JO:       (Laughs)

CW:       I was doing the tippy yeah, I was doing the tippy
          toes... and then... I tried the thing on the toilet,
          but that didn't work... because uhh...  I don't, why
          didn't it work?

JO:       (SC)  Assume the position.  Hands on the wall...

CW:       Oh, it's a plastic toilet seat, and I was afraid I was
          gonna...

JO:       (SC)  Huh.

                            40

245D-MM-91505

CW:    ... take the plunge and... half my ass would be carved
       up.

JO:    That would've hurt.

CW:    Yeah.  Ah, that's bullshit.  Uh PHIL, PHIL w-, what's
       the deal... uh, did he catch a beating?  Did you hear
       anything?

JO:    He did catch a beating.  Got the shit kicked out of
       him.

CW:    From who?!

JO:    I don't know who.  I'll find out, though.

CW:    You should.

JO:    JOHN called me up last week, he called REGGIE last
       night, I was out...

CW:    Ahh...

JO:    ... (UI) supposed to come over tomorrow.  (UI)...
       I'm...

CW:    Ah.

JO:    So what else are we looking at now?  Let's try and get
       that other load out.  This way, just if we, if we get a
       couple dollars in our pocket... you know... at least...

CW:    (SC)  Let's do that.

JO:    And just relieve the stress...

CW:    JOHNNY, right, I want...

JO:    (Belches)

CW:    ... nothing more than... to make...

JO:    Yeah, but I'm just saying... if I, we take care of the
       fuckin' house thing, like you said, you won't have
       funds till the 10th... how much fund will you have, a
       month's rent by the 10th... like you said, for my
       place?

CW:    Oh, yeah.

41

245D-MM-91505

JO:     Okay.

CW:     Easy.

JO:     'Cuz I'm just lookin'... 'cuz I gotta play my cards
        right... I was countin' on this fuckin' car... both
        cars, fuckin' I got screwed there, I'm pissed.

CW:     Why?

JO:     The guy never shows it.  Well, you know, I coulda make
        a quick five hundred, told you yeah, you know... some
        for you, some for me.

CW:     Nah... you know what?  The, the problem I see is we're
        gonna choke ourselves.

JO:     Well, what do we gotta go to stop it, man?

CW:     Well... the issue is this, you got a house that a
        mortgage is due on.

JO:     Right.

CW:     That's the most important thing, because if you don't
        do that, then your mortgage is affected and or your
        credit's affected...

JO:     (SC)  Credit, uh huh.

CW:     Uh, plus, your relationship with REGGIE, if she's
        anything like HEIDI...

JO:     (SC)  She don't even, she's already fuckin', that's why
        she's been on the warpath.

CW:     Yeah, going nuts...

JO:     (SC)  'Cuz she's, 'cuz I went down and showed the house
        instead of saying, you know, let's just rent it out.  I
        said, these people wanna (UI)...

CW:     No.  You're explaining your options, just to make sure,
        I mean...

JO:     (SC)  I tried to do, tell her that, and I said we can
        get out (UI) by the end of the week, there's no
        problem...

245D-MM-91505

CW:     Right.

JO:     She's just like, this fuckin'... just get the renters
        in there and pay the fucking mortgage.  And I explained
        to her, I said, well (UI)...

CW:     (SC)  You know what?  Why don't you call DOMENIC?

JO:     'Cuz I...

CW:     Call him right now and just say hey... sittin' here
        with ADAM... we gotta talk shop on Friday... can we
        talk shop while we're in the process of moving shit?

JO:     Right.  We can yeah, we can do that.

CW:     (SC)  And, ands...

JO:     He woulda... if I tell him ADAM...

CW:     Uh hm.

JO:     If I say DOM... bring all the shit down to the fuckin',
        here's the address, deliver it... it's done.

CW:     That's what we oughtta do.

JO:     It's done.

CW:     You know?  Really.

JO:     Yeah, I'll call.

CW:     Uh call him or... do you want me to call?

JO:     No, I just, I spoke to him before.  He's just... today
        and tomorrow he's just (whistles).  That's why I said,
        I'll put, I'll talk to you later.  He said no, no, (UI)
        going down to the beach, he said...

CW:     Yeah.

JO:     ... I just got home.  He was away for like... 10 days.

CW:     Yeah, he said he's going to get.. fucked up...

JO:     Well, (UI), so.

CW:     ... or whacked.  (Short laugh)  Nah...

43

245D-MM-91505

JO:     Yeah, that's no problem.

CW:     The other thing is uh that... next issue... that's
        done.

JO:     That's taken care of, that's done.

CW:     Business-wise... I wanna be real careful.  I don't
        wanna... because of our relationship and our
        friendship, I don't want that to be infringed upon with
        bad business decisions, good business decisions...

JO:     (SC)  No it won't.  All we, I think all we gotta do is
        just talk about it and... like I say, I mean you say,
        you know I think we should do this... and if I have
        any...

CW:     Right.

JO:     ... you know, I think ADAM, I don't think you should do
        that... I'll let you know.

CW:     Right.

JO:     But if (UI)...

CW:     (SC)  Well I got some concerns and so do you.

JO:     Oh, yeah.

CW:     Not, not, not so much for me and you, but... the
        past... with...

JO:     (SC)  I'm not worried about, listen, remember I said
        the bast... the past, I always keep tellin' ya, if you
        didn't do nothing wrong, you got nothing to worry
        about.  'Cuz we're startin' fresh here.  Alright?

CW:     I know.

JO:     We're startin' fresh, ADAM, and you know what?  That's
        the way it's gonna be.

CW:     I know.

JO:     Fresh... nobody's gonna bother, we're not gonna have...
        BOB HERZOG (PH), we're not gonna have this other
        fucking guy (UI) nobody coming.  When they come
        knocking (pounding sound) at the door... say, hold on a

44

245D-MM-91505

|     | second... JOHN, talk to them. I'm gonna say... hey BOB... don't call here no more. We have nothing to do with you, okay? |
| --- | --- |
| CW: | Oh... |
| JO: | Right. |
| CW: | ... BOB HERZOG... all he's interested in is... |
| JO: | Money. |
| CW: | ... extorting money. |
| JO: | (SC) Yes, right. Well, that's why you better let me stop those mother fuckers. Just... |
| CW: | (SC) I don't know how to do it. To tell you the truth.. |
| JO: | (SC) Well like you say... uh, deal with me. I'm the one that's in charge of the books and everything. I'm the financial uh officer of, of the gr-, the group here now, you know? |
| CW: | Something. |
| JO: | Yeah. That's you have to say, I have no control over the money, this and that. If you have any questions, you need money, this and that... speak to my uh partner, JOHN. Then when he calls me, I'm say you know what? BOB, hey BOB... go fuck yourself, the gravy train is over. Okay? You ain't gettin' no more freebie money here. Matter of fact, we're sending you a 1099. I wanna just check your addresses for that. Sending you a 1099 for $50,000. What's your address? |
| CW: | Yeah, it's $47,000 is what he pocketed. |
| JO: | I'm gonna tell him it's for 50. Fifty thousand dollars, I'm sending you a 1099. |
| CW: | Yeah. |
| JO: | Okay? I do the accounting also. That'll get rid of him real quick. |
| CW: | Yeah, we should. |

45

245D-MM-91505

JO:     But uh, you're crazy ADAM, if you don't.  All those
        people that fuck you, you should come back and... spit
        in their soup.

CW:     Well it'll be, the one it hurts is DAVID and BOB.
        Those are the ones that hurt.

JO:     (UI).

CW:     After what I did, after, you know, just making
        introductions...

JO:     (SC)  Just wash your hands, just wash your hands.

CW:     ... never a fuckin' penny.

JO:     Let's wash your hands, and let's take everything we
        can, and let's run with it.  You know?  And then you
        know what?  And, ADAM, uh (UI) October.. we'll (UI)
        come on... pack up the family, we're gonna go to Marco
        Island for the weekend.  You know?

CW:     (SC)  Yeah.

JO:     What'll we do now?  That's it, come on.  We're just
        gonna relax.  We'll be sittin' back drinking beers...
        you know?

CW:     I agree.  I can't wait.

JO:     (SC)  (UI) be doing...

CW:     This is shit.

JO:     The kids'll, the kids'll be playing in the water, in
        the ocean, and we'll just be sittin' there drinking
        beers, having a good time.

CW:     Yeah, I just wanna make sure... see why, see why I just
        fuckin'...

JO:     (SC)  We'll always see C.Y.A. ... and you know what?
        The only thing that I, once we do start gettin' the
        checks, I, I, I recommend that we open a bank
        account... just to... C.Y., cover our asses and...

CW:     (SC)  Oh, yeah.

JO:     They're gonna say, what're you doing with all this

46

money coming in, this and that? We can say, well, you know, we gotta pay drivers and we gotta pay this and we gotta pay that and... you know?

CW:    Oh, of course.

JO:    Well, you know, REGGIE's taking a salary and HEIDI's taking a salary, you know... that's all.  (UI).

CW:    The girls, we, oh man...

JO:    We're not gonna give them a check... we're just tellin' 'em we we're givin' a check well-uh, we'll take a check...

CW:    (SC)  For doing nothing.

JO:    ... for doing nothing.

CW:    I shoulda done that a long time ago and I didn't.

JO:    (SC)  Yeah, this way now she's c-, collecting the check, now she's got good credit.  She can show him, come here and look, I made $60,000...

CW:    (SC)  Right.

JO:    ... this year, you know.

CW:    We never did that with HEIDI and I should've.

JO:    You should, yeah.  But we'll do it now.  Once we get start gettin' that shit in.

CW:    Yeah.

JO:    You know, and uh, you know, where's this cleaning lady, this cleaning lady?  You know, and then when they say uh, alright, yeah, sure, you know, VIRGINIA's and HEIDI, you know, they're president and vice president of the company 'cuz we can change, you know... corporations, just add HEIDI onto the, you know, this way we're all satisfied, you know.

CW:    Can we do that?

JO:    Sure you can.  (UI)...  We just do it, ADAM, we do it the right way.

47

CW:    I know, but see, that may not be the right way, though.

JO:    Well, then we don't have to put her on.  We'll just, you know...

CW:    I mean, even with REGGIE... we're gonna have to...

JO:    (SC)  Well, REGGIE's already... the president, you know...

CW:    Right.

JO:    It's on, you saw the corporate papers.  REGGIE has everything under her name... which is the right way for me...

CW:    Right.  We're gonna have to...

JO:    (SC)  It's the right way for me, 'cuz I don't have to do nothing.  It's all in her name.

CW:    (SC)  But-uh, we're gonna have to... have REGGIE do some push-ups though... work, to earn her paycheck.

JO:    (SC)  (UI)... she'll earn her paycheck.

CW:    You know?

JO:    She'll earn her paycheck, 'cuz we'll tell her what's, (UI) say oh yes, this and that, hi yeah, I'm REGINA (PH) O'SULLIVAN, I'm the owner of the company, blah-blah-blah.  You know...  (Sniffs)

CW:    That's what GRACE is gettin' in trouble over.

JO:    (UI)... I think it was what... GRACE is gettin' in trouble 'cuz... she signs all the checks.  (Whistles)

CW:    Oh, really?

JO:    Yeah.

CW:    What is that?  Money laundering?

JO:    Well, that's what they're trying to say... you know?

CW:    Ah shit.

JO:    That's all that is.

48

245D-MM-91505

CW:    Fucking...

JO:    She, she signed the checks and they're trying to get
       her, you know... who signed the...  Nothing doing, I'm
       pretty sure that JOHN said that... there's some checks
       where... like just signed her name.  You know?

CW:    Oh, where JOHN just signed for her?

JO:    (SC)  Just signed her name... (UI), GRACE, GRACE
       MAMONE.

CW:    (UI), what's that?

JO:    Well they asked her, she had to go down and give her, a
       handwriting... you know... signature and stuff like
       that.  So they're gonna match it up against everything.

CW:    What is that?  Forgery?

JO:    Oh no, that's an, you know... she's involved in the
       money laundering or whatever.

CW:    Oh...

JO:    They're breaking her balls, that's all.  Somebody j-,
       on the case, somebody copped a plea (UI)...

CW:    You told me!

JO:    Yeah... copped a plea, so which is good... no
       testimony, no, no cooperation...  Got copped out for...
       you know, two years, 24 months, so he'll probably do...

CW:    Yeah, but what was he?  A shit bag?

JO:    Huh?

       (Airplane is heard overhead)

CW:    Was he a shit bag?

JO:    Shit by?

CW:    A shit bag... I mean, that had nothing to do with
       nothing, or...?

JO:    No.  Maybe, maybe... one of the big guys.

49

245D-MM-91505

CW:     That's the BILL guy.

JO:     Who?

CW:     BILL... or whatever.

JO:     (SC)  BRUCE.

CW:     Oh, BRUCE, yeah... he mentioned that fuckin'...

JO:     (SC)  The checkin' cashing (UI).  Yeah, but two
        years...

CW:     (SC)  Yeah.

JO:     ... JOHN's like look... maybe he's one of the big guys,
        he's got all the counts, and he comes back in two
        years, no testimony.  They just, they're happy if they
        put you in for fucking two, you know, one year, two
        years.  It's, yeah we indicted everybody and we were...

CW:     And ruin your life in the process.

JO:     (UI).

CW:     Jesus Christ.  What did he, work for JOHN or did JOHN
        work for him?

JO:     Well... JOHN and, and he... owned all the check cashing
        stores.

CW:     Yeah.

JO:     He wanted to open a store, he'd tell JOHN... I need to
        open a store... give me 96, 6, 60,000, a hundred
        thousand dollars to open a store.  JOHN would give him
        money... uh...

CW:     So what the fuck is the matter with that?

JO:     Nothing, but then they say oh, yeah, we're charging
        uh... two points or four points, whatever...  JOHN
        (UI), they gotta prove it uhm...

CW:     Oh, 'cuz JOHN was charging 'em points, and he should.

JO:     Not always, though.  He just did it as a friend, he was
        a friend, you know?

50

245D-MM-91505

CW:     Yeah.

JO:     Just like if I said JOHN, I need 10 grand.  He wouldn't
        ask no questions, he'd say here...

CW:     Well good, you oughtta run over there and get it.

        (Laughter)

JO:     'Cuz they might, no I can uh...

CW:     JOHN would give us 10 grand, wouldn't he?

JO:     Yeah.  I don't know if he's got 10 grand...  He, I can
        get money.  I told you.

CW:     Yeah, but from a reliable person that's not gonna
        charge us 10 points or...?

JO:     (SC)  Well... yeah, I'll juh-...  (UI).  I, I, I would,
        like I said, if we need 6 grand, I think I can get
        6 grand....  (walks away) won't have any problem (UI)...

CW:     (Sounds of movement)  JOHNNY, I'm gonna use your
        bathroom real quick.

JO:     (Yells out to cleaning lady)  Come on in, don't be shy!
        It lights up?

UF:     Yeah, (UI)...

JO:     You brought everything, or what you need?

UF:     Uhm just (UI)...

JO:     There's lots in here.  (UI)...

UF:     (SC)  (UI).

JO:     (UI)...

CW:     Uh hm.

JO/UF:  (UI conversation)

CW:     Hold on a second, okay?

UF:     (SC)  Hello.

51

245D-MM-91505

JO:     (Background)  Let's see... (UI)...

        (Sliding sound of door being closed)

        (Sounds of movement)

        (UI - background conversations)

        (CW uses the toilet)

        (Sound of movement and toilet flushing)

JO:     Flushing the toilet and everything, yeah.  (UI)...

UF:     (SC)  Uh, some rags... uh huh.

JO:     (SC)  Paper towels, okay.  Okay, uh...

CW:     (UI), you ready?

JO:     Uh, yeah.

CW:     What do you want?

JO:     I don't know.  Hold on a second.  Uh, Coors Light's
        good.  I saw (UI)...

CW:     (SC)  Hey, do you mind if I try a Bud Light?

JO:     Yeah, yeah, go ahead.

        (Sounds of movement)

CW:     Excuse me.

        (Rhythmic sounds of walking)

        (Sliding glass door is opened/closed)

        (Sounds of movement)

CW:     (Belches and opens beer can)

        (Sound of match being lit)

        (Melodic touch sounds of cell phone)

        (IA - conversation inside the house)

52

245D-MM-91505

(Sliding glass door is opened/closed)

CW:      Is the electric hook-up... hooked up over there?

JO:      (SC) Yeah... everything's hooked up.  Everything's
         (UI)...

CW:      (SC) (On the phone)  HEIDI...

JO:      ... electric and water.

CW:      (SC) (On the phone)  Hey.  What's the matter?

HEIDI:   (On the phone)  Nothing.

CW:      Oh.  Hey... c-, do you know the address?

JO:      4137.

CW:      (On the phone)  Hey, honey...

JO:      (On the phone)  What?

CW:      (On the phone)  Do you have a pen?

         (Sounds of movement)

CW:      Oh...

HEIDI:   (On the phone)  (IA).

CW:      (On the phone)  It's uh 4137...

JO:      Amber Way.

CW:      (On the phone)  ... Amber Way.

HEIDI:   (On the phone)  (IA).

CW:      Amber, yeah, A-M-B-E-R Way.

HEIDI:   (On the phone)  Okay.

CW:      (On the phone)  That's uh, Weston.

JO:      Weston.  Twee, twee, twee, twee, zero.  Twee.

CW:      (On the phone)  (Mimicking voice)  JOHNNY said, twee,
         twee, twee, twee, dero.  (Soft laugh)

53

245D-MM-91505

(Scraping sound)

JO:      You don't like your Coors, huh?

CW:      (On the phone)  T-, call up uh FPL...

JO:      I already have it, it's already hooked up.

CW:      Oh I know, but we're, we... transfer it over if you
         want.

JO:      What, it is.

CW:      You sure?

JO:      Yeah, you just call, they'll come out the same day.

CW:      (SC)  No, but I'll give 'em a day.  Oh, it is?  Good.

JO:      (SC)  They come, they'll come the same day.

CW:      (On the phone)  Okay.  Well scratch that.  Can you call
         BELL SOUTH?

JO:      There's no phone company up there.

HEIDI:   (On the phone)  (IA).

CW:      (On the phone)  Well, you pay whatever's owed.

HEIDI:   (On the phone)  (IA).

CW:      (On the phone)  Jeez.  HEIDI... you give 'em the
         address, tell 'em... if, what can, what do they owe,
         like 60 bucks?

JO:      If she explains the situation to 'em, they're not gonna
         bother you.

HEIDI:   (SC)  (On the phone)  (IA).

CW:      (On the phone)  Yeah, two lines.

HEIDI:   (On the phone)  (IA).

CW:      (On the phone)  Yeah, well do me a favor.  Why don't
         you do it now... and then if there's a problem of they
         bitch or whatever...  The, honey... I got the mail...
         what, last Tuesday?

54

245D-MM-91505

JO:      (SC)  Right.

CW:      (On the phone)  Wednesday, something like that?

JO:      Yeah.

CW:      (On the phone)  And there wasn't shit in there from
         BELL SOUTH.

JO:      (SC)  (UI) BELL SOUTH.

HEIDI:   (On the phone)  (IA).

JO:      (On the phone)  Oh yeah, we did.  Well you know what?
         Call 'em up... and make sure we have the proper bill
         amount and all that.  Alright?  Alright, and I'll talk
         to you soon.  Bye.

         (Closes the cell phone at the end of the call)

         (Lapse in conversation - background sounds)

JO:      (UI).

CW:      God, I can't believe how... torn up my body is.

JO:      Bad, huh?

         (Airplane overhead)

CW:      Honest to God...

JO:      Alright... that's no problem.

CW:      Just my... my ass, my tail bone...

JO:      From what?

CW:      ... up to my neck.  I don't know.  Remember when I hurt
         my neck all down?

JO:      (SC)  This week (UI) fuck (UI) yeah...

CW:      Cchh-pwww...

JO:      (UI) for awhile.

CW:      I don't know.  Up and down my body, I'm tellin' ya...
         if I, I can't even, I got my nasal spray.  If I leave

55

245D-MM-91505

|  | this in my pocket... |
|---|---|
| JO: | Yeah. |
| CW: | ... and walk around... I can feel it.  It's making me sore. |
| JO: | Your pants are too tight. |
| CW: | Yeah. |
| JO: | (Laughs) |
| CW: | Ninety-nine cents, K-Mart.  Oh, my pants are too tight 'cuz I gained so much fucking weight. |
| JO: | (SC)  Hey, you want a burger? |
| CW: | No... |
| JO: | (UI). |
| CW: | Yeah, unless you do.  I don't, I mean I... |
| JO: | (SC)  No, I have... a couple burgers I gotta use up before they uh... |
| CW: | Oh, so you give me regrind? |
| JO: | Oh, not regrind.  No these, (UI) fresh. |
| CW: | Ahh... |
|  | (Lapse in conversation) |
|  | (Sounds of background activity and background sounds) |
| JO: | I buy fresh, brother.  See that, man.  Look at all the stuff in... (UI). |
| CW: | (SC)  Looks good. |
| JO: | No, but I'm just saying, save you storage. |
| CW: | Big time. |
| JO: | Then we put you down there, we just get DOM to come up, pick this shit up... you know? |

56

245D-MM-91505

CW:     Yeah, three fucking tables, man.

JO:     Look at the little one.  You know where got that little
        one?  When we first moved here...

CW:     That's nice, too.

JO:     I... fuckin' small.  These are the models, this one,
        this one, and the last one.  The last one was furnished
        and it had, that chair was outside.  And our first, we
        got down on a... Wednesday and our furniture was
        supposed to come Friday and the guy said... we can't
        make it till Monday.  We had no furniture, we're in the
        house... so this blue lawn chair there... was in the
        model... and I told the guy, I said, you know the
        seller, I said do you mind if I use, he said I don't
        give a fuck, little ol' Irish guy...  So we took it, we
        lived on that... I got four chairs there.  We lived on
        that for like... you know.

CW:     (SC)  Oh, yeah.

JO:     And then uh... the model was open and... there was a
        nice brown chair... (UI) there was no fences...  Chair
        was uh...

CW:     (SC)  Took the fucking chair.

JO:     ... and the furniture we put everything in there.

CW:     (SC)  And do what you gotta do, man.

JO:     Got the shutters, you can see I fucked up the shutters.
        (Short laugh)

CW:     No you didn't.

JO:     Well, you see the wall?  I hadda put nails in because
        that big storm came up last year, whenever...

CW:     (SC)  Yeah.

JO:     I just gotta them.  That's the whole thing.  I gotta
        screw 'em in and paint them.

CW:     Ah, find this nice place.

JO:     Yeah.

57

245D-MM-91505

CW:     HEIDI's gonna call BELL SOUTH...

JO:     Okay.  That's fine.

CW:     (SC)  ... see when they can uhh... put that together
        and then...  Uh the uh I, tell you the truth, I know, I
        know you're concerned JOHNNY... uh.

JO:     But listen... (UI).

CW:     (SC)  HEIDI's concern and my concern is having a... a
        repeat like we had with DAVID where...

JO:     Well you know that won't happen with me 'cuz I'll give
        it...

CW:     (SC)  I know that, right.

JO:     I'll put it in writing for you, and REGGIE feels the
        same way, just rent it out... 'cuz she's rather that...
        somebody that we know instead of someone that you don't
        know because then they... you know.

CW:     (SC)  It's gonna get trashed.

JO:     But it's, but uh yeah, I know that you guys keep your
        immaculate, this and that.

CW:     We try to...

JO:     (SC)  (UI), you know...

CW:     Well I don't if you're just saying that, but we try to.

JO:     (SC)  I'm telling you, your house is spotless, you
        know.  My house... I try to keep it clean too, but with
        three... older boys it's hard.

CW:     We, we put a lotta money into that place.

JO:     (SC)  I know you did, I know you did and I'm, you know
        what?  And you know me, I'm not gonna treat you like
        DAVID did.   (UI)...

CW:     (UI).  DAVID... if DAVID would've fuckin'... done the
        right thing...

JO:     Right.

58

245D-MM-91505

CW:     Everything would've been fine.

JO:     (SC)  Uh hm.

CW:     He got to be greedy, he saw that... you know, I wasn't
        gonna...

JO:     (SC)  (UI) man, yeah.

CW:     ... make any more referrals to him business-wise...
        and... you know, he felt as though he was still owed
        money when he told me there was, wasn't money owed, not
        on the house...

JO:     (SC)  Uh huh.

CW:     ... not on rent... but with the, with the loan funds.

JO:     (SC)  Right.

CW:     And what did he do?

JO:     (SC)  (UI).

CW:     Came over... and he beat the shit out of me over it.

JO:     Right.  I know.

CW:     Heh.  'Cuz I...

JO:     (SC)  That ain't gonna happen to us, man, don't worry.

CW:     (SC)  Nah.  No, I don't need the shit kicked out of me.

JO:     It ain't gonna happen.

CW:     Never.

JO:     And I, it'll never happen, yeah.

CW:     I invited DAVID over that day...

JO:     Right, just to show...

CW:     ... to let him know that hey, you know uhh...

JO:     (SC)  (UI)...

CW:     (SC)  Yeah.  Everything's looking good... there may be

59

245D-MM-91505

a few items left over...

JO:     (SC)  Right.

CW:     ... do me a favor, give me a little bit of rope
        because... we got a smaller truck than anticipated...

JO:     (SC)  Right.

CW:     ... from DOMENIC... and uh, you know.

JO:     He wasn't happy.

CW:     Apparently not.

JO:     No.

CW:     No, he got pissed, he said I was being a smart ass.
        And I said uhhh... all I said to DAVID was hey, listen,
        you know, let's cut to the skinny...

JO:     Right.

CW:     ... and uh, he said ah, you don't know what I can do,
        uhh, and I said well whatever makes you feel good.

JO:     Whatever you can do, go ahead.

CW:     Yeah.

JO:     You know... (UI)... you know...

CW:     (SC)  Sixty fuckin' beers later...

JO:     Get your, exactly.

CW:     You know.

JO:     And yo, you know me better than that.  You know?  And
        you, you see, you know what, and I tell ya every
        time... what do I look for at the end of the week?
        What do I want?  I wanna put a gallon of milk on my
        table for my kids...

CW:     (SC)  Yep.

JO:     ... and fuckin' food down on my (UI).

CW:     (SC)  Well I, I know that of you.

60

245D-MM-91505

JO:    I'm not lookin', (UI) you know he's lookin' to be a
       uhh, a big millionaire real quick.

CW:    Yeah but DA-uh-uh, got a keen mind, man.  My concern
       is... well DAVID and I were, were best of friends...

JO:    Right.

CW:    That's how I met you, for God sakes, and I...

JO:    (SC)  Yeah.

CW:    .. I'm grateful for that.  But when it comes down to
       it, uh, DAVID's JOHN's boy... and you're, you're like
       best of friends of JOHN and I just...

JO:    (SC)  Yeah, well you know what?  And, and, as I already
       told from the beginnin'... what me and you, JOHN don't
       know... anything between me and you.  I, I, it's
       nobody's business.  ADAM don't know, I don't tell
       nobody.

CW:    I know.

JO:    Because you know what?  (Short laugh)  Nothing's gonna,
       you know... we're in this for the long-run, ADAM.  And
       that's thing, and you know if someone...

CW:    (SC)  I know that.

JO:    ... comes in and says oh, we need this, we need this,
       and you know what?  Sorry.  Hold on.  (UI) you need
       some?  Let's, let me, let me talk to my partner.  ADAM,
       this guy wants duh-duh-duh.  You know but...

CW:    (SC)  But see, I just, no skeletons.  I'm trying to...

JO:    (SC)  There's nothing...

CW:    ... eliminate any...

JO:    ... there won't be no skeletons.  I don't want no
       skeletons.

CW:    Well I...

JO:    I've always been like that up-front.

CW:    Well that, again...

61

245D-MM-91505

| JO: | (SC) You know? |
|---|---|

CW:     You gotta be careful with JOHN, too, man.

JO:     Listen, I can JOHN...

CW:     (SC) Fuck.

JO:     I know JOHN, you know what JOHN's uh? JOHN has no say in the matter, JOHN has you know, if he tells you no, you can't do something, I'm gonna say you know, it's too bad, ADAM's my friend. Okay? And he would never do that. 'Cuz he know, he knows... the only one's that taking care of ya... and I, I told him, I said yeah ADAM, you know about you, you know, might go into the hou-, he said... (UI) he's doing pretty good. Put ADAM in the house, man. You know, shit, put (UI)...

CW:     (SC) Well I've never done him wrong.

JO:     I know you never did.

CW:     (SC) Either have you.

JO:     And, and... I told you what he said. JOHN said, you know, whatever happened between you and DAVID has no bearing on...

CW:     (SC) Yeah, because he knows DAVID fucked...

JO:     (SC) Exactly.

CW:     You know what? I don't understand. I don't... it was almost at a point, remember with the, with the shipments, the...

JO:     (SC) Right.

CW:     ... the TOMMY HILFIGER and the...

JO:     (SC) Right.

CW:     ... fucking LEVI jeans?

JO:     Uh hm.

CW:     I think DAVID was trying to set us up. Swear to God.

JO:     If he was then...

245D-MM-91505

CW:    Guaranteed.

JO:    Good thing we didn't uh...

CW:    Yeah.

JO:    ... end up, man.

CW:    Well...

JO:    (UI).

CW:    DAVID... fuckin'...

JO:    (SC)  Like I say, ADAM...

CW:    ... tried to set us up.

JO:    (SC)  I tell you... I tell you straight up... I can
       tell, REGINA's a good... choice of character.  REGINA
       come up in June... by the way she said... from the day
       she met DAVE (UI) she said I don't like him.

CW:    Right, he's a fucking dick.

JO:    My boy... TED, remember TED from the (UI)?

CW:    Yeah.  Yeah, yeah, yeah.

JO:    (SC)  That guy that we (UI)...

CW:    Nice...  Ah!

JO:    Remember?

CW:    Wonderful guy!

JO:    (SC)  And you guys left...

CW:    What the fuck was that all about?

JO:    He said he knows you... from seeing you around and (UI)
       he said... DAVE (UI), I ain't doing nothing with him.
       He said, I can get you uh... what's a big account?

CW:    REXUM (PH).  Or REXALL or...

JO:    (SC)  I can get you REXALL.

63

245D-MM-91505

CW:     Yeah.  What a fucking...

JO:     (SC) I can get you REXALL right now, he said, but with
        him... he said, I'm not doing, I don't deal with him.

CW:     (SC) Why, why, why did he treat that situation that
        way, DAVID?  I, I told you.

JO:     (SC) DAVID should've been on his hands and knees
        giving the guy a blow job.

CW:     (SC) Yeah!  He said oh, you're not gonna get
        anywhere...

JO:     (SC) Right.

CW:     .... and ignored the rest of the entire...

JO:     (SC) Right.

CW:     ... conversation.

JO:     Which was wrong.  'Cuz (UI)...

CW:     (SC) (UI).

JO:     He does, you know...

CW:     I don't know.  It's fucking, it's unfortunate.

JO:     (SC) But listen, (UI)...

CW:     It really is.

JO:     (SC) Uh, you know why he...

CW:     Uh I'm just, I'm...

JO:     (SC) ... he had too muh, he had too many eggs in his
        basket and he kept trying to put more eggs, more eggs,
        more eggs.

CW:     Well.

JO:     We're gonna do, you know what ADAM?  And I tell you
        this (UI), we're gonna take care of our business...
        we're not gonna chew too much that we can eat.  You
        know, we're not gonna take...

64

245D-MM-91505

CW:    (SC)  Not at all.

JO:    ... glutton.  We're gonna come in here, we're gonna do
       it like you said.  We're gonna making 10, 20 grand a
       month each and...

CW:    (SC)  Yeah.

JO:    ... be happy.

CW:    The right way, too.

JO:    The right way, yeah.

CW:    (SC)  Nothing bad.  I don't, I don't wanna...

JO:    (SC)  No wheeling, no dealing, no let's, this guy's
       gonna do this, this guy's gonna do that, we're gonna
       give this guy (UI)...  No.  None of that shit.  You
       know?

CW:    (SC)  It's crazy.

JO:    It's crazy.  We cut out the middle man... we get the
       six grand, we get that fucking load... oh, that's a
       start.

CW:    Wouldn't, the only thing I don't wanna, I don't wanna
       borrow money from anybody...

JO:    (SC)  No.

CW:    ... that's, that's fucking... you know, loan sharking
       because then that...

JO:    (SC)  No.  I'm not gonna, no...

CW:    ... makes us...

JO:    An accessory.

CW:    Yeah.

JO:    Yeah, no.  I can get the money...  You know what?  'Cuz
       I'll just borrow from my brother.  And it'll uh, it'll
       be straight up.  And I'll tell him you'll have your
       money back in 30 days.

CW:    We may not have to.

65

245D-MM-91505

JO:     Why?  Well that's what I'm saying.  If we (UI)...

CW:     (SC)  But...

JO:     ... one or two loads here... just to get goin'...

CW:     (SC)  Just move their shit around.

JO:     ... just move it real quick... and once we get that
        shit going...  We get one or two loads, that can throw
        cash in the pocket.

CW:     Yeah.

JO:     You know, after like you say... living, food, and the
        family's taken care of...

CW:     (SC)  Just... just, JOHNNY... my advice is this...
        BELL contact ya... for a fucking reason...

JO:     Right.

CW:     ... and I'm guess it's because he knows that we're
        uh... to... to do some...

JO:     (SC)  He ain't, let me tell you...

CW:     ... magazines and books.

JO:     (SC)  Yeah, yeah, before you say anything else... DAVID
        BELL... I don't know him and (UI) just to say hello,
        how are you, this and that... he'll never be my friend,
        he'll never... I mean he'll never break bread at my
        house... I'll never go to his house, you know.

CW:     That's right.

JO:     That, that's done.  It's finished.  He...

CW:     (SC)  He can try to be fucking...

JO:     (SC)  He can try, yeah but he can try all he wants...
        but he told me, he said you know, blah-blah-blah about
        the...  I said that's fine, I said.  You want me, 'cuz
        I'm across the street to go, if somebody wants to see
        the house, I'll let 'em in.

CW:     Yeah.

66

245D-MM-91505

JO:     Uh-uh, but I'm not gonna do nothing.  I said I'm not
        the real estate agent, nothing else (UI).

CW:     (SC)  Nah.  Is it, well you did it the right way.

JO:     (UI).

CW:     (SC)  The guy offered you fucking cash on the phone to
        sell a house when you're...

JO:     (SC)  Yeah, but I'm feel, and I told him on the phone,
        DAVID...

CW:     (SC)  It's crazy.

JO:     ... I'm not a real estate agent, this, and I made sure
        that he heard that, you know?

CW:     Him and J-, him and, him and JOHNNY need to split.
        They're two different characters.

JO:     They're already split.  I told you.

CW:     Yeah...

JO:     DAVID bought 'em out.  Now we gotta see if he starts
        gettin' payment.  It's kind of hard to see him gettin'
        payments when fucking he's... two months or whatever
        behind on his house and...

CW:     Nah... but D-, DA-, well then again, DAVID tells me
        it's 10 grand a month for 10 years that he's gotta pay
        MAMONE... and then...

JO:     That's what's I'm s-, if he ain't (UI) yesterday
        (UI)...

CW:     Then you tell me it's 3500 bucks a month.

JO:     Well, you know that's JOHN had told me.  JOHN told me
        the same, he (UI) 10 grand (UI) 3500.  (UI), you know.

CW:     (SC)  Yeah.  Well...

JO:     (Walks away into the house)  Be right back.

CW:     (Raises his voice)  Can you grab me a beer?

JO:     No.

245D-MM-91505

CW:    Please?

JO:    You've had too much.  (UI)...

CW:    (Raises his voice)  (UI)?

JO:    (IA).

       (Sounds of movement)

CW:    Ah...

       (Lapse in conversation)

JO:    (Inside the house)  (UI conversation)...

CW:    (Laughs)  We're gonna have to hide the trash from your
       wife.

JO:    (SC)  (UI)...

CW:    What?

JO:    They're hot dog hamburgers.  (UI)...

CW:    (SC)  Those are good!

JO:    No, I said I had, I don't have no buns.  I got hot dog
       buns.

CW:    (SC)  Those are beautiful!

JO:    'Cuz the ham-, the hamburger buns are uh hard.  They're
       no good, they, they got mold on 'em.  But I put 'em on
       hot dog buns, you know?

CW:    Those look beautiful.

JO:    (Laughs)

CW:    Make sure we take this trash outta here so...

       (Sounds of handling beer cans)

CW:    I'll carry the beer and the buns...

JO:    A little ketchup, we can make (UI) or...

CW:    Me?  Ah, I don't (UI)...

68

245D-MM-91505

JO:     (SC)  Here's the ketchup.

CW:     Anything.

JO:     Well whatever you want.  You tell me, I'll bring it
        out.

CW:     I'm very excited about the way things are going, man.

JO:     (SC)  (From inside he house)  (UI)...

CW:     Just... you know, I get... it's, it's like a nervous
        excitement.

JO:     Well, it's hardly a nervous excitement 'cuz we'll kick
        ass and you know what?  When we're driving down the
        street... (UI) oh, you know, two bucks, uh you know
        what?  Fuck the guy.  (UI - airplane overhead).  We'll
        be laughing at him (UI).

CW:     (SC)  Yeah.

JO:     (UI), like you say, we'll go, we're going down the Keys
        then.

CW:     JOHNNY just (UI)... fucking distance is the best
        reward, really.

JO:     (SC)  Yeah, but my, uh, you know what?  I already told
        ya, ADAM...

CW:     I know, I know you told me a million times... but
        man...

JO:     (SC)  You what?  And, and uh, and you know what like
        all those guys that they, they fuck you once, they fuck
        you twice, they keep trying to fuck ya, and they keep
        coming back... and they know they're gonna fuck you
        again.

CW:     Yeah.

JO:     And those guys are gonna be (UI) acting like you
        said...

CW:     (SC)  Yeah...

JO:     Hold on a second...

69

245D-MM-91505

(Sounds of beers being opened)

JO:       Hey uh, uh, hey BOB... yeah, hold on a second.  And I'm
          gonna say, hey BOB, this is JOHNNY O...  Don't call
          here no more...

(Melodic beeps and ringing)

JO:       Don't talk to, you know...  That's how you gotta treat
          these guys.

(Melodic ringing)

CW:       (Answers the cell phone)  Hello.  Yes.

HEIDI:    (On the phone)  (IA).

CW:       (On the phone)  Oh, why, why they being bad?

HEIDI:    (On the phone)  (IA).

CW:       (On the phone)  Okay.

HEIDI:    (On the phone)  (IA).

CW:       (On the phone)  Right.

HEIDI:    (On the phone)  (IA).

CW:       (On the phone)  Alright, well I'll call him.  I'll call
          him in a little bit.

HEIDI:    (On the phone)  (IA).

CW:       (On the phone)  Okay.  Jesus Christ.

JO:       (UI)?

HEIDI:    (On the phone)  (IA).

CW:       No, the kids, the kids.  She can't even, she was on
          hold with BELL SOUTH, couldn't even hear the lady when
          she got back on. (On the phone)  Alright, I'll take
          care of it, Pumpkin.

JO:       (SC)  (UI) tell 'em... (claps hands once).

CW:       (On the phone)  Alright?

70

245D-MM-91505

| | |
|---|---|
| HEIDI: | (On the phone)  (IA). |
| CW: | (On the phone)  Alright. |
| HEIDI: | (On the phone)  Bye, Honey. |
| CW: | (On the phone)  Bye. |
| | (CW clips the phone closed at the end of the phone conversation) |
| CW: | HEIDI said the kids are being awful.  Yeah, they are. |
| JO: | Leave it to kids, man. |
| CW: | Yeah.  They're kids.  Fucking, HEIDI's a trooper. |
| JO: | I know.  She's thinking, you know... it's hard, you know... especially... |
| CW: | No, she's pissed. |
| JO: | Oh, yeah. |
| CW: | Tell you the truth. |
| JO: | She's pissed at the whole situation. |
| CW: | Pissed... at BELL. |
| JO: | Oh yeah.  I told you... |
| CW: | (SC)  A hundred percent. |
| JO: | I told you what uh REGGIE said.  REGGIE if I saw him in the street, I'd spit in his face. |
| CW: | Piece of scum. |
| JO: | Yeah. |
| CW: | You know what?  If, if I had a partnership with somebody... even if it was... underhanded or a gray area... I fucking, man no fucking way... would I do what he did. |
| JO: | (UI). |
| CW: | Well the... (exhales)... well I don't know. |

71

245D-MM-91505

JO:     Just forget about him.

CW:     DAVID said to me verbatim, when they stole that load
        of... of jeans... He tried, well you remember... he
        tried for me to fuckin' ship that... to everybody I
        could...

JO:     Yeah.

CW:     ... so JOHN wouldn't find out...

JO:     (UI).

CW:     ... from me.

JO:     (SC) I thought I told you that, when you finally got
        rid of the shirts... he gave me five grand to give
        JOHN... I gave JOHN the five grand, he said what's
        this for? I said... it's for the shirts. Said no,
        DAVID said it was for the jeans. Huh.

CW:     No. Complete bullshit.

JO:     Yeah.

        (Sounds of movement)

JO:     Grab the phone.

        (Sounds of cooking)

JO:     Want a piece of cheese?

CW:     Yeah!

JO:     Cheese, yeah?

CW:     I'll take cheese.

        (Sounds of movement)

CW:     Hey, JOHNNY...

JO:     What?

CW:     Do you have a lighter or matches?

JO:     Why?

72

245D-MM-91505

CW:    'Cuz these crapped out.

JO:    Oh.  (UI)...

CW:    What's that?

JO:    Uh, I thought you were gonna ask to light the barbeque
       out there, it might be out of gas.

CW:    No.  Now see, that's bullshit.  So DAVID gave him for,
       or gave you 5,000 to give to JOHN...

JO:    (SC)  Right.

CW:    ... in fuckin'... for the jeans, not for the shirts.

JO:    Well, you know, JOHN, JOHN (UI)...  JOHN asked me what
       happened with... I said, oh DAVID (UI), when DAVID
       moved the jeans, he never, JOHN never saw a dime of
       that.  You know?

CW:    You know what freight was worth?

JO:    Thirty grand?

CW:    Easy 30 grand... 30 to 70.

JO:    Right.

CW:    (SC)  Yeah.

JO:    Get my beer.  Thirty grand, man.

       (Sliding sounds)

JO:    (UI).

CW:    (SC)  And he didn't see... oh, no.  Keep it.

JO:    (Short laugh)  I'm not keepin' it.  You're gonna put it
       in the house, you need...  Listen...  (UI).

CW:    (SC)  I... to tell you the truth, man...

JO:    No, but I...

CW:    Fresh start.

JO:    You what?

73

245D-MM-91505

CW:     Fresh start.  Man, I'm disappointed in what these
        fucking...

JO:     Listen... you bring this (UI)...

CW:     (SC) I'm pissed.  You know, and I fuckin' spout off
        and I'm talk...

JO:     No, but I'm telling you I've been saying that from
        when?  Day one.

CW:     Well...

JO:     When you, when he said oh, 'cuz we were saying oh,
        we're gonna do, start doing this and that, and you know
        everything's, get our shit going and all of a sudden he
        heard... me and you, and what'd he say?  Oh yeah, you
        know let's, you know, we'll get the office and oh,
        we'll put all the shit together, we'll make a ton
        uhm...

CW:     Yeah.  Right.

JO:     So I'm uh (whistles)... 'cuz he said, let me, oh yeah,
        we'll put, I got the truck and I'll handle this...

CW:     Jack-off artist.

JO:     Exactly.

CW:     Big time.  No, I don't like that and I don't play that.

JO:     (From inside the house)  (SC)  I know.

CW:     And I mean, what the, what, what uh, listen...
        JOHNNY... I've never... stolen anything in my life.
        Well, actually I did when I was 12.

JO:     (SC)  (UI), pack of gum, right?

CW:     No, well you know I stole groceries when I was growing
        up and...

JO:     I, I stole a couple of uh girls' viginities but uh...

CW:     (SC)  Nah.  But I fuckin'... I don't wanna go there.
        And DAVID...

JO:     (SC)  (UI)...

74

245D-MM-91505

CW:     ... can bring us down.  And so can JOHN.

JO:     Yeah, I uh, listen...

CW:     (SC)  I'm tellin' ya...

JO:     How many times did I tell ya?

CW:     And I don't wanna say that openly because...

JO:     (SC)  Yeah, no but uh, you can say it open because you
        know what?  I'll say it also.  And you know what?  They
        ain't gonna be there.  (Sounds of activity)  They're
        not gonna know our business, this and that.

CW:     Ah.

JO:     You know, like I said, when I met DAVID the other
        night... he didn't ask, you know, he said well where's
        ADAM, like that...  He didn't ask because he knew.  I
        said... (UI) every time (UI).

CW:     Well tell him the thing that pissed me, no apology
        toward you for... throwing you...

JO:     (SC)  Yeah.

CW:     ... out of his life and then bringing you back.

JO:     Right.  I know, yeah.

CW:     (SC)  No apology.

JO:     Like you say, lookin' to thank you or something.

CW:     (SC)  But these guys, I'm... JOHNNY... I don't want
        them in my shit.

JO:     They're not.  They're not.  Even though I'm (UI)...

CW:     (SC)  I...

JO:     I don't... I don't (UI).

CW:     (SC)  I put the deal together with DELTA RECYCLING...

JO:     Right.

CW:     ... with DAVID and JOHN...

75

245D-MM-91505

JO:     Right.

CW:     I put... I implemented everything.  I made the
        introductions, and maybe...

JO:     (SC)  Yeah.

CW:     ... JOHN knew MARZANA before...

JO:     (SC)  You did the right thing, yeah but you did the
        right thing, man.

CW:     Sat there, did it, and you know what happened...

JO:     (SC)  You got...

CW:     ... without my knowing?

JO:     They made a deal behind your back.

CW:     With you...

JO:     Right.

CW:     ... to put containers in place for them...

JO:     Right.  And I, you know what I did?  They...

CW:     (SC)  ... without me being involved.

JO:     You know what?  They uh, what they, uh, actually they
        did use me, too.

CW:     Sure.

JO:     Because they said oh... we'll put this guy in here,
        he'll do that and this and that, then we'll just rack
        up the checks.

CW:     (SC)  Well, the...

JO:     You'll get the checks and we'll rack 'em up.

CW:     And it didn't happen.  You know why?

JO:     No.

CW:     'Cuz I betcha DELTA sensed it.

245D-MM-91505

JO:      Yeah, they probably said... I'm not doing that (UI).
         Well DELTA (UI)...

CW:      (SC)  No way.

JO:      DELTA lost their fucking account down there... bad
         service.  You know?

CW:      The DIPLOMAT?

JO:      No, the... in Miami.  They lost the Miami account (UI).

CW:      Which one was that?

JO:      I had uhh, the LIDO (PH) HOTEL.  The LIDO HOTEL.

CW:      Oh, was that that big, big...?

JO:      The, the LIDO, yeah.  The one up (UI)...

CW:      (SC)  The LIDO?

JO:      ... high-rise.  I got, they already some, somebody in
         there and (UI)...

CW:      (SC)  I thought they lost the DIPLOMAT... because of
         poor service...

JO:      (SC)  Well they lost that, also... also.

CW:      ... to ATLAS.

JO:      To ATLAS.

CW:      Well you know who ATLAS is...

JO:      That's BRUCE's thing, right?

CW:      No.  ATLAS is DELTA.

JO:      (UI)... yeah, they bought that, yeah.

CW:      (SC)  Yeah.  CASA GRANDE.

JO:      (UI) that.

CW:      Pschew... fuck.

         (Brief lapse in conversation)

77

245D-MM-91505

(Background sounds)

(Sounds of movement)

JO:     (IA).

CW:     Well no, you just gotta, uh JOHNNY... gotta be careful.
        And I'm not careful enough because I put too much faith
        in these people.

JO:     (SC) (UI)... that's your, that's your chain when
        you're with me, brother... because we're gonna be
        checkin' everything with a fine-tooth and comb, you
        know... (Sounds of meat cooking)  Still raw.

CW:     Yeah.

JO:     (UI).

CW:     (SC)  Let 'em cook.

JO:     You know?

CW:     But really... keep your...

JO:     (SC)  ADAM, we're gonna be...

CW:     ... keep your f-...

JO:     We're g-, listen... my distance... like I say... what
        DAVID did now, he's trying to...

CW:     (Belches)

JO:     Hey, the frickin' frackin'...  I told him, I said
        (UI)... (sound of activity)... or Buy Owner... I'm not
        in the real estate agent...

CW:     No.

JO:     I don't charge no commission, this and that.

CW:     (SC)  That's... now you're smart and so am I.

JO:     (SC)  Right.

CW:     Before... we were dumb.

JO:     (SC)  Oh, you would've said yeah, yeah, yeah, and then

78

245D-MM-91505

|       | they woulda had you on tape and everything like that. |
|-------|-------------------------------------------------------|

CW:     (SC)  Let me tell you something... you fuckin'... like me.

JO:     Right.

CW:     I mean, if they, if they recorded conversations with me...

JO:     (SC)  (UI)...  Right.

CW:     ... in reference to... like DAVID and JOHN stealing loads or...

JO:     Right.

CW:     ... the KEYSTONE deal...

JO:     Right.

CW:     Fuck.

JO:     Right.

CW:     Now... we know better.

JO:     Right.

CW:     Don't, and I thought even when me and you were just... startin' to break the ice with one another, JOHNNY... huh... they stole loads of material... they put in claims...

JO:     Right.  (UI)...

CW:     ... recovered the material...

JO:     Right.

CW:     ... and then fucked each other.

JO:     Well there was only one side doing the fucking.

CW:     Yeah, DAVID BELL...

JO:     Right.

CW:     ... to JOHN.  (Short laugh)

79

245D-MM-91505

JO:     We know that.

CW:     Yeah. But...

JO:     (SC) He don't know.

CW:     There ain't no fucking if he's getting, he, he's getting a little piece of the pie with the jeans...

JO:     (SC) Listen, uhm... I...

CW:     (SC) Don't, just avoid it.

JO:     ADAM, I don't wanna... oh yeah, but I wanna tell ya right now... they have nothing to do with us.

CW:     I know.

JO:     (SC) Let me tell you something... this partnership, you know what it consists of? Consists of the O'SULLIVANs... and the COUGARs. That's it.

CW:     Understood.

JO:     That's it.

CW:     Well that's the way I want it, JOHNNY. I really do.

JO:     (SC) It's solid, (UI)...

CW:     (SC) I know I'm harping on it, but I...

JO:     No, no, don't, don't harp on it because you know what?

CW:     (SC) I'm fucking...

JO:     I've been telling you since back in fucking October... where me and you were gonna get this shit going.

CW:     (SC) Yeah.

JO:     And I said that'd be a bad idea, you know, bad idea (UI)...

CW:     (SC) You did... and you're right.

JO:     And HEIDI said the same thing, too.

CW:     Both of you... you're the only two that did.

80

245D-MM-91505

JO:     (SC)  Right?  And you know...

CW:     (SC)  I don't even know why DAVID wanted me... to uh...

JO:     (SC)  Because he knew... he was gonna fucking get some, make some more money of ya.

CW:     Yeah.

JO:     Just get your, he's gonna u-, he's gonna suck you in, and your contacts, this and that... he's gonna milk you for what you got and then he's gonna fuckin' cut you loose.

CW:     Which he did.

JO:     Which he did.  Which he did.

CW:     I told everybody, you included, I said hey...

JO:     (SC)  Right.

CW:     ... at one point I said I'm gonna spend the next three months eliminating and I made some friends.

JO:     Right.

CW:     And just...

JO:     Right.

CW:     Whatever... water under the bridge.

JO:     That's all it is, man.

CW:     See ya.

JO:     That's all it is.

        (Background sounds - possibly a vacuum cleaner)

JO:     But uh, like I said, when I talked to JOHN and I told you this from day one... I don't tell JOHN my business.

CW:     I wouldn't.

JO:     (SC)  You know?  No, I'm not going to because you know what?  Like I said, we're not dragging nobody else into this.

81

245D-MM-91505

CW:     Right.

JO:     If I gotta drag somebody else into it, then they're
        gonna want this, want that...

CW:     (SC)  Uh well see, JOHN, JOHN's a good character,
        but...

JO:     (SC)  JOHN...

CW:     ... keep in mind this, too...  DAVID...

JO:     Right.

CW:     ... is below JOHN.

JO:     Right.

CW:     Right?

JO:     You think I don't know that?

CW:     Uh, no, but... you know...

JO:     (SC)  Yeah, I do.

CW:     I know you know that...

JO:     Yeah... baby.  (UI).

CW:     They're looking good?

JO:     Oh, they're ready to go, boss.  (Clanking sound)  Small
        piece of cheese...  Cheese Louise...

CW:     Ahem... I'm doing nothing.

JO:     What's that?

CW:     I'm doing nothing here, nothing to help...

JO:     You don't need to do nothing, man... sit down.  How
        hard is this?  It ain't hard.  What you gotta do, man,
        you gotta fold it over...

CW:     I'll tell you what, my back is shot.  I can't believe
        that.  Well... well now we have an understanding.  That
        was my biggest concern, JOHNNY.  I n-uh, frankly I
        don't wanna see your paycheck...

245D-MM-91505

JO:     (SC)  We're not giving it to ourselves.

CW:     ... or mine... go to, go to DAVID...

JO:     (SC)  (UI), no.

CW:     ... go to MAMONE, or anybody.

JO:     (SC)  It ain' going to nobody.  It ain't going, you
        know where it's going to?  It's going to... (UI)...
        it's going to...

CW:     (SC)  Good.

JO:     ... your kids, also.

CW:     Good.  'Cuz I'm, I'm tired of all this bullshit.

JO:     Nobody.  Nobody's coming in, and that's why I was
        telling you too, with your guys, BOB HERZOG and these
        other mother fuckers saying oh, you know, maybe we
        should bring this guy, no.  We ain't bringing nobody.

CW:     (SC)  Yeah.

JO:     We don't need that.

CW:     (SC)  I know.  I told, you know, you know, I started
        making DAVID money...

        (Background sounds - barking)

CW:     ... before I even met JOHN.  Then when I started making
        those guys money...

JO:     How fast they forget.

CW:     ... an introduction comes in...  in place to JOHN.

JO:     Right.  How fast they forget, right?

CW:     And, no, no, I mean JOHN's a good person but... uh you
        know what JOHN's words to me were...?

JO:     (SC)  (UI).

CW:     Thank you.  You know, you're a, you're, you're with me
        now.

83

245D-MM-91505

JO:    Yeah.

CW:    And I said well the fuck, you know, with, with, with
       you?  I appreciate that.

JO:    Ah!  Son of a bitch!

CW:    You alright?

JO:    It's hot!  (Short laugh)

CW:    And I just don't want a repeat, bro.

JO:    No, we're not (UI).

CW:    (SC)  That's all.  I'm not under anybody, I'm not with
       anybody...

JO:    No.

CW:    ... and that's the way I wanna keep it.  And that's the
       way...

JO:    (SC)  I know that.

CW:    ... you need to keep it.

JO:    We're gonna keep it that way.

CW:    Do.

JO:    These guys don't pay us...

CW:    No.

JO:    We make our own, we make our own fucking...

CW:    (SC)  No, and you... you gotta be careful, man.  The
       fact that DAVID called is concerning me.

JO:    Well that ain't gonna have, like I said, hey I see JOHN
       all the time...  You know?  I see (UI)...

CW:    (SC)  Yeah, but there's a reason why he got back in
       contact with you, in my opinion.

JO:    Yeah, he's looking for fucking, and I'm gonna tell you
       exactly, and I know why, 'cuz I told you this
       already...

84

245D-MM-91505

CW:    (SC) I know...

JO:    He knows... just to keep, try and keep it in the loop, you know he's trying to say oh, he's gonna have something on there, I want a piece of it.

CW:    Well and, and, and even JOHN's mentality and that's been pace on, uh passed onto DAVID...

JO:    Right.

CW:    DAVID's under JOHN... anybody that DAVID introduces...

JO:    They're basically gonna have to... let it all...

CW:    (SC) It's gotta be passed along.  It's been the whole thing, it was the whole thing with fucking currency thing with RUBOZ and all that shit.

JO:    (SC) I don't know nothing about those (UI)...

CW:    (SC) No, and you shouldn't.

JO:    And I don't care about 'em.

CW:    (SC) They're shit bags.  They're shit bags.  But I don't want the same shit going on.

JO:    It won't.

CW:    I can't afford to get in trouble.

JO:    It's not, you think I can?

CW:    Alright, well... I, no I understand, both of us, man.

JO:    They're gonna have...

CW:    Don't wanna do it.  I just wanna have a small company... that makes fair to good profits and just keep it that way.  That's it.  I mean that's, that's why I wanted to really sit down...

JO:    (SC) (UI).

CW:    ... and talk with you because I don't want there to be any misconceptions and...

JO:    (SC) (UI), ADAM, (UI) nothing... just me... just

85

245D-MM-91505

>       yourself, and, and (UI).  It's got nobody else to do...
>       I already told you, when someone else comes knocking...
>       I don't know what you're talking about.

CW:     Oh.

JO:     You know?

CW:     You're gonna... just be careful.  They tried to trap
        you before and I mentioned it to you, and they did the
        same thing to me.  They tried.  You fuckin' touch... an
        article of stolen property...

JO:     (SC)  Well they come after you...

CW:     (SC)  You're fucked.

JO:     Well, the best thing that's on your side, ADAM... right
        now... is maybe 'cuz I know (UI)... and I know how
        you're gonna get in trouble and I know how you're gonna
        have to avoid trouble.

CW:     I don't know... I still may be get in trouble over the
        money I loaned those guys.

JO:     Probably so.  But I tell you now...

CW:     (SC)  I don't know.

JO:     ... they woulda grabbed you already.

CW:     Well... they fuckin'... I mean I called down there,
        I've had HOWARD call down there, I've had... everybody
        contact the FBI.  I really have.

JO:     Uh hm.

CW:     Everything.

JO:     Uh hm.

CW:     I even threw out a bullshit test...

JO:     Right.

CW:     ... to see what came back.

JO:     Right.

86

245D-MM-91505

CW:     And said I loaned GATEWAY 70,000 when I only owned uhh,
        or uh...

JO:     (SC)  Yeah, just (UI) feeler...

CW:     ... loaned him 60...

JO:     Huh?

CW:     ... to see if the number changed.

JO:     Right.

CW:     And... well, I don't know.  Maybe they're bored with me
        or don't like me or whatever, or they're waitin'...

JO:     Who knows?

CW:     But...

JO:     You're... you're not a fish they want then.

CW:     Well... there's a lotta fuckin' asshole, this... this
        uh, dick head that we ran into, I don't know if DOMENIC
        told you this...

JO:     Who?

CW:     Did you eat that who thing already?

JO:     It's gone.

CW:     Jesus Christ, you part of that?

JO:     (SC)  No, (UI)...  No.  No, no, no, I'm full.

CW:     Uhm... remember when we went to the jewelry exchange?

JO:     Uh hm, oh ROB or ROBERT?

CW:     Uh hm.

JO:     (SC)  (UI).

CW:     Whatever the fuck his name is.

JO:     ROBERT, right.

CW:     Uh... DOMENIC comes back to me when he stopped by...

87

245D-MM-91505

JO:     Uh hm.

CW:     ... so I could give him some money that he refused...

JO:     Uh hm.

CW:     ... for the move...

JO:     Right.

CW:     ... that he did for me...  He told me... that this, he said BOBBY...

JO:     BOBBY, yeah, BOBBY...

CW:     BOBBY BOOD-uh-BOOD-but-uh...

JO:     Yeah, ROBERT, ROBERT (UI)...

CW:     ... whatever the fuck BOOT, BUTTO...

JO:     Right.

CW:     ... came back to him and said, you owe... You know, I saw ADAM... one uh, one oh JOHN's boys... or DAVID's boys...

JO:     Right.

CW:     ... hockin' some fuckin' jewelry.  He was with JOHNNY O.

JO:     (SC)  (UI).  So?

CW:     Just like that.  And what did these guys, share a fuckin' office or what?

JO:     (SC)  Yeah.  They do, but... what are we doing?  We got...

CW:     (SC)  They do?

JO:     (Laughs)  Uh, no they don't, I'm just saying... they got nothing to do with us, so who gives a fuck?

CW:     Well it does.

JO:     (SC)  You know?

88

245D-MM-91505

CW:     It makes me look like a fuckin' asshole...

JO:     No it don't.  What was he doing there?  He was hockin'
        jewelry, too.

CW:     Well he, uh, see I didn't know if he was buying it or
        selling it or...

JO:     (SC)  Yeah.  He's (UI) no, he was hockin' a bunch of
        jewelry there and, but he ended up taking out about
        1800 dollars instead of fuckin'... a hundred twenty-
        five, you know?

CW:     I know.

JO:     (SC)  No, he told me, he says I've been there, he said
        I'm fuckin'... (UI) business in there, man.

CW:     Well... he's a fucking, I don't know where I know him
        from, I think I met him from DAVID or shit.

JO:     (SC)  Yeah, but no, he's not uhh... he's not friends
        with like DAVE, he knows DAVID but he's not one of
        DAVID, he's friends with JOHN and...

CW:     (SC)  Well...

JO:     ... you know, and stuff like that.  JOHN, and MIKEY
        BOOTS (PH).

CW:     MIKEY BOOTS, is he a good guy or bad guy?

JO:     Very good guy.

CW:     Yeah?

JO:     A very stand-up guy.  Give me the fuck and you say
        (UI)...

CW:     (SC)  Yeah, well let me uh, what's up with that uh...
        guy that owes him the money or stole the money, the...
        what...?

JO:     (SC)  Came to nothing.

CW:     That's what he said.

JO:     (SC)  But... no.  Because the Feds are watching him
        'cuz MIKEY... yeah but you know why?  'Cuz MIKEY went

245D-MM-91505

to work for him...

CW:     (SC) I know.

JO:     ... and he put the bail up for MIKEY that MIKEY to get
out, right? They subpoenaed his records and did this
and did that.

CW:     Work for him? What, was he moving...

JO:     (SC) (UI) he came out...

CW:     ... furniture?

JO:     Now he works for him now, yeah, now he's moving
furniture.

CW:     No he's not.

JO:     I was in the office. He ain't moving, he ain't...
(UI). (Walks away) Ready for one?

CW:     I'm ready.

        (Brief lapse in conversation)

JO:     JOHNNY, these burgers are great!

        (Background sounds)

CW:     Oh man... that was delicious.

JO:     Yeah, hit the spot, right?

CW:     (UI)... you can believe it.

        (Sounds of activity)

JO:     (UI)...

CW:     I'm not leaving any dripping in the garbage.

JO:     (UI)... throw it out... in this thing.

CW:     Well, just... distance. That's all I care about with
these guys.

JO:     I know. That's all we got. You know what the distance
is?

90

245D-MM-91505

CW:     (SC)  They're fuckin'...

JO:     They ain't even involved.

CW:     (SC)  Right.

JO:     I already told you... JOHN don't know nothing...

        (Sliding sound)

JO:     DAVID don't know nothing, nobody (UI).

CW:     (SC)  No, JOHN... JOHN, JOHN was very fair and...

        (Closing sound)

CW:     ... he was a gentleman to me, but you know what at the
        same time... he should be responsible for his partner's
        actions.

JO:     Yeah.  But you know what?

CW:     (SC)  And it...

JO:     He said that, he even said that DAVID fucked up when he
        did that.  You know... come over your house and...
        threw your fuckin', shot in the face and... knock you
        down and...

        (Beer can is opened)

JO:     He knew.

CW:     (SC)  Bullshit.

JO:     You know (UI) he called me the next day when I was out
        witcha over at uh... (yawns)... uh, (UI)... what
        happened?  And I said DAVID... DAVID fucked up, man.
        That's what he said.

CW:     Fucked up.

JO:     (SC)  Yeah, he fucked up, he said.  Did he make a
        report this and this?  I said no, everything was taken
        care of, I said, ADAM's not like that.  ADAM's not
        gonna make a report on him.

CW:     No.

91

245D-MM-91505

JO:     But uh, I told him he should've.  You know?

CW:     Well I coulda pushed it and put out a report.

JO:     You coulda pushed it and put a report out.

CW:     (SC)  I coulda done it within 48 hours.

JO:     (SC)  You coulda did, you coulda did it the next day and said you know what?

CW:     (SC)  Yeah.

JO:     Bull.

CW:     I can drink beer at my house.

JO:     Right.

CW:     DAVID's lucky.

JO:     Right.

CW:     He is.

JO:     (UI)...

CW:     But I'm not like that.  And I'm gonna tell ya why I didn't do it... because I like JOHN...

JO:     Right.

CW:     ... and I like you and I like myself...

JO:     I got nothing to do with DAVID BELL.

CW:     ... and my family.  Uh, I know.

JO:     I told you... if I was there, I would've told him to fuckin' beat it.  (UI)...

CW:     (SC)  He's just a f-, he's just a fuckin' scumbag.

JO:     I woulda thrown him in the pool.

CW:     Well... (opens a can of beer)  you can't because of the relationship with JOHN.  You know and just...

JO:     (SC)  Well it's got nothing to do with it.

92

245D-MM-91505

CW:    Yeah...

JO:    It's got nothing to do with it.  JOHN will always be my
       friend...  You know, I'm friends with the family, this
       and that.  (UI) nothin', like I said to you... JOHN
       said... tell ADAM... I got nothing to do with DAVID,
       that you know... DAVID fucked up, this and that, he
       says I, you know, he's not...

CW:    (SC)  I'm not holding against JOHN.

JO:    Well I know, but I'm just saying...

CW:    Personally... business-wise... I am because uh, and I
       don't want to... but I do.

JO:    (UI).

CW:    So you should fuckin'... he should know better.  He
       should know better than to pick shitty partners.  He's
       smart enough.

JO:    Yeah, well... then when uh...

CW:    (SC)  You know?

JO:    ... he took over this damn thing, what... four years
       ago, whatever, three, four years ago?

CW:    Yeah.

JO:    Yeah, you're making your money every, every w-, every
       week...

CW:    Yeah, it's... it's fuck, no replacement for fucking
       human value.

JO:    That's right.  And that's where I stand...

CW:    (SC)  No...

JO:    ... (UI).

CW:    (SC)  Well, I know.

JO:    If I get in a car accident, you can replace your car,
       but if you get killed, you can't replace your
       fuckin'... you know... (UI).

93

245D-MM-91505

| | |
|---|---|
| CW: | Right.  That's true.  The sole is great, but man I'll take a... I'll take a human body and a kiss and a hug... |
| JO: | (UI). |
| CW: | (SC)  ... any day of the week. |
| JO: | (SC)  I know.  I'd rather be... uh, I'd rather be broke. |
| CW: | Yep. |
| JO: | I'd rather be broke. |
| CW: | Exactly. |
| JO: | My titties are sweatin', pshew. |
| CW: | Actually, you look good, man.  You don't look too fat... |
| JO: | (SC)  (UI). |
| CW: | ... you don't, naw... |
| JO: | Ah, look at this. |
| CW: | Well get your ass out and do the Forest Gump with me every morning. |
| JO: | I don't have to, man. |
| CW: | God, almighty. |
| JO: | I'm gonna start runnin' and I, you know, the kids are down, I just got, uh like this week now I just... I was good all last week... only had a couple beers, only had two beers, two, three beers with you on Friday night... Saturday I had like four beers, four or five beers... Sunday I had nothing. |
| CW: | Just... (blowing sound)... died to the wind.  No... |
| JO: | (SC)  No. |
| CW: | ... you're being good? |
| JO: | I've been good, extremely good.  Not bad. |

94

245D-MM-91505

CW:    (SC) Pschew.

JO:    Now here we go, I just try and fuckin'... uhh, uh, a 30-ounce fuckin' rum and Coke and... (blowing sound).

CW:    You didn't put too m-, much alcohol in there though.

JO:    No, I didn't. Put a splash for taste.

CW:    (SC) No, you're fine... I can never tell when you're drinking or intoxicated... 'cuz you're so big.

JO:    (Soft laugh)

CW:    What?

JO:    (UI) the wife knows, she's knows when... (UI), (changes voice)... where were ya? (UI). So what's our plan now? Let's try and get a fuckin' load out for Friday if we can.

CW:    We can.

JO:    Talk ALBERT and say listen, I don't really...

CW:    (SC) We can.

JO:    I'll call JOHN and say listen... (UI)...

CW:    (SC) As, as long...

JO:    (SC) Not JOHN, you know, I'll call JOHN... call MARK.

CW:    MARK. No, as long uh, listen... I...

JO:    (SC) How many t-, how many (UI) did he, 'cuz he asked me to come and see (UI)...

CW:    (SC) Like 14.

JO:    Fourteen? Ah but, see but now...

CW:    (SC) Yeah.

JO:    ... that's gives us a little breathing room... you know, money towards, put towards say like the mortguh (PH), you know the rent, and stuff like that, uhm...

95

245D-MM-91505

CW:    (SC)  Yeah.

JO:    ... uh.

CW:    No, we should be in good shape.  But we're still i-if
       we wanna grow the way we're supposed to grow... you
       know what I would honestly...?

JO:    Tell me.

CW:    I mean, you know my situation with...

JO:    (SC)  I know your situation.

CW:    ... with FRED.

JO:    Right.

CW:    You know and, and... that's all coming true to form.

JO:    Uh huh.

CW:    My recommendation is... talk to JOHN.  Ask him if he...
       wants to put out a loaner.  If he has it, great.  If he
       doesn't, well.

JO:    (SC)  (UI) ask him for a loan... what'll I tell him
       it's for?  I tell him it's for my house?  I could do
       that.  I need uh, you know...

CW:    Well how m-... uh, he's gonna charge interest.

JO:    He's not gonna.  Many times he charged me nothing.

CW:    No?

JO:    No.  No, but I'll have to pay him back every week.
       So...

CW:    Every week, or will he let it ride for 30 days?

JO:    I got uhm, I could ask him.  Give me a loan... you
       know, for 30 days...

CW:    (SC)  Well no, you can pay him every week, but if...

JO:    I could ask him, give me a loan for 30 days... you
       know, 5 grand...  Would 5 grand do us good or...?

96

245D-MM-91505

| | |
|---|---|
| CW: | Yeah, I don't even think 5 grand's necessary.  Do... I mean I don't even think 6 grand's... |
| JO: | Uh hm. |
| CW: | I think uh... if we can get the allotment and we get a couple checks in... |
| JO: | (SC)  Uh hm. |
| CW: | ... we can, we can make... |
| JO: | (SC)  We'll cover it.  Bring that back and now that's got this, got, got (UI). |
| CW: | (SC)  Probably 4,000 bucks. |
| JO: | We can make. |
| CW: | Yeah.  No, no, $4,000.00 loaned from JOHN. |
| JO: | Right.  So 4,000... |
| CW: | Yeah.  But don't let him pull a fucking BELL on you. |
| JO: | He's not gonna. |
| CW: | Well you'd be, I had, well I didn't think that with DAVID either and I ended up paying 7 percent fucking interest. |
| JO: | He would never do the, well DAVID BELL... is a fucking bad bastard. |
| CW: | Yeah. |
| JO: | My point is... I'm one of the guy's best friends... because DAVID BELL... was... |
| CW: | (SC)  I... I was one of DAVID's best friends... |
| JO: | (SC)  (UI) you know... |
| CW: | ... or his best friend. |
| JO: | ... you, he was using you.  JOHN, I coach his kids in basketball, I coach his kids in football, I do everything...  We were over there, (UI)... |

97

245D-MM-91505

CW:     (SC)  But I took their kids Halloweening.  I mean, I
        did the same shit.  Uh we were there on Christmas two
        years running.

JO:     (SC)  There's a difference.  There's a difference.  You
        know what the difference is?

CW:     (SC)  JOHN...

JO:     JOHN... and DAVID.  JOHN's been in...

CW:     (SC)  Oh.

JO:     JOHN's been working since we were in fucking diapers.
        DAVID hasn't.

CW:     That is a difference.

JO:     (SC)  You know?  JOHN's a gentle, JOHN's the fucking,
        you know...  Know what I'm saying?

CW:     Oh, fuck yeah.

JO:     (SC)  JOHN would never, if I said JOHN, I need five
        grand... for about a month, I'll pay you next month...
        and if I say to him... JOHN, you know, (UI) you're
        gonna charge, how much are you gonna charge me?  No,
        you see... get the fuck outta here, man.

CW:     (Chuckles)  Fuck.  You know how much money I borrowed
        from DAVID?

JO:     Thirty-five thousand?

CW:     Seventy.

JO:     Seventy thousand?

CW:     Initially I thought it was 50,000.

JO:     Right.

CW:     But it was actually 70...  I forgot the fact, just
        until this morning I was thinking about it...

JO:     (SC)  (UI).

CW:     He's charging me 7 percent interest per month... $4900
        per month.  I brought it down to fucking nothing... he,

98

245D-MM-91505

|       |                                                                                                                                  |
|-------|----------------------------------------------------------------------------------------------------------------------------------|
|       | well you know the situation.  So does JOHN...                                                                                     |
| JO:   | (SC)  I know.                                                                                                                     |
| CW:   | Fuck.                                                                                                                             |
| JO:   | I know the whole situation.                                                                                                       |
| CW:   | (SC)  Yeah.  Pisses me off.  He goes back to MAMONE...                                                                            |
| JO:   | Says you owe fuckin' 30, 50 thou-...                                                                                              |
| CW:   | (SC)  ... 30 or... 35,000 or 50,000 or 20,000...  Made me look like an asshole.  Here I am, I'm over at JOHN's house with RICHARD... |
| JO:   | Uh huh.                                                                                                                           |
| CW:   | ... trying to, to... lease back his car...                                                                                        |
| JO:   | Right.                                                                                                                            |
| CW:   | And in the meantime... DAVID... is getting, uh I'm a little bent with JOHN, too.  Uh, not to be repeated.                        |
| JO:   | (UI).                                                                                                                            |
| CW:   | But JOHN sent DAVID over a fax...                                                                                                 |
| JO:   | Right.                                                                                                                            |
| CW:   | Are you familiar with that?                                                                                                       |
| JO:   | No.                                                                                                                              |
| CW:   | Ah.  Saying hey, ADAM... ADAM's interest in renting out the...                                                                    |
| JO:   | (SC)  (UI) the car.                                                                                                               |
| CW:   | ... the Benz again.  What do you think?                                                                                          |
| JO:   | And didn't DAVID... 'cuz you told me about that...                                                                                |
| CW:   | (SC)  Yeah.                                                                                                                       |
| JO:   | DAVID said fuck you, give it to me before you give it to him...                                                                   |

99

245D-MM-91505

CW:     (SC)  Well actually the first thing he did was...

JO:     ... he can't pay...

CW:     ... he came over and showed me the letter from JOHN.

JO:     Right.  Well JOHN just tried to cover his ass.  That's
        all.

CW:     What's cover ass about that, man?

JO:     Well... 'cuz you had the car once before and you gave
        it back 'cuz you couldn't make the payments on, not
        'cuz you couldn't make it, but you know... things were
        tight.

CW:     Yeah.  Things were tight.

JO:     Things were tight.  And he understand that...

CW:     (SC)  Well I don't know...

JO:     ... and he just, you know...

CW:     I don't know.  No, but I guarantee DA-... even asked
        you, I mean DAVID calls him... or faxes him or whatever
        the fuck, however they communicate.  I really don't
        give a shit.

JO:     (SC)  Right.

CW:     You know?

JO:     Uh hm.

CW:     And... you know, again I'm lookin' like a dick...

JO:     Right.  No you're not...

CW:     (SC)  ... for nothing...

JO:     You're not a dick.

CW:     ... within 30 minutes...

JO:     Trust me... oh yeah, 'cuz over there this is not, uh,
        you know, you weren't looking like a dick.  (UI), like
        I said, JOHN's got nothing fucking bad to say about
        you... anything, if you say... listen... I like the

100

245D-MM-91505

color white, DAVID'll come in and say no, fuckin', he told me red this and that. He's gonna change because you know he's fucking liar.

CW:    Changes, he forgets what he says, like we talked about.

JO:    (SC) Right. (Clears his throat)

CW:    Can't keep track.

JO:    (SC) Changes his story every time.

CW:    That shit.

JO:    Forget about them, man... either one of them.

CW:    (SC) Uh...

JO:    JOHN, I mean A-... ADAM... they got nothing to do with this.

CW:    I know. I just don't want a... fucking repeat. Like I told you, that's...

JO:    (SC) It's not going...

CW:    It's HEIDI's concern because it's, it's almost... here we are, you and I, we're doing business....

JO:    (SC) They're (UI).

CW:    ... and...

JO:    Yeah, but you know, you should go back ADAM and cut and cut (UI) and go back to HEIDI... Remember when we were sittin' out in the garage and... before all this started, me and JOHNNY O, we're gonna do this and do that...

CW:    (SC) Uh hm.

JO:    ... and get everything going... and then DAVID stepped in. And she said...

CW:    (SC) Why did he step in?

JO:    ... better not... and... because he saw oh shit, they're gonna be making money and I want a piece of it. That's all he, he just wants money. He's a greedy

101

245D-MM-91505

little bastard.  And HEIDI said...

CW:    (SC)  Huh.

JO:    I said to HEIDI first, I said... ADAM, I think (UI)
       make a mistake, you  got your fuckin'...

CW:    (SC)  Oh yeah.

JO:    ... (UI) and then HEIDI said I agree with you, this and
       that...

CW:    You guys were both very right.

JO:    Right.

CW:    Very right.

JO:    Right.

CW:    Shit.  Well...

JO:    So let's let it go, man.  It ain't gonna happen
       again...

CW:    (SC)  Well I know.

JO:    We're not gonna be in that, and you know what?  I'm
       gonna be by your (UI), right by your side, ADAM, like
       when you...

       (Background noises)

JO:    All these scumbags keep coming in this, I'm gonna say
       you know, sorry.  You're not gettin'...

       (Background noises get louder - possibly a helicopter)

JO:    You know?

CW:    Fucking BOB HERGOZs of the world and...

JO:    We don't need them.

CW:    ... DAVID BELLs...

JO:    We don't need them.

CW:    No.

102

245D-MM-91505

| | |
|---|---|
| JO: | Even the JOHN MAMONEs of the world, we don't need them. |
| CW: | No, which I know you, JOHN's a personal friend on one aspect, but you know what?  JOHN never once came to me and said hey ADAM, I, I, I think... |
| JO: | (SC)  Appreciate it, (UI). |
| CW: | Yeah.  Nothing.  No fucking thank you.  Maybe it's because... he didn't know the amount of business. |
| JO: | (SC)  I'm telling you though, he... didn't know, I guarantuh, I'll tell you right now 'cuz he never saw the fucking money from this and that like the buh-... I told you what he said. |
| CW: | Yeah. |
| JO: | The books, magazines, he said... you know... |
| CW: | Shit. |
| JO: | I n-, he never saw a nickle of that. |
| CW: | That's crazy. |
| JO: | He never saw a nickle.  It was going on for a year whatever... |
| CW: | Yeah.  Yep. |
| JO: | He never saw a nickle of that.  So... |
| CW: | Crazy. |
| JO: | Like (UI)... |
| CW: | (SC)  And JOHN didn't see anything from the stolen uh, TOMMY HILFIGER stuff? |
| JO: | I have no idea, but I, I could tell you no he didn't. |
| CW: | Just the jeans? |
| JO: | 'Cuz you know what his excuse was when the uh... |
| CW: | Little dick. |
| JO: | ... the jeans... you know what the uh, DAVID did? |

103

245D-MM-91505

> DAVID came back and, so JOHN said yo... what's this
> money for? He said and... DAVID said whatever uh, oh
> it's for the jeans. He said no, it's not. This is for
> the shirts or whatever... and what did J-, what does
> ADAM think, oh... that money's uh, th-that money I
> hadda pay this girl... we owe her $20,000.00...

CW:    Wait a second... I remember that.

JO:    What?

CW:    VICKY... at HORIZON...

JO:    (SC) VICKY. Right, HORI-, he said I paid her
       $20,000.00 and, and JOHN said... GATEWAY is out of
       business.

CW:    That's right... okay.

JO:    (SC) Why did you give her...

CW:    I was there, I don't know if it was you or with...

JO:    (SC) I'll tell you something... do you think he gave
       her $30,000.00?

CW:    He didn't give her shit. Well, VICKY...

JO:    (SC) He might've gave her 10 grand.

CW:    VICKY at HORIZON...

JO:    Right.

CW:    ... gives DAVID blow jobs.

JO:    Yeah. Yeah, exactly. Yeah she might be a little
       cutie, man...

CW:    (SC) Yeah.

JO:    ... but I'm just saying...

CW:    And it was a favor for a favor.

JO:    ... (SC) do you think? Right.

CW:    Ah.

104

245D-MM-91505

JO:     You suck my dick and I'll give you 10 grand.

CW:     (SC)  And fuckin'...

JO:     But to him we'll say it was 30 grand... or 20 grand or whatever.

CW:     That's bullshit.

JO:     Right.  That's what happened.

CW:     That's not the way uhh...

JO:     (SC)  Right.

CW:     ... that's not the way you do thing, well number one... you don't steal fuckin' freight to begin with.

JO:     Like I said... it doesn't involve us, so let's not even get involved in it...

CW:     (SC)  Exactly.

JO:     ... 'cuz I don't know nothing about it.

CW:     Exactly.

JO:     You know?  And with this thing...

CW:     (SC)  Unbelievable.

JO:     ... it, it ain't gonna uh like that, it's not gonna happen with us 'cuz we're dealing in trash.  We're gonna out and steal trash?  No, we're not gonna steal trash.  People give up their trash and take it away.

CW:     Right.

JO:     Alright, are we gonna do uh other things?  Yeah we'll, we'll venture off once we start making money.  We'll, we'll branch out, but we'll never be into the... you know... we'll never go, we'll never get in trouble is what I'm saying.

CW:     The only thing, I hate to... I hate to bring it up, but the batteries...

JO:     (SC)  (UI).

245D-MM-91505

| | |
|---|---|
| CW: | ... with the junk yards... |
| JO: | Right. |
| CW: | We should still... see if... |
| JO: | (SC)  You wanna look into that? |
| CW: | ... see if JOHN's interested in... |
| JO: | Alright. |
| CW: | Now that's gotta be a partnership because he would be making introductions. |
| JO: | I'll ask him tomorrow... |
| CW: | Yeah. |
| JO: | ... when I go over there. |
| CW: | And... I don't know, uh-uh, I get, RICHIE... |
| JO: | Right. |
| CW: | RICHIE owns... |
| JO: | SCAVENGER or something, whatever, not the, the... |
| CW: | (SC)  Some... some big... |
| JO: | ... junk yard or something? |
| CW: | ... junk yard... some shit like that.  Now they're... they're on two... well you know the fucking deal. JOHN, JOHN's with uhm... I know it from a different thing...  JOHN's with... with GAMBINOs... |
| JO: | Yeah. |
| CW: | ... in this... |
| JO: | (SC)  No, he's not. |
| CW: | Uh.  Well if he's on his own, God bless him. |
| JO: | JOHN is, JOHN's not associated with anybody. |
| CW: | This RICHIE is. |

245D-MM-91505

JO:     I don't know nothing about RICHIE.

CW:     Yeah.

JO:     JOHN's not associate with nobody.

CW:     (SC)  So... it may be a conflict.  So we kinda have to...

JO:     Right.

CW:     ... tread lightly.

JO:     Well, we'll tread lightly.  Let's take care of our shit first.

CW:     (SC)  You know?

JO:     Let's just do the (UI)...

CW:     (SC)  I know, but the batteries are good.

JO:     (SC)  Well...

CW:     Let me tell you something, man... you get three to 600 bucks a day being banged out...

JO:     What... well if we can do it, let's do it then.

CW:     (SC)  Yep.

JO:     Let's do it.

CW:     Nothing but money.  Nothing but money.  I'd be happy to taxes at the end of the year...

JO:     Well... at least you're (UI)...

CW:     (SC)  ... for the first quarter of next year.

JO:     (SC)  Well how many batteries is that, 30 batteries a day?  How much are we gonna make, $3.00 a battery?

CW:     It's about uh, it's about $2.00 and 20 cents or $2.00 and 40 cents per battery is your net.

JO:     But you gotta get the batteries first.

CW:     You gotta get the batteries...

107

245D-MM-91505

JO:     And you gotta break 'em apart?

CW:     No.  No, no.  You send 'em to uh, RSR...

JO:     Re-, recondition.

CW:     Yeah... a recovery company.

JO:     Right.

CW:     As is, forget the reconditioning.  I was, I was
        thinking about that before.

JO:     I thought you were...

CW:     (SC)  Bad idea.

JO:     Why?

CW:     Bad idea.

JO:     You send 'em all the old batteries and they just make
        'em new.

CW:     A hundred percent.  Well they don't... lead recovery,
        remember?

JO:     Right.

CW:     Two different ways...

JO:     (SC)  Right.

CW:     ... you can do it.  You can have like a cleaning
        line...

JO:     (SC)  Right.

CW:     ... and all that bullshit...

JO:     Bullshit... (UI).

CW:     (SC)  Forget it.

JO:     You're not making nothing there.

CW:     Forget it.  Well I mean we could, but it'd cost 20
        grand just to open up the doors.

108

245D-MM-91505

| | |
|---|---|
| JO: | (SC) We don't want that. |
| CW: | Nah. No, it's crazy. I think it is. |
| JO: | It is crazy, man. (UI) way you got all your money out the, you know... Once uh the, once the ... |
| CW: | (SC) Oh, yeah. |
| JO: | ... magazines... we got that started now... |
| CW: | It's going smooth... keep it that way. |
| JO: | (SC) Well... don't we need to get a warehouse? |
| CW: | I don't think so. |
| JO: | Okay. |
| CW: | I don't think so. |
| JO: | (SC) (UI), we wanna get a load from uh... your boy up there. |
| CW: | We, let's put it this way... what MARK's really interested in... are the adult magazines. |
| JO: | Right. |
| CW: | True? |
| JO: | Uh hm. |
| CW: | This guy, LLOYD... I'm gonna, I'm gonna take a piss and then I'll call. |
| JO: | Does LLOYD work... |
| CW: | (SC) Yeah. |
| JO: | ... stand in for MARK, also? |
| CW: | Pardon? |
| JO: | Does he get the books from MARK? |
| CW: | I don't... think so. I don't think so. 'Cuz I kinda planted seeds... |

109

245D-MM-91505

JO:     (SC)  But he got 'em from JOHN, no?

CW:     Yeah.

JO:     Yeah.

CW:     Yeah.  Well, that's one of the things I went up
        there... not only that, man... LLOYD is the recipient
        of... 36 Gaylords or some shit like that.  If you wanna
        c-, I'm gonna introduce you to...

JO:     (SC)  No, no, no...

CW:     ... to LLOYD.  He's a good person.

JO:     Yeah.

CW:     Jewish guy... big heart...

JO:     Uhm?

CW:     ... seems to be honest, like uh, like MARK is.  Not
        that... Jewish means anything for anything, but...
        he's... he's a straight shooter... or sounds to be.

JO:     No more beer for me.

CW:     So... no more?

JO:     No, I can't.

CW:     Tire?

JO:     No, it's uh, oh yeah, 2:00 nap time, but...

CW:     Ch-...

JO:     I got to uhm, shoot up to Boca and I gotta shoot all
        you can think about, I mean uh... once this (UI)...
        Yeah.

CW:     Well if you're not going to Boca... or if you're going
        to...

JO:     (SC)  (UI), you know, Boca, it's right here... fuckin'
        uh... Palmetto Road.

CW:     Yeah?

110

245D-MM-91505

JO:     I might go on uh 441, over that way.

CW:     Important, or no?

JO:     Yeah, very important.  I have to do take care of this
        today.  I already spoke to the guy this morning, he was
        in rehab...

CW:     Well do your thing.  We'll clean up and drop me off...

JO:     No, I'm not droppin' you off, (UI)...

CW:     (SC) I'll get my ass, yeah... no, I don't wanna go
        Boca.  I'll piss my pants in your car.

JO:     Naw-huh.

CW:     I'm serious.

JO:     I'm supposed to (UI) old lady... she calls up the body
        shop... she says (changes voice) yeah, I got in an
        accident, and can you guys you know, fix my car?  I'm
        like, yeah, where you live?  That's why I said, I'll go
        out (UI).  (UI) thousand dollar's worth of damage...
        (UI) yeah... sign me up, lady.

        (Sliding glass door is opened)

CW:     (UI)... I got a plate earlier today, too, and I fuckin'
        forgot 'cuz I didn't have a pen.

        (Rhythmic sounds of walking)

JO:     You what?

CW:     A license plate.

JO:     Oh, from an accident?

CW:     Yeah... a little like teal green Ford minivan.  Ahm...
        shit.

JO:     Don't worry about it.

CW:     No, but it was good.  It was a big fender bender.

JO:     (UI)...

CW:     Hey JOHNNY... where do you want this trash?

                            111

245D-MM-91505

| | |
|---|---|
| JO: | I put it downstairs... |
| CW: | Hm? |
| JO: | The garage. |
| | (Sounds of activity) |
| JO: | Whew. |
| CW: | Can I open this... the door? |
| JO: | (UI).   Yeah. |
| CW: | Gotta tie this, I gotta take a piss, man.  You wanna tie that? |
| JO: | Put it down. |
| CW: | (SC)  I'm gonna take a leak. |
| JO: | Throw it in the garbage can the way it is. |
| | (Sounds of movement) |
| | (CW enters the bathroom - door is closed) |
| | (CW uses the toilet) |
| CW: | Excuse me, guys. |
| | (Whistles while using the toilet) |
| | (Toilet is flushed) |
| | (Door is opened) |
| JO: | (UI). |
| CW: | I pinched my nuts. |
| JO: | (UI)? |
| CW: | I had to do that, ouch, excuse me... |
| JO: | Squeezed your nuts? |
| CW: | Yeah... I got 'em in the zipper. |

245D-MM-91505

JO:     Oh, that's what I do, too.  See my new furniture
        (UI)... my fuckin' leather's all fucked.

CW:     It's not.

JO:     It's all, yeah, it's all cracked up and everything.

CW:     (SC)  That's frayed...

JO:     (UI) new shit, man.

CW:     No, you don't.

JO:     (UI - walks away)

CW:     Whew...

JO:     (UI - another room)...

CW:     Yeah.

JO:     Let's definitely try and get that loaded up on Friday,
        and then we'll get it shipped Monday...

CW:     JOHNNY... ahem...

JO:     (UI), you know what I'm saying.

CW:     I can move it on Thursday.

JO:     Let's move it (UI).

CW:     (SC)  I just, I just don't want any problems with
        SOUTHEASTERN at this point when we're trying to...

JO:     (SC)  Well, why don't you call ALVIN now and say
        listen, (UI)...

CW:     (SC)  He's sick.  He's sicker an a dog.  MORRIS is
        outta town.

JO:     Yeah, I know but...

CW:     (SC)  He left...

JO:     ... that's a big fuckin' problem, is that (UI), he
        doesn't (UI).  That's why we gotta get a new (UI)...

CW:     (SC)  Real sick.  Well, as long ALBERT gets paid, he

113

245D-MM-91505

doesn't give a shit.

JO:     Yeah, but why should we pay him?  Let's get the shit
        (UI), let's...

        (SC - UI conversation in the background or a
        television/radio)

JO:     ... (UI).

CW:     He's still controlling the material.

JO:     Yeah, but I'll tell you, if we can't continue uhm... up
        north, you know, up from wherever... take, we'll take
        50, 60 (UI)... the place to do (UI)... and break it up,
        right?

CW:     North Carolina...

JO:     Right.

CW:     ... has got enough material with the uh magazines to,
        to just keep us busy for six months.

JO:     Well that's what I'm (UI)...

CW:     (SC)  What we're doing right now is just... (blowing
        sound).

JO:     Gravy.

CW:     Yeah.

JO:     Yeah, why don't we get this (UI)...

CW:     (SC)  North, South Carolina and North Carolina, rather.

JO:     (UI)... whatever it is, if we can get the shit... and
        then we got (UI), and you get this other going, (UI)...

CW:     (SC)  Yeah.

JO:     You know, instead of selling to like, say three, you
        know with the market (UI)...

CW:     (SC)  Right.

JO:     ... 'cuz it sells for fuckin' (UI)...

114

245D-MM-91505

CW:    Right.

JO:    But hey, let's make the money, you know...

CW:    (SC)  Keep it simple.

JO:    ... keep it simple.

CW:    Yep.  Without a warehou-, I, no warehouse, man.

JO:    (SC) (UI)... why you store 'em (UI) warehouse, I
       mean...

CW:    We'll kill ourselves.  Hey, did you talk to GARY... fat
       guy?

JO:    I saw him uh, last Sunday night.  I didn't talk to him,
       though.

CW:    (SC)  No, you mentioned that you...

JO:    I hear he wanted elec-, (UI) electronics.

CW:    We can get a lot...

JO:    Of what?

CW:    Electronics.

JO:    (UI).

CW:    Anybody... company called AMP...

JO:    AMP.

CW:    AMP does the uh copper components for uhh... MOTOROLA?

JO:    Right.

CW:    MOTOROLA or... BELL SOUTH.  But his partner's an
       asshole.

JO:    We don't wanna deal with his partner...

CW:    No.

JO:    But if you say (UI)...

CW:    (SC)  RON's a dick.

245D-MM-91505

JO:      If we get the stuff, he's gonna pay for it, (UI)...

CW:      Yeah.  No, but it's, it's all recovery material.  It'll
         all scrap waste at... but see... uh GARY, GARY and
         RON...

JO:      (UI).

CW:      They, they... they want... a lot of paging units and
         this that they can sell overseas.

JO:      Right.

CW:      And that's their forte, and I told RON flat out...

JO:      (SC) (UI).

CW:      ... you know... homey don't play that.

JO:      That's right.  Right.

         (UI - possibly a television or radio in the background)

CW:      Well... it's a bad idea.

JO:      Right.  Oh, yeah, because if it comes back, you still
         have to destroy it.

         (UI - background)

CW:      Yeah.  Yeah, forget it.

JO:      (SC)  (UI)...

CW:      Too much liabil-, like we talked about.  And DAVID
         BELL's the one that... made the introduction and I had
         forgotten...

JO:      (SC)  You were (UI)...

CW:      ... that you had mentioned...

JO:      And I said I got the warehouse (UI).

CW:      Yeah.  Yeah, but they got, they get... they're in a
         divided warehouse... half of the warehouse... excuse
         me... unlocked... looks legitimate.  The other half...

JO:      ... is locked up.

                              116

245D-MM-91505

| | |
|---|---|
| CW: | All stolen components. |
| | (Television in the background) |
| CW: | Stolen or, or through... MOTOROLA... and it's, it's not worth it.  Really. |
| JO: | Well, yeah.  Well you know what?  We don't have nothin' to (UI)... |
| CW: | No.  No.  No, but DAVID got pissed at me... 'cuz I turned the deal down. |
| JO: | Yeah, well you're right. |
| CW: | Uh. |
| | (Television) |
| CW: | You're gettin' tired. |
| JO: | Who, you? |
| CW: | No, you. |
| JO: | No, I'm lookin' at the (UI)... |
| CW: | No, no. |
| JO: | (UI), oh yeah. |
| | (Television) |
| CW: | Hey, is she gonna be here for a few minutes? |
| JO: | She's gonna be here for a while. |
| CW: | You wanna drop me off?  Hm? |
| JO: | Take my wife's car (UI)... |
| CW: | What? |
| JO: | Take my wife's car. |
| CW: | Sure? |
| JO: | Take it away, man.  Yeah. |

117

245D-MM-91505

CW:     What're you gonna crash?

JO:     Sure, well I can't leave the place.  (UI) here... I
        might just go... you know?

CW:     I don't wanna do that, but I don't wanna wait around
        while you're...

JO:     What?

CW:     ... waitin' for her.

JO:     She's (UI)...  (UI) car, (UI).

CW:     I don't give a shit.  Either way.

JO:     Take the wife's car there.

CW:     You sure?

JO:     What I'm gonna do is, REGGIE's uh, I, I pick 'em up
        from like uh...

CW:     (SC)  Alright.

JO:     ... (UI).

CW:     Alright.  Let me run back.  Otherwise HEIDI fuckin'...

JO:     (SC)  (UI).

CW:     No, I'll be good with your car.

JO:     Once I finish that (UI), I'll give you a call and...

        (Sounds of movement and hums)

JO:     (UI).

CW:     Oh, a fuckin' dickey.

JO:     (Laughs)  (UI).  (UI) otherwise it's been acting up on
        me.

CW:     Don't worry about... don't worry about it.  I was so
        happy to make love last night...

JO:     (Belches)  Good for you.  (UI).

118

245D-MM-91505

CW:     Alright?  Alright, big brother.

JO:     I'll talk you later, man.

CW:     Alright.

JO:     We'll get it goin'.  Be careful, alright?

CW:     Appreciate it.

JO:     Well, watch the tires.  It pulls to the right.

CW:     I know.  (Enters the vehicle)  Call me when you get up!

JO:     I'm not going any place.  I (UI) call, (UI) up north.

CW:     Alright.

        (Vehicle warning chimes and ignition is started)

        (Door is closed)

        (Window is opened)

JO:     Open the windows, get some air until it starts blowing.
        Ahm... what was I gonna say to you?

CW:     You love me?

JO:     Oh, if she fucking stalls... like it doesn't crank
        over... the positive terminal, I have a little
        screwdriver there, just fuckin' whack it, bang-bang-
        bang.

CW:     Whack what?

JO:     The... positive...

CW:     (SC)  Oh.

JO:     ... terminal, 'cuz there's a little battery acid coming
        out of it.

CW:     (SC)  Yeah... as long I don't get a ticket.

JO:     You won't.

        (Driving sounds)

119

245D-MM-91505

(Movement within the vehicle)

(Traffic sounds)

(Melodic tones - touch tone dialing of the cell phone)

(CW clears his throat)

(Driving sounds)

CW:      (On the phone)  Hey, CHRIS, it's ADAM.  Give me a call.

(Cell phone is clipped closed at the end of the call)

(Brief sounds of radio music)

(Melodic ringing of the cell phone)

CW:      (Answers the phone)  Hello.  Yes.  What's up?  Nothing,
         I'm...  No, you know what?  I did.  I'm sorry about
         that.  I just got out of a meeting...  I'm driving back
         to my place right now.  Wanna give me about uh 20
         minutes?  Okay.  Yeah, just give me a shout back.
         Alright, thanks, LLOYD.  Bye.

(Cell phone is clipped closed at the end of the call)

(Driving sounds)

CW:      God dammit.

(Touch tone - cell phone)

CW:      (On the phone)  CHRIS... hey, can you hear me?
         Nothing.  Just wrapped up.  Well I hope it went well,
         this fucking thing, you know what?  I hope I'm not
         swearing with people around...  You know, you can't see
         a God damned thing with this, with the... the little
         light or whatever you wanna call that...  I hope to God
         it recorded.  Ahh... long and short?  Well, are you
         gonna... get with me or no?

(On the phone)  (IA - Response)

CW:      (On the phone)  Uhh... it was about... and hour... and-
         a-half, two hours.

(On the phone)  (IA - Response)

120

245D-MM-91505

CW:     (On the phone)  Uh, tomorrow.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Yeah.  Well, we're gonna talk more
        shop...

        (On the phone)  (IA - Response)

CW:     (On the phone)  It had a lot to do with everything that
        you guys wanna hear.

        (On the phone)  (IA - Response)

CW:     (On the phone)  But you're gonna have to, I don't
        wanna, I don't wanna keep... tape recording
        conversation... at this point.  And frankly, I kinda
        pushed him... to uh, to, to cut things short because I
        don't know if this damn thing is recording or not.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Uh, zip, nothing.  I'm done.  I... I
        had a few beers, so... I'm not driving, I'm not running
        around or anything.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Uh hm.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Okay.

        (On the phone)  (IA - Response)

        (Driving sounds)

CW:     (On the phone)  Uhh... yeah.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Uh hm.

        (On the phone)  (IA - Response)

CW:     (On the phone)  Right.

        (On the phone)  (IA - Response)

121

245D-MM-91505

CW:         (On the phone)  Okay.  Well you can't, you can't see
            this light when you hold it up close.

            (On the phone)  (IA - Response)

CW:         (On the phone)  Uh hm.

            (On the phone)  (IA - Response)

CW:         (On the phone)  Okay.  Well you didn't, you didn't tell
            me that.

            (On the phone)  (IA - Response)

CW:         (On the phone)  Right.

            (On the phone)  (IA - Response)

CW:         (On the phone)  Ah...

            (Sounds of movement)

CW:         (On the phone)  Okay.

            (On the phone)  (IA - Response)

CW:         (On the phone)  Okay, when it flashes, what does that
            mean?  ...  Pschew.  Okay...

            (END OF RECORDING)

| | |
|---|---|
| FILE NUMBER: | 245D-MM-91505 |
| DATE OF RECORDING: | JULY 5, 2001 |
| TIME OF RECORDING: | 17:35:46 |
| CD NUMBER: | 1 |
| SESSION: | 6 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | PATRICIA VAN BRUSSELEN/HRA |
| DATE TYPED: | AUGUST 18, 2001 |
| PARTICIPANTS: | CW - COOPERATIVE WITNESS |
| | JO - JOHN O'SULLIVAN |
| ABBREVIATIONS: | (UI) - UNINTELLIGIBLE |
| | (PH) - PHONETIC |
| | (IA) - INAUDIBLE |
| | (SC) - SIMULTANEOUS CONVERSATION |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Re PROSECUTION

245D-MM-91505

(Sound of activity/movement)

(Background sounds)

CW:     (On the phone) Hello.  Hello...  (Thump)  JOSE?  I'm
        sorry, who's this?  PEDRO, what's up buddy?  ADAM in
        room 189...  Can you do me a favor?  In about an hour,
        can you send somebody up here to vacuum?  Oh, great.
        Alright.  Put me on the schedule for tomorrow.

JO:     (Passes gas)

CW:     (On the phone)  Thank you.  Bye.

        (End of phone conversation)

CW:     JOHNNY O!

JO:     Sorry brother.

CW:     JOHNNY, you fartin' still?

JO:     I'm just, still fartin' (UI).

        (Toilet flushes)

CW:     (Short laugh)

JO:     It was a stinky one, too.

CW:     Shit.  Whew...

JO:     What'd'ya got, man?

CW:     Look at that.  Tell me what you think?

        (LOUD SOUND)

CW:     Look at it.

        (UI)...

        (Sound of activity)

JO:     I need uh, I need uh get my shit cleaned out of there.

CW:     (SC)  No, (UI).

JO:     I ain't (UI)...

2

245D-MM-91505

| | |
|---|---|
| CW: | Huh-huh, me too. |
| JO: | Fucking tired... every time I try to lay down... (UI)... JARU (PH). |
| CW: | Yeah... |
| | (Rummaging sounds) |
| JO: | Co-signed to F&L. |
| | (Television is heard in the background) |
| JO: | Seven Gaylords.  Right. |
| CW: | Here, check the... (UI ~ loud sound) it out. |
| | (Scraping sound) |
| CW: | WARNER... fuck. |
| JO: | (UI)... |
| CW: | I lost my (UI). |
| | (Sound of activity) |
| JO: | So he got the one, he just fucking farmed it out to everybody? |
| CW: | No. |
| JO: | No? |
| CW: | Us... |
| JO: | (UI). |
| CW: | Us, us... us. |
| JO: | Right. |
| CW; | This. |
| JO: | Right. |
| CW; | Maybe the fast states. |
| JO: | (SC) (UI)?  Right. |

3

245D-MM-91505

CW:    Next... now that's JOHN.

JO:    METRO T, number one.  What's JOHN now, (UI).

CW:    I just got all this faxed to me... about an hour-and-a-half ago.

JO:    From who?

CW;    From uh, SOUTHEAST...

JO:    (UI), so...

       (Can is opened)

JO:    ... who the fuck wants this, right?

CW:    You know what this is?

JO:    No, no, no.  Tell me.  Seven Gaylords... (UI)... S&L, (UI), what's S&L?

       (Sound of activity)

CW:    Oh, no... it's a company I couldn't locate.

JO:    For what?

CW:    For gettin' fuckin' uh, I still haven't got your package.

JO:    That's where the Gaylord, that's the guys... where the big one is.  (Whistles)  Nice.  (UI).  Now where are you lookin' in the Keys, (UI)...

CW:    No, these were just uhh...

JO:    Extra?

CW:    ... confirmation that they shipped.

JO:    Right.  Right.  Just, I'll be... destination (UI)... Georgia...

CW:    What I'm doing is making sure that we have proper paperwork in order.  ..

JO:    Right.

4

245D-MM-91505

| | |
|---|---|
| CW: | ... in case there's a problem or in case SOUTHEASTERN comes back or... |
| JO: | (SC)  And say yeah. |
| CW: | ... just in case... nah, you guys didn't pay for this... |
| JO: | Yeah. |
| CW: | Uh huh.  We got proof... |
| JO: | Right. |
| CW: | ... 'cuz they signed bill of ladings.  Everything's a clean of sale. |
| JO: | Right. |
| CW: | This one... I think ALBERT accidently sent me. |
| JO: | Yeah, by mistake. |
| CW: | Yeah.  Remember the company I questioned MARK about? |
| JO: | Right. |
| CW: | Or uh, you were here (UI). |
| JO: | (SC)  No, I know I, I remember you, we talked about this... May 16th... collect... S&L. |
| CW: | Okay.  So they were back-dooring, shipping material direct... |
| JO: | Right. |
| CW: | ... didn't pay for it... |
| JO: | Right. |
| CW: | ... and fuckin' us. |
| JO: | Right. |
| CW; | A hundred percent. |
| JO: | So you're sending shit up to MARK? |

5

245D-MM-91505

CW:    I know.

JO:    Right.

CW:    But it looks like what happened was MARK probably
       attempted or JOHN...

JO:    Uh hm.

CW:    ... GOLDEN... tried to attempt a uh blank shipment...
       or DOMINION made a mistake...

JO:    Filled it out.

CW:    ... or ALBERT had a relationship...

JO:    (Belches)

CW:    ... saw OLD DOMINION as a carrier, called 'em for a
       bill of lading and said oops, we lost our paperwork...
       they faxed it over... on the same it delivered...

JO:    Right.

CW:    ... much later, at 7:00...

JO:    Right.  These mother fuckers, man.

CW:    Yeah.

JO:    They, they've been fuckin' ya...

CW:    (SC)  No tr-, no...

JO:    ... everybody.

CW:    ... no, trucking company's gonna pick up at 7:00.

JO:    Right.  07-fif-, 14.  (UI)...

CW:    (SC)  Yeah, there's no one...

JO:    ... no?

CW:    Is it?

JO:    Yeah, 0714 is in the morning.  If it was in the
       afternoon it would be 1514.

6

245D-MM-91505

CW:     No, it's in the, it could've been 7:14, yeah.

JO:     (SC)  Could've been (UI), it could've been also.

CW:     Trucking companies aren't on... military time.

JO:     Well I don't know, just I just, I was just asking.
        Those fucking, these guys are sending shit behind your
        back...

CW:     No way...

JO:     Who's S&L?  That's MARK.

CW:     S&L is a company that... MARK's affiliated with.
        That's the reason for my concerns.

        (Strumming sounds)

JO:     What do we do?

CW:     Well, uhm...

JO:     Huh?  Hey, MARK's still fucking paying us.

CW:     He is.

JO:     Right.

CW:     Oh, it's not MARK.  MARK didn't initiate it.  He
        probably had good intentions.

JO:     This is your boy, this is uhh... SOUTHEASTERN's...

CW:     (SC)  Yeah.

JO:     ... fucking... you know, fuck, I'll be man, this...

CW:     (SC)  Yeah.

JO:     ... (UI) keep the money.

CW:     Yeah.

JO:     They've been the whole fucking (UI)...

CW:     A hundred percent.

        Well...

7

245D-MM-91505

CW:    A hundred percent.

JO:    You know, a lot of 50's men... (UI) cash.  Who cares?

CW:    It doesn't matter.

JO:    Okay, here's my cut...

CW;    Did she have a problem?

JO:    Uh, no.  Two-and-a-half, let's see, two-and-a-half
       points she charged us... it was uh, what was that?
       Twenty-five, seventy, was it...?

CW:    Yeah, it was a check about...

JO:    Twenty-seven-fifty...

CW:    ... it's...

JO:    Twenty-seven-fifty... was the check about, and then she
       took... uhm, like seven dollars out, whatever.  And I
       spent 10 on the beer.  Huh.

CW:    So it's what?  Two-and-a-half percent?

JO:    Two-and-a-half... she charges.  Did he charge us less
       last night?

CW:    I don't know.

JO:    Yeah.  I don't know, either.  I'm just saying, boom.
       (UI)...

CW:    (SC)  Are you sure he signs these?

JO:    No, no, no, he's good.  This is his monthly.  He's
       outta town, and she wasn't doing it for me.  And I
       called him up... she goes JOHNNY, (UI), I got a check
       mess, I'm going to the Keys tomorrow.  He said ah, he
       said, I won't be back till fucking Monday.  I said I
       need cash.

CW:    He trusts you?

JO:    Oh, yeah.  Yeah.

       (Melodic ringing - cell phone)

8

245D-MM-91505

JO:     (UI).  Uhm...

        (Ringing)

JO:     Yeah, that should it.  One, two...

CW:     ALBERT right now.  Take that call.

JO:     That's two.. and then six... six-sixty and I put two...

CW:     (SC)  Okay.  Well what do you need?  This six-sixty and uh...

JO:     We spent a hundred?

CW:     Yeah.

JO:     (UI)...

CW:     (SC)  Yeah, take another two hundred so you got...

JO:     (SC)  (UI)... I got eight, six yeah, (UI)...

CW:     Okay, you got eight-sixty but...

JO:     (SC)  (UI)... well I appreciate it.

CW:     And if you run outta money...

JO:     Well... I might.  This is...

CW:     You go crazy...  Bullshit.  (UI)...

JO:     (SC)  See, these mother fuckers...

CW:     Yeah.

        (Melodic ringing)

CW:     No, I just wanted to show that you because I thought you might get a kick out it.

JO:     (SC)  (UI)... mother fuckers.

        (Melodic sound)

JO:     Mother fuckers mad at him... we got, we have to, we have to take over everything else, all uh...  Nobody, nobody knew...

9

245D-MM-91505

CW:      (SC)  I knew that, I know.

JO:      ... that next week, you know, next two, next week we
         get...

CW:      (SC)  Make sure you have the right amount.

JO:      I do, one, two, three, you want uh all those 50's?

CW:      Yeah.

JO:      Oh, you're going...

CW:      Yeah, I like 50's better than...

JO:      (SC)  They're good, yeah.

CW;      ... hundreds... 'cuz one of these places... You're
         sure?

JO:      Yeah.  This is fine.  What do you want?  You wanna
         split it 50-50?  No, I think this is enough, man.  This
         uh...

CW:      (SC)  (UI).

JO:      ... you should uh... I don't want it.  No.

CW:      (SC)  If you wanna have the money in the Keys... just
         call me up and I'll...

JO:      (SC)  No, I'm fine.

CW:      ... (UI).

JO:      Fuck me.  I'm fine.  This is more than, this is, this
         more than fine.  Uhm, also... no, this is enough to
         hold me.

CW:      Well...

JO:      Also...

CW:      My back is (UI - whispers)...

JO:      ... unless you're gonna lose it, though... here's the
         key for the house...

         (Metal dropping sound)

10

245D-MM-91505

CW:     Okay.

JO:     ... in case you want to take HEIDI down there...

CW:     I talked to her about it.

JO:     What'd she say?

CW:     She's out right now...

JO:     (UI).

CW:     ... didn't comment... she'll be back...

JO:     Is she feeling the air on her...

CW:     No.  No problem with that.

JO:     Alright, good.

CW;     No, she just...

JO:     I know.

CW:     ... wouldn't wanna do anything...

JO:     (SC)  This...

CW:     ... when you guys are outta town, 'cuz it's...

JO:     (SC)  No, no.  Listen... ADAM, what're you gonna do?
        Steal the appliances?  No.  (Laughs)  No.  Yes, these
        mother fuckers going behind you.  Now this is S&L...

CW:     (SC)  Yeah.

JO:     ... is the one where MARK's...

CW:     Yep.

JO:     They sent the shit up there...

CW:     (SC)  Well obviously SOUTHEASTERN sent this...

JO:     Right.

CW:     ... to me.

JO:     Right, just say... this is the bill of lading.

11

245D-MM-91505

CW:     (SC)  And apparently they forgot the fact that's...

JO:     Right.  All the (UI) here.

CW:     Yeah.  I was thinking at first, oh it's harmless.

JO:     Right.

CW:     And when I... look at the transaction report on the top...

JO:     Uh hm.

CW:     ... and it says OLD DOMINION.

JO:     Right.

CW;     So the got it from fuckin' OLD DOMINION...

JO:     Right.

CW:     ... a few after...

JO:     (UI).  Right.

CW:     This is what I mean by uh back-doorin', just so you know what it is.

JO:     (SC)  Oh, I know what back-doorin' is.  Uh, you get fucked.

CW;     And what (UI)...?

JO:     Somebody signed for it... that's what that is. Somebody, by checkin' in... right?  Authorized signature...

CW:     Yeah.  That might be (UI)... but anyway...

JO:     Alright, then let's go, then.  Let's stop playing, fucking around...

CW:     You need this?

JO:     No, I don't need it.  That's...

CW:     Alright.

JO:     Hold onto to everything.  I can't do...

12

245D-MM-91505

CW:     (SC)  On... Tuesday...

JO:     Right.

CW:     ... we can ship the next load.  It'll be about 14...

JO:     That's perfect.

CW:     Alright.

JO:     Make sure they're full.

CW:     Yeah.

JO:     And it's gonna be...

CW:     (SC)  Yeah.

JO:     ... 300 a pop.

CW:     Three hundred.

JO:     (UI)... 14, 3,000, 4...

CW:     (UI - mumbles)... 36 (UI).

JO:     ... 4... 4, 3... 4, 3, 6, 9, and 12.  Yeah, 42...
        $4200.

CW:     Okay.  I'd ask him to send you a check...

JO:     What?

CW:     A check or a certified check.

JO:     Why, you think it'll bounce... that much?

CW:     (SC)  Uhhh... just being...

JO:     Cautious.

CW:     Yeah.  Cautiously optimistic.  I mean, did this girl
        give you shit... or his mom?

JO:     No, she, 'cuz she and the son... I'm good friends with
        MARIO.  She knows he, he... she called him fir-, I
        called her.

CW:     Who is this guy, JOHNNY?  (UI), uh you know...

13

245D-MM-91505

JO:      (SC)  MAR-, I'm, (UI), he's a check cah-, the, the
         check cashing guy.  I have his card.  Remember I was
         gonna (UI)...

CW:      (SC)  Good guy, though?

JO:      Excellent guy.

CW:      For sure?

JO:      For sure.  Excellent guy.

CW:      (SC)  Please... don't give me any shit bags...

JO:      (SC)  No.  No, no, no, no.  I don't deal with nothing
         because you know what?  Everything he does... it goes
         through his bank.  Everything...

CW:      (SC)  No trouble?

JO:      ... no trouble at all.

CW:      Like we found, I get paranoid when I drink a few beers.

JO:      I know.

CW:      I don't fucking need it.  Neither do you.  I went to
         court this morning, and that was the worse experience
         of my life, you were there next to me...

JO:      (SC)  I was with you, buddy.  And (UI)...

CW:      (SC)  Ah!

JO:      ... wasn't nervous...

CW:      Tried, ah, drive me fucking nuts.  Uhh... the other
         thing... I'm in conversation with a couple of guys,
         borrow some more funds that we talked about...

JO:      (SC)  Good.

CW:      Well, did you talk to MAMONE, or no?

JO:      I didn't, no, 'cuz... people around.  I didn't wanna
         talk with...

CW:      Okay.

14

245D-MM-91505

JO:     I mean, if I tell JOHN I need fuckin' funds, he'll lend it to me.  There's no problem.

CW:     Right.

JO:     He knows I'm good for it.  That's (UI)...

CW:     The only thing I wanna avoid, I wanna avoid a situation like uh... (UI)... I wanna avoid a situation like... me and DAVID.  Not with the house...

JO:     (UI)... just in business in general?

CW:     Yeah.  DAVID (UI) funds...

JO:     Right.

CW:     He made an excuse when I invited him to talk to me...

JO:     (SC) Right.

CW:     ... at my house...

JO:     Uh huh.  There ain't gonna be no problem with (UI).

CW:     ... and... gave me a fucking beatin'.

JO:     Yeah.  No, that'll never happen with you.  You know what?

CW:     (SC) Yeah.

JO:     If I was there, that wouldn't have happened either.  He knows (UI)...

CW:     (SC) Yeah.  Well, my only fear with me even bitching and moaning about... (UI) funds is that... he might...

JO:     (SC) That's it.

CW:     ... you know.

JO:     That's it.  If I only get like two grand, I can say JOHN... I need four grand... to pay my mortgage... and to pay my maintenance.  That's all he needs to know. ADAM go in, I'm puttin' ADAM in the house, but he don't have the money yet.  I just gave it to you.  Float me four grand for a month.

15

245D-MM-91505

| | |
|---|---|
| CW: | If JOHN wouldn't do it if he knew I was involved, (UI)... |
| JO: | (SC) No, no, no, no. He's the one said put ADAM in your house. He's the one, I swear to God. |
| CW: | (SC) He didn't recommend... |
| JO: | He recommended, put ADAM in the house, he said. |
| CW: | That's bullshit, man. What... |
| JO: | (UI). |
| CW: | Still (UI)... |
| JO: | (SC) JOHN, I told you what JOHN said. The only fuckin', as far as JOHN, you know, uh he said, remember I came back to ya, said you know what happened between you and him had nothing to do with JOHN, you know. |
| CW: | Yeah. |
| JO: | He's loaned you money. But he's the one that said... put ADAM in your house. (UI). |
| CW: | (SC) Hey, I know... DAVID went right to JOHN... |
| JO: | Right. When? After that shit happened? |
| CW: | Yeah. |
| JO: | Yeah, remember JOHN told me the next day? |
| CW: | (SC) Told... told JOHN... that he threw me a beatin'... for the money that was owed. Heh? (UI)? |
| JO: | Yeah. I think that... |
| CW: | You know it. |
| JO: | But he didn't say he threw you a beating, he said he fucked up. |
| CW: | Well DAVID said... |
| JO: | (SC) (UI). |
| CW: | ... he fucked up. |

16

245D-MM-91505

JO:    DAVID said he fucked up.  And uh...

CW;    (SC)  But what...

JO:    ... and it wasn't just, you know, outta hands, giving
       an excuse.  But I told JOHN, said yeah, DAVID was
       fuckin' wrong.

CW:    'Cuz I loaned him money.

JO:    Not that.  DAVID was wrong (UI)...

CW:    ... or he loaned me money.

JO:    Well I, I said that he came over... to see that you
       were moving out and this and that, and... I wasn't
       there to see what happened, so...

CW:    Why the fuck would DAVID call JOHN?

JO:    'Cuz he's fucking... he's out on bond, out on bail.  He
       fucks up... you call the cops on him, he gets arrested,
       and now he violates his probation, not probation, he
       violates his parole... now he goes into the, automatic.
       That's why.  He's crying and shit.

CW:    They're not gonna, that's what worries me about when
       you talk to JOHN... (UI)...

JO:    (SC)  (UI)...

CW:    Things like that, little things, yeah, the fact that...
       the fact that BELL would call JOHN MAMONE... well to
       say, I fucked up...

JO:    Yeah.

CW:    ... why would he call?

JO:    Why?  Because he knows fucking, send JOHNNY O into the
       fuckin' (UI) now, make sure nothing's happening.  You
       saw the way I was that night.  I don't know if
       remember, but I (UI) I...

CW:    (SC)  Oh, oh, yeah.

JO:    ... called your house back.

CW:    Oh no, no, no.

17

245D-MM-91505

JO:    Fuckin'...

CW:    You're right.

JO:    ... had to be important, what's that mother fuckin'...

CW:    (SC) You're right. But why would fuckin' DAVID call JOHN?

JO:    Because he fucked up. 'Cuz he coulda gone to jail and he knows. Uh, h-he knows that, DAVID probably knows fuckin'... JOHN (UI) called me... find out what happened. Yeah, see, and I did, just like what happened? But let's forget that.

CW:    (SC) I know. I know, now it bothers me. I don't want to get fuckin'...

JO:    (SC) But what... it ain't, it ain't gonna happen...

CW:    ... shit.

JO:    You listen...

CW:    And I don't want you to get in shit, above all.

JO:    (SC) I know that...

CW:    And I'll protect you before I protect my fuckin' self...

JO:    (SC) ... (UI).

CW:    ... (UI) this point.

JO:    How many times have I ever tell you (finger-drumming sound)? You didn't do nothing wrong, you got nothing to worry about.

CW:    Uh-uhm-uhm-uh.

JO:    You know? And if you got it, we, we're not nothing in with these mother fuckers...

CW:    Uh huh.

JO:    I don't tell 'em my business, this and that.

CW:    (SC) Nobody know nothing, right?

18

245D-**MM**-91505

JO:      I don't say nothing...

CW;      (SC)  No business...

JO:      I didn't, like JOHN asked me the uh, last night.  We go
         out, you know... come back, (UI), you go court
         tomorrow, this and that...  No, he ain't going.  (UI)
         around with him, gave him a ride, he needed a ride, so
         I told him I'd give him a ride.  He, he goes, how are
         you, how you doing?  I said he's doing good... (UI)
         apartment over there...  Yeah, it's uh, (UI)...

CW;      Well, that's why I asked ya.  I know it's stupid
         because me and you are both friends with JOHN, more
         friends with JOHN than DAVE... by far.

JO:      Yeah.

CW:      You know what bothered me most... (loud noise)... the
         fact that... what he said, what he just (UI) is that
         uh... the fuckin'...

JO:      (SC)  Well, you know what it was?

CW:      (UI)...

JO:      (UI).

CW:      ... that JOHN... JOHN called (UI) what happened...

JO:      Yeah.

CW:      DAVID called him and said (UI - loud noise)... fucked
         (UI)...  DAVID should never even called him in the
         beginning.

JO:      Well he didn't call him at home.  He called the
         fucking... (UI) whatever, something like that over a
         call.

         (Sounds of activity)

JO:      Told GRACE he was working (UI)...

CW;      Oh, that bastard?

JO:      No, no, no.

CW:      Oh, fax.

19

245D-MM-91505

JO:     GRACE.  (UI)...

CW:     (SC)  (UI) said faximo (PH).

JO:     But no, no, no, no.  Let's forget about that.  Don't
        worry about that.  That's not...

CW:     (SC)  Nah, it's just, (UI) to do...

JO:     It's uh, nothing to do with us.  And (UI)...

CW:     (SC)  It's my ass because it...

JO:     (SC)  No, (UI)...

CW:     I owe money... to JOHN...

JO:     (SC)  They're not... they're not involved with us,
        whatever, no.

CW:     (SC)  That's... uh no, but going back, whatever...  If
        I owe money to JOHN, that's a different situation...

JO:     (SC)  Right, yeah, I know.

CW:     ... than me uh owing, or ever owed any money to BELL.

JO:     Right.

CW:     True?

JO:     It sure it true.  Totally different fucking, you know,
        two... night and day.

CW:     (SC)  No, don't need the fucking...

JO:     We're not gonna happen.  Not if I have, my point is if
        I said need (taps) 4,000 to cover my, you know,
        maintenance and my mortgage for the last two months I
        haven't paid... he's not gonna ask.  Give it to him,
        boom.  I say you'll have it back in 30 days.

CW:     Huh.

JO:     When that check, he... he's not gonna know about
        (UI)... I won't even like 6, I'll tell him like 4...
        You know?

CW:     Right.

JO:       'Cuz 4's not a lot.  And ooh-ooh, couple of loads, boom
          boom.

CW:       Yeah.  Basically one load.  ..

JO:       One load.

CW:       ... as long as it's... 14, 15 Gaylords, like...

JO:       (SC)  Right, one...

CW:       ... magazines (UI).

JO:       ... one load (UI).  And we gotta busy.  Work on this
          weekend, now.  Look at them mother fuckers up there.  I
          guess (UI) get...

CW:       Pow, fucking cats (PH).  They're a pain in the ass,
          man.

JO:       They're not, see they're scared, man.  That's why
          they're off today.  (UI) little pie.  Well let's, let's
          uhm... let's get all that shit.  Take HEIDI down to see
          the house.

CW:       Uh hm, uhm.

JO:       You know, (UI) do with it...

CW:       It's done, it's done.  Boom.

JO:       Let me put (UI)...

CW:       (SC)  (UI).

JO:       You give me 20 bucks for the tire.  Put a new, a used
          tire on it.

CW:       (SC)  Right, no, no, no.  I can, get out...  I don't
          need... here.

JO:       (SC)  Alright.  Just, I don't want you crash with the
          kids in the car.

CW:       You're loaning me the car...  I'll take care of that.

JO:       (SC)  And... open the hood, check the battery...  Your
          note's on the hood... just (UI).

21

245D-MM-91505

CW:     Passive terminal... bang it with the screwdriver.

JO:     Yeah, a little hard or, you know.  This way you clean
        it off, the battery acid (UI).

CW:     (SC)  I know how to do it.  I (UI)...

JO:     (SC)  Alright.

CW:     But just... don't get in trouble...

JO:     I'm not gonna get in trouble.

CW:     ... over the.. weekend.

JO:     I'm not going...

CW:     ... (chuckles) or anything.

JO:     (SC)  I'm not... Listen... we're not gonna like,
        REGGIE said she was, I'm not even drinking.  We gotta
        go out, meet... that fucking girl.  I said wh-, I told
        you I wanted to get rid of her.  But well, they invited
        us out to dinner... for our anniversary.  You know...
        that they could then take us out (UI).  Where we going?
        They live on a boat.  Oh well, I said no, you tell
        we'll go down the uh, Coral Springs.  They wanna come
        down, I said I want to be in bed at 10:00 tonight.
        We're gettin' up a five, right?  Anyway...

CW:     (SC)  (UI - whispers).  My life is simple, man.  So is
        yours.

JO:     I know.  We'll be fine.

CW:     Pay our bills...

JO:     Yeah.  That's the main thing.

CW:     We'll get (UI) and... no fucking...

JO:     (SC)  Let's...

CW:     ... 'cuz I'm too little.

JO:     No.  We're not gonna be getting sweaty...

CW:     (SC)  I can't afford...

22

245D-MM-91505

JO:      Listen, if you stay by me... you're not gonna get a
          beatin'.

CW:      (UI) be doin'.

JO:      Yeah, you should've.  But see, if I was there it
          wouldn't have happened.

CW:      I shouldn't of.

JO:      Eh, I know you shouldn't of.

CW:      No.

JO:      (SC)  But you know what... you know what?  RICHIE, not
          RICHIE, wasn't it J.J.?  What happened to uh?  We
          just... fucking boo-hoo.

CW:      He stood there.

JO:      Yeah, you fucker.  What kind of friend is that?

CW:      Well, he was inside.  What kind...

JO:      Yeah, he was sittin' down at the table wit' you, man.

CW:      My God.  No, he stood up like a uh... but he said
          whuh-hoo...  Why wouldn't the fuckin'?  Well you know
          the story.  (UI) DAVID...

JO:      (SC)  Right.  (UI).

CW:      For nothin'.  Bullshit.

JO:      I know.

CW:      Don't wanna have... I mean...

JO:      (SC)  Yeah, it'll never happen.

CW:      I know it (UI)...

JO:      (SC)  Listen, no but I'm just saying, it'll never
          happen to you or to me, we stick together... keep
          everybody on the outside... we take care of our
          business (pounds table)... we pay our bills, we do this
          and that.  I'm telling you, man... we'll have no
          problem (UI).

245D-MM-91505

CW:     (SC)  Right.  If somebody's gonna get in trouble for
        anything, it oughtta be DAVID at this point.

JO:     Oh, yeah.  I have (UI)...

CW:     (SC)  And I hope he does.

JO:     I hope he, (UI)...

CW:     (SC)  Yeah, a little bit.

JO:     I have, I have (UI)...

CW:     (SC)  (UI).

JO:     Yeah, but we have nothing to do with that, so...

CW:     Good.

JO:     Well we won't worry about it.  We have nothing to do
        with that, so...

CW:     Yeah.

JO:     But anyway, when we gonna do uh...  Tuesday we're gonna
        get busy...

CW:     We work it, brother.

JO:     You're going, now you...

CW:     (SC)  We ship material...

JO:     You going to B.F.I. tomorrow?

CW:     No.

JO:     Alright.  What're you gonna do about, uh SOUTHEASTERN?

CW:     (SC)  Monday.

JO:     You'll get, you gotta give them guys some money?

CW:     A little bit.

JO:     Right.

CW:     I'm not sure what amount yet.

24

245D-MM-91505

JO:     Alright.

CW:     Spoke with ALBERT a couple of times...

JO:     Just telling you, the way they stroked also...

CW:     (SC) Y-... well he just faxed this down now and I wanted to see... what the total amount was.

JO:     Right.

CW:     And there's one, two... three, four... five shipments uh, magazines.

JO:     (UI). And you took care of, on any of those?

CW:     Oh, yeah. Well two are paid for.

JO:     Right.

CW:     And... what the fucking dates uh... huh. (UI - lowers voice)... 5.3 (UI)... Yeah, he sent me some old ones. And it's eleven-sixteen, or eleven-six. See, some of it's confusing because he uses Spanish sometimes...

JO:     (SC) Right.

CW:     So I think this one's backwards.

JO:     Two thousand one.

CW:     No that can't be.

JO:     Right, still got...

CW:     Can't be six-eleven. That's whatever the fuck it is. They've been paid... ALBERT's been paid about $5600 for the previous... 10 loads.

JO:     Right.

CW:     So I have back it out of these.

JO:     Just don't make a mistake and, you know what? The way they held out the money on you (UI)... you're better start doing the same thing. Are you going to B.F.I. tomorrow?

CW:     No.

25

245D-MM-91505

JO:     You're not?

CW:     No. Get with him on Monday.

JO:     I won't be back Monday, though. If you wanna set it up for Tuesday, I'll go.

CW:     (SC) Shit, that's right. You said till I...

JO:     (SC) Well, you can go by yourself.

CW:     No, we'll go together... just to be safe. Two heads are better than one.

JO:     (SC) You want... you wanna go on Tuesday.

CW:     (SC) Yeah.

JO:     We'll get (UI).

CW:     (SC) Hey, who, who the fuck is PAUL doing trucking?

JO:     (UI)... just a fucking cabbie, that's all.

CW:     Well, here's one for JARU... one, IREY (PH) is uhm...

JO:     (SC) I know IREY.

CW;     IREY's uh, DANNON's (PH) company.

JO:     Right.

CW:     That's...

JO:     Right.

CW:     That's the one's...

JO:     Right.

CW:     ... BELL loaned...

JO:     Right.

CW:     ... $200,000 (UI).

JO:     (SC) (UI).

CW:     Is he chompin' at 'em yet?

26

245D-MM-91505

JO:     What?  I have no idea (UI).

CW:     (SC)  (UI).  JARU... I can pay that right to... MAMONE.

JO:     Right.  But anything that has to do with JOHN, you
        should pay just... uh, not to DAVID.

CW:     (SC)  Right.

JO:     But just say I paid fuckin' JOHN.

CW:     Or I can give you the money...

JO:     Give me it, and I'll give it to JOHN, yeah.

CW:     Well here... you said... eight-eighty or 800...

JO:     Eight-hundred-something dollars (UI).

CW:     (SC)  Okay.  Give him that... this isn't him and
        this... one... MARK or JOHN had the freight on it...
        this OLD DOMINION.

JO;     Right.

CW:     So... c'est la vie, brother.

JO:     Well get that uh, address... S&L.

CW:     Yeah.  Didn't have the address.  Can't find the number.

JO:     (SC)  (UI).

CW:     Way across Georgia.

JO:     (SC)  Well (UI)... (belches).

CW:     It's not listed.

JO:     It's not listed?

CW:     Try 'em.

JO:     No, I believe you.

CW:     I did Norcross first... and then uhh, I thought it was
        Norcross, Virginia, for whatever reason.

JO:     Right.  I remember that.

27

245D-MM-91505

CW:     And then I tried S&L.

JO:     Alright.  What're we gonna do?  So we'll send the load
        out Tuesday, probably, next week?

CW:     Tuesday...

JO:     (SC) We gotta (UI)...

CW:     ... afternoon.

JO:     We gotta get Cari-, Caribe, Caribe, (UI)...

CW:     (SC) Caribbean.  Yeah.

JO:     We gotta get down there.

CW:     We need to... big time.

JO:     We got, we gotta get down there and say... what're we
        gonna say?  What did they, what do they do for you when
        they're taking care of you?

CW:     Well I know what they're d-...

JO:     (SC) (UI).

CW:     I know what the back-door guy over there said.

JO:     What's he got?

CW:     Three hundred bucks.

JO:     So a thousand and five...

CW:     Yeah.  And he has to be careful... no more than I told
        you.  It's not the owner.

JO:     Right.  It's this guy's back door.

CW:     Exactly.  Exactly.

JO:     Uh, we hit him with 5-dollar, 500 a load...

CW:     You know what they're not?  Tell you this... you know
        what the nice part is... about gettin' it from
        SOUTHEASTERN (UI) cost is more?

JO:     Uh hm.  But, it's not...

28

245D-MM-91505

CW:    (SC)  But... it's about 4.

JO:    Right.

CW:    If you buy from a... back-door guy...

JO:    Uh hm.

CW:    ... that represents a company... versus the owner...
       you have no paperwork...

JO:    Right.  It's all just...

CW:    ... and shit... gonna get in trouble... maybe.

JO:    Yeah, well just... (UI).

CW:    (SC)  I mean it's (UI), which I don't know how much we
       can get into, but...

JO:    (UI) say... hey, it, it's...

CW:    (SC)  (UI)...  They're gone for the day.

JO:    That's alright.  Hey, you know what?  Like I say, if
       you want... if you talk to DOH-, if you talk to
       DOMENIC, he puts you in this weekend, fuck you move in
       this weekend.  I don't give a fuck.  'Cuz here, if you
       got the key there...

CW:    (SC)  Gotta put it together with DOMENIC.

JO:    You got the key, I'm saying hey, you got the key... you
       can, if DOMENIC can move you in this weekend or
       whatever... or next weekend... you know you get some
       more cash next week, man, I don't care if he moves you
       in...

CW:    (SC)  How do you want me to pay ya?

JO:    Huh?

       (Loud sound)

CW:    As long as you get paid by the 10th or what?

JO:    Ahm... yeah, this way I can send it out, you know?
       This way it's not late.

29

245D-MM-91505

CW:     Fifteenth is your cut-off date.

JO:     Uh, it'll have to be there the 15th... so I gotta it out about...

CW:     (SC)  Then it'd be fuckin'...

        (Loud noise)

JO:     Right.  That's right.

CW:     ... fuck up your credit like I did.

JO:     Right.

CW:     You don't wanna do that.  Don't.

JO:     If it's easier for you once the money's coming in... well give me half on like uh... you know, half, half-ways, and half, well I don't, used to pay DAVID BELL every month, whatever...

        (Clanking sounds)

CW:     Three grand a month.

JO:     No, I know.  But I don't want uh...

        (Belch)

CW:     Well at least... at least he's straight.

JO:     Did you talk to FRED (UI)?

CW:     (SC)  Yeah.

JO:     (UI), what'd he say?

CW:     Yeah.  He's gotta call me back tomorrow.  Everything's good.

JO:     Right.

CW:     No rush.

JO:     I'm not worried about it... not worried about it.

CW:     Actually, he was busy... to the point where had some uh, one of the guys that work for him...

30

245D-MM-91505

JO:    What?

CW:    He's only got one or two guys left... JIM and JOHN.

JO:    JIM and JOHN, JOHN and JIM are (UI).

CW:    JIM and JOHN.   (UI).

JO:    (SC)  (UI)...

CW:    You look good.

JO:    (UI) can't sleep (UI).

CW:    They can't put it... put up with me is what they (UI).

       (Scraping sound)

CW:    But JOHN (UI).

JO:    (SC)  Oh.  Right.  Listen, we'll be good...

CW:    Let's not fuck these...

JO:    We're not gonna.

CW:    Well it's important...

JO:    (SC)  Trust me.

CW:    ... certain people, lotta money and (UI)...

JO:    (SC)  Listen, that's what I wanna know is that we make
       a lotta money and that we uh... it gets, we get a
       couple of nice rides working...

CW:    (UI).

JO:    ... and then we go on vacation together... with you
       know, the way it's supposed to be done.

CW:    (SC)  Right.

JO:    Alright?  (Voice fades out)  Don't worry about
       nothing...  Uh...

       (IA)   (Conversation in another area)

JO:    (In another area)  Talk to you later, man.  (UI)...

31

245D-MM-91505

(UI - conversation in another area)

(Door is closed)

(Sound of activity - handling the recording device)

(Background activity)

(END OF RECORDING)

32

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| DATE OF TAPE: | JULY 13, 2001 |
| TIME OF TAPE: | 10:39:39 (SESSION 2) |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 14, 2001 |

| | | | |
|---|---|---|---|
| PARTICIPANTS: | JO | - | JOHN O'SULLIVAN |
| | CW | - | COOPERATIVE WITNESS |
| | UF | - | UNKNOWN FEMALE |
| | UM | - | UNKNOWN MALE |

| | | | |
|---|---|---|---|
| ABBREVIATIONS: | UI | - | UNINTELLIGIBLE |
| | IA | - | INAUDIBLE |
| | PH | - | PHONETIC |
| | SC | - | SIMULTANEOUS CONVERSATION |

GGETHOS TKN

245A-MM-91505

> (Static heard at first, then background noises and distant UI voices)

CW:    Hey, ah there's a bit of a line, do you wanna come inside so you're not falling asleep out there. (laughs)

  :    (UI).

CW:    Okay ah, ah, wait a second, I have a question.  Oh, what time are you going to Weston?

  :    (UI).

CW:    (On phone) Do you wanna hang out for a little bit because ah, you know, I'm gonna be on the opposite end of the plane (UI) Richie... Yeah... Okay is ah... Yeah, you wanna let Reggie know so she doesn't (UI) away... Well how come I have to ask permission but you don't... (laughs)... (UI)...Alright, alright, I'll see you in a few.  (Phone hung up)

> (Phone being dialed)

CW:    (On phone) Yeah, yeah Mike, Room 220 please... Yes... Ah, you're a gentleman... (laughs)... Thank you very much, okay... (Phone hung up).

CW:    (On phone)... Hey pumpkin, the phone is off the hook... I know well that... No I just called... Oh, the m-, the maid, huh?... Okay... Okay, well listen... I'm with, I'm with John here and I'm just at the ah office and I'm gonna see if I have any mail here for us... And then we're gonna be heading up towards Coral Springs... And then I'll probably get with ah, Richie a little later on... Okay?... That's all I know Joe... I called your father, I left a message with ah, one of his confidants over there... Okay?... And I lo-...Ah... Well I didn't, I didn't tell them, I said confidential I just told you... I'd hate to compliment anybody... I know, I know... They're worthless... All he does is cost him money, it's (UI)... Right...Wonderful... Alright, honey ahhmm, I left, I think I took all the money with me too... Okay... Alright... Okay... Alright, well let me take off... I love you, enjoy, the weather's gonna get crummy in a little bit...I'm sure... Okay... Alright... Bye.  (Phone hung up)

> (UI talking in distance)

2

245A-MM-91505

        (Chair creaking)

        (UI talking)

:      (UI) gotta finish it and (UI) the right amount (UI) amount (UI).

        (Background conversations - UI)

CW:    (UI) what (UI) 675 program (UI)?

UF:    Six 75 and (UI). (UI) zero, zero (UI).

        (Background noises)

        (UI talking - dialing heard - Female clears throat)

        (Background noises - UI talking)

CW:    Hi.

UM:    How you doin'?

CW:    Good. I had some ah mail being forwarded?

UM:    (UI).

CW:    Or ah, (UI).

UM:    (UI).

CW:    I'm sorry, yeah.

UM:    Pick up and resume?

CW:    Ah, no actually I wanna continue it. We moved out of our place. We're not sure when we're moving.

UM:    Alright.

CW:    Or we got kicked out of our place, whatever you wanna (UI). (laughs)

UF:    (clears throat) Threw out of the place?

CW:    I'm outta the place irregardless ah, what caused it. (laughs)

        (Background noises)

245A-MM-91505

| | |
|---|---|
| UF: | Don't you need stamps or anything else? |
| : | No. |

(Background noises and UI talking)

:     Ah shit. (clears throat)

CW:     (UI).

(Background noises)

(UI talking in background)

(Loud background noise)

(UI talking)

UF:     Right, I don't wanna be here.

(Background noises - CW clears throat)

(UI talking)

CW:     I have to search for the (UI)?

UF:     Ah, sometimes.

CW:     Yeah?

UF:     (laughs)

CW:     No slack.

UM:     Alright buddy I (UI).

CW:     Alright.

UM:     He said (UI) on hold (UI).

CW:     Okay, thank you very much sir. Oh, yeah, I'm kinda reaching in huh?

UF:     (UI) it's way (UI).

CW:     Yeah? Exercise? (laughs)

UF:     Yeah.

4

245A-MM-91505

UM:     That's how I get my cardio.

CW:     (laughs) Thank you guys.

UM:     Bye.

        (CW exiting post office - footsteps heard)

UM:     (UI)!

CW:     Now what are you laughing at?

        (Footsteps heard)

CW:     Jesus Christ!  Fuckin' unbelievable.

JO:     What?

CW:     Well I, in my next life I'm gonna work for the fucking
        government.  Three fuckin' people in the line.  And it
        didn't, ah how long did it take, 25 minutes?

        (Cell phone ringing)

JO:     (On phone) Yes dear... What's happening?... Not much...
        Tell him to get lost... Get lost... What the fuck, ten
        five you're taking a loss... You bought it for eleven,
        why you wanna give him ten five?... Your bathroom
        ceiling?... How did that happen?... Ah who's
        upstairs?...

CW:     Ah huh.  That's (UI).

JO:     (On phone) ... Yeah, no, don't worry, they'll take care
        of that for ya... You know and they'll fix your ceiling
        and everything right?... Yeah, they'll do everything...
        Yeah, that guy says ten five, so listen you want a
        quick deal my friend?... Gimme twe-... Ah, well oh he
        wants to... All the furniture... Get, tell him to get
        lost... Stop wasting my time... So listen if you want
        the place it's ah, you know, ah... You can go twelve
        five, who cares... You know... (background noises)...
        No, you're not getting no furniture... No furniture at
        all... (laughs)... Twelve five... Yeah, that's no
        problem... tell him twelve, you know, twelve five... If
        you want you got a deal... What'd you pay for it,
        eleven?... Eleven five... Oh yeah, a thousand (UI) this
        and that, yeah, you paid more, you're supposed to be
        paid down a little bit... Right... (clears throat)

5

Right... Nah, I'm gonna meet the guy today... The guy wants to buy it and your, your daughter's killing me she's like... Get rid of the fuckin' thing already you know?... And ah, and we had yeah, you know, before (UI)... This guy wants the house, you find two buyers for his house so he's you know... I'm gonna tell him today I, you gotta sign the contract this weekend or ah the deal's off... I'm just gonna fuckin' ah put it back in the paper (UI)... Ah, she's having a cow, you know?.. She's having a cow... Well the guy said you know I told him we should be buying a house that's ah, a hundred thousand dollar house not a 250,000 dollar house... But no listen, ah, when we sell it we'll still make ten grand, what's the big deal... It's just the aggravation she's throwing away the money out... And when you don't have it to lay out that's what, you know... Yeah... Twenty shares of stock... Ohhh, she bought... (UI)... Well see that... So you're lucky (laughs)... Sweetie... So they must, yeah, (UI)... Right... Right... Yeah... Yeah, see they don't care... Right, thank God is right or else you would have been... Right, (UI)... Yeah, twen-, ah twenty shares, how much is a share?... It can't be that much you know... Twenty shares of (UI)?... Toys R Us probably (UI).

CW:     What is it?

JO:     Toys R Us, Babies R Us?

CW:     I think they'rrrre, eighteen dollars a share, twenty bucks.

JO:     Yeah, maybe like, fifteen, twenty dollars a share. (On phone)  Hey it's just that ah, just tell 'em listen, I'm not putting up with that, that broad's ah you know, treating me like a two year old... Right, well sure... You're doing a good job up there... Right... You'll be down you'll be... Nearly, you won't be working for the (UI) two months of the year... (CW dialing phone in background)... (Sighs and sniffs)... Ah, how much (UI) gonna give you, fifty cents?... Right...

CW:     (On phone)  Yeah, good morning this is Adam with International Fiber...

JO:     (On phone)... Yeah, I hear you....

CW:     (On phone)... Ahm, I'm calling in reference to an

6

245A-MM-91505

       invoice 6-0-8-9?...

JO:    (On phone)... Listen if the (UI) guy just tell him, you
       know, listen I'll pay twelve five...

CW:    (On phone)... Right...

JO:    (On phone)... (UI) gettin' outta here to you know...

CW:    (On phone)... International Fi-... Well can you, can
       you pull it up by invoice?...

JO:    (On phone).... (UI) or whatever...Or you been... Bye.
       (Phone hung up)

CW:    (On phone)... Thanks...

CW:    Where do they get these fuckers?  These are the same
       people we got a letter from yesterday.

JO:    Right, General Holding.

CW:    No why, calling yeah, why would they send us ehhh, a
       bill?...

JO:    Well this is your (UI).

CW:    Yeah.

JO:    (UI).

CW:    (On phone)  (On other end says: Hello, may I help
       you?).... Yeah, is this Ben?... (ZACK: No, this is
       Zack, who's this?)... Oh, Zack, this is Adam with
       International Fiber Corp.... (Zack:  How are
       you?)...Good, what's up?... I'm calling you guys, I'm a
       little confused... Maybe you can help me.... Ahhhh... I
       have a invoice in front of me, 6-0-8-9?... Well here's
       the deal, I'm showing (UI) service charge 175
       dollars... 275 dollars for debris pickup but it's
       zeroed out, which leads me to believe that you guys
       were paid for that?... Okay... (ZACK: (UI)... It's
       impossible... (ZACK: (UI)... (laughs)... This, this was
       ah, then somebody made a mistake... This is one-shot
       deal... I set this up with Ben at your place... (ZACK:
       (UI)... No, we were... But no we don't, we don't do any
       business with one another... (ZACK: (UI)... The bill
       was sent to International Fiber, that's, this was a
       one-shot deal with Topca (PH)... We informed Ben of

                            7

245A-MM-91505

that... And that's where it stood... If there's a
container out there, then you're letting Topca order
that container and not us... (ZACK: (UI) he never
started that (UI)... (laughs)... Well then you better
go get it!... (ZACK: (UI) get paid)... You need to get
paid, I don't give a fuck about your container sitting
at some guys warehouse... (ZACK: (UI)... Listen, I
didn't, listen I been doing this for a long time...
You... (ZACK: (UI)... That's fine... Listen, hey if
it... Let me tell you if your feathers are ruffled,
you're gonna have to get over it, I already have...
Then put somebody on the phone that can handle the "F"
word... (ZACK: (UI)... I don't care... It is not my
property... (ZACK: (UI)... I could care less... I'm not
because I'm getting billed from you guys when you guys
were well informed... (ZACK: UI)... This is first bill
I've gotten from you guys... (ZACK: UI)... I don't know
either... I don't know either... (ZACK: UI)... Zack, I
could care less if you keep the dumpster there until
the year 2010... (ZACK: UI)... Exactly, thank you...
(ZACK: UI)...

CW:     Now why would.

JO:     What are they doing?  They picked the container up?

CW:     (UI).

JO:     And they put another container down?

CW:     They put another container down now.

JO:     After that one time they (UI).

CW:     Yeah.  Remember?

JO:     Right.

CW:     It was a one-shot deal.

JO:     Yeah. (laughs)

CW:     We got paid from Topca and these guys were paid.

JO:     Right.

CW:     So you zero it out.

JO:     Right.  And now.

8

245A-MM-91505

| | |
|---|---|
| CW: | Paying their service charge because they del-, delivered another container which is ze-. They weren't supposed to. |
| JO: | Yeah. We didn't ask for a swap-out. |
| CW: | (UI) set this up? |
| JO: | Well we did set that up, yeah, (UI). |
| CW: | Yeah, then you call, call Bendlinger. |
| JO: | That's Damon's friend. |
| CW: | Can you call him later? |
| JO: | What am I gonna call him for? |
| CW: | Let him know that hey. |
| JO: | (UI) one time he came in, picked it up. |
| CW: | Yeah, I know, but now they're trying to put a lien on Topca's warehouse, his, his property. |
| JO: | Yeah, why'd they put ah dumpster back there? |
| CW: | I don't know, I didn't handle it. I'm just calling and. |
| JO: | This is the, the (UI) fuckin' (UI). |
| CW: | Anything that has to with David Ballis (PH) fuck. |
| JO: | You, you, you know what, you're not the only one who said that. That's what ah my boy ahhhh, (UI). |
| CW: | Barry? |
| JO: | No, from Delta. Lou DiVita (PH)? |
| CW: | Lou DiVita. |
| JO: | Any fuckin' thing that would've been (UI). (laughs) |
| CW: | Oh yeah. |
| JO: | Fuckin' no good. |

9

245A-MM-91505

CW:     Fucked up garbage.

JO:     Well where's Topca?

CW:     I, I don't know. But they're gonna put a lien on
        Topca's properties.

JO:     It's not your problem. It's not your problem.

CW:     I don't give a fuck.

JO:     Yeah.

CW:     Well that's what I told him, I said I don't give a
        fuck.

JO:     What are we (UI).

CW:     Jesus Christ, this was a one-shot deal. Why am I going
        nuts.

JO:     Yeah, no, yeah, ah go, it was a warehouse cleanout.

CW:     Right. So what the fuck. What, what ah, what do we
        care.

JO:     You don't give a fuck.

CW:     This guy. No I should have talked to Ben. I should
        have been a gentleman but you know what. Fuck him.
        And who wants to open David Bell's (UI) mail. Go
        ahead, it's your turn.

JO:     Oh Oppenheimer Fund.

CW:     (laughs)

JO:     How much does he got in there?

CW:     I don't know check it out. It's unclaimed assets.

JO:     Oh baby! Who's gonna claim it.

CW:     (laughs)

JO:     (UI) just forward that to my ah room number 202, down
        at the beach.

CW:     (UI) I open it I won't tell.

10

245A-MM-91505

JO:     I'm not opening it.

CW:     (laughs) Me neither.

JO:     (laughs)

CW:     Give it to Mamone.  (laughs)

JO:     (laughs)  Just to see.  Oh look he's got fuckin' three
        hundred thousand dollars (UI).

CW:     (laughs)

JO:     Ooooooh.

CW:     Think that would go over big?  Oh anyway.

JO:     Oh, she was gonna give me the key.

CW:     Yeah, yeah, yeah, University.  University.

JO:     (UI).

CW:     Well long story short, I'm gonna get a lawyer but I'm
        not, most likely, I'm not gonna use David ah, the, the.

JO:     Yeah.  Listen...

CW:     Bell (UI) guy.

JO:     ...hold on to this.  You got nothing left.  Hold on.

CW:     I'm gonna call him.  I'm gonna call him.

JO:     Yeah, call him.  Just see what they say.

CW:     Man, (UI).

JO:     You got nothin' to lose with that.  It's free.

CW:     No I know, but I hate to be on probation for something.
        I mean I (UI) shit.  It's ridiculous.

JO:     I know that.

CW:     The fuckin' bank won't even return my call now.  Now
        they say it's in the laws hands.

JO:     Why don't you fucking go into them and say this is

                              11

245A-MM-91505

(UI).

CW:    On, on Monday I'm going to.  But I'm gonna wait until
       the other.

JO:    (UI) on the (UI) right?  No.

CW:    No it's a hundred and seven.

JO:    A hundred, here's your hundred, here's a hundred and
       ten.  Here's (UI).

CW:    There shouldn't have been a fuckin' case to begin with.

JO:    There shouldn't have been a case man.  I never changed
       that fuckin' check (UI) when you got something (UI)
       wrong.

CW:    It's ridiculous.

JO:    And I'm looking to defraud you.  That's the whole thing
       you know.  If you didn't open the corporation.

CW:    Yeah.

JO:    Your corporation would have been off (UI).

CW:    I bet your right.  Absolutely.

JO:    But (UI).

CW:    But (UI).  Hey this guy's a scumbag and he's a fuckin'
       money laundering pig.  Ah, anyway.  Okay, so you're
       sure.  Mamone's gonna give us seven grand.

JO:    Yeah.

CW:    Onnn...

JO:    (UI)

CW:    ...Monday.

JO:    And he's gonna.  I'm gonna, I'll go see him today.  He
       said I'll have it, most of it.  He said but I'll have
       it all by, you know, before Monday.

CW:    Okay.

12

245A-MM-91505

JO:     He said (UI).

CW:     And then.

JO:     (UI) by like today or tomorrow.

CW:     So by August 1st, I just wanna rehash 'cause you and I
        don't get a chance to talk and only on the phone, and
        that's not good enough.

JO:     Right.

CW:     August 1st.

JO:     August 1st is three weeks away.

CW:     He, he's owed what, ten grand?

JO:     We'll give him back ten.

CW:     We'll give him back ten.

JO:     Seven plus the (UI) three which I think is fair.  You know.

CW:     And that's basically, he, he's recovering a little over
        forty percent on his money.

JO:     Right.

CW:     And then we're gonna be obligated to pay him in the
        future.

JO:     In the future, okay.

CW:     Two grand a month or?

JO:     Well we'll give him a little more.  Ah, it depends on
        what we're making.

CW:     Between two and three grand a month.

JO:     Between two and three grand a month.

CW:     Okay.

JO:     But if we're making more than that, you know...

CW:     Yeah, okay.

13

245A-MM-91505

JO:     ...we do the right thing.

CW:     And it stays under wraps.  No David Bell.

JO:     It's under wrap.  No he said trust me.  He said he's
        not even tellin' his fuckin' wife about this.

CW:     Okay.

JO:     It's no one.  It's me, you, and him, that's it.

CW:     You pay him in cash?

JO:     I pay him in cash.  Always cash.

CW:     Alright.

JO:     Cash (UI).

CW:     And we can always...

JO:     Yeah.

CW:     ...claim it as miscellaneous expenses or something.

JO:     That's (UI).

CW:     Whatever the fuck.

JO:     (UI) clean up.

CW:     Alright.

JO:     Jeez, have this fuckin' key.  It's the only key I have.

CW:     Well I just talked to her.

        (Background noises)

JO:     I know that but (UI due to distance)

        (All exit vehicle - footsteps heard)

CW:     What's that?

JO:     (UI).

CW:     No, I put it (UI) and she of course, if there wasn't
        any (UI).  Hi Mia (PH).

                              14

245A-MM-91505

| | |
|---|---|
| UF: | Hi. |
| CW: | How are ya? |
| UF: | Okay. |
| CW: | I'm just (UI). (UI) tell you you were coming. |
| | (UI in background) |
| CW: | (UI). |
| UF: | Huh. |
| CW: | (UI) as a phone. |
| UF: | Okay. |
| JO: | (UI) a key. He's going to get the key. |
| UF: | (UI). |
| : | (UI) out. |
| CW: | Yeah, well you (UI). |
| UF: | Yeah. (UI). (Clears throat) But. (UI). (UI) otherwise we should call back (UI) which she did and said that she was staying with (UI). |
| CW: | Nah, nah. Like he would stop working at twelve noon. It doesn't make any sense. It's impossible. We left at 10:30 that morning. |
| UF: | (clears throat) Ah, ten (UI) night? |
| CW: | On the night. |
| UF: | Ah hum. So they're saying that he stayed (UI). |
| CW: | No, they're full of shit. |
| JO: | (UI). |
| CW: | (UI). |
| JO: | That's Mikey (UI). |
| CW: | Yeah. |

15

245A-MM-91505

UF:     Ah, I don't know (UI).

CW:     Right.

JO:     And a (UI).  Call me.

CW:     Have him, have him call me if there's a problem.  Ah,
        what I can do is give him a, a copy of the bill from my
        other hotel.

JO:     (UI) checked in?

CW:     (UI).

UF:     Well I, I wasn't here so I (UI).

CW:     Okay.

UF:     (UI).

CW:     No problem here.  No I wouldn't do that to you guys.
        Forget.  When, when, did you hear the story from Jose,
        the same guy that's claiming I owe him the night's stay
        which is, you know what.  When the girl overpaid me
        twenty dollars and her drawer came out short?

UF:     Yeah.

CW:     I came down the next morning and thinking that they
        overpaid.  The same guy that they're saying I might owe
        (UI).

UF:     (UI).

CW:     It doesn't happen that way.

UF:     Well, I wasn't here.

CW:     Okay.

UF:     And that's why I said it could have happened.

CW:     Okay.

UF:     And maybe, after a shift change or.

CW:     Nah.

UF:     (UI).

16

CW:     No but thank you Mia.  Well just have him give me a
        call if there's a question.

UF:     Okay.

CW:     Alright.  Thanks for the.

        (Footsteps heard - Exiting business)

CW:     Ah!.  Hey!   How could we possibly get a free night's
        stay out of a place?  Isn't that (UI)?

JO:     Hey.  (UI).

        (Footsteps heard)

CW:     Alright, but you'll see Mamone later?

JO:     Yeah, I'm gonna go (car door shuts) see him this
        afternoon.

CW:     Hey, can you do me a favor?  Please thank him from the
        bottom of my heart for what he...

JO:     Really cut your heart out and it's (UI).

CW:     ...did with ah, you know.

JO:     Cut the bottom of your heart off and I'll give it to
        him.

CW:     Yeah, what we need with ah, with ah, David the bail
        bondsman.

JO:     Oh yeah, yeah, yeah, yeah.

CW:     No I mean really.

JO:     He knows that's for, listen when I tell him.

CW:     Well David told me flat out had it not been for you and
        our friend John.

JO:     Yeah, but we wanted, we got busy on it right away.
        These two would have been in there.

CW:     Oh he woulda told me he would have had me arrested had
        I not paid right, right there on the spot.

17

JO: Yeah. (UI).

CW: Ahhhh, but anyway. Well good. You don't mind hanging together? Because.

JO: Excuse me. Will you stop that? What the fuck.

CW: Well.

JO: I can't hang out with my friend?

CW: No.

JO: I can't have no naked women over there. That's about it.

CW: No naked women.

JO: What time is it?

CW: (UI) girls.

JO: Ten, it's eleven o'clock?

CW: Yeah.

JO: Are we drinking beer?

CW: Yeah, we're drinking beer.

JO: (laughs)

CW: I gotta get a pack of cigarettes. I left I did.

JO: You don't need to take (UI).

CW: Huh?

JO: Fucking three dollars for a pack of cigarettes (UI).

CW: Come on, you know how often I smoke? A pack of cigarettes last me what, three months?

JO: Ahhh, whatever you want.

CW: Must have been good. I've been walking like this. You know what I was singing?

JO: (Singing in background) (UI).

18

245A-MM-91505

CW:    Yesterday?

JO:    Hey baby.

CW:    I walked down to Hillsboro Pier and back.

JO:    (UI) night isn't it?

CW:    Thinking I'm gonna enjoy it?  It's closed until Sunday
       night 'cause they're painting it.

JO:    The pier?

CW:    I walked!

JO:    Yeah.  The big boat, the big boat race is on.

CW:    Oh yeah, that's right.

JO:    This weekend is the big boat race.  Pretty cool.  You
       know what?  I went to it one year, it's too loud.

CW:    Is it?

JO:    (making boat noise)  Where are we going, just for beer
       and cigarettes.  I think you can get it over here, no?

CW:    I'm buying.  I still got sixty bucks (UI) or fifty
       bucks.

       (Background noises)

JO:    (singing) (UI) at least fuckin'.  Thank God that you
       can (UI).

CW:    Yeah.  Well the thing is, it's crazy.

JO:    Yeah, but still you know.  He knows.

CW:    No, he knows.  Well you.

       (Seatbelt bell heard)

JO:    (UI) ah, what kind of beer?

CW:    I'm not buying you fuckin' Corona.

JO:    I mean (UI).

19

245A-MM-91505

| | |
|---|---|
| CW: | Do you like (UI)tic? |
| JO: | (UI). |
| | (Door shuts - footsteps heard) |
| CW: | What's that? |
| JO: | (UI - due to distance). |
| CW: | Yeah, (UI) cigarettes. |
| | (Background noises) |
| | (Footsteps heard) |
| CW: | (laughs) |
| | (Background noises) |
| CW: | Ahhhh. |
| | (Footsteps heard) |
| | (UI talking in background) |
| CW: | Break it up guys.  It's time to get busy. |
| | (UF laughs) |
| CW: | How are ya? |
| UF: | (UI) I'm fine. |
| CW: | (UI). |
| JO: | He's alright. |
| UF: | (UI). |
| JO: | Yeah.  (UI). |
| UM: | (UI) how are you today? |
| CW: | Ehhh, (UI). |
| UM: | (UI). |
| CW: | Oh I'm sorry let me get a pack of Marlboro (UI) also. |

20

245A-MM-91505

(Overhead loudspeaker heard)

CW:     What's up?

UM:     (UI).

CW:     Hey did you ever get a promotion?

UM:     No.

CW:     What?!   (UI) a promotion, pay raise, anything?

JO:     (UI).

CW:     Why don't you hijack a truck in that (UI).   That'll put
        you in Fat City for a while, right?

        (Background noises)

UM:     Who the hell (UI) time?

CW:     Hum?

UM:     Nick (UI) he called me from (UI) and I said (UI).

CW:     You want me to talk to Kim?

UM:     Kim?

CW:     Kim.   Is she the manager?

UM:     No, ah Kathy.

CW:     She's, Kathy okay.

UM:     (UI) Saturday.

CW:     I will.

UM:     Cause that (UI).

CW:     I'll do that, I can assure you.

UM:     But (UI).   And (UI).

CW:     I wouldn't do it if you were (UI).   But you're not.
        (UI).

UM:     (UI) will do.

21

CW:     Yeah.

UM:     When (UI) sometimes, when you have to (UI).

CW:     I don't do that.  Is she here during days or?

UM:     Yeah, every day.

CW:     Okay.

UM:     (UI) ah every morning.

CW:     Okay.  I'm with my buddy right now, but I'm here just like every other day just shopping and getting stuff with my wife and kids.

UM:     Okay.  Okay.

CW:     Thank you Manuel.

UM:     Okay.

        (Footsteps heard - car doors opens - CW enters call and talks to JO)

CW:     So anyway, I talked to ah, ooops sorry.  I got a...

JO:     It's okay.

CW:     ...referral from ah, my lawyer, Howard, that ah, you know.

JO:     Right.

CW:     And ah.

JO:     (UI).

CW:     He's almost gonna work this on a contingency.

JO:     Beautiful.

CW:     It's gonna be two grand and if he doesn't get me off scott free?  At the next ah arraignment or whatever...

JO:     Right.

CW:     ...you wanna call it?

245A-MM-91505

JO:     Right.

CW:     I ain't paying him shit.  So he seems pretty confident.

JO:     So you can go scott free?

CW:     Scott free or I don't pay.  We'll see.

JO:     What do you got (UI) now?

CW:     I mean do you agree or you think it's just a fuckin'
        shot in the dark?  I mean I can't lose money.  As long
        as I don't go to trial (UI).

JO:     (UI) don't fuckin' trial.  Ah, anytime you go to trial
        I'd be scared.  Because...

CW:     Yeah.

JO:     ...there's no way that fuckin' one percent chance.
        There's one fuckin' juror that's tired of seeing people
        with money getting over.

CW:     Yeah.

JO:     And when he's a poor bastard like us, we got to (UI)
        this mother fucker's (UI) thousand dollars.  Okay, fuck
        him.

CW:     You see how easy that coulda changed though.  Even the
        prosecutor had 31,000 dollars.

JO:     They thrown him out.

CW:     Oh my God.  And the difference between a felony 2 and a
        felony 3.

JO:     Could have been an all fuckin' misdemeanor brother.  It
        could have been you know.

CW:     Oh yeah, it's Coral Springs Police Department.

JO:     Did you explain to this guy Howard?  (UI) we should
        have had (UI) one of the last (UI).

CW:     (UI) too.

JO:     (UI).  Ahm.

23

245A-MM-91505

CW:     Right.

JO:     Ah you explained the whole case to him right?

CW:     Yeah, but just don't speed through here.

JO:     I know.

CW:     This is John Walter's neighborhood.   (laughs)

JO:     I know.   (UI).   Ahm.   Did you explain the whole thing
        to him?

CW:     Yeah.

JO:     The lawyer, the whole case?   And what did he say?

CW:     Nah, he said it's a fuckin' joke.   It's a tragedy.

JO:     It's a tragedy.

CW:     Yeah.  Yeah.  He said with or without paperwork.  It's
        a fuckin' joke.  He's gonna probably be the one to
        contact the bank and not me.

JO:     Yeah.   Just the attorney (UI).

CW:     Hey, are you tight with anybody at Coral Springs Police
        Department?

JO:     For what?

CW:     Just to see you know, maybe get some information about
        why the fuck this would have gone to where it went.

JO:     Cause I'm telling you as we (UI) fuckin' detective.
        We, you get a case fuckin' handed to you.  Like a
        complaint is drawn up?  And you get a complaint.  He
        just went to the bank, saw the fuckin' check,
        photocopied it, went down to fuckin' ah, scumbag down
        in Miami and says is this your check.  Boom, is this
        check altered, yeah boom, that's all it is.  Sign the
        affidavit.  You're doing, they're doing their job.
        There's nothing.

CW:     No I know that.  I know that but they should have.  Ah,
        by doing their job, they should have known that
        restitution was made.  Because this didn't.

245A-MM-91505

JO:     No see ah, that's not their job to make sure that
        investor (UI).

CW:     They don't give a shit.

JO:     They don't give a fuck.  It's got nothing to do.
        They're not, they're not a collection agency to go out
        and work for the bank.

CW:     Jesus Christ.

JO:     The, the complaint was filed for 31,000 dollars and
        whatever.

CW:     Well I talked...

JO:     And that (UI).

CW:     ...you know, I talked to the arresting officer...

JO:     Yeah.

CW:     ...after it happened but you know.  He doesn't, he, he
        told me point blank ah, Tommy or Billy or whatever his
        name is.

JO:     (UI) Joe Bob.

CW:     Yeah, Billy (UI) Bo Bob.  You know, he even told me he
        goes, first thing out of his mouth was man, you know,
        I'm not even working today.  I'm outta here in five
        years.  You know it's my retirement age you know.
        Things happen.  My apologies.

JO:     Yeah.  He's just.

CW:     He even said let's get together for some beers after
        it's all said and done.

JO:     (UI) and see his fuckin'.  And there's nothing you can
        do about it.  He, get his paperwork and that's it.  He
        did what he had to do.  There's nothing you know.

CW:     No, I tried to (UI) do something with it.  Duncan
        Foster.

JO:     Duncan Foster.

CW:     Yeah.

25

245A-MM-91505

JO:     Chief or whatever the fuck.

CW:     Yeah.

JO:     You know, what would he have to do with it.

CW:     Who knows, cause he's had a personal friend on it.
        (UI) neighbor. And ah, he's the guy that's spreading
        the rumors that I was ah, doing money laundering for
        Mamone and organized crime.

JO:     Well (UI) well yeah.

CW:     Yeah.

JO:     (UI) that.

CW:     No, that's where all the reason for the fancy cars.

JO:     That's where all that money went, huh?

CW:     Yeah, right. I said it wasn't me. It was John and
        David Bell.

JO:     (laughs) (Singing)  What a (UI) what time do you wanna
        hook up with Joe?

CW:     He's gonna have an early day.

JO:     An early day. (UI) have him call ya.

CW:     What time is Reggie back? Well it's for both of us.

JO:     Listen. Don't fuckin' worry about Reggie. Reggie's at
        work. Reggie don't care if your fuckin' (UI). He
        don't care (UI). He don't care if the fuckin', my
        black friends are here. (UI).

CW:     See I don't like being in a place at twelve o'clock,
        eleven o'clock.

JO:     Right.

CW:     On a Friday, drinking beer in front of somebody else's
        kids. You know.

JO:     Well then, you sit down and have a, a cup of soda and
        ah I'll drink the beer.

26

245A-MM-91505

CW:     No I was gonna say can you have the kids go to the
        neighbors or something?

JO:     Why?

CW:     I'm kidding.  (laughs)

JO:     My kids see me drink beer every fuckin' day.

CW:     (laughs)

        (Car turned off)

CW:     (UI).

JO:     Do you think they give a fuck?

CW:     Nahhhh.

        (Background noises - door closes - UI talking)

CW:     No.  No, no, no, no.  (UI) you know (UI).

        (UI talking - footsteps heard)

JO:     (UI) brother.

CW:     I should, I should teach you (UI).

  :     (UI) computer (UI) do some work for us.

  :     Right.

CW:     Won't do me much good?

JO:     Did you hook up?

  :     I'll be (UI) getting.  We (UI).

CW:     Hey, what you guys cook for me?

        (UI in background)

  :     Ah yeah!

        (Background noises)

  :     (UI).  (UI) coming in.  (UI).

27

245A-MM-91505

CW:      Hi kids.

  :      (UI) my God damn pajamas.

CW:      Don't say hi to me or nothin', I'm alright.
         Everything's fine.

  :      What do you mean over there (UI).  (UI) Adam, my house
         is (UI) remember?

CW:      I remember (UI).

  :      No, look at these (UI) look at this.  Who gave you
         (UI)?

CW:      (UI) so, same as a military camp.

  :      (UI).

CW:      For six months.

  :      (UI) there.  Ah.  What.

         (UI in background)

CW:      Johnny, I'm gonna step outside, is that alright?

  :      Yeah.  (UI).

         (Sliding door heard opening)

  :      (UI) two (UI).  Get the (UI).

         (UI talking)

  :      Let's go I ah.

         (Sliding door heard closing)

         (Background noises)

CW:      (UI).

         (Footsteps heard - background noises)

         (Pause in conversations)

         (Banging noises)

28

245A-MM-91505

> (Footsteps heard - door opens and closes - airplane heard in background)

CW:    (UI) in here.

:    No, I'm just taking a (UI).  So (UI in distance).

> (Footsteps heard)

> (Background noises)

> (UI conversations in distance)

CW:    Nah.  I'm.

JO:    I like living without kids man.  My house was spotless. They come home and it's.

CW:    It's not bad at all.

JO:    No it's horrible man.

CW:    Five minutes we'll do work.

JO:    But my point is their just like, they don't give a shit.

CW:    You got ah.

JO:    It takes two seconds to clean up after themselves.  And if you're not (UI).  That's why you can't (UI).

CW:    You have OCB.

JO:    What?

CW:    Obsessive Compulsive Behavior.  Cleaner.

JO:    (UI) bathrooms.

CW:    Yeah.  (laughs)

JO:    Cause I don't wanna (UI).

CW:    Yeah, I'm gonna keep this one as an empty.  As an ashtray.  You wanna grab me one when you come out because...

JO:    Yeah, I will.

245A-MM-91505

CW:     ...this rug's wet, I don't wanna walk back in there.

JO:     You can walk on my rug man.  (UI in distance)

CW:     Alright?  You want me to put this in the sun?

JO:     No, put it on the chair behind you.  The white chair.
        Hang it up there.

CW:     Yep.

        (Background noises)

JO:     (UI)!  Get dressed.  (UI in background to children)

CW:     (coughing)

JO:     (UI in background)

        (Pause in conversations ~ background noise)

        (Sliding door opens)

CW:     Hey, Johnnie, by chance do you have an aspirin?

JO:     A what?

CW:     Aspirin.

JO:     Yeah, hold on.

CW:     It's just I have a sinus headache.  I grabbed a
        Benadryl but.

JO:     (UI)?

CW:     Hum?

JO:     (UI)?

CW:     No.  No, no.  Just.

JO:     Well I've got a whole drawer (UI) I go oh yeah (UI).
        (laughs)

CW:     Yeah.  Ohhhhh.  (UI) stop.

JO:     I, I was (UI) off (UI).  I gotta stop (UI).

30

245A-MM-91505

CW:     Talk to Richie and have somebody come here and get a
        cost done and that way you can make ah.

JO:     (UI).  (UI) nothing to do but (UI)...

CW:     Intelligent decision.

JO:     ....check on one thing (UI).  (UI) what I have
        scheduled in I don't (UI).

CW:     Right, well no, well you're gonna have to know what it
        costs too, to see if it's prohibited (UI) that.

JO:     (UI)?

CW:     I bet you it doesn't.  My kitchen, I got raked.  Six
        grand.

JO:     (UI).

CW:     But I had an island and I did a backsplash and all
        that.

JO:     Yeah, but (UI).  (UI).

CW:     Yeah, but see I got reimbursed from David.  He, hell
        no.  (laughs)  A beer and an aspirin if you can find an
        aspirin.

JO:     (UI).  I just vacuumed this rug yesterday.

CW:     (UI) what I mean.  Are you coming out (UI)?

JO:     Yeah, I got, ah as soon as I straighten up in two
        minutes.

        (Background noises - possibly taking aspirin - door
        shutting - pause in conversations)

        (Sliding glass door opens)

CW:     Hey, does your dad have ah, hand (UI)?  Yeah.

CHILD:  Dad!  Dad!  Dad!  Do you have (UI)?

        (No conversation heard)

        (Sliding door closed - footsteps heard)

31

245A-MM-91505

(Background noises - sliding door opens again)

(JO UI in background)

CW:    Ah, yeah, be careful.

(Background noises)

CW:    (UI).

(Background noises and footsteps heard)

(Door opens)

CW:    (Talking to child) What you doin'?  Keep that thing, I don't wanna leave it out there just, it's, it's mostly, thank you.  Don't hold it like that for God's sakes it'll drop and spill all over.  What's up little man?! What are you doin'?  You don't say hi to me?  You don't like me?  Huh?

(JO is UI in background)

CW:    Hey, I oughta crack you in the head with that (UI) stick.  Hey!  What game is this?  Double 0-7?

JO:    (UI).

CHILD:    (UI).

JO:    (UI) my kids understand is, (UI) it takes five minutes to clean up (UI).

CW:    I know.  I know.

(Background noises and footsteps heard - sliding door opens)

CW:    (UI).

JO:    Oh the aspirin right?

CW:    Yeah, just one.  I don't wanna OD on aspirin.

JO:    Heyyyyy!  (UI).

CW:    Can you fill this (UI) for me?  Thank you sir.

JO:    (UI) in background)

32

245A-MM-91505

(Background noises)

CW:    I tell you what.  The weather's pretty nice.

JO:    (UI).

CW:    Yeah, it contradicts everything the weather station was
       saying, my God.  You would think we had a hurricane
       blasting through here.

JO:    (UI in background)

       (Airplane heard overhead)

CW:    Thank you madam (to child).  Thank you.  Thanks Sonny.
       I'll just be hanging out here by myself, don't worry
       about me.

JO:    Well I just, cause I don't (UI).

CW:    I'm kidding.  Do what you have to do.

JO:    (UI).

CW:    I'm gonna hop on the phone.

JO:    (UI in background)

       (Background noises)

JO:    Well now.

       (Dialing heard)

JO:    I haven't been out here in a week man.  (UI).

CW:    Did I tell you that's the name of the.

JO:    Yeah, the (UI).  Did that guy ever call you back?

CW:    He called me in this morning on my ah.  He (UI) how I
       want.

JO:    Oh did he?  Lloyd?

CW:    Yeah.  (UI).

JO:    What'd he say?

33

245A-MM-91505

CW:     No I think (UI).  (UI).

JO:     Ah.  (UI) fuckin' (UI).

CW:     You (UI).

JO:     It needs a lot of (UI) man.

CW:     No, as a matter of fact it looks pretty good.

JO:     I got weeds coming up.

CW:     (On phone) Yeah, Lloyd please?...Loyd, Adam here...
        Yep, yep... Yes sir... Nothing... I'm sorry, you know,
        things have been kind of in turmoil here, we're waiting
        to get into a new house...It's been a nut house... And
        coupled with the fact I can't get her acceptance to
        save my fuckin' life... I'm getting (UI)... Ah, a
        couple of things, I got a call from, just to give you a
        heads up, from John Dole (PH)... Ah, I don't know if
        you've talked to him or not... Now we're in a little
        bit of a pissing match because of some of the, some of
        the things that were created... And of course, I left
        you guys out of it... Ahhhhm... But the bottom line is
        this... You know you kinda, and you kinda (laughs)
        (UI)oofed me out of some money and out of some material
        (UI) where and ahhhh... (UI) about a million
        (UI)...(Sliding door closing in background)... Ah, kind
        of put the advantage (UI) some situations... But ah, I
        don't want (UI) it doesn't affect us... You did mention
        to me, I wanted at one point, to get to (UI) that were
        sent up to you... You turned it back to me... Cause I
        had already paid for those... I know... According,
        according to him, he took 'em to ah, ah, a recycle
        place... (UI in background)... (Sliding door opening
        again)... Yeah... Yeah... Yeah... (Background
        noises)... Right... Yeah, and he just recently, really
        (UI) gave me a song and dance when he took (UI) up at
        your place... Oh, they're thirty or forty?... Ah...
        Hey, Lloyd, let me ask you something... Without you,
        anything (UI) the last thing I'm gonna do is mention
        anything... How much did you compensate him?... For
        that material?... A few hundred bucks!... Yeah... We
        picked through it... Well we, we all know that now...
        (Background noises)... (laughs) yeah, they were... They
        were until they got there but what (UI)... Yeah, they
        were, they were, the second I saw you up there and him
        and he represented me and (UI) I knew we're in
        trouble... Ah, coupled with the fact that ah, you

                                34

245A-MM-91505

know... Number one, they don't come neatly stacked like
they were, they were when I got 'em (UI) you... So I
knew that they were you know, raked... (Background
noises)... Ahh, Lord... Right... (Banging noises)...
No... No, it was perfect... And as I mentioned I even
(UI)... You know, the places we've been sending this
stuff (UI)... We have, the (UI) are down at ah, my
facility in Hialeah right now... You know I'm gonna set
that up... I did not set it up as promised... The
reason being ah one of the guys that I do business with
is out of the country and his son is there so he's
kinda, ahhhhh, I don't know how you say it ah... He's a
pain in the butt to deal with I guess... Ahhh, and if
he's, he's wanting some money before the material is
shipped... And as I mentioned to ya, typically we're
expecting out of the adult magazines per fifteen or
sixteen hundred count, you know... Three hundred
dollars per (UI)... And ah, I realize you guys claim to
do better than that, but frankly, I, I, I'd rather have
a third of what is promised and just get it as opposed
to a maybe when it ships... It belongs to (UI)... He
wanted me to pay him in advance and, and I'm
comfortable with that, but I wanted to be comfortable
with the fact that anything that is sent to you guys,
and I really (UI)... But everybody's kinda in ah, in a
(UI) I mean under the circumstances that John had
caused up north, everybody's kinda doing a little
(UI)... Not with... We prefer on the first (UI) paging
(UI) and I can send anywhere from forty (UI) we'd like
to, if nothing else, (UI) scrap prices up front because
that's about what we're paying our customers before the
materials and (UI)... Ah, which is roughly being a
hundred dollars, you know, per Gaylord... (Background
noises)... Yeah, see we, we have a guy down in Miami,
in Hialeah that's about four or five miles away... And
he's Argentinian and he may have bought (UI) in the
past... He'll (laughs) and I'll tell you what, what
threw a monkey wrench in that... The, they currently,
and they have in the past, they pay us 185 dollars per
(UI), 2,000 (UI)... Ahhh, and roughly 15 to 1600
dollars per Gaylord's been coming out to about 150
bucks... And when he pays cash on the barrelhead before
the material even moves... And that's, that's about...
The problem is because the, not with me, but the people
I buy it from... You know I'm paying them... My fear
is, is not being able to offset the cost... So
truthfully, at this point, to, for the material to move
you know it's only at two hundred bucks... We prefer
that that's paid in advance... At least on the first

35

245A-MM-91505

one or two loads... (Background noises)... Ah hum...
(Background noises)... I, I can't look at it from your
standpoint (UI) this is a small (UI)... Not to
interrupt you and I (UI) on it... But (clears throat) I
can honestly, I mean (UI) do this a thousand times a
year and before we know it, we're, we're forty, a four
hundred thousand dollars in the hole... And it's, it's
happened a few times... And the integrity...
(Background noises)... Okay, the bottom, bottom line is
this... We only wanna send out a minimum of eight Gay,
Gaylords per load... We're handling the transportation
so we have no internal truck (UI)... Which that in
itself up to your location, say about twelve hundred
bucks... Cost... It probably won't cost you but six
hundred dollars minimum to do an LTL (UI)... Okay...
What we would ask for is that if nothing else, you
know, we, we do get the scrap value... We're on the
hook for the transportation, so if there is a problem,
you open the door, it doesn't cost you anything...You
just say ah, fuck it... Send it right back to Adam...
Well do me... Ah, do me a favor and send six hundred
bucks so I can appease my end because gradually this is
gonna encompass a lot of what you (UI) we're doing with
you guys and what we're putting together... Right now
it's just a small part and we wanna make sure that that
small part kinda matures into ah, a good working
relationship where you guys are (UI) anybody and so are
we... (pause)... Ah, for God's sakes, ah, I hate to
lose the, you know, the guarantee that we did here with
the, the Argentinian guy... You know and it... Fine...
Fine, it's good thinking... Ah, I don't even give a
shit, I won't even touch his (UI) until you get it but
at least I can photocopy it... (UI) we're not a small
company anymore... So I can't function like that...
(background noises)... But they, oh it takes about
three days rotationalwise... So you're gonna get the
Gaylords I would say no later than, (UI) after (UI)
possibly Thursday (UI)...I may even be able to get
stuck down there this afternoon if there's no
indication (UI) slow in South Florida... People are
dying to get out of here because they're delivering
produce (UI)... (JO is UI in background)...(Sliding
door opens and shuts)... Ah, you can make it out to
either myself or International Fiber, it doesn't matter
ah... Fiber Corp... (Background noises)... Ah hum...
Yeah... Yeah, just put and, and you can just put a on,
on the, if you need to send ah, a purchase order with
it just put ah, payment, payment sent, blah, blah,
blah... If you have... Right... Yeah, if it's (UI), if

36

245A-MM-91505

        it's not, then give me a call (UI)...(laughs)... I
        doubt it but... Ah, yeah, just give me a shout back...
        Ah, thanks Lloyd... Bye.  (Phone hung up)

JO:     Did you give him the address?

CW:     Nah, he said no problem.  He's just gonna let his
        partner know that he's gonna call me right back.

JO:     (UI).

CW:     I, I just don't wanna get eat out of...

JO:     No, I know.

CW:     ...you know, (UI) if nothing else.

JO:     For what, Gaylord now. Ah we just (UI) eight hundred
        (UI).

CW:     Yeah.  Yeah, (UI) no.  (Phone ringing) He's just (UI).
        And not just the (UI).

JO:     Oh.

        (Phone ringing)

CW:     (On phone) Albert!...Let me wrap up brother... I'll
        call you back... Hey, hey, hey, let me ask you
        something... Who do you have coming up this way,
        anybody?... Okay... Ah, it's a Friday... (UI)... You
        do?...Ahhhhh, how's long's it gonna be up this way
        for... (Background noises)... Well it's A1A and
        Hillsboro, but I ran down the street with a friend of
        mine... (Background noises)... Well I'm not, it's, how
        far, how far... How far north is he right now?... What
        is he?... Ah, he's gonna have to come up, come down
        pretty ah, pretty far south still... Okay, give me
        about ah five minutes and I'll call you back and let...
        Okay, tell him to take his time... Bye.  (Phone hung
        up).

JO:     What'd he say?

CW:     He's trying to get a hold of Juan Carlos.

JO:     (UI)?

CW:     Yeah.

245A-MM-91505

(Background noises)

CW:    (UI) everybody's at.  (UI).

JO:    No I mean (UI).

CW:    That was it.  That was the conversation.

JO:    No (UI) you guys wanna follow?

CW:    Yeah.

JO:    Well Juan Carlos (UI).

CW:    Well he got Juan Carlos on the radio while he was (UI).

JO:    And we're thinking that (UI) come by and pick up some
       cash here?

CW:    No.  Always.

JO:    Yeah.

CW:    Yeah.

JO:    Yeah.

CW:    You gotta reverse it.

JO:    Yeah.

CW:    Juan Carlos is ex-(UI).

JO:    Is he?  What's he doing over there?

CW:    Like I told you the site.

JO:    Yeah, the know that site but, or just Juan Carlos or
       the whole...

CW:    Yeah.

JO:    ...east, southeast (UI).

CW:    No.  The whole southeast (UI).  Juan Carlos works with
       Southeastern.

JO:    Right.

38

245A-MM-91505

CW:     So.  He's over there picking up a check from (UI).
        Cause they saw him load some material on occasion.
        Cardboard.  Through the papermill, (UI) parent company?

JO:     Ah hum.

CW:     And then what happens is because it's (UI) it's off of
        84.

JO:     Ah hum.

CW:     Corporate sends a check direct to ah, Chris (UI).

JO:     Yeah.

CW:     So they went over there every Friday usually and pick
        up the check.

JO:     Right.

        (Tape malfunctions - bad static to end of tape)

        (END OF TAPE)

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| DATE OF TAPE: | JULY 13, 2001 |
| TIME OF TAPE: | 11:49:00 (SESSION 3) |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 17, 2001 |

PARTICIPANTS:        CW  -  COOPERATIVE WITNESS
                     JO  -  JOHN O'SULLIVAN

ABBREVIATIONS:       UI  -  UNINTELLIGIBLE
                     PH  -  PHONETIC
                     IA  -  INAUDIBLE
                     SC  -  SIMULTANEOUS CONVERSATION

245A-MM-91505

(Background noises)

JO:    Yeah, this is (UI).

CW:    It's hard to (UI) 'em.

JO:    How much can you hit ah, your boy for?

CW:    Who?  Richie?

JO:    Richie?

CW:    Ah, whatever he has available.

JO:    Right.

CW:    He has a (UI) ship.

JO:    Yeah.

CW:    He, we didn't talk a dollar amount.

JO:    No I know.  I don't, you know.  No, don't just get me
       wrong.  Don't get me wrong.  I'm not lookin' for
       nothin'.  I got a hundred bucks.

CW:    Well that's bullshit.

JO:    As far as I'm concerned it has.

CW:    Yeah, but it's.  No, as long as, as long as my expenses
       are paid for the next couple days, I don't give a shit
       John.

JO:    No, no, but I'm just saying ah.

CW:    He can, ah he'll probably give me four or five grand.

JO:    Right.  No I'm just looking ah, whatchamacallit.

CW:    But I just want, I wanna pay him back quick.

JO:    Well, let me ah.  Yeah, oh I know.  Let me ah.

CW:    Do you need my phone or not?

JO:    No.

       (Banging noise)

2

245A-MM-91505

CW:    Who do you have to call?

JO:    (UI - mumbling) let me fuckin' know.  You got a fuckin'
       (UI) or you know.

CW:    Here, don't call me.  Ah call.

JO:    No, (UI).

CW:    Huh?

JO:    That phone is a phone (UI).

CW:    (UI) Huh.

       (Background noises)

JO:    Well what's the difference I'm going to (UI) next (UI).
       You know?  We need to take a (UI).  (Car horn heard) I
       thought it was rock and roll coming on.  (laughs)
       (Phone being dialed)  (Background noises)  I thought it
       was rock and roll.

CW:    John, do you wanna grab me a fresh one?

JO:    That's what I'm doing bud.

CW:    Thank you sir.

       (Background noises)

CW:    (UI) keep 'em here and this (UI) about to call (UI)
       from his home phone (UI).

JO:    (UI in distance)

CW:    Ahhhhh.

       (pause in conversations)

       (Background noises - footsteps heard)

JO:    (UI) nobody seems to be working man, it's all right
       there.  (UI) we get one break man.

CW:    Everything, don't worry about it (UI).  Don't worry
       about (UI).

JO:    Ahhh, like I say ah, you know.  Don't worry about it

3

245A-MM-91505

(UI).

CW:    I'm the same.

(Background noises)

JO:    Fuckin' the loads that are down there man, waitin' for us.

CW:    He must get some money in his pocket. That's all.

(Background noises)

CW:    This guy Richie's not (UI). He won't be available for seven months to call him (UI). If he hasn't gotten money (UI). Otherwise we can hand that off to J.C.

JO:    That's what I was thinking.

CW:    Have a meeting with J.C.?

JO:    Right.

CW:    Secure World Magazine? And then.

JO:    (makes noise).

CW:    (UI) some.

JO:    Right.

CW:    Call John, and see if he (UI).

JO:    The phone there is busy I just (UI).

(Background noises)

JO:    (UI) calling the (UI). She's in bed you know.

CW:    (laughs) That (UI). Is that strong?

JO:    Yeah. (UI) like it is.

(Background noises)

CW:    Everything is one the brink of going wrong.

JO:    Oh, I know that, you know. I know that Adam, I. The only (UI) confidence in (UI).

4

245A-MM-91505

(Background noises)

CW:     The only thing that concerns me, I don't wanna be
        shipping material and then we're responsible for a
        freight bill.

JO:     No, I thought this guy.  Why we paying the freight?

CW:     Well because I was concerned about the anonymity and
        where it's coming from.

JO:     Ahhhh, you're better off.

CW:     Yeah.

JO:     Like we ship.

CW:     Yeah.

JO:     And how much is for the horses?  Eight, eight kids.

CW:     Well I told Lloyd that.  We can get cost from Watkins
        Trucking.

JO:     Right.

CW:     Ahhhm.  And not that credit (UI).

JO:     (UI).

CW:     On an LTL shipment, a partial shipment?

JO:     Right.

CW:     See it's not with the full load that would normally run
        us twelve hundred bucks.

JO:     Right.

CW:     (UI) be Watkins costs or even (UI) cost?

JO:     Right.

CW:     Because they've got four different shipments on a
        trailer.  It's divided by three let's say.

JO:     Right.

CW:     And they make 25 percent.  So they prefer to do partial

5

shipment.

JO:     Yeah.

CW:     Well ask, ask (UI) if, if, if (UI).

JO:     I wanna get the fuck (UI).

CW:     I know, I know.

JO:     Cause you know, eventually they're gonna find out, oh there's a load going up here, a load going there you know.

        (Background noises)

CW:     Yeah, (UI).

        (Background noises)

JO:     (UI - low voice) ... those guys, we're supposed to (UI). I got the (UI). I don't want him turning around and saying (UI).

        (Background noise)

CW:     Good.    (Coughs)

JO:     The black (UI) who you (UI), that's Danny?

CW:     Danny.

JO:     Danny.  He shouldn't know he, (UI).   Are you sure that he won't jump back for fuckin' DB?

CW:     He might.  Well you know what.

JO:     Fuck easy man.

CW:     Really.

JO:     Fuck easy.

CW:     David wants to get in the....

JO:     Fuck him.

CW:     ...(UI) magazine business.

6

245A-MM-91505

JO:     You know what.

CW:     Right.

JO:     No just say it's none of your business.  I'm back in
        business man, that's all.  I opened a new business.
        None of your fuckin' business.  Ah, has he called you?

CW:     No.

JO:     Fuck him.

CW:     Not at all.  What did he say?  Did he say anything
        shitty or anything?  When you talked to him?

JO:     About you?

CW:     Yeah.

JO:     No.  He didn't say nothing man.

CW:     Good.

JO:     Not a fuckin' word.

CW:     He shouldn't.  Did he say anything to Mamone?

JO:     No, not at all.  Not one.

CW:     Yeah he know ah, you know why he.

JO:     Let me tell you something, fuckin' John knows that to
        make money you (UI) you understand.  He knows that you
        need more than two grand to fuck (UI) market.

CW:     It's gonna be a lot!

JO:     Yeah.

        (Background noises)

CW:     I can't believe (UI) he's fuckin' still doing business
        with David he's crazy.

JO:     Well you saw it, no.  He's just fuckin' washed his
        hands now he's supposed to get a buyout and get fuckin'
        cash.  That's why he's looking for something to do and
        now he knows and I told him.

7

CW:     David's not gonna pay him cash.  For that shit.

JO:     That's why he's looking to do fuckin' something else.

CW:     Yeah.

JO:     He's looking at that body shop (UI) down there?

CW:     Yeah.

JO:     He'd be like a, a partner (UI).  That's why I went down
        to look at that.  Because he was there.

CW:     What.

JO:     (UI).

CW:     How bad is Buddy man?

JO:     Same as always.  Same as.

CW:     Jeez.  You, you better warn John.  Come into.

JO:     (UI) is star 6-7?

CW:     Star 6-7?

JO:     (UI)

        (Background noises)

CW:     Ah, no I don't.

        (Background noises)

CW:     (clears throat)

JO:     (UI).  Hey, (UI).

        (Background noises)

CW:     Just do star 6-7.

JO:     Oh I know that.  That's how I do that.  This way it
        comes up (UI) say what the fuck.  He owes you a hundred
        bucks.  But it's only a hundred bucks, but a hundred
        bucks is a hundred bucks.

CW:     Who?

8

245A-MM-91505

JO:     This other guy.  (UI).

        (Yelling)

JO:     (On phone) What's shaking?...Not Judy's shaking your
        balls yet!..Huh!..(UI) what?... How you feeling man?...
        I called yesterday, I was gonna come, you know, pay you
        a visit there and see how you're feeling ah... You (UI)
        bad this (UI)... How you feeling man?... No score
        huh?... Did somebody give you an upper cut (UI)...
        Right, but you been walking around though right?...
        (UI) just let you know you know...Ah oh... Maybe they
        cut your balls off and (laughs)... Good, good, yeah
        sure, that (UI)... You know my register, that (UI) she
        was gonna come over last night (UI) bring some flowers
        and (UI)... Flowers over your head and knock you out...
        (laughs)... But ah, yeah... (UI)... Don't fuck too
        much... Don't fuck too much... No, I'm just hanging out
        at home with the kids ah... You staying ah, you staying
        in bed?... Alright... Okay, buddy... Talk to you
        later... (Phone hung up)  Ah, he just (UI) company
        today.  (UI) fuckin' cause I'm just still in pain, he
        said, I'm laying in bed.  He says I got up to take a
        piss and then I'm back in bed.  He said he'll be up for
        company tomorrow.  In other words, come by tomorrow.

CW:     To pick up money?

JO:     Well he you know.

CW:     (UI).

JO:     No, no, no.  Yeah, yeah, yeah, no.  When he says, when
        he says that sometimes (UI) sittin' on the (UI).  And
        then when we get that seven grand, well let's make an
        appointment fuckin' Monday to go down fuckin' ah,
        outlets of his (UI) the money.

CW:     You know what?  I'm gonna get (UI).

JO:     Tell me.

CW:     Just (UI).

JO:     Whata you wanna do?

        (Banging noise)

JO:     Whata you wanna do?

9

245A-MM-91505

CW:     When he gets back.

JO:     Yeah.

CW:     (UI)sa?

JO:     Yeah.

CW:     See me and a (UI).

JO:     (UI).

CW:     You know anybody that can rough him up a little bit?

JO:     Anybody can rough anybody up man.

CW:     No, but I mean.  That's what it's gonna take because he's gonna continue that (UI) pay.

JO:     Yeah, well.

CW:     Forever.

JO:     I mean, I don't mean the fuckin' (UI).  What does he owe you a hundred fuckin' grand, eight grand, is that what?

CW:     No it's more than that.  Fuck, my now it's about 120 to 140.

JO:     Yeah, ah well when you drew up the contracts, back when?

CW:     The contract is, what ten months old?

JO:     Right.

CW:     It's ten thousand six hundred, 66 dollars a month.

JO:     Right.  And what's he pay you?

CW:     Ahhh, (laughs).

JO:     Exactly.

CW:     What ah nine grand?

JO:     So fuckin' ah, get an attorney brother.  That's the cheap, the, the easiest way.  The best recourse is to

10

245A-MM-91505

        get an attorney and say yeah, now we're gonna file
        this, file that.

CW:     It's not gonna work with him.  He doesn't give a shit.

JO:     Yeah, he don't give a shit.  And why do you have him
        then?

CW:     It's a corporate deal.  It's a Southeastern deal.
        Southeastern has no money.

JO:     Right.

CW:     It's ah, it's ah.

JO:     Do they got, do they got fuckin' assets like the
        equipment?

CW:     I think that the equipment.

JO:     What about the trucks and stuff?

CW:     I think that the equipment is all under lease purchase
        still.  So you can't even assess any type of lien for
        it.

JO:     Yeah.  What about the forklifts?

CW:     Yeah, (UI).

        (Background noises)

JO:     Well you (UI) sexy man.

CW:     Yeah.

JO:     (laughs)

CW:     I'm pretty fat.

JO:     What ah, what does he fuckin', you know.  Honestly
        right now, what's taking money for you, that what's
        (UI)?

CW:     (UI).

JO:     (UI).  Right.

CW:     It.

245A-MM-91505

(Background noises)

JO:   (UI) up grab a (UI).  How do we take it away?  We need (UI).

CW:   Well we lost track.  Yeah.

JO:   The (UI) are there.

CW:   Motivating.

(Background noise)

CW:   Remember just Mr. Larry?

JO:   Yeah, oh that was over that way.  Larry ah.

CW:   Yeah.

JO:   So how do we (UI) him?  We fuckin' take the business away from him.  Well you need a place to run it through.  Right?

CW:   Yeah.  It's hard.

JO:   Ah, forget about ah.

CW:   See.

JO:   Forget about ah, let me just ah run something by you. Forget about ah, (UI) or whatever.  Who's the next company?

CW:   Simco out of Miami.

JO:   Simco.

CW:   But Simco started with Southeastern too because all the (UI) ah the white (UI)?

JO:   Right.

CW:   But they get (UI).

JO:   Right.

CW:   They're supplying Simco and then Simco is sending that to Venezuela.  They got this huge money ordering scheme, I told you about it.

12

245A-MM-91505

JO:    Right.

CW:    That, that is just ah.

JO:    Well that show is no good.  Well that (UI) is no good.
       And Southeastern knows that.  Who's up north?

CW:    Nobody.  (UI) me.

JO:    That's it.

CW:    Well you can go up to Orlando but logistically it's.

JO:    Of course, it's not feasible.

CW:    How far is Orlando?  Or Lakeland?

JO:    Lakeland is fuckin...

CW:    Lakeland is.

JO:    ... by Orlando.  Lakeland's like (UI).

CW:    Well no, no, what I was thinking.  There's a, there's a
       recycling plant in Lakeland, I don't know if that's
       closer or, or Orlando is.

JO:    Lakeland is probably twenty, a half hour north of
       Orlando.

CW:    But it's still, what, two hours?

JO:    Yeah.

CW:    That still maybe.  But you know what we need to do?  We
       need to.

JO:    Take everything away from fuckin' ah.

CW:    It's not (UI) and I'm telling ya, that, that won't give
       me my money back.

JO:    Well what, what's gonna roughing him up gonna do?
       Honestly?

CW:    If he's threatened?

JO:    Right.

13

245A-MM-91505

CW:     He'll pay.

JO:     You think so?

CW:     I know so.

JO:     Well then I'll get a couple of guys to go around there.

CW:     People you trust I hope?  Because.

JO:     People I trust, yeah.  I call my friend and I say I
        need two, two biggest mother fuckers you got to go down
        and grab this guy by his neck.  And punch his
        windshield out.

CW:     Is there a way your name and my n-, name can be left
        out of it?

JO:     (UI) yeah.  Yeah.  Yeah, but your name's gonna have to
        be mentioned in it.  Hey who, who do I owe the money
        to.  I'll pay.

CW:     Ah, what do we have to give him?

CHILD:  Daddy?

JO:     What?  I don't know how to play that game.  Close the
        door (UI).  Come on man, I'm trying to do this (UI).
        (UI) I'm trying to watch my son's football practice and
        this guy he's got me playing (UI).

CW:     You (UI) with a stick.

JO:     Close the door, the air conditioner's on.

CW:     No I mean I'm serious.  I mean I can't afford to keep
        money out...

JO:     No it's ridiculous.

CW:     ...to meet this guy and.

JO:     What's his fuckin' problem?  Why don't you let me go
        down and talk to him.

CW:     Well.

JO:     Richard.

14

245A-MM-91505

(Footsteps heard)

(Banging noises)

CW:      Cause I don't know if he's gonna listen.  It might be a wasted trip.

JO:      Oh well, when I grab him by, around the throat (UI) gash his head (UI) the time.  You know.

CHILD:  Here Dad.

CW:      (UI).

JO:      You.

CW:      No, he's just kidding.  (UI).  You know what I mean?

JO:      Come on!

CW:      Big B, you wanna grab me and your daddy a beer?  Please!

JO:      Ah oh.

(Background noises)

JO:      (UI) I'm full (UI).  Ah go get one for Adam.  Hurry up. (UI).

CW:      Let me grab 'em and I'll keep (UI) across the.

(Footsteps heard)

CHILD:  (UI).

CW:      What a catch!  Go grab me a (UI) would ya boy?  Thank you.

JO:      You know what you need?  You need some Cuban guys.

CW:      I (UI).

JO:      No not if you get the right Cuban guys ah go down.  I can't, ah listen, I can make a phone call now and let this fuckin' Jewish kid to come down here right now and I don't give a fuck, that's like a (UI).  A, a triple X black belt (UI).

15

245A-MM-91505

CW:      (UI).

JO:      He don't ah, don't trust (UI).  You know.  It's that.

CW:      Well we're gonna have to take (UI).

JO:      Probably his ass bend down and ah, you know, a thousand
         (UI) or something.

CW:      How many (UI)?  And I'll come up with the money.

JO:      What you want him to do?  Beat the crap out of him?

CW:      (UI) just (UI).

JO:      No problem.

         (Background noises - children heard in distance)

JO:      (UI).

CW:      Just make sure (UI).

JO:      Oh yeah.  Especially if something you know.

CW:      (UI).  Why you (UI)?

JO:      No I'm not calling him right now?  I think (UI) what he
         says.  If he wants fuckin' (UI) you know do whatever
         you tell him.  Just (UI) and make this fuckin' guy's
         life and nobody (UI).

         (Background noises)

CW:      But we need to (UI).

JO:      Alright, star 6-7.  (UI)!

CW:      Wow!

JO:      You gotta dial 1 for long distance still?

CW:      Ahhh, yeah.

CHILD:   (UI).

CW:      Yeah.  Here go inside.  Let me and your dad talk just
         for a minute, okay?  If you don't mind.

16

245A-MM-91505

(Airplane heard overhead)

JO:    (UI) we're talking business here, come on.

(Background noises)

JO:    It's not in service.

(Cell phone ringing - sliding door closes)

JO:    (UI).

CW:    (On phone) Albert!... Busy right now... Alright, let me give you a call back... I'm trying to get a hold of another buddy of mine cause I'm with somebody right now and they're kind of stranded... No, I know, ah listen... Ahhhh... You know what?... I'll call you right back... I got someone calling me on the other line, I'll call you right back... Pertaining to us... (Phone hung up) (On phone again) Hello! Hello!...Yes... What's up buddy?... Sure... Yep... Yes, Steve... Yes I can... Good and you Steve?... Ahhh, not that I recall... Yep... (background noises)... Would it benefit me?... Yeah... Okay... No, it ah listen... (UI) Steve Lloyd... I, I appreciate it very much and I know this sounds ridiculous... We, we're no... Two years ago...

JO:    (In background) (UI) and the guy wants to know ah, (UI) coming down.

CW:    (On phone)...we wouldn't even have this conversation... And now I have sixteen employees who've been taken advantage of.... I wouldn't say burned intentionally (UI) do it...

JO:    (In background) (UI) focus ahm so... Alright...

CW:    (On phone)... you know, this is a good source of income (UI) for me and our corporation....

JO:    (In background) ... the other car that she gave, ah, ah Ford Taurus SHO?... I got that lady...

CW:    (On phone)... So all I'm trying to do (UI) it wouldn't help...If, if you guys are opposed to...

JO:    (In background)... she's ah, I'm (UI) telling her you gotta get the car (UI)...

17

245A-MM-91505

CW:     (On phone)... to paying a few hundred bucks up front,
        basically that's covering the cost of our scrap...

JO:     (In background) ... She said that girls wants to know
        who (UI)...

CW:     (On phone)... I'm still responsible for doing all the
        transportation... Even on an LTL shipment, it's still
        gonna run us about 6 or 700 hundred bucks... So if
        there's a problem with the material, I eat it...

JO:     (In background)... But ah, (UI) the name or anything
        (UI)?.... That's (UI)...

CW:     (On phone)... Also if there's a problem with the
        material and I gotta check and my company does a check
        for a few hundred bucks for you guys...

JO:     (In background)... (UI) but it's (UI) they haven't
        pulled (UI) okay?... Oh that's the (UI)...

CW:     (On phone)... you know you're not gonna have a chance
        to worry about getting it back in return... We're just
        trying to...

JO:     (In background)... Ah this lady won't move her car till
        (UI)...

CW:     (On phone)... protect our interest with a few (UI) of
        material that we know you guys can...If your, if,
        yeah...

JO:     (In background)...Oh ah, well I can ah, I can call her
        back... If I come today (UI)... When they come, just
        let me know who it is that's (UI)... And give him a
        name...

CW:     (On phone)... Yeah!...

JO:     (In background)... Or they put, ah yeah, (UI) go
        crazy... Cause, cause that's what they wanna know...
        they wanna take a look at this ah...

CW:     (On phone)... Yeah, well we're probably gonna us
        Watkins who typically does a partial load
        shipments?....

JO:     (In background)... have him come out and to the tow
        yard to take a look at the front (UI) and

18

everything...Ah, this way they you know (UI)...

CW: (On phone)... You know, it's a well known company...

JO: (In background)... (UI) and you call 'em up and you (UI)... He called for me and (UI)...

CW: (On phone)... Yeah!...

JO: (In background) (makes noise)...

CW: (On phone)... Lloyd listen, I'm not even gonna touch your God damn check, excuse my language... I hope there aren't any children around?...I'm not gonna touch the God darn thing... If you want, it's ah, I can have send out a fax photocopy of the damn thing and I'll take it back to my office... You know, I just want to (UI)... Because you've had some problems... (Background noises).... Yeah... No, if, if I get a check in hand, it sure would be nice on the first load of material... I (UI) the material to you guys, for adult magazine has a value of about sixty cents, correct?... Okay... So man... You're scaring me (laughs)... If, if, if you guys have a concern over getting burned out of a few hundred bucks like I do (Cell phone ringing in background)... Then we... No, no, no...

JO: (On phone) Hello!...

CW: (On phone)...·We make the perfect couple...

JO: (On phone)... I'm at home...I'm staying with the kids...

CW: (On phone)... but it, you have to have a little faith in what I'm doing... You have to look at ah...

JO: (On phone)... Cleaning up and just hanging up clothes and everything...

CW: (On phone)... You can give me the names and have the sanctions previous of the companies that you can send me to...

JO: (On phone)... So I just as I said, I came home, the kids had balls all over the place...But you know I just (UI)...

CW: (On phone)...You know, I don't have it clear on my

19

245A-MM-91505

end... You don't have it clear on yours...You guys
wanna send a few hundred bucks, great... If you don't
send, we'll wait till later then...(background
noises)... No shit... (pause)... Hum... Yeah, well you
know, to tell you the truth Steve, I don't want your
records cause the reason being is because in the event
one of those references goes to one of my people via
fax?... Then all of the sudden they get called on by my
company, then I end up looking like a big asshole... I
don't ask what happens to this... If I wanted to that I
would have done it two weeks ago... Okay?...I had
mentioned the names that we've shipped material to...
We know the characters that are involved... Bottom line
is this, I can... I really don't care... Whatever you
guys wanna do... We're wasting time and we're wasting
money... I don't have the time... Then, then send out a
fuckin' check for a few hundred bucks... Four, five
hundred bucks, I don't care... I'll hold on to it until
you guys get a shipment... I don't even care if you
send it, put a stop payment on it, whatever... I'm not,
I'm not gonna... (Background noises)... (UI)... Fine,
it, it's made out to my... Ah, you wanna send it to our
corporate office... Fiber Corp... F-I-D-E-R... And it's
1-1-2-6-0... Northwest... 52nd Street... 5-2, 52nd...
And that's Coral Springs, Florida... And that's ah, the
zip is 3-3-0-7-6... Yeah, and you know how... Right...
There's a big concern on this side and I talked to
ah....We, we got a CFO now that happens to be a
relative of mine... Okay, so I have people that answer
to you as well... When I started this company, I, I
asked for money... I divvied up shares, I paid my debts
and, and now, you know, we're in the process of growing
again, so I have new partners all over again... A
couple of them are family members... So I don't, I
don't need a fuckin' headache by making a, a bad
judgement call... And if you're unhap-, I'm not gonna
touch your check... You know... Well... Alright?...
Yeah, in, in Lloyd (UI)... When I get off the phone
with ya, I'm gonna send out the fuckin' shipment...
Okay?... That's not ah you repeat it to anybody unless
one of you know, unless one of my guy's calls just to
confirm or whatever... Okay, and you should have that
note... (laughs)... (To JO in background: Yeah, ah,
yeah, how long does it take for shipments in the past
to get up north? Do you have any idea?...

JO:     Two days most.

CW:     Two days?

20

245A-MM-91505

JO:      At the most.

CW:      When we sent out last week or.

JO:      When, when they pick up ah, a load say on Monday?  They
         usually get it by Wednesday the latest.  Wednesday
         afternoon.

CW:      What, didn't we send a load to Mark on a Friday?

JO:      We sent it on a Friday, and they were supposed to get
         it late Saturday afternoon, but ah, the place was
         closed so he didn't get it till Monday.

CW:      (On phone)... Okay, if we sent out today guys?... I
         don't know if you caught that?... Your, if your open
         tomorrow, no, no, no...(To JO in background: That was
         ah, that was Georgia, right?

JO:      That was Georgia, yeah.

CW:      (On phone)... Okay, well forget it... You...

JO:      It won't get, it won't get there till Monday.

CW:      (On phone)... You're gonna get it Monday... Okay...
         This driver has all weekend to get to your place... And
         what, what he does in between is not my responsibility
         (laughs)... Correct... Okay... Good enough... Okay, you
         guys be happy with it... As a matter of fact ah, a lot
         of material is still boxed... It's still in ties, you
         know... Some of it's in (UI)... What you guys saw is
         not representative of the way I do business number
         one... Hence the reason for my phone call to Lloyd or
         his people down here... You know (UI) you know Natasha
         tells me she, she has accounts down here, and we know
         the accounts that you guys supply... We're not
         interested in taking them Gaylord's (UI) material... We
         can deal with Morty at Adult Books... We can deal with
         anybody you guys deal with... But we're not
         interested... We're not in that business... We're not a
         distributor... We're a scrap company... You know
         why?... Because we don't have the time... We're a 32
         million dollar a year gross company, and we have plans
         on expanding into different avenues... This is a nice
         avenue for us, but it's not what we do... We don't have
         people peddling magazine to accounts here in South
         Florida... Or any f-, ah, any, anywhere for that
         matter... I don't have to put on five people and I

                              21

245A-MM-91505

spend two hundred thousand dollars just to do what you guys do... And then some... And get burned, and fall on my face in between... Yeah, and I, and I have no intention... Sure, absolutely... Listen, I... (UI) Steve, you and I didn't meet, Lloyd'll tell you, I'm about a buck twenty and I stand a, a mighty 5'4" tall probably... On a good day with lifts... Okay, so I have no intentions in, in taking advantage of anybody... I don't have anything physically or mentally in my body other than my word... And I hope that's good enough for ya... Okay... I'll just (UI)... Yeah... Yeah... (Airplane heard overhead in background)... Likewise... Ah hum... Every, every week... Yeah, we're doing about fourteen to seventeen solid Gaylords in the past two, to two and a half year stand... Of nothing but adult magazines, okay?... Right, listen, and, and I gotta tell ya, there are things that I know how to do... And the reason why I'm doing so (UI) like this, is you just know I said it... Period... We don't send out crap... We eliminate bad guys with the (UI) John... You know, who takes a, a three-week hiatus to Germany but he can't find a telephone to save his life... And ah, you know, we dealt with Natasha's previous company... You know that she jumped ship out of... Not directly, but indirectly... They're all, they're all ending up with our material... Okay... I'm not worried about it... All I wanna do is show a few hundred bucks in front of my chief's faces and... Okay... Much appreciated... I've got all your information, I got it from your secretary yesterday when I called her back (UI)... Alright?... Look, now it's attention Classic Pack... Okay, C-L hold on... L-A...S-S-....P-A-K...No C... Right, well I've got it at my place but I'm not at my house (UI) today...(To JO in background: Got it?)

JO:     C-L-S-S-P-A-K?

CW:     Right.

JO:     Cl(UI)pak.

CW:     Correct.

JO:     (UI)pak.

CW:     (On phone)... Do we need to send you guys an invoice or anything like that?... Okay... Good enough... Well... Fax number is, go ahead... ah hum... Okay, 8-4-5-2-6-8-0-1-0-2... Got it...

22

245A-MM-91505

JO:     (UI)pak.   That's (UI).

CW:     (On phone)... Okay... Nah, I don't think, ah just, ah
        just count on Tuesday, Wednesday at the latest...
        Okay... Okay, super... Okay... Great... Let me know
        guys, if, if there's any issues or any problems or if
        we, if there's six inches missing from the top of the
        Gaylord or whatever, you know... Okay?... Okay, let me,
        let me also give you my partner's phone number in case
        you need to reach him over the next few days?... That
        number is 9-5-4-8-0-3-1-2-9-0... Johnny... Ah huh...
        Alright gentleman, listen, have a good weekend...
        Alright guys... Take care Steve, good speaking with
        you...Lloyd, a pleasure... Alright guys... Bye.  (Phone
        hung up)

JO:     They're (UI) the address huh?

CW:     I gave them the address.

JO:     Oh you gave them the address.  Ahm, what's the plan
        now?

CW:     You were inside when I gave them the address.

JO:     No I know that's alright.

CW:     They're gonna send that check here.

JO:     That's fine.

CW:     International Fiber so.

JO:     Alright.  You wanna stay with International Fiber with
        this?

CW:     Well with these, I didn't wanna have to overlap...

JO:     No, no, no, no (UI).

CW:     ...in case he wanted them tomorrow.

JO:     Now when are we gonna ah.  This 8-4-5 is with (UI) too
        you know?

CW:     Yeah, yeah, the whole thing's in St. Mary.

JO:     St. Mary yeah.  That's Stoney Point in the back.

23

245A-MM-91505

CW: Stoney Point or Hackensack. Hackensack's a different area right?

JO: Hackensack's in New Jersey (UI). Stoney Point. Let's make a trip up there next month.

CW: This is Jersey.

JO: (Belches) What, no it's not. Stoney Point, New York. (Belches) 8-4-5.

CW: When I went there I thought it was Jersey.

JO: No you're going to Jersey, and it's right over the borderline. And here's Jersey.

CW: Right next to Newark?

JO: Look. No, here's Jer-, if this is, this is New York City.

CW: City, right.

JO: This is Newark Airport way the fuck down here. This when your going to upstate New York, this is.

CW: I know we drove through the fuckin' hills that's all I know.

JO: Yeah, yeah, this is New Jersey.

CW: Those brick roads.

JO: Look, this is New Jersey and New Jer-, New York borderline.

CW: Ah hum.

JO: And here's fuckin' Stoney Point over here. And my best friend lives there. We can go there and crash at his house. And, and...

CW: Good.

JO: ...and do eight balls all night.

CW: Shit.

JO: What.

24

CW:    You know what?  You wanna call them back really quick.

JO:    And.

CW:    (UI) I forgot to come and visit.

JO:    What's that.

CW:    Yeah, just call 'em up and introduce yourself.

JO:    What's his name?

CW:    His name is Lloyd.

JO:    Lloyd.  Hi, how are ya.

CW:    And that's (UI) nice fellow.

       (Phone being dialed)

JO:    Lloyd?

CW:    Lloyd and Steve.

JO:    You tell 'em my name is (UI) from New York.

CW:    Tell 'em, here.

JO:    And they know you as Adam?  From International?

CW:    Yeah, Adam (UI).  He knows my last name.

       (Background noises)

JO:    (On phone) Hi, ah Lloyd?... This is John, Adam's (UI)
       partner how are you (UI)?... How you doin', I (UI)...
       You know I used (UI)...

CW:    (CW walking to sliding glass door and opening it and
       talking to children)... Hey guys, is there a lighter or
       any match or something?... (Children are UI)... Are you
       allowed to touch matches?...(Child says: Yeah, ah
       hum)... Okay...

       (JO is UI on phone in background)...

       (Background noises)

JO:    (On phone)... Oh, okay... (UI)...

                              25

245A-MM-91505

CW:     (To children)  You keep you butt inside (UI) these
        guys.  (Sliding glass door closed again).

JO:     (On phone)... Very good... (UI) scheduled (UI) Steve is
        coming down (UI)... Okay, Lloyd...

CW:     Okay.  (Yelling in background as to be heard by Lloyd
        on phone with JO:  You missed out Lloyd.

JO:     (On phone) (Laughs)... Okay... Yes sir... Take your
        time...

        (CW walking around)

JO:     (On phone)... Hey Steve, how are ya?... Ah, I was just
        listening to (UI) and I told Adam I said it'd be nice
        of us to come up to ah, up to your area and I figured
        we (UI) you know (UI) coming down to Florida?... Oh
        nice, my (UI)... We'll be out for three days...(both JO
        and CW laugh)... Ah, where you gonna be at, what
        part?... Alright, you're, yeah you're te-, you're about
        fifteen, twenty minutes away... Why don't we do this,
        let's hook up, let us, Adam and myself we'll take you
        out and ah, you know, around town, (UI) stuff like
        that... That's where we go... We get to meet face to
        face... Alright, that's, I just ah, you know it's ah...
        I just told Adam I don't like, you know, I don't mind
        the phone and everything, but I like to put a name with
        the face and everything, okay?... Alright, do me a
        favor, when your, when your coming down, give me a buzz
        and ah, we'll set it up alright?... We'll do a night on
        the town... Okay, very good, and Lloyd, you're gonna
        miss out... (laughs)... Well... Sounds good... Very
        good... Alright... It sounds good... You guys have a
        good weekend... Bye, bye.  (Phone hung up).

JO:     This (UI) a little more.

CW:     No, no, he's not joking, he's (UI) he's a (UI).

JO:     No, he's ah, yeah, one sounds like a Jew, one sounds
        like a Guinea, but they sound like two Jews.

CW:     (laughs) Ah, who do you, Lloyd.

JO:     What.

CW:     From what I've been told Lloyd's got some good ties.

26

245A-MM-91505

JO:    Okay.

CW:    Big ties.

JO:    Right.  Well let's get fuckin' all (UI) out and we'll
       get a fucking car, go pick 'em up.  And ah this way it
       looks like you know, you got fuckin'.

CW:    Yeah.  No, they don't have (UI).

JO:    Well we don't need to have (UI) but isn't...

CW:    (UI) I was at their place and I know the (UI).

JO:    Well listen, then we just go out in my truck you know.
       And we pick them up and we take 'em out.

CW:    Good.

JO:    Take 'em down to see the girls and we can go out to
       dinner, you know, what's it gonna cost us?  Five
       hundred dollars for the night?

CW:    What scares me is what just happened.

JO:    What.

CW:    You gotta beat 'em up with (UI) hundred dollars for
       God's sakes.

JO:    Well that's what I would wanna (UI).  Well no the, you
       see, they don't have no products or nothing.  I'd be a
       little leery too.  Why am I gonna send this guy six
       hundred dollars you know I, I, I've heard of him.

CW:    Four hundred is what...

JO:    Four.

CW:    ...what was settled.

JO:    Woo!

CW:    Yeah, but it covers the cost of freight.

JO:    Cost of freight.

CW:    And I told them scrap.

27

245A-MM-91505

JO:     Right.

CW:     But.

JO:     Let 'em (UI) free (UI).

CW:     Yeah.

JO:     Eight Gaylords.  Six (UI).

CW:     Roughly.  I, I hope it does.  I don't know what LTL
        shipments.  I usually did.  Whatever the bill was from.

JO:     What, and what are they gonna pay us?  A, a buck, a
        buck, a buck and a quarter or something?

CW:     Hey, for adult magazine?

JO:     Right.

CW:     They're gonna pay us about, their sixteen hundred
        pounds.  Let's say fifteen hundred pounds.  There's
        three-quarters of a U.S. ton.

JO:     Okay.

CW:     They're gonna pay, on strictly adult magazines?

JO:     Ah huh.

CW:     Sixty cents per magazine.

JO:     Per magazine.  So they gotta go through each Gaylord
        and I figure out how many magazines your gonna need.

CW:     No, no, no.  Usually the Gaylords are, we can make it
        all, all adult.

JO:     Right.

CW:     For a (UI) issue.  Or it depends, it, you know, it's
        chemistry.

JO:     Right.  But I'm just saying.  They're gonna say
        alright, each Gaylord will hold how many magazines?

CW:     Fifteen to sixteen hundred.

JO:     Okay.

28

245A-MM-91505

CW:    Alright, no, no, no.  Fifteen.

JO:    Just say a thousand dollars, a thousand magazines.

CW:    A thousand magazines, that sixty cents a pop, six
       hundred bucks.

JO:    Six hundred bucks.  Alright.

CW:    It should be about a thousand bucks a Gaylord.

JO:    Okay.  So about a thousand...

CW:    Okay.  Yeah.

JO:    ...and your gonna send eight at a pop.  It's sweet.

CW:    It's a good deal.

JO:    It's a beautiful deal.  We just gotta make sure that
       we, and this is what's coming from ah.

CW:    Southeastern.  We can get it from Paper Stock anyway.

JO:    Paper Stock is what I'm ah, you know what I'm.

CW:    Not a full shipment though.

JO:    So, no, no, but don't ah, get me wrong now.  The
       classic pak is you know, just, I'll hold on to that fax
       number.  Cause we need it.  The Paper Stock is the big
       one that they want the six grand.  Is that strictly all
       adult?

CW:    All adult.  No periodicals.  No.

JO:    And ah each load, ah each for six, six K there.

       (Background noises)

CW:    Let's say.  Each magazine weighs about a third of a
       pound.

JO:    Right.

CW:    There, so there's ah three magazines per pound.

JO:    Right.

29

245A-MM-91505

CW:    You multiply sixty cents times three, that's a dollar
       eighty...

JO:    Right.

CW:    ...per pound.

JO:    Right.

CW:    Multiply a dollar eighty.

JO:    Right.  Divided.

CW:    Times let's say a thousand.

       (Cell phone ringing)

CW:    A thousand pounds of Gaylords.

JO:    (UI).

CW:    Yeah.

CW:    (On phone) Hello!... Hello!... Hello!... Hey sweetie...
       (laughs) I know... No I know it's you when you call, I
       can see the number registering... Okay... What's up,
       how are the kids?... Ah, I'm with Johnny right now...
       Okay... I might be a little late... Not tonight late,
       but we waiting for Richie to, to surface... Alright...

JO:    Richie's gonna keep us alive.  Keep you alive.

CW:    (On phone)... Alright?... Everything good?... Okay,
       well enjoy the weather... I love you... Alright talk to
       you... Alright, bye... Alright. (Phone hung up)

CW:    (UI) when I say (UI).

       (Background noises)

CW:    (UI) hell it's a nice deal.

JO:    Yeah.  And if you send a (UI).

CW:    John, John Golden.

JO:    Right.

CW:    Moved all that material out.  It's gone, ah .

JO:      (UI) when did they do this?

CW:      (UI) I didn't get particulars.

JO:      (UI) the Gaylord (UI).

CW:      It's gone.

JO:      It's gone.

CW:      They're gone.

JO:      Come up and fuckin' wash your hands.

CW:      Nah, I don't wanna.

JO:      I tell you (UI) you know what?  You know when he was up
         there?  My buddy there, I'll call him up when we get
         cash.  Go down and talk to (UI) and let him go to his
         fuckin' house and beat the fuck out of him.  And just
         get in the car, go up and knock on the door.

CW:      Yep.

JO:      He answers the door.  Ugly lookin' bald head mother
         fucker.  So beat the fuckin' crap out of him.  Then get
         back in his car and just drive away.

CW:      He doesn't think twice.

JO:      He doesn't think twice.  If I tell him to go in there
         and beat the fuck to a pulp.  Don't kill him but leave
         him just fuckin' you know.

CW:      Dangling.

JO:      Dangling.  Leave him bloody, leave him, beat the
         fuckin' crap out of him.  That's it.

CW:      So now we got two fuckin' guys.  (laughs)

JO:      No.

CW:      We got Morris and we got John Golden.  (laughs)

JO:      Well I got this guy up there that'll do the fuckin' you
         know like I say.  And my brother turned me on to this
         guy.  He's not a big f-, he's about your size.  But
         he's just a fuckin'.  He's the top of, what, what's the

31

                    highest black belt you can get?  Eight, eight...

CW:      Fourth degree black ah.

JO:      ...no he's like a eighth degree or something like that.
         He's a sick mother fucker.

CW:      I'm just worried about how much it's gonna, we may have
         to pay him up front.

JO:      No.

CW:      How come.

JO:      No when I say (airplane heard overhead) we go back (UI)
         you know what?  We'll fuckin' fly up.  And watch it,
         we'll be in the car.  (UI) get his ass kicked so yeah,
         no fuckin' (UI).

CW:      Have you used him before (UI)?

JO:      My brother used, my brother used him ah, this kid just
         like, he's a crazy mother fucker.  He's a young guy.
         He's like 25 years old.

CW:      (UI) can you call him?  Get a hold of this mother
         fucker and tell him to (UI).  And then tell him to fly
         down here so.

JO:      When, when do, when do you hear from him.

CW:      (UI) seven?

JO:      Ah no, just dial ah, 9-1-7's my brother.

CW:      What is it?

JO:      1-9-1-7...

         (CW dialing phone)

JO:      ...4-7-8-8-6-3-9.

         (CW dialing phone)

CW:      Seven?

JO:      Nine.  See the nine, yes (UI) it.

                              32

245A-MM-91505

CW:       Okay.  (UI).

JO:       No I just got that (UI).

CW:       (UI).

          (CW and JO walking)

          (UI talking)

JO:       Put it on the (UI).  (On phone) Yo what's up?...(UI)...
          What's up with your bad ass mother (UI) what's goin' on
          man?... Nothing... Hey, you re-, listen remember you
          told me about that little Jewish guy, that crazy mother
          f-... That will go anywhere?... That guy, you know the
          one I'm talking?... Yeah, that crazy mother fucker?...
          Alright... Ah, yeah, ah we might wanna hook up with him
          and this and that... Ah, what, what do you usually give
          that guy?... Nah, no, no, no, I know that, but there's
          just, there's one guy up there in New York, he's like
          New York, New Jersey... Up by (UI), up by Tom (UI)...
          It's New Jer-, ah alright...(UI) know this... ah (UI)
          somebody got a (UI) talk (UI)... And then ah, just, I
          wanna find out what, you know, what's he gonna say...
          Now this is, we want, never mind about the, the col-...
          We want him just to go down there and ah, yeah...
          (UI)... You know what I mean?... Just go down there and
          ju-... What's that?... No, no, no, oh listen I got that
          thing workin' too now... I got, that thing's gotta be
          hooked up also... I got ah, a addresses of... Do you
          wanna go out and sit on this place and I'll tell you
          what to do, you know?... It's in Flushing... It's in
          Flushing and it's easy... You know... Flush-, Flushing
          and you don't do nothing... You stand out there, you
          watch and eh, the guy comes out and you know, you dial
          9-1-1, the guy's got, selling drugs, he's got a gun on
          him, this and that you know?... Just give him the
          description... But ah, yeah, that's the story
          brother... Ah, yeah, find out ah... Huh?... Well ah,
          you know, I don't like talkin' on the phones man, you
          know, ah yeah from a pay phone there I get back...
          Right... Okay, no problem... Call now, good bye...
          What?... Oh yeah, if he, if he comes down here yeah,
          everything, you know ah... After the (UI) be taken care
          of... Alright... Yeah... (Phone hung up)  Fuckin' (UI)
          he said if your doing collections and (UI) that way for
          ya and you'll get your money.  We're not doing
          collections I told him.  There's no warning, just go
          down there and fuckin' tune this guy out so we you

                                   33

245A-MM-91505

know.  So he gets, a one thousand dollars, I think so.

CW:     Ahhh!

JO:     I think it's worth a thousand.

CW:     But he's gonna have to mention our names.

JO:     Huh.

CW:     Or my name.

JO:     Well yeah.  No just say hey your friend in Florida.

CW:     I don't give a fuck, at this point?

JO:     No but you should just.  He don't have to mention (UI)
        he said.  Your friend in Florida says thanks for
        screwing him.  Next time I'll be back, you know.  He
        can't do nothing.  Your friend in Florida.

CW:     Well.

JO:     How many friends in Florida does he have?

CW:     He'll know exactly.  Send him to get your bloody
        fuckin' fish boy.  To tell you the truth.

JO:     Look, I'm supposed to see my fish boy tonight.

CW:     Good luck.

JO:     (UI) tell ya, he ain't gonna show up. (UI).

CW:     (UI) they're not fuckin' around.

JO:     I know.  Well if he comes down here, ah, we'll (UI).

CW:     See your dickin' around like I am.

JO:     Yeah.  No, if he comes down.  Yeah, but ah, ah you know
        how much (UI) gotta come down, you know, for six grand
        and you know.  He's gotta get three (UI) as long as
        there's opposition from me...

CW:     (UI).

JO:     ...when I'm still if I can get.

34

245A-MM-91505

CW:     But he's still gonna be down here.

JO:     If he's down here, yeah.  I'm gonna kill two birds with
        one stone.  You know.  Say five, five (UI).

CW:     How much does this guy, he owes you six grand?

JO:     Six grand.

CW:     Now is it your money?

JO:     It's my money, yeah.

CW:     What about the other, he owes somebody else though.

JO:     He owes somebody else forty thousand, that's why I
        think, I know for a fact that he's paying these other
        guys off first.

CW:     Who?

JO:     I, I have no idea.  I just heard through the
        grapevine...

CW:     Yeah.

JO:     ...that he's fuckin'.

CW:     (UI).

JO:     You know.

CW:     That's bullshit.

JO:     I heard it through the grapevine.

CW:     That's bullshit.

JO:     Hey, you want a hot dog man?

CW:     I'll take a hot dog.

JO:     I'll take a hot dog man!

CW:     I don't wanna throw my ah ashy can in your garbage
        stuff.  You want a beer?

JO:     Ahhhh, I'm gonna (UI).

35

(Background noises)

CW:     Johnny, I'm gonna use the bathroom.

JO:     No you can't.

CW:     Please.

(Sliding door opens and shuts)

(Footsteps heard)

JO:     Hey, you want a hot dog? (to children)  Huh?  (UI).
        Huh?

(UI talking)

(Banging noise)

(Footsteps heard)

CW:     (in bathroom)

JO:     (UI)!  Do you want a hot dog?  Hey (UI).  (in
        background)

CW:     (leaves bathroom)  Ahhh. What is this door locked?

JO:     Yeah, (UI).

(Footsteps heard)

CW:     (UI) with the beer or no?

CHILD:  Ahhh, (UI).

(Background noises)

(Footsteps heard)

CW:     You're a (UI).

JO:     The kids have everything, you know that?

CW:     I know that hurts.

CHILD:  (laughs) Oouuu.

CW:     (UI)

36

245A-MM-91505

(CW and child laugh)

CHILD:  Everybody's on vacation.

CW:  I know.  It's crazy.  It's good though.

(Sliding glass door opens)

CW:  (UI) you kids (UI).  They're good kids.  Jesus God.

JO:  (UI).  (UI) all right.

(Footsteps heard - sliding door opens - beer can opened)

(Background noises)

CW:  (UI).  You wanna throw this out?  This (UI).

JO:  What is it?

CW:  Or it's just the ah, the (UI) report for the hotel whatever that is.

JO:  (UI).

CW:  Thank you.

(Background noises)

(Cell phone ringing)

CW:  (On phone) Hello!... Yes he is, can you hold on a moment?...  (To JO in background:  Johnny!

JO:  Yo.

CW:  Somebody's calling.  (On phone) Is this his brother?...What's happening?... Is this Mike?... Mikey-o, what's up chief?... I'm Johnny's partner, Adam, I met you when you were down here...

JO:  (Sliding door opens and JO enter) Have a (UI).

(Another phone ringing)

CW:  (On phone).. Ah, we're hanging in there man and...

JO:  (To CW he says:  We're drinking beers out by the pool

37

245A-MM-91505

tell him.

CW:     (On phone)... Yeah, everything's good brother...

JO:     Yo.

CW:     (On phone)... We miss ya...

JO:     (On another phone) Ahhhh, what's tomorrow night?  (UI)
        you guys wanna have a little BBQ or something?... Ah
        (UI).

CW:     (On phone)... Well get your ass down here... Yeah, you
        did... I never, I never went out with you when you were
        down man, I'm disappointed...

JO:     (On phone)... (UI)... Yeah, (UI)...

CW:     (On phone)... (laughs) We're going nuts, oh I give him
        so much trouble...

JO:     (On phone)... Talk to him and set it up and yeah, we
        can meet tomorrow...

CW:     (On phone)... Yeah, I'm so fuckin' (UI)....

JO:     (On phone)... And then if you wanna do it a little
        earlier...

CW:     (On phone)... (UI) yeah, but he's on the phone
        jabbering with somebody, can you hold on real quick?...
        Hold on...

JO:     (On phone) Oh (UI). That's why you don't (UI).
        Mosquitos come jumping in and... That's fine... That's
        no pro-, no problem... We're thinking of going down to
        the beach on Sunday also... For that, they have that
        big boat race down on (UI) Beach... Yeah... So we went
        to it one year and it's like really loud but it's
        really cool... They've got helicopters flying ten feet
        over the water and everything and... But ah, let me ah,
        I'm on the other line with New York then ah, Bobby but
        yeah, talk to Carlos and give me a call later and we'll
        set it up okay?... Bye, bye.  (Phone hung up) (Takes
        other call from CW) Hello!... Sorry about that...
        (Chair scraping across floor)...Yeah... Yeah... Who?...
        Yeah... Right... Okay... Okay, what'd he say, what's
        his ah, what's his... Of how many, how many he make?...
        Ah what did you say if he makes ah how much money?...

38

245A-MM-91505

> Yeah, well ah, if we wanna go knock on ah, you know, for five hundred dollars, you know, just go knock on somebody's door and say hey how are ya?... You... Ah, no, no, that's the, that's the one up there... That's the one over there...

CW:     It looks like a (UI).

JO:     (On phone)... Ah, there's airfare, this and that, and then you know, probably (UI) you know... I know that's, that's no problem... That's no... Well he likes to exercise in Florida... Well we'll get him down for some exercise cause we have some exercise... Ah... Okay man... Sounds good... Alright, very, tell him you, tell him your name... Or did you tell him my name... Alright bro... Sounds good... Alright, yeah, I'll get that... I'll have the paperwork... And you don't have a fax machine right?... You know what, maybe I'll... I'll put it in the, I'll put it in the mail... So who's house, my house or your house?... Mark's house, alright I'll put in the mail to Mark's house ah attention you... It's got a picture of the guy and everything... Alright, and then you go out and I'll explain everything and you guys, you call me and tell me you got the envelope... Oh you can lease a truck cheap down here?... How much?... Is she working, is she working in ah, the dealership?... Yeah, she's (UI) the black guy down there or whatever (UI)... (banging noises in background)... (UI) I'd like to, I'd like to give her a call too, my friend he's looking for a car... You know... She'd give him a deal, right?... Six something was your credit number?... And what did she do for you?... And she still got, and she said no car?... She's been (UI) no problems... A '98 G, you're gonna lease like ah... A hundred dollars a month or something like that to yeah, a hundred (UI)... I know a piece of shit man, get rid of that...

CW:     It's a booby trap.  (UI).

JO:     (On phone) She's banging him... That's the one she was getting, that's the one she was working for... Me and Reggie went to look at a car over there too... And ah, nothing, they had nothin' but... He put what, a thousand down?... Alright, good enough... I'll (UI)... Alright, I'll, I'll call, I'll call this guy up... Alright, goodbye.... Alright, goodbye.  (Phone hung up).

245A-MM-91505

JO:    This guy's no problem.

CW:    No?

JO:    This guy's just take care of the air, the hotel.  Cheap
       hotel on the beach, whatever the hell.  How much is
       that gonna cost ya, sixty bucks a night.  Two nights.
       Buy it Saturday.

CW:    Yeah.

JO:    He's just gotta come, well he can't come down (UI) I
       ask him like Wednesday, Thursday, Friday.  Or Monday,
       Tuesday, Wednesday but whatever (UI).

CW:    I'm sure you trust Jerry.

JO:    No I (UI).

CW:    (UI).

JO:    My brother don't steer me wrong.

CW:    Alright.

JO:    You know.  My brother don't do it.  He said the guy, ah
       I tell 'em that we got a guy up in New York, in St~,
       where's ah?

CW:    Stoney Point.  Or Hackensack?

JO:    Where's John, no.

CW:    Ah, John is in Westfield.

JO:    Westfield, New Jersey.

CW:    I gotta go over there.

JO:    Westfield, New Jersey.

CW:    Just have him go on a fuckin' route.

JO:    What?

CW:    Just have him go on a route.

JO:    Right.

40

245A-MM-91505

CW:     Have him knock the shit out of.  Well where's he.

JO:     He lives in Jersey too, so have him, tu-, tune that guy
        up.

CW:     You want me to talk to him so you're not involved?

JO:     Ahm, yeah, but I don't...

CW:     It's probably better.

JO:     ...trust these phones man.

CW:     You, you trust my phone.

JO:     Are you sure?

CW:     Oh yeah.

JO:     (UI) tell you (UI).

CW:     Yeah, right.

JO:     Huh?

        (Background noises)

JO:     Anybody there?  Wooo!

CW:     For a Fed to tap a cellular phone, it's gotta take an
        act of God.

JO:     No it don't.  They, they fuckin'...

CW:     You don't think so?

JO:     ...absolutely not.

CW:     You wanna call him from a pay phone?

JO:     (UI) yeah.

CW:     You don't wanna be (UI) once you tune the fuckin' guy
        up.

JO:     Let me do this.  Let's call him from.

CW:     Yeah.

41

245A-MM-91505

JO:      I need a phone.  Let's call him (UI).   His name is
         Dave.  1-8-4-6-4600.  (UI).  Oh what the hell's wrong
         with me.   Dah.

CW:      Here.

         (Background noises)

JO:      (UI).

CW:      (UI) I'll be a millionaire before the fuckin' (UI).
         You know that?

JO:      (UI) what?  You know all the people that I see?

CW:      (laughs)

JO:      (Belches) What's that!  (UI) this phone, do you think
         this phone is clear to talk?

CW:      (UI) tester?

JO:      Alright, but what's the tester do?  Test ah, test a
         (UI)?

CW:      Ah anything.   Interference with anything.

JO:      Okay.

CW:      Can you grab me a beer?

         (Background noises)

JO:      (UI)!  (Whistles) (UI).

         (Footsteps heard)

CW:      (UI) don't hit the (UI).

JO:      What?

CW:      Don't hit the (UI) scratch on here.

JO:      Ah, no I'm just (UI).

CW:      (UI) so.

JO:      (UI) no (UI) and they would do it for me (UI).

42

245A-MM-91505

(Background noises)

(UI talking)

CW:    Small one or (UI)?

JO:    Ah, yeah, what the hell.

(Background noises)

CW:    Last two.  (laughs)

JO:    That's good.  We don't (UI).

(Background noises)

CW:    You know what?

JO:    (UI).

CW:    (UI).  Getting this shit down.

JO:    (UI).

CW:    This stuff shoulda happened a long time ago.

(Background noises)

(UI talking)

JO:    (UI) you want a hot dog?  You said you want a hot dog? (to children).

(Background noises)

JO:    (UI) it's freezing.  Close that door man.

CW:    I didn't know if the kids were coming out.

JO:    (UI).

(Background noises)

CW:    God damn (UI).

JO:    Why?

CW:    Start collecting some of the funds that are out.

43

245A-MM~91505

(Footsteps heard)

JO:    Yeah.  (UI).

CW:    Is there anything we can do for John?

JO:    Oh, for you there probably is.  Let's see where, you
know.  It goes through this (UI) right?  (UI) in the
world to everybody.

CW:    No, no, no, no.  No I don't mean that.

JO:    No I know but let's see what the kid does for us.

CW:    Oh, just one for me.

JO:    What?  I put ah.

CW:    Just one for me.

JO:    Ah.

CW:    No, I can't, I can't eat two, I'm tellin' ya.  I'll be
a fuckin'.

JO:    Just leave it there.  Leave it out here.  (UI).  Don't
worry about it.

(Background noises)

JO:    Are you catching?

CW:    For me, nothing but (UI).

JO:    (UI)?

CW:    Nope.

JO:    (UI) the department (UI).

CW:    At worse, I'll take 'em right to the bank.

JO:    What's that at worse?

CW:    Yeah.

JO:    (UI)?

CW:    Yep.

JO:     (UI).  Yeah, I (UI) help me, help me.

CW:     Uh um.  You can't retaliate.  You can't.

JO:     (UI) retaliate.  (UI).

CW:     What's he gonna do?  Nothing.

JO:     (UI) just go down to the Jew.

CW:     No.

JO:     Just have the kid go to the business.

CW:     Ah huh.

JO:     You owe fuckin' this much money.

CW:     Ah hum.  And we'll go to his house.

JO:     Ah hum.

CW:     Beat the piss out of him.  Bring him to the fuckin'
        bank.  Period.  What else you gonna do?  He ah, if, if,
        if he gets the shit knocked out of him.

JO:     Right.  (UI) I'm gonna get (UI) sugar daddy huh?

CW:     Oh yeah.  Well.

JO:     But he thinks you should (UI).  Listen.  I owe some
        people up in fuckin' in New, New York and Jersey over
        the bridge.  If I don't pay 'em, they know it's just
        (UI) for me and them you know.

CW:     Hum.  At this point...

JO:     Yeah.

CW:     ...if he comes down here we're saying what he's gotta
        be.  What's he gonna be taking, aircraft, hotel.

JO:     Ah hum.  (UI).

CW:     A thousand, two thousand bucks?

JO:     He told me.

CW:     Fuck.  Even if we get a fuckin' check for ten grand.

45

245A-MM-91505

JO:     Yeah.  (UI).

CW:     Yeah.  My only concern is this guy.

JO:     (UI) this guy.

CW:     No?  Ah uh.

JO:     (UI).

        (Background noises)

CW:     I hope he's good.  I hope he (UI).

JO:     Little fuckin' guys that (UI) and they'll knock your
        fuckin' teeth out.  (UI).  (UI).  I hate to be (UI).

CW:     Right.

JO:     (UI) she's living up there.

CW:     No, he (UI).

JO:     You don't know.  You guys took (UI).

        (Background noises)

CW:     (UI).

        (Phone being dialed)

JO:     Tell him I gotta go south.  (UI).

CW:     (UI) Miami.

JO:     (UI) Western.

        (Background noises)

CW:     (UI).

JO:     Well hang up.

CW:     Hum?

JO:     Well hang up.

CW:     (UI).

46

245A-MM-91505

JO:     You're (UI) I'll eat it.

CW:     That, that hot dog's delicious.  I can't even eat it
        (UI).

JO:     (UI)!

CW:     (UI).

JO:     He was (UI).

CW:     Who was (UI).

        (Background noises)

CW:     I wanna see Richie get some money in their pocket
        today.  Something else (UI).

JO:     (UI).

CW:     Yeah.

JO:     I almost ah.  I wanna go see this guy (UI).  (UI).
        (UI) five hundred dollars.  (UI) and my ex-wife (UI).
        I said (UI).  (UI).  See I got small (UI).  (UI).  It's
        just the (UI).

CW:     Well.  (UI).  (UI) get the (UI).  He doesn't charge
        (UI).

JO:     Oh no.  (UI).

CW:     Had to be a (UI).  They followed (UI) or ah.

JO:     How much?

CW:     Yeah, probably.  But those guys are originally (UI).
        But all those other mother fuckers that I used to know.

JO:     Yeah.

CW:     They all got in trouble.

JO:     Oh did they?  (UI) J.J.?

CW:     (UI) at J.J.  He's is a fuckin' (UI).

JO:     (UI).

47

245A-MM-91505

| | |
|---|---|
| CW: | Roll over (UI) mother fucker (UI). He may have (UI). I asked him. |
| JO: | Yeah. |
| CW: | Anybody that knew the Rubbo family? |
| JO: | Right. |
| CW: | (UI) shit. And that's why. Can I, can I tell you (UI)? |
| JO: | Ah hum. |
| CW: | He found you if (UI) John. |
| JO: | I really, I have no idea who these people are. |
| CW: | I'd run the other way. Well, yeah you do. |
| JO: | How? |
| CW: | By asso-, association. |
| JO: | I have no idea (UI). |
| CW: | With, with Richie and Buddy? |
| JO: | You say that Richie, I met Richie once. Buddy, I went down to see Buddy just (UI) what the hell for (UI). He says he's got a deal down there with the body shop (UI). He put out (UI). |
| CW: | Tell John to run the other way. I'm telling you. I mean I'm not telling you but. Good advice. |
| JO: | Good advice. |
| CW: | You think I'm nuts? |
| JO: | No. |
| CW: | And you talked to the guy. |
| JO: | Ah hum. |
| CW: | What was your receptive, or perception? |
| JO: | Well nobody (UI). (UI) body shop where he's working. |

245A-MM-91505

I don't (UI) the body shop (UI). Five thousand dollars, ten thousand dollars for a car. It's not hard.

CW:    Yeah it's.

JO:    It's a legit business.

CW:    It is. Has Buddy done John right in the past?

JO:    Oh yeah.

CW:    You sure?

JO:    Always, yeah.

CW:    With what?

JO:    No, no, the only thing ahm, was with the...

CW:    Cause he.

JO:    ...the, (UI) or something like that (UI) pizza guy I told you. It's your pizza guy? Probably (UI).

CW:    No.

JO:    (UI) paying.

CW:    Ah no. (laughs)  The, the restaurant that I bought that with Nick?

JO:    Ah hum.

CW:    Ah. (laughs) (UI) never had any vacation (UI).

JO:    (UI) now.

CW:    (laughs)

JO:    He's fuckin' wired (UI).

CW:    Was he?

JO:    (UI) he was (UI). (UI).

CW:    You know what? But Buddy's the one that loaned the previous owner five grand?

49

245A-MM-91505

JO:     Yeah.

CW:     Who threw him the fuckin' (UI)?

JO:     Yeah, but I don't know who did (UI) nothin'.  I don't
        ask.  You don't ask questions (UI).

CW:     I'll tell you what.

JO:     And you know.

CW:     Alright, great.  Well the only person I ask questions
        to and fuckin' get answers to is you.

JO:     (UI) me up.  You know.

CW:     Period.

JO:     Why'd you make (UI)?

CW:     I didn't.

JO:     See now I'm a (UI).

CW:     You made more hot dogs than you.

JO:     I drank four beers.  (laughs)

CW:     Nah, you ate, you ate about four.

JO:     How many (UI) had?

CW:     Four or five.  I had the remainder.

JO:     (laughs)  Okay.  I have to call this (UI).  At one
        o'clock?

CW:     Who?

JO:     (UI).

        (Background noises)

        (Phone being dialed)

        (UI talking)

JO:     It hit the spot.  Man I'm full (UI).

245A-MM-91505

CW:      (UI).

JO:      Talking about, why do you gotta have steak and chicken.
         Fuckin' pack of hot dogs man.

CW:      I just had (UI).  Did I (UI) made a few burgers?

JO:      (UI) that why I bought the (UI).

CW:      Thank God.  First thing (UI).

         (Background noises)

JO:      (On phone) Hey Bob!...Johnny oh what's goin'
         on...(clears throat)... Well, ah that's why I'm calling
         you... My schedule is free until I have basketball at
         six so I really can't be down there past five, cause I
         have to get back up here... You know... (Another cell
         phone being dialed in background)... It's four (UI)...
         that's no problem... Four o'clock will be fine... How'd
         you make out with your ah, cash guys?... Well see that
         (UI) see what I'm telling you guy (laughs)... That's
         the same thing, I have a deal, you know, beforehand...
         And then ah, you know I went with you there... Now you
         know nothing bad against you or nothing like that but,
         you, you know when you gotta sound like me, you got
         stupid (UI) deal... You can't... Are they selling
         the?... Are they selling the house, no right?... Who
         done that.......

         (Tape malfunctions - bad static to the end of the tape)

         (END OF TAPE)

51

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| CD NUMBER: | 4 (SESSION #4) |
| CONVERSATION DATE: | 07/17/2001 |
| CONVERSATION TIME: | 10:25:32 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 08/22/2001 |

PARTICIPANTS:
JO - JOHN O'SULLIVAN
CW - COOPERATING WITNESS
UM - UNKNOWN MALE
UF - UNKNOWN FEMALE

ABBREVIATIONS:
UI - UNINTELLIGIBLE
PH - PHONETIC
IA - INAUDIBLE
SC - SIMULTANEOUS CONVERSATION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

245A-MM-91505

(conversation in progress in background)

Five bucks, you guys would be about even.  You know what I mean?

Yeah.

It's crazy.

I know.  So...

Thank you.

All right, man.

(walking)

(background noise)

(pause in conversation)

(vehicle starts)

(dialing telephone)

(coughing)

CW:     (on telephone - Hey, you close?  (laughs)  What's the matter?  Yeah.  All right.  Okay, I'll be by the boats.  Bye.  You are fucking wacky, aren't ya?  Yeah, yeah, yeah.  Good-bye.  I know.)

(walking)

(whistles)

(static around recorder)

CW:     Hey handsome.  How are ya?

JO:     Yo.  We got to get you a pair of sneakers man.

CW:     I know.  Why, what's the matter with them?  They look stupid?

JO:     No.

CW:     Fuck you.

2

245A-MM-91505

JO:     Could have gotten plain flip-flops.

CW:     What the hell's a matter with these?

JO:     (IA)

CW:     Huh?

JO:     (IA)

CW:     I do don't I?

JO:     What's up man?  What are we doing?  (UI)

        (UI)

CW:     We're, we're going to have a close buying.  We're gonna
        (UI)... we got to go get some money orders from the
        check cashing store.

JO:     Why the check cashing store?

CW:     Money orders.

JO:     Why the check cashing store?

CW:     Why not?

JO:     I... cause we can go to the Bank of Americas, two
        different Bank of Americas, get one for two and two.

CW:     (UI) money orders?

JO:     Why not? Cause you got to pay for them.  You don't
        have to pay for them in the bank.

CW:     29 cents.

JO:     29 cents a dollar?

CW:     No, what are you crazy?  It's like 29 cents for a 500
        dollar money order.

JO:     Go to Publix and get 'em.  You know?

CW:     Wherever.  No, don't go to Publix, go to Winn-Dixie, so
        I can check and see if I got (UI).

3

245A-MM-91505

JO:    Okay. Where is Winn-Dixie here?

CW:    I have no idea.

JO:    (UI)

CW:    Yeah, yeah, yeah.

       (background noise)

JO:    (UI)

CW:    There's a job, huh?

JO:    Right, a fucking job. What happened, Albert's gonna come up? (UI)

CW:    Yeah, be... between like 4:00 and 6:00, she said most likely around 6:00.

JO:    Why is he gonna come all the way up here?

CW:    Cause he has business in West Palm.

JO:    Oh, okay.

CW:    (IA)

JO:    (IA)

CW:    He lives in ah... what is that, Aventura?

JO:    Okay. Gonna give him 600.

CW:    Between six and 800.

JO:    I thought he said six, that's why I brought six, I brought four to 600.

CW:    That's perfect.

JO:    You know? Cause I'd like for, the other, the other 14 I'm gonna give back, this way, you know.

CW:    Give it back to John.

JO:    Right. Cause I, we didn't need that much, (UI).

JO:    We'll use the 400 to pay (UI).

4

245A-**MM**-91505

    (laughs)

JO:    I'm gonna spend time (UI)... I'm just hoping, cause you know (UI)... fucking send it to an attorney, their attorney.

CW:    So did you keep 400 at your place?

JO:    Oh yeah.

CW:    Pay it.

JO:    I should right?

CW:    What do you mean you should? Do you want a lien sacked on your property?

JO:    No, I don't. That's why I'm, I might fucking just do that, put 400, and send him out a fucking check.

CW:    Fuck an A. (laughs) (UI)... getting in trouble.

JO:    Ah, Winn-Dixie, (UI)...

CW:    Well, see what I was thinking about, a couple hundred bucks for Juan Carlos (PH), but I know he's not gonna show up after Albert.

JO:    Forget about him.

CW:    Yeah, but...

JO:    You know. Well I...

CW:    He may still have possibilities of being able to pull that business away. He's got enough connections.

JO:    Yes, he does.

CW:    With containers. Money talks man.

JO:    Oh, I know.

CW:    And business is business, John, you know that.

JO:    I know that.

CW:    Really? Did you tell John you were gonna give him back 1400 or whatever it is?

245A-MM-91505

JO:    No.

CW:    Or a thousand?

JO:    Not yet.  I don't talk on the phone, you know?

CW:    No, no, no.  No, I didn't know if you saw him this morning or not.

JO:    No.  (UI)... should be out on the fucking boat driving around (UI)... drink a few beers.  (UI)... there ain't no fucking Winn-Dixie right here.

CW:    That's all right.

JO:    Huh?

CW:    That's all right.  Go the other way.

JO:    (UI)

CW:    We should go to a check cashing store though, so I can cash this check.  Wouldn't that make sense?

JO:    Why didn't you just fucking tell me you had to cash a check, then there would have been no problem.

CW:    You knew yesterday.

JO:    What, the 75 dollars (UI)?

CW:    Yeah, it is a problem, cause you told me (UI)... your guy in... check cashing guy wouldn't waste his time... for a small check.

JO:    Are you fucking smoking or what?

CW:    For a small check.

JO:    When did I say that?

CW:    You told me there, remember?

JO:    How long ago?

CW:    You told me that two weeks ago.  For a 72 dollar check he won't waste his time.

JO:    No, I thought that was a nine dollar and ninety-nine

6

245A-MM-91505

cent check.

CW:    No, it wasn't.  I just got that the other day, this was two weeks ago, this is before he fucking went ah...

JO:    (UI)... (IA)  I believe there should be one on Hillsboro.

CW:    Yeah.

CW:    (laughs)  You are a trip.

JO:    (UI)

CW:    Two days in a row you're a grumpy mother-fucker.

JO:    Tired of waiting, you know?  Not your fault.  You know what I mean?

CW:    It's nobody's fault.

JO:    (UI)... when these fucking Cuban Jews got control of every-fucking-thing.

CW:    Yeah.

JO:    You know?

CW:    Life's a bitch, brother.  At least we're doing it.

JO:    Na, na, na.

CW:    Yeah, what do you think is taking so much time, or what do you (UI)... there's, there's, we've been doing it.

JO:    No, I'm ah... I know.  I know.

CW:    Huh.

JO:    Don't worry about me brother, I...

CW:    I got to call Dominic, and I didn't call him.

JO:    (UI)... call him, (UI)...

CW:    Just see if he's around.

JO:    (UI)... fucking suck my dick.

7

CW:     (laughs)

JO:     Irene, (UI)...

CW:     Is, is she...

JO:     (UI)

CW:     (UI)...

        He's back in there now.

CW:     Do they cash checks?

JO:     (UI)... cash a check.   (laughs)

CW:     So why do you want to make two trips?

JO:     (on phone - Hello.   Hello.)

        (telephone rings)

JO:     (on phone - Hey.)

CW:     (UI)

JO:     (on phone - UI)

CW:     All right, that was good.

JO:     What?

CW:     This fucking thing.

        (dialing telephone)

JO:     Right here, check cashing, look.   See there, I know.

CW:     No, that's the same as that one on University.

JO:     (UI)

        (dialing telephone)

CW:     I don't understand these fucking things sometimes.

JO:     Where'd you buy your phone?   (UI)... Six hundred and
        something dollar bill.

8

245A-MM-91505

CW:     Only, ah... only oh... you reminded me.

        (dialing telephone)

CW:     You're gonna turn it off?

JO:     Um-hmm.

CW:     But I think only 140 dollars is due, or past due.

JO:     (SC)  Right.

CW:     Thank you for telling me, you know what, I forgot about
        that.  (clears his throat)

JO:     (UI)... fucked him good.

CW:     Hmm?

JO:     There's a check cashing place right here.  Right here?
        (UI)... Fuck, I hate when they're on your fucking tale.

CW:     (UI)  Nine minutes.

JO:     What?

CW:     That's how long I called ah... Singular Wire Service.

JO:     Right.

CW:     The whole time is nine minutes.

JO:     What do you mean the whole time?

CW:     The whole... they tell you the anticipated time to get
        an operator.

JO:     Oh.  (UI)...

        (background noise)

        (opens/closes car door)

JO:     (UI)

CW:     Hmm?

JO:     (UI)  Get (UI)... to a thousand.

9

245A-MM-91505

CW:     (UI)

JO:     Yeah.

CW:     Ten bucks.

JO:     Two, four, six, eight, (UI)... 20.

CW:     Whatever.  They're gonna charge you five dollars per
        teller check anyway.

JO:     No they're not, not... no, you don't, you got, I have a
        gold you know.

CW:     (UI)

JO:     I'm a preferred customer.

CW:     Great.  Wonderful, but you know what.

JO:     They don't like...

CW:     (UI)... You know what I mean?

JO:     I (UI)...

CW:     And this... I, I don't want to, I don't want to be
        (UI)...

        (mumbling/whispering - IA)

        (coughs)

        (knocking)

        (whistling)

        (UI)... the money (UI)

CW:     Hmm?  What'd you say?

        (UI)

        (UI)

JO:     Oh, I know.  (UI)... It was like 80 dollars, I said
        ah... no.

CW:     (UI)...   cause I can cash this here, probably.  You

10

245A-MM-91505

```
          know what I mean?  (clears his throat)

JO:       (UI)...

CW:       What?

JO:       Oh, you mean (UI)... you got money coming in?

CW:       (UI)

JO:       (UI)... you crazy.

CW:       Yeah, (UI)...

          (opens car door)

JO:       Huh?

CW:       (UI)... mother-fucker.

JO:       (UI)...  I know.

CW:       No, just (UI)... fight me on this shit.  What I'm
          trying to say.

          (car buzzer)

JO:       I'm not fighting you at all.

CW:       Yeah, you are.

JO:       Not at all.

CW:       (UI)... teller checks.

JO:       I ain't breaking your balls.

CW:       You control the money coming in, I control it going
          out.  I know what I'm doing, I've been doing it for a
          long time.  Period.

JO:       I hear you man, I'm not...

CW:       But then, no but Johnny listen, this is business, I
          want to take it seriously.

JO:       You're right, you're right.  We're gonna take it
          seriously.
```

11

245A-MM-91505

CW:     I got to stop dicking around. And you're right, I do
        need fucking tennis shoes, okay, I need a lot of
        things, but right now...

JO:     Yeah.

CW:     All we need to do is make a living.

JO:     Right.

CW:     Period.

JO:     We'll do that, we're gonna do that.

CW:     Okay? And I don't, now, (UI)... without saying it on
        the phone, and you're beating me up over it with the
        teller checks.

JO:     Yeah.

CW:     John gets in trouble, that implements me and you.
        Okay, picture this.

JO:     So what, it's going through my bank account.

CW:     It doesn't matter.

JO:     Okay.

CW:     See, I mean what if they track it, what if they (UI)...

JO:     What if they say hey, John O'Sullivan, when you fucking
        took 4,000 dollars in ah... (UI)

CW:     Yeah.

JO:     For what?

CW:     Yeah.

JO:     For my business, for what, my recycling.  Right.

CW:     It's not that.

JO:     I know.

CW:     If in the event it were to get tracked back to John.

JO:     How would it get back (UI)...

12

245A-MM-91505

CW:     Who the fuck knows?!   How do a lot of things happen?

JO:     (laughs)

CW:     How did I get sent to jail for 107 dollars?

JO:     Cause you fucked up man.

CW:     How did I fuck up?

JO:     (UI)... you should have paid him back the 107 dollars
        you owed him.

CW:     Okay, well let me tell you something, the chances of us
        getting a teller check and getting implicated with John
        Mammone.

JO:     (UI)...

CW:     And money laundering, is much fucking greater than me
        going to jail, which I just went to jail over 107
        dollars.

JO:     (UI)... I'm just playing with you man.

CW:     No, you're not, you're, you need an explanation and I
        gave it to you.

JO:     Oh, yeah I am!   I know brother.   Relax man, relax.

CW:     So...   I'm serious.   Listen I (UI)...

JO:     Okay.

CW:     (UI)... he's charging us fucking interest, I mean it's,
        it's, no, I mean, you know... I don't want to get in
        trouble.

JO:     You're not fucking in trouble, nobody's charged you
        with nothing.   We're not in trouble, we're, we're,
        we're just being faithful.   (UI)

CW:     That's what it is too.

JO:     (UI)... closed.

CW:     Oh, thank you, I haven't picked these up yet.

JO:     I know that.   (UI)... getting drunk.

13

245A-MM-91505

| | |
|---|---|
| CW: | No, that's something later too we should figure out though. |
| JO: | What? |
| CW: | Business-wise. |
| JO: | What's that? |
| CW: | (UI) |
| JO: | (UI)? |
| CW: | No, no, no, no. |
| JO: | (laughs) |
| CW: | No. |
| JO: | No, I'm in a good mood today. |
| CW: | So am I, but I got, I'm in work mode man. |
| JO: | Okay, great.  Let's work.  Let's work. |
| CW: | And Richie wants to see us at 1:00 o'clock for lunch. |
| JO: | Ohhhh.  I have to go get my little guy. |
| CW: | (belches)  All right, go get your little guy. |
| JO: | My cousin. |
| CW: | Hmmm. |
| JO: | Remember I told you, my ah... |
| CW: | Oh yeah, what time, what time you got to fly? |
| JO: | Uhm, no well I'll just pick him up at like, she's going, (UI)... she's leaving at 12:30, I could pick the little guy up at 12:00 and bring him with us, that'd be cool. |
| CW: | Yeah. |
| JO: | Fuck him. |
| CW: | Na, you don't have to do that. |

14

JO:     (UI)

CW:     Naaa.

JO:     I take him with us.

CW:     Well Richie's, Richie's leaving, I got to get with Richie.

JO:     Oh, I got to fucking ah...

CW:     He's leaving tomorrow.

JO:     (IA)... I think there's one...

CW:     All right.

JO:     ...couple blocks.

CW:     They do cash checks right?  72 dollar check.

JO:     They should.

JO:     (on phone - Hello Brendan (PH), who's your daddy, who's your momma?  Who's your momma?  (UI)  Hello.  Hello. Hello Brendan, who's your daddy?  You don't know, you were adopted young man.)

CW:     (laughs)  Keep denying it, good job.  Good job kid.

JO:     (on phone - You want to go to lunch?  You want to go to lunch with me and Adam.  You want to out to lunch with us today?  No?  Well, I got to pick you up anyway (UI), so, all right.  Good-bye.  Put mom on the phone. (laughs)  Don't tell me no.  Put mom on the phone. You... listen, you want to be a wise ass, I'll bring your damn books back.  You got some, mom says she bought you ah... what-cha-ma-call-it.  What'd... she's lying.  You're calling your mommy a liar!  Oh my God. I don't want to talk to you no more.  Good-bye. You're, you're being bad.)

JO:     He hung up on me.

CW:     No way.

JO:     (laughs)

CW:     Little turd.

15

245A-MM-91505

JO:    Fuck 'em.

CW:    (laughs)

JO:    (UI)... staying home, (UI)... stay home alone, (UI)...
       give a fuck.

CW:    No, we can't do that.

JO:    No, I would never do that.

CW:    (UI)... see Richie, because I want to give him some
       money before he goes up north.

JO:    Did you get your check today?

CW:    Hmmm?

JO:    Get your check from your father-in-law?

CW:    Not a check, it's Western Union.

JO:    Ah, that's what I'm saying.

CW:    That's what we're going to check.

JO:    Oh, shit.

CW:    Should get at least half of it.  I can't reach him
       though.

JO:    Who?

CW:    None of these fuck... (UI) people work, us included.

JO:    We are working.

CW:    This isn't work, this is...

JO:    We're cashing checks.

CW:    (UI)...

JO:    (UI) I, I must have made 50 phone calls on this phone
       already today.

CW:    You have a bill like mine.

JO:    I'm gonna have a fucking stupid bill man.  Last month

16

245A-MM-91505

wasn't too bad, last month was only 150.

CW:    I was gonna get that other, we were gonna get that
       other phone, but... after we got that bill I don't
       think it's a good idea.  Shit.

JO:    All right, Winn-Dixie should be around here somewhere.

CW:    Yeah.

JO:    (UI)... God-dammit.  What did Lane say?  Send me the
       money?

CW:    Um-hmm.

JO:    (UI)... Winn-Dixie (UI)...

CW:    (UI)  It worked out better that way.

JO:    Good, it's perfect man, so what.  As long as we don't
       fucking make, and I'll give (UI)... six, so I'll give
       him back a thousand, (UI)... there's got to be a
       fucking Winn-Dixie around here somewhere, man.

CW:    I don't know.

JO:    Albertson's.  Un-fucking-believable, we're going to
       Coral Springs.  We're almost there.

CW:    Well it's good anyway.

JO:    Why?

CW:    We can stop by ah... Singular and make sure they don't
       cut off our service.  So what time do you really have
       to take care of your boy?

JO:    I can (UI)... if I want.  (UI)...

CW:    He's at home all alone right now?

JO:    No, he's with (UI)... right now.

CW:    Oh.

JO:    (UI)... can't leave the kid alone.

CW:    No, but she leaves at 1:00?

17

245A-MM-91505

JO:    She's meeting the girl at 1:00.  So she probably has to leave at 12:30.

CW:    Okay, don't worry, it'll take ten minutes.

JO:    Yeah, we got... perfect.  Stop eating these pretzels man, I'm fucking so thirsty now.

CW:    Yeah.

JO:    Oh man.  I know where there's a Winn-Dixie, right on fucking Powerline and Hillsboro.  Powerline and ah... Southwest 10th.  Want to go to it?

CW:    All right, Southwest 10?

JO:    (UI)

CW:    Is there one there?

JO:    Yes.

CW:    Oh, yeah, yeah, yeah.  Yeah, there is.

JO:    Look at this mother-fucker.  Would you step on your gas.  (UI)... mother-fuckers.  (UI)

CW:    Wound up.

JO:    I'm ready to fucking go.

CW:    Me too.  Hey ah... if you give that money back to John, should you negotiate what his return is?

JO:    Oh, (UI)...

CW:    Or will he get pissed?

JO:    No, he won't.  I didn't check (UI)... gonna get back.

CW:    You didn't?

JO:    No.

CW:    Yeah, you did, you told him nine grand.

JO:    No.  I told...

CW:    (UI)... two thous... two to three thousand.

18

245A-MM-91505

JO:     Yeah, two to three, but I'll just say, it'll have to be
        renegotiated.  So if I give back, it's really five, so
        we'll give him back seven maybe, (UI).  Right?

CW:     Give him back two thousand.

JO:     Two, is that all right?  To start?

CW:     Well.

JO:     Huh?  You tell me brother.

CW:     Well, it was about 40 percent, well that's less than 30
        percent.

JO:     All right, then give him back 75... (UI)... 25 on you.
        That's, that's fucking ah... a half of ah... that's 50
        percent, (UI).  Right?

CW:     Yeah.  What do you think is fair?  I'm not, you know,
        I'm...

JO:     Let me be honest with you Adam, we send this loan, and
        we're gonna send some to fucking ah... Lloyd, and we're
        gonna send some to somebody else.

CW:     S and L.

JO:     S and L.

CW:     Um-hmm.

JO:     How much do you anticipate getting it...

CW:     We know what the return is, it's three times.

JO:     Three times.  So four...

CW:     Is what we had been to.

JO:     ...it's four thousand.

CW:     Yeah.

JO:     Three times at 12,000.

CW:     It's simple.

JO:     Well if we give him seven, eight, nine, ten, eleven,

19

245A-MM-91505

twelve. Well, why don't we just give him, well then
he's making more than us, (UI)... I said get 2,500 we
make two and two, or let's give him the two back.

CW:    Did you commit to him or not?

JO:    No, I didn't.

CW:    Well you said you'd be honest with me.

JO:    Yeah, no, no! I'm being honest, yeah, I thought we
were gonna make more than ah... you know, but ah... see
I was counting on the 18, triple the 18 was you know,
ah what was it seven grand, six grand, (UI)... No, no,
no, but, keep in mind too.

CW:    Yeah, but things changed.

JO:    (UI)...

CW:    One, it's Tuesday, we talked about this on, you know
last Thursday.

JO:    Okay, but I just told John...

CW:    Lloyd, okay well here's where we're at.

JO:    Right.

CW:    Well, what did you tell John?

JO:    I told John listen, the books (UI)... Adam this and
that, we're gonna start up, Adam (UI)... is gonna start
up. We need a little fucking cash to get it going, I
said we'll cut you in on it. (UI)... I said I need,
I've been (UI)... gonna send a thousand down to Albert.

CW:    Right. And that's six...

JO:    Just, and we'll say (UI)... from six, yeah six up to
there.

CW:    Yeah.

JO:    So I said you know what, what were you making with
David, he said I was getting like two grand. That's
what he said (UI), he said well we'll be making more
than that.

20

245A-MM-91505

CW:     (UI)

JO:     (UI)

CW:     (UI)... that I was getting paid.

JO:     Right.

CW:     (UI)...

JO:     Right, right.

CW:     Okay.

JO:     If I go there and say listen, I'm gonna give him back a
        thousand, say John it's only five thousand, (UI)...
        lend the money again, no, we'll just give him seven
        back.  And that leaves us four, so eight, nine, ten,
        eleven...

CW:     Well as long as you didn't commit to him, (UI)...

JO:     I didn't, I didn't, I...

CW:     I... we should keep all the money.

JO:     Right.

CW:     That way when another load comes up.

JO:     Yeah but, then he's gonna be looking for seven, and
        he's gonna want...

CW:     (SC)  And he's gonna want more money.

JO:     ...he's gonna want the, you know, nine or ten back.
        You know?

CW:     This is... this shit back and forth shit is, is not
        gonna work.

JO:     Well...

CW:     We had it, we got...

JO:     We had it all set.  We had it all set, and the thing,
        you know what happened?  He went into surgery.

CW:     I know.

21

245A-MM-91505

JO:    That's the whole thing that fucked it up.  What can we
       do, tell him don't have your surgery, I need the
       fucking (UI)... Adam, he'll do whatever we tell him.

CW:    Keep it at the same percentage he was expecting.  Not
       dollar amount, percentage.

JO:    Yeah, so...

CW:    On the return on his money.

JO:    So what's, what's, what would you say...

CW:    We were at 40 percent before.

JO:    Right.

CW:    Right?

JO:    Right.  Where the fuck am I?  I am such a douche-bag.
       Come on (UI)...

CW:    So...

JO:    Come on Adam, can we make it?  Can we make it?

CW:    I'm pretty sure.

JO:    We made it.  (yells)  I'm in a good mood today, and I'm
       glad, kind of, kind of glad.  I'm like full of energy.
       All right, what's 30, 30 percent of five, 30 percent of
       five is, five grand is fifty.

CW:    500.

JO:    Yeah, that's (UI)... 500.  Well we'd say, five...

CW:    He was, he was, okay wait a minute.

JO:    Five percent is two fifty, yeah, so that's 1,500
       dollars.  30 percent will be 1,500 on five grand.

CW:    Look, any monies that are vowed to Mammone.

JO:    Yeah.

CW:    They keep it at a fixed 30 percent.

JO:    Okay.

22

245A-MM-91505

CW:     Will he, is that liveable with him do you think?

JO:     He'll do whatever I tell him.

CW:     Okay.

JO:     He'll do whatever I tell him.  All I'm concerned about,
        get his money back and say listen, he's your, he's your
        (UI)...

CW:     Do you think that's my concern too?

JO:     Yeah.  Yeah, I know it's your concern.  But I'm just
        saying if ah...

CW:     How come nobody was fucking worried about when they're
        making 8,000 dollars a month over the past year...

JO:     (UI)...

CW:     ...fucking years on me.

JO:     Don't worry about it now.

CW:     I'm not worried about it.

JO:     Don't worry about it, please, if he was concerned about
        it, trust me, he wouldn't of...

CW:     He wouldn't have put out the money.

JO:     Right.

CW:     You're handling the money.

JO:     Right.

CW:     Coming in.

JO:     Right.

CW:     I'm handling the money going out.

JO:     Right.

CW:     We're putting the accounts together correctively, and
        everything's working fine.

JO:     Right.

23

245A-MM-91505

CW:     The only fucking thing I don't want... listen, as much
        as I love and respect John, candidly I don't want it to
        develop into a partnership like I had with David Bell
        (PH).

JO:     And it's not going to.

CW:     Okay.  Well, I don't want any ties.

JO:     You're not gonna have that, let me ask you something,
        when I... are we gonna make him, is he gonna be getting
        a cut like every time?

CW:     That's what he's expecting.

JO:     Yeah, we can hook him up, but we don't want to do that
        right?  Then we don't have to tell him that, we'll just
        say ah...

CW:     Well I thought you already did?

JO:     Yeah, no I told him yeah, if we get the magazines
        going, I said we'll cut you in on it.  And he's got no
        problem.  But if we don't want to cut him in, you know
        what I'm saying, we don't have to pull something every
        week.

CW:     Well if, if, if we're doing (shuts car off) magazines
        the way you phrased it, he's gonna expect it.

JO:     Right.

CW:     Unless he doesn't know.

JO:     And he doesn't know, we're just trying to get the shit
        rolling.

CW:     So.

JO:     Listen he's... John's...

        (background noise)

JO:     (in background - IA)

        (car doors open/close)

JO:     ...if I tell John listen (UI)... we're trying to get it
        going, we're having a hard time, we can't move the

24

245A-MM-91505

       stuff (UI)...

CW:     Yeah.

JO:     (UI)...

       (background noise)

JO:     (IA)... You know?

CW:     (UI)... 30 percent, (UI)...

       (conversation low)

CW:     If something goes wrong (UI)...

JO:     (UI)... this is the situation, we can benefit, (UI)...

CW:     (UI) John, John is (UI)...

JO:     Right.

CW:     He's recovering just like we are, financially, (UI)... but if you did tell him then he expects it, (UI)...

JO:     (UI)

CW:     (UI)... expect it. (UI)...

JO:     Well I told him, I told him that we wanted to get the place started, (UI)... (IA)...

CW:     After, after (UI)...

JO:     Yeah, yeah, yeah.

CW:     (IA)

JO:     Yeah, I know (UI)... (IA)... what's wrong with me saying like we'll get the thing going, (IA)... it's the same thing like giving Albert money.

CW:     Oh yeah.

JO:     Right? It's the same thing.

CW:     It's shitty.

JO:     It's shitty.

25

245A-MM-91505

CW:     (UI)... shouldn't give...

JO:     Oh, he's a friend of ours, that's the... and you know
        what, I think we should just hold on to him just in
        case God forbid we, we need you know John and ten grand
        you know quick.

CW:     Oh, I know.

JO:     You know, he's gonna say well what, what happened, you
        know you guys, you know (UI)... give me the money back,
        and now you know...

CW:     That's...

JO:     You cut me off, right?

CW:     (IA)

JO:     That's fine, no, I know.

CW:     (IA)

UF:     (ding, ding, ding)

CW:     If he were to find out man, both of our asses would be
        removed.

OVERHEAD
SPEAKER:    (Attention deli.  Phone call on one, deli, phone call
            on one.)

JO:     (IA)

CW:     (IA)

UM:     Hi, welcome to Shivers.

OVERHEAD
SPEAKER:    (Attention (UI)... please.)

UM:     (IA)

UM:     Hey, how are you?

JO:     I need the winning numbers for lottery.

UM:     Yes.

26

245A-MM-91505

CW:     I want a couple of things, ah, first I need to check on
        a...

JO:     Money order.

CW:     Western Union.

UM:     (UI)...

CW:     You're kidding me?

JO:     Ah... ah.  I knew it.  (UI)...

CW:     Not all the Winn-Dixie's, just yours?

JO:     (UI)

CW:     No way.  All right, can you get us money orders?  Okay,
        ah... we need...

JO:     Two, two.

CW:     Okay, what is the highest money order amount?

UM:     500.

CW:     500.  Okay.

UM:     So you need eight.

CW:     Eight.  Yeah.

UM:     Yeah.

CW:     These are insured and everything right?

UM:     Money orders?

CW:     Yeah.

UM:     What do you mean insured?

CW:     I mean if we send (UI)... and they get lost, they're
        covered?

UM:     (UI)

CW:     Okay.

27

245A-MM-91505

| | |
|---|---|
| UM: | (UI)... call Western Union. |
| CW: | Oh, the money orders are through Western Union? |
| UM: | (UI) |
| CW: | Okay, good. |
| JO: | How much do they charge? |
| UM: | (UI) |
| JO: | Up to 500?  You want a diet coke or something?  (UI) |
| OVERHEAD SPEAKER: | (Mr. (UI)... line one please.) |
| CW: | I'll take a water. |
| | (UI) |
| CW: | Yeah. |
| | (UI)... |
| CW: | Okay.  He, he just stepped away, he's got the money. |
| UF: | You're paying cash, right? |
| CW: | Yeah. |
| UF: | (UI) |
| CW: | Do I have to like jump through a bunch of hoops, I don't have an account. |
| UF: | (UI) |
| CW: | No.  Just my insurance (UI)...  72 bucks. |
| | (music in background) |
| UM: | (UI)... another Winn-Dixie store, (UI)... |
| CW: | Right.  I know. |
| UF: | Did you call (UI)... |
| UF: | Not yet. |

245A-MM-91505

| | |
|---|---|
| CW: | Call Iyesa (PH). I call Iyesa. Is she cute? She is. Is she tall, taller than me? |
| UF: | No, she's shorter than me. |
| CW: | Oooo, she's a, she's, so she like short, short man. |
| UF: | She's like a little doll. |
| CW: | So she needs a shorty like me. |
| UF: | (UI)... go to lunch, right? |
| UF: | Huh. |
| UF: | I said Kathy (UI)... to lunch? |
| UF: | (in background - IA) |
| UF: | They don't have a (UI)... |
| CW: | Right.  (UI)... |
| UM: | (UI) |
| CW: | Huh? |
| UM: | (UI) |
| CW: | Okay. |
| | (background noise) |
| | (conversations in background IA) |
| UM: | (IA) |
| CW: | (IA) |
| | (conversation low - IA) |
| | (on phone - Dave, Da... Hey, what's up buddy? Oh, I'm sorry. Okay. Yes. He had mentioned it, as a matter of fact.  Correct, actually there were two checks ah... charges were...) |

(conversation cut off)

(END OF RECORDING)

29

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| DATE OF TAPE: | JULY 19, 2001 |
| TIME OF TAPE: | 11:34:16 (SESSION 2) |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 18, 2001 |

PARTICIPANTS:        CW  -  COOPERATIVE WITNESS
                                JO  -  JOHN O'SULLIVAN

ABBREVIATIONS:        UI  -  UNINTELLIGIBLE
                                PH  -  PHONETIC
                                IA  -  INAUDIBLE
                                SC  -  SIMULTANEOUS CONVERSATIONS

(30ET402.TN)

245A-MM-91505

           (Background noises - in restroom)

           (Background restaurant noises)

           (UI talking)

:       (UI) and then you see another record.

           (UI)

:       Okay.

CW:     How much is this big (UI)?

:       (UI).  It's like (UI) just got done (UI).

           (UI talking)

CW:     (Coughs)

           (Music heard and restaurant noises)

UF:     People that have a (UI).

           (UI) talking)

:       I looked in the (UI).

CW:     Can we get the same (UI).

:       (UI).

UF:     If you can't find it (UI).  It has dates in here so (UI) we do it so if we.

:       (UI).

UF:     Right.

           (UI talking and music heard)

:       You're not always gonna have a (UI).

           (UI talking and music heard)

CW:     (UI) I'm down Albert (UI).

:       (UI).

2

245A-MM-91505

```
CW:      No I don't wanna (UI).

  :      (UI).

CW:      I know I'll (UI) but I had that (UI).

  :      (UI).

CW:      (UI) no but (UI) the material.  Oh, I had everything
         totaled out once (UI).

  :      `Right.

CW:      (UI) backing out of (UI).

  :      (UI).

UF:      Oh, that'd be fun.

  :      No, (UI).

         (Music heard)

  :      (UI) four days.  (UI).

         (UI talking and music heard)

  :      I don't like (UI).

CW:      Yeah, that's what (UI).  (UI) 4500.

         (UI talking)

  :      (UI) parked on your side of the (UI).

CW:      (UI).

         (UI talking)

UF:      Oh really?

  :      Yeah, parking (UI).

         (UI talking and music)

CW:      (UI) fuckin' asshole.  That is one guy I can't (UI) up
         there.  He used to have (UI).

JO:      My daughter called me yesterday when I was down here.
```

3

CW:     Yeah.

JO:     What are you (UI).

CW:     (UI).

        (UI talking)

JO:     (UI) doing now.

CW:     (UI).

        (UI talking)

  :     Hello Jaime.

UF:     Hi.

  :     How you doin'?  It's a good table.

        (UI talking and music)

        (Bell heard)

  :     What do I owe you for the Coke?

UF:     Go ahead (UI) bring it up.

        (UI talking)

  :     Ah not me.

CW:     Forty-five million dollars for that (UI).

        (UI talking - background noises)

JO:     They're talkin' about that, you know the (UI).  It was
        all (UI).  (UI).

CW:     (UI).  I know it's ah (UI) what.

JO:     (UI).  You know they took pictures, they took a
        picture.  They're standing (UI).

CW:     No (UI) that's right, with ah, (UI).

JO:     What went on with them (UI).

CW:     Yeah.

245A-MM-91505

JO:        (UI) they had the roof (UI).

CW:        Yeah.

JO:        (UI) they threw a bunch of (UI).

CW:        That's right.

JO:        And it's like (UI).

CW:        That's right.    (UI) like planted (UI).

JO:        Right.

CW:        Or some shit like that.

           (Background noises)

CW:        Was it (UI) or (UI)?

JO:        (UI).

CW:        You guys have any cigarettes (UI)?

UF:        Yeah.

CW:        Yeah.

           (Background noises)

UF:        (UI).

CW:        Yeah?

UF:        (UI).

CW:        No.

           (UI talking and music heard)

UF:        Yeah.

           (UI talking)

CW:        (UI) I don't want (UI).   I smoke when I drink a beer.
           That's bad (UI).

           (UI talking)

5

245A-MM-91505

CW:     I don't think so.

JO:     (UI).

CW:     Well I didn't (UI).

        (laughing)

CW:     (UI).

        (UI talking)

        (Music overpowers conversations)

JO:     (UI) take him up on it.

CW:     Yeah.

JO:     You know?  But if he does have ah (UI) fuckin' stuff
        like that (UI) the papers.  (UI).

CW:     Right.

JO:     You could get ah, you know, what the fuck (UI).  (UI)
        looking (UI).  (UI).

CW:     (Clears throat) (UI).

JO:     Yeah, (UI).

        (UI talking and music heard - bell heard)

JO:     Ah, (UI).  I think (UI).

UF:     (UI)?

        (UI talking and music heard)

JO:     Hey, (UI) home.

CW:     (laughs)  So.

JO:     (laughs)

        (Music heard)

CW:     Ah, man, I gotta call (UI) today.  Sometime.

JO:     (UI).

6

245A-MM-91505

| | |
|---|---|
| CW: | And we talked about the (UI) you know I never got a phone call back in two days and he had called (UI). And if we can put together a deal with him. I think I can. See if we can get some money (UI). |
| JO: | Right. (UI). |
| CW: | That's so hard to do (UI) and I got (UI). You know. |

(UI talking)

| | |
|---|---|
| CW: | What worried me is (UI). (UI) (UI) think about (UI). |
| JO: | (UI). (UI) call down (UI) you know. |

(Music overpowers JO's conversations)

| | |
|---|---|
| CW: | Yep. |

(Pause in conversations)

| | |
|---|---|
| JO: | (UI). |
| CW: | (UI). |
| JO: | Yeah, it's gonna be three. |
| UF: | Three? Yeehaw. |
| JO: | I just gotta find the other two. |
| UF: | Okay. (UI) be right with you. |
| CW: | (UI). |
| UF: | (UI). Your welcome. You guys doin' okay? |
| : | Oh yeah. |

(UI talking and music heard)

| | |
|---|---|
| CW: | (UI) coming alright (UI). You bringing a (UI)? |
| JO: | Yeah. (UI). |
| CW: | (UI). |
| JO: | (UI). |

7

245A-MM-91505

CW:     Yeah. (UI) different.

UF:     I don't know but (UI) burger (UI).

CW:     Hum.

        (Background noises)

UF:     (UI) over here huh?

UF:     (UI) over there.

UF:     This is where the party's at.

CW:     Ah hum.  Ah we see you guys flocking over there.
        Trying to block the guy away.

        (Laughs)

CW:     Why's it so quiet?

UF:     July.

JO:     It's hot.

UF:     Yeah.  Oh no, I think this time, I'm gonna go get a
        (UI) okay?

UF:     You're gonna get what?

UF:     A (UI).

        (Music starts again)

UF:     This is the worse song in the entire world.  I mean
        (UI).

        (UI talking)

CW:     The white boys is back?  (laughs)

        (Music heard)

JO:     Hey (UI).

        (Music stopped)

        (UI in distance)

8

245A-MM-91505

| | |
|---|---|
| CW: | (Blows his nose) |
| | (Music heard) |
| | (UI talking) |
| CW: | (UI) it's good (UI).  (UI) why you working on 'em? |
| JO: | (UI). |
| CW: | She seems to enjoy it though. |
| JO: | (UI) she never stay home. |
| CW: | (UI). |
| | (Music heard) |
| JO: | (UI) she's (UI). |
| CW: | Have you? |
| | (UI talking) |
| CW: | Well what she's (UI).   (UI) more work. |
| JO: | (UI). |
| | (UI talking) |
| CW: | (UI) isn't that the car deal? |
| JO: | Yeah. |
| CW: | (UI). |
| JO: | (UI) like I said.  (UI).  (UI) he said oh I don't know what you can do about it.  You know.  He said no (UI). |
| CW: | Oh and you. |
| JO: | And you know what.  (UI) not.  (UI) the deal. |
| CW: | What was wrong with (UI) about.  He's an asshole. |
| JO: | (UI). |
| CW: | Yeah, what he did was he got in the fuckin' (UI). |

9

245A-MM-91505

| | |
|---|---|
| JO: | Right. (UI) (clears throat) |
| CW: | Hum. I don't know. (UI) fuckin' care. Plus you know what? I just don't trust him. (laughs) |
| JO: | Well I (UI) it all. |
| | (Background yelling and noises) |
| CW: | Well what are you? (UI). |
| | (UI talking) |
| CW: | Oooop! (clears throat) (UI). |
| JO: | (UI) she's got (UI) right in the (UI). |
| | (music heard) |
| UF: | (UI) see you tomorrow. |
| CW: | (UI) wouldn't he? |
| JO: | Yeah. (UI). |
| CW: | I haven't touched it, I don't know why. |
| UF: | You're too busy enjoying that burger. |
| CW: | I am (UI). |
| JO: | (UI) burgers some. (UI) burgers all week. |
| UF: | (UI) had a burger in a (UI). Do you want any (UI). |
| : | (UI) the burger and a (UI). |
| | (UI talking) |
| CW: | Hum? |
| JO: | (UI). |
| | (Phone ringing in background) |
| | (UI talking) |
| UF: | Hi there. |

10

245A-MM-91505

CW:     Hey how are you?

UF:     Good, how are you?

CW:     (UI).

UF:     What can I get for ya?

CW:     Ahm, give me ah, Key West (UI).

        (UI talking)

  :     How are you?

  :     I'm doing good.

CW:     Ahmmm.  Let me take a look at a menu.

UF:     Sure.

        (Music starts again)

UF:     Here you go.

CW:     (UI).

        (UI talking - music heard)

        (Waitress gives lunch menu specials)

CW:     What did you (UI).

JO:     (UI)?

CW:     (UI).

UF:     You're welcome sir.

        (UI talking - music)

UF:     (UI) tomorrow and Saturday.

        (UI talking)

JO:     (UI) a lot of people are (UI).

        (UI talking)

CW:     Maybe once.

245A-MM-91505

| | |
|---|---|
| UF: | (UI) frequent (UI). |
| CW: | No you got (UI). |
| | (UI talking) |
| CW: | Right. |
| | (UI talking) |
| CW: | Hey. |
| | (Music and background noises - UI talking) |
| CW: | I saw her (UI). |
| UF: | How long ago? |
| CW: | (UI). |
| UF: | Yeah, (UI) that. |
| CW: | That was (UI).  (UI). |
| UF: | (UI). |
| JO: | (UI). |
| CW: | Ahhh. (laughs) |
| | (UI talking) |
| UF: | One of my oldest girlfriends (UI). |
| CW: | (Blows his nose) |
| | (UI talking) |
| CW: | Ah hum. |
| | (Plates heard in background) |
| CW: | (UI) five. |
| | (Music and UI talking) |
| CW: | (UI) tell them to come (UI). |
| : | (UI) shit. |

12

245A-MM-91505

(UI talking)

CW:        Thank you.

UF:        You're welcome.

(UI talking)

UF:        I hear it all the time (UI).

CW:        That's great.

(Background noises - footsteps heard)

(UI talking)

(END OF TAPE)

FILE NUMBER:                245A-MM-91505

DATE OF TAPE:               JULY 20, 2001

TIME OF TAPE:               11:31:34 (SESSION 1)

TAPE NUMBER:                6

TYPE OF TAPE:               CD

TRANSCRIBED/TYPED BY:       EILEEN T. HOUGHTON (HRA)

CASE AGENT:                 SA PATRICK G. BRODSKY (OC-1)

DATE TYPED:                 AUGUST 18, 2001


PARTICIPANTS:               CW  -  COOPERATIVE WITNESS
                            JO  -  JOHN O'SULLIVAN
                            GP  -  GARY PRETNER


ABBREVIATIONS:              UI  -  UNINTELLIGIBLE
                            PH  -  PHONETIC
                            IA  -  INAUDIBLE
                            SC  -  SIMULTANEOUS CONVERSATIONS

```
                    (Background noise - snapping noise)
CW:                 Thank you very much sir.   (UI).
                    (Background talking)
                    (Sounds like ATM entry noises on keyboard)
                    (Background car/traffic noises)
      :             How about a hot dog for lunch?
                    (Children heard)
      :             (UI) with bread.
CHILD:              Ahm.
      :             (UI) bread (UI).   How about (UI).
CHILD:              Yep (UI).
      :             (UI) no, no drinks ah uh.
                    (UI talking)
                    (Background noises)
CHILD:              Oooouuu.   (UI).
      :             (UI) Ketchup.   (UI).
                    (Child heard in background)
                    (UI talking)
                    (Car horn heard and background noises)
      :             Hey (UI) what is that boy?
                    (laughing)
      :             (UI) 24.
CW:                 (UI) at.
                    (Footsteps heard)
CW:                 (On phone) Yeah (UI)... Yeah... Ah hurry up, what's
```

2

245A-MM-91505

up?... Ahhhh... Eight hundred, 9-6-9, I don't know, just call... Fuckin' you know what, worry about it later... God damn it Heidi, I love you but fuck... I didn't say that (UI)... Shit... Tell me you can't find a phone number on there?... Then call 4-1-1-man...(Phone hung up). God (UI)... (UI)... (UI)... (Background car noises). Housewife thinks is serious after nine years so I guess she is.

JO:     What's that?

CW:     She doesn't wanna do a God damn thing.

JO:     That's your wife, huh?

        (Car alarm beeps)

CW:     One phone call, that's all I ask.  (laughs)

        (Background noises)

CW:     So how are you?

  :     Alright man I'm good.

        (Door shuts)

CW:     It's Friday, I'm in a good mood.

GP:     I know.  She (UI) nicer (UI).

CW:     Well, it's gonna get nice though.  Well how are ya?

GP:     Been running around.

CW:     What you got?

GP:     I had a message.

CW:     From who?

        (Beep heard)

GP:     From your boy Lloyd?

CW:     Lloyd the Boyd?

GP:     Lloyd.

3

245A-MM-91505

| | |
|---|---|
| CW: | Oh you know what? He tried to call when I was on a conference call. |
| GP: | Yeah, he called me twice. And I got him I was in the hotel. |
| CW: | Yeah, (UI) two days behind on shipping. |
| GP: | Yeah, he wanted to know. He said we know, we sent out at Tuesday. He said it ain't here yet. Yeah listen. |
| CW: | Yeah, call (UI). He called me from an 8-4-5 number. |
| GP: | Yeah. |
| CW: | That was him. |
| GP: | Yeah, here's his 800 number. |
| CW: | It doesn't matter. Erase it. We'll call him later. |
| GP: | Okay, I just (UI). |
| CW: | Yeah. |
| GP: | And I said listen. |
| CW: | We can't ship him anything until our product ships. So we're two days behind. |
| GP: | Okay. He gave me his 800 number. |
| CW: | Good. |
| GP: | Call him on the 800 number. |
| CW: | Take advantage of it at all times. |
| GP: | What's that? |
| CW: | (UI) 1-800 number. (laughs) |
| GP: | Oh yeah. |
| CW: | Ahhhhh. |
| GP: | (UI). |
| CW: | Juan Carlo. Juan Carlo. |

4

GP:     Do you believe he (UI).

CW:     That's unbelievable.  I'm sitting out there in the
        beach chair yesterday.

GP:     And he just pulled right up on ya.

CW:     And I look behind.  And I'm like, oh my God.  He's
        wearing like wool clothing.

GP:     (UI) I was talking to him before.  I said what happened
        to you man.  He said I need to be (UI).

CW:     You see.  (laughs)  (UI) mother fucker.

GP:     Yeah, I need a little drink brother.

CW:     (laughs)  I need a little drink.

GP:     Nah I mean a soda I gave him.

CW:     Oh.

JO:     Fuckin' (UI) morning.  I get this fuckin' car!  Of
        course an old man, I go to his house, I got Brenda with
        me.  I got to his house, I pick him up, I fuckin' take
        him back.  I said nah.  Get the car over to the shop,
        fuckin' (UI).  And he spent a fuckin' hour and a half
        chaffering this old man around town.

CW:     You gotta be kidding me.

JO:     Yeah.

CW:     So what's the difference between it being towed ah, oh
        he can't repair it.

JO:     (UI) can't be repaired.  If it's totaled ah just cut
        him a check.

        (Car door opens)

CW:     No way.

JO:     Yeah.  (UI).

        (All exit vehicle)

CW:     (laughs)

5

245A-MM-91505

JO:      (UI) right now.

         (Door shuts)

JO:      And they come, they come tow it away.

CW:      Right.

JO:      And I'm trying to (UI).

         (Background noises)

JO:      Alright, hold on.

 :       (UI).

CW:      Well that's a bummer.

GP:      It's a 99.  I could've (UI) 99.

CW:      (UI) yeah!

GP:      Cause he had a whole freakin' (UI).

CW:      (UI).

GP:      Ah no.

JO:      (UI) he's an old man (UI) he don't (UI).

GP:      (UI).

CW:      (UI).

JO:      And that's it.

GP:      (UI).

         (UI talking)

CW:      Ahhh.  We're gonna eat, right?

JO:      Yeah.   (UI).

CW:      (UI).

GP:      (UI) I'm gonna eat that's what's (UI).

CW:      Well what do you mean?  We weren't (UI).

6

245A-MM-91505

| | |
|---|---|
| GP: | Well that guy (UI). |
| CW: | What's up now? |
| | (UI talking) |
| JO: | (UI) I don't know. |
| GP: | (UI). |
| JO: | Ahm. |
| GP: | Did you make a (UI)?  So you (UI)? |
| CW: | How did he know this.  I got (UI) taken care.  (UI). |
| GP: | They can't do it.  They won't give (UI). |
| CW: | No it's not (UI).  They're, they're lead time is ridiculous. |
| GP: | Alright. |
| CW: | It's taking four to six days.  (UI) business if we have it, (UI) use it. |
| JO: | No, that's it. |
| CW: | (UI). |
| JO: | (UI). |
| | (UI talking) |
| CW: | (UI) well we'll Tuesday.  Ahmmm. |
| JO: | So it'll be picked up Tuesday? |
| CW: | Tuesday. |
| JO: | So they won't get there till next week then. |
| CW: | (UI).  Ahhh.  Lloyd has some liens. |
| JO: | Lloyd has liens?  The guys up there? |
| CW: | (UI) judgements. |
| JO: | No.  (UI). |

245A-MM-91505

CW:     Dun and Bradstreet.

        (Footsteps heard)

CW:     Commercial Credit.  (UI).

        (All enter vehicle - door shuts)

CW:     Now they don't go into particular but they said that
        there's adverse information on that.

JO:     Does he have, well does that affect us?

CW:     Ahhhh, yeah, of course.  (laughs).

JO:     So.

CW:     (UI) ship it up.  His inability to pay people.
        (laughs)

JO:     Right.

CW:     Could be a problem.  So we can ship one to ah, S and L.

JO:     Right.

CW:     And we'll ship another one to ah, a place called Turtle
        Island.  Which are people that I know very well.

JO:     That's (UI) that's (UI)?

CW:     Yep.  Yeah.  No they're up in ah Toronto.

JO:     Toronto?  (Whistles)

CW:     Toronto.

JO:     Will they pay for the shipment?

CW:     They'll pay for everything.  These, these people I've
        been dealing with years.  They were buying ah scrap
        aluminum waste from me.

JO:     And I'm doing (UI).

CW:     Yeah.  (UI).

JO:     So our order's ready up there.  We just gotta ship it
        out.

8

CW:     Both orders.

JO:     We're not gonna send nothing to Lloyd now?

CW:     Nope.

JO:     Okay.

CW:     Unless we wanna send Albert's stuff to him.  Alright,
        so I'm gonna call Juan Carlos later today.  Basically
        the conversation with Juan Carlos.  There's nothing to
        write down.  It's this simple.

JO:     Right.

CW:     The conversation with Juan Carlos it's ah, (clears
        throat) you know, there's animosity because he had put
        out three thousand dollars...

JO:     Right.

CW:     ...for the 30, 36, Gaylords whatever it was.  John.

JO:     Fuck him.

CW:     Fucked both of us basically.

JO:     Yeah.

CW:     Lloyd ah, was the recipient of the material, which had
        already been picked through.  Lloyd did confirm on the
        phone at your house with me.  But yeah, there was some
        good stuff but it was very well picked through.

JO:     Right.  They stole all the good shit of it.

CW:     Yeah, they took all of the good shit out.

JO:     Yeah.

CW:     So now J.C. wants me to give him money and I, my, I
        basically explained to him that hey listen.  You've met
        John Golden.

JO:     Right.

CW:     You know that he's the one that sells this person
        merchandise.  As, as is standard in the paper industry,
        there's a rejection.  I gave you the option to go pick

9

up the goods up in New Jersey.

JO:     Right.

CW:     Which you subsequently declined.

JO:     Right.

CW:     Because of your own, whatever. You're to busy gettin'
        pissed off at me and John Golden to bother pickin' up
        the shit if you thought it had value, which leads me to
        believe that you knew that the stuff was picked...

JO:     Right.

CW:     ...picked through. Whether John did it, which he did
        he share but you did it before it even shipped.   Is
        that correct?  And well you know, you know, you know.
        Ahhhh. You know start with the (UI) shit, you know.   My
        wife gave that money. My mother-in-law died.  I said
        well you know, I'm sorry bad timing.  And your three
        thousand dollars in the hole, right?  So what I told
        him was basically forget about the past, you know.   Ah
        Caribbean is your connection through the southeastern.
        If you're comfortable enough in letting me purchase
        that material from you, how we wanna handle it.

JO:     Right.

CW:     Beginning next week, he said yeah, they got like 28
        procarts full at Caribbean right now?

JO:     (UI).

CW:     Which is about, you cut that in half.  So...

JO:     Yeah, fourteen.

CW:     ...there's about fourteen Gaylords.  Give or take a
        Gaylord or two.

JO:     Right.

CW:     So.  I said beginning with that, if your comfortable.
        So he said he's gonna arrange it with another (UI)
        Simco.  Greg (UI)co's company.

JO:     Okay.  I mean.

10

245A-MM-91505

| | |
|---|---|
| CW: | Ahhhh. |
| : | I don't think you. |
| : | No, I know, |
| : | No I know (UI). |
| CW: | (UI) you know just from the conversation. |
| : | (UI) going (UI). |
| CW: | (UI) right. |
| JO: | (UI). |
| CW: | So, so what they're gonna do is ah, supply him with the Gaylord containers and the probes. |
| JO: | Okay. |
| CW: | Cause he's got a buddy Raymond that works for Simco. |
| JO: | Okay. |
| CW: | So we're good there.  With the loads that. |
| JO: | Well what's that gonna cost us? |
| CW: | With the load. |
| JO: | (UI). |
| CW: | About, about five hundred bucks. |
| JO: | Cause ah. |
| CW: | It doesn't cost, forget ah. |
| JO: | So I'm just saying (UI). |
| CW: | (UI) Simco. |
| JO: | (UI) JC (UI) but we don't have to (UI). |
| CW: | (UI) five hundreds (UI). |
| JO: | It goes to JC. |

11

245A-MM-91505

| | |
|---|---|
| CW: | Yeah, whatever, whatever Juan Carlos does is his business. |
| JO: | Okay, that's fine. |
| GP: | That's fine.  We (UI). |
| CW: | Yeah. |
| GP: | Our commitment to him is five hundred dollars. |
| CW: | Exactly. |
| GP: | (UI) load. |
| CW: | Exactly.  If he pays four hundred and 99 dollars of it out. |
| : | (UI) |
| CW: | (UI) our fuckin' (UI).  Cause that's where I got myself in trouble in the past. |
| JO: | Right. |
| CW: | I was, I was in charge of paying everybody.  (laughs) |
| GP: | Yeah, you were paying (UI). |
| CW: | Yeah, I was triple paying... |
| | (Tape malfunctions for a while then resumes) |
| CW: | Hi honey. |
| : | (UI). |
| CW: | That figures, I run into her.  She looks happy. |
| JO: | (UI). |
| CW: | And I just got done yelling at her, right? |
| JO: | Nah.  Oooh, oooh.  Poor pussycat. |
| CW: | Okay. |
| | (Car stopped, turned off and all exit) |

12

| | |
|---|---|
| UM: | You want ah double? |
| CW: | Huh? Leave it in here. |
| UM: | Okay. |
| CW: | We'll take off, right? |
| UM: | Okay, yeah. |
| | (Car door shut) |
| CW: | He's a pig. You're a mean pig (UI). |
| | (Background noises) |
| CW: | Ah, of course, my kid's crying. |
| | (Crying in background) |
| | (UI talking in background) |
| CW: | Is he? |
| | (Background noises) |
| JO: | I didn't (UI) yesterday. (UI). |
| CW: | Really? |
| JO: | Yeah. Did you bring a change of clothes? |
| CW: | I didn't bring my change of clothes (UI). |
| JO: | (UI) you have ah... |
| | (Tape malfunctions again) |
| CW: | (UI) hi, God dammit. |
| JO: | She's (UI). |
| CW: | No, she told she was gonna wait for us. |
| JO: | (UI). |
| : | Ahhhhh. |
| CW: | (UI) |

13

245A-MM-91505

    :      Where's Diane (UI) you doin'?

           (Background noises)

CW:      Where?

JO:      She's right there.  On the beach with the kids.

CW:      (laughs) Yeah, I'm gonna get the key it's right here.

JO:      Oh, okay.  Go ahead (UI).  (UI) you wanted me (UI).

CW:      No.

           (Tape malfunctions again)

           (END OF TAPE)

14

| | |
|---|---|
| FILE NUMBER: | 245A-MM-91505 |
| DATE OF TAPE: | JULY 20, 2001 |
| TIME OF TAPE: | 11:47:51 (SESSION 2) |
| TYPE OF TAPE: | CD |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA PATRICK G. BRODSKY (OC-1) |
| DATE TYPED: | AUGUST 21, 2001 |

PARTICIPANTS:

CW  -  COOPERATIVE WITNESS
JO  -  JOHN O'SULLIVAN
GP  -  GARY PRETNER

ABBREVIATIONS:

UI  -  UNINTELLIGIBLE
PH  -  PHONETIC
IA  -  INAUDIBLE
SC  -  SIMULTANEOUS CONVERSATIONS

245A-MM-91505

|       | (Footsteps heard) |
|-------|-------------------|
| CW:   | Hey guys! |
| UF:   | Hi there. |
| :     | (UI). |
| CW:   | What's up?  I, I left my key in the room. |
|       | (UI talking and phone ringing) |
| CW:   | (UI).  I'll return it. |
| UM:   | Alright. |
|       | (Background noises) |
|       | (UI talking) |
| CW:   | (UI).  Anybody out there let you in? |
| :     | No. |
| CW:   | Otherwise by making (UI). |
|       | (UI talking) |
| :     | Usually when they take this (UI). |
| :     | Okay. |
| CW:   | Oh God we can't have that, can we? |
| :     | Ah forget it, may be. |
| CW:   | (UI). |
|       | (Footsteps heard) |
| CW:   | (laughs)  That is good. |
| :     | (UI). |
| CW:   | Yeah, we'd love to I mean (UI) one eleven.  It shows that we have six already. |
|       | (laughing) |

245A-MM-91505

CW:     (laughs)   It's good to know I've only made this mistake
        what, four or five times (UI).

        (Footsteps heard)

CW:     Hey (UI)dy.  She begged me to go shopping.

  :     (UI) the food man.

CW:     Yeah, now I gotta... unload everything right?

  :     (UI).

CW:     Hey listen, aye, yea.  Hey man.

        (Footsteps heard)

JO:     Fuckin' (UI).

CW:     Friday's a work day.  (UI) Sunday.

JO:     No, I know.

CW:     (UI) get shit done.

JO:     That mother fucker man.  Now we, I hope we don't have
        trouble with that (UI).

CW:     Why?

JO:     Ah (UI) you know I.  You know we (UI) you know.

CW:     You what?

JO:     He said he's got bad credit (UI).

CW:     How's he gonna dog us?

JO:     No if we sent them a loan.

CW:     Oh, fuck.   (laughs) We're, we're not gonna be able to.

JO:     We're not gonna.

CW:     I called (UI) this morning he did their D&B for me.

JO:     Right.

CW:     And it wasn't good.

3

JO:     No you (UI).

CW:     I shoulda done it before.  Look at this shit!

        (Background noises)

  :     Hey (UI) boy.  Got me a case of Bud Light.

CW:     A case of Bud Light.

  :     (laughs)

JO:     No way, look at you man.  (UI)!  (UI) this kid?

CW:     (laughs) Shut up.

JO:     (UI) fill the ice box for ya.

CW:     I don't know.

        (Background noises)

JO:     (UI).  What (UI) did you got first (UI) (banging
        noises) (UI) did you see those (UI).

CW:     She's a dirty (UI).

JO:     Right.

CW:     She just doesn't give a shit.

JO:     Ahh.  Fuckin' (UI), she's being a mother.  She's taking
        care of the kids.  Yeah.

CW:     (UI).

        (Background noises)

CW:     (UI) we'll never put all this stuff away.

JO:     Well you put the icebox stuff away.

CW:     Yeah.

JO:     Yeah.  (UI).

CW:     Is that it?

JO:     (UI).  Ahm.

4

245A-MM-91505

CW:      (UI).

JO:      Yeah, (UI).

CW:      (UI).

JO:      (UI) with it.  (UI) this is very cold right?

  :      No, that's cause were mixing the (UI).

         (Cell phone ringing)

CW:      (Coughing)

JO:      (On phone)  (UI)... Yes... Hello!...Yeah, hello!... Go
         ahead... What's that?... Hello!... (Background
         noises)... Yeah... Oh... (Background noises)... (UI)
         out there... (UI)... (Possibly off phone).

CW:      Yeah.

JO:      (UI).

CW:      Yeah, she's ah, she won't, she won't (UI) me to put it
         away anyway.

         (UI in background)

CW:      Alrighty then.

  :      (UI).

         (UI talking)

         (Footsteps heard)

CW:      What she talking about, there's tons of food
         everywhere!

         (Background noises)

         (Footsteps heard)

CW:      Honey!  Hello!  (UI) girl.  Hey (UI).  Goodbye!
         (Yelling)

         (Footsteps heard)

         (Background noises)

5

245A-MM-91505

CW:     Yeah.  Yo.  Are you ready?

JO:     Yeah.

CW:     Are you hungry I hope?

JO:     No, no.

CW:     Oh you (UI).

JO:     I'm always hungry.

CW:     (UI) office I should have a check there.

JO:     (UI).  Okay.

  :     What's the matter?

JO:     Nothing (UI).  (UI) cash that check (UI).

        (Footsteps heard)

  :     (UI).

CW:     (UI) reimbursements?

        (UI talking)

  :     No, I'm just saying ah.  You're talking (UI) these
        guys.  You know.

CW:     Oh well.

  :     (UI) an opportunity here.

  :     (UI).

  :     (UI) he ain't here (UI).

        (UI talking)

        (Footsteps heard)

CW:     No.  You're not (UI) one (UI).  And he's probably.  In
        order to (UI) to get a Dun and Bradstreet (UI), we have
        to be ah.

        (CW and others entered vehicle)

6

245A-MM-91505

CW:      A member.  And I'm not a member.  I'm sure (UI).

JO:      You know ah see that my phone didn't ring again.

CW:      Just went (UI).

JO:      Fuckin' Sony sucks.

CW:      (UI) fuck (UI).

JO:      Fuckin' phone's (UI).

         (Car being started - background noises)

JO:      And I waste fuckin' time callin' him (UI) waste minutes
         and everything.  They charge every time.

CW:      You know what?  We're only obligated to (UI).

JO:      So you wanna send him ah Southeasterns?

CW:      That's what we should do.

JO:      Yeah, fuck it.  Cause you're still, we're still (UI)
         triple no?

  :      (UI) I'm sorry, I wanna hear my message.

         (Background noises)

  :      (UI) hassle.

CW:      Hassle?

  :      Maybe he'll stay (UI).

JO:      Must have a hot house (UI) you know.

CW:      (UI) run the other way.  (UI).

JO:      Alright, you know (UI) Bank of America called me today
         too.

CW:      Yeah.

JO:      And ah, I said yeah, what's the story ah.  What's the
         story about ah, closing by the end of the month instead
         of the August 10th (UI).  He said no, no, no, no.  He
         said what do you wanna you know.  And we already said

                                7

> that we'd like to call (UI) but ah.  He said it works
> out for me, you know, that I'll get paid my commission
> and that in the end of the month.

CW:     Yeah.

JO:     In August if I don't close (UI).

> (Cell phone ringing)

JO:     (On phone) Hello!...What's up, but I was inside a hotel
> here... Saying goodbye to my (UI) you know...
> (laughs)... What's up?... Listen ah, you know what
> it's... Ah yeah... Oh, I know... You're a little,
> alright let me, listen I just had a '99 Daewoo car
> towing though... The car's gonna be towed, the doors
> are popped open and it's a hard hit in the front,
> that's the only thing I got this morning... And I don't
> even wanna sit it down cause you gotta lay money out
> and then you fuckin' hold on to it, what do you get
> (UI) it ain't worth it... It ain't worth it man... You
> know just takes up space and is leaking oil all over
> the place... Okay... Let me, let me find you one
> brother... I'll find you ah...How, how's everything
> else, good?... Good.... I still got that lady with the
> fuckin' Honda but ah, she's still waiting with Geico
> you know.... And I hear there's like three or four
> shops calling her up now so... I got, I already gave
> her your card and everything... So let's see if she
> calls, she calls... That's the (UI) business you
> know... But ah, listen, we got, I, we got a little way
> and I'm, I'm up in Deerfield now and it's raining so...
> We might get lucky (UI) alright?... Alright.  (phone
> hung up)  Louise (UI).

CW:     Who's that?

JO:     It's ah, ah buddy.

CW:     Buddy?

JO:     Body shop.  He needs a car.

CW:     What's up with those guys are they?

JO:     Well they're legit.  They ah.

CW:     Things are moving.

8

245A-MM-91505

JO:    Well yeah, he says but fucking you know.  He needs
       work.  There's no work.  You gotta get the accidents
       in.  So I'm gonna have to go hook him up with.  Get one
       or two good hits for him and ah.

CW:    Yeah.

JO:    And hope you know.

CW:    Have you seen Richie over here or not?

JO:    No, I haven't seen Richie.

CW:    I don't think Richie done.  What does he do?  Sleep all
       fuckin' day?

JO:    I have no idea.  I met Richie fuckin' once.

CW:    Yeah.

JO:    I met him once.  Look at this.  (UI).

CW:    (UI).

JO:    (UI) that.  Alright so what's the story now?  Well
       that's what we should do.  If we send him up.

CW:    We'll send him up eight, keep him happy.  But tell him
       it's a couple days late.  Tell him we're not doing
       anything with this check anyways...

JO:    Yeah.

CW:    ...so stop gettin' fuckin' ansy.

JO:    Yeah.  Well (UI).

CW:    Frankly, I, I get mixed feelings about him anyway
       because he...

JO:    I understand.

CW:    ...he was real tight-lipped when he knew that I was the
       one that got fucked by John Golden.

JO:    Right.  (UI).

CW:    He didn't exactly volunteer information.

9

245A-MM-91505

JO:    Right.

CW:    So don't, let me.

JO:    No you deal with him.

CW:    I'll, I'll handle.

JO:    (UI) deal with him.

CW:    I'll handle those guys (UI).

JO:    And he's calling me now and that's why I just said you know what.

CW:    Cause we gave him your number.

JO:    I know but I just said yeah.  I said I'm ah, I'm, I'm not in my office right now.  I said I'm heading o-, over to the office.  I'll call you back within the hour.  I'll find out where (UI) it is you know.

CW:    Yeah.

JO:    (UI) you know.

CW:    Well come up.  Tell him he probably won't be up there until Tuesday.

JO:    I'll tell (UI).

CW:    Yeah.

JO:    Okay, no problem.

CW:    Tell him don't worry.  We're not touching any (UI) four hundred dollars.  It's retirement fund.

JO:    Right.

CW:    And don't (UI).

JO:    Now we're gonna charge him ah triple (UI)?  (UI)?  Then we're getting three hundred from Mark.  Whata you gonna charge this guy, Lloyd?

CW:    Lloyd knows that we're getting a minimum of three hundred hours per Gaylord.

10

245A-MM-91505

JO:     Right.

CW:     This is the first load that's representative of what
        he, he really wanted...

JO:     Right.

CW:     ...to be doing.

JO:     Right.

CW:     Because John took advantage of him.

JO:     Right, John took all the (UI).

CW:     And, and so does Juan Carlos.

JO:     But we sent all.  Yeah, we send him up the good shit.

CW:     Irregardless, we're gonna get paid equal to or then
        some for these Gaylords.  This is a trial.  Thereafter,
        we're looking at about sixty cents per magazine.

JO:     Okay.

CW:     Okay?

JO:     (Snorting).

CW:     Sixty cents per magazine and there's about 1600
        magazines in a Gaylord.

JO:     It's a good deal.  Six hundred (UI).

CW:     No.

JO:     (UI) it was more.  Eight hundred dollars a (UI).

CW:     About a thousand, eleven hundred.  That's what it comes
        out to.

JO:     Right.

CW:     Right around there.  Which is triple what we're
        normally in.

JO:     Yeah.  It's beautiful.

CW:     Yeah.

11

245A-MM-91505

06309-PAS    Document 659    Entered on FLSD Docket 10/15/2001    Pa

JO:    Yeah, what (UI).

CW:    Yeah, you can confirm that with him when you talk to
       him.

JO:    Alright.

CW:    He knows that this is, is what.

       (Background car noises)

CW:    He says anywhere from 45 to 60 cents per adult
       magazine.  And for monthly periodicals, which we're
       gonna try not to (UI) mixed in.  Keep those separate.
       Right about 25 cents per magazine.  Which is still
       equal to what we're getting from Mark Donner.  So it's
       a good, I mean fuck.  You can't go wrong.

JO:    No (UI).

CW:    Unless you give yourself a heart attack.

JO:    I'm alright listen I had to go (UI).

CW:    Oh ah no, I'm talking in general.

JO:    Oh no I ah.

CW:    (UI) we stress ourselves out.

JO:    I had a good talk with myself the other day.  I just
       (UI).

CW:    (UI) self?

JO:    I had self (UI) I said Johnny O, relax and let it go.

CW:    That had to be a fucked up conversation.

JO:    Relax and let it go.  You know what the cocksucker
       said?

CW:    (laughs) What did he say?

JO:    He said where's my money.

CW:    (laughs)

JO:    (laughs)

12

CW:     (UI) no shit.

JO:     Where's my money.  (laughs)  And I (UI) fuckin' (UI).

CW:     (laughs)

JO:     (UI) everywhere we go (UI).

CW:     I (UI).

JO:     I went home last night after I woke up and got the kids
        from camp and this and that.  The kids (UI) school
        (UI).  I get (UI) I like fuckin', I'd like three of
        them with like three doubles.

CW:     Yeah.  Last night?

JO:     Yeah.

CW:     I talked to you last night.  You sounded great.

JO:     No but I just relaxed, you know.  I wasn't fucked up I
        mean I just felt relaxed you know.

CW:     Oh, shit.  That's a good thing.

JO:     Yeah.

CW:     Did you see our boy Mamone?

JO:     I saw John yesterday yeah.

CW:     Everything's cool?

JO:     Everything's fine.  Ah, yes, I says you know, how's it
        goin'.  He says everything's goin' good.  You know I
        tell him there's nothin' gonna be till the beginning of
        the month anyway.

CW:     He's got (UI) he knows.

JO:     Yeah.  I said everything's goin' good.  Everything I
        said ah look.  The guy, I says they got their money up
        there.  Everybody's happy.  We'll just wait for the
        truck (UI).

CW:     Yeah.

JO:     That's all and I.

13

245A-MM-91505

| | |
|---|---|
| CW: | Beverly got funds, everything's cool huh?  No problems whatsoever.  The only, the only thing that I kinda slipped up on was transportation. |
| JO: | Okay. |
| CW: | Yeah. |
| JO: | I (UI) right here my friend. |
| CW: | Ohhhhh. |
| JO: | (UI) two step (UI).  It's a piece of shit.  I see one piece of shit. |
| CW: | Don't waste your time man. |
| JO: | No, no, huh. |
| CW: | (UI). |
| JO: | That piece of shit's totaled.  It's (UI). |
| CW: | It's a Toy, Toyota. |
| JO: | Yeah, but look at the other car so. |
| CW: | Yeah.  This looks like a bad accident. |
| JO: | Two, nice pickup truck and it's a bad accident.  Two cars. |
| CW: | Why you speeding up man? |
| JO: | Cause I wanna get the plates.  He's getting a truck too.  Is this Emerald? |
| CW: | Emerald. |
| JO: | I can't even get it.  I can't touch it.  See that trucks a nice job.  This car's a total piece of shit. |
| CW: | Why can't you touch it? |
| JO: | Well ah, ah, Emerald like, I gotta sell like (UI) a friendly agreement,  you know. |
| CW: | Yeah. |

14

245A-MM-91505

JO:     Stuff like don't touch.  This is a good job.  See that
        (UI) right there?  That's, that's four thousand
        dollars.

CW:     Ah shit, I gotta take an Actifed.  Ahhh.

JO:     He's got temporary plates.  And he just bought that
        (UI) truck.  Ah, which means he might not even have
        full coverage on it.  He's at fault.  He hit the car.
        He hit that little car.  Usually he who hits is at
        fault.

CW:     I know look at how (UI) that (UI).

JO:     This guy's really slow (UI) he's gonna drive over the
        (UI)?  He's probably gonna hit that guy now.

CW:     That won't pop a tire will it?

JO:     No but she's leaking oil or a gas line over there.

CW:     Oh shit.

JO:     Heyyy.

        (Background noises)

CW:     I hope my gas (UI).

JO:     Yeah.  (UI) take care.

CW:     Oh sometime this weekend I gotta get to the box that
        has my computer in it.

JO:     Oh yeah.

CW:     I gotta get a sound card and a ah, PC ah, that stores
        data.

JO:     Ah hum.

CW:     So I can take that shit and go to Kinko's.

JO:     Ah hum.

CW:     And I'll plug all that in so we can start invoicing for
        this stuff.

JO:     Okay.

245A-MM-91505

CW:     It's two things, it's like two sound cards.  Big silver thing.

JO:     What kind of computer do you have?

CW:     Ahhhh, that's a Hewlett Packard.

JO:     Yeah, I have a whatchamacallit.  I'm (UI) Micro (UI). What do I have.

CW:     It might.  I have one of the sound cards already.  It looks, it's got prongs hanging out of it.  But it also records information.

JO:     (UI).

CW:     And then ah, there's the data card.

JO:     What do I have?

CW:     I don't know what you have.  I've never even seen yours ah.  It's upstairs right?

JO:     Well I'm just s-, yeah, I'm just saying.  If we're going here now, let's go to the fuckin' ah now.  Let's go to my garage and get what you gotta get now instead of fuckin' back and forth, back and forth...

CW:     Yeah.

JO:     ...back and forth.

CW:     Well is Brendan okay?

JO:     That's fine.  (UI) happy.  I just talked (UI).

CW:     Till it starts raining.

JO:     The (UI) fuckin' (UI).

CW:     Jesus.  (laughs)

JO:     That, that bastard.

CW:     Yeah, so what's up with that bastard?

JO:     That bastard's says (UI).  I have.

CW:     What is Gary's last name?

16

245A-MM-91505

JO:     Pretner.

CW:     Pretner, I know he's (UI).

JO:     Gary Pretner.  (UI).  He got his warehouse which is
        over on Copans in Fort Lauderdale, just east of 441
        (UI) there.  (UI) you know.

CW:     I was over there before.

JO:     Right.  So.

CW:     Why, do you wanna (UI) take away his classic?

JO:     Come take, yeah, give him the fuckin'.  Just, he's
        paying fifty cents a (UI).

CW:     Now I'm gonna go over there again.

JO:     No.  Well listen just say you know, I already told him.

CW:     I'm gonna charge him a couple thousand bucks.

JO:     Your, your boy is fuckin' your boy Ron.  He's a douche
        bag.  He's a (UI).

CW:     Right.

JO:     He wouldn't (UI) you know.

CW:     That's what he said before though when I got there.
        When David Bell asked me to stop by there and, ah you
        know, Ron wouldn't even let me fuckin' talk to Gary.

JO:     Yeah, cause Ron was a douche bag trying to like be a
        big shot there.  But you know what, when they're having
        people.

CW:     Let's not waste our time with these assholes.

JO:     I'm saying, I, you know, I'm just asking if there was a
        fuckin' (UI) there.

CW:     There is, but you know what's there.

JO:     What.

CW:     Jail time.

17

245A-MM-91505

JO:     Jail time.

CW:     Yeah.  They're fucking getting stolen components from Motorola.

JO:     Stolen opponents from Motorola.

CW:     Some of 'em.

JO:     Right.

CW:     I'm guessing.

JO:     You know, they got a contact with Motorola to destroy all these shit.

CW:     Yeah, I know but I know I know one of those at Motorola and they don't think I notice (UI).

JO:     Yeah.

CW:     (UI) but they don't know I know those things.  Ahmmmm. Something or other.  He's the general manager that dictates all the waste...

JO:     Right.

CW:     ...and recyclables.

JO:     Right.

CW:     That's.

JO:     Well (UI) enough (UI) then.

CW:     I mean I'm sure they're running it.

JO:     (UI).  They got, they got three bays (UI).

CW:     Maybe I should.  Well what do you wanna do?  Do you wanna go over there or what?

JO:     You wanna just go over there and take a look and just see.

CW:     Not especially but since...

JO:     Okay, then forget it.

18

245A-MM-91505

CW:     ...he's your friend we probably should.

JO:     Yeah, I thought yeah.

CW:     Okay.

JO:     Look, you don't wanna, I'll just say you know...

CW:     Yeah.

JO:     ...there's nothing we can do and then just ah.

CW:     Well forget the.  Let's go over there then.  Let's go
        over there, we'll get a bite to eat.

JO:     Well let's get the mailbox (UI)

        (Tape malfunctions for a short time then resumes)

JO:     ...the way... then we shot down 441 and we're there.

CW:     Well then we're not gonna be able to go by your place.

JO:     And then we can go to my place.  My place is no
        problem.

CW:     It's gonna start raining and your boys are gonna be
        cooped in that (UI).

JO:     I, (UI) don't worry about that.

CW:     Ahh.

JO:     Don't worry about it.  A fuckin' if we were at home you
        know what he'd be doing?  He'd be fuckin' raining on my
        couch.  Cooped up bored, you know.

CW:     Yes sir.  Well things should be rolling any.  I just
        want you to know something you know.

JO:     Ah hum.

CW:     You know I know I've been a real prick.  But it's just
        because of the, the...

JO:     Yeah.

CW:     ...I just wanna function as a fuckin' business.

19

245A-MM-91505

JO:    I hear you.  Not as (UI).

CW:    We haven't been doing that.

JO:    Well we haven't had the chance to get this shit fuckin'
       up and going.  Once we, you know what happened.  Once
       you know, once we get the shit going.  We'll get a
       little money and we get a little fuckin' organized.
       We'll get the fuckin' computers up.

CW:    Exactly.

JO:    Even if we have to do the computer at my house.

CW:    Well I'm just not used to doing things half-assed and
       it's driving me nuts.

JO:    I ah understand that but just ah, based on the fact
       that you're living in a fuckin' ah, you know, out of a
       suitcase.

CW:    Yeah.

JO:    You know.

CW:    Exactly.

JO:    That's the, the whole point of it.

CW:    And, and just so you know, I, ah just confirmed your
       feelings.

JO:    Ah hum.

CW:    Don't think for a minute because of, you know, the
       circumstances.  Who we're borrowing money from and
       Mamone.

JO:    Ah no (UI).

CW:    I'm just as concerned as you are.  I just don't wanna
       openly talk about it.

JO:    No, I don't talk about nothing.

CW:    And God forbid something does go wrong.  You know what?
       I got a better idea anyway.

JO:    Ah hum.

20

245A-MM-91505

CW:     Really.

JO:     Okay.

CW:     And we can put it together overnight.

JO:     Okay.  It's sweet.

CW:     So.  We do that.

JO:     That's what I know (UI).

CW:     Sweet.  It's sweet.

JO:     And I'm (UI) I'm just (UI), did you ever see that?

CW:     No.

JO:     (UI) Mc Call?  That (UI)?

CW:     I, ah you told me...

JO:     (laughs)

CW:     ...you saw it.

JO:     (laughs) The man (UI) do...

CW:     Yeah.

JO:     Please do.

CW:     But.  You know this may not be the answer.  But it
        looks like it is so far.  Just keep like a consistent
        transactions.  Keep it to a minimum.

JO:     (UI).  Keep it to a minimum, right, don't go...

CW:     Yeah.

JO:     ...to too fuckin' (UI).

CW:     Right.

JO:     I'm just saying.  If anything has to be put into
        fuckin' like you know, you can always ah.  If worse
        came to worse, like until you get situated and stuff
        like that.  You're just doing (UI).  Cause Mike (UI)
        then you can just like fuckin' E-mail it to me.

21

245A-MM-91505

CW:     No, cause I had my ah all my accounting information and
        shit on there.

JO:     Oh yeah.  Well.

CW:     You know E-mail whatever (UI).

JO:     I'm, see I'm not a big computer buff.

CW:     No, well either am I.  But you have to do it.

JO:     Yeah, you gotta cover your ass.

CW:     Okay.  I need a paper trial.

JO:     Oh yeah.

CW:     Not necessarily but.  (UI) ah.  There definitely things
        he should (UI).  Fuckin' pain in the ass.  (UI) is a
        pain in the ass.

JO:     Yeah.  Well once you get the ball rolling, it's like a
        fuckin' glass of water.

CW:     Yeah.

JO:     It's like (UI) water (UI)less.

CW:     Exactly.  Richie called up, he didn't, he kept the shit
        in his house.

JO:     Alright.

CW:     The cocaine.

JO:     Good.

CW:     Ehhh.

JO:     It's better, better off.

CW:     (laughs)

JO:     Well didn't you know that.  Yeah, then we'd be out of
        our mind and fuckin' in the hole for three hundred
        dollars, you know.

CW:     Nooo, he wouldn't charge us like that.

22

245A-MM-91505

| | |
|---|---|
| JO: | You know what I'm saying? |
| CW: | He'd turn around and sell it for five hundred. |
| | (Pause in conversations) |
| JO: | Well (UI). Yeah, but one like like (UI) the car you know. |
| CW: | Nope. I call him twice. |
| JO: | Ah, okay, well they're not gonna call him no more. Somebody else gonna look into it. |
| CW: | You want me to try right now? |
| JO: | Yeah, he won't answer. |
| CW: | You don't think so? |
| JO: | Try it. Just leave a message. Say yeah this is (UI). |
| CW: | His, his name's Jeff Bass. Well I'm not gonna ask for him. |
| JO: | Yeah just ask for (UI) specialist. |
| CW: | Hold on a second, what's the number? |
| JO: | Ah, it's 2 ah. |
| CW: | 2-7-0-8-3-6-6. |
| JO: | Right. |
| CW: | (Dialing phone). |
| JO: | People (UI). (pause) Little bit of rain man. (UI) couple smack down (UI). |
| CW: | It looks like there's gonna be a bad rain. |
| JO: | Nah, it's just the one big cloud that's all. (laughs) |
| CW: | Since we're heading to, the, the do you wanna try and get a hold of Dominic? |
| JO: | No. |

23

CW:     Grab him for lunch.  This guy just.  Is there another
        way to get a hold...

JO:     Yeah.

CW:     ...of this fuckin' guy?

JO:     Listen, I found out.  I know who his daughter hangs out
        with.

CW:     Who?

JO:     Huh?

CW:     Where?

JO:     Well she's, like a teenager, she hangs out with a bunch
        of kids and ah.  Over in Coral Springs there, like she
        still hangs out and she says that ah you know.  The
        guy's like (UI) I can't tell you where I moved.  She
        still comes there everyday to hang out with her
        friends, you know what I mean?  So it's just gonna be
        very easy.  It's just that I'll have an answer by
        Monday.

CW:     Where, where he is exactly?

JO:     Yeah.  I'll have, I'll have everything Monday.

CW:     Alright.

JO:     (UI) a little bit (UI) so I told one, you know, one of
        the (UI) give him a ride home.  To tell her, ask Ron
        (UI) pick 'em up you know.  To take 'em to the movies.

CW:     Is that what you're gonna do?

JO:     Yeah.

CW:     Okay.

JO:     (UI)?

CW:     Yeah.

JO:     (UI).  It's very easy to do it man.

CW:     What's your weapon of choice?

24

245A-MM-91505

JO:     My weapon of choice.  No weapon of choice.

        (Background car noises)

CW:     (UI).  What a dick.

JO:     Yeah.  Listen, they (UI) guys (UI).

CW:     No kidding.  Well you got him and I got Morris so.
        We're even.

JO:     Yep.

        (Background car noises)

JO:     (UI) past through...

CW:     Yeah.

JO:     ...(UI) fuckin' (UI) bang, bang, bang.  (making
        pounding noise)  (UI).

CW:     You want me to call Dominic?

JO:     Ah, ah, I spoke to Dominic. He said (UI) the money, I
        don't know if you wanna.  Well he says he's gotta pay
        whatchamacallit just (UI).

CW:     I gotta.  I gotta...

JO:     (UI) Dominic.

CW:     ...a couple hundred bucks.

JO:     Well don't leave yourself short.  It's the weekend you
        know.

        (Background car noises heard)

JO:     I would just, you know, it's up to you.

CW:     Well how much money is he looking for?

JO:     A couple of hundred he says.

CW:     *So give him a couple hundred.*

JO:     Okay.

                            25

245A-MM~91505

CW:     I gotta pay him eventually I mean shit.

JO:     Yeah, I know but you know.

CW:     He did me a favor.

JO:     Espec-, especially if you wanna get into (UI).

CW:     Yeah.

JO:     (UI).  Especially if you wanna get into
        whatchamacallit.  (UI) call me (UI).

CW:     (UI) the only thing (UI)?  Are you sure?

JO:     Did I say yes, did I say no?

CW:     (UI).

JO:     I'll take a walk (UI) think I'm a fat guy.

CW:     Sure.  (UI).

        (Background noises)

JO:     (UI) your business.  Well that's what I'm a little
        happy about because in the, over in the house.

        (Car turned off and doors open and shut)

CW:     Ah yeah.

        (All exit vehicle)

JO:     Yeah. (laughs)

        (Car doors shut)

CW:     So are you gonna make any money on it?  (UI) (laughs)

JO:     (UI).

CW:     Or did you arrange (UI)?

JO:     No, I didn't well.  (UI) you know but still you know,
        I'm walking (UI) way or something, six hundred
        thousand?

        (Footsteps heard)

26

245A-MM-91505

CW:     Hum.

JO:     That's sixty-seven thousand more than that.  And then I
        get a note from the IRS that (UI).

CW:     (UI).

JO:     Saying oh.  Go for another (UI) President Bush is
        giving back all that money.  Well you ain't gettin'
        any.

CW:     You gotta be (UI) and here's the reason why.  (UI).

JO:     No because yeah, they said cause I didn't work before.

CW:     (UI).

JO:     I didn't pay anything.  I didn't pay anything but I
        gotta call (UI).  As I say (UI).  Right?

CW:     Yeah. (laughs)

JO:     (UI) (Footsteps heard)  (UI)

CW:     Everybody's working (UI).

JO:     Ah, come on man, get some help.

CW:     Al!

JO:     He's fallen and he can't get up.

        (Tape malfunctions to the end)

        (END OF TAPE)

| | |
|---|---|
| FILE NUMBER: | 245D-MM-91505 |
| DATE OF RECORDING: | JULY 24, 2001 |
| TIME OF RECORDING: | 10:54:03 |
| CD NUMBER: | 7 |
| SESSION: | 2 |
| TYPE OF TAPE: | BODY RECORDER |
| CASE AGENT/SQUAD: | SA PATRICK G. BRODSKY/OC-1 |
| TRANSCRIBED/TYPED BY: | PATRICIA VAN BRUSSELEN/HRA |
| DATE TYPED: | AUGUST 21, 2001 |
| PARTICIPANTS: | CW - COOPERATIVE WITNESS<br>JO - JOHN O'SULLIVAN |
| ABBREVIATIONS: | (UI) - UNINTELLIGIBLE<br>(PH) - PHONETIC<br>(IA) - INAUDIBLE<br>(SC) - SIMULTANEOUS CONVERSATION |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

233PVB03.TRN

                (Sounds of rhythmic movements/walking)

                (Background noises)

                (Sounds of traffic in the background)

CW:      (Faint) Hey... what's happening?  I was in a...
           parking lot.  Oh.  (UI) now, good-bye.

                (Sounds of movement)

CW:      (UI) now... (UI).

                (Rhythmic sounds of movement/walking)

CW:      Hey... JOHNNY O...

                (Closing sound)

JO:      What's going on?

                (Closing of car door)

JO:      You got a lotta (UI) workin' and everything, huh?

CW:      Nah... just a little shit.  No, actually I'm using,
           these are my uh file folders here for the next day.

JO:      Why didn't you tell me that?  I'd uh brought you a
           couple.

CW:      Nah, that's alright.

JO:      You got a nice fuckin' (UI) down here in the yellow,
           boy.

CW:      (SC)  Oh...

JO:      Look at that, water's rough today again.

CW:      Slow down already, would ya?

JO:      I wanna get up there so I can see, not that one, she's
           a (UI).

CW:      (SC)  Thank goodness.

JO:      The yellow one.  Check that out, boy.  Uh, (UI).

2

245D-MM-91505

CW:     (SC)  What?

JO:     That's my face.  I'm not used to having, she's like...
        (UI).  Uh-uh, I want-uh... can't reach it.

CW:     Looks like my wife.  See.

JO:     (SC)  Yeah, with different color hair.

CW:     Yeah, the same butt, everything.

JO:     Well yeah.  Is that what HEIDI's butt looks like?

        (Laughter)

CW:     Yeah...  Only with a few uh... pock marks in it.

JO:     But she wouldn't wear, she wouldn't wear a thong,
        though, no?

CW:     Uhh... no, no.  (Laughs)  I don't think so.

JO:     (SC)  (UI), put your seat belt on (UI) get a ticket.

CW:     Oh yeah...

JO:     (SC)  (UI) down there...  (UI).

CW:     (UI).

        (Sound of activity)

JO:     Fix that.  Let me come out here and (UI).  Uh, what's
        the game plan, STAN?

CW:     Nothing.

JO:     (SC)  Right.  The load went out, good.

CW:     Load went out.

JO:     Well... (UI).

CW:     Two days' transit.

JO:     Two days' transit... to Canada.

CW:     Yeah.

3

JO:    I see a belly on that lady...

CW:    Ahm... I told you MORRIS is in a meeting till around noon.

JO:    Uh hm.

CW:    I just got a phone call.  What a weird phone call.

JO:    From who?  The attorney guy?

CW:    From... MOYERHAUSER (PH).  No, not from that attorney. Who is that fuckin' guy?  Do you know who that is?

JO:    (SC)  (UI)...  I never heard of the mother fucker.

CW:    He's a friend of DAVID COLLINS.

JO:    I have no idea.

CW:    Jesus Christ.  How well does JOHN know DAVID?

JO:    I have no idea.

CW:    Yeah?

JO:    No idea.

CW:    The fucking guy is weird.

JO:    Where we going now?

CW:    Nowhere.

JO:    Why don't we make a right here uhm... get a cold soda, 'cuz I had like two cups of coffee this morning...

CW:    Did ya?

JO:    I pissed my brains out.

CW:    I had two beers yesterday.

JO:    Two beers?  Two more than what I had.  I had no beers yesterday.

CW:    (SC)  Yeah?  You're CLEAN JOHNNY.

JO:    Just gotta fucking cut down, you know?  I'm drinking a

4

lot, man.  Cut down.

CW:     Yeah, you are, you fuckin' lush.

JO:     Uh yeah (laughs), yeah, you fuckin' luh-...  This guy
        had thought he had fucking six beers and it was like...
        13 or 14 beers he had.

CW:     (Laughs)

JO:     Come on, stupid.

CW:     Yeah, and you know what?  You know I wasn't
        bullshittin' ya.  I just got so fucking drunk that I
        couldn't tell...

JO:     (SC)  Yeah, you (UI - static).

CW:     ... until HEIDI told you, I didn't know.

JO:     (SC)  Oh...  What do you want?

CW:     Huh?

JO:     What do you want?

CW:     I don't, I don't want shit.

JO:     You don't want something?

        (Vehicle warning chimes - door is opened)

CW:     (SC)  I'm here for the ride.  What do you want?

JO:     I'm drinking soda.

CW:     (UI).

        (Door is closed)

        (Sounds of movement - vehicle warning chime)

CW:     Hey... why don't we go to the Cove?  Let's sit in
        there.  At least there's scenery.  You wanna hand out
        at 7-ELEVEN?

        (Door is closed)

CW:     Fat bastard.

5

245D-MM-91505

JO:     I figured gettin' a soda, hangin' out by the beach
        watching, sit down on the beach and watch the girls go
        by.

CW:     (SC)  Oh.  Uh, there's probably more chicks in the
        Cove.  I don't know.  I don't care.  Whatever you wanna
        do.

JO:     Well, I'm in the car now.  We'll go to the Cove.

        (Door is closed)

JO:     (Belches)

CW:     I'm having a beer, with or without you.

JO:     (Sings)  With or without you...

CW:     Yeah, (UI).

JO:     (SC)  Huh.  Eleven o'clock... go sit (UI).  Got time
        for a beer now, right?  And I'm gonna get, I might have
        a fucking...  (UI), I can't have a beer.

CW:     Yes you can...

JO:     (SC)  I say yeah, I'm gonna have a beer and I'm like...
        I can't have a beer.

CW:     What is, is this EVIL JOHNNY and NICE JOHNNY?

JO:     No, I just gotta cut out the fucking drinking all day.
        I got the uh, games tonight, you know...

CW:     (SC)  Oh.

JO:     ... got (UI).

CW:     (SC)  Well then forget it.

JO:     Fucking... some of those (UI) more.  Uh, yeah I can go
        have (UI).

CW:     It's not quite eleven.

JO:     I know, it's ten till...

CW:     (SC)  Uh.

6

245D-MM-91505

JO:        ... five till, whatever.

           (Driving sounds)

CW:        Oh, well.

JO:        Goin' to (UI - static)... goin' home.

CW:        (UI).

JO:        (SC)  Go home...  Wha'd'ya hear from J.C., anything?

CW:        He's a putz.

JO:        Putz, ding bat.

CW:        This deal's gonna be worked out, it's gonna stay with
           ALBERT.

JO:        Then let's go...

CW:        (SC)  Uh hm.

JO:        ... who gives a fuck?

CW:        ALBERT M wants...

JO:        ALBERT M or...?

CW:        Yeah.

JO:        Well...

CW:        It's uh, it's ALBERT's deal.

JO:        Yeah, but oh yeah.

CW:        (SC)  But MORRIS is the one that's gonna... get the key
           and light it up.

JO:        (SC)  Consummate it, huh?

CW:        Yeah.  I mean, this is fucking crazy... just
           ridiculous.  ALBERT...

JO:        (SC)  Are we still gonna get his fucking thousand
           dollars or whatever?

CW:        Yeah.

7

245D-MM-91505

JO:    ALBERT?

CW:    No.  Between six hundred, eight hundred bucks...
        whatever, well how, whatever the size of the load is.

JO:    Right.

CW:    You know, one thing you gotta understand with these
        guys... nothing is ever etched in stone...

JO:    No.

CW:    You know?  Uh... there's some flexibility there.  Not a
        lot, but some.  Do I smell like beer today?

JO:    No, you don't.

CW:    Well that's good.

JO:    You ain't fuck, (UI) the other day.

CW:    I was not...  What (UI)...

JO:    Get in my 'cuz... think the, the liquor off of ya, boy.

CW:    You smelled like cocaine.

JO:    (Whistles)  Did ya?

CW:    You did.

JO:    You smelled like cocaine?

CW:    You did.

JO:    I smelled like cocaine?

CW:    Yeah, you smelled like uh... diesel fuel.

JO:    Diesel fuel, that's about it.

CW:    Cutting agent.  Hey, uh... speaking uh...

JO:    (SC)  Where you gonna go?  Over there, over here,
        or...?

CW:    Speaking of cocaine, guess who's back in town?

JO:    (Sings)  Guess who's back in town?  The boys are back

8

245D-MM-91505

in town...

CW:    He wanted to go to lunch.

JO:    Today?

CW:    Yeah.

JO:    Ooh, you... ah.

CW:    Should I call him?

JO:    Uh, yeah, if you wanna... you little fuck.

CW:    Let's see where's at.

       (UI - whispered)

       (Sound of movement/activity)

JO:    (UI)...

       (Melodic touch tones of cell phone)

CW:    Oh, I was seeing... I got a call from an attorney that
       represents WIERHOUSER (PH)...

JO:    Who's that?

CW:    Big, big company.  Uh.

JO:    Okay.

CW:    Listen to this shit... ah.  (Talks on the phone)  Hey,
       skinny.  Hey.  You there?  Hey... we're at, we're at
       the Cove.  Uhh... I don't know if we're gonna eat
       anything, we'll probably just drink.  (Laughs)  Well,
       between us, we got like forty bucks.  JOHNNY doesn't
       know that, and I was gonna tell him I had ten, so I
       just slipped.  (Chuckles)  No, I got, no.  We weren't
       planning on going out.  I was sendin' out mail this
       morning.  We, we weren't planning on going anywhere,
       we're just gonna grab a couple beers here at the Cove.

JO:    (Yawns)

CW:    (On the phone)  Well yeah, I called to tell ya he, come
       over and see us if you want.

9

245D-MM-91505

JO:      Ask him how his Dad's doing.

CW:      I did.  I already talked to him.

JO:      (SC)  (UI) ask him (UI).

CW:      (On the phone)  JOHNNY said, w-wait... let me put you
         two guys on the phone.  Hold on.

JO:      (On the phone)  So how's your old man?

         (On the phone)  (IA response)

JO:      (On the phone)  Right.  Okay, good.  That's real good.

         (On the phone)  (IA response)

JO:      (On the phone)  That's yeah, if they wanna take it out,
         sure.

         (On the phone)  (IA response)

JO:      (On the phone)  Listen, and, and no uh, they wanna take
         it out means...get the rid of the whole fucking thing.
         You know, your prostate's, your prostate, but you're
         still alive.  Listen... when's he gonna go in for this?

         (On the phone)  (IA response)

JO:      (On the phone)  August, alright.  And remember what I
         told ya, now.

         (On the phone)  (IA response)

JO:      (On the phone)  Uh, which is yeah.  Matter of fact next
         week, Tuesday, the 1st, or Wednesday the 1st...  What's
         that...

         (On the phone)  (IA response)

JO:      (On the phone)  Alright.  Just remember, man, I got my
         cousins that work up there.  So... we're gonna hook,
         we're gonna hook 'em up.

         (On the phone)  (IA response)

JO:      (On the phone)  Oh, it's best.  It's the best in the
         country, man.  Best in the country.  Alright.  Let me

10

put you back onto him, uhh, we're, we're over here, so...

CW:     (On the phone)  RICHIE.  Hey... Alright.  Well where you, where you at working?  Are you up north?  Are ya? Oh...

        (On the phone)  (IA response)

CW:     (On the phone)  Okay.  Okay.  Yeah.  No problem at all. Bye.

        (End of cell phone call)

        (Beeps and sounds of movement)

CW:     Fuck is that?  See, peo-, fuckin' people keep leaving me voice mail...

        (Touch tone sounds - cell phone)

CW:     I don't know to answer it...

        (Touch tones)

CW:     I got ten message again.  I thought my, 'cuz, (sounds of movement) 'cuz hey, you didn't leave me a voice mail... earlier?

JO:     No, I just called and I got (UI - static) and I hung up.

CW:     Oh.  (Closing sound)

        [NOTE:  Upon JO and CW's departure from the vehicle, the conversation is not as clear and at times becomes inaudible]

        (Sounds of movement)

JO:     (UI).

        (Rhythmic sounds of movement - walking)

CW:     Who me?  'Cuz I'm (UI)...

JO:     (SC)  (UI).

CW:     ... (UI) drive by... poof-poof.

11

| JO: | Why, you think (UI)? |
|---|---|
| | (Sounds of traffic in the background) |
| JO: | Go right here? |
| CW: | Uh hm. |
| JO: | (UI). |
| CW: | It is? |
| JO: | Yeah.  No, not here... but up in New York.  I want to bring it down here, man. |
| CW: | (UI). |
| JO: | (UI)...  Uhm...  (UI)... |
| | (UI conversation) |
| | Yeah uhh (UI). |
| | (Rhythmic sounds of walking) |
| | No it's just, no, no... no (UI).  No good, no (short laugh). |
| | (Rhythmic sounds of walking) |
| | (UI conversation) |
| JO: | (UI)... is that just to keep the (UI), the place cool? |
| CW: | (UI). |
| JO: | (UI)...  Huh? |
| CW: | (On the phone)  Yes, I guess she wasn't picking up. That's okay, thanks.  Bye. |
| | (Phone is clipped closed) |
| JO: | No? |
| CW: | I don't know if the... |
| JO: | (UI) or what? |

12

CW:        It's gotta be...

           (Rhythmic sounds of movement)

CW:        That's weird.

JO:        But I don't know (UI) though...  (UI), it goes all the
           way around.

CW:        Not in the center, it isn't though.

JO:        (UI)...

CW:        Oh, just on the awning?

JO:        Yeah.

CW:        (UI) like a (UI)...

           (Background sounds - faint sounds of music)

CW:        Yeah, this is like a... (UI) there.

JO:        (UI) in the morning, man.  (UI)...

CW:        See, what else do you need to do today?

JO:        Absolutely nothing.  I gotta down to uh, (UI)... talk
           to the guy (UI)...

           (UI conversation)

           (Rhythmic sounds of walking, background sounds)

CW:        Holy cow.  What's the matter with (UI)?

JO:        Don't forget...

           (Music)

           (UI).

CW:        Hi.  Are you open?

           Yeah, (UI).

           (UI conversation)

           (Rhythmic sounds of walking and background sounds)

13

(UI conversation)

(Sitting down)

JO:    You got pitchers of beer?

(Muffled static)

(IA)...

JO:    Get outta here!

CW:    Just bottled, no draft?

No draft.

JO:    Alright, I'm leaving (short laugh).

What do you want?  (UI)?

JO:    Uh, not right now. We're waitin' on uhh... somebody to come down. We don't know what time he's going, so.

(SC)  Okay.

JO:    Uh... (UI)...?

(SC)  No.

JO:    You don't?

(UI).

JO:    I know that.  I don't know what I want, though.

We've got Michelob... (UI), Budweiser... uh...

JO:    Give me a Bud Light.

Bud Light?

JO:    (UI).

Bud Light?

JO:    (SC)  (UI).

CW:    Hey... you think you can uhh, (UI) cigarette for me?
Hah!

14

245D-MM-91505

|       |                                                    |
|-------|----------------------------------------------------|
|       | (SC)  No, they sell them in there.                 |
| CW:   | Pardon?                                             |
| JO:   | They sell them in there.                           |
|       | (SC)  (UI).                                         |
| CW:   | Yeah, I need to buy a (UI) pack and I just (UI).    |
| JO:   | Why you gotta smoke?                                |
| CW:   | Because I feel like having one.  Uh...              |
| JO:   | (SC)  Yeah.                                         |
| CW:   | Can I get a pack of Marlboro Light?                 |
|       | (UI).                                               |
| JO:   | (UI).                                               |
| CW:   | I'm very sensitive to (UI).  Jesus.                 |
|       | (Background music and background sounds)            |
| CW:   | How come you gotta rip on me and my cigarettes?     |
| JO:   | (UI) stop it, it's not healthy.                     |
| CW:   | I barely smoke.                                     |
| JO:   | (SC)  I'm trying to get you to stop it.             |
| CW:   | Huh?                                                |
| JO:   | (UI).                                               |
| CW:   | (UI).  You gotta buy her some, first...             |
| JO:   | Who?                                                |
| CW:   | ... when I get paid.                                |
| JO:   | Who?  (UI).                                          |
| CW:   | (UI).                                               |
| JO:   | (SC)  Good for you, man.                            |

15

CW:     (UI)... thirty-eight hundred.

JO:     (UI)... you get uh... Now this is uhm... company up
        in, in uh Canada... the load was shipped yesterday...
        Tuesday, Monday, or today, Tuesday... so Wednesday,
        Thursday they'll get it, then they gotta (UI).  (UI)...

CW:     (SC)  Yeah.  (UI).

JO:     Right.

CW:     For sure.  (UI) can still (UI).

JO:     You're not that bad.  But that's, with that load
        there... you'll be looking at...

CW:     About six grand minimum.

JO:     Six minimum.

CW:     Yeah.  You know (UI)...

JO:     Right.  No, that's what I'm saying... with the checks
        they'll send us... be like 12 grand...

CW:     It should be around (UI).

JO:     (SC)  This way, and then we'll, okay, good.

CW:     Yeah.  That'll be enough for JOHN...

JO:     For all three of us, man.

CW:     (UI)...

JO:     Hey.  Well I'm glad this...

CW:     I don't need a lot right now, 'cuz I don't (UI) shit
        (UI)...

JO:     Right.

CW:     You know?  (UI).

JO:     Well yeah.  (UI).  Alright, well that's just, that's
        good to know.  You know.  Like I said... (UI) here's
        fuckin' you know... if I get three grand I'll say here,
        here's two grand, I took a grand for myself.  You know?

16

CW:     Do whatever you wanna do.

JO:     'Cuz, you know, 'cuz uh... (UI) cuttin' us...

CW:     (SC) We'll just... I just, the only thing we could, we may wanna make sure of is uh... you know, we got two thousand bucks in (UI)...

JO:     (SC) Well that's fine.

CW:     ... just to make it (UI) load.

JO:     (SC) That's why I said I'll keep a thousand out... with a thousand on the side... and if you want to keep a thousand on the side, (UI) for that...

CW:     I'm gonna give ya everything I really don't need, 'cuz I don't like (UI) thousand.

JO:     (SC) Yeah, yeah, (UI)...

CW:     (SC) (UI) warehouse.

JO:     (SC) Not at all. Fuckin' safer.

CW:     Oh, yeah.

JO:     And then uhh...

CW:     Oh yeah, REGGIE's much safer than a fuckin' (UI).

JO:     (SC) REGGIE don't know what, REGGIE don't know where I...

CW:     (Laughs)

JO:     She don't know where I keep the money. She don't even know where my guns are.

CW:     You know I'm funning with ya.

JO:     And then uh... what's up with fucking uh... MORRIS is that we get that fucking load out tomorrow, (UI)... that's...

CW:     If I don't hook up with him, I'm gonna tell him flat out, this is the end of our, I talked to MIKE at Healthcom yesterday.

17

245D-MM-91505

JO:     (UI) say?

CW:     I smoothed things over.

JO:     What'd he say?

CW:     I told him (laughs), I left him a voice mail... I said
        yo! you piece of fuckin' shit! You don't have the
        fuckin' balls to call me back, you scum bag, back-
        stabbin' mother fucker! Fuck you! And he called me up
        two minutes later, all I could hear is (laughs)...

JO:     Laughing?

CW:     Laughing his ass off (laughs).

JO:     Oh, he's in a good mood, then?

CW:     Oh, yeah.

JO:     Alright.

CW:     He goes, fuck you too!

JO:     Was he uhh... what, what's up with that?

CW:     I told him, I said, he listen, man. I said don't take
        offense to a warning, I'm just... throwing caution to
        the wind... to the wind.

        (Music)

CW:     You know? I-I've never warned you. I said first, we
        had a working relationship for three years.

JO:     Right.

CW:     (UI). (UI) told you and said... ain't nothing etched
        in stone. If you guys wanna come back in and handle it
        through another company, handle it through another
        group. I don't give a shit.

JO:     Instead of (UI).

CW:     Pardon?

JO:     They're losing (UI).

CW:     It's not losing any more. The market's rebounding.

18

JO:    (UI).

CW:    Rebounding hot and heavy, too.  I didn't know, 'cuz
       I've been out of the loop.

JO:    Right.

CW:    But on the 12th of uh July, they announced a price
       increase of 20 percent... overnight.  In August they're
       expecting another t-, 20 percent.

JO:    (SC)  Well what, w-could uh go through?

CW:    SIMCO (PH).

JO:    No.

CW:    Yeah.

JO:    Isn't SIMCO friends with... uh SOUTHEASTERN?

CW:    They're... predominantly they're friends with JUAN
       CARLOS...

JO:    Right.

CW:    ... not SOUTHEASTERN as a whole.

JO:    So we can in there uh, under me, say...

CW:    (SC)  Uh hm.

JO:    ... (UI).

CW:    Uh hm.

JO:    ... (UI), yeah I shoulda (UI).  Do they know you?

CW:    Uhh... yeah.  BRENT knows me.  COOPER knows me real
       well.

JO:    Does he?

CW:    (UI).

JO:    Right.  It'll be good to (UI), you know... don't need
       to uh...

       (Music and background sounds)

19

245D-MM-91505

JO:      Yeah?

CW:      Well...

JO:      Wow, we'll take that (UI).

CW:      (UI) tell you, man... when things are going... for a
         year-and-a-half we'll make good, good money.  It w-, it
         was nettin' my company profit with twenty-five grand a
         month.  That's after expenses.

JO:      Yeah.

CW:      Now they're slow.  But...

JO:      (SC)  Okay?

CW:      No, they're, no, no, no.  They're slow on...

FEMALE:  Hi, how are ya?

CW:      Hi, good and you?

JO:      (SC)  (UI).

CW:      There's...

FEMALE:  What?

CW:      (UI).

JO:      (UI).

CW:      Okay.  We were just trying to talk over you, weren't
         we?

FEMALE:  (UI).

JO:      Sorry.

         (Background sounds and music)

FEMALE:  (UI).

         (Background/thumping sound)

CW:      What is the water on the ceiling?  Is that a cooling?

FEMALE:  (UI).

20

245D-MM-91505

CW:        Yeah?

FEMALE:    (UI).

CW:        Oh.  I guess...

FEMALE:    (SC) (UI)...

CW:        I thought there was a big giant leak.

FEMALE:    No.

CW:        See, we're plumbers.  So we were gonna hop up and fix
           it... after a couple beers.

FEMALE:    (Laughs)

JO:        (Laughs)

CW:        Huh.

FEMALE:    He might be thankful for that, uh...

CW:        We didn't notice the sprinkler heads.

FEMALE:    (SC) (UI)...

JO:        Keep you cool inside.

FEMALE:    That's right.  (UI)...

CW:        Yeah.

           (UI).

JO:        Uh!

FEMALE:    (UI).

           (SC)  How ya doing?

           (Something placed on the table)

FEMALE:    Wow, it's windy today, isn't it?

JO:        Beautiful.

FEMALE:    But it was hotter than yesterday...

21

245D-MM-91505

| | |
|---|---|
| JO: | Oh l-, better than the last four days. |
| FEMALE: | Yeah... |
| JO: | (UI). |
| | (Tapping sound) |
| FEMALE: | Okay. (UI). |
| JO: | We'll be here for a while. |
| FEMALE: | Alright. |
| JO: | Yeah, thank you. You know we're... |
| FEMALE: | (UI) |
| JO: | We're expecting somebody else (UI)... |
| FEMALE: | Okay. |
| JO: | Figured we'd get a head start with the beers. |
| FEMALE: | Okay. |
| CW: | Hey now... if you don't wanna drink a beer just... |
| JO: | (SC) No, no, I'm out in the shade... |
| CW: | ... stop, (UI) just... |
| | (Popping sound) |
| CW: | Don't, don't do that. You... |
| | (Laughter) |
| CW: | You're crazy. |
| JO: | I'll have a couple (UI). |
| CW: | Let me have a couple, okay? You deserve it, (UI). Just don't get... tell REGGIE not to worry... (UI) with me. |
| JO: | (UI)... |
| CW: | Hey, (UI) worse that can happen (UI)? |

22

245D-MM-91505

JO:     What?

CW:     Yeah.

JO:     (UI).

        (Striking sound)

CW:     That's the worse that can happen.

JO:     Yeah, (UI).

CW:     That ain't too bad.   REGGIE's got her health, right?

JO:     Some times... (UI).

CW:     (Laughs).

JO:     (UI)...

CW:     (SC)   I'll bet after today we won't.

JO:     ... we were sittin' on... sittin' on the dock of the
        bay watchin'...

CW:     Yeah.

JO:     ... the waves go by.

CW:     That's right, we are.

JO:     Uh hm.

CW:     I think this house right here's for rent, on the
        corner.

JO:     Which one?   That little tiny one?

CW:     Yeah.

JO:     (SC)   (UI)?

CW:     That little tiny one that goes for about a half-mil
        probably.

JO:     How much they want for rent?

CW:     I don't know.

23

(Background sounds and music)

JO:  I-uh, that's... (UI), near the bridge?

CW:  No, are you kidding me?  I (UI)...

JO:  Tablecloths and everything?

CW:  I thought I saw a for rent sign (UI).

(Music)

JO:  Well, I mean that's just, that's (UI) to know.  You see I've been, I've been pretty (UI) uh... (UI).

CW:  (UI)?

JO:  What do you mean?

CW:  (UI) fuck, no.

(UI conversation)

CW:  ... I, I'd to see like (UI), that's why I try...

JO:  (SC)  (UI) I can (UI).

CW:  I want you to forget about it.  I was just going through (UI).

JO:  (UI).  But yeah after we get all these... one load is gonna happen.  The other one is, when are we expecting that to go out?

CW:  That should go out (UI), it should go out (UI).

JO:  (UI).  Alright, and then if we get more, so let (UI) get out, start gettin'...

CW:  Everything's coming... I said to JOHN, (UI)...

JO:  (SC)  (UI).

CW:  He called me up yesterday, asked me if I got my (UI) at his house... And uh... we just got to talking, he's gonna... he needs some documentation to get (UI).

JO:  Right.

24

245D-MM-91505

CW:   He said oh, he, he was hurtin' (UI) never... got any
      kids working in the scrap company (UI)... So he was
      gonna (UI)...

      (Background sounds)

JO:   It's good that he gave it away for free.

CW:   Hm.  (UI) bullshit.

JO:   Yeah.

CW:   He says he doesn't have any paperwork to show that he
      gave it to a recycling company.

JO:   (UI), yeah.  Have to pay, ask for somebody else to pay
      for it...

CW:   (SC)  Yeah.

JO:   (UI).

CW:   Yeah.  Right.

JO:   (SC)  Well is, is he coming down?

CW:   He may.  (UI)... he uh...

JO:   He said (UI)?  Hm.

CW:   He said MARK (UI) got uhm, a family reunion... (UI).

JO:   Huh.

CW:   That may be why you... haven't heard a whole lot from
      him, possibly.  You know?

JO:   (SC)  Yeah.

CW:   That's me talking, I'm assuming that's why.

JO:   (SC)  Yeah.

CW:   But JOHN said he had a family reunion.

      (Background sounds and traffic)

JO:   Yeah, but I talked to ROBERT Friday... or Thursday,
      that's right, Thursday.

25

245D-MM-91505

CW:    Well I don't know if he meant last week or this week.

JO:    Well I (UI)...

CW:    (SC)  I had no...

JO:    I didn't know MARK was, you know... he was gonna take care of his truck and then we'll get the shit out.

CW:    Alright.

JO:    I also... spoke with BRAD... about the warehouse.

       (Sounds of striking noises)

CW:    (SC)  (UI)... yeah.  Uh, let me tell you what happened (UI).

JO:    (UI).

CW:    (UI) used market 'cuz he don't wanna do 'em.

JO:    Okay.

CW:    I got a lotta strong ties to... a lotta guys (UI)...

JO:    Right.

CW:    ... and they just go to bat a little (UI).

       (Background music, background sounds and traffic)

CW:    I'm really thinking about... (UI)... open up that warehouse.

JO:    (SC)  Right.

CW:    It's got 4,000 square feet...

JO:    Right.

CW:    ... that's (UI).  Right now I'm...

JO:    Uh huh.

CW:    ... dying for something.  I just got loading (UI)... (UI) got a forklift, (UI) got like a crane and...

JO:    (UI) man.

26

245D-MM-91505

CW:    ... (UI).

JO:    Right.

CW:    You know, we got (UI)-ton cranes which we can't use...

JO:    Right.

CW:    ... there.  Uhm... frankly I just wanna try to get back to the relationship I had.

JO:    That's right, man.  (UI) up the (UI) that shit, (UI) like that... trucking around the town...

       (Music)

JO:    (UI), hi you know, how's it going?  (UI) whatever (UI – background noise).  Yeah... (UI)...

CW:    Good business right now (UI)...

JO:    It's not gonna be a permanent thing, is it?

CW:    (UI)... and I wouldn't (UI)...

JO:    (UI).

CW:    That's not going to be (UI).  He'll probably, there's the lawyer to DAVE at the warehouse... I told you that... (UI)...  HEIDI's (UI)... and uh, HEIDI (UI)...

JO:    Buying him out?

CW:    We're trying, but the way this, (UI), the building was left to HEIDI's mom... and HEIDI's uh...

JO:    Right.

CW:    ... sister.  And (UI) with your husband... HEIDI's Uncle TOM...

JO:    Right.

CW:    ... father... they had a falling out years ago... with the company... that they, they were operating (UI)...

JO:    Right.

CW:    ... but this way... since TOM's company... just really

27

245D-MM-91505

is out of (UI)...

JO:     Right.

CW:     But FRED's out (UI) half his space to cut down on what
        he was spending in the old warehouse... he moves back
        in there.

JO:     TOM wants to sell him (UI)?

CW:     TOM wants to sell (UI), FRED has his operation...

JO:     Right.

CW:     ... but theoretically if TOM or FRED gets, come up with
        some type of agreement for me...

JO:     Right.

CW:     ... (UI) the building... that'll offset some of the,
        the losses (UI). There aren't any parking spaces the
        way it's divided up...

        (Background sounds and conversations)

CW:     It's such a mess, that (UI), you know, (UI)... It's
        bad, but... (UI)... all strapped up (UI)... for now,
        and uh (UI)... We have a good relationship.

        (UI conversation)

JO:     ... mostly chicken fuckin' most every week, you can
        afford that. That's nothing.

CW:     With ALBERT's stuff right now, alone, like I'd be
        pissing away (UI).

JO:     But what uh, what uhh... what w-w-would, how would that
        work now with... (UI) DAVID... (UI).

CW:     (UI).

JO:     He's gonna set it up so high... (UI). (UI)...

CW:     (UI).

JO:     Right.

CW:     Yeah, both (UI).

28

JO:     Alright, alright. Okay. I just thought we were trying
        to get away from that, you know?

        (Background sounds and conversation)

JO:     Alright.  (UI)... right now (UI)...

CW:     (UI).

JO:     (UI)... Oh, well... (UI) down there.  Down to the wire
        for that... (UI).  I was gonna go by last night, but I
        was so fuckin' (UI)...

CW:     Yeah.  I gotta get some fuckin' T-shirts.  I got yellow
        arm pits now and everything.

JO:     Yeah?

CW:     Startin' to look like street trash.

JO:     (UI).  Look at that.

CW:     (UI).

        (Background sounds and music)

JO:     (UI)...

CW:     And then he comes back and got on the side, it's like
        (UI) to do with JOHN...

JO:     Yeah, JOHN uh, well... I had to (UI)... you know... and
        the way he was talking, you know... (UI).

CW:     (UI).

JO:     You know... (UI)...

CW:     Did you discuss it?

JO:     (UI), I said you know uh... I said, you know listen, if
        I go into this (UI)... here's two grand.  What's he
        gonna say?  Where's (UI)?  (UI).

CW:     He was gettin' two grand a week (UI).

JO:     (SC)  (UI) listen, (UI)...

CW:     (SC)  But this isn't the same (UI)... we're not gettin'

29

uh near the volume with this.

JO:     We're startin' (UI).

CW:     (SC)  But now that happened overnight, too.

JO:     Right.  We're, we're startin' slow... but this, I told
        you what I s-, I would tell him.  But uh I just left,
        but see, I didn't uh... offer any information (UI)...
        I said things are going, I said we're (UI)... know
        that, this and that.  (UI) six grand, and you know...
        (UI)...

CW:     'Cuz you're in the middle, I'm not having a
        conversation with him.

JO:     Right.  Well, I'm keeping my conversations to a minimum
        (UI)...

CW:     I know, I know, I know that.  I know that, but (UI), it
        keeps me kinda (UI) to the point where I have to
        (UI)... (UI).  And I let him know.

JO:     (SC)  (UI).  I like questions.

CW:     I wanna know what he expects...

        (Background conversations)

JO:     (UI) relationship (UI... with JOHN.  We're friends.
        I've only known JOHN for... well, four years.  I know,
        I met him on the football field... coaching (UI).

CW:     (UI)...

JO:     (UI)... mob or something like that?  (UI).  Nah, you
        know what?  (UI) fucking, going on, you know... go see
        this guy here.  I never did like collecting (UI)... I
        never went (UI), where's the money?

CW:     Well no, (UI)...

JO:     Go his, pick up, and go pick up the check.  This guy
        owes fucking (UI), boom boom.  I go pick up the check.

CW:     No, but see...

JO:     That, forget about what DAVID's saying.

30

245D-MM-91505

CW:   I know that.  But I'm...

JO:   (SC)  (UI).

CW:   I'm asking, (UI) finally got a partner and I wanna make
      sure your relationship.  But that's fine, if there's
      any partnership that you have... falls back on me now.
      And vice versa.  When I have a (UI), my problems with
      the bank are partially yours.

JO:   Right.

CW:   And when we get a nice fat check, that check is yours
      too... good and bad, so...  So I ask...  But DAVID made
      it sound like... hm, we're a team from was, when you
      were doing work for DAVID.

JO:   Which totally fucked (UI).  And he just say oh yeah...
      (UI).

CW:   When did that happen?  Stupid, huh?

JO:   (SC)  (UI).  No that happened to me... you know, he
      would tell me (UI) last week and I was like happy yeah,
      boom boom, that's all, I thought that was a lotta money
      'cuz... and he told me (UI) last week (UI) six.  He
      gave me six... that's not what (UI)... I told him.

CW:   Yeah.

JO:   Said I can't (UI) that, no.  This is business, you see
      what's happening, and I can't afford to come by every
      day.  Alright.  What do you want me to do?  He says,
      well (UI) go down to the warehouse and (UI), clear it
      out, keep an eye on things there, and you know... go
      pick up stuff here, you know... farmers, you know,
      equipment and stuff like that... go with me here...
      (UI).  (UI)... you know.  It's not a big (UI).

CW:   Right.

JO:   Well they uh...

      (Background sounds and conversation)

JO:   ... he said I wanna put me in charge of security for
      the trucking company... (pounding sound)... 'cuz they
      were gonna start it over.  They wanna get rid of all
      the guys that are stealing... and this and that.  And

31

my thing is, (UI)... I know how catch 'em in a lie.

CW:     Of course...   DAVID was the one stealing.

JO:     No, but... the drivers were rippin' him also (UI).

CW:     Yeah.  So what, now he's (UI).

JO:     (SC)  But oh yeah, but that's... the thing he wanted me
        to, and I said yeah, I can stop them from stealing...
        'cuz if he's fucking got the guys stealing and it's
        worth (UI) when you get rid of 'em by the way...

CW:     Uh hm.

JO:     ... you have (UI) one of the other drivers... and then
        what I started doing was... I got the list of where all
        the drivers were picking up their loads and stuff...
        and I go over there.  And I go down to Miami Airport...
        say yeah, home... oh, what's up?  You have uhm...
        whatever company... yeah, you know, boom.  Yeah.  I'm
        here, I'm, I'm in charge of security.  I just got all
        the drivers and I said... I check 'em.  You check the
        doors, then you check the load and check the
        manifest... that's all.  I'm here.  Now you can fuckin'
        (UI)... still not paid for it.

CW:     Hey, it's MORRIS (UI), he told me he had a... (UI)
        couple guys around (UI).

JO:     (UI)... Did I hurt him?  No.

CW:     Nothing serious, whatever he's got.

JO:     (UI) got it now, that's it.  Fucking (UI).

CW:     Well that's where it came in... 'cuz I even told DAVID,
        you know (UI).  You, you know who came around when...
        when DAVID informed me... after the fact that you and I
        had a deal that you were gonna be doing work with me...
        above the board and said it's his... cockamamie shit.
        (UI) why, why you gettin' JOHNNY involved in... just
        touchin' stolen freighters smacking people around?
        Then he said well... don't let JOHNNY uh, uh (UI).  You
        know.

JO:     Huh.

CW:     He's, he's...

JO:     I'm in on it?

CW:     He, no, no, no.  No, no, no.  He didn't say that.

JO:     Right.

CW:     He didn't say that, but he said (UI) some collections
        for MAMONE in the past... I trust him... and you can
        trust him.

JO:     Yeah, but you know what?  The fuckin' (UI), you down
        fuckin' (UI), you know...  I, I saw a couple of people
        that owe him fucking cash... (UI), you know, pick it
        up...

CW:     You got to be a shylock for a few months.

JO:     (UI).

CW:     Good deal.

JO:     I collected from like two guys... that was it.  And
        then it all fucking... (UI), you know?

CW:     That was part of this... JEFF BASS (PH) is all about?
        'Cuz if it is...

JO:     No, JEFF BASS is totally different... totally
        different.  JEFF BASS owed other people money... and
        JOHN was friends with JEFF BASS also...  They all know
        each other.  That's the thing (UI)...

CW:     (UI).

JO:     (UI).  And I was just (UI), well the thing I got
        involved was they were saying, you know... give him
        short money, he's (UI), he's good, and JOHN said yeah.
        Good fuckin' cash, you know, he made me a lotta money.
        And me, (UI), alright... here's six grand and I... I
        can fuckin' cover your money.  Six grand and then ah,
        he never (UI).  (Tapping sounds)

CW:     So you got screwed outta that money (UI).

JO:     Thinking I would... double my money.

CW:     And you got dick.

JO:     I got, yeah I did.  And I got... a thousand dollars

33

here...

CW:     Huh.  Those fucking guys are...

JO:     Well the fucking shame, and shame on me, you know?

CW:     Yeah, but (UI)...

JO:     (SC)  The same thing with you uh, with the restaurant.

CW:     Oh yeah, I got (UI), I got burned on the money.

JO:     Right, you think you're gonna make money... they make
        it sound like the thing go bah-buh-bah-buh-bah, you
        know, a couple weeks...

CW:     Yeah, but see, there's a difference.  I mean at least
        there was something of substance like (UI)...

JO:     You know what the... what this guy did, I was told that
        this guy fucking, you know, he makes a lotta money
        (UI)...

        (Background music gets louder)

JO:     I'll make (UI), I'll double your money (UI) two
        weeks... and do it, too.

CW:     Hah.

JO:     Exactly.

CW:     He did double his money.

JO:     Yeah.  Double the money, boom.  Where's mine?  (UI)...
        listen, my (UI)...

CW:     (SC)  But JOHN and DAVID... (UI).  You gotta
        understand... they, they were loansharking.

JO:     Yeah well...

CW:     And... that's not something you ever wanna be in the
        middle like (UI) that's...  My questions (striking
        sound) in the way of just make sure the... (UI) and
        move.

JO:     Right.

34

245D-MM-91505

CW:      (UI) for him to do something...

JO:      (SC) No what, (UI), when I talk, I talked to DAVID, I
         hadn't talked to him in fucking... four months and then
         all of a sudden he calls me, he is... you know, with
         the cops, and now he's uh, (UI).

CW:      Yeah.

JO:      He hasn't called me (UI)... Why? (UI) he fucking why
         he wanted (UI) my real estate fucking knowledge that
         day.

CW:      Yeah.

JO:      You know?

CW:      Nah.

JO:      And I'm glad I was just unhappy with that, you know,
         besides you know...

         (Background conversation)

         Okay, thank you.

CW:      Just keep quiet. See why, like you always say, I'm
         doing it for you, you're doing it for...

JO:      (SC) Oh yeah, for sure.

CW:      These, these guys did some (UI) for me most likely
         (UI). Then, you know, cut their selves out of (UI)...

JO:      (SC) No, I'll betcha, (UI)...

CW:      Well...

JO:      Uh ADAM, how many times did I tell you, (UI) the money,
         you got nothing to worry about... you know.

CW:      I know.

JO:      If I thought that uhh, you know, all the fucking (UI),
         you know, three thousand dollars, you know, picking 'em
         up (UI)... Did, did I know that I hadda go there and
         fucking punch this guy's nose ten times and... take the
         money out of his pocket? I would never do that.

35

245D-MM-91505

CW:     But even...

JO:     I know, (UI).

CW:     (SC)  (UI).

JO:     The reason I did, I know that (UI), I know.

CW:     (UI) reason for you to go smack somebody upside the head (UI).

JO:     (SC)  I know.  (UI)... kids, it wasn't in front of nobody, it was just a fucking closed building, (UI)...

        (Music and background sounds)

CW:     Well I care about (UI)... and I especially (UI) because (UI)...

JO:     (SC)  Oh yeah.

CW:     I just (UI)...

JO:     (SC)  (UI).

CW:     I don't care if JOHN gets his fucking ten thousand dollars (striking sound) a month cash 'cuz means we're gettin' five times that.

JO:     Right.  Right.

CW:     We pay our, pay our debt to JOHN...

JO:     ... and then we'll be like...

CW:     Hey... keep it that way.

JO:     That's fine, that's the way I wanna keep it.

        (Background sounds)

CW:     (SC)  Don't tell (UI) anybody.

JO:     (SC)  Listen, (UI)...

CW:     He hasn't mentioned anything to me (UI).

JO:     No.  I told him... (UI)...

36

CW:     (SC)  Remind him.

JO:     Uh, no he knows. He knows. And that's why... I don't
        need uh, when I see him I don't even talk about it.
        Like when I saw him down here, and so, how's ADAM
        doing?   You know, what's going on?  (Tapping sounds)
        He's just fine, I said, the money was received up at
        the place and uhh... he's gonna take a couple, you
        know, (UI) more weeks. You know? Two or three weeks,
        I told him... which you're gettin' a return on.  And
        besides, that's (UI)...  I told him about my, you know,
        my house, and fucking clo-, foreclosure.  You know...
        you know, I had to borrow money from him too.

CW:     Did he charge you interest at all or just...?

JO:     (SC)  No.  Not at all.  Straight up... (UI).
        Remember... you know, I'm (UI), I know...

CW:     (SC)  (UI).

JO:     Oh yeah, yeah, yeah, yeah.

CW:     (UI) our money.  You're closing wouldn't have happened
        (UI)...

JO:     (SC)  It's gonna happen.  I talked to guy and I talked
        to... been talkin', I, I told the guy I was (UI) end of
        the month.  He said it looks good... but you know... I
        don't have nothing (UI)...

CW:     Yeah.

JO:     You know?  I think (UI).

CW:     Yeah.  He's honest.  Don't worry... (thumping sounds)
        be happy about business, man.  Happy about FRED, too.

JO:     (SC)  That's right, man.

        (Thumping sounds)

CW:     Pschew.

JO:     That's good.  Now this other... shit, we gotta start
        using the computer, man.  (UI).

CW:     (SC)  Yeah, you know what?  If you don't mind, maybe
        tomorrow we'll run up there... get a little...

37

245D-MM-91505

JO:     (SC) (UI)... tomorrow I gotta down to... what's uh, I
        got uhh... (UI).

CW:     Yeah.  (UI).

JO:     (SC) (UI).  I just gotta take care of that in the
        morning.  And uhm... I'm done.  (UI) he says that now
        he, he was (UI)...

CW:     Told you?

JO:     I got a call.  (UI)...

        (Music)

JO:     He'll probably do it.

CW:     Oh.  That truck rarely drives around (UI)...

        (UI conversation)

CW:     Yeah.

JO:     Yeah that's (UI) money, man.

        (UI conversation - barely heard)

JO:     As long as you don't... move up to Ohio for sure and
        leave me hanging down here all by myself, man.

CW:     No.

JO:     Well... I don't...

CW:     Number one... I would never... 'cuz I'd go nuts.  I
        tried that.  When we went to... we went to North
        Carolina, we ended up (UI) for four months and... (UI),
        moved down here.  You know, (UI)... drove us nuts.

JO:     (UI)...

CW:     Yeah.  (UI)... everything, she's gonna, we're gonna
        try... (UI)...  HEIDI reinstated... she was already
        enrolled on campus.

JO:     That's right.

CW:     Then we were, we were gonna to the isle, (UI) school...

38

(UI).

(Striking sound)

CW:    ... didn't enroll (UI).  HEIDI took (UI)...

JO:    Oh, yeah.  Would've been out already.  (UI)...

CW:    (UI)... got two evictions (UI).

JO:    That's goes on your record?

CW:    (UI).  DAVID didn't handle that so great.  I, (UI)...

JO:    (UI).

CW:    Oh, yeah, he...

JO:    You know, yeah.

CW:    Still be...

JO:    No, he got...

CW:    Who knows?  The still don't know.

JO:    (UI)?

CW:    No, I told him you know, don't do that.

       (UI conversation)

CW:    There's still, there's still a 450 dollar freight bill
       that DAVID said (UI).

JO:    Then you're fucked.

CW:    No, (UI)... (striking sound)... I, I fuckin', I
       charge, I don't always pay my debts on time, but I pay
       'em.  Now JOHN's a different story.  (UI) ability to...
       when it's even time, I'll never be late.  You know?
       (Whistles)  (UI)...

JO:    Yeah, we gotta get uh the... yeah we gotta get (UI)...

       (UI conversation)

JO:    Well, uh like I said, we go to my house...

39

245D-MM-91505

CW:     If I have, and I checked... I called KINKO'S to see if
        everything was entered, if I have... that other sound
        card...

JO:     Right.

CW:     ... the other uhh... (UI)... well it should be in that
        same box.

JO:     Okay.

CW:     If it's not... then I know what box it's on, (UI)...
        Well no actually, it wouldn't be in a box, it'd be in
        my desk...

JO:     Whatever.

CW:     ... in (UI) storage.  (UI) that... (UI) all... your
        computer, my computer, whatever.

        (Music)

        (IA/UI conversation)

CW:     Shit.  We gotta talk to GARY...

JO:     (UI)...  Uh... you, you know (UI), do you know number?

CW:     No, you know he gave me his... uh, his cell phone, (UI)
        card, but it's at the apartment.

JO:     I don't have it.

        (Background sounds and music)

CW:     It's an 805 number.  Shit.

JO:     (UI).

CW:     (UI) hotel with HEIDI, HEIDI's out with the kids
        already.

JO:     Try to reach (UI).

CW:     Yeah, I wanna get ahold of him.

JO:     (UI).

CW:     She's got access to... all those (UI).

40

JO:     Yeah.  (UI)...

        (Music)

CW:     Hah.

JO:     Where we get the (UI) from?

CW:     Huh?

JO:     (UI)?

CW:     Well... in, well... he was kind of being evasive there.
        Did you catch that?

JO:     Yeah.

CW:     At first?

JO:     Yeah.

CW:     Until I told him that... hey did JOHN offer (UI) hot
        cell phone.

JO:     Right.

CW:     And he said oh, you know, hey... you know, oh okay.
        Now you, you're, you know...

JO:     Right, right.

CW:     But this, this guy (UI)... all that shit.  (UI)...

JO:     Yeah, he's back-doorin' (UI).

CW:     Oh, yeah.  Yeah.  Does JOHN trust him?

JO:     Ahm... I have no idea.  I never asked him.  But he's a
        friend, though.  You know... (UI)...

CW:     (SC)  And you trust...

JO:     ... six years, whatever, yeah.

CW:     Well he trusts me enough to put me in charge (UI) with
        GARY and RON...

JO:     Right.

41

245D-MM-91505

| | |
|---|---|
| CW: | ... in the past. |
| JO: | Right.  But (UI) yeah, but... |
| CW: | But I kinda turned it down. |
| JO: | Yeah. |
| CW: | Asked me why I was such an asshole.  The dollars were there, man, big time. |
| JO: | (UI). |
| CW: | Big time. |
| JO: | (UI). |
| | (Background sounds) |
| CW: | (UI)... all day long. |
| JO: | (UI)... |
| CW: | Yeah, but... these guys... |
| JO: | (UI). |
| CW: | These guys own chains of (UI) on (UI). |
| JO: | (UI) DAVID. |
| CW: | Yeah.  Kinda like down here, you got all the (UI)... |
| JO: | Right. |
| CW: | You got... (UI)... |
| JO: | Right. |
| CW: | ... beeper and... |
| JO: | Right. |
| CW: | ... cell phone store. |
| JO: | Yeah, that was uh... |
| CW: | Yeah.  Like (UI), like uh GARY's done.  You know, if you (UI)... matter of fact, a year ago... buy the |

42

245D-MM-91505

> phones for two or three bucks (UI)... and sell 'em for
> fifteen...

JO:     Right.

CW:     ... all day long. (UI)... Now the components, the
        pieces that... he's talking about the Motorola?

JO:     Right.

        (UI)...

JO:     That's why he's strippin' (UI) on the side... (UI).

CW:     Yeah.

JO:     And they sell to the (UI).

CW:     Oh they, I don't know what they do with their
        material... we got a dog and pony show going on.

JO:     Yeah.

CW:     (UI)...

JO:     Yeah.

CW:     Which is fine.

JO:     Now when would, what would we do with the plastic?

CW:     Well... if, if we... had to provide them with the
        certificate of destruction (UI), end of story.  If...
        or somehow with GARY... shipping his pieces overseas...

JO:     We could go in uhm... Miami...

CW:     ... or Cleveland.

JO:     Cleveland.

CW:     We might go through Cleveland.

JO:     Right... with all checks coming back.

CW:     Hm?

JO:     All checks... checks (UI).

43

CW:    Oh.  (UI) money.

JO:    (UI), you know...

CW:    Not... (UI).

JO:    (SC)  I was (UI)...

CW:    Well we're doing it (UI).

JO:    (SC)  Of course.  (UI)... can you get in trouble for that?

CW:    Oh nah.

JO:    No?

CW:    Just got... gotta mind your P's and Q's.

JO:    Right.

CW:    Nothing but sil-, silly fucking money.  You're talking... 80, a hundred grand tops.

JO:    Right.

CW:    You know.

JO:    Of course.  (UI)?

CW:    Uh, we're not.  Just gotta talk to GARY.  He said he was gonna call us.

JO:    Right.  (UI) GARY.

       (Background sounds and music)

JO:    No, I figure (UI) going up there, unless we (UI)...

CW:    If we don't hear from RICHIE in a half-hour, (UI).

JO:    Yeah.  We'll get our dollar-fifty pizza.

CW:    (Laughs)

JO:    (UI).

CW:    (UI).  Later.  Let's go to sleep.

44

245D-MM-91505

JO:     (UI)... last night... the weather was so shitty... got
        tired of fucking (UI)... so I uh, I made a fuckin' pot
        of meatballs.  I put like 45 meatballs in (UI).

CW:     Beef?

JO:     Beef, veal, and pork.

CW:     Oh, yeah?

JO:     (UI)... mixed it all together man... I put eggs in,
        eggs and breadcrumbs, everything... (UI).

CW:     You ever do uh turkey meatballs?

JO:     (UI), oh man, (UI)...

        (Music and background sounds)

CW:     He, this guy's in Canada...

JO:     Right.

CW:     ... with his (UI).

JO:     How we gonna do that?  (UI)?

CW:     (UI).

JO:     (UI)...

CW:     (UI), I already did.  No, this is just a receipt.

JO:     Oh, alright.  I didn't (UI)...

        (Sounds of activity)

CW:     Got a flight for about uh... two hundred and eighty
        (UI).

JO:     It's Toronto.

CW:     Did I tell you Montreal?  (UI)...

JO:     (SC)  (UI)... get a chance with these fucking (UI) down
        here it's gonna cost us, you know... (UI) checks...
        cost us less.

        (Slapping sounds)

45

245D-MM-91505

CW:     Yeah, but these are gonna be big checks.

JO:     Fifteen grand?

CW:     (UI), yeah.  (UI)...

JO:     (UI) cash 'em.

CW:     He will?

JO:     (UI)... instead of spending $500, you know, on some air fare...

CW:     All the checks are going to... U.S. (UI)...

        (Popping sounds)

CW:     ... First Choice (UI).

JO:     No, I know that.  No, but I mean...

CW:     Unless we should change it.

JO:     First Choice is fine.  We can uhm.. we run 'em through my boy there.  They'll cash checks for 15,000.  No, you can't (UI) checks for 72,000.

CW:     Well Union Planters agreed to reestablish my accounts...

JO:     Good.

CW:     ... after all this.

JO:     Right.  Or we could always open an account with uh... First Choice... uh you, put two (UI) down on it.  (UI) if we had to.  I'm just looking at uh... the tax thing, you know?

        (Background sounds and conversation)

CW:     Yeah.  Well... with the check cashing (UI)...

JO:     (SC)  See, I don't know how that works.  With the check cashing guy it'd... you know (UI)...

CW:     (SC)  (UI).

JO:     (UI), absolutely not.

46

245D-MM-91505

CW:     (UI) have a bank account.

JO:     Yeah, but maybe just to have... open one up and have a small one just say... the trucking company...

CW:     (SC)  Yeah.

JO:     ... he owes you $400, yeah.  We put 2 grand in the account, and we just leave it there.

CW:     (SC)  Right.

JO:     Then when it gets down... you (UI), you know uh, then we put another 500 in.

CW:     Make sure we stay (UI).

JO:     Yeah, show a little activity where, when you don't, you know...  Well I'm still losing.  Look, I'm paying out all this and I ain't gettin' (UI).  I sent this all up here, and when I get paid for it, I have nothing, it wasn't worth it.  You know?

        (Melodic ringing)

CW:     (Answers the cell phone)  Hey.  (Laughs)  No, we're only on our second.  Yeah.

JO:     Taking it slow.

CW:     (On the phone)  Yeah, we're outside.  Uhh...

JO:     (UI)...

CW:     (On the phone)  No, just... actually the breeze is so nice.  You can't even feel the sun.

JO:     (SC)  Beautiful.

CW:     (On the phone)  But no, the sun's really not hittin' us at all.  You comin' by?  Yeah, we're, we're in the back.  Underneath the awning.  Okay.  Bye.

        (CW completes the phone conversation)

CW:     She's coming.

JO:     Alright.

47

245D-MM-91505

(Music)

JO:    (UI).

CW:    (SC)  Just ask 'em on the larger checks... what he's gonna charge.  People'll give him a... 2,000 dollar check... they have no problem.

JO:    (UI).  Why would... why should we give it to him?  (UI)?

CW:    Uh, (UI) more risk involved.  Who knows?

JO:    Well, as long as I keep (UI) call up and check to verify the account... whew.  (UI).

CW:    We can't do Western Unions.  Western Union is...

JO:    No.

CW:    ... so expensive.

JO:    That's (UI)... FedEx check (UI)...

CW:    Western Union's gotta be (UI).

JO:    (SC)  Yeah.

CW:    That's crazy.

JO:    (SC)  Crazy, man.  Eighty dollars (UI), yeah.

CW:    It's, it's gotta unless they make it a check cashing business (laughs).

JO:    (SC)  No... listen... you gotta set up with my boy here, uh...

CW:    I'm shitting you.

JO:    No, yeah.

CW:    (UI).

JO:    No, I trust him.  I've live (PH), I've known him for four years.

CW:    Okay.

48

245D-MM-91505

JO:     I never had a proh-, I went to Vegas with him.  You
        know?

CW:     Alright.

JO:     But for now we'll...

        (Background noises and music)

JO:     (UI) problem with that.  (Handling an object)  But I
        like I say, you know, (UI)...  And again, like there if
        there was a check for like $30,000 or something like
        that, he might say, you know...

CW:     (UI)?

JO:     No, no, well yeah.  He'd say, I'll pay you, you know,
        here's... 10 now and then I'll give you 10 tomorrow and
        then 10 the following day... which is no problem (UI),
        you know.

CW:     You know how he gets (UI) that.

JO:     He's always bankrupt.  (UI).

CW:     (UI).

JO:     Well, I still gotta cash (UI)...

CW:     You do?

JO:     (UI)...

CW:     Yeah.

JO:     'Cuz he's (UI) also.

CW:     Stashin' cash.

JO:     (UI) boom-boom-boom.

CW:     Yeah.

JO:     But he's way out (UI)...

        (UI conversation)

JO:     Well, you just put it in there, you know?  (UI) the
        guy...

49

245D-MM-91505

CW:      Well, DAVID's house (UI)...

JO:      (SC) Gonna say... just cracked a hole in the wall...
         get it out (chuckles). Nothing happened.

CW:      Yeah. Yeah. It was really an accident.

JO:      (UI).

CW:      A bunch of stupid (UI). Real stupid.

JO:      (UI)?

CW:      No DAVID... DAVID... Matter of fact when I moved in
         there... I didn't even know there was a safe because
         usually carpet... and I put the wood floor in there...

JO:      That day, I think it was...

CW:      No. DAVID calls me up, he goes, hey, man, I gotta come
         up, come over and pick up all my jewelry. And I said
         what fuckin' jewelry? He goes... well he comes over
         and peels the carpet up... Uh, we had already
         furniture in there and everything... and uh, peels the
         carpet up, peels the lid up... and there's a bunch of
         Rolexes and... That's when they were, him and JOHN
         were fat, man.

JO:      Yeah. I'm gonna be fat, man.

CW:      Gonna be fat. Just gotta have faith.

JO:      (SC) I have faith.

CW:      And you know there's always...

JO:      H-h-how... how have I been like the last 10 days?
         Haven't you, we had the (UI)... relax... Uh uh. Look
         it, I'm relaxing.

CW:      Ha.

JO:      I'm relaxing. Told the wife to relax and (UI) BOBBY,
         don't ask me, you know...

CW:      Just chill out (UI).

JO:      (SC) Chill.

50

245D-MM-91505

CW:      ... (UI) the money (UI).

JO:      Right.  Well, I'm not usually, no like, for moving
         things like that, I'm usually here with a thousand
         dollars.  I give her a thousand dollars to play, whoo-
         hoo!

CW:      Yeah.

JO:      You know that, keep going... it usually takes a
         thousand dollars (UI).

CW:      (SC)  Yeah.

JO:      ... (UI) machine (UI).

         (Background sounds)

CW:      How much money can we (UI)?

FEMALE:  (UI)?

JO:      Well I figure uhm...

FEMALE:  (UI)?

JO:      Uhm... yeah, alright.  We uh, our friend is coming.  He
         just called, he's on his way.  Uhm, uhm, I have, yeah
         (UI) boxes.  You know?

         (Possible sound of moving a chair around)

JO:      (UI) a grand.

CW:      Those are crazy (UI).

JO:      What?  Those boxes?  What do you mean crazy (UI)?

CW:      I mean... anything (UI).

JO:      Yeah.  I got a box (UI).  I have, (UI)...

         (UI conversation)

         (Rhythmic sounds of walking)

         Thank you.

         You're welcome.

51

245D-MM-91505

(Rhythmic sounds of walking)

(Squeaky sounds of door)

(CW uses the toilet facilities)

(Background music)

(Sounds of activity - paper towel holder)

(Rhythmic sounds of walking)

(Background conversations and noises)

Okay, good. (UI)...

CW:     Yeah, just... gotta push MORRIS... as much as I can push him.

(UI conversation)

CW:     Bullshit. What do you mean? What the fuck is (UI)?

(UI conversation)

CW:     I know. (UI)...

(UI conversation)

(Sound of chair being moved)

CW:     (UI).

RICHIE. (UI).

CW:     How are ya?

RICHIE: (UI) the house.

JO:     How ya feeling, man?

RICHIE: Jolly good.

JO:     Welcome back.

        (UI), I'm not drinking today. (UI).

        Come on!

245D-MM-91505

(UI conversation)

JO:        Good, good.

(UI conversation)

CW:        Well, welcome back.

RICHIE:    (UI).

CW:        You look rested.

RICHIE:    (UI).

CW:        Yeah?

RICHIE:    (UI).

CW:        Fishin' (laughs).

RICHIE:    It was wild, man.   Very wild.

JO:        Where were you?   Manhattan?

RICHIE:    New Jersey.

CW:        New Jersey?

(UI conversation).

(Background sounds and conversations)

RICHIE:    (UI) water?

CW:        No.   (Short laugh)   No, it was just receipts, I got
           files in there.   Puttin' in anything I can... (UI).
           That's my final (UI) payment, and all that shit.

JO:        (UI).

RICHIE:    Well JIMMY MASUCI (PH)...

CW:        Ah it's...

JO:        (UI)... give me my receipt (UI).

CW:        Yeah.

JO:        Then they wanna manage your debt.

53

245D-MM-91505

| | |
|---|---|
| RICHIE: | Huh? |
| JO: | Then they wanna (UI). |
| CW: | Yeah.  Yeah. |
| | (SC)  (UI). |
| CW: | (UI). |
| RICHIE: | They want you back now? |
| | (Laughter) |
| CW: | Yeah. |
| RICHIE: | Get outta here. |
| CW: | No. |
| RICHIE: | Are you serious?  You're trying to get the business back up? |
| CW: | Of course. |
| RICHIE: | (UI)? |
| CW: | Yeah, in fact I talked to CATHY uhh... maybe yesterday. |
| | (SC)  (UI). |
| CW: | Nah, she's a... scumbag. |
| | (Background sounds) |
| CW: | It isn't their fault... not really.  (UI)... |
| | (Traffic sounds) |
| CW: | This breeze, I'll tell you (UI).  When did you get back?  Yesterday? |
| FEMALE: | (UI), fresh dolphin, tuna... (UI). |
| RICHIE: | Fresh what? |
| FEMALE: | (UI). |
| RICHIE: | Dolphin (UI)? |

54

245D-MM-91505

FEMALE:    Dolphin, tuna, or fruit salad.

           (UI conversation with waitress)

FEMALE:    We also have a teriyaki (UI)...

RICHIE:    Alright.

FEMALE:    (UI).

CW:        Well... you guys (UI)...

FEMALE:    (SC)  (UI).

CW:        You guys'll pig out.  I'm not eating anything.

JO:        I decided.

FEMALE:    (UI).

JO:        Give me a... (UI) medium with uh provolone.

FEMALE:    Alright. (UI).

RICHIE:    Uh...

JO:        (UI).

           (UI conversation with waitress)

RICHIE:    Yeah.  Alright.  Let me try that and (UI)...

           (UI conversation with waitress)

           (Background sounds and music)

CW:        (UI)... thank you.  Oh, I gained a lot of weight, man.
           You can tell.

RICHIE:    You look good.

           (UI conversation)

           (Laughter)

CW:        Oh, man!

RICHIE:    (UI) mother fucker.

55

245D-MM-91505

(Laughter)

RICHIE:   Look at this one.

(SC)  (UI).

(UI conversation)

(Background sounds and music)

JO:       (UI).  I, I (UI)...

RICHIE:   Why you were uh...

JO:       (SC)  (UI).

RICHIE:   That was my dream up there.  And then I get, after I take my... (UI), and then I (UI)... see ya.  That was my dream.

JO:       You are the weakest link.  Good-bye.

(Laughter)

RICHIE:   That was my dream, (UI)...

FEMALE:   Do you ever go Premier Sports Bar?

CW:       Yeah!  Yeah, I recognize you.  Sorry.

JO:       (SC)  (UI)... I used to go there, too.

CW:       How neat.

RICHIE:   (SC)  (UI).

CW:       Oh, yeah.

RICHIE:   I live next door.

FEMALE:   Oh, do you?

(Laughter)

CW:       Oh, my God.  I remember you.

FEMALE:   (SC)  (UI)...

CW:       Oh, yeah.  No, I used to hit on you...

56

245D-MM-91505

FEMALE:  (SC)  (UI)...

         Oh, I uh...

RICHIE:  Well, what happened?

FEMALE:  (SC)  (UI).

RICHIE:  She wanted nothing to you.

CW:      (SC)  (UI) me.  I got close a couple times.

FEMALE:  You're right (giggles).

         (UI).

FEMALE:  (UI)...

         (Laughter)

CW:      He's the one that hits (striking sound) on 13-year-olds
         every uh, on Tuesday and Thursday night.

         (Laughter)

FEMALE:  Oh.  (UI)...

CW:      (SC)  It's good to see you.

FEMALE:  ... it was like, I know I know him from somewhere.

CW:      Yeah.

FEMALE:  (UI).

RICHIE:  (SC)  (UI).

CW:      My name is ADAM, I mean ADAM (UI).

         (Laughter)

FEMALE:  So how've you been?  (UI)...

CW:      (SC)  Pretty good.  How about you?

FEMALE:  Fine.

CW:      Good.  Good to see you BARB.

245D-MM-91505

FEMALE:    (UI).

CW:        It's a good place.

FEMALE:    (UI).

CW:        They changed ownership over there.

FEMALE:    Oh, yeah.  (UI).

CW:        Again?

FEMALE:    (UI)...

CW:        Uh no, just well, about a year-and-a-half ago... the same thing.

FEMALE:    (UI)...

           (Music)

CW:        And it...'and it's...

           (SC)  (UI conversation)

           Sold it to the money bags.

CW:        That's good for him.  Made a...

RICHIE:    Smart man...

CW:        ... pot load... from what I hear.

RICHIE:    (UI)...

           (SC)  (UI conversation)

CW:        Absolutely, overnight.

           (UI conversation)

           How's the whole family?

FEMALE:    They were good.  (Short laugh)

           Good.

FEMALE:    (UI)...

245D-MM-91505

| | |
|---|---|
| CW: | (UI) on there. |
| FEMALE: | Yeah, uh huh. |
| RICHIE: | (UI) or what?  (UI)... |
| | (UI conversation) |
| | (Music) |
| JO: | Wow.  That's where I live. |
| FEMALE: | Oh, yeah? |
| JO: | (UI). |
| FEMALE: | Uh hm... (UI). |
| JO: | (UI). |
| FEMALE: | ... like across the street on Pine Grove. |
| JO: | Those apartments over there, huh? |
| | (UI conversation) |
| | (Drumming sounds) |
| CW: | Well, it's good to see ya. |
| FEMALE: | Yeah.  (UI). |
| JO: | Where do you hang out at night? |
| FEMALE: | Uhm... I try not to go out (UI)... a lot of debts, so... |
| | Want a loan? |
| FEMALE: | Uhm... I'm trying to (UI)... |
| | (SC)  Well, he can help you with that... |
| | (Laughter) |
| CW: | Hey, I can push you further. |
| FEMALE: | So I tend to not go out much. |

59

245D-MM-91505

CW:        Thanks RICHIE.  Appreciate that.

           (UI conversation)

FEMALE:    (SC)  Okay, oh yeah... (UI)...

           (SC UI conversation)

JO:        You want one?  You want one?

CW:        No, no thank you.

JO:        You want a soup?

CW:        No.

RICHIE:    I ain't giving you...

CW:        No.

FEMALE:    You sure?

RICHIE:    How come you don't want a soup?

CW:        Because...

           He'll probably (UI).

FEMALE:    Well, you guys (UI)?  Some (UI) else?  (UI)?

CW:        (SC)  Nah... I went there... well actually, we went
           there once.

           Me and you went... (laughs).

CW:        Yeah.

FEMALE:    Was there like a RYAN that used to go there back on...

           (Movement of chairs)

FEMALE:    ... (UI)...

CW:        (SC)  Yeah.

FEMALE:    (UI) brother?

CW:        (SC)  Yeah.

245D-MM-91505

| | |
|---|---|
| FEMALE: | RYAN was in here last Friday night. |
| CW: | Really? |
| FEMALE: | I saw him, yeah. |
| CW: | Actually quite a few.  I still stay in contact with DEAN. |
| FEMALE: | Okay.  (UI). |
| CW: | Yeah, he's landscaping on the summertime.  You know... |
| FEMALE: | (UI). |
| CW: | (UI)... still is. |
| FEMALE: | Yeah, it's... actually gonna be a... (UI). |
| | Uh, you're friends with TOMMY (UI)? |
| FEMALE: | Huh? |
| RICHIE: | You're friends with TOMMY PETIT? |
| FEMALE: | How you know? |
| RICHIE: | Well, you know. |
| FEMALE: | I know him. |
| | (Background sounds and music) |
| | Uh.  Got fired. |
| FEMALE: | Yeah.  Yeah. |
| | (Chuckling) |
| FEMALE: | He got fired when (UI), then he came back (UI). |
| | Yeah. |
| | (UI conversation) |
| FEMALE: | They have a couple of parties (short laugh) every night.  (Giggles) |
| RICHIE: | Yeah, him and uh... |

61

245D-MM-91505

(UI).

RICHIE:    ... what's his name.

FEMALE:    Yeah.

(UI).

FEMALE:    I'll be right back.

(Music)

CW:    Hey, she was the one that (UI)...

RICHIE:    (UI)?

CW:    ... that trivia game.  You think?  (UI)...

(UI conversation)

CW:    How's everything?  Good?  Good to be back?

(Music)

(UI conversation)

(Background conversation and sounds)

RICHIE:    (UI)... all the stuff I put in the bathroom... (UI)
           stuff at bed and bath... there was some that you
           seen...  A garbage, a garbage can was the first thing I
           noticed, you know?  (UI) spikes, you could turn the
           stuff unless you need the money (UI)...

CW:    Ho-oh...  (UI) shit.

(UI) that.

RICHIE:    (UI) asked me for money...

(UI)?

CW:    She didn't explain it you, then?

RICHIE:    No, she didn't explain it.

JO:    (UI).

(UI)...

62

245D-MM-91505

| | |
|---|---|
| CW: | You're kidding? |
| | (UI) that? |
| RICHIE: | (UI). |
| CW: | That's not (UI) at all. |
| RICHIE: | (UI). |
| CW: | Jesus Christ.  (UI)... |
| | (IA). |
| CW: | You're kidding?  Oh I knew that (UI) just (UI)... |
| | (UI conversation) |
| CW: | But now she does. |
| JO: | I saw (UI)... down on the (UI) side.  They were nice, really nice. |
| CW: | I that's the girl that uh, he and MIKEY (UI)... |
| | (UI conversation) |
| CW: | ... passed out. |
| | (Laughs)  What else is new? |
| | (UI)... |
| CW: | I passed out. |
| | (UI)... |
| CW: | I thought I'd get... |
| | (SC)  (UI)... |
| CW: | Damn bastard.  Huh. |
| | (Background noises) |
| | (Laughter) |
| RICHIE: | Oh, you were?  Where were you when you passed out? |

245D-MM-91505

CW:       Uh... she'll remember right away.  (Laughs)  I just
          didn't wanna embarrass 'cuz uh...

          (SC)  (UI).

CW:       But she knows, (UI), he's been (UI)...

          (UI).

CW:       (Short laugh)  What do you mean?  Like that stuff?

JO:       Ohh... man.

RICHIE:   I'll be she sees a difference now, (UI) out... (UI).

          (Laughter)

RICHIE:   Take a beer off that big (UI).

JO:       Yeah.

CW:       Boy, are you a fuckin' dick today, or what?

RICHIE:   Uh dude... I missed you.

          (UI).

CW:       But you see, RICHIE told me, I deserve it, I deserve
          it, I deserve it.  But I don't deserve that, man...

          (Background sounds and music)

CW:       Did he tell you what happened (laughs) at the beach...
          when RICHIE came down here.. to check out the boats on
          boat show day?

JO:       No.

CW:       Later on that afternoon (UI)... one of 'em came up, ah,
          to RICHIE...

          (Chuckling)

CW:       ... and I (UI) in RICHIE's (UI)-thousand dollar car...
          and he looked at RICHIE, you know, well I'm homeless...
          you know, can you s-...

RICHIE:   (SC)  (UI).

64

245D-MM-91505

CW:       ... drunk, smashed... and RICHIE looks at him and looks
          at me and goes... yeah, you think you got it bad,
          mother fucker...

          (Laughter)

RICHIE:   At least you got a box to live in.  Right?

CW:       Yeah...

RICHIE:   (UI).  No, no, it's bad...

          (Background conversation)

JO:       (UI), I ain't giving you nothing.

CW:       Exactly.

RICHIE:   (SC)  Yeah...

JO:       But he's my friend...

          (Laughter)

RICHIE:   Uhh...

CW:       I think I'm pretty close with him this past week, (UI).

JO:       Did you have (UI)?

CW:       No.

          (Laughter)

CW:       That was funny.  Well then his wife calls me up, she
          said (UI) my phone... gave up calling his... started
          calling mine.  She left a message, said... (UI)...

          (SC)  (UI).

RICHIE:   ... come home and sleep, man...

          (Laughter)

RICHIE:   What's going on there?

CW:       (SC)  Yeah... on his voice mail.

          (Laughs)

65

245D-MM-91505

JO:        (UI) ain't gettin' in my house... (UI).

CW:        And you know RICHIE, he goes, he looks at his phone,
           he's about ready to bite his phone... I'm like oh, no!

           (Music)

RICHIE:    Right.  (UI) coming out.

CW:        Yeah?   (Laughs)

           (Background sounds, music, and conversation)

           Yeah... (UI).

JO:        Did you get (UI)...?

RICHIE:    Well (UI) going down soon...  (UI) deposit (UI)...
           things'll (UI) hop up outta there.

           Right.

RICHIE:    (UI), you know... a two-and-a-year project.  So it's
           been like... (UI)...   When it comes to them, you know,
           no one uh... they're not that large there...  Nah!!

           (Slamming sound)

CW:        Whoops.

RICHIE:    Careful.  (UI)...

           (Laughter)

JO:        Yeah.  (UI)...

RICHIE:    (UI), I said like, you're good now.

           (Laughter)

RICHIE:    (UI)...

JO:        (UI)?

           (Background sounds)

CW:        You're gonna have to be... fucking out there and...
           solicit, solicit?

RICHIE:     Never had to in my life, but I might.

CW:         Yeah.

RICHIE:     But my cost of living up there the last two-and-a-half
            years... (laughs) (UI)...

JO:         (SC)  What?  For construction?

CW:         Well, you know what?

            (Traffic sounds)

            ... about...

JO:         But really...

RICHIE:     No, in the marketplace...

JO:         Oh, (UI)... I might be able to help (UI).

            (Thumping sounds)

JO:         One of the kids I coach in basketball... his father's
            uncle is... a big developer... down in Miami...

CW:         (UI)?  BERNIE or something like that?

RICHIE:     (UI), no.  I'm gonna (UI).

JO:         I know I still have his card, just thinking about...

            (Background sounds and conversation)

JO:         Uhh...

RICHIE:     (UI).

JO:         ... they're doing that, what's the, what's the hotel
            right now?

RICHIE:     That was (UI).

JO:         Huh?

RICHIE:     (UI)?

CW:         The Lido.  The Lido.

67

245D-MM-91505

JO:       We shoulda went to Lido.

CW:       Lido Hotel.

JO:       The Lido.

          (Background conversations and sounds)

JO:       (UI)... my wallet gets too full, I leave all my cards
          out.  I have it at home.  That's, they do all the
          high-end stuff, you know?

          (Background sounds)

RICHIE:   (UI) there.

          (UI).

          (Background conversation)  T.J... Come on.  (UI)...

          (UI conversation)

CW:       This is the best recommendations in the world.

          (UI)?

CW:       The union guys.  (UI).

RITCHIE:  (SC)  (UI)...

CW:       Look at it.  I think they... (UI)...

JO:       (SC)  Hey (UI)... a little (UI)?

FEMALE:   Yes.

CW:       (UI)...

          (Clanking)

JO:       How's that?  (UI)...

CW:       (UI) the taste... (UI)...

          (SC)  (UI).

CW:       ... stick a fucking french frie out there.

          (SC)  (UI).

68

245D-MM-91505

| | |
|---|---|
| JO: | Here you go.  He teach you that? |
| | No. |
| JO: | (UI). |
| CW: | Do that fucking people that are allergic to potatoes. |
| | (UI). |
| CW: | That's what's on me. |
| | (UI conversation) |
| JO: | Uh, what the hell is this?  DOMENIC? |
| | (SC)  (UI). |
| | (UI conversation) |
| JO: | I'm trying to think of the name of the company. |
| | (UI conversation) |
| BERNIE: | (UI), and he lives in (UI)? |
| JO: | No, he lives down in uhh... |
| CW: | (UI)... |
| JO: | ... by the uh... |
| | (UI). |
| JO: | Well, I was doing the... the containers for them. |
| | (UI conversation) |
| CW: | (UI)... huge. |
| JO: | (UI). |
| CW: | It was huge. |
| | (UI conversation and background conversations) |
| CW: | Well... those guys at uhh... |
| JO: | How do you know that? |

69

245D-MM-91505

CW:     (UI) the new office... we did their... we get dibs on
        all the (UI).

JO:     (SC)  (UI) construction (UI)?

        (UI).

JO:     But I thought you weren't doing that.

CW:     Yeah, no.  Well, not any more.

        No.  No.

CW:     This was a while ago.  No, we got offered... their...

JO:     Who knew that?  Who knew?

CW:     (SC)  We get dibs on the uhm...

JO:     (SC)  Who knew that?

        (UI background conversation)

        DAVID.

        No.

        Not DAVID?

CW:     No, no, no.  No.  None of (UI) is, isn't, you're
        smarter than that... (UI) giving all this stuff away
        (UI) DAVID did with DELTA.

        (Background conversation with waitress)

CW:     Uh...

        (Background conversations and sounds)

CW:     DAVID...

        (Background conversation)

CW:     GEORGE (UI)... SINANTE (PH)...  what he'd done at
        SOUTHEASTERN.  Piece of shit.

JO:     He knew them?

CW:     Piece of shit, yeah.  Huge connections, uh... huge

70

245D-MM-91505

                connections.  He might be a piece of shit to us, but
                he's... but overall he's a decent guy.

                (Background conversations and sounds)

CW:             (UI) sites... but...

                (Background conversations and sounds)

CW:             It's a bad experience.

JO:             (UI)?

CW:             No... I didn't deal with...  Didn't I...

RICHIE:         (SC)  (UI).

CW:             Hey, didn't you deal with, with the guy above us?

JO:             (UI) better go in there, do that... that French
                thing... that uh, toilet...

CW:             Huh.  Oh, through A.S.?

JO:             Right.

CW:             Uh huh.

RICHIE:         That's gonna be a big one.

JO:             But they can't say...

                (UI conversation)

                I didn't know what it was...

                (UI conversation and background conversations)

CW:             I know.  It's a great, great day (UI).

                (UI conversation)

CW:             ... (UI)   75... 595...

JO:             (UI)... on Powerline... (UI)...

                (UI conversation and background conversations)

CW:             (SC)  Yeah, but that's, is that Commercial (UI)?

                                    71

245D-MM-91505

JO:        Well they're doing that whole uh...

           (UI conversation)

JO:        What'd he say?  We weren't even talking about it.  I'll
           bet (UI) there right now.

CW:        (SC)  Well they... they gotta...

JO:        (SC)  He's lying.

CW:        They've got it set out (UI)...

JO:        (SC)  They're all over.

CW:        ... Copans, too.

RICHIE:    Yeah.

CW:        Copans, 441 and uh... (UI).

           (Background conversation and sounds)

           (UI).

CW:        (UI) those guys.

RICHIE:    I don't who the fuckin' (UI)...

CW:        (SC)  Do you want me to get their information?

RICHIE:    Yeah.  (UI)...

           (Background conversation)

CW:        The guy's a shoe-in.

RICHIE:    (UI) gotta be.

           Who, you guys?  It's nice, huh?

CW:        Yeah.  Yeah.  Lotta suites... and everything.  I'd set
           the time...

           Yeah.

CW:        I still use wrap of roll-up...

           Right.

72

245D-MM-91505

CW:        ... and they were uhh... they were (UI)...

           (UI)?

CW:        Yeah, he really couldn't keep up service-wise.  He
           substituted some of that business with business we
           coulda been doing... with DAVID's recommendations.

           (UI).

CW:        That's just stupid.  (UI)...

JO:        (UI) sixty days.

CW:        Sixty days, huh?  Sixty days we're gonna (UI).

JO:        (UI)...

           (Background conversations)

CW:        They're never easy, though.

JO:        Who?

           (Background conversation)

           (UI conversation)

CW:        Nah... there's a few there.

           (UI)?

CW:        Yeah, they were just... (UI)... and he decided to take
           the business without... (UI).  It was, we were chasing
           money.

           (Background conversation)

           (UI conversation)

           Yeah, that guy's a millionaire.

           (UI conversation and background conversation)

CW:        ... we've dealt with.  (UI) Artilla (PH).  Not
           Artilla... Atilla.

RICHIE:    Atilla will run her out.

73

245D-MM-91505

(UI conversation and background conversation)

CW:      What?

(Background conversation)

(UI)... but... they aren't even (UI).

(UI conversation and background conversation)

... over there.

CW:      Yeah.

(UI conversation)

It was her that I know.

(UI conversation and background conversations)

Her husband... (UI) my parents... (UI)...

(UI conversation)

CW:      Yeah, yeah.  He's probably making a two-million dollar (UI).

JO:      Oh yeah?

Definitely downtown.

(UI conversation and background conversations)

CW:      (UI) to shit.

RICHIE:  What, look me you gotta shit?

CW:      Yeah.  (Laughs)

RICHIE:  Alright.

CW:      No.  No.  It happened after you called me.

(Laughter)

JO:      Hey you got, now you got me thinking about it.

CW:      I know.  (Short laugh)  JOHNNY, the turtle, over here.
         Oh-oh-oh-oh, I gotta go to the (UI), have a good time.

74

245D-MM-91505

```
            (Chuckles)

JO:         Yeah.

CW:         Sorry, man, (UI).

            (UI).

            Oh, man... (UI).

            (UI conversation)

RICHIE:     They want me to pay (UI).

CW:         What's, what's (UI)?

RICHIE:     (UI).

CW:         Right.

RICHIE:     Doesn't matter what it is, I know it has to be made.
            Hah, it was just like... (Chuckles)...

            Hah.

RICHIE:     I know mine's okay.  I think.

CW:         Nah.

            (Background sounds)

RICHIE:     Damn.  (UI)...

            (UI conversation)

CW:         No, I know well, you know...

RICHIE:     (SC)  (UI)... we got to have, you shoulda had (UI)...

CW:         (SC)  Nah...

JO:         (SC)  But uh...

            (SC)  Hey, hey you guys are really, really good at
            (UI).   What did I say to you?  It's five to eleven...
            what did I say to you?  Just, come on, we'll go to the
            Cove and (UI)...

            No, no, no, no... no.
```

245D-MM-91505

CW:       When'd you say it?  Well uh, 10:56.

          No.

          (Laughter)

JO:       And here we are, this and that.  You know uh, I had a
          little beer.

RICHIE:   (UI).

CW:       Nah.

          Me, too.

          (Background sounds and noises)

CW:       Wouldn't get you that much... you don't drive.

          (UI) wasted.

CW:       Yes.  We (UI)...

          (Background sounds and conversations)

          (UI conversation)

JO:       I w-, I was so mad I cooked a pot of meatballs last
          night.

RICHIE:   Put any bread in it?

JO:       No.

RICHIE:   Gotta put bread in meatballs.

JO:       Bread crumbs.

RICHIE:   That's same thing.

JO:       Same thing.

RICHIE:   Gotta put it in there.

JO:       Yeah, but I want 'em real soft and uh...

RICHIE:   Not too soft.

JO:       ... the beef and a little sausage...

245D-MM-91505

RICHIE:    (SC)  Yeah a little, yeah, I mean veal, pork and uh...

JO:        No, I sausage on the side.  (UI) side... (UI) cooked
           whole.

RICHIE:    (UI).

CW:        You make those big ones that RICHIE does?  These things
           are like... bowling balls.  Oh, they're good...

           With that spice and (UI).

CW:        Oh, they are.

RICHIE:    (UI)...

JO:        (SC)  And then I bought, I free-... bought a loaf of
           Italian bread and I, I slided it up...

RICHIE:    That's my weakness, though.

JO:        (UI)...

RICHIE:    My weakness.

JO:        And my kids (UI)...

RICHIE:    But it'll make the sauce now.

JO:        Right.

RICHIE:    Because uh, I, I cannot, they're too damn hot.

JO:        Right.

RICHIE:    I'll be, I-I-I...

JO:        (SC)  Be pickin... and be grabbin' (UI).

RICHIE:    If I don't (UI), I'll be grabbin' spices...

JO:        (SC)  That's right.

RICHIE:    Right?

JO:        (UI)...

           (Somebody whistles)

77

245D-MM-91505

RICHIE:   Okay.  (UI)...

JO:       (SC) I can't hardly (UI)...

RICHIE:   (UI) at home, I won't touch it.  Before you know it,
          you just don't want that (UI).

JO:       Yeah.  I j-, I just wanna do that...  I was thinkin' I,
          I got a meatball, slice it up, and (UI) eatin' it...
          What're you doing, JOHN?  Don't do that...  It was the
          (UI)... give me a meatball.

RICHIE:   Hey, there's, there's a new pasta out that I haven't
          seen.  I just (UI)...

JO:       (UI).

RICHIE:   Has (UI) on it... and they call it a (UI)...

          (UI conversation)

CW:       He's a pasta guy.

          (UI conversation)

RICHIE:   What'd he say, that ol' pasta (UI) would say...

JO:       No, no, no...

RICHIE:   Everyone looks different.  Everyone of the (UI)...

JO:       (SC) Thank you.  He said that, he said that...

CW:       (SC) Funny, I just said that the other day.

RICHIE:   (UI) in the pizza place because he, he goes listen, all
          pasta is the same (UI)...

JO:       No it ain't.

CW:       No, I think the texture's different.

RICHIE:   That's the difference.

JO:       The texture.

CW:       Yeah.  It doesn't change the taste of it.

RICHIE:   Yeah, that sure is taste... the whole thing, the

78

245D-MM-91505

whole... affects the taste.

CW:       (SC)  No...

RICHIE:   It is.

CW:       Really?

RICHIE:   Taste... (UI) combined with... smell... texture... uh,
          one of your, one of your five bitter, sweet,
          whatever...

JO:       (SC)  (UI).

RICHIE:   Yeah.  (UI), it's all taste.

JO:       Yeah, I uhh, and I told the guy too, I had uh...

RICHIE:   Big change (UI).

FEMALE:   You want another beer?

JO:       No, I'm fine.  I like the (UI) and I, and I wanted to
          have uh...

RICHIE:   Yeah.  They may use the same three ingredients, but
          they make it...

JO:       Yeah, (UI)...

RICHIE:   ... but the next stage changes things.

JO:       I like the angel hair (UI).

RICHIE:   (UI).

JO:       Yeah, but that I could is, you know, think about the
          food...

CW:       (SC)  (UI).

          (UI conversation)

JO:       And JOE gave me...

CW:       (SC)  (UI)...

JO:       ... he gave me... creamy, not like...

79

245D-MM-91505

        (UI conversation)

CW:     No, you let it, I was (UI)...

        (UI conversation)

RICHIE:  Where'd you guys go?

JO:     Oh, right here in the (U)... the day you left.  (UI)... there's nothing.

RICHIE:  Right.

JO:     (UI)...

CW:     (SC)  The day we made him miss.

JO:     (SC)  (UI)...

RICHIE:  That (UI) showed up that night at midnight.  (UI)...

CW:     Yeah.

JO:     You know what time I got home that night?

CW:     No.

JO:     Haha!

CW:     Well you went out...

RICHIE:  Right.

CW:     You went out with GRACIE then, didn't you?

JO:     Yeah.

RICHIE:  No, that was when I (UI) before I left to go to (UI).

JO:     (UI)...

CW:     (UI)?

RICHIE:  Oh, about 2:30.

CW:     Oh, ow!  How did you manage?

RICHIE:  (UI).

245D-MM-91505

| | |
|---|---|
| CW: | Right... |
| JO: | (UI) already mad, that's who... (UI). |
| | (UI conversation and background sounds) |
| CW: | ... got some phone calls... that's about it. That's about it, bro. |
| RICHIE: | (UI) that money there, huh? |
| CW: | Huh, (UI). |
| RICHIE: | I told you not to (UI). |
| CW: | HEIDI's uh... HEIDI's nephew, (UI), good kid... fucking, what a disaster. |
| | What? (UI)... |
| CW: | No, no, no. He lives up in Cleveland... |
| JO: | She left? |
| CW: | No, no. No, she's staying here, (UI) uh... O.D. and that crap (UI). |
| | (UI conversation) |
| CW: | ... (UI) disaster (UI) 14-year-old... just a lot of trouble over... her brother's (UI) fucking mess. |
| | (UI). |
| CW: | ... (UI) it's just tough for everyone. |
| | (UI conversation) |
| CW: | Pay inside? |
| | (UI conversation) |
| | (Chuckling) |
| CW: | ... that went over real big. |
| | (Laughter) |
| CW: | ... (UI) everything. I was thinking it, though. |

81

245D-MM-91505

JO:       Oh, you didn't know it?

CW:       (Laughs)  Yeah, I wanted one, oh...

RICHIE:   (SC)  Oh, come on.

CW:       The plan wasn't complete (laughs)... which is good.

          (UI conversation and background conversations)

CW:       Be on the (UI), I'm just gonna be on the beach all day, (UI)...

          (UI)?

CW:       No.

          (UI), man.

CW:       Yeah, it does.  They pay ya?

RICHIE:   (UI) girls.

JO:       Oh yeah?  I didn't even tell ya... uh, didn't I say that...

CW:       (SC)  (UI).

JO:       ... with all this rain, we get one accident.  I went there this morning and JOHN came in, and I'm like... what did you (UI)...  I walked around the yard.  You know, I see what's there, there's nothing there, (UI) crap.

CW:       Yeah.

RICHIE:   (UI).

JO:       (SC)  (UI)... probably want five...

RICHIE:   Where at?

          (UI conversation)

JO:       I called to tell you uh, (UI) the accident, (UI) come on, (UI)...

RICHIE:   (UI)...

82

245D-MM-91505

JO:     (SC) ... because they (UI) three cars there. But the
        last three cars I brought in... no insurance... so you
        don't get it right away, you don't get nothing for
        bringing three cars in.

        (SC)  (UI)... cars.

JO:     Oh yeah, I brought uh, a brand, a brand new uhh... 2001
        Toyota 4-, 4-Runner... fully loaded, 20 grand (UI)...
        and I got (UI), he didn't make the last payment...
        (UI). And my buddy... strips the car anyway... and
        then he put a lien on it... he's (UI) thousand dollars,
        you know, like a little bit of uh... (UI) credit, no
        paper for the car. (UI)... So I'll get a few bucks
        from that, but I gotta (UI) though, which means...
        (UI).

        (Background sounds and conversation)

CW:     No, no, we have a deal (UI).

JO:     No.

CW:     He's nuts.

        (UI) wheeler, dealer.

JO:     They put everything, and they're coming up fucking
        (UI), man. Nothing. (UI)... We got three nice hits
        and no insurance, (UI).

        (UI conversation)

        ... unless you, you get the name of the (UI), I go in
        the car, go in the glove box, get the name, (UI)...

JO:     (UI)... Yeah, you know, what do are gonna do with the
        car? Well, I (UI)... They three State Farms that we
        like to deal with... Hollywood (UI) State Farms (UI)...

        (Melodic ringing)

JO:     Oh yeah? (UI)... I'll tell you what. I can take (UI),
        and you don't have to pay nothing... (UI)...

        (Melodic ringing)

JO:     (Answers his cell phone) Hello. Yeah, (UI). What
        happened? Pick up the what? Oh yeah, I will. I'll

245D-MM-91505

pick it up.  Yeah.

(Background conversations and noises)

JO:        (On the phone)  Yeah, real quick.

CW:        These seats.

RICHIE:    (UI) sit on (UI).

JO:        (On the phone)  Hey, Dad, how are ya?  Are you having
           fun?

CW:        (UI).

JO:        (On the phone)  Okay, you're (UI).  Stay there, have
           fun... and then uhh, (UI), we go straight to the
           game... and if you're gonna stay down there all day...

CW:        (SC)  (UI)...

JO:        (On the phone)... (UI) 4, 4:30.

CW:        (SC)  (UI)...

JO:        (On the phone)  Alright.  So I'll be down there at
           3:30, then.  (UI)... right?  That's alright.

           (SC UI conversation)

JO:        (On the phone)  It's no problem.  (UI).

CW:        It's really bad there.

JO:        (On the phone)  Just have fun, okay?

RICHIE:    (SC)  (UI).

JO:        (On the phone)  Love you, too, then.  Bye.  (End of
           JO's phone conversation)  Anyway... (UI)?  (UI)... over
           there... you don't have to pay for (UI)... there today.
           I'll call your adjuster... (UI)...

           (SC)  (UI) they'll come down and sign it...

JO:        I go to their house with 'em... (UI)...  You need an
           extra car?  I'll take (UI)...

RICHIE:    Another... (UI).  Take 'em into State Farm... hook 'em

84

245D-MM-91505

up.

(UI conversation)

JO:      Yeah. (UI) comes, the adjuster comes... (UI).

CW:      (SC) They're all set.

JO:      They're set. The adjuster comes down, looks at it, writes the estimate, (dishes clanking) (UI) the estimate... I get (UI)...

         (UI)?

JO:      No, it's not bad at all... but, when you're not (UI)...

RICHIE:  They're all old people.

JO:      A lotta old people come in there...

RICHIE:  Right.

JO:      Uh, we get... three or four cars a... a week sometimes, three cars a day. And the old people (UI).

RICHIE:  How many of those people would sign up? You sign up...

JO:      As many as (UI)... I sometimes sign (UI)... like, well like on a Monday, 'cuz everybody gets in an accident on Friday...

RICHIE:  They do?

JO:      Uh, everybody gets in an accident on Friday...

CW:      (UI).

JO:      ... or Saturday, Sunday, I can call 'em on Monday... boom. I get two, three cars in... (UI). Make three thousand dollars (UI)... when the season is hot, (UI)... you know?

RICHIE:  (IA).

JO:      You gonna that (UI)... don'tcha?

RICHIE:  (IA).

JO:      The money.

85

245D-MM-91505

| | |
|---|---|
| RICHIE: | (IA). |
| JO: | Uh huh. |
| RICHIE: | Oh, really? |
| | (UI). |
| RICHIE: | Well... they'll give you the money (UI). |
| JO: | They give you the money if it's slow or anything. There you go. |
| | What's gonna happen... |
| JO: | (SC) (UI). |
| | They (UI)... |
| JO: | (UI) what?  I wouldn't know.  I go (UI). |
| | (UI conversation) |
| CW: | Ha-ah. |
| JO: | That's when I was down in uh... |
| CW: | That's a big (UI) there. |
| JO: | ... Key West three weeks ago... and that was (UI) like that. |
| | (Background conversations and noises) |
| JO: | That sweet (UI). |
| CW: | Now how hard is that to maneuver? |
| JO: | Uh... to sell it?  Kind of (UI). |
| CW: | Uhm.  No, for you, it wouldn't, he wouldn't catch us? |
| JO: | No.  I'd be ready. |
| | (UI). |
| CW: | Look at that.  Puts it right in there.  Look. Heyyyy... yippieeee... |

245D-MM-91505

       It's fuckin', (UI).

CW:    (SC)  Beau, beautiful.  (UI)...

JO:    I... I'm still trying to get my buddy up in New York... to get uh... down here.  We got 35 (UI)...

    (Background sounds and music)

RICHIE:  (IA)

JO:    Yeah, I got... 46, something like that (UI)...

    (UI conversation)

CW:    Your money?

JO:    (SC)  It's no, it's no good unless you keep it running...

RICHIE:  (UI).

JO:    No, no, no.  I told you... when I (UI), I said come on, PAT, sail your boat down here.

RICHIE:  (UI).

JO:    Nah... (UI)... last month.

    Wow.

JO:    JOHNNY don't even (UI).

    (UI conversation)

JO:    (UI), why don't you go, I said, load up... I said, we'll drive it down.  I said, it'll be down here, it's your boat... I said I'll pay for the docks and I'll pay for the (UI) insurance.

RICHIE:  (UI).

JO:    (UI)... you know... And he said... wait... (UI)... on his boat.  I don't have to pay nothing, but like on the insurance and the dock fees.  Now (UI) to come down (UI)...

    You'll keep it runnin'.

87

245D-MM-91505

| | |
|---|---|
| JO: | No boats here. But I'll maintain it, I'll (UI)... |
| | (UI conversation) |
| CW: | They start to wear... big time? |
| JO: | Not usin' 'em. |
| CW: | What? |
| JO: | Yeah, that... they... they (UI)... |
| | (Loud background sound) |
| JO: | ... uh, not using 'em. |
| RICHIE: | (UI). |
| JO: | Everything. |
| CW: | Really? |
| JO: | Every (UI). |
| CW: | (SC)  (UI)? |
| JO: | No.  You gotta get it (UI), yeah. |
| RICHIE: | (SC)  Mechanical parts. |
| CW: | Oh. |
| | Everything.  The whole thing goes.  (UI)... the transmission, everything. |
| | (UI) down there. |
| CW: | Take it to fucking body shop.  (Strikes something on the table.) |
| JO: | That's (UI)... |
| RICHIE: | (SC) (UI)... |
| | (Melodic ringing) |
| | (UI conversation) |
| | (Melodic ringing) |

88

245D-MM-91505

CW:        (Answers his cell phone) Hello.  Hello.  Hey, how are
           ya?  I'm at... uhh... the Cove.  What's going on?
           (UI)... yes...

RICHIE/
JO:        (UI - Background conversation)

CW:        (On the phone) Yeah, it's windy.  Right.

RICHIE/
JO:        (UI - Background conversation)

CW:        (On the phone) Bye.  (End of phone conversation)  (UI)
           make you a nickel.

JO:        (SC)  (UI).

CW:        You don't have the time?

           (UI conversation and background conversations)

JO:        Oh, my ass.

           (UI conversation)

JO:        That's why I gotta go up... I'm up next month.

           (UI)

JO:        Go up for two days.

CW:        You gonna take it?  Or you gonna look at it?

JO:        No.  just for...

CW:        (SC)  (UI) need (UI).

JO:        ... one night, one, one good night...

RICHIE:    (UI)...

JO:        No.  (UI) my August day, August 6th... $57 each way.

RICHIE:    One way, $57?

JO:        (UI), Pam Am.

RICHIE:    (UI).

89

245D-MM-91505

JO:       It's in the paper today...

          (UI conversation)

CW:       That's cheap.

JO:       Yeah.

RICHIE:   (UI), they had no first class.

JO:       Yeah, I know but... all the seats are (UI)... so you
          didn't like it?

RICHIE:   I don't fly coach.

JO:       (UI)... yeah, alright, I'm sorry.  If you can... Hey, I
          don't know how you fly...

          I can't fly...

          (UI conversation)

JO:       I usually get the phone heads... nothing bothers me.

          (UI conversation)

RICHIE:   ... my legs get (UI)...

JO:       (SC)  Yeah.  Oh yeah, I (UI)...

CW:       Ah!!  Poor you... no...

JO:       (SC)  I went uh, I told (UI)... I, I went up (UI) to
          get my kids ready (UI)...

          (SC)  (UI).

          ... and I walk down and I see kids in coach, up front,
          this and that...

JO:       (SC)  My, my, my (UI) had to have my seat (UI), they
          gave me seat right (UI)... 21st row... I look and I
          said (UI).

RICHIE:   (SC)  What do you man, you...

JO:       The guy sittin' by the window is four hundred and fifty
          pounds.  His wife's sittin' next to him, she (UI)...
          and then after you do like this... I said... (UI), I

                                  90

245D-MM-91505

                told the girl, I said find me a seat. I ain't sittin'
                here.  Sittin' here like a fuckin' (UI), man.  (UI)...

CW:        She accommodated you.

JO:        Yeah.

RICHIE:    (Laughs)

           (UI conversation)

RICHIE:    (UI)... that's what made me bring this up, 'cuz it's on
           my mind, I (UI)...

JO:        (SC) (UI)... sausage together with olive oil... (UI).

RICHIE:    (UI) a sausage on, on top of it.

JO:        (SC) Hey... yeah.  Yeah.

RICHIE:    I was in heaven last night...

JO:        (UI).  I give that bastard...

RICHIE:    ... when I was eatin' at his house...

CW:        (UI).

RICHIE:    (UI)...

JO:        Yeah.

RICHIE:    (UI)...

JO:        (SC) And I was up...

CW:        (SC) You were hanging (UI)?  Man, I could've eaten at
           your place every fucking, oh, my God.

JO:        (SC) (UI)... I put some (UI) in there, some little
           peppers... (UI)...

RICHIE:    Tally ho, man.

JO:        Mean.

RICHIE:    Uh huh.

CW:        Good stuff.

                              91

245D-MM-91505

| | |
|---|---|
| JO: | (UI)... |
| CW: | (Coughs) |
| | Blasted plastic. |
| CW: | Plastic, yeah. |
| JO: | Alright, we're done... |
| RICHIE: | Oh, that, that boat sounds good right now, doesn't it? |
| JO: | (UI). |
| RICHIE: | I'd go home right now, (UI). |
| JO: | (SC)  Yeah. |
| RICHIE: | Hey, cancel the work-out (UI)... |
| JO: | (SC)  Yeah. |
| RICHIE: | ... right now.  We'd be gone. |
| JO: | Just get on the boat, let's go out. |
| RICHIE: | (SC)  (UI)... |
| | (Laughter) |
| | (UI conversation and background conversation) |
| JO: | ... and we'd be done.  I figure well, well you know, the only people with spare change own a boat. |
| RICHIE: | (SC)  Yeah. |
| | (UI conversation) |
| | (Rhythmic sounds of walking) |
| | Oh... this is nice. |
| RICHIE: | (UI). |
| JO: | Hey, no problem, brother. |
| | (UI). |

92

245D-**MM**-91505

| | |
|---|---|
| RICHIE: | Thanks a lot. |
| JO: | Hey, wait a minute. (UI)? Alright... |
| CW: | 3:30... 3:50 yesterday... |
| | (Laughter) |
| CW: | I'm surprised he's here today. |
| JO: | We'll see ya around. |
| FEMALE: | Bye. |
| JO: | (UI). Take it easy. |
| | (Laughter) |
| | (UI conversation, background sounds and conversations, and rhythmic sounds of walking) |
| JO: | Come on. Old age. |
| | (UI conversation) |
| | Hello... |
| JO: | What? (UI)? |
| CW: | No. |
| | (UI conversation and background conversation) |
| FEMALE: | Bye guys, thanks. |
| JO: | Take it easy. |
| RICHIE: | Bye-bye, thank you. |
| | (UI conversation) |
| CW: | Alright. |
| | (UI conversation) |
| | (Rhythmic sounds of walking) |
| | (Sounds of traffic) |

245D-MM-91505

JO:       Yeah, no, (UI) my camera.  Every fuckin' day I'll
          take... 10 minutes, 15 minutes and (UI)...

RICHIE:   (UI) timer (UI).  You know that, right?

JO:       No I didn't.

RICHIE:   Yeah.

JO:       Yeah?

RICHIE:   Uh huh.  (UI) your body...

JO:       Yeah.

RICHIE:   (UI) thyroid.  Pretty amazing thyroid.

CW:       (UI), you're good to go after that.

          (UI conversation)

RICHIE:   (SC)  Well... you could be...

JO:       ... for that.

RICHIE:   They got medication for you.  You could be done.
          You're gonna be all fixed, no problem.

JO:       You're not gettin' me (UI).

CW:       Who am I going with?  JOHNNY?

          (UI)...

CW:       You gotta go back, right?

RICHIE:   I gotta go (UI).

JO:       (SC)  Yeah, (UI)...

          (UI conversation)

RICHIE:   Talk to you later.

CW:       Alright.  Have a good one.  Welcome back, okay?

JO:       Oh, yeah.

          (Sings)  Welcome back...

94

245D-MM-91505

        (Vehicle door is closed)

CW:      No.

        (Vehicle door is closed)

        (Ignition is started)

        (Vehicle door is closed)

        (Vehicle warning chimes)

CW:      No, he's good.  He's just stressed.

JO:      I know.  (UI)...

CW:      What's that?

JO:      (UI)... probably gonna catch up with (UI).

CW:      No, no, no, no, no.  No, it's just, we had to take him
           back so I could just...

JO:      (SC)  (UI)...

CW:      ... let him know there's...

JO:      (SC)  ... fucking fuck-off (UI).

CW:      ... be making money, so I wanna make sure... he's taken
           care of...

JO:      (SC) No, I... he knows you're not going nowhere.

CW:      Yeah... I know.

        (Driving sounds)

JO:      (UI) I can open up to my buddy... fuckin' (UI) huge,
           huge...

CW:      Huge.

JO:      Yeah.  And they do like... how you doing, big ol' high
           rise...

CW:      The work he does... is just unfucking believable.

JO:      (SC)  (UI)...

245D-MM-91505

CW:      ... impeccable.

JO:      When I fucking get some money, I tell ya, I'm gonna do
         my kitchen.  I gotta take that table out... chairs are
         fucking trashed.  I'm gonna get some stools and uhh...

CW:      Yeah.

JO:      ... get a table out there.

CW:      Do it up.

JO:      You need money to do it up.  I don't wanna do nothing,
         I'm telling ya, and I'll tell 'em, come in, do this, do
         this, and get the guys doing it and I ain't got no
         money, right?

CW:      Sure.  I don't know.  I don't...

         (Driving sounds)

JO:      What else we gotta do?  What's the plans for tomorrow
         now?

CW:      Nothing.

JO:      Nothing.

CW:      Could you stop at 7-ELEVEN so I can grab some milk for
         the kids?

JO:      Yeah.

CW:      A six-pack for ADAM...  I shouldn't uh drank beer
         this... for lunch.  (UI).

JO:      (SC)  (UI)...

CW:      (UI).

         (Driving sounds)

CW:      He's a trip.  You can tell he's stressed.

JO:      Too fucking stressed.  All they want, you know that's
         serious when you hit six...  Once you turn a six, they
         gotta help you take it out.  If it was treatable, they
         would fucking radiate you.

96

245D-MM-91505

CW:     Yeah.

JO:     Six, taking it out means... they'll take it out.
        That's fucking (UI).

        (Driving sounds)

CW:     Oh, if you could see it you... (UI) shit.

JO:     Oh, I know.

CW:     He's in such great shape.

JO:     I know.

CW:     It's just amazing.

        (Driving sounds)

CW:     You need a 20?

JO:     Not now.

CW:     (Laughs)

JO:     I got 5, 6 bucks left.  Oh, I bummed fucking uh, (UI),
        I just talked to REGGIE today... needed fucking cash...
        why this fucking uh... it'll hold me tomorrow, that's
        fine... it'll hold me tomorrow.  (UI)... it'll like 30
        bucks.

CW:     Is, how much was it?

JO:     Fifty bucks.

CW:     No fucking way.

JO:     (UI) fuckin' tea we had... you know... (UI) we had six
        beers...

CW:     (SC)   Whew.

JO:     ... that was fuckin', you know...

CW:     That's pricey.

JO:     Nah, (UI)... the burger was $7, and his (UI) was
        fuckin' $10, you know.

97

245D-MM-91505

| CW: | That's funny.  Did you need anything for the kids in here? |
|-----|------|

CW:     That's funny.  Did you need anything for the kids in
        here?

JO:     No.  Just get a little pack of gum (UI).

CW:     Yeah.

JO:     (UI) right now (UI)...

        (Driving sounds)

JO:     (UI - sings).  (UI)...  Hey.

CW:     Yeah.  He's got a nice project out there, a big
        project.

        (CW opens the door when the vehicle stops)

        (Vehicle warning chimes)

CW:     That's it, just a pack of gum?

JO:     That's (UI).

        (CW exits the vehicle - door is closed)

        (Rhythmic sounds - walking)

        (Background sounds and traffic)

        (UI - background conversation and laughing)

        (Rhythmic sounds - walking)

        (Bell tones)

        (Sounds of activity)

        (Bell tones)

CW:     Hi.

        (Sounds of movement)

        (IA).

        (Bell tones)

        (Rhythmic sounds of walking and background sounds of

98

245D-MM-91505

<pre>
            traffic)

            (IA).

JO:         That's a fast (UI).  You should've 'er uh...

CW:         Huh.

JO:         (UI).

CW:         Nah.  You want some?

JO:         No.  No, no.  (UI).

            (Vehicle warning chimes)

            (Door is closed)

JO:         Done for the day.

CW:         Huh.  I hear ya.

JO:         (UI).

CW:         (UI) easier (UI)...

JO:         (UI) fucking no.  Now that load, if we go to S&L...
            it's gonna out...

CW:         (SC)  What...

JO:         ... either tomorrow, you said, or the next day?

CW:         Tomorrow afternoon.

JO:         And how long do they take?

CW:         Uhh... let's see uhh-uhh... uh see, I don't know how
            (UI) handles that.  I think... they use team drivers.

JO:         Right.

CW:         I don't know, which means it should be there within a
            24-hour period.

JO:         What... S&L's in...

CW:         Virginia.
</pre>

99

245D-MM-91505

| | |
|---|---|
| JO: | What? S&L paper handling or magazines? |
| CW: | Just... S&L Incorp (PH). Like, you asked me what it stands for... |
| JO: | Yeah. |
| CW: | No fucking idea. Savings and Loans handle uh... |
| JO: | (Laughs) |
| CW: | Is it, uh, isn't S&L, no that's S&M... |
| JO: | S&M means uh Mark (PH), you know? |
| CW: | No... doesn't S&M stand for some type of... pornography thing like uh... |
| JO: | S&M, it's (UI) yeah... (UI)... and that (UI). |
| CW: | (SC) Sadistic... or... |
| JO: | ... and (UI). |
| CW: | (UI)... I don't know. (Laughs) What the fuck did you say? |
| JO: | Sadistic (UI) fucking... |
| CW: | Nah... |
| JO: | ... (UI). |
| | (Driving sounds) |
| JO: | (Hums briefly) There's a cop (UI) hiding... see him? |
| CW: | Oh, yeah. |
| JO: | Ah-hah... |
| CW: | He got somebody. |
| JO: | No, they're just around (UI) maybe... (UI). |
| CW: | Does it make a difference? |
| JO: | Yeah. Covers it a little bit. |

100

245D-MM-91505

CW:     Does it?

JO:     When (UI), don't stick your fuckin' head out like
        that... you fuckin' say hey, how ya doing, officer?
        Alright...

CW:     What's happening?

JO:     Oh yeah, (UI)...

CW:     You can detect a beer on anybody's breath, though.

JO:     Yeah, you can, but if you got a fuckin' piece of gum
        and (UI) guy's just saying no, (UI)... You drinking?
        No, I'm not.  Yes you are, I can smell it.  But you got
        a gum, (UI)... and he comes, you pop another piece of
        gum.  I got two pieces of gum.

CW:     Bottom line is, you get pulled over, you're fucked.

JO:     If you're drunk, you're fucked.  You can get pulled
        over with fuckin' three beers and (UI) fuckin', twenty
        fuckin'...  You know the best thing to do (UI) though?
        Smoke a cigarette... or a cigar, anything.

CW:     Really?

JO:     Cigarettes, yeah, throws it off.  That's why when you
        ever get arrested for D.U.I... they take your
        cigarettes away, anything.  Can't smoke or nothing.

CW:     Oh yeah?

JO:     Yeah.

CW:     See, that's why I smoke.

JO:     (SC) (UI).  But now... you get pulled over, you won't
        be smoking.  They'll administer the test right there.

CW:     Don't they have those hand-held tests?

JO:     Yeah, they do.  I'd be smoking in the car (UI)...

CW:     (SC) (UI) smoke?

JO:     (UI) take you... (UI) precinct (UI) test.

CW:     It's not worth finding out.

101

245D-MM-91505

| | |
|---|---|
| JO: | No. Not at all. |
| CW: | You gotta run (UI)? |
| JO: | No. |
| CW: | I'll give you a shout when I talk to my guys... try to do what you can for RICHIE, seriously. |
| JO: | Oh, I will, trust me. You know I'll... always help out a friend. You know? |
| CW: | He really does nice work, though. |
| JO: | Well that's why (UI) fucking hooked me up with my house. |
| CW: | (UI) fuck DAVID. |
| JO: | Oh, man. |
| CW: | (UI). |
| JO: | (UI). Alright, well I'll talk to you later, man. |
| CW: | (SC) Thanks (UI)... I'll give you a shout. |
| | (Vehicle warning chimes) |
| | (Background sounds) |
| CW: | Take this uh... |
| JO: | I know. |
| | (Sounds of movement) |
| JO: | Might as well tell that guy MARK (UI) load out, man. |
| CW: | Yeah. |
| JO: | (UI). |
| | (Door is closed) |
| | (Rhythmic sounds of walking) |
| | (Background sounds) |

102

245D-MM-91505

           (Elevator bell)

           (CW enters the elevator)

           (Elevator bell rings)

           (UI).

CW:      You going up or down?

           I go up. You go up? (UI).

CW:      That's alright. Okay.

           (Chuckles) He bounces around.

           (UI)...

           (Faint elevator bell)

CW:      Have a good day, guys.

           And you, too.

           (Elevator bell rings)

           (Rhythmic sounds of walking when the CW exits the elevator)

           Sorry. (UI).

           (Rhythmic sounds of walking)

           (Metal-clanking sound)

           (Knocking)

CHILD:   Who is there?

CW:      It's Daddy.

CHILD:   Daddy.

CW:      Hi, give me a hug.

CHILD:   Daddy... I found another (UI) one.

CW:      How on earth did she find those?

103

245D-MM-91505

(Rhythmic sounds of walking)

HEIDI:    (UI).

CW:       How did they find them?

HEIDI:    (UI).

CW:       Huh?

HEIDI:    She wanted a game, ADAM.

CW:       That is so, I mean...

HEIDI:    (SC)  She must've dropped her game all over the place
          and it was in the box.

CW:       Huh.

HEIDI:    BROOK (PH) found, I found one from (UI)...

CW:       Oh, nice.  It's a treasure.

CHILD:    (SC)  (UI)...

          Isn't it nice?

          (UI - background)

CW:       BUBBA...

          (Television heard in the background)

CW:       Cartoon boy... yoo-hoo...  MAX.  Hey... come and get
          it.

CHILD:    What?

CW:       What did you find, MAX?

          (Television)

CW:       It looks a...

          (Television)

CW:       Say thank you.

          (UI)...

104

245D-MM-91505

HEIDI:    (UI).

CW:       Sorry.  Hi (UI).

CHILD:    Hi.

CW:       What's up?  I mean, what's aaap?  Play in the ocean?

          (Sounds of movement)

          (Background sounds)

HEIDI:    (UI)... when he goes back for all the...

CW:       Yeah.

HEIDI:    (UI).  They were playing in the sand about an hour...
          (UI)...

          (Clinking sound)

          (END OF RECORDING)

TRANSCRIPT COVER SHEET

FILE NUMBER:                    245A-MM-91505

CASE AGENT/SQUAD:               SA PATRICK BRODSKY/OC-1

TRANSCRIBED/TYPED BY:           TERIA BROWN

TAPE NUMBER:                    8

TIME:                           15:41:32

DATE:                           07/25/2001

PARTICIPANTS:

CW:                             COOPERATING WITNESS

JS:                             JOHN O'SULLIVAN

GUIDE TO ABBREVIATIONS:

UI:                             UNINTELLIGIBLE

SC:                             SIMULTANEOUS CONVERSATION

IA:                             INAUDIBLE

PH:                             PHONETIC

(Knock on the door)...

UM:    Hello, FBI open up the, what's shaking...Hello Brook,
       hello Matt, hello Heidi.

CW:    Want a cold beer?

UF:    Go play guys.

UF:    (UI)...

JO:    The green pepper, and a red pepper, and a blue pepper.

UF:    Do you wanna, these are for Michelle, I got, I got
       yours in here baby here...

       (Conversation in background difficult to hear)....

CW:    You wanna take me out to the Miranda?

JO:    Yeah.

CW:    Will this, will this hold both of us?

JO:    It's two sides wide.

CW:    Will it hold both of us. Yeah I got stuck in that (UI)
       like this (UI) I got hit hard with it. The Delta boys
       are back in contact, everybody, what happened, who told
       you?

JO:    Mario.

CW:    Mario, I don't know if you know Mario. Mario (UI) he
       owns a company called hmm, Mario's Land (UI), Mario's
       hmm...

JO:    The BFI (UI)...

CW:    Yeah (UI)...

JO:    Right I know that they already picking up their shit.

CW:    Yeah. How did you know BFI?

JO:    Well BFI, I was over at the body shop yesterday
       checking up on that fuckin' uh, (UI) I got totaled and
       BFI was picking up I said BFI don't (UI), no, no BFI
       started picking up (UI)....

CW:    No...

2

JO:   (UI) lobsters.

CW:   Lobsters right, a lobster that's what I'm saying, it's
      lobster season or what, mini season (UI)...where's
      that, do they swim out there.

JO:   No they don't they're not swimmers (UI)...

CW:   No when that load (UI) that means that people down
      underneath okay.

JO:   No they drop dead (UI), they went there hmm, they
      dropped (UI) or whatever...

CW:   Then he sees it (UI)....

JO:   And, he started, he started about two days ago. They
      keep coming in further (UI) about...

CW:   What's up man, what this guy say?

JO:   Let's, let's (UI) he wants a job.

CW:   (UI)...

JO:   (UI) big fat Lust. Lust was the sales manager for
      Delta.  This was before (UI)...

CW:   Right.

JO:   Before (UI)...

CW:   Well he wants the job we don't even have the fuckin'
      business running yet.

JO:   No (UI)...

CW:   Yeah okay.

JO:   You form a business account (UI)....

CW:   Sure exactly, but he wants a job doing what? A guy from
      Mario's who own Mario's...

      (Conversation too low)....

JO:   Mario (UI) sold to...

CW:   It doesn't bother me.

JO:   He sold it to Delta about a year and a half ago (UI).

3

He had a tendency (UI)...to get out.

CW:     Exactly.

JO:     (UI) Scott had too many problems, but they sold according to Mario (UI)....he sold (UI).......so that leaves Mario, so the bottom line is this (UI).....Mario is responsible for all the land...

CW:     Right.

JO:     You know (UI)..

CW:     (UI)...

JO:     They have dozier and FA Trucking (UI).....

        (Conversation too low).....

CW:     No. no you got to tell me get to the point you know (UI) I know who ASO and all those guys are.

JO:     How do you know that?

CW:     I see (UI) all over the place.  I don't know the (UI)...

JO:     (UI)...

CW:     No, no, but you're just saying ASO you know..

JO:     If you know somebody you know somebody...

CW:     No, no I....

JO:     If, if you (UI)...

CW:     I'm familiar with (UI) their operation.  I don't know about people.

JO:     (UI)...

CW:     Yeah they came out.

JO:     You know what their logo is if I wrote it on a piece of paper?

CW:     Would I know Kmart's logo?

JO:     Yeah.

4

CW:    (UI)....

JO:    No, Kmart's logo.

CW:    Kmart (UI)....

JO:    (UI)...

CW:    No okay go ahead try, because I don't, you know, alright...

JO:    You're fuckin'...

CW:    I'm stressed out, I worked all day, my head, look at my fuckin' (UI)...it's your fuckin' problem.

JO:    I'm not going to hold...

CW:    Alright so do we speak to (UI)...

JO:    Mario.

CW:    Mario, Mario is looking for a job.

JO:    Mario has the ability to take (UI)...

CW:    And take it away from them (UI)...

JO:    (UI)...

CW:    Okay good, okay Mario's (UI) a job placing containers and he's got...

JO:    I haven't spoke to Russ.

CW:    Okay alright but who we going to use?

JO:    The point is this, (UI)...

CW:    Right.

JO:    And trying to (UI) Southeast (UI)...

CW:    That's what my question is but the container (UI) we can use (UI) are they still AS? No...

JO:    No the (UI)...

CW:    (UI) Mario.

JO:    Mario is...

5

CW:     (Burps) excuse me.

JO:     (UI) buddies.

CW:     Okay.

JO:     Put (UI) with them.

CW:     And then (UI) all this shit. Picking up (UI)...

JO:     You know they got money.

CW:     Right yeah exactly.

JO:     With smart daughters we're talking about the difference
        between health (UI) what we're doing (UI)...all that
        bullshit.

CW:     Right.

JO:     (UI) here. Alright the difference between twenty grand
        a month or fifteen grand a month versus the six or
        eight grand..

CW:     Right.

JO:     That we're making current..

CW:     Definitely I agree.

JO:     (UI)...

CW:     Okay.

JO:     (UI)...

CW:     We can (UI)...we wanna go in, we wanna take over health
        com and we (UI) right. That, that's the (UI) right.

JO:     That's (UI)....

CW:     Mario said no problem whatever you wanna do.  They got
        the truck and everything (UI), they got the (UI) that
        they need. You need tow cars (UI)...

JO:     Tow trucks can be used (UI)....

CW:     That's what I'm saying, who's going to do the (UI)...

JO:     Mario is going to be the one that would have to buy
        from Delta.

6

CW:   He's buying from Delta the go-carts (UI)....which will only be about six thousand dollars left right.

JO:   About (UI)....forty seven bucks.

CW:   And how, what's the split with these guys?

JO:   (UI)...

CW:   He's going to be laying out the money for (UI) carts.

JO:   (UI)...

CW:   No, no, no, but I'm just saying what these guys wanna do but (UI)....

JO:   Just make money.

CW:   Just make money that's what it's all about.

JO:   The problem is (UI) our situation is (UI), you can't (UI), what do we do?

CW:   What do we do, well I thought we were interested in you know give some more change every month. We don't have to tell'em (UI)....

JO:   (UI)...

CW:   Trust me, trust me they ain't fuckin' talked to (UI) at all.   Anything that we're doing, he don't have to know. All he knows is magazine, that's all he knows (UI)....

JO:   (UI)...

CW:   He don't talk to him, he don't talk to him, trust me they don't talk to him at all. They don't talk to him at all. I know that for a fact they don't talk to him.

JO:   What happened?

CW:   What, what with John?

JO:   Yeah.

CW:   Since he got when he got indicted they just fuckin' said boom, I had to go down there and tell them you know don't say nothing to (UI)...you know they haven't talked to him at all.   Even his fuckin' neighborhood.

JO:   Yeah I remember that.

7

CW:     Yeah his neighbor, dick head (UI) medical he won't even
        do to his house and he lives down the block from him.
        Trust me they don't want nothing to do with him.

JO:     (UI)...

CW:     I know, I know.

JO:     We got to keep it separate though.

CW:     We're going to keep it separate, we'll keep it, we'll
        keep everything separate.

JO:     (UI)..

CW:     No we not because (UI) you know there was nothing uh,
        nothing there for you. What happened Adam put the deal
        together and I'm with Adam.  Is there something for you
        there no (UI) cut you out the magazine because you
        didn't (UI)...

JO:     Well it's a big deal the reason being is (UI)..

CW:     Right. You say you have to always give your bread and
        butter away.  And see listen I'm gonna tell you right
        now he's not a part of uh, (UI) and he's in partner
        with us with the magazine that's it.

JO:     (UI)...

CW:     I told you man.

JO:     Well listen I don't wanna let shit slip through the
        crack.

CW:     Nothing is gonna slip through the crack.

JO:     (UI) I have friction because of this for two fuckin'
        years.

CW:     Listen as I told you the only people that fuckin' know
        like this conversation will go nowhere between me and
        you that's it.  I don't talk, I don't even talk to
        Gina.  I don't tell her nothing what's going on.  I
        just fuckin' (UI) where were you when we were doing
        nothing.  (UI) I'm working, what, well what are you
        working, what are you guys doing.  Nothing, you don't
        need to know about it.  When the money starts coming in
        you just be happy.  You want to go to jail.  No I'm not
        going to go to jail.  Everything we're doing is legal.
        It's a recycling company (UI)....

8

JO:     (UI)...

CW:     No not cutting the (UI) she's just saying cause I don't
        see no money this and that like what are you doing you
        must be doing something illegal if you don't tell me
        about it.  No you don't need to know, you don't need to
        know.  And she, you know what she said she said fine.
        I don't need to know, as long as the money starts
        coming in.  (UI) I didn't pay, we didn't pay last weeks
        car payment, 450, I said well we'll have money next
        week. We better have money next week, cause now we owe
        two payments July and August.

JO:     It fucks up your credit...

CW:     Well I'm a try not to, but try not to.  Just waiting
        for some cash to come in that's all you know cash will
        be coming in.

JO:     Great.

CW:     We'll get it, we got cash coming in next week.  What do
        I tell these guys, uh, well I already told them.  (UI)
        call them back. (UI) looking for that load, we don't
        know yet (UI)...

JO:     Well I'll call (UI) just tell him flat out (UI)....

CW:     You (UI)...alright.  That's what you wanna do.

JO:     (UI)...

CW:     Return the check deal.  Just tell him we can't do
        business with you...

JO:     He's a bad apple.

CW:     Can't do business with you at this time.

JO:     Bad apple.

CW:     Alright, we ran just tell the truth, we ran your credit
        history of your company this and that you know.

JO:     Well I can't do that because that's, that's
        infringement.

CW:     Right, right.

JO:     I'm not suppose to be able to run DMV's.

9

CW:    No.

JO:    Unless I do it correctly and it's used (UI)...

CW:    I just said you know what we just got to cut him off at
       the (UI)....that's all.  I'll have the check, it's not
       a (UI) deal.  I'm heading up that way, I'll call you
       back in a hour or so.  Hey do I have to (UI)...on the
       horses.

JO:    Take (UI) check alright turn it..

CW:    Mail it back to him.

JO:    Yeah.

CW:    What's the address? Call him up.

JO:    Yeah that's right.

CW:    Call him up. I'll fuckin' mail it.  Do me a favor
       cancel that check out, put a stop payment on it and
       I'll rip it up.

JO:    (UI) return it to him (UI)....

CW:    We can't do business with you at this time. Why not...

JO:    Keep it simple.

CW:    Just can't at this time.

JO:    I don't wanna see certain shit.

CW:    What do you want, what do you want me to do.

JO:    At this point (UI)...

CW:    Right.

JO:    With (UI)...

CW:    Absolutely, listen.

JO:    Let's keep it that way.

CW:    All I have to say Steve listen I got here your check is
       still here.  I'm gonna have to put back in the mail,
       give me your address, hmm, right now we can't send a
       load up to you just because that's just the way it is,
       just can't send it to you right now.  (UI)....

10

JO:     (UI) call.

CW:     Huh? No I'll call (UI) I can't, we can't commit to you right now (UI)....Everything looks good then huh?

JO:     (UI)...

CW:     Everything's good.  (UI) go out today.

JO:     Yeah.

CW:     What (UI)....

JO:     (UI)...

CW:     Canada didn't get their load yet.

JO:     They did.

CW:     They got their load, they uh...

JO:     Oh no, no, no shit, I don't know.

CW:     (UI)....

JO:     Two days, they said uh, twenty four hours with team runners, or....

CW:     Yeah they're going to get it straight up there.

JO:     Yeah I guess (UI)...

CW:     Twenty four hours.

JO:     They have a mileage cap on each driver side. Oh it's making me nervous.

CW:     What's making you nervous?

JO:     (UI)...

CW:     S&L or the Canadian guys?

JO:     No (UI)...

CW:     Why is it making you nervous man, I'm psyched, I'm (UI), I'm ready boom.

JO:     I know that (UI)....

CW:     (UI) these people are going to be reaching out.  What

11

about our boy hmm, (UI) Johnny Rocks.

JO:    Johnny Rocks.

CW;    Johnny Rocks.

JO:    I haven't (UI)....

CW:    I know I got his card, you know I talked to him a couple of times. Call him up right now.

JO:    Ask him if there is a bill...

CW:    With who?

JO:    With Adam or uh..

CW:    The last we left it you were going on your own. That's what we you know we fought it out. And hmm, you know you and David both...

JO:    So what?

CW:    No but I'm just saying, I left, I didn't...

JO:    (UI)...that way we know where we're standing.

CW:    What could we use him for? How many containers does this other guy have?

JO:    Which guy?

CW:    The guy we're looking at.

JO:    Mario.

CW:    Mario, nothing.

JO:    (UI) to sell for a half million.

CW:    So you must have like fuckin' fifteen containers.

JO:    Oh more than that.

CW:    Okay, yeah but now you wanna get back into the you know C & D.

JO:    I do.

CW:    They can charge 2.75, and they're going to give us term this and that, we're going to make slow pay.

12

JO:    Yeah.

CW:    And you know remember how you got burnt with that.

JO:    Yeah. I'm ready to do it again.

CW:    You are okay.

JO:    (UI) if you don't mind.

CW:    Okay.

JO:    This will be (UI)...

CW:    Right.

JO:    Unless you want me to call them, and I'll call them.

CW:    If you wanna call right now you can call them
       (UI)....is my phone charging. Yeah (UI)...

JO:    This is my (UI)...you know the number?

CW:    Yeah they just called me.

JO:    They did.

CW:    They called me yeah thirty minutes ago.  I told you
       Steve (UI) partner.

JO:    No, no, no (UI), the other guys.

CW:    Who?

JO:    Johnnie Rocks.

CW:    You want Johnnie Rocks (UI)...I don't have it on me, I
       have it in my car. I have his card, I don't have it on
       me.  I have hmm, let's do it tomorrow.  Let's (UI)
       tomorrow morning (UI)...that have nothing to do with
       (UI) just make sure we have a good billing system as
       long as we have that (UI)....

JO:    Too many fuckin' mistakes.

CW:    No we're not trying to make mistakes.

JO:    Yeah we did.

CW:    Well yeah we did. Well (UI) we're in the fuckin' office
       there and you know we had too many fuckin' things going

13

on, give it to her, and leave a piece of paper on your desk, and do this and do that. Right, (UI) fucked up.

JO:    (UI)...

CW:    Well that's what I'm saying, we do it, we're going to do it the right way, we're going to go, we're going to fuckin sit down, let's (UI)...

JO:    (UI)...

CW:    I don't know, I might (UI)....you want me to take your computer and tell Mikey to hook it up in his room.

JO:    Please.

CW:    Alright I'll tell him to hook it up in his room and hmm...

JO:    (UI)...

CW:    Yeah, and (UI) just go in, pull up the (UI) do this and that.

JO:    A 100 percent.

CW:    When is Mario coming up, not Mario, what's his name? (UI)...

JO:    No he said between two and three...

CW:    (UI)...

JO:    (UI)...

CW:    Guess what, he ain't coming.

JO:    Might.

CW:    He ain't coming. Yeah you understand my idea behind (UI)...

JO:    (UI)...we'll make it a six grand (UI)...

CW:    Ground ball man, we'll (UI)....don't rock the boat, I might ask for five grand, don't rock the boat, six grand is better than no grand. You know especially if it's all set up there fuck it, I don't have no problem with Albert giving him you know sixteen hundred dollars a fuckin' trip, who cares. We got to pay for the truck (UI)...that's' fuckin' six grand more in our pocket

14

than we had yesterday.

JO:    Yeah it's a lesser pain in the ass for sure.

CW:    (UI) these guys that did the shipping (UI) up in Canada, how much does that cost.

JO:    It's expensive. Fourteen thousand dollars per load cheap.

CW:    Cheap, a couple of hundred.

JO:    Yeah. About nine hundred and twelve (UI)...

CW:    Twelve (UI)...nine and twelve.

JO:    Per load.

CW:    Two loads, alright, we're going to be getting back large numbers on that. And then the truck company gave (UI) then we have to take care of them right away.

JO:    (UI)....

CW:    I'm saying man, why don't we just start you know in the morning, I come and pick you up whatever this and that and we head back to my house and work out of there also.    Plus I got the computer set up.

JO:    Everybody knows where the text goes.

CW:    Right.

JO:    Once it arrives you and I (UI) anything that purchase (UI)....

CW:    Yeah. That' fine (UI) invoice.

JO:    (UI)...

CW:    You don't have to, but you know when you got to start paying...

JO:    In the future.

CW:    Right, when we start, we have to pay the truckers (UI) money order, money order.

JO:    (UI)....

CW:    Got to get a checking account. We can open the checking

15

account in your name and my name (UI) and we just get a check book put a thousand, fifteen hundred dollars, two thousand dollars, just write it off, trucking boom, trucking boom.

JO:    And it have to be more than one thing though (UI)...

CW:    Oh yeah well...

JO:    We have to, I'm taking advantage of...

CW:    (UI) baby.

JO:    The C&D's and all that...

CW:    If we can make money out of (UI) I just don't wanna get stuck, remember how fuckin' crazy with Dewey Mack and sixty day this and that. Can we afford to that, that's what I'm saying.

JO:    (UI)...it's my responsibility really.

CW:    Okay.

JO:    I don't wanna, I don't wanna (UI) what we (UI)....

CW:    (UI)... partners me and you, me and you (UI) that's it. (UI) in the magazine, John listen you know what (UI) it's going to stay that way, it ain't changing. I'm not telling them about CD, I'm not telling them about nothing you know. Don't worry about it, he ain't going to know nothing, I don't tell him nothing about nothing. Like I told you...

JO:    It's affecting me, I'm telling you, it's a serious case.

CW:    (UI) got nothing to do with this.

JO:    (UI) but he did (UI)...

CW:    He's not going to have nothing to do with (UI)....

JO:    At least he have fuckin' thirty day (UI) Delta...

CW:    Right.

JO:    And now...

CW:    They don't wanna COD...

16

JO:   Yeah oh because why, (UI) Mario told me (UI)....you
       know how it is.

CW:   Guilty by (UI)...

JO:   (UI)...or Patsy, or (UI)....like fuckin' steer clear of
       what (UI) twenty fuckin' minutes.

CW:   Guilty by association man.

JO:   (UI) good thing.

CW:   I know but it won't happen again, because you know what
       got nothing to do with it.

JO:   (UI) loaning money (UI)...

CW:   Right don't worry about me.

JO:   What we're doing is (UI)...at the same time (UI)....

CW:   We'll be fine my friend, my brother, we'll be fine.
       What else is the news?

JO:   That's it (UI)....spoke with John (UI)...

CW:   Yeah is he coming down?

JO:   (UI) to a point, yeah...

CW:   Is he still apologizing for fuckin' you know, fuckin'
       (UI)....

JO:   (UI)...

CW:   Fuckin' money talks, bullshit walks (UI)...

JO:   No, but there's a huge one right here.

CW:   Yeah (UI) oh Jesus Christ.

JO:   Sort of like fuckin' idiots.

CW:   (Laughs)....(UI) throw me over the top (UI)...

JO:   (UI) dining room furniture.

CW:   Oh alright oh he's all the way out that way.

JO:   Yeah.

17

CW:    Nothing else then huh? Two loads enough.

JO:    There's a lot more, but I don't wanna get involved in.

CW:    My concern is now (UI)...getting that fuckin' load up
       to Mark (UI) whatever. I left him a message again, we
       get a load out this week.

JO:    Did he call you back?

CW:    Huh?

JO:    Did he call you back?

CW:    No. He's probably with his family.

JO:    That's good.

CW:    Yeah, I only called him an hour ago.

JO:    You didn't know if the reunion was last week or this
       week.

CW:    (UI) like you say (UI) stop at three o'clock his day is
       over.

JO:    (UI)....

CW:    I just called him (UI)...

JO:    Like four, four thirty.

CW:    Right, I said Mark, just want to leave you a message,
       touch basis, I'm on my way down (UI) down in Miami
       (UI)...if it turns out well, we'll all be prosperous
       from it, nothing to worry about.  But I didn't forget
       you, but I have a load down there, but I'm....woo, that
       was close wasn't it.

JO:    (UI)...

CW:    So anyway that's the story, alright, you got a knuckle
       head, you wanna call them up, you wanna call them back.
       So where do we go tomorrow (UI)....no thank you, I'm
       not a big (UI)..

JO:    You know what we can do tomorrow.

CW:    What can we do tomorrow?

JO:    Go see (UI)...

18

CW:     Sure, why we going to see him for?

JO:     Well I'm going to see him.

CW:     I bought a new pair of glasses, last two weeks ago.

JO:     They all fucked up.

CW:     No that's not them, I lost them already.

JO:     These are fucked up.

CW:     Yeah I know their fucked up, but that's like my emergency pad I keep in the car, their all scratched and everything (UI)....you still working for BFI?

JO:     What do you mean still?

CW:     Well I'm just saying he (UI) to be a fire right.

JO:     That wouldn't be a (UI)...

CW:     (UI) get rid of management you know.

JO:     Who told you that?

CW:     No I, you know with anybody, you know new ownership comes in, what they do, they usually clean house.

JO:     No, no (UI) ownership. Who gave you bad advice?

CW:     Nobody, oh I did (UI).....you wanna go see Pat and say what?

JO:     What's up.

CW:     What's up.

JO:     (UI) ruin the fuckin' relationship with Pat and Jack.

CW:     Right.

JO:     (UI)....

CW:     Well I thought you didn't have a good relationship with Pat?

JO:     I didn't better than John and Dick.

CW:     (UI).....

19

JO:     Oh yeah that'll do.

CW:     (UI)....

UF:     It's not really cold yet.

JO:     No thank you. Whatever your bad experiences are.

CW:     I don't have no bad experience.

JO:     (UI)...

CW:     Alright you wanna go see him, we'll go see him, we'll
        go pay him a visit. They're not delusion.

JO:     You sit in the parking lot and I'll go in and see him.

CW:     I'll go in and see him I don't care.  I got to put my
        good shoes on tomorrow then huh, my good sneakers.

JO:     (UI) dress up a little bit.

CW:     Right.

JO:     I had to go to the dry cleaners.

CW:     (UI)...what time is that tomorrow now, you wanna do
        that.

JO:     I haven't scheduled it.

CW:     You haven't scheduled it. You're going to ask him hmm,
        you know what's up with him.  They're (UI) wasn't it.

JO:     Yeah (UI)...small accounts uh, (UI)....

CW:     Okay (UI)...

UF:     What's wrong?

CW:     What you call that place (UI)?

JO:     You can't.

CW:     You can't, contact, they can't handle it. We're going
        to keep that for ourselves right?

JO:     (UI).

CW:     Right I know let's get them out of our heads.

20

JO:    You're saying no, but....

CW:    No, no, no, I'm saying like now you're saying this other guy Mario, Mario can handle it.

JO:    Hmm, hmm.

CW:    Okay, so why don't we set it up. (UI)...I like to stick it to him. I get like a screw driver and drill it through their head, nice and (UI) you know. I'd like to screw his feet to the ground and push him over (UI)...

JO:    (UI)...

CW:    I know.

JO:    You say one thing about somebody that always need (UI)...

CW:    Right.

JO:    (UI) own personal situation (UI)....

CW:    Well I'll screw his left foot to the ground.

JO:    Why, no.

CW:    Go look at Reggie, next time Reggie you see Reggie look at her feet. (Laughs)...I know I'm always playing with (UI)...

JO:    You can play with me all you want, but I'm not a fuckin' child.

CW:    Oh this guy Mark keeps telling me he's going to come see you, he's going to come see you, and again today he's nowhere to be found again.

JO:    (UI)...

CW:    I won't let you go down. What time you wanna hook up tomorrow now, you wanna start a early day, you wanna start a (UI) day?

JO:    Eight thirty (UI)....

CW:    I'll be getting out the shower before 8:30, come on I got to get my kids down to camp.

JO:    Nine thirty.

CW:    Dropping them off, yeah like 9:30 is good (UI)...be

21

ready to go. (UI) go ahead. She'll take care of it,
what do you want me to wear tomorrow, (UI) sneakers?

JO:   (UI)...

CW:   (UI)...I got to put on a nice shirt, and stuff.

JO:   (UI)...

CW:   With who (UI)...

JO:   No bull shit me.

CW:   I never bull shit around with you. I'm just, you know
me I'm always ready to go, go, go, go.

JO:   I know that.

CW:   (UI) over the last couple of weeks just to sit back and
just let it happen.

JO:   I know, with me it's a different story.

CW:   Right I have to sit back...

JO:   I'm serious.

CW:   I have to sit back and just let it happen.

JO:   Any business that happened it in the past, or future,
or present wherever the fuck the case maybe.

CW:   Right.

JO:   Ah, wash your hands, but at the same time, I wanna wash
(UI)...

CW:   Always definitely.

JO:   I don't know, I don't wanna get in trouble (UI)....

CW:   (UI) the money, and they pay you back.

JO:   (UI) it doesn't matter.

CW:   I know (UI) you know how many people get arrested for
that, trust me, if they didn't contact you like when
this case first closed almost a year ago, (UI) would've
got arrested, they would've been checking you out and
this and that.

22

JO:     I know they're checking me out (UI)....

CW:     Neither do I. I don't want nothing.

JO:     So being in Dade County (UI) you know why CYA, cover your ass.

CW:     (UI)...

JO:     (UI)....I protect your ass, you protect my ass (UI)...

CW:     I agree with you.

JO:     Don't fuck around with (UI)....

CW:     I never do, I never do, my concern is here, we're trying to get the magazines working, get a load this and that, and then we start this and that, we (UI) have money coming in (UI)... We're talking about new people coming in (UI)...

JO:     Listen I can do it (UI)....

CW:     I know and you're good at that, you're good at that.

JO:     Tomorrow.

CW:     That's just my concern is that, let's complete one thing...

JO:     Your, your concern is (UI)...

CW:     Yeah I know it's the same thing, but I'm just, you know...

JO:     The difference is my living in (UI)....let's make it fuckin' work.

CW:     (UI)...

JO:     (UI)....

CW:     Right.

JO:     I got a lot of connections, you have a lot of connections and a lot of connections make it work, but at the same time (UI)...

CW:     No absolutely not.

JO:     In jeopardy.

23

CW:    I don't expect you to.

JO:    Okay, so the next time and I know you do it to me on occasion, you feel me out, and I still feel you out.

CW:    Right.

JO:    (UI)...that's all I want.

CW:    Right that's fine, that's fine, I never fill you out. I'm just wondering like...

JO:    Yes you do, you feel me out. Just wondering is feeling out.

CW:    No but I'm wondering because this guy is fuckin', I'm concerned I'm going to put it right on the table now. I'm (UI) about South Eastern, I'm (UI) trying to get away with (UI)..

JO:    Yeah.

CW:    And then we'll go back into Southeastern, I know you don't wanna burn no bridges because you still owe a lot of money from that.

JO:    Yeah.

CW:    But I thought we were going to just like (UI) you know, forget about South Beach. That's my concern, that's my concern, but that'll, that will help you.

JO:    (UI)...

CW:    Then I don't wanna do it. Then we'll keep...

JO:    (UI)...

CW:    See when you tell me that right now, then I say you know what put Southeastern back in our pocket then, that's fine. You know when you tell me one thing one day, and then you know like every fuckin' guy he don't show up, this and that I mean.

JO:    Johnny I did that because you weren't (UI)....

CW:    Adam.

JO:    You weren't.

CW:    On what account.

24

JO:      You weren't.

CW:      On what account.

JO:      Not what account, it wasn't, it wasn't a one time issue it's just...

CW:      No, Adam I'm honest (UI), I'm always on, I'm a learner, I'm ready to listen, you're my boss this and that.

JO:      I'm not your boss.

CW:      Well you know what I'm saying, I just don't wanna see you get hurt again (UI)...

JO:      I understand too, I'm a learner too.

CW:      Look at my noodles, where did you get that. Listen I promise you no if ands or buts (UI)...I'll put the cards on the table. If you say (UI) the smart thing to do. You know respect my decision, but if it's gonna hurt you (UI) you know let's keep it then. Trust me I'm not like feeling nothing out, I have no (UI) you know, with John I go straight up and tell you. He's not a partner or anything else. He's just a partner with the magazine, just the magazine with this much here, that's all he got, he don't need to know about nothing. Like I said I don't tell Reggie, I don't tell my kids, I don't tell nobody about nothing.  What me and you we talk about is (UI)...

JO:      I trust you.

CW:      And I trust you also.

JO:      It's a building process, now we're on a day to day basis.

CW:      Right.

JO:      And it means a lot, this is my life...

CW:      I know trust me...

JO:      And this week I turn it over to you.

CW:      Right.

JO:      And Michael.

CW:      Right.

25

JO:     And I wanna make sure that, that fuckin' shit doesn't slip away from you.

CW:     It'll never on my kids, on my kids, my wife, my kids, my grandmother, it'll never happen because you know, and you should know and Heidi will tell you, I would I would rather say Adam here, you run with it, you know I'm gonna get out. I would never (UI)...

JO:     No it is, but (UI)...

CW:     (UI)....see you later guys. We'll send you soon, we'll be leaving in a few minutes. I don't know what the plans are tomorrow, but I'll try to get them down here. Oh yeah definitely. John this is the magazine, this is our business here alright, this is the fuckin' magazine. He don't know about this, he don't, you know, no I'm alright. (UI)...I got to give the waitress a tip. (UI) look at this. See you tomorrow.

UF:     Come on kids.

CW:     He don't need (UI) I'm not going to tell John what's going on. All I told John and I told you this before listen John you gave me this money, you're gonna get that money back (UI) every month (UI)...you know what this is your cut take it or leave it, you don't want it, you're out. You know what he's going to say no I'll take it, I'll take it..

JO:     (UI) are so tight.

CW:     I'm telling you.

JO:     Up until about a week ago I was (UI)...

CW:     (UI) what you thought I was being evasive. You know a funny thing about that though, thinking that I might (UI) you know why I don't have answers, when you ask me something, I'm like you know (UI) certain fuckin' assholes would mention something like you know make sure that you pay attention and make sure you do this.

JO:     Right.

CW:     (UI) I really don't. My fuckin', I wear my (UI) in my fuckin' sleep.

JO:     I know you do, I know you do.

CW:     I want to keep it that way.

26

JO:    I was going to say that.

CW:    (UI) me and you.

JO:    Hey let me tell you something, it'll always be that way
       between us I have to say on my wife and my kids. Cause
       I'm a, I'm a straight up...

CW:    (UI)...

JO:    I know that, we're straight up players, we got nothing
       to worry about.  You're never gonna get a DV you know
       from me. You're never gonna get, like I say if I ever
       fuckin' (UI) my life, you know what I'm gonna.

CW:    You won't have to, I'm a carry a fuckin' bomb and I'm a
       (UI)....that will never happen again.  They'll be no
       warning, they're will be no nothing, their will just be
       a fuckin'..

JO:    See you later.

CW:    Yeah.

JO:    Alright good.

CW:    Because I deserve it, never.

JO:    Good.

CW:    John, we're going to make good money.

JO:    I know we are.

CW:    We're already making good money. John is making good
       money, treat him as, whatever he is to you.

JO:    John's a friend of mine.

CW:    I don't give a fuck.

JO:    John's a friend of mine, that's all that is. I tell you
       there's no other (UI) I'm not I'm not fuckin' up, I
       coach this kid in basketball.

       (Telephone ringing)....

JO:    Hello, hello, good how are you mom.  Not a whole lot,
       no, I'm just about two seconds (UI) yeah.  As a matter
       of fact, John had contacted me uh, and I talked to him
       in great detail.  Yeah we had thought it was a girl

27

that Heidi had met and I had met downstairs but hmm,
some 248 number and then John had called me from the
810 number or whatever, but uh, I spoke with her, I
appreciate it.  Yes we did.  How's everything, you did.
That's scary.  I'll be sure and let Heidi know uh, that
you called (UI) with one of my work guys here
(UI)...(Hangs up telephone)...So...I don't know just
some fuckin' (UI)....

CW:     What are you gonna do?

JO:     Do nothing.

CW:     (UI)....

JO:     That's fine, don't worry about, don't worry about uh..

CW:     No.

JO:     (UI)....

CW:     Really the kid that had the old (UI) problem, (UI)
        there is another issue (UI)....

JO:     Don't worry about it, (UI) this time next week man
        we'll be fuckin' (UI)....we're all set.

CW:     I'm not worried about the money issue.

JO:     Well as you know I'll look you straight in the eye and
        I always know you got nothing to worry about you know
        anything going wrong with me, you know I'm listening
        because I (UI) this stuff that you tell me outside
        boom, boom, boom (UI)...

CW:     Oh yeah.

JO:     I was a little apprehensive about all that...

CW:     You fuckin' scum bag.

JO:     Right exactly, exactly, but now that Russ, I don't know
        Russ, I can't, I don't even know the other guy.  I know
        the company and stuff, but if we can do something with
        them and then I'll be saying bad experience we had with
        (UI) Mack, sixty day, ninety day, not get paid, and I
        don't want to (UI), but we got to pull it out our
        pocket, you know.

CW:     Listen it's not that (UI)...

28

JO:    You're right, you're right.

CW:    I fuckin' I don't like fuckin' David.

JO:    Right.

CW:    Because I don't like David.

JO:    I don't like David either.

CW:    I almost do not want to like John.

JO:    Right.

CW:    Okay.

JO:    I agree with you, you don't have to like John, you
       don't have to like John.

CW:    No I know.

JO:    John doesn't have to be (UI) either, I can say here's
       your money back boom, it's not working.  Here's your
       money, here's what we got...you know what it's not
       working no more and he's out. I can do that. I can do
       that, I think you're a little more worried about all
       cut and (UI).

CW:    Naw I can talk to him and have more conversation.
       Listen I'm not (UI) his fuckin' boss.

JO:    No I know, but that's not the (UI) to have it.  If we
       don't wanna (UI) you know what here's your money back,
       plus you know your little profit there, you know this
       magazine thing ain't working people got screwed (UI)...

CW:    Right now hmm...

JO:    Fifty, fifty.

CW:    Yeah.

JO:    Yeah...

CW:    That's why I'm not (UI) and you know that, you're
       smart.

JO:    But listen you got to remember something I'm here, I'm
       taking care of you.  And you know.

CW:    This isn't a personal thing between me and you.

29

JO:     No I know it's not, but just remember when I tell you I
        don't tell nobody, fuckin' (UI) listen the more
        partners we got, the less money me and you make.  What
        do you think I'm looking for.

CW:     (UI)...

JO:     What do you think I'm looking for, our money, I'm
        looking for...

CW:     Who's giving it to you?

JO:     Right, you are?

CW:     Yeah.

JO:     I'm looking for it. And I know that, and I want to see
        you Heidi and the kids and me Reggie and kids going up
        north, we're going to the Bahamas this weekend, let's
        go to Marco Islands, let's go down to the Keys.

CW:     You know what let me say something to you.  Just say
        you know (UI) the Bahamas.

JO:     (UI) for my birthday.

CW:     No.

JO:     (Laughs)...

CW:     Before.

JO:     Oh alright before alright cool.

CW:     You know you'll have to change your schedule.

JO:     I'll make a change of schedule.

CW:     Okay (UI) I never, I get so pissed, thinking back the
        situation with David...

JO:     Right you don't have to explain that one. You don't
        have to explain that.

CW:     Now I love David more than I ever fuckin' love John.

JO:     Reggie will cut his eyes out with a fork right now if
        she saw him...

CW:     She deserves it.

30

JO:     If she saw him in the street she will get a fork and poke his fuckin' eyes all out.

CW:     Fuckin' skunk.

JO:     Exactly.

CW:     You know me Reggie is a beautiful woman, nice I'm low key, let me tell you somebody wanna fuck with me..

JO:     Yeah I know.

CW:     I'll fuckin' dig right back.

JO:     I know that.

CW:     I'll crush them.

JO:     I know that listen I'm a let you know right now, straight up the only connection with me and John and Reggie and John you know we know their family, we coached Joey in basketball, travel basketball, we know they were going to their house, yeah we're friends with them, (UI) this and that they invite us. We had nobody else down there all our family is up in New York and (UI), if you were to invite us hey come on over (UI) with your house (UI)...

CW:     Absolutely.

JO:     We had nothing to do.

CW:     Well the difference was he put you on a fuckin' (UI)... they took you in the same way they took me in.

JO:     Right.

CW:     They put me on a collection route, mine was different.

JO:     Yeah well mine, you know what.

CW:     I made them silly fuckin' money.

JO:     Yeah but my thing was you know what (UI) collection was, I already told you one guy that, go collect a check from this guy, go get cash David tried to get me on (UI)....

CW:     That's when I was trying to warn you.

JO:     Yeah, I'm glad well, you should've warned me a little

31

faster because you know the heat came in (UI) come work for (UI) you going to work for me now this and that and what do he do. I knew right away something was wrong when he couldn't pay the fuckin' six hundred dollars a week and then say oh Adam owes you the other three hundred this and that, I'm like bullshit. I'm never going to be doing nothing with David again ever, ever, never. If you feel uncomfortable with John getting a fuckin' cut, I'm only doing it because I'm a friend and this and that.

CW:    Listen, listen John, John is your friend, not to cut you short.

JO:    Right.

CW:    (UI) eat that, that's good.

JO:    Delicious, delicious man.

CW:    John is a, he's a (UI)...

JO:    (Laughs)...

CW:    (UI)....John is, John is a (UI)...definitely.

JO:    Yeah.

CW:    So I wanna make sure that whatever the fuck me and you do (UI)....

JO:    Right.

CW:    Keep it clear.

JO:    It's gonna keep clear.

CW:    I got a fuckin' bug device to make sure that when I'm protected I do all that shit.

JO:    Right.

CW:    To make sure that any business I have...

JO:    Straight up...

CW:    Is protected, is protected from you.

JO:    No I did it, I was (UI) one day just to protect my interest when it came into my house.

32

CW:     Good (UI)...Don't bring a fuckin' trouble to me or
        yourself.

JO:     I'm, trust me, what I always tell you. If you didn't do
        nothing wrong, you got nothing to worry about. And
        trust me I'm not, if I see something and they say
        alright, you know go (UI) three grand (UI) what do you
        think I'm gonna say. (UI) I can't do that, I can't do
        that. Trust me I'm not...

CW:     The problem is the past.

JO:     The past...

CW:     And I've got a nasty past.

JO:     Right.

CW:     (UI)...

JO:     Mine wasn't that bad. You see you know what it's all
        hyped up and everything, it wasn't that nasty.

CW:     (UI) if you fuckin' sass some guy (UI)...

JO:     That's it...

CW:     That's, that's nothing..

JO:     (UI) like this, like this (UI)...it's nothing there.

CW:     (UI)....

JO:     John listen I'm going to be honest with you John never
        had a bad thing to say to you. He said he always made
        money with you. He always made money. Even though he
        was getting (UI)....David (UI) David said he always
        paying (UI)....they was robbing him, but he always said
        listen don't you think if he had even one inkling of
        doubt (UI).....cause he know (UI) and he knows of us
        also yeah but, and I told him I said you told me to
        tell him I said listen John there's only one catch
        it's Adam, me, and you that's it. David (UI) he said
        fuck it (UI) here's the money (UI) I'm looking to
        support my family.

CW:     That's right.

JO:     That's all it is. I gotta get (UI)....that's all trust
        me.  John is, John is (UI)....John is looking to
        support his family now (UI) is going to be giving him

33

checks, I can't guarantee you like you said all he's going to get is one or two checks (UI)...that's why he's (UI)....he ain't going to know about it. If we (UI)....he ain't going to know about it. I would (UI)...

CW:     To a certain point.

JO:     No (UI)...

CW:     You know why?

JO:     Why?

CW:     (UI)...

JO:     But what, you know what John listen he said what do you guys, yeah but he said what are you guys (UI) yeah you know what, we're trying to start something up, we're trying to get it going. What's the big deal.

CW:     He's going to know (UI)....

JO:     He's not our partner, he's not our partner.

CW:     I know, I know, listen (UI)....you know that.

JO:     He's not our partner (UI)....so David pays this fuckin' bill huh.

CW:     (UI)...

JO:     That figures.

CW:     Which one this one?

JO:     Yeah (UI)...I don't know.

CW:     (UI)...

JO:     Like I said, you know like I told you a couple of weeks ago (UI) I was glad that you told me the other day, or yesterday (UI) pays this fuckin' bill (UI)...

CW:     Yeah.

JO:     Then at the same time for John's family, but at the same time man, I don't understand.

CW:     (UI)....

34

JO:     No it's not that, it's John (UI)....fuckin' like you
        said (UI)...

CW:     Yeah it's bullshit.

JO:     Yeap.

CW:     David tells me all these (UI) stories (UI)....did you
        ever hear that....

JO:     (UI)....

CW:     Yeah (UI)...it's ridiculous, it's ridiculous.

JO:     (UI)...

CW:     (UI)...

JO:     Oh I know that.

CW:     (UI)...

JO:     Yeap (UI) have me as your right hand man (UI)....

CW:     I hope, I'll get to a point where I'll fuckin' (UI)
        down (UI)...whatever.

JO:     (UI)...that's it (UI)....

CW:     (UI)...at the same time you know certain fuckin'
        guidelines.

JO:     There is guidelines and I told you, me to you that's
        it.

CW:     Now what's the deal with (UI), did you figure out the
        (UI) after talking (UI) what is the ties with him and
        John?

JO:     Nothing John's looking to do, John's looking because
        (UI)...John looking over some business that he knows
        six months, eight months, or a year he's going to have
        to go to jail, and he's looking to support his family,
        so he's looking to do, fuck it John told me (UI)...you
        know why...

CW:     (UI) shit...

JO:     (UI)...shit (UI) takes the money he says oh yeah, yeah,
        yeah, puts the money, spends it on his (UI)...

35

CW:     Who is, who is hmm, this is confidential Johnny I'm
        telling you if it gets back I'm gonna know and I'm
        going to be fuckin' angry like a mother fucker...

JO:     Trust me.

CW:     Not you, but just in general.

JO:     Right, right.

CW:     So my shit confidential...

JO:     And when you tell me and I says it stays right here
        between me and you.

CW:     (UI) at one point mentioned Jr?

JO:     Who is Jr?

CW:     Hmm, uh, (UI)...or first name was Joe.

JO:     Joe Russo (UI)...

CW:     Yeah, that's who it was. That's who it was. You're
        partner with him, or is a partner...

JO:     With Dominick?

CW:     Nope, with either Dominick and/or John.

JO:     Don't know who that is, honestly, never heard the name,
        never heard of it.

CW:     (UI)...where it was.

JO:     But what are you saying though. You want me to find
        out, you want me to ask around.

CW:     No.

JO:     But what did Don say?

CW:     Just kind of hinted to me (UI)...pertaining to you and
        Dominick's relationship.

JO:     Listen me you and Dominick's relationship is over, you
        know what we're sitting there, we're going to take care
        of business, we'll make money, we're going to make
        money without him.

CW:     Well you guys like the idea I don't.

36

JO:    I like it just because he knows so many people (UI), but like I say...

CW:    What the fuck are we gonna make?

JO:    Yeah.

CW:    Five hundred bucks a month, okay we'll split it fuckin' ten ways.

JO:    Right, right, right (UI)...listen what's the (UI) but me and you from getting fuckin' paperwork and listen (UI)...

CW:    Piece of cake.

JO:    Coral Springs (UI)....you guys need wrapping paper, how much do you pay for a bundle. Do it ourselves.

CW:    The three of us have to sit down, me you and Dominick number one and then (UI)....What's the fuckin' problem with me and you and (UI)...cause you got arrested that's going to be a done fuckin' deal.

JO:    Well once it's over, once you get your shit and forget it (UI)...and it's been dropped that's all you need to worry about. You were arrested on a felony, you know you have no contact with no felons.

CW:    Well I hope (UI)...the state prosecutor or city prosecutor...

JO:    Well whatever it is...

CW:    What is it state or city?

JO:    I have no idea, probably local.

CW:    That's uh, that's (UI)....once we do that, we'll be able to sit down...

JO:    (UI)....

CW:    Talk intelligently.

JO:    (UI)...piece of paper say boom charges dropped, so you'll be alright then we can go, then you can go get some big fat steaks, put them on the grill and sit down and have lunch with him.

CW:    Yeah it gets to a point where's there's too much

37

fuckin' (UI)....you know Campbell soup bowl shit.

JO:    Right, right, anyway what are we doing tomorrow now, we're making money tomorrow?

CW:    (UI)...I don't care.

JO:    Nothing to do tomorrow.

CW:    (UI)...

JO:    Let's go down to South Beach tomorrow.

CW:    (UI)....tomorrow.

JO:    No I (UI).....got paid (UI)....

       (Conversation low)....

JO:    Let's open it up to do that (UI)....

CW:    (UI)...

JO:    I have no secret, I have no secret.

CW:    (UI)....

JO:    I have no secrets (UI)...I have nothing to (UI)....but no I'm just saying you know (UI)....this guy, this guy, this guy.  Yeah I've heard (UI).....yeah how you doing. What's up? What's up, what's up, I talk to everybody. (UI)....that's all (UI)....you have nothing to worry about.

CW:    (UI)...

JO:    What do you mean six pair (UI)....no bullshit...

CW:    I'm fuckin' killing myself man.

JO:    (UI)....Are you going down?

CW:    Hey you don't like peppers?

JO:    No I'm not a big pepper freak, I like little peppers, I have the little peppers. Let's get that fuckin' load up to Mark (UI).....we're suppose to get that check coming in next week.

CW:    (UI)...

38

JO:     Huh?

CW:     Don't worry about it, it's done.

JO:     Done deal, that's what we gotta do (UI)...

CW:     Listen I'm not going to walk down there (UI)....

JO:     You want me to call that other guy back. I'll see you later then, want me to call hmm, (UI)...back (UI)...see if he's going to send your check back to you.

CW:     Yeah give him a call and just let him know hey for whatever reason you know we got some apprehensions.

JO:     Right.

CW:     I would I think (UI)...

JO:     (UI)....

CW:     Keep it simple that way there's no bad blood.

JO:     Call you early in the morning, be up early.

CW:     I'm up early brother.

JO:     Alright. I'll see you later.

CW:     Be good.