UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 00-6309-CR-SEITZ |
| Plaintiff, | |
| vs. | |
| JOHN MAMONE, et al., | |
| Defendants. | |
| _____/ | |

FILED by ___ D.C.
INTAKE
OCT 19 2001
CLARENCE ___
CLERK U.S. ___
S.D. ___

**UNOPPOSED MOTION OF DEFENDANT JOHN MAMONE
FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Defendant JOHN MAMONE, by and through counsel, respectfully files this Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

1. On September 10, 2001, counsel for John Mamone sent in for filing an Unopposed Motion for Extension of Time to File Pretrial Motions, which was granted by this Court on September 19, 2001. Pretrial motions are presently due on October 22, 2001. Responses to motions are due by November 19, 2001.

2. On October 10, 2001, the Court ordered that pretrial motions for the three new Defendants would be due on November 19, 2001 with responses due by December 7, 2001.

3. The Government and defense counsel have agreed to an extension for filing all pretrial motions to November 19, 2001 with responses due by December 7, 2001.

WHEREFORE Defendant JOHN MAMONE respectfully requests that this Court enter an Order extending the time to file pretrial motions to November 19, 2001, and the time to file responses thereto to December 7, 2001.

Respectfully Submitted

**THORNTON & ROTHMAN, P.A.**
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By: _____
DAVID ROTHMAN
Florida Bar #240273
Attorney for John Mamone

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the following persons on the ____ day of October, 2001:

AUSA J. BRIAN McCORMICK, ESQ.
AUSA DIANA FERNANDEZ, ESQ.
United States Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

JAMIE BENJAMIN, ESQ.
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394

MARIA AND RICHARD HAMAR, ESQ.
2437 Briarcrest Rd.
Beverly Hills, CA 90210

JEFFREY M. HARRIS, ESQ.
1 East Broward Blvd., Suite 925
Ft. Lauderdale, FL 33301

PHILIP R. HOROWITZ, ESQ.
Suite 1910
Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

JOHN HOWES, ESQ.
633 S.E. 3rd Ave, Suite 4F
Ft. Lauderdale, FL 33301

ANA M. JHONES, ESQ.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

JON MAY, ESQ.
200 East Broward Blvd., Suite 1210
Ft.. Lauderdale, FL 33301

NEAL NAMEROFF, ESQ.
100 S.E. 2nd Street, Suite 3350
Miami, FL 33131

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL 33134

JOSEPH S. ROSENBAUM, ESQ.
2400 South Dixie Highway
Suite 105
Miami, Florida 33133

HOWARD SREBNICK, ESQ.
201 South Biscayne Blvd, Suite 1300
Miami, Florida 33131

KENNETH M. SWARTZ, ESQ.
100 Biscayne Blvd Ste 2100
Miami Florida 33132-2307

BRIAN L. TANNEBAUM, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

DAVID VINIKOOR, ESQ.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

JAYNE C. WEINTRAUB, ESQ.
100 SE 2ND St, Ste 3550
Miami Florida 33131-2150

CHARLES G. WHITE, ESQ.
2900 Bridgeport Avenue, Suite 401
Miami, FL 33133-3606

By: _____
DAVID ROTHMAN

4