UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA         CASE NO.:    00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN MAMONE, et al.,             **ORDER GRANTING EXTENSION OF**
                                 **TIME TO FILE PRETRIAL MOTIONS**
    Defendant.

_____/

FILED by _____ D.C.
OCT 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THIS CAUSE having come on to be heard upon Defendant John Mamone's Unopposed Motion for Extension of Time to File Pretrial Motions, and this Court, having read the Motion and being duly advised in all premises it is hereby

ORDERED AND ADJUDGED that the time to file pretrial motions as to all Defendant is extended to November 19, 2001, and the time to file responses thereto to December 7, 2001.

DONE AND ORDERED in Miami, Florida, this the 22nd day of October, 2001.

PATRICIA A. SEITZ
District Court Judge

cc:    David Rothman
       Brian McCormick, AUSA
       Counsel of Record