**SEALED** ~~Sealed~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _AA_ D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

Case No. _00-6309-Cr_         Date _12/19/01_
Clerk _L. Webb_                Reporter _D. Ehrlich_         DE 854
USPO _____            Interpreter _No_              Unsealed _1/16/02_
USPTS _____

AUSA _B. McCormick / D. Fernandez_  Def. Atty. _D. Rothman / D. Schuster_

United States of America v. _John Mamone_

Defendant(s): Present _X_     Not Present _____     In Custody _Yes_
Reason for Hearing _Change of plea_

Results of Hearing _Proceeding sealed until 2/11/02. Gov't to move to unseal & provide order. Adjudicated Guilty; PSI ordered, referred to probation._

Misc. _____

79218

BLG

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                              Filed: 10/24/00
Assigned to: Patricia A. Seitz

Dkt # in other court: None

|            |      |                                                                                                                                                                                                                                                           |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 12/18/01) [EOD Date: 12/20/01] CCAP※ (ls) [Entry date 12/20/01]                                                                                                                                                                                           |
| 12/19/01   | 792  | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                                                                |
| 12/19/01   | 793  | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                                                                |
| 12/19/01   | 794  | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                                                                |
| 12/19/01   | 795  | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                                                                |
| 12/21/01   | 796  | ORDER as to John O'Sullivan granting [783-1] motion to continue hearing on Defendant's motion to sever as to John O'Sullivan (25) ( Signed by Magistrate Barry L. Garber on 12/14/01) [EOD Date: 12/26/01] CCAP※ (ra) [Entry date 12/26/01]                |
| 12/26/01   | 797  | TRANSCRIPT filed as to John Mamone of Change of Plea held 12/19/01 before Judge Patricia A. Seitz Volume #: I Pages: 1-67. Court Reporter: David S. Ehrlich (gp) [Entry date 12/27/01]                                                                     |
| 12/26/01   | 798  | MOTION by Mark Carattini to Travel (ls) [Entry date 12/28/01]                                                                                                                                                                                             |
| 01/02/02   | 799  | ORDER as to Mark Carattini granting [798-1] motion to Travel as to Mark Carattini (11) ( Signed by Judge Patricia A. Seitz on 1/2/02) [EOD Date: 1/3/02] CCAP※ (tb) [Entry date 01/03/02]                                                                  |
| 01/02/02   | 800  | NOTICE of Appearance for John Mamone by Attorney Neil M. Schuster (tb) [Entry date 01/03/02]                                                                                                                                                              |
| 01/02/02   | 801  | MOTION by Julius Bruce Chiusano to extend time of surrender date (tb) [Entry date 01/03/02]                                                                                                                                                               |

Docket as of January 24, 2002 3:32 pm                                             Page 1

Attached to D.E. # __792__