SEALED

Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

John Mamone

CASE NO. 00-6309-Cr-Seitz

NOTICE OF SENTENCING DATE

DE 854

Unsealed 1/16/02

FILED by ___ D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA MIAMI

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable **Patricia A. Seitz** United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **May 8**, 20 **02** at **8:30 A.** M. for imposition of sentence. On that date, report to the U.S. District Courthouse, **5th Floor** , 301 N. Miami Avenue, Miami, FL 33128-7788, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _____
Courtroom Deputy Clerk

DATE: **12/19/01**
COUNSEL: **D. Rothman**
RECEIVED: **in court**
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA | ☑ BOND | ☐ | TO COUNT(S) _____ |
| TRIAL | ☐ FEDERAL CUSTODY | ☑ | TO TOTAL COUNTS _____ |
| NOLO PLEA | ☐ STATE CUSTODY | ☐ | ASST. U.S. ATTY **B. McCormick** |
| | ☐ U.S.M. CUSTODY | ☐ | |

Copies to:   United States Attorney      United States Marshal
             Probation Department         Pre-Trial Services
             Defense Counsel              Defendant

794/8

BLG

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                              Filed: 10/24/00
Assigned to: Patricia A. Seitz

Dkt # in other court: None

|          |     |                                                                                                                                                                                                                  |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | 12/18/01) [EOD Date: 12/20/01] CCAP (ls) [Entry date 12/20/01]                                                                                                                                                   |
| 12/19/01 | 792 | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                       |
| 12/19/01 | 793 | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                       |
| 12/19/01 | 794 | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                       |
| 12/19/01 | 795 | SEALED DOCUMENT (sp) [Entry date 12/26/01]                                                                                                                                                                       |
| 12/21/01 | 796 | ORDER as to John O'Sullivan granting [783-1] motion to continue hearing on Defendant's motion to sever as to John O'Sullivan (25) . ( Signed by Magistrate Barry L. Garber on 12/14/01) [EOD Date: 12/26/01] CCAP (ra) [Entry date 12/26/01] |
| 12/26/01 | 797 | TRANSCRIPT filed as to John Mamone of Change of Plea held 12/19/01 before Judge Patricia A. Seitz  Volume #: I  Pages: 1-67. Court Reporter: David S. Ehrlich (gp) [Entry date 12/27/01]                         |
| 12/26/01 | 798 | MOTION by Mark Carattini to Travel (ls) [Entry date 12/28/01]                                                                                                                                                    |
| 01/02/02 | 799 | ORDER as to Mark Carattini granting [798-1] motion to Travel as to Mark Carattini (11) ( Signed by Judge Patricia A. Seitz on 1/2/02) [EOD Date: 1/3/02] CCAP (tb) [Entry date 01/03/02]                         |
| 01/02/02 | 800 | NOTICE of Appearance for John Mamone by Attorney Neil M. Schuster (tb) [Entry date 01/03/02]                                                                                                                     |
| 01/02/02 | 801 | MOTION by Julius Bruce Chiusano to extend time of surrender date (tb) [Entry date 01/03/02]                                                                                                                      |

Docket as of January 24, 2002 3:32 pm                                          Page 1

Attached to D.E. # 794