1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      Case No. 00-6309-CR-SEITZ

v.      MIAMI, FLORIDA
December 19, 2001
VOLUME I
PAGES 1 TO 67

JOHN MAMONE

CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

FILED by APPEAL D.C.
DEC 2 6 2001
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. MIAMI

APPEARANCES:

FOR THE GOVERNMENT:

     BRIAN MC CORMICK, ESQ.
     DIANA FERNANDEZ, ESQ.
     Assistant United States Attorneys
     99 N.E. 4th Street
     Miami, FL 33132

FOR THE DEFENDANT:

     DAVID B. ROTHMAN, ESQ.
     200 S. Biscayne Boulevard
     Suite 2690
     Miami, FL 33131-5331

     NEIL M. SCHUSTER, ESQ.
     407 Lincoln Road, Suite 11B
     Miami Beach, FL 33139

REPORTED BY:      DAVID S. EHRLICH, RPR
     Official Court Reporter
     301 N. Miami, Room 504
     Miami, Florida 33128-7788
     (305) 523-5537

Proceedings recorded by mechanical stenography,

DAVID S. EHRLICH - OFFICIAL COURT REPORTER