# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    :

                             :      CASE NO. 00-6309-CR-Seitz

                 Plaintiff,  :

v.                           :

                             :

JOHN MAMONE,              :

                             :

                 Defendant.  :

. . . . . . . . . . . . . . . . . . . . . . . . . . . :

## ENTRY OF APPEARANCE

COMES NOW, the Defendant, JOHN MAMONE, by and through his undersigned counsel who announces his appearance as co-counsel along with David Rothman, Esq. on behalf of the Defendant, JOHN MAMONE, and hereby requests that he be notified of all hearing dates in this cause.

Respectfully submitted,

By:_____

Neil M. Schuster
Florida Bar No. 216909
407 Lincoln Road, Ste. 11B
Miami Beach, FL 33139
(305) 673-3737

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this _18_ day of December, 2001 to: AUSA Brian McCormick and Diana Fernandez, Office of the United States Attorney, 500 East. Broward Blvd., Fort Lauderdale, FL 33394

By:_____

Neil M. Schuster