UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

RECEIVED & FILED IN OPEN COURT
ON _____ AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

FILED by _____ D.C.
JAN 1 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA  MIAMI

UNITED STATES OF AMERICA  )
    Plaintiff,         )
                          )
v.                        )
                          )
JOHN MAMONE,              )
    Defendant.         )
_____)

## GOVERNMENT'S MOTION TO UNSEAL PLEA HEARING AND RELATED DOCUMENTS

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an order unsealing the plea hearing of Defendant John Mamone held on December 19, 2001, and all documents relating to this plea on the basis that the necessity for sealing no longer exists.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
Assistant United States Attorney
Court ID # A5500017
500 E. Broward Boulevard, 7TH FL
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

819/8

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 11th day of January, 2002 to:

David Rothman, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Ste. 2690
Miami, FL 33131

                                        DIANA L.W. FERNANDEZ
                                        ASSISTANT UNITED STATES ATTORNEY