UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA     )
       Plaintiff,           )
                            )
v.                           )
                            )
JOHN MAMONE,                 )
       Defendant.           )
_____)

FILED by ___ D.C.
JAN 3 0 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### UNSEALING ORDER

This matter having come before the Court on the Government's Motion to Unseal Plea Hearing and Related Documents, and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the plea hearing of defendant John Mamone held on December 19, 2001, and all documents relating to this plea are ordered unsealed. (DE #792, 793 and 794)

DONE and ORDERED at Miami, Florida, this 16th day of January, 2002.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Diana L.W. Fernandez, AUSA
    David Rothman, Esq.