UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by ___ D.C.
MAY 31 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE RESETTING SENTENCING HEARING

PLEASE TAKE NOTICE that the Sentencing in the above matter is reset for **June 25, 2002, at 8:15 a.m.**

DATED: May 31, 2002

By Order of the Court
Clarence Maddox, Clerk

By _____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
David Rothman, Esq.
Silas Saunders, USPO