UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,

_____/

**NOTICE RESETTING SENTENCING HEARING**

PLEASE TAKE NOTICE that the Sentencing in the above matter is reset to **June 25, 2002, at 8:15 a.m.**, before the Honorable Patricia A. Seitz, U.S. Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida.

DATED: May 29, 2002

By Order of the Court
Clarence Maddox, Clerk

By_____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
David Rothman, AUSA
Silas Saunders, USPO

FILED by _____ D.C.
JUN 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI