UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN MAMONE, and
DAVID BELL,

        Defendants.



ORDER

THIS MATTER having come before the Court on the government's motion to withdraw its previously filed motion for revocation and estreature and for entry of a final judgment of forfeiture of appearance bonds.

After careful consideration, it is

ORDERED and ADJUDGED that the government's motion is GRANTED and the government's motion for revocation and estreature are hereby withdrawn.

DONE and ORDERED in Chambers at Miami, Florida, this 17th day of July, 2002.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc: (See attached Certificate of Service)



CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this _____ day of _____, 2002 to:

David B. Rothman, Esq.
first Union financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for John Mamone)

Anna Grace Mamone
1960 August Terrace
Coral Springs, FL 33071

American Bankers Insurance Company
Golddy Duran
1575 NW 14th Street
Miami, FL 33125

Joseph V. Mamone
300 W. 23rd St., #17A
New York, NY 10011

Michelle Vartanian
1800 Colonial Drive
Coral Springs, FL 33071

James C. Guice
11911 Winged Ft. Terr.
Coral Springs, FL 33071

Connie R. Guice
11911 Winged Ft. Terr.
Coral Springs, FL 33071

Larry R. Switzer
2080 Augusta Terrace
Coral Springs, FL 33071

Carol L. Switzer
2080 Augusta Terrace
Coral Springs, FL 33071

Jeffrey Harris, Esq.
One East Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Stacey Bell
7705 Andes Lane
Parkland, FL 33007

American Surety Company
Eduardo Almeida
1133 SE 3rd Avenue
Fort Lauderdale, FL 33316

American Surety Company
P.O. Box 68932
Indianapolis, IN 46268