UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ (S) (S)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant,

AMERICAN BANKERS INSURANCE
COMPANY,

    Corporate Surety,

and

ANA GRACE MAMONE,
JOSEPH V. MAMONE,
MICHELLE VARTANIAN,
RALPH VARTANIAN,
JAMES C. GUICE,
CONNIE R. GUICE,
LARRY R. SWITZER,
CAROL L. SWITZER,

AMERICAN SURETY COMPANY,

    Corporate Surety,

and

STACEY BELL,

    Surety.

_____/

## MOTION FOR EXONERATION OF SURETY

COMES NOW Joseph Mamone, Surety for Defendant John Mamone, by and through his undersigned counsel, who, pursuant to Fed.R.Cr.P. 46(f), respectfully requests that this Honorable Court grant his unopposed motion to exonerate the surety in the above-referenced

case, and in support thereof states as follows:

1. On November 1, 2000, the Surety, Joseph Mamone, secured a $500,000 personal surety bond for his brother, John Mamone.

2. On August 17, 2001, John Mamone was returned to jail with no bond.

3. On July 16, 2002, the Government filed its Motion to Withdraw its earlier motion to estreat the Defendant's bond, which motion has now been granted by this Court.

4. Although the Defendant is not scheduled to be sentenced until next month, he is already incarcerated without bond, rendering the appearance bond moot.

WHEREFORE, we respectfully request that this Honorable Court grant the relief requested herein.

Respectfully submitted,

_____
THOMAS D. SCLAFANI, ESQ.
The AutoNation Tower
110 Southeast Sixth Street
Suite 1920
Ft. Lauderdale, Florida 33301
Telephone: (954) 667-6767
Florida Bar No. 232483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this _19_ day of July, 2002, to Brian McCormick, Esq., Assistant United States Attorney, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

_____
Thomas D. Sclafani