UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ (S) (S)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant,

AMERICAN BANKERS INSURANCE
COMPANY,

    Corporate Surety,

and

ANA GRACE MAMONE,
JOSEPH V. MAMONE,
MICHELLE VARTANIAN,
RALPH VARTANIAN,
JAMES C. GUICE,
CONNIE R. GUICE,
LARRY R. SWITZER,
CAROL L. SWITZER,

AMERICAN SURETY COMPANY,

    Corporate Surety,

and

STACEY BELL,

    Surety.
_____/



FILED by _____ D.C.

JUL 24 2002

**ORDER ON SURETY'S MOTION FOR EXONERATION
OF SURETY**

Upon the written motion of the Surety, Joseph Mamone, for exoneration of the personal surety bond he posted on behalf of Defendant John Mamone, the Court after reviewing this

motion, with no objection from the Government, and for good cause shown, it is hereby

ORDERED that the Joseph Mamone is hereby exonerated from any obligations arising out of the personal surety bond executed on November 1, 2000; and

It is further ordered that said personal surety bond is hereby dissolved as to Surety Joseph Mamone.

DONE AND ORDER in Chambers in Miami, Miami-Dade County, Florida this 23rd day of July, 2002.

_____
HONORABLE PATRICIA SEITZ
UNITED STATES DISTRICT JUDGE

cc:   AUSA Brian McCormick, Esq.
      Thomas D. Sclafani, Esq.