UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO.:   00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/

NIGHT BOX
FILED
AUG 05 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## *UNOPPOSED MOTION FOR ORDER DISCHARGING BONDS*

The Defendant, JOHN MAMONE, by and through undersigned counsel hereby files this Unopposed Motion for Order Discharging All Bonds posted in this case and as grounds therefore would state as follows:

1.    The defendant, John Mamone, was indicted on October 24, 2000. On October 31, 2000, the Court entered its Order releasing Mr. Mamone on a $1,000,000.00 bond, with numerous conditions. The bond was divided into a $500,000.00 corporate surety bond, and a $500,000.00 personal surety bond, with several co-signers. The bond was posted on November 3, 2000.

2.    The defendant John Mamone is in custody, having had his bond revoked.

3.    The government previously filed, but recently withdrew a motion seeking forfeiture of the bonds.

4.    Assistant U.S. Attorney Brian McCormick has been contacted and has stated he has no opposition to the granting of this Motion for Order Discharging All Bonds, and releasing all sureties from further responsibility, to-wit: the following personal sureties: Joseph Mamone, 300 W. 23rd Street, Apt. 17A, New York, N.Y. 10011; Michelle and Ralph Vartanean, 1800 Colonial Drive, Coral Springs, FL 33071; James and Connie Guice, 11911 Winged Foot Terrace, Coral Springs, FL

33071; Larry and Carol L. Switzer, 2080 Augusta Terrace, Coral Springs, FL 33071; Salvatore and Leanora Amico, 11689 N.W. 12th Street, Coral Springs, FL 33071; and Anna Grace Mamone, 1960 Augusta Terrace, Coral Springs, FL 33071 and the following corporate surety, American Bankers Insurance Company of Florida, Inc.

WHEREFORE, the defendant, JOHN MAMONE, respectfully requests that this Court grant this unopposed motion and enter an Order discharging the $500,000 personal surety bond and the $500,000 corporate surety bond previously posted in this case.

Respectfully submitted,

***THORNTON & ROTHMAN, P.A.***
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By: /s/ David Rothman
DAVID ROTHMAN
Florida Bar #240273

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by U.S. Mail to Brian McCormick, AUSA, 500 East Broward Blvd., Ft. Lauderdale, FL 33301, on this, the 5th day of August, 2002.

/s/ David Rothman
DAVID ROTHMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO.:   00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/

### ORDER DISCHARGING ALL BONDS POSTED IN THIS CASE

THIS CAUSE having come before the Court on the Unopposed Motion Discharging All Bonds and this Court having read said motion, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court is directed to discharge the following personal sureties: Joseph Mamone, 300 W. 23rd Street, Apt. 17A, New York, N.Y. 10011; Michelle and Ralph Vartanean, 1800 Colonial Drive, Coral Springs, FL 33071; James and Connie Guice, 11911 Winged Foot Terrace, Coral Springs, FL 33071; Larry and Carol L. Switzer, 2080 Augusta Terrace, Coral Springs, FL 33071; Salvatore and Leanora Amico, 11689 N.W. 12th Street, Coral Springs, FL 33071; and Anna Grace Mamone, 1960 Augusta Terrace, Coral Springs, FL 33071 and American Bankers Insurance Company of Florida, Inc., as corporate surety.

DONE AND ORDERED in the Southern District of Florida this ___ day of August, 2002.

                                          _____
                                          HONORABLE PATRICIA SEITZ
                                          U.S. DISTRICT COURT JUDGE

cc:    David Rothman
       Brian McCormick, AUSA