**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA

               Plaintiff,

v.

JOHN MAMONE,

             Defendant.

_____/

## APPENDIX IN SUPPORT OF COMPARATIVE SENTENCING OF COOPERATING ORGANIZED CRIME FIGURES

| INFORMANT | APPENDIX |
|---|---|
| Arciero, John M. | A |
| Basciano, Dino | B |
| Borghese, Dominic | C |
| Brownlee, Brenda | D |
| Caramandi, Nicholas | E |
| Carrasco, Fred | F |
| Castagna, John F. | G1, G2 |
| Cote, Sean T. | H1, H2 |
| DelGiorno, Thomas | I |
| Franzese, Michael | J1, J2, J3 |
| Gravano, Salvatore | K1, K2 |
| Johns, Jack | L |
| Leonetti, Phillip | M1, M2 |
| Lonardo, Angelo | N |

| | |
|---|---|
| Marino, Daniel | O |
| Martorano, James | P |
| Martorano, John | Q |
| McNeese, Floyd | R |
| Mercurio, Angelo | S |
| Munoz, Rene | T |
| Spisak, Mark | U |
| Strollo, Dante | V1, V2 |
| Strollo, Lenine | W |
| Tavitas, Daniel | X |
| Thomas, Carl Wesley | Y |

Respectfully submitted,

By: _____
    Neil M. Schuster
    Florida Bar No. 216909
    407 Lincoln Road, Ste. 11B
    Miami Beach, FL 33139
    (305) 673-3737

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this ___6___ day of September 2002 to: AUSA Brian McCormick and Diana Fernandez, Office of the United States Attorney, 500 East. Broward Blvd., Fort Lauderdale, FL 33394

By:_____

Neil M. Schuster

## COMPARATIVE SENTENCING OF COOPERATING ORGANIZED CRIME FIGURES

| INFORMANT | OFFENSES COMMITED/PLEAD GUILTY | GUIDELINE OR STATUTORY POSSIBLE SENTENCE OR SENTENCE | ACTUAL SENTENCE | APPENDIX |
|---|---|---|---|---|
| Arciero, John M. | Plead guilty to two racketeering counts, conspiracy to murder 14 men in aid of racketeering, two attempted murders, a firearms violation, interstate travel to commit a crime, and possession with intent to distribute cocaine. | 30 years to Life | 6 ½ years | A |
| Basciano, Dino | Arrested in connection with the import and sale of 500 kilos of cocaine. Admitted to murder, attempted murder, numerous assaults, gun-running, truck hijacking, robbery, burglary, credit card fraud, and gambling. | Life | Spent 6 years in prison | B |
| Borghese, Dominic | Admitted to disposing of two bodies. | Life | 42 months | C |
| Brownlee, Brenda | Faced drug charges. Plead guilty to possession of cocaine. | 40 years | 1 year suspended sentence | D |
| Caramandi, Nicholas | Plead guilty to one count of violating the RICO Act. Admitted to conspiring to murder 4 people. | 20 years | 8 years | E |
| Carrasco, Fred | Plead guilty to racketeering. | * | 3 years | F |
| Castagna, John F. | * | 90 years | 28 months | G1, G2 |
| Cote, Sean T. | Bank robbery and illegal gun possession. | Life | 10 to 15 years | H1, H2 |
| DelGiorno, Thomas | Plead guilty to a racketeering-conspiracy charge. Admitted a role in 6 murder conspiracies. | * | 5 years | I |
| Franzese, Michael | Racketeering | * | 10 years + repaying ill-gotten gains | J1, J2, J3 |
| Gravano, Salvatore | Confessed to 19 murders | 20 years | 5 years | K1, K2 |

| INFORMANT | OFFENSES COMMITTED/PLEAD GUILTY | GUIDELINE OR STATUTORY POSSIBLE SENTENCE OR SENTENCE | ACTUAL SENTENCE | APPENDIX |
|---|---|---|---|---|
| Johns, Jack | Plead guilty to racketeering, racketeering conspiracy, and conspiracy to commit a violent crime. Admitted to, and received immunity for, "robbing drug dealers, beating people with baseball bats, and helping to assassinate a man." | 37 to 46 months | 5 years Probation | L |
| Leonetti, Phillip | Convicted of Racketeering. Admitted to participating in 10 murders. | Sentenced to 45 years | 6 ½ years | M1, M2 |
| Lonardo, Angelo | Convicted of dealing narcotics. | Sentenced to 103 years | | N |
| Marino, Daniel | Plead guilty to conspiring to commit murder. | Life | 7 years | O |
| Martorano, James | Plead guilty to racketeering. | | 9 years | P |
| Martorano, John | Confessed to murdering 19 people. | | Sentenced to 12 ½ to 15 years | Q |
| McNeese, Floyd | Bank robbery, conspiracy to deliver marijuana, and money laundering. | 14 to 17 years on each charge | Sentenced to 11 years, 8 months on each charge (to run concurrently) | R |
| Mercurio, Angelo | Plead guilty to RICO violations. | Sentenced to 9 years, 2 months | 6 years, 10 months | S |
| Munoz, Rene | Plead guilty to racketeering. | | 8 years | T |
| Spisak, Mark | Plead guilty to racketeering, racketeering conspiracy, attempted murder, conspiracy to commit murder in aid of racketeering, assault with a dangerous weapon, firearms violations, and illegal gambling. | 30 years to life | Sentenced to 7 ½ years | U |
| Strollo, Dante | Plead guilty to racketeering. | No less than 10 years | 46 months | V1, V2 |
| Strollo, Lenine | Plead guilty to racketeering. | Life | 12 to 15 years | W |
| Tavitas, Daniel | Plead guilty to racketeering. | | 10 years and victim restitution | X |
| Thomas, Carl Wesley | Convicted on 10 counts of skimming casino profits and funneling the money to organized crime figures in the Mid-West. | Sentenced to 15 years | 2 years | Y |

* Information not available



FROM
Dow Jones
Interactive®

Page     1

Citation                    Search Result              Rank(R)  3 of 25        Database
4/6/00 TGMGZTWM A2                                                             ALLNEWS
4/6/00 Telegram & Gazette (Worcester) A2
2000 WL 10204873
(Publication page references are not available for this document.)

                    Telegram & Gazette Worcester, MA
                            Copyright 2000

                        Thursday, April 6, 2000

                              NEWS

             Defendant gets lenient sentence in mob trial
                            Lee Hammel

   WORCESTER -- One of three men who testified against his fellow
defendants in a conspiracy to take over the New England mafia was
sentenced yesterday to 6 1/2 years in prison.

   The racketeering and other charges to which **John M. Arciero**
pleaded guilty could have gotten him a sentence of 30 years to life.
U.S. District Judge Nathaniel M. Gorton said that Mr. Arciero had
engaged in severe crimes, but that he was getting a "dramatic
reduction" in sentence because he had cooperated with the
prosecution.

   Mr. Arciero also was given five years of supervised release after
prison and ordered to pay a special assessment of $550 immediately.
He pleaded guilty to two racketeering counts, conspiracy to murder 14
men in aid of racketeering, the attempted murders of Stephen Rossetti
and Michael Prochilo, a firearms violation, interstate travel to
commit a crime, and possession with intent to distribute cocaine.

PRISON AGREEMENT

   Mr. Arciero drove Michael P. Romano Sr. of Wakefield and Anthony
Ciampi of East Boston to meet with reputed mafia capo Robert F.
"Bobby Russo" Carrozza, who was in a Pennsylvania prison. It was
there, the FBI alleges, that they received Mr. Carrozza's blessing to
make war on a rival mafia faction and take over the rackets in East
Boston.

   Mr. Arciero testified in a 58-day trial that ended with a hung
jury, and in a second trial that resulted in two convictions. John J.
Patti III of East Boston and Vincent M. "Gigi Portalla" Marino of
Everett were convicted of being part of a conspiracy, from 1989 to
1994, to kill Francis P. Salemme and his associates in the Patriarca
crime family and take over their rackets.

ATTACHMENT / EXHIBIT __A__

       Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

           Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.            DOWJONES

4/6/00 TGMGZTWM A2
(Publication page references are not available for this document.)

   Assistant U.S. Attorney Jeffrey Auerhahn asked for a sentence more
lenient than the 10 years that co-defendant Nazzaro "Ralph" Scarpa
received for pleading guilty but not testifying against the others.
The difference in the sentence should be sufficient to reward Mr.
Arciero and encourage others to cooperate in the future, the
prosecutor said.

   While a judge must be impartial during a trial, he is permitted to
help the government afterward during sentencing, Mr. Auerhahn said.

   Mr. Arciero and two other defendants -- Leo M. "Chipper" Boffoli
of Holden and Mark Spisak -- who testified against their co-
conspirators -- were crucial in keeping the others from getting away
with murder, Mr. Auerhahn argued to the judge. Their testimony was
especially important after Sean T. Cote, the prosecution's star
witness, died in prison before he could testify, Mr. Auerhahn said.

RESTAURANT SHOOTING

   He said each cooperating witness was important because the jury
seemed not to convict on charges for which only one witness
testified. The jury did not find that Mr. Marino shot Mr. Salemme in
1989, despite some of the strongest evidence in the case pointing to
his participation.

   Only one cooperating witness -- drug dealer John Mele, who was not
a defendant in this case -- implicated Mr. Marino with firsthand
knowledge of the events before and after the shooting of Mr. Salemme
at the International House of Pancakes in Saugus.

   Mr. Arciero's testimony of firsthand knowledge was designed to
corroborate that of bookmaker Jerry Matricia, who had only heard
about the crimes from the participants.

   Mr. Arciero had long been distrusted by his fellow defendants. The
defense attempted to prohibit Mr. Spisak, another cooperating co-
defendant, from testifying about the lengths to which some of his co-
defendants were willing to go to keep him from testifying about that.

   They said Mr. Spisak would testify that Mr. Ciampi asked Mr.
Spisak to break Mr. Arciero's neck while most of the defendants were
locked up in the Wyatt detention facility in Central Falls, R.I. They
said Mr. Spisak also was prepared to testify that Mr. Romano asked
Mr. Spisak to kill Mr. Patti.

RECOMMENDED SENTENCE

   Mr. Spisak ended up joining Mr. Arciero in testifying against the
others, while Mr. Patti was one of only two defendants who was
convicted after refusing to plead guilty.

              Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

              Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.      

4/6/00 TGMGZTWM A2
(Publication page references are not available for this document.)

While Mr. Arciero's plea agreement allowed the U.S. Attorney's office to recommend a sentence of anywhere from 5 to 15 years, Mr. Auerhahn recommended 61/2 years. Defense lawyer Martin D. Boudreau of North Quincy asked for a sentence of five years, noting the danger Mr. Arciero faces for the rest of his life because of his testimony against criminals.

Although Mr. Arciero wanted to be a driver in Mr. Romano's "small-scale" drug business, Mr. Auerhahn said, he was reluctantly drawn into being a driver for shootings, and to storing drugs and weapons in his home.

"Clearly, he's not a violent person, and clearly, his co-conspirators knew that," the assistant U.S. attorney said.

NO GUN

Unlike Mr. Scarpa, who carried a shotgun to Revere to shoot Mr. Rossetti and sold cocaine on the street, Mr. Arciero made drug deliveries to dealers and was a getaway driver, but was never given a gun to participate in a shooting, Mr. Auerhahn said.

Mr. Arciero's testimony had been "99.999 percent truthful," Mr. Auerhahn said, "pulling the punch a little" for the benefit of Mr. Patti, for whose family he felt sympathetic.

Of the eight defendants in the mob trial who have been sentenced so far this year, Mr. Arciero is the first not to have accepted Judge Gorton's invitation to speak before sentencing.

Mr. Boudreau said that after a life of crime in the 1980s, Mr. Arciero had no convictions after 1991 until a five-week crime spree with Mr. Romano in the fall of 1994. Mr. Arciero then voluntarily pulled out of the gang's activities and remained a law-abiding citizen until he was arrested in 1997 on charges stemming from the 1994 activities, Mr. Boudreau said.

Of the eight defendants in the mob trial who have been sentenced so far this year, Mr. Arciero is the first not to have accepted Judge Gorton's invitation to speak before sentencing.

Asked by a reporter after the trial if he wanted to comment, he replied, "Take a hike."

---- INDEX REFERENCES ----

NAMED PERSON:      SPISAK, MARK

STORY ORIGIN:      WORCESTER

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

8/15/2001 FULTONDAILY 4                                                    **Page   1**
  8/15/2001 Daily Rep. (Fulton County) 4
  (Publication page references are not available for this document.)

Fulton County Daily Report
Vol. 112, No. 159
Copyright 2001 by American Lawyer Media, ALM LLC

August 15, 2001

## LEACH TRADED 'TIME' FOR TESTIMONY ON KAPLAN

R. Robin McDonald
rmcdonald@amlaw.com

Federal prosecutors called on a parade of witnesses with admitted mob connections and a record of heinous crimes at the Gold Club trial. On the witness stand, all recounted a litany of crimes, some with a dry humor at odds with the violence they discussed so matter-of-factly. How this played to the jury, which often chuckled at the tales, remains an open question.

Here are the federal government's most incorrigible witnesses who linked club owner Steven E. Kaplan to organized crime and other illegal activities.

Dino Basciano, now 45, faced a life **sentence** when he began cooperating with federal prosecutors in New York in 1995 after his arrest in connection with the import and sale of 500 kilograms of cocaine worth an estimated $2 million. Basciano, a self-described soldier for the Gambino and Luchese crime families, has admitted to murder, attempted murder, numerous assaults, gun-running, truck hijacking, robbery, burglary, credit card fraud, gambling and the fire-bombing of at least two businesses.

Federal prosecutors here sent a formal memo outlining his cooperation to New York court authorities after Basciano fingered Kaplan as an "earner" for the mob. Basciano spent six years in prison before his release this year. He and his family are in the federal witness security program and have received $188,000 from federal authorities for relocation expenses.

John DiGiorgio, the 45-year-old nephew of Gambino family don John Gotti Sr., was convicted in Florida in 1996 of conspiracy to engage in racketeering and committing violent crimes to aid racketeering activities. After DiGiorgio linked Kaplan to his Florida loan-shark operation in testimony before a federal grand jury in Atlanta, Assistant U.S. Attorney Arthur W. Leach appeared in court on DiGiorgio's behalf.

A federal judge in Florida then cut two years off his prison **sentence**. DiGiorgio was released this year. When he testified against Kaplan in May, DiGiorgio said he couldn't remember whether Kaplan or Kaplan's father actually had been the loan shark.

David Alwais, 38, is Kaplan's cousin. He first was convicted of credit card fraud and possession of counterfeit currency in 1987. Alwais was arrested again in Florida in 1996 on racketeering charges that included loan-sharking and extortion. As a result, Alwais eventually became a cooperating witness in 1998- first against DiGiorgio and later against Kaplan. He implicated Kaplan in a stolen-credit card ring, but those charges were not included when Kaplan was indicted. Federal prosecutors in Atlanta wrote a letter to Florida prosecutors on Alwais' behalf. In addition, Leach and FBI Supervisory Agent John Simmons appeared on his behalf at his **sentencing** and **sentence reduction** hearings. In return for his cooperation with federal authorities in Atlanta and Florida, Alwais was released in 1998-first on bond and then on probation.

ATTACHMENT / EXHIBIT _B_

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Michael Blutrich is a disbarred New York attorney. He was charged with racketeering in New York after federal prosecutors there alleged that his nightclub, Scores, had been infiltrated by the mob. He also pleaded guilty to racketeering and fraud in Florida in connection with a $400 million insurance scam. His Florida plea includes the New York charges.

In grand jury testimony and on the witness stand, Blutrich linked Kaplan and alleged mob captain Michael "Mikey Scars" DiLeonardo to the Gambino family and said the two men once extorted $100,000 from him and his business partner. Leach wrote a letter on Blutrich's behalf and took a break in the middle of the Gold Club trial to fly to Florida and appear at Blutrich's **sentencing**. Leach had recommended that Blutrich's original 25-year **sentence** be **reduced** to six years. But U.S. District Court Judge Ann Conway refused, saying that his **sentence** already had been **reduced** from 25 years to 16 for his cooperation with the FBI in New York against the Gottis.

Blutrich and his family are in the federal witness security program. Blutrich remains in prison where he is housed with other inmates who have entered the program after testifying for federal prosecutors.

Lyle Pfeffer, Blutrich's business partner, faced the same penalties as Blutrich for racketeering and insurance fraud. Federal prosecutors wrote a letter on his behalf, and Leach appeared at his Florida **sentencing**. Like Blutrich, Pfeffer remains in prison serving a 25-year **sentence**. He and his family are in the federal witness security program.

Three Others Cooperated

Three other witnesses who were acknowledged associates of the Gambino family began cooperating with federal prosecutors in New York or Florida. But after they provided **information** to the Atlanta grand jury about Kaplan's alleged ties to the mob and his alleged involvement in other crimes such as credit card fraud, their Atlanta cooperation was taken into account when they were **sentenced**. They are:

Joey Gross, 32, committed his first crime at age 13, and has served three stints in prison on convictions that include bank larceny, drug dealing, illegal firearms possession, attempted murder, car theft and forgery. After his third arrest in 1998 for stealing $500,000 from two bank depositories, Gross became a cooperating federal witness. He was released last year after serving 22 months and is now in the federal witness protection program. Gross testified that Kaplan was closely aligned with the Gambinos and had operated a counterfeit credit card racket in New York nearly two decades ago.

Willie Marshall is a self-described "leg-breaker" for a **Mafia** loan shark and a former bouncer at Scores. He first became a cooperating witness in New York in an investigation that targeted John A. "Junior" Gotti, then head of the Gambino crime family. As a result, Marshall has spent just nine months in prison.

Michael "Mikey Hop" Sergio once ran dice games and numbers lotteries for the Gambino family in New York. He provided "protection" for Blutrich's New York nightclub and took a percentage of the nightly cover charge as payment, then "kicked up" a share of his take to the Gottis. After Sergio cooperated with New York authorities in the Scores racketeering investigation, he was **sentenced** to two years, but was released immediately for "time served."

Leniency for Three More?

Three other felons who testified against Kaplan are expecting letters from federal prosecutors in Atlanta asking for leniency, Sadow says. "Whatever Art Leach ultimately does for John Givens has

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

got to be the worst," Sadow says. "That man does not deserve to see the light of day. ..."

They are:

"Big" John Givens, 29, a former bouncer at Kaplan's Club Boca in Florida and Kaplan's alleged "enforcer" there, is now in federal prison on convictions for racketeering, conspiracy to commit murder, kidnapping and the attempted murder of government witnesses. During Kaplan's trial, Givens told of his torture of a drug dealer whom he had handcuffed and blindfolded. He then slit his victim's nostrils and forced burning cigars up his nose. Givens also admitted that he had tortured a second man and cut off his ear, then left him for dead.

During Kaplan's trial, Givens acknowledged that he began cooperating with federal authorities in Florida only after they discovered his plan to kill five witnesses who had testified against him, and he learned that the **Mafia** had put out a contract on his life. He is seeking a **reduction** in his 13-year prison **sentence**. He is currently in the federal witness security program.

Hal Cherney, 39, is a Givens associate who posed as a DEA agent to kidnap, torture and rob drug dealers. He, too, is seeking a **reduction** in his federal prison **sentence**.

David Campo, is a convicted drug trafficker now in the federal witness security program. Campo acknowledged that he robbed drug dealers and stole cars. He testified that he once provided Kaplan with false identification papers for a fugitive the club owner was helping who had committed a diamond robbery.

8/15/2001 FULTONDAILY 4

END OF DOCUMENT

Copr. ® West 2002 No Claim to Orig. U.S. Govt. Works



```
Citation                    Search Result      Rank(R) 3 of 5      Database
7/15/98 ASSOCPR (No Page)                                          ALLNEWS
7/15/98 AP Online (Pg. Unavail. Online)
1998 WL 6695531
(Publication page references are not available for this document.)
```

AP Online
Copyright 1998.  The Associated Press.  All Rights Reserved.

Wednesday, July 15, 1998

Mafia Insider May Testify

NEW YORK (AP) - A Mafia insider known as "Fat Dom," who attended the wedding of John A. "Junior" Gotti, will be called as a government witness to provide inside testimony against him, the Daily News reported today.

**Dominic Borghese,** who has slimmed down from 400 to 250 pounds, has already testified for the government in a murder trial - it ended with an acquittal - and is in the federal witness protection system, the newspaper said.

A law enforcement official told the News that Borghese, 49, was involved with the son of imprisoned Gambino crime family don John Gotti, and with a co-defendant, John "Jackie the Nose" D'Amico, and has knowledge about the organization's structure through the mid-1990's.

Gotti, 34, is accused in federal court in White Plains of extortion, robbery, fraud, loansharking and gambling. His trial is scheduled for January, a year after he was jailed. He could be sentenced to 20 years in prison if convicted.

Gotti's attorney, Bruce Cutler, called Borghese "an innuendo and aura man called to create a so-called Mafia atmosphere. ... Borghese has been on the stand before, and from what I understand he hasn't fared too well."

Borghese did 42 months for disposing of a murder victim. When he testified, he admitted taking part in two homicides but said his job was just to get rid of the bodies.

Asked if he helped dig the graves, he said, "I couldn't dig. I was about 400 pounds then."

```
Word Count: 246
7/15/98 ASSOCPR (No Page)                       ATTACHMENT / EXHIBIT  C 1
END OF DOCUMENT
```

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.





```
Citation              Search Result      Rank(R) 100 of 136    Database
4/20/93 NWSDAY 18                                              ALLNEWS
4/20/93 Newsday 18
1993 WL 11367306
```
(Publication page references are not available for this document.)

Newsday
Copyright Newsday Inc., 1993

Tuesday, April 20, 1993

NEWS

Feds Indict 6 Pals Of Gotti In Death Of a Mob Witness
By Pete Bowles. STAFF WRITER

Six alleged mob figures with close ties to jailed crime boss John Gotti - including reputed gangland garbage czar James Failla - were charged in a federal indictment yesterday with killing a mobster who testified against Gotti.

The racketeering indictment, unsealed yesterday in federal court in Brooklyn, also charged that Failla used his positions as a captain in the Gambino crime family and head of the Trade Waste Association to extort money from carters in the city's $1 billion commercial garbage-hauling industry.

According to the indictment, the six conspired with Gotti and his former underboss, Salvatore Gravano, in the April 23, 1989, fatal shooting of Gambino soldier Thomas Spinelli after Spinelli testified before a federal grand jury investigating the mob family. His body was never found. Prosecutors have said that Spinelli told the grand jury that Gotti was the boss of the family.

Law-enforcement sources said that Failla, 74, and another defendant, reputed crime captain **Daniel Marino**, 52, have been running the Gambino family's activities in Gotti's absence. Gotti, now serving a life prison term for murder and racketeering, has been behind bars since his arrest in December of 1990.

The six defendants all face life imprisonment without parole if convicted. Also charged were three reputed Gambino soldiers - Louis Astuto, 63, Philip Mazzara, 50, and Dominick Borghese, 44 - and an alleged mob associate, Joseph Watts, 51.

Watts was also charged in the Dec. 16, 1985, slayings of Paul Castellano and his bodyguard, Thomas Bilotti, outside Sparks Steak House in Manhattan. At Gotti's trial last year, Gravano identified Watts as a backup shooter in the hit team.

ATTACHMENT / EXHIBIT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

ATTACHMENT / EXHIBIT C2

4/20/93 NWSDAY 18
**(Publication page references are not available for this document.)**

Among those waiting to have dinner with Castellano that night was Failla, who is listed as the head of the Manhattan division of the Trade Waste Association. The only other time Failla was charged with a felony was in 1987, when a jury acquitted him of racketeering charges after six hours of deliberations.

Failla, Mazzara and Borghese were arrested by FBI agents early yesterday at their homes. They entered innocent pleas before U.S. District Court Judge Charles Sifton, who set bail of $1 million each. Marino and Watts are expected to surrender to authorities today, and Astuto is being sought.

---- INDEX REFERENCES ----

NEWS SUBJECT:          (LEN)

EDITION:               CITY

Word Count: 368
4/20/93 NWSDAY 18
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    **DOWJONES**



Page     1

```
Citation              Search Result          Rank(R) 14 of 21        Database
2/2/89 RECNNJ A05                                                    ALLNEWS
2/2/89 Rec. N. N.J. A05
1989 WL 5184390
(Publication page references are not available for this document.)
```

The Record, Northern New Jersey
Copyright 1989

Thursday, February 2, 1989

NEWS

INFORMANT IN MOB TRIAL IS SENTENCED
United Press International

A woman who **testified** against her ex-boyfriend in the trial of reputed mobster Albert "Reds" Pontani was sentenced to probation Wednesday.

Brenda Brownlee of Camden, who originally faced drug charges that could have brought her as much as 40 years in prison, was allowed to plead guilty to possession of cocaine after she agreed to cooperate.

Brownlee was one of a string of government informants who **testified** last fall against Pontani and four associates. Pontani was convicted Dec. 1 of wholesaling cocaine to Camden dealers in 1984, of loan sharking and of two attempts to import P-2-P, a chemical precursor of methamphetamine, in 1986 and 1987.

U.S. District Judge Maryanne Trump Barry gave Brownlee a one-year suspended sentence.

During the trial, Brownlee **testified** that she got to know defendant **Daniel Marino** of Cherry Hill when he was involved in drug deals in Camden and became his girlfriend. She said she went to New Orleans with him and backed up testimony from other witnesses who said Marino set up a deal involving P-2-P brought up from Central America.

Barry sentenced Pontani last week to 30 years in prison and Marino to 20 years.

Prosecutors describe Pontani, a resident of Hamilton in suburban Trenton, as a member of the Bruno-Scarfo organized crime family and say he served as the family's "caretaker" when Nicodemo "Little Nicky" Scarfo was jailed in 1986.

Another defendant in the Pontani case received a suspended sentence on Monday. Carmine Cabell of Plainfield pleaded guilty to

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

ATTACHMENT / EXHIBIT ____

2/2/89 RECNNJ A05
**(Publication page references are not available for this document.)**

interfering with the mail and was immediately sentenced to pay a $100 fine.

   Cabell was indicted with Pontani on charges of assisting in the extortionate collection of a loan from Ronald Bramer, a New Orleans restaurant owner also known as Jack Diamond. Bramer, who **testified** against Pontani, said he was coerced into recruiting a P-2-P importer when he was unable to repay a $20,000 loan that included a large "vig" or interest payment.

                    ---- INDEX REFERENCES ----

KEY WORDS:          MOB; COURT; USA; DRUG; SALE; SMUGGLING

STORY ORIGIN:       NEWARK

EDITION:            ALL EDITIONS.=.FOUR STAR B. FOUR STAR P. THREE STAR.; TWO
STAR. ONE STAR

Word Count: 320
2/2/89 RECNNJ A05
END OF DOCUMENT

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

          Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          **DOWJONES**



```
Citation                 Search Result        Rank(R) 4 of 16        Database
7/27/89 HARPEN B10                                                   ALLNEWS
7/27/89 Harrisburg (PA) Patriot & Evening News B10
1989 WL 3695789
```
**(Publication page references are not available for this document.)**

The Harrisburg Patriot
Copyright 1989

Thursday, July 27, 1989

CENTRAL PA

Informant to spend 8 years in custody  Testimony helped to bring down mob in
Philly-South Jersey
Associated Press

PHILADELPHIA - Informant Nicholas ''Nicky Crow" Caramandi, who
helped bring down the Philadelphia-South Jersey mob with his
testimony, was ordered to serve 8 years in federal custody yesterday.

Prosecutor Joel Friedman of the Justice Department's Organized
Crime Strike Force said other mobsters across the country should take
notice.

''Mr. Caramandi's **sentence** sends a message to others like him
across the country: If you persist in your criminal activities, you
will be prosecuted to the full extent of the law. But if you break
the code of silence and **testify**, you will be rewarded," Friedman
said.

U.S. District Court Judge John Fullam, who also fined Caramandi
$10,000, said he had found him to be truthful and credible as a
witness, but he was impatient with what he called a prosecution
"thrust" to have Caramandi, 54, placed on probation.

Friedman insisted that court documents presented, in an
evenhanded manner, the crimes Caramandi had committed and the
"substantial benefit" to society of his testimony against his
former associates, including convicted mob boss Nicodemo ''Little
Nicky" Scarfo.

Caramandi **testified** as a government witness in 11 trials, and 52
people have been convicted in cases in which he was a witness, the
government's **sentencing** memorandum said.

''Consequently, deeply entrenched criminal institutions have been
weakened or destroyed," the memo said. ''The Mafia, which has
operated in Philadelphia since around 1920, is in disarray with its
hierarchy and much of its active membership serving long prison

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT ___E___

7/27/89 HARPEN B10
**(Publication page references are not available for this document.)**

terms."
    Testimony from Caramandi and fellow mobster-turned-informant
**Thomas DelGiorno** helped convict Scarfo and his associates on a
variety of state and federal charges including racketeering,
extortion and murder.

    Caramandi pleaded guilty to one count of violating the Racketeer
Influenced, Corrupt Organizations Act by taking part in the affairs
of the local La Cosa Nostra family. He admitted to a pattern of
activity including, but not limited to conspiracies to murder four
people.

    All four were shot and three of them died.

    He also pleaded guilty to conspiracy to commit extortion by
participating in a scheme to shake down a real-estate developer who
wanted to develop a project on the Philadelphia riverfront.

    Fullam said he was inclined to impose the maximum jail term of 20
years.

    ''The only thing that restricts me is that Mr. DelGiorno didn't
receive the same **sentence**," he said.

    U.S. District Court Judge Louis C. Bechtel **sentenced** DelGiorno to
5 years in prison and a $10,000 fine in June.

    DelGiorno had pleaded guilty to a federal racketeering-conspiracy
charge and admitted a role in six murder conspiracies.

    Caramandi did not address the court before Fullam passed
**sentence**.

    The judge balked at hearing three prosecution witnesses who
Friedman said would **testify** about how important Caramandi's
cooperation had been and how he was in danger because of it.

    He also complained about a request to give the defendant credit
for nearly three years spent in the custody of FBI agents during the
mob investigation, saying it was ''living in motels, living the Life
of Riley."

    Caramandi was given credit for that time, however, reducing the
effective length of his **sentence** to about five years. Prisoners
become eligible for parole after serving a third of their **sentences**,
but Friedman said granting parole to Caramandi would be up to a
parole board.

    ''He will go into a prison-type situation," Friedman said in a
sidewalk interview when asked if Caramandi would remain in the

                    Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

                Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.     

7/27/89 HARPEN B10
**(Publication page references are not available for this document.)**

government's Witness Protection Program.
    Caramandi will receive more protection than the average prison inmate, he said, but he declined to say how the government will keep him safe.

    Defense lawyer James Rohn didn't think it was possible.

    ''He is better off on the run with a new identity than he is as a sitting target in even a very secure prison," Rohn said. He was asked if Caramandi expects Mafia soldiers to go after him.

    ''He hopes they don't," Rohn said. ''He expects that they will."

                    ---- INDEX REFERENCES ----

KEY WORDS:          ORGANIZED CRIME

STORY ORIGIN:       PHILADELPHIA

EDITION:            FINAL

Word Count: 646
7/27/89 HARPEN B10
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          DOWJONES

FROM
Dow Jones
Interactive ®

**Page    1**

Citation                    Search Result          Rank(R)  234  of  911        Database
9/30/99 HSTNCHRON 26                                                            ALLNEWS
9/30/99 Hous. Chron. 26
1999 WL 24256240
**(Publication page references are not available for this document.)**

Houston Chronicle
Copyright 1999

Thursday, September 30, 1999

A

State briefs

**3 get reduced sentences**
Houston Chronicle News Services

   SAN ANTONIO - Three former Mexican **Mafia** members who testified
against other gangsters have received **reduced sentences** and will be
slipped into prison under assumed names.

   The three men may be placed in the witness protection program.

   In a federal racketeering trial that ended in March, they helped
authorities obtain life **sentences** for 10 members of the prison-
spawned, San Antonio-based Mexican **Mafia.**

   All three **informants** - Daniel Angel Tavitas, 32; Rene "Flaco"
Munoz, 41; and Fred Carrasco Jr., 22 - pleaded guilty to racketeering
Tuesday.

   Tavitas was **sentenced** to 10 years in prison and ordered to help
pay $16,697 in restitution to families of two teen-agers slain by the
gang. Munoz received eight years in prison. Carrasco was **sentenced** to
three years in prison.

---- INDEX REFERENCES ----

NAMED PERSON:          CARRASCO, FRED JR

KEY WORDS:             TEXAS GANGS VERDICT

STORY ORIGIN:          SAN ANTONIO

EDITION:               3 STAR

Word Count: 125                        ATTACHMENT / EXHIBIT ___F___
9/30/99 HSTNCHRON 26
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    



Page     1

Citation                    Search Result              Rank(R) 83 of 96              Database
5/15/91 HRTFCNT D1                                                                   ALLNEWS
5/15/91 Hartford Courant D1
1991 WL 6092342
**(Publication page references are not available for this document.)**

The Hartford Courant
Copyright @ The Hartford Courant 1991

Wednesday, May 15, 1991

CONNECTICUT

Informer describes mob crimes Mob informer takes the stand, details crimes
EDMUND MAHONY; Courant Staff Writer

   **John F.** "Sonny" **Castagna,** who traded his reputation as
Hartford's most treacherous man for that of ace informer, recounted
his life of crime Tuesday while eight of his former partners, on
trial as reputed members and associates of the Patriarca Mafia
family, shot him hard looks and occasionally muttered "rat."

   The heavy, gravelly voiced gangster transfixed the packed
gallery in U.S. District Court in Hartford when he slipped in a
rear door and hefted himself into the witness stand at 11:30 in the
morning. He wore white slacks and an off-white sports jacket. A
gold chain showed at the open neck of his black knit shirt.

   Castagna was one of more than 20 reputed Patriarca family
members and associates arrested 14 months ago when the FBI cracked
down on what it calls New England's most powerful criminal
organization. But in July, after considering the 90-year prison
sentence he faced, Castagna and his son Jack Johns agreed to
cooperate with prosecutors.

   Among other things, Castagna and Johns admitted participating
in a plot to murder mob underboss William "The Wild Guy" Grasso in
June 1989. Four of the men on trial in Hartford are charged with
murdering Grasso, based on the information Castagna and Johns
provided.

   For more than four hours Tuesday, prosecutor John Durham slowly
and methodically questioned Castagna, 50, who is being kept in an
out-of-state prison. Castagna started his answers by describing
himself as a one-time associate of the "Raymond Patriarca crime
family ... somebody who does things for the family ... earns money
for them."

ATTACHMENT / EXHIBIT _G-1_

   In the course of his testimony, Castagna recited a litany of
crimes -- some he was never charged with -- including blowing up a

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          DOW JONES Westlaw.

5/15/91 HRTFCNT D1
**(Publication page references are not available for this document.)**

building, shooting people, and myriad gambling offenses. As the
hours passed, he implicated four of those on trial in gambling
schemes. When he continues testifying today, he is expected to
implicate the others in Grasso's killing and other offenses.

Castagna also described how Hartford changed in the early 1980s
from an open city -- not dominated by any one criminal group -- to
a city firmly controlled by Grasso and the Patriarca organization.

He began listing his criminal history by describing how a
barroom disagreement led to a shooting and his manslaughter
conviction in 1972.

"I was in a bar," Castagna testified. "And there was another
gentleman in there. He was drinking. I was drinking."

When the man, Thomas Forte, persisted in making advances toward
another's wife, Castagna called him outside to fight it out. For
some reason the fight never happened and Forte agreed to give
Castagna, who doesn't drive, a lift home.

En route, Castagna said, Forte simultaneously pulled out a .357
magnum handgun and crashed his car into a pole on the side of the
road. The gun when off and Forte ended up dead, Castagna said.

"I blew up a building one time," Castagna continued, "the Top
Notch Grocery in Glastonbury, around the 1970s."

He said it was a favor for the owner of a nearby grocery who
didn't want the competition.

"Shylocking. A shooting in Springfield in 1981," he said,
continuing with his list. "Running numbers, receiving stolen
property, shylocking. I believe that's about it."

Upon his release from prison in 1981, after serving six years
for the manslaughter conviction, Castagna said Francesco "Skyball"
Scibelli and Adolfo Bruno, reputed Geneovese crime family members
from Springfield, sent for him. He said they put him to work
"shylocking," or lending money at illegally high rates. About the
same time, he said, he opened the Paradiso cafe, a grinder and
espresso shop in Hartford where he ran an illegal card game in the
back room.

He said he had to split whatever profits the game made with the
reputed Genovese soldiers from Springfield and Grasso, who were
competing for control of Hartford. Springfield got 50 percent of
the game, Grasso got 25 percent and Castagna said he kept 25
percent.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/15/91 HRTFCNT D1
(Publication page references are not available for this document.)

A little later, Castagna said, he started an illegal numbers operation, similar to the state lottery but more profitable for winners. The profits were split much like those from the card game.

Castagna said he lost so much money gambling himself that he had to close the Paradiso. But he kept borrowing money from Springfield to lend on the street. He paid 1 or 1 1/2 percent interest a week for the money, "depending on what kind of mood they [Springfield] were in." He would lend the money out at higher rates.

Things went well for a few months, Castagna said, until he started spending too much of the Sringfield shylock money on himself. He did so by putting phony names, which he called beards, on the list of his so-called customers.

His Springfield associates finally got wise and summoned him for a meeting.

"I was afraid of getting killed," he said, "or my legs busted or hit in the head with a bat, anything like that."

He said a friend warned him to get out of town for a while. A couple of days later, he said, he was told that Grasso had settled the dispute. Castagna did not say how the dispute was resolved, but said it happened about the same time Grasso consolidated the Patriarca family's control over Hartford, pushing the Springfield mob across the Massachusetts border.

When Durham asked Castagna what Grasso did for a living, Castagna said, "He was a gangster," meaning, "you had to do what he told you to do."

Castagna said he then began working, indirectly, for Grasso and the Patriarca mob. He ran a barbute game, a Greek dice game resembling craps, at a run-down social club on Franklin Avenue that he said was controlled by Americo "Cigars" Petrillo of Old Saybrook. Petrillo is charged with racketeering and is one of those on trial. The house collected 2.5 percent of all winning bets and made about $14,000 a week, he said.

After the disappearance and probable murder of reputed mob associate William "Hotdog" Grant of East Hartford in May 1988, Castagna said, he became an employee of a sports bookmaking ring run by Salvatore "Butch" D'Aquila of Middletown, who is also on trial, accused of racketeering.

Castagna said he had to ask D'Aquila for special permission to take bets over the telephone because the mob suspected he would try to swindle money from the operation.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.


5/15/91 HRTFCNT D1
**(Publication page references are not available for this document.)**

He said that Grasso, during an August 1988 meeting with him and D'Aquila in an Old Saybrook cottage, decreed that Ernest Salamone would head up the Hartford-area betting operation under D'Aquila's direction. And it didn't matter what Salamone thought about the idea.

"He had to agree," Castagna said. "He was told."

In 1989, Castagna said, he ran into reputed mob soldier Louis Failla of East Hartford and associate John "Fast Jack" Farrell, a card sharp and dice cheat from Manchester. They were "robbing a barbute game" in Waterbury by using Farrell's magnetized dice.

Further discussion with the two led Castagna to become involved in the operation of a crooked casino in Manhattan. Castagna said Frank "Frankie Pugs" Pugliano of West Springfield also helped with the casino.

Failla and Pugliano are also on trial. Farrell has pleaded guilty to racketeering charges and is scheduled to be sentenced today.

Castagna said the casino profits were split five ways. His job was to stand around and pretend he was gambling. Over three nights of operation, Castagna said, his cut was about $71,000.

---- INDEX REFERENCES ----

EDITION:          A

Word Count: 1236
5/15/91 HRTFCNT D1
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.





Citation                      Search Result          Rank(R) 36 of 96          Database
2/20/92 HRTFCNT A1                                                               ALLNEWS
2/20/92 Hartford Courant A1
1992 WL 9173850
(Publication page references are not available for this document.)

The Hartford Courant
Copyright @ The Hartford Courant 1992

Thursday, February 20, 1992

MAIN (A)

Mob informant reaps reward for cooperation Mob informant reaps reward for
cooperation
EDMUND MAHONY; Courant Staff Writer

   John F. "Sonny" Castagna, the gravel-voiced killer and Mafia
turncoat once described as "the most treacherous man in Hartford,"
escaped a lengthy prison sentence Wednesday. Prosecutors said he
deserved a break because the damage he inflicted on the mob as an
informant was as bad as the damage he once inflicted on society.

   The gangster-turned-government witness was sentenced during an
early and sparsely attended hearing in U.S. District Court in
Hartford in a curious postscript to what one prosecutor called "the
most significant organized crime case ever prosecuted in the New
England states."

   When he was indicted in March 1990 with more than 20 other
members and associates of the Patriarca crime family, Castagna was
a leading target of organized-crime investigators. Wednesday, after
helping to put his former associates and the leadership of the
entire mob in prison, he was praised as the single most important
factor in the government's success in the case, by the detectives
who once pursued him.

   U.S. District Judge Alan H. Nevas ordered Castagna imprisoned
for 28 months. But the total includes the time Castagna has been
held without bail since his 1990 indictment, meaning he could be
free as early as April. The precise release date depends on how
prison officials calculate any time off he is owed for good
behavior.

. On his release, Castagna will disappear into the federal
witness-protection program. Federal officials would not discuss the
specifics of the program, out of concern for the safety of its
participants. But in general, protected witnesses are given new
identities and moved elsewhere in the country at government expense.

   Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

ATTACHMENT / EXHIBIT G-2

2/20/92 HRTFCNT A1
(Publication page references are not available for this document.)

  Assistant U.S. Attorney John Durham, who led the team of
prosecutors that first indicted Castagna and later used him as a
prosecution witness, said it is unlikely that Hartford's
once-leading gangster will ever return.

  "If he returns," Durham said, "there is not really any real
likelihood he will survive. He's a dead man."

  The Castagna who appeared at his sentencing had undergone a
remarkable transformation. He was literally a piece of his old
self, missing about 50 of the 260 pounds he once carried when he
swaggered along Franklin Avenue, gambling, swindling, shooting or
plotting to blow up buildings.

  The snappy jacket he once filled hung loosely from his
shoulders. Missing, too, was the old bluster he once used on
detectives and on the targets of his swindles. He was polite and
quiet in court, preferring to communicate with Nevas by a letter,
which was later placed in a file closed to the public.

  "I'm very satisfied," he told the judge, on one of the four
occasions he spoke. He was indicating that he would not appeal his
sentence.

  Castagna's public defender, Thomas C. Furniss, said his client
was a changed man. After his arrest, Castagna experienced something
"analogous" to what psychiatrists describe as a "bottoming-out
phenomenon" in drug addicts and alcoholics, Furniss said.

  "Mr. Castagna is not a Boy Scout," Furniss said. "He never was.
He had an adult life which is characterized by gambling or
associated crimes."

  In a government affidavit compiled in the 1980s, an informant
is quoted describing Castagna as "the most treacherous man in
Hartford."

  Furniss said Castagna decided to join the government's team
because, in effect, he became disgusted with an immoral lifestyle
and the pain and embarrassment it caused his family.

  "I think he has made a sincere commitment to change his
behavior completely," Furniss said. "And I think he can do it."

  Prosecutors said Castagna's life of crime, particularly his
association for more than 30 years with whatever criminal
organization dominated central Connecticut, made him valuable as an
informer.

But the single most important evi dence Castagna provided to

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

      Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



2/20/92 HRTFCNT A1
**(Publication page references are not available for this document.)**

authorities was the solution to the 1989 killing of William "The Wild Guy" Grasso of New Haven, then the underboss or second in command of the Patriarca crime family.

"Without him," Durham said, "the circumstances surrounding Mr. Grasso's murder would never have been uncovered."

Castagna said he had a unique perspective on the murder; he participated.

Grasso was shot in the head and his body dumped in a patch of poison ivy near the Connecticut River in Wethersfield, as part of a bloody split between Patriarca crime family factions in Boston and Providence. The shot was to have been the opening salvo in an attempt by the Boston faction to wrest control of the mob from its historic seat of power in Providence.

During nearly two weeks on the witness stand at the trial of eight Patriarca crime family members and associates in Hartford last summer, Castagna described how he and other family members from Hartford and Springfield threw in with the Boston faction. After Grasso was killed, an attempt was made to kill a Grasso ally in Boston, Castagna testified.

But the Boston and Providence factions negotiated a tenuous truce after the shootings, averting what Castagna said could have been a bloody mob war.

Castagna also testified about gambling, loan sharking and other rackets run by the family's Connecticut faction. Largely as a result of his testimony, all those on trial were convicted and sentenced to prison terms running from three and a half years to life. Among those convicted and sentenced was Nicholas Bianco of Providence, who at the time was the crime family boss.

Castagna also was to have testified against five of the leaders of the Boston faction of the family, including the mob's third in command, or consiglieri, Joseph "J.R." Russo. However, all five entered guilty pleas last month and were given long prison sentences. Prosecutors said the threat of Castagna's testimony was partly responsible for persuading the five to plead guilty rather than face trials.

Castagna also has promised to testify this spring in the trial of two reputed mobsters from Springfield on attempted murder charges. Fifteen years ago, the two are alleged to have shot a third reputed mobster five times as they chased him across a cow pasture in Agawam, Mass. Castagna said he knows what happened because he was there as a backup gunman.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



2/20/92 HRTFCNT A1
**(Publication page references are not available for this document.)**

Durham said Castagna's cooperation was unusual in its forthrightness and completeness.

"When he decided to cooperate, he cooperated," Durham said, "It was truthful, accurate and complete -- as far as we know."

It is particularly difficult to find cooperating witnesses in organized crime cases, he said, because mob members take oaths of silence and swear to kill informers. At the trial in Hartford, Durham played a secretly made FBI recording of mobsters swearing blood oaths of silence.

"That's not fiction," Durham said Wednesday. "It's not a made-for-television movie. That's how these people act and operate and think."

Nevas said he was convinced, from his own view of Castagna, of the truthfulness of the characterizations by Durham and Furniss. And for that reason, he said he had imposed the relatively lenient sentence.

"I think it is a remarkable congruence of positions that have occurred here, where you have your lawyer and the government's lawyer saying the same thing. . .," Nevas told Castagna. "I think that's a tribute to you."

There may have been a time in the past, Nevas said, when Castagna was considered a stand-up guy; someone who, in the mob's parlance, would rot in jail rather than testify against a fellow mobster. But that was a mistaken impression, the judge said.

"The real stand-up guy in this case is you," Nevas said. "Because you stood up for what you finally concluded was right. ... And you stood up for the rest of your life.

---- INDEX REFERENCES ----

EDITION:          A

Word Count: 1251
2/20/92 HRTFCNT A1
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



Citation                    Search Result              Rank(R) 1 of 25              Database
5/2/00 TGMGZTWM A2                                                                  ALLNEWS
5/2/00 Telegram & Gazette (Worcester) A2
2000 WL 10207499
**(Publication page references are not available for this document.)**

Telegram & Gazette Worcester, MA
Copyright 2000

Tuesday, May 2, 2000

NEW ENGLAND

Mob trial witness' death raised suspicions
Lee Hammel

WORCESTER -- Lots of people were after Sean T. Cote.

First, there were the Revere police officers whom the young car
thief loved to taunt by gunning his car through the streets.
Eventually, state police and the FBI were added to the list of those
seeking Mr. Cote, after he added bank robbery and other violent
crimes to his list of activities.

Often enough, the local police succeeded in catching Mr. Cote, and
he had more than 100 court appearances on his record by the time he
was 19.

At last, in January 1995, the FBI and state police got their hands
on him. It looked like the end for the 24-year-old, with charges that
could put him away for life.

FELLOW CRIMINALS

But then the Everett native managed to attract a whole new class
of people who did not wish him well -- his fellow criminals.

He decided to testify against some of them in return for a 10- to
15-year sentence.

One of the crimes to which Mr. Cote admitted was wounding
Worcester drug dealer Matteo Trotto in a shooting on Oct. 31, 1994,
in a McKeon Road gym. As part of the related proceedings, he decided
to take down fellow conspirators Eugene A. "Gino" Rida Jr. of
Worcester, Leo M. "Chipper" Boffoli of Holden and Michael A. Romano
Sr. of Wakefield by testifying against them and others in a mob trial
scheduled for 1998 in U.S. District Court in Worcester.

By the time of trial, realizing the depth of testimony against
them by Mr. Cote, their co-defendant, three other defendants -- Mr.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

DOWJONES

ATTACHMENT / EXHIBIT H 1

5/2/00 TGMGZTWM A2
**(Publication page references are not available for this document.)**

Boffoli, **John M. Arciero** and Mark Spisak -- decided to testify for
the prosecution as well.

That proved a good thing for the U.S. attorney's office, because
Mr. Cote turned up dead in prison on Oct. 19, 1998, after the trial
started but before Mr. Cote could take the stand.

There was immediate speculation about what had happened to Mr.
Cote, who was hidden away in the government's witness security
program in a federal prison in Allenwood, Pa. With the number of
people who would benefit from Mr. Cote's demise, and with him being a
young man with no known life-threatening ailments, a prison official
immediately decided to treat his death as suspicious.

NATURAL CAUSES

The FBI and the Justice Department's Office of Inspector General
were brought in to investigate. Meanwhile, U.S. District Judge
Nathaniel M. Gorton announced in court in Worcester that he had been
assured that the death of Mr. Cote, 28, resulted from natural causes.

But details were hard to come by.

In October 1998, the coroner in Pennsylvania referred inquiries to
Allenwood officials; Allenwood officials referred inquiries to the
Bureau of Prisons in Washington; and the bureau said it would release
no information without an official Freedom of Information Act
request. Even with such a request from the Telegram & Gazette, the
bureau released no information for nearly 11/2 years -- until two
weeks ago.

The newspaper was given 545 pages -- heavily edited -- while
another 400 pages were withheld in their entirety.

Information was deleted under federal law and regulations which
exempt personnel and medical files and other information "that could
reasonably be expected to constitute an unwarranted invasion of
personal privacy," according to the Bureau of Prisons. Four pages
from "another agency" were given to that agency to determine whether
to release them, but the bureau would not reveal which agency that
is.

NO ILLICIT DRUGS

Mr. Cote did die of a natural cause: occlusive coronary artery
disease, according to the autopsy report of Forensic Pathology
Associates Inc., of Allentown, Pa. There was no external or internal
trauma, it said.

The Bureau of Prisons pointed out that the independent autopsy

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

5/2/00 TGMGZTWM A2
**(Publication page references are not available for this document.)**

showed that no illicit drugs were found in the toxicology tests on
Mr. Cote's body.

Added Gary C. Crossen, Mr. Cote's criminal lawyer: "There's been
nothing ever said to me to suggest that he died from anything other
than natural causes." Mr. Cote had a history of crack cocaine abuse,
tobacco use and childhood asthma, according to reports.

After sifting through evidence and statements from staff and
inmates at Allenwood -- some of the material contradictory -- the
inspector general's investigation concluded: "The investigation
revealed that BOP personnel provided Inmate Cote immediate medical
attention and found no evidence that BOP withheld proper medical
treatment."

It also stated that the FBI "concluded that there was no evidence
of criminal involvement" and closed its investigation.

The autopsy report said prison medical records showed that Mr.
Cote had been awakened from sleep about 8:20 a.m. with chest pains on
the day of his death. Prison interviews indicate that Mr. Cote was
given an electrocardiogram about 9 a.m. in the medical unit and sent
back to his housing unit.

FELL UNCONSCIOUS

According to records, he fell unconscious at 9:45 a.m.; a
community ambulance arrived at 10:12 a.m. and departed the prison
with Mr. Cote at 10:24 a.m. The ambulance, with prison escorts, drove
perhaps 11 to 14 miles to Evangelical Hospital in Lewisburg, arriving
at 10:45 a.m. Mr. Cote was pronounced dead at 11:02 a.m.

The physician assistant at the prison medical unit said he first
saw Mr. Cote at 8:20 a.m. the day of his death; was not aware if Mr.
Cote had complained earlier; and there was no indication in the
medical record of a request to see medical staff before that. The
physician assistant could not explain why Mr. Cote's
electrocardiogram that day indicated it was given at 7:32 a.m.

He said Mr. Cote's symptoms were not typical of a heart attack,
and the EKG did not show he was having one. The physician's assistant
said he released Mr. Cote back into the prison population and, the
investigator wrote, said that "after analyzing what had occurred
there is nothing he would do differently."

But one prison staffer told investigators he saw Mr. Cote awake at
about 5 a.m., indicating he did not feel well. The staffer said he
again saw Mr. Cote between 6:30 and 7 a.m. returning to his room and
saw Mr. Cote between 7:30 and 7:45 a.m. sitting at picnic tables.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

5/2/00 TGMGZTWM A2
(Publication page references are not available for this document.)

An inmate told an investigator that Mr. Cote had complained at the prison "pill line" over the Friday, Saturday and Sunday before the Monday on which he died, and was told to sign up for sick call on Monday. The inmate said he saw Mr. Cote at the health unit at 7:30 a.m. the day he died; that Mr. Cote told an official there he was having chest pain; and that Mr. Cote was told it was probably a muscle spasm and he should put a hot towel on his chest.

The inmate said Mr. Cote returned to the health unit twice more that day, being sent away each time.

The Bureau of Prisons said it agrees with the Justice Department Inspector General report that Allenwood staff "provided timely, appropriate and professional medical care to Mr. Sean Cote. All institution staff, including health care practitioners, rendered all possible medical care in an effort to save the inmate's life. In turn, no disciplinary action against any staff was warranted in this matter."

According to its statement, the Bureau of Prisons is committed to ensuring that inmates "receive humane treatment; a safe, secure living environment; and medical treatment commensurate with community standards."

Prison official says steroids were sent to prison by the FBI

The FBI sent drugs to an inmate in the witness protection program, according to a federal prison administrator.

The administrator said the drugs -- steroids -- that were intended for the inmate were sent to a prison employee. They were sent by the FBI in Detroit to one of its protected witnesses in the federal prison in Allenwood, Pa., according to the Allenwood unit manager.

The administrator said the steroids were sent "just prior" to June 1998, when he became unit manager. The administrator told an investigator for the U.S. Department of Justice's Office of Inspector General that the employee was a counselor and that the counselor resigned.

However, the federal Bureau of Prisons told the Telegram & Gazette that the staff member was "dismissed" and prosecuted "for the introduction of contraband." That followed an investigation by the inspector general's office, according to a Bureau of Prisons statement.

The unit manager also said "the drugs never made it out of their container."

A federal official, who asked not to be identified, said it was

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

5/2/00 TGMGZTWM A2
(Publication page references are not available for this document.)

not a counselor, but another Allenwood employee "not in charge of custody of inmates on a day-to-day basis" who was prosecuted.

A spokeswoman in the FBI's Detroit office, who said she was there in 1998, said she had never heard of such an incident.

The information emerged from a Freedom of Information Act request to the Bureau of Prisons. The Telegram & Gazette requested information from the Bureau of Prisons within a month of the death Oct. 19, 1998, of Sean T. Cote and renewed that request Nov. 15, 1999.

The information was provided to the T&G two weeks ago. Much of the information, including the name of the Allenwood unit manager, was blacked out.

Mr. Cote, who was recruited by the Boston office of the FBI, was a defendant who was scheduled to testify in a mob trial in U.S. District Court in Worcester, but died in Allenwood prison before he could do so. Scott Wolfson, a spokesman for the Bureau of Prisons, said the inspector general's "investigation conclusively found no connection with the death of Mr. Cote" and the arrival of the steroids.

He said the steroids had not been intended for Mr. Cote.

---- INDEX REFERENCES ----

NAMED PERSON:        COTE, SEAN

NEWS SUBJECT:        Crime and Courts; POLITICAL and GENERAL NEWS; Crime; Health;
Health (GCRIM GCAT CRM GHEA HLT)

STORY ORIGIN:        WORCESTER

Word Count: 1606
5/2/00 TGMGZTWM A2
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.       

-Dow Jones -Interactive®

Citation                    Search Result          Rank(R) 24 of 25          Database
4/9/97 BOSTONG B2                                                             ALLNEWS
4/9/97 Boston Globe B2
1997 WL 6251305
**(Publication page references are not available for this document.)**

The Boston Globe
Copyright 1997

Wednesday, April 9, 1997

METRO/REGION

US indicts 15 men in reputed battle for N.E. mob power
Patricia Nealon, Globe Staff

The infighting over control of the New England Mafia reached its apex in June 1989, when mob boss Francis P. "Cadillac Frank" Salemme was shot in the chest and left leg after parking his black BMW outside a Saugus pancake house.

Salemme survived. But the shooting launched a bloody five-year power struggle that federal authorities hope to end with a 40-count indictment against 15 mob associates -- including two of the men believed to have fired at Salemme.

The 87-page indictment unsealed yesterday in US District Court describes a criminal enterprise that murdered three men, tried to kill seven others, and planned seven more deaths during an internecine battle that raged through most of 1994.

"This was a violent effort to topple the boss of the Patriarca crime family," said US Attorney Donald K. Stern, referring to Salemme, now behind bars. Salemme and other reputed mobsters, including fugitive James J. "Whitey" Bulger and Stephen "The Rifleman" Flemmi, were indicted on federal racketeering charges in 1995.

The FBI's case against the renegade faction purportedly intent on wresting power from Salemme -- who assumed control after a series of Mafia convictions in the late 1980s -- also includes gun and drug charges as well as illegal gambling.

Among those charged is Robert F. Carrozza, 57, of East Boston. Authorities said Carrozza, also known as Bobby Russo, is the only "made member" of the Mafia among the 15 indicted.

Carrozza faces five counts, including racketeering, conspiracy to murder, and illegal use of a firearm. He is currently serving a 19-year federal prison term on a 1992 racketeering conviction.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

DOWJONES

ATTACHMENT / EXHIBIT H 2

4/9/97 BOSTONG B2
**(Publication page references are not available for this document.)**

Under a plea agreement with federal prosecutors then, Carrozza received immunity for the attempted murder of Salemme.

Charged yesterday with the attempted murder of Salemme are Vincent Michael Marino, 35, also known as Gigi Portalla, and Enrico M. Ponzo, 28, of Boston. Portalla, of Nahant, was the target of a mob-related shooting outside a Revere nightclub in November.

Ponzo, a fugitive from state drug and gun charges, was the only one of the 15 defendants still at large yesterday; all but five are already jailed on other state or federal charges. Ponzo was believed to be the target of the September 1994 shooting which ended in the death of Michael P. Romano Jr., 24, of Everett.

Yesterday, Romano's father, Michael P. Romano Sr., 44, of Wakefield, was indicted on 22 counts, including the October 1994 murder of Joseph Souza, the man who allegedly killed Romano's son.

Authorities said they believe Souza, 35, who was shot in an East Boston telephone booth, was gunning for Ponzo when he hit the younger Romano, who was changing a tire on Ponzo's car.

Four other men -- Anthony Ciampi, 33, of East Boston; Sean Thomas Cote, 26, of Revere; John J. Patti III, 32, of Revere; and Nazzaro Ralph Scarpa, 38, of Boston -- were charged with being accessories after the fact to Souza's murder.

Much of the grand jury testimony that resulted in the indictments is believed to have come from Cote, a career criminal and mob hanger-on who told of more than a dozen murders and assassination attempts, including the botched hit on Salemme.

In exchange for his testimony, Cote escaped a life sentence on charges he robbed 13 banks and two jewelry stores. He will now serve 10 to 15 years on those charges, and for illegally possessing a gun.

Besides the 1989 shooting of Salemme, Cote provided information on the March 31, 1994, murder of Richard Devlin, 45, of Brockton, and the wounding of Richard Gillis, 38, of Chelsea. The men, Salemme loyalists, were shot as they sat in a car on an East Boston street.

Ciampi and Mark Spisak, 27, of East Boston, were charged yesterday with Devlin's murder and the attempted murder of Gillis.

Cote also provided information on the Sept. 16, 1994, attempted murder of Joseph Cirame, the 35-year-old manager of Stadium Cafe in Everett, who was shot five times while getting out of his car in Revere.

Charged with the attempted murder of Cirame were Romano, Ciampi,

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



4/9/97 BOSTONG B2
**(Publication page references are not available for this document.)**

Cote, and Ponzo.
     Facing other charges, ranging from attempted murder or
conspiracy to murder to perjury, are Eugene A. Rida Jr., 37, of
Worcester; **John M. Arciero,** 35, of East Boston; Paul A. DeCologero,
38, of Burlington; Christopher Puopolo, 23, of East Boston; and Leo
M. Boffoli, 35, of Holden.

   Anthony Allan Diaz, 28, of North Billerica, was charged with
killing Paul Struzella in Revere on Dec. 12, 1994. Struzella, 25,
who sources said had ties to Ponzo and Portalla, was found shot to
death in a torched rental car.

                    ---- INDEX REFERENCES ----

EDITION:              CITY EDITION

Word Count: 766
4/9/97 BOSTONG B2
END OF DOCUMENT

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

          Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          DOWJONES



Page    1

```
Citation                 Search Result         Rank(R) 4 of 16        Database
7/27/89 HARPEN B10                                                    ALLNEWS
7/27/89 Harrisburg (PA) Patriot & Evening News B10
1989 WL 3695789
(Publication page references are not available for this document.)
```

The Harrisburg Patriot
Copyright 1989

Thursday, July 27, 1989

CENTRAL PA

Informant to spend 8 years in custody  Testimony helped to bring down mob in
Philly-South Jersey
Associated Press

PHILADELPHIA - Informant Nicholas ''Nicky Crow" Caramandi, who
helped bring down the Philadelphia-South Jersey mob with his
testimony, was ordered to serve 8 years in federal custody yesterday.

Prosecutor Joel Friedman of the Justice Department's Organized
Crime Strike Force said other mobsters across the country should take
notice.

''Mr. Caramandi's **sentence** sends a message to others like him
across the country: If you persist in your criminal activities, you
will be prosecuted to the full extent of the law. But if you break
the code of silence and **testify**, you will be rewarded," Friedman
said.

U.S. District Court Judge John Fullam, who also fined Caramandi
$10,000, said he had found him to be truthful and credible as a
witness, but he was impatient with what he called a prosecution
"thrust" to have Caramandi, 54, placed on probation.

Friedman insisted that court documents presented, in an
evenhanded manner, the crimes Caramandi had committed and the
'substantial benefit" to society of his testimony against his
former associates, including convicted mob boss Nicodemo ''Little
Nicky" Scarfo.

Caramandi **testified** as a government witness in 11 trials, and 52
people have been convicted in cases in which he was a witness, the
government's **sentencing** memorandum said.

''Consequently, deeply entrenched criminal institutions have been
weakened or destroyed," the memo said. ''The Mafia, which has
operated in Philadelphia since around 1920, is in disarray with its
hierarchy and much of its active membership serving long prison

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT ___

7/27/89 HARPEN B10
(Publication page references are not available for this document.)

terms."
    Testimony from Caramandi and fellow mobster-turned-informant
**Thomas DelGiorno** helped convict Scarfo and his associates on a
variety of state and federal charges including racketeering,
extortion and murder.

    Caramandi pleaded guilty to one count of violating the Racketeer
Influenced, Corrupt Organizations Act by taking part in the affairs
of the local La Cosa Nostra family. He admitted to a pattern of
activity including, but not limited to conspiracies to murder four
people.

    All four were shot and three of them died.

    He also pleaded guilty to conspiracy to commit extortion by
participating in a scheme to shake down a real-estate developer who
wanted to develop a project on the Philadelphia riverfront.

    Fullam said he was inclined to impose the maximum jail term of 20
years.

    ''The only thing that restricts me is that Mr. DelGiorno didn't
receive the same **sentence**," he said.

    U.S. District Court Judge Louis C. Bechtel **sentenced** DelGiorno to
5 years in prison and a $10,000 fine in June.

    DelGiorno had pleaded guilty to a federal racketeering-conspiracy
charge and admitted a role in six murder conspiracies.

    Caramandi did not address the court before Fullam passed
**sentence**.

    The judge balked at hearing three prosecution witnesses who
Friedman said would **testify** about how important Caramandi's
cooperation had been and how he was in danger because of it.

    He also complained about a request to give the defendant credit
for nearly three years spent in the custody of FBI agents during the
mob investigation, saying it was ''living in motels, living the Life
of Riley."

    Caramandi was given credit for that time, however, reducing the
effective length of his **sentence** to about five years. Prisoners
become eligible for parole after serving a third of their **sentences**,
but Friedman said granting parole to Caramandi would be up to a
parole board.

    ''He will go into a prison-type situation," Friedman said in a
sidewalk interview when asked if Caramandi would remain in the

                Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

7/27/89 HARPEN B10
(Publication page references are not available for this document.)

government's Witness Protection Program.
  Caramandi will receive more protection than the average prison
inmate, he said, but he declined to say how the government will keep
him safe.

  Defense lawyer James Rohn didn't think it was possible.

  ''He is better off on the run with a new identity than he is as a
sitting target in even a very secure prison," Rohn said. He was
asked if Caramandi expects Mafia soldiers to go after him.

  ''He hopes they don't," Rohn said. ''He expects that they
will."

            ---- INDEX REFERENCES ----

KEY WORDS:          ORGANIZED CRIME

STORY ORIGIN:       PHILADELPHIA

EDITION:            FINAL

Word Count: 646
7/27/89 HARPEN B10
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    DOWJONES



Citation                 Search Result           Rank(R)  56 of 57        Database
3/22/86 NWSDAY 03                                                          ALLNEWS
3/22/86 Newsday 03
1986 WL 2354165
**(Publication page references are not available for this document.)**

Newsday
Copyright Newsday Inc., 1986

Saturday, March 22, 1986

NEWS

Franzese Admits Racketeering; Faces 10 Years, Must Pay $14M
By Robert E Kessler

   **Michael Franzese,** who has described himself as a movie producer,
pleaded guilty in federal court yesterday to charges that he headed
multimillion-dollar criminal schemes and agreed to give the
government at least $14.75 million and accept a 10- year prison
**sentence**.

   Under terms of the complex plea agreement, Franzese, 34, of 2
Brook Lane, Brookville, will have to serve 5 years and 9 months in
federal prison before he is eligible for parole, will be fined
$35,000, and will have to turn over to the government the proceeds of
his criminal activity  -  at least $14.75 million, including his
financial interest as co-producer in the current popular movie
"Knights of the City."

   "I'm very pleased with the disposition," said Ed McDonald, head
of the Brooklyn Organized Crime Strike Force. "We've convicted a
major organized-crime figure and forced him to make a significant
restitution."

   Law enforcement authorities have long alleged that Franzese is
involved in organized crime, a charge Franzese has denied.

   "He has not admitted any involvement in any organized-crime
activity," said Franzese's attorney, John Jacobs. "He was facing
years of trials and investigations and he just wants to get it all
behind him."

   The pleas by Franzese, who is the son of reputed organized-crime
captain John Franzese, and four of his associates, were entered in
U.S. District Court in Brooklyn in response to a December indictment.
District Courty Judge Eugene Nickerson will formally sentence
Franzese on June 27.

   The group, allegedly headed by Michael Franzese, was said to have

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT _91_

3/22/86 NWSDAY 03
**(Publication page references are not available for this document.)**

been involved in a score of sophisticated illegal schemes that
defrauded corporations such as Mobil Oil, Citicorp, General Motors
and Mazda of at least $5 million, and to have also bilked the pension
and welfare funds of the nation's largest union of security guards,
the Allied International Union, headquartered in Great Neck.
Franzese allegedly controlled the union from behind the scenes.

   In return for Franzese's plea to charges of racketeering and
failure to file a 1984 income-tax return, prosecutors agreed to drop
another prosecution pending against Franzese in Florida and to forgo
bringing any charges against Franzese that might grow out of an
investigation into an alleged scheme to steal up to a quarter of a
billion dollars a year in state and federal sales taxes on gasoline.

   Pleading guilty to similar charges were Louis Fenza, 34, of 3
Madison St., Jericho; Frank Castagnaro, 40, of 7 Central Ave.,
Amityville; Frank Cestaro, 46, of 946 Oakfield Ave., North Bellmore,
and Walter Doner, 53, of 321 Southport St., Ronkonkoma. All agreed
to receive five years' probation, and all but Doner were to be fined
up to $10,000.

 . Franzese's activities have been the target of a joint law
enforcement task force for the past three years. The task force
includes agents of the Office of Labor Racketeering of the Department
of Labor, postal inspectors, the FBI and the IRS.

   The investigation into scores of others who were said to be
involved in the gas-tax scheme will continue, according to Assistant
Suffolk County District Attorney Ray Jermyn, who was cross-designated
as a federal prosecutor for the oil investigation. The two other
prosecutors in the case are Jerry Bernstein of the strike force and
John Ryan of the state attorney general's office.

   One of Franzese's reputed associates, former Long Island oil
distributor Lawrence Iorizzo, has said that Franzese masterminded the
gas-tax scheme. Iorizzo is now cooperating with the government as a
witness.

   Franzese, who long denied any significant business involvement
with Iorizzo, acknowledged, as part of the plea, that he had
participated with Iorizzo in a scheme to fraudulently obtain an
insurance bond. The bond was then used in a scheme to help defraud
New Jersey of $3 million in gasoline taxes.

   Franzese also acknowledged that he had received a rubber raft and
a motor as his share in a credit-card scheme that operated out of the
Babylon Cove Marina in Babylon. The admissions to two specific
crimes were necessary to prove racketeering.

   The Florida prosecution that was dropped alleged Franzese's

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

     Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.        

3/22/86 NWSDAY 03
**(Publication page references are not available for this document.)**

involvement in a gasoline sales-tax fraud in the Fort
Lauderdale-Miami area, a fraud that allegedly was siphoning off $40
million a year in tax money.

   Franzese remained stoic throughout the proceedings, except for an
occasional smile to friends in the courtroom. Under questioning by
Judge Nickerson, Franzese, who has been held in prison since his
arrest under the new federal preventive detention statute, said he
was suffering from ulcers.

   The plea bargain apparently shields Franzese from having to
testify at criminal trials or in grand juries against any of his
associates. While authorities cannot bar a grand jury from
subpoenaing anyone, the agreement says that authorities will "not
seek to subpoena Franzese to testify before a grand jury or at trial
to testify about the subject matters covered by this plea
agreement."

   The agreement, however, requires Franzese to cooperate in any
civil proceedings to recover additional money from any scheme he may
have been involved in.

   To help arrange the transfer of monies to the government, the
plea allows Franzese to stay at a federal halfway house in Los
Angeles for several months before entering the federal prison at
Terminal Island, Calif.

   To raise the $14 million, Franzese has agreed to sell his estates
in Brookville and Delray Beach, Fla., as well as houses and
condominiums in California, Glen Oaks and Patchogue. In addition, he
agreed to give the government all his profits from the movie "Knights
of the City," which already has earned him at least $1 million,
according to the plea agreement.

   "Here's hoping it's a great success," said Assistant Attorney
General Ryan. "Everyone should go out and see it now."

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

Newsday Cover Photo by Bob Luckey  -  Franzese of
Brookville, in December after his racketeering arrest;
Franzese Pleads Guilty; Faces 10 Years, Must Pay $14M
Page 3; Newsday Cover Photo by Bob Luckey  -  Franzese of Brookville,
in December after his racketeering arrest

          ---- INDEX REFERENCES ----

KEY WORDS:        ORGANIZED CRIME; CRIMES; RACKETEERING; COVER

EDITION:          NASSAU AND SUFFOLK

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



Citation                    Search Result          Rank(R)  34 of 57          Database
12/21/91 NWSDAY 11                                                             ALLNEWS
12/21/91 Newsday 11
1991 WL 4046348
**(Publication page references are not available for this document.)**

Newsday
Copyright Newsday Inc., 1991

Saturday, December 21, 1991

NEWS

Prosecutor: Franzese Is a 'Fraud Machine'
By Robert E. Kessler. STAFF WRITER

A federal prosecutor says that **Michael Franzese,** the former
rising organized-crime star, is a "one-man fraud machine," and should
be **sentenced** to the maximum time in prison for violating his
probation.

Contrary to Franzese's claims of having become a born-again
Christian, he has failed to file income taxes and used numerous
aliases in the five years that he has been on probation to further
illegal schemes, the prosecutor said.

Franzese faces up to 5 years in prison after he admitted last
month in U.S. District Court to bank fraud and violating his
probation by failing to file income taxes.

Federal agents say they have found in Franzese's possession
checkbooks, Social Security cards and credit cards under the names of
Michael Franzais, Miquel Francis, and Anthony Santangelo. Federal
prosecutor Joseph McCann wrote in court papers submitted to U.S.
District Judge Eugene Nickerson in Brooklyn last week that Franzese
was using false names in "evading detection and background checks as
he pursued his fraudulent schemes.

"Plainly, the breadth of Michael Franzese's fraudulent activity,
committed while on probation for a crime involving fraud,
demonstrates Franzese's cynical disregard for the conditions placed
by this court on his release and his profound disrespect for both the
law and the court," McCann wrote.

In court papers asking for a minimum sentence, Franzese said he
used the various names for personal security, and that government
charges are based on "mistakes" and "misunderstandings."

Franzese had served 3 1/2 years of a 10-year sentence for
racketeering when he was released on probation in 1986. Since that

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

ATTACHMENT / EXHIBIT J2

12/21/91 NWSDAY 11
(Publication page references are not available for this document.)

time Franzese was involved in at least 12 different criminal
activities, including bank fraud, real estate fraud, and making false
statements to government officials, McCann said.

   Franzese claims "he's changed his life, but all he's changed is
his image to promote himself, his movies and his book," McCann said.
Franzese's biography, "Quitting the Mob," is due to be published in
February.

---- INDEX REFERENCES ----

KEY WORDS:        ORGANIZED CRIME; FRAUD; MICHAEL FRANCESE; BOOKS

EDITION:          NASSAU AND SUFFOLK

Word Count: 321
12/21/91 NWSDAY 11
END OF DOCUMENT

# Get to Know the Westlaw® Difference!

**400+ topics in the West Key Number System, 60,000 synopses written annually,
350,000 headnotes added annually, 80,000 key numbers.**

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.     DOW JONES

**NewsBank InfoWeb**

# NewsBank Full-Text Newspapers

**Philadelphia Inquirer, The (PA)**

September 17, 1995

## THE PHILA. MOB BROKEN BY LOSS OF TRADITION ON THE EVE OF TRIAL, A LOOK AT HOW THINGS FELL APART.

Author: George Anastasia, INQUIRER STAFF WRITER

Edition: FINAL
Section: LOCAL
Page: A01

*Index Terms:*
SERIES PROFILE ORGANIZED CRIME PHILADELPHIA HISTORY DATE NAMELIST

Estimated printed pages: 18

Article Text:

It is, by any measure, the most dysfunctional Mafia family in America, an organization torn apart by its indiscriminate use of violence and lack of self-discipline.

Since 1980, two of its bosses have been brutally slain. Three others have spent more time in jail than they have on the streets.

Thirty members and associates, including a generation of potential leaders, have been killed. Three dozen more have been convicted and **sentenced** to long jail terms.

And, most troubling of all from an underworld perspective, nearly a dozen members and associates have testified in court, shattering omerta, the Mafia's time-honored code of silence, and the concepts of honor and loyalty that supposedly went with it.

This is Cosa Nostra Philadelphia-style - a crime family without any recognizable value system.

The depth and breadth of its problems are about to be put on public display again as jury selection begins this week in U.S. District Court for the trial of reputed mob boss John Stanfa and seven associates charged in a sweeping racketeering indictment handed up in March 1994.

"Stanfa, as head of the crime family, directed the activities of (the other defendants) in the commission of murders, attempted murders, kidnapping, extortions, loansharking, gambling and arson," the U.S. Attorney's Office said at the time the indictment was made public.

The case, based on the testimony of five mob turncoats and hundreds of hours of secretly recorded

**ATTACHMENT / EXHIBIT** J3

conversations, paints a picture of widespread underworld incompetence and senseless violence.

Similar portraits have emerged in mob trials elsewhere in the country, leading many in law enforcement - and even some sources in the underworld - to proclaim that the American Mafia is crumbling. In the last 15 years, more than 1,200 mob members and associates have been convicted, targeted in a multipronged federal attack that has shaken the once highly secretive and seemingly invincible criminal society.

Mob bosses in most major American cities, including New York, Philadelphia, Chicago, Boston, Pittsburgh, Newark, Detroit and Kansas City, have been jailed. Mob-tainted unions have been seized by the government. Mob-controlled industries have been turned inside out.

Mob informants are everywhere.

These "men of honor," who once swore a blood oath to live and die by the gun, now do their swearing from the witness stand while their agents negotiate book deals and peddle movie rights. Now the only people making offers that can't be refused are the authorities who run the Witness Protection Program and the producers who run Hollywood.

Nowhere have the factors that contributed to the American Mafia's demise been as pronounced as in Philadelphia, where scores of convictions have decimated the local organization. Based on interviews with law enforcement, legal, academic and underworld sources and on a review of thousands of pages of court transcripts and case files, those factors include:

* A loss of mob style "family values." Simply put, they don't make mobsters the way they used to.

* Poor leadership. Mob bosses have, by and large, confused fear with respect, have replaced loyalty with treachery and have consistently resorted to violence to solve problems. This was particularly true in the 1980s in Philadelphia under Nicodemo "Little Nicky" Scarfo and in the New York Gambino crime family headed by John Gotti. Both are serving long federal prison **sentences**.

* Narcotics. In theory, at least, dealing drugs once was taboo for "men of honor." Law enforcement authorities say today many Mafia families don't pay even lip service to that prohibition. Drugs mean big money. But drug dealing also brings heavy jail time, another factor that helps turn mobsters into witnesses.

* Sophisticated and coordinated investigations. Federal, state and local authorities have presented a united front against the mob, sharing information, resources and, on occasion, witnesses.

*

"The traditional values have changed," says Patrick J. Ryan, a New York- based professor of criminal justice and former director of the International Association for the Study of Organized Crime. "The value system is different. . . . Seniority used to engender respect. Today it means nothing. . . . Obedience used to be big. Now you see guys disregarding the directives of a boss. . . . None of this is mysterious. What's happening is happening in society in general. . . . Cultures change. Societies change. We don't go and kiss our father's rings anymore."

There are about two dozen "made," or formally initiated, members of La Cosa Nostra cooperating with the government. In testimony in federal courtrooms across America, they have told a spellbinding tale of

greed, treachery, violence and deceit that is at the root of the demise of the American mob.

From Phil Leonetti's cavalier comment about murder - "I never did nothing ruthless besides, well, I would kill people. But that's our life. That's what we do" - to Salvatore Gravano's description of his blind allegiance to his former boss John Gotti - "When he barked, I bit" - the words of these high- level informants have mesmerized jurors, filled thousands of pages of court transcripts and led to long prison **sentences** for hundreds of American mob figures.

Fifteen years ago the federal government unleashed a multipronged attack against La Cosa Nostra. According to statistics compiled by the FBI, the leaders of 20 of America's 25 Cosa Nostra families, including four of the five New York families, were convicted. These included 28 crime family bosses, 16 underbosses, seven consiglieres and 78 capos, or captains.

Taking advantage of high-tech electronic surveillance and the broad and devastating powers of the Racketeering Influenced and Corrupt Organizations (RICO) Act, prosecutors and FBI agents successfully built a series of cases that ripped away the hierarchy of most major American mob families.

Three things worked in the feds' favor. They were good. They were lucky. And their timing was impeccable.

As an institution, the American Mafia has been split by a generational and cultural divide not unlike the one that has affected society. Second- and third-generation gangsters, products of middle-class America, make lousy Mafiosi. They value form over substance. They have little sense of history. They cannot deal with adversity. And they assume instant gratification as a birthright.

FBI Agent Joseph Pistone, who infiltrated the Colombo crime family and posed as an aspiring wiseguy for several years in the late 1980s, told a U.S. Senate subcommittee that he saw the changes as he worked side-by-side with members of a Colombo crew in New York.

"With each generation the Mafia subculture moves closer to mainstream America," Pistone said in a 1990 appearance before the committee. "The old- timers who exhibit the strongest values of the Mafia are aging and slowly dying off. They are being replaced by younger wiseguys . . . who do not possess the same strong family values . . .

"I continually heard the older members complaining about this phenomenon. They were concerned that the new members cared more about themselves than they did about the family or crew - 'our thing' was turning into 'my thing' within the Mafia."

Leonetti and Gravano, two of the more celebrated Mafia turncoats now testifying for the government, are prime examples.

Leonetti, now 42, was a capo in the Philadelphia crime family headed by his uncle, Nicodemo Scarfo, before the age of 30. He was underboss, or number-two man in the organization, by the time he was 33. Gravano, now 50, was a capo at age 40 and Gotti's second-in-command before age 45.

They were kids by old-time Mafia standards. Young and untested, they were nevertheless given the kind of power, authority and standing that used to be reserved for experienced "men of honor," Mafiosi who had spent 20, 30 or 40 years living "the life."

But the modern mob has thumbed its nose at tradition. Reflecting the get- it-all, get-it-now philosophy

of the 1980s, leaders like Scarfo and Gotti abandoned long-range planning and patience - the marks of older dons like Carlo Gambino and **Angelo** Bruno - in a blatant grab for power and wealth.

Younger members aligned with them became part of the new-look American Mafia. They took a high profile, grabbing expensive homes, fancy cars and finely tailored clothes with both fists.

And when things got tough, some of them traded what they knew to hold onto as much of that wealth as they could.

Gravano has admitted his involvement in 19 Mafia murders. Leonetti has claimed 10. Cold-blooded hit men, they now do their shooting from the witness stand for the federal government, where they have proven to be just as deadly.

Since becoming a government witness in 1989, Leonetti, handsome, articulate and soft-spoken, has testified in a dozen trials. All have resulted in convictions. Gravano, who cut his deal in 1991, has made six courtroom appearances and his conviction rate rivals Leonetti's.

Twenty-five years ago, this kind of thing was unheard of in the underworld. Fifty years ago, it was unthinkable. A mob member or associate who even flirted with the idea of cooperating knew that he was signing his death certificate, that he would end up "sleeping with the fishes."

Today, guarding mob informants is a sophisticated and highly organized operation. The federal Witness Protection Program and other less publicized secretive programs run directly by the FBI or by state police organizations have wrapped a blanket of security around Mafia turncoats. Leonetti, Gravano and the others can fashion a new life out of the new identity, relocation and financial stipends their cooperation brings.

**Sentenced** to 45 years following conviction on federal racketeering charges, Leonetti got a substantial **sentence** reduction after testifying. And after a dozen federal prosecutors sang his praises, a judge knocked down his jail term to 6 1/2 years. Leonetti ended up serving five years, five months and five days before earning parole. Less than half a year, defense lawyers later noted, for each of 10 murders to which he admitted his involvement.

Gravano, who pleaded guilty to a racketeering charge and was looking at a maximum 20-year **sentence**, got the same kind of deal. **Sentenced** to five years, he was released from prison earlier this year.

Fifty years ago, Mafia members didn't testify. They couldn't. They wouldn't.

Founded in 1930 by outlaw groups of Sicilian immigrants, the American Mafia was a secret society bound by tradition and culture that made cooperating with law enforcement anathema.

Family and blood ties meant - and to a degree still mean - everything in Sicily.

Mafia members embraced the strict discipline and iron-clad code of secrecy that allowed the organization to survive and thrive for over a hundred years. Omerta, the concept on which the Mafia built its infamous code of silence, means "to be a man." And men, in the underworld culture of the mob and the twisted tradition of their criminal societies, didn't talk to authorities, didn't testify in court and didn't look to outsiders for help when things got tough. A man kept silent. A man took care of his problems. For a man, a jail term was a badge of honor, proof that he belonged.

That's the legacy - shined, polished and presented in its best possible light - that Vito Genovese, Lucky Luciano and their contemporaries brought to the American underworld of the 1930s. It is a somewhat glamorized version, to be sure, especially as portrayed by Hollywood and Mario Puzo. But stripped to its essence, the concepts of honor and loyalty were the major reasons the American mob survived for some 50 years despite the violence, despite the treachery and despite the greed that were always part of the package.

Early on, the American Mafia drew its membership from big city ghettos, taking advantage of a time when options and opportunities were limited. Some first-generation Italian Americans, struggling to realize the American dream, saw the Mafia as the only avenue open to them. So they embraced the organization, made it their family. They swore a blood oath of allegiance to Cosa Nostra and its version of loyalty, honor and respect.

Fifty years later, on the surface at least, the same rules and traditions applied. Membership was restricted. Both parents had to be of Italian descent. Family ties were important. The son, nephew or brother of a "made" Mafia member usually had a leg up in cracking into the organization.

To be considered for membership in the mob, everyone, even a mob boss' son, had to "do some work." This rather innocuous phrase, informants have testified, is an underworld euphemism for taking part in a murder. It's not necessary, Gravano and others have explained, to actually shoot somebody. But you've got to play a role in a hit: set the victim up, drive the getaway car, help dispose of the body.

Some, like Gravano and Leonetti, seemed to have a particular flair for this end of the business. Other mobsters who now are cooperating have described it as a distasteful but necessary rite of passage. Nicholas "Nicky Crow" Caramandi, another Philadelphia mob informant, said, "Look, these were crazy things, but they had to be done." When he began cooperating, Caramandi admitted his involvement in four gangland killings. He served a little more than a year in prison after helping convict Scarfo, Leonetti and dozens of other local mob figures.

Like Leonetti, he described murder as part of "the life." It was not, he has said again and again, a question of right or wrong. It was just a part of the underworld code. Murder was a part of the business. Everyone knew that going in.

By the 1980s, law enforcement had figured out how to attack the mob. The RICO law was in place. Prosecutors were able to establish the existence of a "criminal enterprise" and make an individual's involvement in that enterprise a racketeering offense. Multiple offenses, each carrying a 20-year prison **sentence**, meant long and hard jail time for those convicted. And sophisticated surveillance cameras and electronic listening devices made every meeting and every conversation a potential piece of evidence.

The new "men of honor," like Gravano, Leonetti and Michael Franzese, 44, a self-described "Yuppie don" of the Colombo crime family, found themselves caught in that new law enforcement reality. They were on the other side of the underworld's generation gap. They were not products of dirt poor ghettos struggling for a piece of the American pie. They were second-generation, middle class and more at home in the comfortable suburbs of Long Island, Staten Island or Cherry Hill than in Brooklyn, Queens or South Philadelphia.

Franzese made millions running a Mafia scam defrauding the government of gasoline taxes, then hightailed it to southern California to make his mark in the movie industry. Leonetti used his Atlantic City cement company and assorted other mob gambits, like loan-sharking, bookmaking and extortion, to

finance a comfortable lifestyle that included frequent trips to Florida and a luxurious condo at the Jersey Shore. Gravano, who liked to portray himself as an up-from-the-streets guy, lived with his wife and children in a stately two-story brick home in an exclusive section of Staten Island, a home that featured stained glass windows and a backyard pool. He owned a construction company and was the point man on various mob kickback and labor racketeering schemes that generated millions of tax-free dollars each year for the Gambino organization and for himself.

All benefited handsomely from involvement in the mob. None, however, was ready to pay what Mafiosi long considered the ultimate price for their lifestyle.

"You know going in that you could wind up dead or in jail," says one longtime mobster. "You accept that. These guys, they wanted it both ways."

Joe Valachi started it all in 1963. Lashing out at mob boss Vito Genovese, who he thought had ordered him killed, Valachi spilled his guts to a U.S. Senate subcommittee and a fascinated public, mentioning for the first time the term "Cosa Nostra" and detailing the workings of the secret society that ran the underworld. This was at a time when FBI chief J. Edgar Hoover was insisting that the Mafia didn't exist.

Times and law enforcement opinions have changed, but for nearly 25 years after Valachi's disclosures the government had little success in cracking the mob. A few others - Vinnie Teresa, Jimmy Frattiano, **Angelo Lonardo** - followed Valachi into the federal fold, but none had a substantial effect on the organization.

In the last decade, more than a dozen prominent mob members have flipped. Leonetti and Gravano head the list. From the Lucchese family there are former acting boss Alphonse "Little Al" D'Arco, underboss Anthony "Gas Pipe" Casso, and capos Anthony "Tumac" Accetturo and Peter Chiodo. From the Colombo family there are Franzese, former consigliere Carmine Sessa and the late Gregory Scarpa. From Philadelphia, in addition to Leonetti and Caramandi, there are Thomas "Tommy Del" DelGiorno, Lawrence "Yogi" Merlino, Eugene "Gino" Milano, George Fresolone - who worked undercover and taped his mob initiation ceremony for the New Jersey State Police - and, most recently, John Veasey and Rosario Bellocchi.

Each has his explanation.

But most law enforcement experts believe the rash of defections is a direct result of the Americanization of the Mafia. Ronald Goldstock, former director of New York's Organized Crime Task Force, pointed to this phenomenon in prophetic testimony before a U.S. Senate subcommittee in 1988.

"When the mob was first formed in this country in 1930, it was made up of first generation Italian Americans, either people that were born here or had come at an early age," he said.

"The ties that bound members . . . together were those of honor, kinship and respect. We are now in the second and third generation of the mob, and the new members have grown up differently. They have values of their contemporaries. They are the sociological equivalent of Yuppies. Their values are not those of honor and respect; they are economic. The ties that bind them to the mob are financial in nature."

Frederick Martens, former director of the Pennsylvania Crime Commission, says much the same thing: "For the older guys, the Mafia was a way of life. For these young guys, it's a way to make money."

Like any businessmen, when things turn sour they look to cut their losses.

Franzese claimed to have been born again when he rejected the mob. That and a beautiful young wife who needed him, he has said in a book about his life in the Mafia, were his reasons. Gravano and Leonetti say simply that they realized their lives of crime were a mistake. Leonetti, who has a teenage son, says his life was corrupted by the influence of his uncle, Nicodemo Scarfo, and he wants to make sure his boy doesn't follow in his footsteps.

Self-serving? Perhaps. Particularly when, between them, Gravano and Leonetti have admitted involvement in 29 murders.

Indeed, some older Mafia figures who have turned have pointed to younger associates as the reason.

D'Arco and Accetturo, both in their 60s, have said they were fed up with the younger generation of mobster who resorted to violence at the least provocation, who flaunted wealth and power and who had no sense of honor or loyalty.

"The problem," said Accetturo, sounding a lot like conservative uncle, "is that these kids got too much, too soon. They were spoiled."

"This is the 'me generation' of the mob," said Louis Pichini, a former Organized Crime Strike Force lawyer who was the lead prosecutor in the 1988 racketeering trial that crippled the Scarfo organization.

That case was built largely around the turncoat testimony of DelGiorno and Caramandi. The two Philadelphia mobsters testified at more than a dozen trials over a five-year period beginning in 1987 and helped prosecutors like Pichini convict more than 50 mob members and associates.

The dominoes that began falling in Philadelphia in the late 1980s set off a chain reaction elsewhere. Leonetti cooperated after being convicted in the 1988 case. Gravano agreed to cooperate because he feared Leonetti would finger him in a mob murder. A host of other New Yorkers, including Casso, who has been linked to 30 mob hits, turned to the government because of the potential testimony of Gravano.

*

They thought John Stanfa was the guy who was going to put it all back together.

Born in Sicily and schooled in the "old ways," the stocky, barrel-chested former bricklayer emerged as reputed head of the Philadelphia-South Jersey mob in 1991.

According to several law enforcement and underworld sources, he was not the mob's first choice. Anthony "Tony Buck" Piccolo, Scarfo's cousin, had been serving as "acting boss" following Scarfo's racketeering conviction in 1988. In 1991, the Gambino and Genovese crime families in New York were said to be ready to make the appointment permanent.

But Piccolo, a gentleman gambler who had ducked several earlier prosecutions and who eschewed the violent, flamboyant style that was the mark of his cousin, wanted no part of the top spot. Displaying the intelligence and foresight that had kept him out of jail for most of his life, Tony Buck looked beyond the power and prestige of being capo di capi in Philadelphia.

Piccolo, who was 68 in 1991, reportedly backed Stanfa, who had returned to Philadelphia after six years

in federal prison and a brief exile in New York.

It looked then like a smart move. Stanfa, just 49, had an impeccable crime family pedigree. Several law enforcement agencies listed him as a "made" member of the Sicilian Mafia before coming to the United States in 1964. Two brothers and several in-laws were Mafiosi in Sicily, according to federal and Italian law enforcement authorities. They, in turn, had ties to the Gambino crime family in New York. So did Stanfa. And, unlike many American mobsters, particularly those with Philadelphia connections, Stanfa had demonstrated his mettle.

Convicted of perjury for lying to the federal grand jury investigating the 1980 murder of mob boss **Angelo** Bruno - he was Bruno's driver the night the mob boss was killed - Stanfa served more than six years in prison, rejecting all offers to cut a deal and testify for the government.

When Stanfa took over in 1991, law enforcement officers described him as the prototype of the new American mob boss. A Pennsylvania Crime Commission report that year warned of Stanfa's "national and international organized crime connections" and suggested that the "older values and traditions" of the Sicilian Mafia that he embodied would "regenerate an ailing American La Cosa Nostra."

But by March of 1994, after a bloody internal mob war that saw a series of gangland killings and a number of botched mob hits, Stanfa and most of his top associates were in jail.

It was hardly the dawning of a new era.

It looked like more of the same - petty bickering, wanton violence and, at the first sign of an investigation, mobsters tripping over one another to cut a deal with the government.

"John had some people around him he shouldn't have," says one underworld source. "And he listened to some people who didn't know what they were talking about. . . . He knew what to do, but he just didn't know how to do it."

Despite his crime family bloodlines, Stanfa was an outsider to many young Philadelphia mob figures, particularly a group federal investigators say was headed by Joseph "Skinny Joey" Merlino.

Stanfa's attempts to forge an alliance with Merlino, the young son of jailed Scarfo mob leader Salvatore "Chuckie" Merlino, failed. In a reflection of the "street gang" mentality that law enforcement sources say has permeated and weakened the American Mafia, Stanfa was perceived as the "new guy" trying to take over the corner. And, investigators say, Merlino and the young mob wannabes around him weren't going to let that happen.

Discretion, once a hallmark of mobsters like Bruno and his New York contemporary, Carlo Gambino, had fallen out of fashion. The battle pitted brother against brother and made a mockery of the supposed Mafia code that innocent family members or friends would never be placed in jeopardy.

Joseph Ciancaglini Jr., Stanfa's crime family underboss, was wounded in a March 2, 1993, ambush investigators and Stanfa loyalists attributed to Merlino and his top associate - Michael Ciancaglini, brother of the victim.

Five months later, on Aug. 5, 1993, Michael Ciancaglini was killed and Merlino wounded on a South Philadelphia street corner in a retaliatory attack the feds allege was ordered by Stanfa. The Ciancaglini murder and the Merlino shooting, which Stanfa and the other defendants deny having taken part in, are

part of the murder and murder conspiracy charges in the racketeering case that is about to begin.

Less than a month after Ciancaglini's murder, Stanfa's son, Joe, who police said is not part of the crime family, was shot in the face in a brazen morning rush hour ambush on the Schuylkill Expressway. John Stanfa, a front seat passenger, escaped injury.

Less than three weeks later, Frank Baldino, a South Philadelphia bartender and neighborhood bon vivant, was gunned down outside the Melrose Diner, allegedly by Stanfa hit men. Baldino was targeted, police theorized, because he was a friend of Merlino's and of Merlino's father's. The Baldino murder also is part of the pending racketeering case.

By the fall of 1993, the fractious and fratricidal Philadelphia mob was a shambles. The war had become a vendetta, according to conversations captured on FBI tapes, with Stanfa out to defend his honor and avenge a personal insult.

"I'm a greaseball?" he asked sarcastically in one conversation with alleged mob associate Sergio Battaglia. "I'll show who's a greaseball. . . . They think because we come from over there (Sicily), we're bigger fools than them."

In that conversation, recorded in April 1993, Stanfa talked about the way "Cosa Nostra" was supposed to be, summarizing the nearly seven years he served silently in prison: "OK, I went in like a man; I came out like a man."

In another recorded conversation, Stanfa was heard complaining in heavily accented English to two associates about the lack of "qualified" people in Philadelphia for membership in Cosa Nostra: "People should start to thinking what they're s'posed to be. No like a friend. They s'posed to be like a brother."

\*

"It used to be that guys had to wait 20 or 30 years to get made," said Robert Buccino, a veteran mob investigator who heads the organized crime intelligence unit of the New Jersey Attorney General's Office. "They had to prove themselves. . . . Today, it's different. Today a boss is trying to put together an army, he lets anybody in."

Consider four men described as John Stanfa's young recruits, Sicilian-born Biagio Adornetto and Rosario Bellocchi and South Philadelphians Philip
Colletti and John Veasey. All four were part of the organization Stanfa put together after taking over as boss. All four played a role in the violence Stanfa visited on the underworld.

Now all four are preparing to testify for the government.

Adornetto scurried for FBI cover after Bellocchi tried to blow him away with a shotgun. The botched hit occurred on Dec. 30, 1992, at La Veranda, a high-priced Delaware Avenue restaurant where Adornetto, after a falling out with Stanfa, was working as a pizza maker.

That Bellocchi went on the hit with the wrong size shells in his shotgun - the gun subsequently misfired, enabling Adornetto to flee - was indicative of the way things would go over the next 18 months.

An attempt three months later to kidnap a waiter friend of Adornetto's who might know where the pizza maker was hiding was botched and the would-be kidnappers, Bellocchi and Gary Tavella, were arrested.

Veasey and Colletti pulled off the hit on Michael Ciancaglini and Joey Merlino in August, but left a trail that led police to their doorsteps.

Veasey, according to several sources, was bragging about his role in the high profile shootings within days of the Aug. 5 ambush. Colletti was a
suspect within hours of the shooting after committing the most basic of gangland blunders. The getaway car was found by police on fire several blocks
from the scene of the Ciancaglini hit. The vehicle, a white Taurus with New Jersey tags, had been leased from a company in Hammonton - to Philip Colletti.

The misadventures of Veasey and Colletti continued throughout their brief - less than a year - involvement in the mob.

Veasey has testified that pangs of conscience over the Ciancaglini murder brought him into the federal fold. Others say it was fear that he was going to be killed that prompted his epiphany.

Colletti, a South Philadelphia-born plumber and longtime wannabe wiseguy, said he turned witness because he wanted to start fresh, make amends and protect his wife, their child and his parents, all of whom had been placed in jeopardy.

Both men, say authorities, are examples of the "new breed" of mobster whose loyalty is primarily egocentric.

"You talk to some of these old time Mafia members and they'll tell you, there's no philosophical core to these younger guys," said Robert Carroll, who spent 19 years prosecuting organized crime cases in New Jersey. "They get into it to make money and have a high lifestyle."

Veasey and Colletti agreed to work for the FBI, secretly recording conversations with associates.

Veasey's undercover assignment ended abruptly on Jan. 14, 1994, when Frank Martines allegedly pumped three bullets into his head during a "meeting" in a numbers house above a meat market on Seventh Street in South Philadelphia.

Despite the bullets in his skull, Veasey fought off two assailants, allegedly Martines and Vincent "Al Pajamas" Pagano. Veasey escaped, was hospitalized briefly and then placed in protective custody. The attempt on Veasey's life is part of the pending racketeering case. Stanfa and his co- defendants deny any involvement.

With Veasey cooperating, Colletti caved, negotiating a deal with the FBI in February 1994 and recording several conversations before disappearing into protective custody.

One recording, with reputed mob associate Salvatore Brunetti, was made outside Colletti's house in Glassboro on the afternoon of Feb. 26, 1994. Brunetti, who was indicted with Stanfa and is part of a second group of eight defendants whose trial has not been scheduled opted to talk outside despite the bitter cold for fear Colletti's house might be bugged.

The recording started with Brunetti asking to borrow five dollars.

Colletti responded by complaining that he was broke, in debt and that his mortgage company was foreclosing on his house:

"Sal, I'm f-ing broker than you are, man. F-ing old man hasn't given me anything. I'm not making dick. .
. . I hate this s-. I got to stand out here. I can't even talk in my own house. I can't even enjoy a cup of
coffee. This really sucks, Sal. This really sucks. This sucks, man. It sucks."

The fact that Colletti was cooperating became public shortly after the conversation. Like Veasey, he is
now in the protective custody wing of an undisclosed prison. Colletti's family has been relocated and
given new identities.

A month after the recorded conversation, on March 17, 1994, Stanfa and most of his top associates were
arrested on charges in a 12-count racketeering indictment that has twice been expanded.

Ten defendants in the case have pleaded guilty. Bellocchi, Veasey, Colletti and Thomas Rebbie are
cooperating with authorities. So is Adornetto, who was not indicted.

Bellocchi's defection is perhaps the most embarrassing to Stanfa. He had been in jail for more than a
year and was engaged to marry Stanfa's daughter, Sara. Born in Sicily, Bellocchi was supposed to be
from the old school, dedicated to omerta and the ways of the Mafia.

In May, like so many other wiseguys from downtown, he cut a deal with the feds and agreed to testify.
In June, he pleaded guilty to a racketeering conspiracy charge, admitting his involvement in one murder,
one attempted murder, three murder conspiracies and a kidnapping. The attempted murder was the
botched hit on Biagio Adornetto.

Bellocchi also pleaded guilty to attempting to escape - this stemming from the time he ran from two
agents in a restaurant in Ocean City, Md., while in protective custody.

The admitted mob hit man was on the loose for about six hours before being caught. The authorities say
Bellocchi ran on an impulse.

And then quickly realized he had nowhere to go.

Caption:

PHOTO (2)
1. John Stanfa, reputed head of the local Mafia, was charged with
racketeering in a case based on testimony from five insiders. (Associated
Press / DON SLABICKI)
2. John Stanfa crosses a police line near his South Philadelphia business
after a Schuylkill Expressway ambush. In the the 1993 attack, Stanfa's son,
Joe, was shot in the face. Stanfa, a passenger in the front seat, escaped
injury. (The Philadelphia Inquirer / GERALD S. WILLIAMS)
CHART (5)
1. John Stanfa, 1990-94
2. **Angelo** Bruno, 1959-80
3. Philip Testa, 1980-81
4. Nicodemo Scarfo, 1981-90
5. The Stanfa Trial (The Philadelphia Inquirer)

PHOTO AND CHART

Memo:
DISORGANIZED CRIME
This is one in a series of occasional articles that will examine
the changing face of organized crime. Future stories will look
at the influence, power and impact of emerging Chinese and
Russian underworld organizations as well as the Sicilian Mafia.

Copyright (c) 1995 The Philadelphia Inquirer
Record Number: 9502210417

**Los Angeles Times**



Page    1

Citation                    Search Result          Rank(R) 89 of 136        Database
6/5/94 LATIMES 23                                                            ALLNEWS
6/5/94 L.A. Times 23
1994 WL 2172797
**(Publication page references are not available for this document.)**

Los Angeles Times
Copyright, The Times Mirror Company; Los Angeles Times 1994 All Rights Reserved

Sunday, June 5, 1994

PART-A; Advance Desk

Salvatore Gravano Is FBI's Favorite 'Songbird' Mafia: Mobster goes from the
Gambinos' No. 2 man to the federal government's No. 1 informer. In return, the
most he will serve is 20 years, or about 54 weeks for each person he admits
killing or arranging to kill. Maybe less.
LARRY McSHANE
ASSOCIATED PRESS

Nineteen murders as a mobster, 14 convictions as a star witness.
Salvatore (Sammy Bull) Gravano has proved almost as deadly working
for the Justice Department as he was working for the Mafia.

In less than 2 1/2 years, Gravano has gone from the Gambino
family's No. 2 man to the federal government's No. 1 informer. The
unflappable Gravano has handled hundreds of questions on the
witness stand, but two big ones remain unanswered as his midsummer
sentencing approaches:

Will his work pay off in a sharply reduced jail sentence?

And, if so, what kind of message will that send?

The prosecutors and FBI agents who worked with Gravano say that
the stocky, tough-talking killer has earned a break, and that a
reduced sentence will persuade other mobsters to cooperate.

Defense lawyers say Gravano's agreement for a 20-year maximum
term already sends a disturbing message: Cutting a deal with the
government means absolute absolution, with no repercussions no
matter what the crimes.

"The government, to use the vernacular, makes offers that people
can't refuse," said Gerald Lefcourt, a prominent defense lawyer.
"People will say anything to avoid a mandatory life term."

Which is what Gravano, 48, was facing-life without parole. His
deal with prosecutors guarantees the most he will serve is 20
years, or about 54 weeks for each person he admits he killed or

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT/EXHIBIT K-1

6/5/94 LATIMES 23
**(Publication page references are not available for this document.)**

arranged to kill.
    The list of those victims is long, from Gambino family boss "Big
Paul" Castellano to turncoat soldier "Tommy Sparrow" Spinelli.

    But the list of convicted organized crime figures jailed with
Gravano's assistance is almost as long and even more impressive:
Gambino family boss John Gotti. Gambino consigliere Frank Locascio.
Colombo family boss Victor (Little Vic) Orena. Gambino family capos
Thomas Gambino, James (Jimmy Brown) Failla and Robert (Bobby
Cabert) Bisaccia.

    Gravano was an unlikely candidate for the Witness Protection
Program. He was fiercely loyal to Gotti, and was seated beside the
Dapper Don when Castellano was gunned down a half-block away on
Dec. 16, 1985.

    When Gotti became the nation's most notorious mob boss, Sammy
became his underboss. Gotti was the Gambino family's bark; Gravano
was its brutal bite.

    The Bull was persuaded to switch sides by government
surveillance tapes that captured Gotti bad-mouthing his underboss.
"Sammy told me, 'I knew even if I was acquitted, because of what
John said, I'd have to kill him,' " recalled James Fox, ex-head of
the FBI's New York office.

    Prosecutors were not keen on accepting Sammy, convinced their
cache of secretly recorded tapes was enough to convict Gotti
without the problems of cross-examination.

    "When Sammy cooperated, I had mixed feelings," said Assistant
U.S. Atty. Laura Ward. "Those tapes killed Gotti. Up until then I
thought, how can you cross (examine) a tape?"

    But tapes don't guarantee convictions. In 1990, Gotti walked on
a charge that he ordered a hit on a union official despite a
recorded conversation where he said, "We're gonna, gonna bust him
up."

    Gravano helped avoid a repeat, moving quickly from unlikely to
devastating witness. Federal officials say they were overwhelmed by
the eighth-grade dropout's honesty, memory and testimony.

    "He's been fantastic," gushed Ward, who has worked with Gravano
since he turned. "He really is phenomenal. He's not an actor. He's
very bright."

    And very effective. His track record: 14 convictions, including
five plea bargains in April. One acquittal. One hung jury-and that
case will be retried this summer.

        Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

6/5/94 LATIMES 23
**(Publication page references are not available for this document.)**

He was also a key witness against the United Brotherhood of Carpenters and Joiners, an allegedly mob-controlled union that cut a March deal giving the federal government control of the organization for 2 1/2 years.

Gravano testified at the sentencing of Venero (Benny Eggs) Mangano-a 71-year-old Genovese captain who received a stiff 15-year prison term. With five bodyguards in tow, he testified before a U.S. Senate subcommittee on organized crime's involvement in boxing.

"Gravano is a prosecutor's dream," Fox said. "He has a photographic memory."

In the Castellano hit, Sammy was able to provide incredible detail, right down to the outfits worn by the triggermen: "White trench coats and black Russian hats."

Gravano has proved unshakable on cross-examination, outlasting some of the nation's top defense lawyers and their tactics: Albert Krieger and his sarcasm, Bruce Cutler and his bombast. This Krieger question, from the Gotti trial, is typical:

"You don't care what happens?" Krieger asked Gravano in mock disbelief. "Let the jury come in guilty, let the jury come in not guilty. Means nothing to you. That's what you are telling the court and the jury, correct?"

"In a way," Gravano coolly responded. "They're the jury. And I'm not a juror."

Gravano doesn't even need to testify to land some guys in jail. Two of the Gambino family's top captains-Failla and **Daniel Marino**-both took seven-year prison terms in an April 5 plea bargain rather than hear Sammy sing.

"People make him out to be a dumb thug, a killer," said Fox. "My experience is he has some pretty good damn common sense."

The Gravano story, laid out during nine days on the witness stand at Gotti's racketeering trial, is fairly simple. He grew up in Brooklyn, dropped out of grammar school, served two years in the Army, and started a life of crime that never stopped.

Gravano started small-"armed robberies, burglaries, shylocking," he testified. He graduated to "murder, shylocking, construction." He became friendly with an up-and-coming Gambino family thug known as "Johnny Boy"-John Gotti.

When Gotti ascended, Gravano received his reward: An annual illegal income of $250,000 to augment his reported construction

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

6/5/94 LATIMES 23
**(Publication page references are not available for this document.)**

business earnings of more than $500,000 a year.
   Now he awaits another kind of payment from the government.
Gravano has one last criminal case to handle: The trial of reputed
Genovese family boss Vincent (The Chin) Gigante.

   U.S. Dist. Judge I. Leo Glasser will then decide to give Gravano
the full 20 years or something less.

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

PHOTO: Salvatore (Sammy Bull) Gravano, shown at a Senate
subcommittee hearing in April, 1993, has become a top informer for
the FBI.
/ Associated Press

                    ---- INDEX REFERENCES ----

STORY ORIGIN:        NEW YORK

NEWS CATEGORY:       WIRE

EDITION:             BULLDOG

Word Count: 975
6/5/94 LATIMES 23
END OF DOCUMENT

           Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works
            Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.        DOWJONES

**The Washington Post** *(1977-Current)*

**Washington Post**

July 11, 1997

# IN MURDER TRIAL, MAFIA KILLER MAKES RELUCTANT ADMISSION

Author: Blaine Harden; Washington Post Staff Writer

Edition: FINAL
Section: A SECTION
Page: A19
Dateline: NEW YORK
JULY 10

*Index Terms:*
VINCENT GIGANTE
SALVATORE GRAVANO
PETER MAAS
New York
Murder
Trials
Witnesses
Organized crime
Books
Films
Contracts

Estimated printed pages: 3

Article Text:

In the mob murder trial of Vincent "Chin" Gigante, the

government's star witness stunned the courtroom today not with tales of murder (he coolly conceded 19 "whacks"), but with his reluctant admission of book and movie profits he is making from being a Mafia turncoat.

**Salvatore** "Sammy the Bull" **Gravano,** whose testimony in 1992 helped convict New York mob boss John Gotti, spent most of his day on the witness stand identifying Gigante as the head of the Genovese crime family, from which position he said that Gigante ran assorted rackets and ordered various murders. "Chin was the boss," he testified.

**Gravano,** 52, made a deal with the government in 1991 in which he confessed to 19 murders and agreed to testify against the mob for at least two years. He spent five years in prison. He has left the federal

ATTACHMENT / EXHIBIT $K2$

witness protection plan, but continues to live in hiding.

The federal case against Gigante charges him with taking part in the murders of six people and conspiring to murder three more. It also contends that the 69-year-old reputed mobster, who is attending the trial in a wheelchair and often mumbles to himself, is faking mental illness to avoid prosecution.

The testimony of **Gravano**, often described as the highest ranking Mafia figure to turn state's evidence, was expected to be the jewel in the crown of the government's thus-far lackluster case against Gigante. Several other mobsters called to testify have given vague and confusing accounts of Gigante's alleged mob leadership.

But on cross-examination late this afternoon, the star witness found his credibility under withering defense attack, as **Gravano** seemed to find it far more difficult to admit to a lucrative book deal and his ongoing movie negotiations than to retell stories of a 23-year career as a specialist in mob justice.

Before the subject of the book and movie deals came up, **Gravano** had calmly admitted to being a skilled practitioner in the craft of murder: "When it came time for them to be killed, yes, I did my best."

Yet when pressed by the defense, **Gravano** stalled and stumbled before acknowledging that he was paid a $250,000 advance from author Peter Maas for his cooperation in the best-selling book "Underboss." His testimony about the advance contradicts public statements by Maas and publisher HarperCollins that **Gravano** was not paid for his story.

"I think it was important to put out the right story," **Gravano** said, when he was first asked why he had worked with Maas on the book.

But under further questioning by Gigante's lawyer, Michael Marinaccio, **Gravano** conceded that he not only had a book advance, he also had contractual rights to movie, television and books-on-tape revenue from "Underboss." **Gravano** said a movie deal is being negotiated and that he hopes to make more than $1 million from it.

Asked about his motivation for the book and movie deal, **Gravano** said that he was doing it for "prosperity." Marinaccio, smiling, corrected the witness, saying that he must mean "posterity."

Family members of people that **Gravano** has admitted murdering were in court today, monitoring his testimony. Some are hoping to gain evidence to press a lawsuit aimed at capturing whatever profits **Gravano** makes from the book and movie deals.

In his testimony, **Gravano** said Gigante, whom he referred to only by the nickname "Chin," avoided meetings with other senior mob bosses for fear of being photographed or taped. He said he saw Gigante attend only one top meeting of the New York crime families, adding that he wore a brown bathrobe to the event.

Copyright 1997 The Washington Post
Record Number: 807251

E-Mail   Text Only Display   List   Prev   Next



Citation                    Search Result          Rank(R) 1 of 11        Database
7/28/92 HRTFCNT B1                                                         ALLNEWS
7/28/92 Hartford Courant B1
1992 WL 9180450
**(Publication page references are not available for this document.)**

The Hartford Courant
Copyright @ The Hartford Courant 1992

Tuesday, July 28, 1992

CONNECTICUT

Key mob trials witness is spared prison term Key witness in mob trials is
spared a prison sentence
ED MAHONY; Courant Staff Writer

**Jack Johns,** a wisecracking, would-be gangster who helped convict
the leadership of the Patriarca crime family after unexpectedly
becoming a protected government witness, avoided a prison **sentence**
Monday when he was ordered to serve five years on probation.

True to character, Johns turned to the handful of spectators in
the federal court gallery in Hartford with a pained look of
disbelief when informed that, if he doesn't like his sentence of
probation, he can appeal it.

Part of the reason Johns, 31, was spared prison, is that he was
the person who provided investigators with evidence of his most
serious crimes. He admitted robbing drug dealers, beating people
with baseball bats, helping to assassinate former mob underboss
William "The Wild Guy" Grasso and burying a mob victim beneath a
Hamden garage.

But Johns' self-incrimination during the summer of 1990 proved
to be valuable to investigators who, by then, were years into what
would turn out to be the most successful law enforcement assault on
the Patriarca crime family.

John Durham, chief of the criminal division for the U.S.
attorney's office, said Johns' evidence and his testimony later in
court were "extraordinarily substantial." It contributed to the
conviction of 10 top members of the Patriarca family -- including
then-mob boss Nicholas Bianco of Providence -- last spring and
summer in Hartford. Five more later pleaded guilty in Boston after
learning, among other things, that Johns would testify against them
if their cases went to trial.

Even without cooperation by Johns, who is being protected under
a new identity in the federal witness security program, the FBI and

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT _____

7/28/92 HRTFCNT B1
**(Publication page references are not available for this document.)**

local police agencies had built a daunting case against the
Patriarca family's hierarchy. Authorities had even succeeded in
secretly recording the mob's bloody initiation ceremony for new
members in suburban Boston in 1989.

   But Johns and another cooperating, protected witness -- a con
man, swindler, cheat and killer named John F. "Sonny" Castagna, who
happens to be Johns' father -- collectively led investigators to a
cache of body parts beneath the Hamden garage and helped them solve
the June 1989 Grasso murder. They also described for investigators
the violent split between the crime family's Boston and Providence
wings which led to Grasso's death.

   Under his cooperation agreement, Johns could not be charged on
the information he volunteered. In return, he agreed to plead
guilty to racketeering, racketeering conspiracy and conspiracy to
commit a violent crime -- specifically, plotting the murder of a
drug-dealing partner who was suspected of having Johns beaten with
a pipe.

   Under rigid federal sentencing guidelines, even if he had not
cooperated, Johns faced, at most, a prison term of 37 to 46 months
in prison on the charges to which he pleaded guilty. Prosecutors
agreed to recommend that the possible 37 to 46 month sentence be
reduced.

   Before imposing the probationary period, U.S. District Judge
Alan H. Nevas said he was convinced by Durham and defense lawyer
John R. Williams of the value of substantially reducing Johns'
sentence to prove to other mobsters the value of cooperating with
the government.

   "My original inclination in this case was that some additional
period of incarceration was warranted in your case," Nevas said.
"But I cannot ignore the strong arguments made by the government
and Mr. Williams. And I simply cannot ignore the logic of the
argument that if you had simply come in and pleaded guilty you
would have been exposed to 37 months."

   Nevas also reminded Johns that his decision to cooperate
against his former mob associates -- made after an intense period
of persuasion by Castagna -- means some substantial change in his
life.

   "Take a good look at yourself and see who you've been and ...
see where you're going to go," Nevas said. "There is no doubt ...
that if you ever come back to this area, you won't live, you will
be killed."

   Nevas referred to certain "tough guy" remarks Johns has made

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

7/28/92 HRTFCNT B1
**(Publication page references are not available for this document.)**

recently, evidently references to a probation department interview
in which Johns vowed to return to Hartford and castigated his
father for persuading him to cooperate.

"If you continue to talk like that or act like that," Nevas
said, "you'll never make the five years."

While discussing John's cooperation, Durham said prosecutors
often have to bargain with men like Johns to get evidence about the
Mafia's inner workings.

"The persons who have that information," Durham said, "are not
priests and rabbis and ministers."

Jurors learned as much last summer when Johns testified over
two days in Hartford.

At one point, a defense lawyer was grilling Johns about his
role in Grasso's murder. Gaetano Milano of East Longmeadow, Mass.,
fired a bullet into Grasso's brain as gangsters rolled along I-91
in Hartford in a swank, customized red van. Johns said he was
hidden in the back of the van to shoot anyone who interfered in the
assassination.

After Milano fired, Johns said he leaped forward, brandishing
his pistol in one had and yanking the slumped-over Grasso by the
hair into an upright, sitting position with the other. The defense
lawyer wanted to know which hand held the hair and which had the
gun.

Which hand do you use to pull the trigger? he asked.

"I dribble with my left and shoot with my right," Johns said.

---- INDEX REFERENCES ----

EDITION:          A

Word Count: 880
7/28/92 HRTFCNT B1
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw



```
Citation              Search Result        Rank(R) 19 of 28        Database
5/1/91 HRTFCNT B1                                                  ALLNEWS
5/1/91 Hartford Courant B1
1991 WL 6092002
(Publication page references are not available for this document.)
```

The Hartford Courant
Copyright @ The Hartford Courant 1991

Wednesday, May 1, 1991

CONNECTICUT

Witness explains how Mafia is run Man says he was mob underboss Witness details
mob's inner workings
EDMUND MAHONY; Courant Staff Writer

   **Phillip Leonetti** grew up in the mob -- at age 11, he said, he
acted as a decoy in one of his uncle's contract killings. Tuesday
he shared a lifetime of experience with government prosecutors as
the racketeering trials of nine reputed members and associates of
the Patriarca crime family began in Hartford.

   The Mafia is a secret criminal organization with branches in
cities across the country, Leonetti said. He said its goals are
simple: "To make money. Any way it can ... loansharking, extortion,
gambling, unions."

   And murder. While jurors and a packed gallery in U.S. District
Court listened raptly to his testimony, Leonetti, 38,
matter-of-factly admitted participating in ten murders. In two of
the deaths, he admitted pulling the trigger.

   Government prosecutors were able to call on Leonetti as an
expert to describe the secret workings of the Mafia because he
agreed to become a protected federal witness after being jailed in
1987 for racketeering. He was sentenced to 45 years, and hopes to
win a substantial reduction because of his cooperation.

   Leonetti, who wowed young court clerks with his good looks when
he was auitted of a murder in 1980, had a meteoric rise in the
Philadephia-South New Jersey crime family, considered by the FBI to
be one of the most violent in the country. He rose from Mafia
soldier to local captain or "capo regime" to underboss of the
family as a protege of the uncle he claims to have unwittingly
assisted as a decoy, Nichodemo "Little Nicky" Scarfo. Scarfo
eventually became the family's boss.

   Over prolonged objection by lawyers for the defendants from
Rhode Island, Massachussetts and Connecticut, U.S. District Judge

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

     Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.                Westlaw.

                              ATTACHMENT / EXHIBIT M 1
```

5/1/91 HRTFCNT B1
**(Publication page references are not available for this document.)**

Alan A. Nevas permitted prosecutors to introduce Leonetti to the jury as an expert on the Mafia and the rules under which it operates.

Prosecutors contend that the Patriarca crime family, New England's largest for half a century, operates similarly to the one in Philadelphia and is part of a national Mafia confederation known as La Cosa Nostra, loosely translated as "this thing of ours."

A year ago, state, local and federal police officers swept across New England, arresting the men they say make up the entire leadership of the Patriarca crime family. Those arrested include the nine men on trial in Hartford and another seven awaiting trial in Boston.

The Hartford prosecutors hope Leonetti's description of the Philadephia family will help jurors understand how the Patriarca mob works.

Leonetti said his uncle Nicky proposed him as a member of the Philadelphia family in 1974 or '75. But he said it wasn't until 1980 that he became a sworn Mafia soldier at a secret initiation ceremony at the Philadephia home of a capo regime. Leonetti said he killed two men to become eligible to take the oath.

Eight prospective inductees arrived at the house and were sheparded into the basement by previously sworn family members. One by one, they were summoned upstairs to the parlor and to an elaborate, quasi-religious ritual.

When his turn came, Leonetti said, he stood in the center of a circle of top Philadelphia mobsters. He was shown a gun and a knife and promised to use either to defend them. Then, his uncle cut his trigger finger and smeared the blood on a tissue. In the old days, gangsters used a prayer card bearing the image of a saint, Leonetti said. Apparently, no prayer cards were available.

Next, the tissue was burned in Leonetti's hands and he swore an oath, becoming a member of the family.

FBI agents investigating the case against the Patriarca family secretly recorded what they say was a Mafia initiation ceremony in Medford, Mass., in October 1989. They plan to submit the recording as evidence in the trial. The ritual in Medford is similar to that described by Leonetti.

As Leonetti rose in rank, he said, he met powerful Mafiosi from across the country. He said disputes between families in different cities are resolved by a Mafia commission consisting of the bosses of the five New York families, as well as the bosses of the

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



5/1/91 HRTFCNT B1
**(Publication page references are not available for this document.)**

families in Philadelphia and Chicago.
   Leonetti said his family almost appeared before the commission
once with a dispute with New York's Genovese family. But, he said,
the two families managed to work out the disagreement themselves.

   During his mob career, Leonetti said, he was familiar with the
Patriarca family. Once, he said, he met Patriarca member Anthony
"The Saint" St. Laurent in Atlantic City. St. Laurent and a woman
he was with had been arrested on drug possession charges in a
casino hotel room and needed a good lawyer, Leonetti said.

   On other occasions, he met men he described as Genovese family
members from Springfield, Mass., including Al Bruno, Francesco
"Skyball" Scibelli and his brother, whom Leonetti said he knew only
by the nickname "Ba Ba" Scibelli.

   Leonetti said sworn Mafia members are prohibited from "fooling
around with drugs" and committing crimes against the state, such as
counterfeiting money or selling arms to foreign governments. Also,
they may not use bombs to murder people because they might hurt
innocent passers-by.

   In addition, mob soldiers are bound by the code of "omerta," or
silence, and may not talk to law enforcement officers. They are to
report approaches by investigators immediately to the capo regime
they answer to under their family's chain of command, Leonetti said.

   Mobsters don't always obey the rules, Leonetti said. Punishment
ranges from death to being ordered to forfeit to bosses a
substantial chunk of the profits they make from frowned-upon
rackets.

   The nine defense lawyers were able only to begin their
cross-examination of Leonetti, who is expected to be recalled to
the witness stand when the trial resumes this morning.

   But attorney Jeremiah Donovan, who represents reputed Patriarca
soldier Louis Failla of East Hartford, pounced on Leonetti in the
relatively short cross-examination he was permitted.

   "You and your uncle are in fact crazy killers, aren't you?"
Donovan barked.

   "No," Leonetti responded, with the unruffled attitude he had
assumed throughout his hours-long litany of crime.

   Next, Donovan wanted to know how Leonetti helped his uncle with
the murder at age 11.

   "He used me as a ploy," Leonetti said. "I sat in a pickup truck

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

      Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



5/1/91 HRTFCNT B1
**(Publication page references are not available for this document.)**

that he had used to dump a body."
   But Leonetti acknowledged committing another murder for his
uncle.

   Under Donovan's questioning, he admitted firing a bullet into a
cement contractor's head while his uncle sat across the room in a
New Jersey apartment, sipping a drink and reading the newspaper.

   After the gun's retort, Leonetti acknowledged his uncle checked
the victim's pulse rate and asked Leonetti to put another bullet in
him.

   Leonetti said he complied.

---- INDEX REFERENCES ----

EDITION:          A

Word Count: 1112
5/1/91 HRTFCNT B1
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

**Chicago Tribune**   *(1985-Current)*

## Chicago Tribune

May 31, 1992

## Judge slashes mobster's sentence

Author: From Chicago Tribune wires.

Edition: CITY EDITION
Section: NEWS
Page: 19
Dateline: PHILADELPHIA

*Index Terms:*
ORGANIZED CRIME
SENTENCE
DECREASE
FEDERAL
COURT

Estimated printed pages: 1

Article Text:

A mob underboss who turned government informant and helped send an organized-crime leader to jail
has had his sentence reduced for his cooperation and could leave prison this fall. U.S. District Judge
Franklin Van Antwerpen on Friday reduced **Philip Leonetti's** 45-year racketeering sentence to 6 1/2
years, making **Leonetti** eligible for parole at the end of September. **Leonetti** will enter the federal
witness protection program upon his release. **Leonetti,** the nephew of mob boss Nicodemo ``Little
Nicky'' Scarfo, has testified in six trials, to several grand juries and during one sentencing hearing,
Assistant U.S. Attorney Albert Wicks told the judge.

COPYRIGHT 1992, CHICAGO TRIBUNE
Record Number: 05*31*7\92050007.293*2

ATTACHMENT / EXHIBIT _M 2_

FROM Dow Jones Interactive®

Citation | Search Result | Rank(R) 29 of 29 | Database
11/30/85 ASSOCPR (No Page) | | | ALLNEWS
11/30/85 Associated Press (Pg. Unavail. Online)
1985 WL 2884261
**(Publication page references are not available for this document.)**

The Associated Press
Copyright 1985. The Associated Press. All Rights Reserved.

Saturday, November 30, 1985

Government Seeks To Have Ex-Skimming Defendant Testify Against Co-Defendants
CRAIG HORST

(AP) _ The government has moved to plug an apparent hole in its case against eight alleged mob figures charged with skimming $2 million from Las Vegas casinos by dropping charges against another defendant and gaining a court order compelling him to testify.

**Carl Wesley Thomas** was directed to testify in an order signed Wednesday by U.S. District Judge Joseph E. Stevens Jr.

Key witness Angelo Lonardo, who said he became the second-highest ranking figure in the Cleveland mob in 1976, has testified that Thomas skimmed money _ illegally taking part of gambling proceeds before taxes were paid _ from the Stardust casino for six months in 1979.

The government contends the skimmed money was distributed to organized crime factions in Kansas City, Milwaukee, Chicago and Cleveland.

Thomas could be called to the stand this week, following the lengthy testimony in the 10-week-old trial by Lonardo, described by the FBI as the highest-ranking crime figure ever to turn government witness.

However, Thomas' attorney, David W. Russell, said he is not sure if his client will testify because he fears for his life and may decide to accept a contempt of court judgment.

Santo Volpe, an attorney for alleged Chicago crime boss Joseph Aiuppa, and other defense attorneys had noted previously that the government had not scheduled witnesses to testify about how money was skimmed and how it was taken to Kansas City.

Thomas was among 15 defendants, all linked to organized crime, who were charged in a 1983 federal indictment with conspiring to gain hidden control of the Argent Corp. and then skimming from the four casinos it owned.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw.

ATTACHMENT / EXHIBIT N

11/30/85 ASSOCPR (No Page)
**(Publication page references are not available for this document.)**

Thomas, who was to be tried separately, is serving a federal prison term after being convicted in a related case.

Testimony by Thomas would likely be preceded by playing parts of a government-recorded conversation in which Thomas explained to alleged Kansas City mob kingpins Nick Civella and Carl DeLuna how gambling money was skimmed.

The 1978 tape was played at an earlier trial in which Thomas, Civella and DeLuna were convicted of skimming from the Tropicana casino.

Civella died in 1983. DeLuna was removed as a defendant without explanation midway through the Argent case.

Lonardo, 74, testified that he received $10,000 a month in money skimmed from Las Vegas after he became Cleveland underboss in 1976. The convicted narcotics dealer agreed to testify after a life prison sentence was dismissed and the government agreed to allow him to seek immediate parole on a 103-year term.

Lonardo said Milton Rockman, his brother-in-law and a defendant in the case, traveled to Kansas City or Chicago to pick up the Cleveland syndicate's share of the skim each month. The ""packages'' averaged $40,000 to $60,000, he said.

The government's other key witness, Allen Glick, testified earlier that he was made brutally aware that he had ""silent partners'' when he formed Argent Corp. with a $62.75 million loan from the Teamsters union Central States Pension fund in 1973.

Glick said he was told by Frank Balistrieri, alleged crime boss in Milwaukee and a defendant, to elevate Stardust casino employee Frank Rosenthal to a top position in Argent.

Glick said he later was ordered to a meeting in Kansas City with Civella and was told by Civella that he would be killed if he interfered with Rosenthal.

Glick said Civella ordered him to sell Argent in 1979, and threatened to kill his children if he didn't.

The government alleges the mob used its influence over trustees of the pension fund to gain the loan for Glick.

The skim was shared by Kansas City, Milwaukee and Cleveland because each had influence over one of the three pension fund trustees, according to the government. The Chicago family got a 25 percent cut after mediating a dispute between Kansas City and Milwaukee, Lonardo said.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.





Citation                Search Result        Rank(R) 100 of 136        Database
4/20/93 NWSDAY 18                                                       ALLNEWS
4/20/93 Newsday 18
1993 WL 11367306
**(Publication page references are not available for this document.)**

Newsday
Copyright Newsday Inc., 1993

Tuesday, April 20, 1993

NEWS

Feds Indict 6 Pals Of Gotti In Death Of a Mob Witness
By Pete Bowles. STAFF WRITER

Six alleged mob figures with close ties to jailed crime boss
John Gotti   -   including reputed gangland garbage czar James Failla
- were charged in a federal indictment yesterday with killing a
mobster who testified against Gotti.

The racketeering indictment, unsealed yesterday in federal court
in Brooklyn, also charged that Failla used his positions as a captain
in the Gambino crime family and head of the Trade Waste Association
to extort money from carters in the city's $1 billion commercial
garbage-hauling industry.

According to the indictment, the six conspired with Gotti and his
former underboss, Salvatore Gravano, in the April 23, 1989, fatal
shooting of Gambino soldier Thomas Spinelli after Spinelli testified
before a federal grand jury investigating the mob family. His body
was never found. Prosecutors have said that Spinelli told the grand
jury that Gotti was the boss of the family.

Law-enforcement sources said that Failla, 74, and another
defendant, reputed crime captain **Daniel Marino,** 52, have been running
the Gambino family's activities in Gotti's absence. Gotti, now
serving a life prison term for murder and racketeering, has been
behind bars since his arrest in December of 1990.

The six defendants all face life imprisonment without parole if
convicted. Also charged were three reputed Gambino soldiers   -
Louis Astuto, 63, Philip Mazzara, 50, and Dominick Borghese, 44   -
and an alleged mob associate, Joseph Watts, 51.

Watts was also charged in the Dec. 16, 1985, slayings of Paul
Castellano and his bodyguard, Thomas Bilotti, outside Sparks Steak
House in Manhattan. At Gotti's trial last year, Gravano identified
Watts as a backup shooter in the hit team.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT _____

4/20/93 NWSDAY 18
**(Publication page references are not available for this document.)**

   Among those waiting to have dinner with Castellano that night was
Failla, who is listed as the head of the Manhattan division of the
Trade Waste Association. The only other time Failla was charged with
a felony was in 1987, when a jury acquitted him of racketeering
charges after six hours of deliberations.

   Failla, Mazzara and Borghese were arrested by FBI agents early
yesterday at their homes. They entered innocent pleas before U.S.
District Court Judge Charles Sifton, who set bail of $1 million each.
Marino and Watts are expected to surrender to authorities today, and
Astuto is being sought.

                        ---- INDEX REFERENCES ----

NEWS SUBJECT:          (LEN)

EDITION:               CITY

Word Count: 368
4/20/93 NWSDAY 18
END OF DOCUMENT

        Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

        Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.        DOWJONES



Page    1

```
Citation                 Search Result        Rank(R) 288 of 911      Database
12/9/98 BOSTONH 029                                                   ALLNEWS
12/9/98 Boston Herald 029
1998 WL 7362855
```
**(Publication page references are not available for this document.)**

Boston Herald
Copyright 1998

Wednesday, December 9, 1998

NEWS

Reputed mobster given 'short' prison **sentence**
DAVID WEBER

Reputed **Mafia** member James M. Martorano must serve about 33 months in federal prison for racketeering after a U.S. District Court judge yesterday accepted a plea bargain between him and federal prosecutors.

Despite the fact that both the defense and prosecution supported the **sentence**, Judge Mark Wolf wrestled with its propriety for about two hours during a hearing yesterday.

"Why should I think this **sentence** is going to be sufficient to deter Mr. Martorano from future criminal activity?" Wolf asked the lawyers from both sides.

In the end, Wolf decided to accept the mutually agreed upon **sentence**, calling it "reasonable," although "not necessarily appropriate."

Wolf then spoke directly to the 57-year-old Martorano.

"In the several years since we've interacted, I've developed a vivid impression of you. I regard you as a person who is intelligent, but not a person who is wise," Wolf said. "For your sake, for the sake of your family and for the sake of other people who might be looking at what you do, frankly, I hope you decide it's not just wrong, but it's dumb to continue to break the law.

"If you get caught again, you might not get such a short **sentence**."

Wolf allowed Martorano, who has been confined to his home by an electronic bracelet for the last year, to "self-report" to prison by noon Jan. 4.

Defense lawyer Michael Bourbeau said he was "pleased the court

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT _P_

12/9/98 BOSTONH 029
**(Publication page references are not available for this document.)**

accepted the plea agreement. Jim (Martorano) entered it for the
benefit of his family and to get the matter behind him."

   Technically, the **sentence** is for 108 months, 51 of which he
already served following a conviction in New Jersey. The **sentence**
will be further **reduced** by a combination of time served since the New
Jersey **sentence** wrapped up and by statutory "good time" in the
federal prison system, Bourbeau said.

   Martorano, a Quincy resident, is a reputed **Mafia** capo regime and
the brother of 58-year-old John Martorano, who is negotiating with
federal prosecutors to become a witness against James "Whitey" Bulger
and Stephen "The Rifleman" Flemmi, who are under indictment along
with reputed Mob boss Francis "Cadillac Frank" Salemme and Robert
DeLuca.

   Bulger remains at large while the others are locked up pending a
decision by Wolf on whether the charges against them should be
dropped.

   Flemmi contends the FBI gave him and Bulger immunity to commit
crimes in return for **information** on the **Mafia,** claiming they were
acting as top-echelon federal **informants.**

   James Martorano is a former member of organized crime's Winter
Hill Gang and allegedly has ties to high-level **Mafia** members in New
York. In 1979, he was convicted of fixing horse races at Suffolk
Downs and other East Coast tracks. In 1992, a federal indictment
alleged that Martorano met with high-level Gotham mobsters to discuss
a "hit" on former underboss Salvatore "Sammy the Bull" Gravano, whose
testimony helped put New York boss John Gotti in prison for life.

               ---- INDEX REFERENCES ----

EDITION:          AL

Word Count: 487
12/9/98 BOSTONH 029
END OF DOCUMENT

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

        Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          **DOWJONES**

**The Hartford Courant.**  *(1991-Current)*

**Hartford Courant, The (CT)**

June 2, 2002

# A KILLER'S CHILLING TALES
## HIT MAN MAY HAVE SHOCKED JURY, HELPED EX-FBI AGENT

Author: EDMUND H. MAHONY; Courant Staff Writer

Edition: 1N/5/6/7 SPORTS FINAL
Section: MAIN
Page: A1
Dateline: BOSTON

Estimated printed pages: 6

Article Text:

It had to have been **John Martorano**'s attitude that alienated the jury, particularly on those occasions when he was asked to testify about his success as a hitman. He was proud. Sometimes he was smugly sarcastic. But he always leveled a hard look at whoever was asking the questions and answered with a detachment that seemed to lower the temperature in the courtroom.

There was, for example, the sad story of a fellow named Hicks who once, someday, possibly, might have testified against men **Martorano** called ``some friends.''

``I met the guy a couple of times,'' **Martorano** said. ``I had a couple of drinks with him. I didn't like him. So I decided to take him out.''

``So,'' the killer was asked, ``people can get shot for no more than talking to an associate in a bar?''

``It happens,'' he said.

Such nuggets alternately repulsed and transfixed jurors when **Martorano** climbed into the witness box recently in federal court, the first in a line of murderous gangsters called to testify against former FBI agent **John** J. Connolly Jr. Connolly, an overrated mob buster with a perfect haircut, was convicted of racketeering and obstruction of justice for selling out to the gangsters he once promised to prosecute.

But this week's verdict against Connolly, detailed by jurors on an elaborate, six-page form, contained some curiously contradictory conclusions. In one place on the form, for example, Connolly is convicted of tipping gangsters to an impending indictment as part of a racketeering count. He was acquitted of the same offense under an obstruction of justice count.

ATTACHMENT / EXHIBIT _Q_

Connolly was convicted of enough to make it likely that he will serve at least eight years in prison after he is **sentenced** in August. But jurors acquitted him of the most serious counts -- leaking the names of potential witnesses against the Winter Hill gang to gang leaders James ``Whitey'' Bulger and Stephen ``The Rifleman'' Flemmi. Those witnesses were later killed. **Martorano** seems to have been a factor in the jury's decisions.

Two of the witnesses were killed to protect the gang's effort to penetrate the jai alai industry. The deaths have long frustrated investigators in Connecticut, who were the first in the country to develop evidence of the gang's penetration of the U.S. parimutuel industry. Had the jury convicted Connolly of the tips to gangsters that precipitated the murders, the verdict might have, in a fashion at least, stamped ``Case Closed'' on an investigation that has worried detectives for nearly a quarter-century.

The apparent illogic of some of the jury's conclusions has generated fevered speculation among the army of lawyers, investigators and reporters who followed the trial. The big question is how **Martorano** and other killer witnesses factored into deliberations. Interviews with the few jurors who have agreed to talk suggest **Martorano** was a big factor -- in Connolly's favor. The jury didn't like him.

There are a lot of things not to like about **Martorano**. But his appearance isn't one of them. At 61, he looks like a dented Robert Mitchum. In fact, Mitchum might have used **Martorano** as the model for his lead character in the film ``The Friends of Eddie Coyle,'' a drama based on the book by former federal prosecutor George Higgins and set in Boston's tribal underworld.

On the witness stand, **Martorano** wore a crisp gray suit with a chalk stripe. His oxford shirt was blue and his navy necktie was subtly patterned. He peered through designer eyeglasses at police reports of the carnage he wrought in Boston's neighborhoods. But while answering numbingly brutal questions in a rich baritone, **Martorano** was Mitchum's Eddie Coyle, the tired gangster who long ago stopped trying to differentiate what is right and wrong and expedient.

**Martorano** said he and Bulger buried so many bodies that it was tough to drive around town without stumbling over someone like Tommy King, whose fate was sealed in a brackish salt marsh after he lost his temper and slugged Bulger in the head.

``We were driving over the Neponset Bridge and Whitey said, `Tip your hat to Tommy. That's where Tommy is, out there.'''

Once, **Martorano** testified, he thought he spotted a man he needed to kill sitting in a parked car during a snowstorm, bundled up in a parka. **Martorano** leaped into the car, his pistol drawn, and was shocked to see that there were three people in the car, all unrecognizable in their heavy winter clothing.

``I said to myself `I better shoot fast because they may have the same thing on their minds for me that I have for them','' he said.

He later learned he had the wrong car and had shot three strangers, one of them a woman.

Connolly's lawyer, Tracy Miner, did not have a lot of trouble portraying **Martorano** to jurors as a stone-cold killer and demanded to know: ``Is it your testimony that you don't kill women?''

``Absolutely,'' he said. ``If I don't have to.''

Another time, **Martorano** said he decided to confront a man who could have testified against his

brother.

``I went there with the intention that if I had to kill him, I would," **Martorano** said. ``But I wanted to hear what he had to say."

The potential witness must have figured that **Martorano** had made up his mind because he went for his gun. **Martorano**'s brother grabbed it. That's when **Martorano** pulled out a piece of his own and opened fire.

``So," Miner asked. ``Are you saying it was self-defense?"

``Maybe," **Martorano** said. ``He might have got shot without it, but that's what happened."

Such is the life of a hitman, according to **Martorano**, who sounded as bored by death as an undertaker.

``I socialized with prostitutes," **Martorano** said. ``In my life, that's all you know -- singers, dancers, prostitutes, barmaids."

And, **Martorano** might have added, the ex-FBI agent **John** Connolly.

Connolly was on trial for providing the information that allowed **Martorano**, and his equally violent colleagues Bulger and Flemmi, to avoid prosecution by -- among other things -- killing witnesses. **Martorano** said he learned from Bulger that Connolly was well paid in return.

The testimony jurors apparently chose not to believe was what **Martorano** had to say about the two jai alai murders and the shooting of another prospective witness against the gang, a card cheat and race fixer named Richard Castucci.

**Martorano** was in a good position to discuss the murders because he admitted responsibility for two of them. He once confided to an investigator that, in the Winter Hill gang, Bulger and Flemmi were in charge of stealing money and he was in charge of killing.

**Martorano** said he personally pulled the trigger on 19 people and helped out on a 20th. He boasted that after agreeing to cooperate with federal authorities in their case against Connolly, investigators presented him with a list of about 50 unsolved homicides. Only about four were unsolved when **Martorano** got through with the list.

Assistant U.S. Attorney **John** Durham tried to persuade jurors that it takes a killer to know where the bodies are buried -- literally. After signing his cooperation agreement, **Martorano** led a squad of state troopers with a backhoe around Boston in a search for 20-year-old skeletons. But the chilling recitation of **Martorano**'s body count and his nonchalance on the subject of cold-blooded murder was more than jurors could take.

In an interview two days after the trial, a juror who requested anonymity also criticized what he called the ``sweetheart" deal **Martorano** got in return for cooperating: a 12 1/2- to 15-year **sentence**, or as Miner put it, less than a year per murder.

The testimony jurors chose not to believe reached back to events in 1981, when **Martorano** said his gang sent him out to Tulsa, Okla., to murder World Jai Alai owner Roger Wheeler. Wheeler's offense was refusing to sell his business to Winter Hill figures, who already were skimming money from

frontons in Florida.

About a year later, **Martorano** testified, Connolly -- who gang members referred to as Zip -- told Bulger that an angry Winter Hill associate named Edward Brian Halloran had gone to the FBI and offered to link his former gang pals to the Wheeler murder. That was the end of Halloran. **Martorano** said he was told that Bulger personally machine-gunned Halloran after racing across South Boston in a souped-up Chevy gang members called their ``hit car.''

The next to go was **John** B. Callahan, **Martorano** said. Callahan was an accountant who found mob life preferable to spreadsheets. **Martorano** testified Callahan was the point man in the effort to buy World Jai Alai. Callahan also helped set up the Wheeler murder when Wheeler wouldn't sell. **Martorano** said Bulger had learned from Connolly that the FBI was going to squeeze Callahan as part of the Wheeler investigation. At a gang meeting at LaGuardia Airport, Bulger and Flemmi said Connolly was afraid Callahan would roll over on the others in the gang.

``They were trying to convince me that their friend Zip said we were all going to go to jail for the rest of our life if something doesn't happen to **John** Callahan,'' **Martorano** testified. ``Connolly said the FBI would fold up Callahan and [Callahan] would give everybody up.''

**Martorano**'s problem was that he and Callahan were pals. During the period in question, **Martorano** was living in Florida on the lam from a race-fixing indictment. One of the dependable events in his life then was regular visits from Callahan with the money he needed to survive.

``They knew he was a friend of mine and they were trying to convince me he had to be killed or we could roll the dice and face going to jail for life,'' **Martorano** testified. ``I agreed that he should get killed then.''

``It was an emergency,'' **Martorano** explained. ``They wanted me to hurry it up. They wanted me to get him before the FBI caught up with him.''

He did.

When the authorities caught up with Callahan he was full of bullets and leaking out of the trunk of his Cadillac. **Martorano** put a dime on his chest -- a warning to anyone else who might be considering dropping a coin in a pay phone to implicate the Winter Hill gang in the jai alai cases.

Copyright (c) 2002 The Hartford Courant Co.
Record Number: 0206020021

E-Mail   Text Only Display   List   Prev   Next



Citation                Search Result        Rank(R) 273 of 911          Database
3/12/99 OMHAWH 19                                                         ALLNEWS
3/12/99 Omaha World-Herald 19
1999 WL 4491750
**(Publication page references are not available for this document.)**

Omaha World-Herald
Copyright 1999 Omaha World-Herald Company

Friday, March 12, 1999

News

Convicted Man Tells of Iowa Ties to **Mafia**
AP

A bank robber and drug dealer has received a **reduced** federal **sentence** in part for telling authorities of Cedar Rapids crime ties to East Coast **mafia.**

Floyd McNeese, 36, was **sentenced** to 11 years and eight months in prison on each of the three charges: bank robbery, conspiracy to deliver marijuana and money laundering, with the **sentences** to run concurrently.

McNeese could have received a **sentence** from 14 years to more than 17 years on each charge.

His prison time may be shortened further for continued cooperation with authorities in the next year, U.S. District Judge Michael Melloy said.

Secrecy prevailed in the **sentencing** hearing Wednesday in federal court in Cedar Rapids to keep the details of how McNeese has helped authorities from being made public.

"The **information** he gave is very valuable and is deserving of substantial departure (from the **sentencing** guidelines)," Melloy said after the hearing.

McNeese is a key government witness in the prosecution of Scotter Clark, 30, a Cedar Rapids limousine service operator jailed Feb. 16 and awaiting trial on charges of drug dealing and money laundering.

In court documents, investigators have said Clark developed a relationship with an East Coast member of the **mafia** to get drugs and debt-collection muscle.

In addition to Clark, McNeese has provided **information** against his younger brother, Robert. Robert McNeese, a Cedar Rapids native, is a

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT _R_

3/12/99 OMHAWH 19
**(Publication page references are not available for this document.)**

**mafia** member and is responsible for establishing **mafia** ties to Cedar
Rapids, those under investigation previously have said.

   Robert McNeese, 33, allegedly cemented ties to mob members after
receiving a life **sentence** in federal prison for trying to import
heroin and morphine from Europe to Florida while a prison inmate.

   Robert McNeese has refused to talk to a grand jury.

---- INDEX REFERENCES ----

KEY WORDS:           BANK ROBBERY; **SENTENCE**; PRISONER

STORY ORIGIN:        CEDAR RAPIDS, IOWA

EDITION:             IOWA

Word Count: 286
3/12/99 OMHAWH 19
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    DOWJONES

Citation                    Search Result         Rank(R)  131 of  911        Database
10/19/00 BOSTONG B4                                                            ALLNEWS
10/19/00 Boston Globe B4
2000 WL 3346912
**(Publication page references are not available for this document.)**

The Boston Globe
Copyright 2000

Thursday, October 19, 2000

Metro/Region

JUDGE REWARDS JAILED **INFORMANT**
Ralph Ranalli, Globe Correspondent

A federal judge yesterday shaved 28 months off the prison **sentence**
of **Mafia** turncoat Angelo "Sonny" Mercurio, who helped the FBI plant a
historic bug at a 1989 **Mafia** induction ceremony.

US District Court Judge Mark L. Wolf rewarded Mercurio not for his
role in the Boston FBI's controversial organized crime **informant**
program, but for his help in exposing serious misconduct by the
agents who ran it.

Wolf said Mercurio's willingness to admit under oath in 1997 that
he had been an **informant** allowed hearings to go forward that exposed
the FBI's relationship with crime bosses James "Whitey" Bulger and
Stephen Flemmi, which involved "very serious allegations of
government misconduct."

Mercurio received the benefit of Wolf's largesse despite saying
that if he had it to do again, he never would have admitted he was an
**informant** or become one in the first place.

"In my personal opinion, I deserve nothing," he said. "When you're
a rat, you deserve nothing."

Wolf **reduced** Mercurio's **sentence** from 110 months to 82 months.
Assistant US Attorney Jeffrey Auerhahn had asked for 66 months, a 40
percent **reduction**.

Auerhahn said Mercurio had given valuable assistance to the
government between 1986 and 1989, culminating in the first-ever
bugging of a **Mafia** induction ceremony in a Medford house in October
1989.

Auerhahn made the recommendation although Mercurio has admitted
planning a 1989 assassination attempt on then-New England **Mafia** boss
Francis P. "Cadillac Frank" Salemme at a busy shopping plaza in
Saugus.

Federal prosecutors could not prosecute Mercurio for the attempt

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

ATTACHMENT / EXHIBIT $S$

10/19/00 BOSTONG B4
**(Publication page references are not available for this document.)**

on Salemme, Auerhahn said, because the statute of limitations had run
out.

   Wolf said it was likely that Mercurio had already received an
illegal benefit from the FBI in the form of a tip that he was about
to be indicted on rackteering charges.

   Mercurio fled Boston in 1989 and remained a fugitive until 1994,
when he was arrested in Georgia with 150 pounds of marijuana.

   Wolf and others have alleged that the FBI protected **informants**
like Mercurio, Bulger, and Flemmi by covering up their crimes and
tipping them off to investigations and impending indictments.

   While he said he suspected that the FBI had given Mercurio a free
pass on the Salemme shooting, Wolf said he could not find that
conclusively.

   Salemme's wife and attorney, who both attended yesterday's
hearing, disagreed.

   Boston lawyer Anthony M. Cardinale, whose work defending Salemme
was largely responsible for exposing Bulger and Flemmi as **informants,**
said he was disappointed that Mercurio was given yet more favorable
treatment by the government.

   "He already got the break of a lifetime," Cardinale said.

   Salemme's wife, Donna, said her imprisoned husband is sickened by
the thought of Mercurio getting another break from the government.

   "It is sickening," she said. "He set up my husband to be
murdered."

   Mercurio is now due to be released in summer 2002, probably into a
new life in the federal Witness Protection Program. Wolf admonished
him to live "lawfully and carefully" after his release.

   Mercurio, looking trimmer than in previous appearances and wearing
a powder-blue dress shirt and tailored navy slacks, said his life was
essentially over. **Reduced sentence** or not, he said, there was no time
off from the choices he had made.

   "I got no place to go," he said. "I lost all my friends, and I am
ashamed."

   Being imprisoned with other **informers,** he said, was akin to living
in the ninth level of Dante's "Inferno," the lowest level, where
traitors are kept on a lake of ice.

          Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

10/19/00 BOSTONG B4
**(Publication page references are not available for this document.)**

"I live with the lowest of the low," he said.

---- INDEX REFERENCES ----

NAMED PERSON:     WOLF, MARK L; BULGER, JAMES J; FLEMMI, STEPHEN; AUERHAHN, JEFFREY

ORGANIZATION:     FEDERAL BUREAU OF INVESTIGATION

NEWS SUBJECT:     English language content; Crime and Courts; Political and General News; Crime (ENGL GCRIM GCAT CRM)

NEWS CATEGORY:     MET

REGION:     United States; North American Countries; United States; North America; Pacific Rim Countries (USA NAMZ US NME PACRMZ)

EDITION:     THIRD

LAYOUT CODES:     (LCR)

Word Count: 590
10/19/00 BOSTONG B4
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works



```
Citation                Search Result          Rank(R) 234 of 911        Database
9/30/99 HSTNCHRON 26                                                      ALLNEWS
9/30/99 Hous. Chron. 26
1999 WL 24256240
```

**(Publication page references are not available for this document.)**

Houston Chronicle
Copyright 1999

Thursday, September 30, 1999

A

State briefs

3 get **reduced sentences**
Houston Chronicle News Services

SAN ANTONIO - Three former Mexican **Mafia** members who testified against other gangsters have received **reduced sentences** and will be slipped into prison under assumed names.

The three men may be placed in the witness protection program.

In a federal racketeering trial that ended in March, they helped authorities obtain life **sentences** for 10 members of the prison-spawned, San Antonio-based Mexican **Mafia.**

All three **informants** - Daniel Angel Tavitas, 32; Rene "Flaco" Munoz, 41; and Fred Carrasco Jr., 22 - pleaded guilty to racketeering Tuesday.

Tavitas was **sentenced** to 10 years in prison and ordered to help pay $16,697 in restitution to families of two teen-agers slain by the gang. Munoz received eight years in prison. Carrasco was **sentenced** to three years in prison.

---- INDEX REFERENCES ----

```
NAMED PERSON:      CARRASCO, FRED JR

KEY WORDS:         TEXAS GANGS VERDICT

STORY ORIGIN:      SAN ANTONIO

EDITION:           3 STAR
```

Word Count: 125
9/30/99 HSTNCHRON 26
END OF DOCUMENT

ATTACHMENT / EXHIBIT __I__

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    DOWJONES



```
Citation              Search Result        Rank(R) 189 of 911        Database
3/30/00 TGMGZTWM A2                                                   ALLNEWS
3/30/00 Telegram & Gazette (Worcester) A2
2000 WL 10204140
```
**(Publication page references are not available for this document.)**

Telegram & Gazette Worcester, MA
Copyright 2000

Thursday, March 30, 2000

NEW ENGLAND

Spisak **sentence** reflects cooperation Prosecutors say lower jail term will
encourage future mob witnesses
Lee Hammel

WORCESTER -- A federal prosecutor yesterday urged a judge to give
a cooperating witness a substantially lower **sentence** than the 10
years given two co-defendants who also pleaded guilty but refused to
provide testimony.

U.S. District Judge Nathaniel M. Gorton did not accept the seven-
year **sentence** jointly recommended by Assistant U.S. Attorney Cynthia
A. Young and defense lawyer Edward P. Ryan Jr. But he added only six
months to that, giving Mark Spisak 71/2 years in prison.

Mr. Spisak also was given five years of supervised release and a
$500 special assessment.

Mr. Spisak had pleaded guilty to racketeering, racketeering
conspiracy, attempted murder, conspiracy to commit murder in aid of
racketeering, assault with a dangerous weapon, firearms violations
and illegal gambling. Mr. Spisak was one of three defendants who
testified against fellow defendants in the case. Fifteen men were
charged in a conspiracy to take over the Patriarca crime family
between 1989 and 1994.

In the case, which included the shooting of Matteo Trotto Oct. 31,
1994, in Worcester, Mr. Spisak negotiated a plea agreement in which
the government could recommend anywhere from five to 15 years
imprisonment in return for Mr. Spisak's cooperation.

Mr. Spisak faced a **sentence** of from 30 years to life in prison,
had he been convicted of the charges against him and without the
government's recommendation. Even with the half-year the judge added
to the government's recommendation, Judge Gorton said the **sentence**
constitutes the most substantial percentage **reduction** from **sentencing**
guidelines he has ever given.

ATTACHMENT / EXHIBIT _U_____

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



3/30/00 TGMGZTWM A2
**(Publication page references are not available for this document.)**

The government has agreed not to prosecute Mr. Spisak on murder
and one of the firearms charges and some of the racketeering acts.

Arguing for the judge to **sentence** Mr. Spisak at the lower end of
the plea agreement range, Ms. Young said there should be enough of a
difference from the **sentences** given to defendants who did not
cooperate "so that other cooperators in the future will think it's
worth their while to come in."

She said Mr. Spisak earned the reward, adding that "he will
forever be labeled a rat" by his former friends. Mr. Spisak's
decision to testify "means in the future he'll always have to wonder
if somebody's coming after him," she said.

Ms. Young said Mr. Spisak has an especially close bond with his
sister, who was in court yesterday with their mother, an aunt and
uncle, and his niece and nephew. If he enters the witness protection
program when he is released from prison, Ms. Young said, he will be
separated from his family.

She called Mr. Spisak "a critical witness," especially after Sean
T. Cote, who was scheduled to be the prosecution's star witness, died
in prison before he could testify. Mr. Spisak had to testify and be
cross-examined twice because the first trial ended in a hung jury on
most counts in January 1999.

As the prosecution said last week about Leo M. "Chipper" Boffoli
of Holden, a defendant-turned-witness, Ms. Young claimed the members
of the conspiracy would have gotten away with murder without Mr.
Spisak's cooperation. Until Mr. Spisak got involved with Anthony
Ciampi and the conspiracy with people loyal to reputed **mafia** capo
Robert F. "Bobby Russo" Carrozza, his criminal record included mainly
credit card thefts, not crimes of violence, she said.

Mr. Boffoli was given four years in prison, while Mr. Carrozza,
who did not testify against the others, got a two-year **sentence** added
to his current prison time.

Ms. Young said Mr. Spisak corroborated the testimony of FBI
**informant** Jerry Matricia, who only heard about the crimes from those
involved, and co-defendant John M. Arciero.

Mr. Spisak testified he was in the car in East Boston with Mr.
Ciampi when Mr. Ciampi ordered him to join him in shooting at a car
full of men loyal to reputed mob boss Francis P. Salemme.

While Mr. Ciampi killed mob enforcer Richard Devlin and shot
Richard Gillis in the mouth, Mr. Spisak testified that he cowered on
the floor in the back of the car. He later told Mr. Ciampi that his
gun jammed, whereupon Mr. Ciampi took the gun from him and fired a

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    

3/30/00 TGMGZTWM A2
**(Publication page references are not available for this document.)**

shot into the ground.
  GUNSHOT WOUNDS

  More than a year later, Mr. Spisak offered to shoot another Salemme loyalist, Stephen Rossetti. He testified that while he was hiding and praying, Mr. Rossetti surprised him by walking by.

  Mr. Spisak fired once and then his glove got caught in his semiautomatic pistol and Mr. Rossetti shot him three times.

  Mr. Ryan said yesterday his client nearly died from those wounds, "and I think there's a certain amount of awakening that comes from that." He added that, because of his testimony against others, Mr. Spisak's life is at risk and "I worry about the family as well."

  Mr. Spisak, dressed in a dark suit and his voice quavering, said in court yesterday that he loves his family and that he was sorry for what he had put them through.

  He also thanked the U.S. Marshals service, which was charged with keeping him safe until he testified; the two lawmen in charge of the case, Boston Detective William Dickinson and FBI agent Michael J. Buckley; the U.S. attorneys; and his family for their support. He told a reporter that he "definitely" is glad that he cooperated with the prosecution.

  After court was over, Mr. Spisak's sister hugged FBI agent Buckley.

  Also in court yesterday was Lucille Ciampi, whose son's case was damaged by Mr. Spisak's testimony. Mr. Spisak went to Disney World with Anthony Ciampi and his family and lived with them after Mr. Spisak got out of the hospital.

  Mrs. Ciampi said she was in court "because I needed a closure for my own peace of mind and I want bygones to be bygones. And I want to move on with our life." Mr. Ciampi received an 18-year **sentence**.

---- INDEX REFERENCES ----

NAMED PERSON:    CIAMPI, ANTHONY

STORY ORIGIN:    WORCESTER

Word Count: 973
3/30/00 TGMGZTWM A2
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    DOWJONES

FROM
Dow Jones
Interactive ®

Page    1

| | | | |
|---|---|---|---|
| Citation | Search Result | Rank(R) 48 of 78 | Database |
| 2/11/99 PLDLCL 1A | | | ALLNEWS |
| 2/11/99 Plain Dealer (Clev.) 1A | | | |
| 1999 WL 2348579 | | | |

**(Publication page references are not available for this document.)**

The Plain Dealer  Cleveland, OH
Copyright (c) The Plain Dealer 1999

Thursday, February 11, 1999

NATIONAL

BROTHER FINGERS BROTHER IN SLAYING **LENINE STROLLO** LINKED TO AMBUSH OF GANGSTER
MARK ROLLENHAGEN PLAIN DEALER REPORTER

Alleged Youngstown mob boss Lenine "Lenny" Strollo was dealt a major blow yesterday when his brother agreed to testify against him rather than stand trial together on racketeering charges next week.

Dante "Danny" Strollo, a 71-year-old retiree from Campbell, pleaded guilty in a deal that should spare him a lengthy prison sentence.

Standing before a federal judge in Cleveland, Dante Strollo acknowledged he served as his brother's liaison with criminals, operated an illegal numbers lottery and delivered bribes to a former Campbell, Ohio, police chief on his brother's behalf.

Dante Strollo also acknowledged in a 12-page plea agreement that he "knew and understood" that his brother intended to murder rival organized crime figure Ernie Biondillo, who was shot to death in an ambush on a narrow Youngstown street on June 3, 1996.

The agreement says that Dante Strollo, "neither wanted to have nor had any role in that murder."

Dennis DiMartino, Dante Strollo's lawyer, said after the hearing that his client decided to testify against his brother because of "the sheer weight of the evidence and the extremely lengthy prison sentence that would follow if he was convicted at trial."

"It's not [a decision] that he made easily," DiMartino said. "There was a great deal of trepidation ... I can't imagine a more difficult situation than testifying against his brother."

**Lenine Strollo,** 68, of Canfield, and his lawyers are scheduled to be in court today for a final meeting with U.S. District Judge Kathleen M. O'Malley and prosecutors in preparation for a trial scheduled to begin with jury selection on Tuesday.

ATTACHMENT / EXHIBIT V1

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.    DOWJONES

2/11/99 PLDLCL 1A
(Publication page references are not available for this document.)

   Three other men - Bernard Altshuler, Jeffrey Riddle and Lavance
Turnage - also remain as defendants in the racketeering case.

   Because all are alleged to be involved in Biondillo's murder, they
face sentences of up to life in prison if convicted of the
racketeering charges.

   Although Dante Strollo did not personally participate in
Biondillo's murder, it was "reasonably foreseeable" for him to know
that Biondillo would be murdered because of the violent nature of his
brother's criminal enterprise, the agreement said.

   DiMartino and Assistant U.S. Attorney Craig S. Morford said Dante
Strollo's only role in the murder was that he had told his brother
about problems Biondillo was causing by running competing illegal
gambling events.

   "He had no direct involvement in the murder," DiMartino told the
judge. "Not in the planning or anything else."

   Morford declined to say after the hearing how important Dante
Strollo's testimony would be to the government's case. Several other
men have admitted to being involved with the alleged criminal
enterprise and are expected to testify in the trial.

   In court, Morford told O'Malley that prosecutors would dimiss
additional charges against Dante Strollo and seek leniency at
sentencing if he follows through with his promised cooperation.

   Under the terms of the plea agreement, with the requested
leniency, Dante Strollo faces at least three years and 10 months in
prison and not more than four years and nine months.

   A sentence of 10 years or more, like the one he could have
received if convicted at trial, would have effectively been a death
sentence, DiMartino said.

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

   PHOTO (color) by TONY DEJAK / ASSOCIATED PRESS: Dante "Danny" Strollo, right,
leaves U.S. District Court in Cleveland with his attorney, Dennis DiMartino,
after pleading guilty to racketeering charges. Strollo was due to stand trial
next week with his brother and three others accused of a wide range of mob-
related crimes in Youngstown.

                 ---- INDEX REFERENCES ----

NEWS SUBJECT:        National News Section (NTL)

EDITION:        FINAL / ALL

            Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

              Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.        

Dow Jones Interactive®

Page    1

Citation                    Search Result          Rank(R) 27 of 78        Database
10/22/99 PLDLCL 3B                                                          ALLNEWS
10/22/99 Plain Dealer (Clev.) 3B
1999 WL 2388303
**(Publication page references are not available for this document.)**

The Plain Dealer  Cleveland, OH
Copyright (c) The Plain Dealer 1999

Friday, October 22, 1999

METRO

MOB BOSS' BROTHER RECEIVES 46-MONTH SENTENCE
MARK GILLISPIE PLAIN DEALER REPORTER
E-mail: mgillispie@plaind.com Phone: (216) 999-4227 This article appears on the
Northeast Ohio page.

    Dante "Danny" Strollo, whose decision to testify against his
brother was crucial in the prosecution of the Youngstown mob, was
sentenced to 46 months in federal prison yesterday for his role in
the criminal organization his brother ran.

    Strollo, 72, of Campbell, stunned mob boss Lenine "Lenny" Strollo
and three other defendants Feb. 10 when he pleaded guilty to a
racketeering charge and agreed to testify against them. Dante
Strollo's cooperation prompted **Lenine Strollo** to plead guilty Feb. 16
and cooperate against three co-defendants in the case.

    **Lenine Strollo's** testimony helped seal the fate of Bernard
Altshuler, Jeffrey Riddle and Lavance Turnage, who were found guilty
by a U.S. District Court jury in Cleveland and were sentenced to life
in prison without parole. **Lenine Strollo** has yet to be sentenced, but
could receive as little as 12 years.

    Their racketeering charges included accusations that they
participated in the murder of rival gangster Ernie Biondillo and the
shooting of Mahoning County Prosecutor Paul J. Gains.

    Assistant U.S. Attorney Craig S. Morford said yesterday that Dante
Strollo's decision to plead guilty "broke the log jam" in the
Youngstown mob case.

    "His cooperation resulted in a whole series of additional
investigations and prosecutions," Morford said.

    Dante Strollo pleaded guilty to a racketeering charge for having
served as his brother's liaison to the criminal community, running an
illegal numbers lottery and for delivering bribes to the former
Campbell police chief on his brother's behalf. He also acknowledged

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

DOW JONES
ATTACHMENT / EXHIBIT V2

10/22/99 PLDLCL 3B
(Publication page references are not available for this document.)

in the plea agreement that he "knew and understood" that his brother
intended to murder rival organized crime figure Errnie Biondillo, who
was shot to death in an ambush in Youngstown on June 3, 1996.

  U.S. District Judge Kathleen M. O'Malley could have given Dante
Strollo an additional 11 months in prison, but gave him a lighter
sentence because of his medical condition. Strollo has spent the last
five months in a prison hospital in North Carolina, where his
attorney, Dennis DiMartino, said he was treated for severe depression
and various physical ailments. Strollo was twice placed under a
suicide watch, DiMartino told the judge.

  "He is not the same man who appeared in this courtroom for
previous proceedings," DiMartino said.

  Strollo, who was dressed in an orange jail uniform and sat in a
wheelchair throughout yesterday's hearing, did not make a statement.
He was allowed to return home yesterday and report to prison on his
own at a later date. He will receive credit for the time he spent in
the prison hospital.

                    ---- INDEX REFERENCES ----

NAMED PERSON:      DIMARTINO, DENNIS

NEWS SUBJECT:      Local/Regional Section (LCR)

EDITION:           FINAL / ALL

Word Count: 417
10/22/99 PLDLCL 3B
END OF DOCUMENT

                  Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

              Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          DOWJONES



Page     1

Citation                Search Result          Rank(R) 46 of 78        Database
2/17/99 PLDLCL 1A                                                      ALLNEWS
2/17/99 Plain Dealer (Clev.) 1A
1999 WL 2349549
(Publication page references are not available for this document.)

The Plain Dealer  Cleveland, OH
Copyright (c) The Plain Dealer 1999

Wednesday, February 17, 1999

NATIONAL

MOBSTER ADMITS ROLES IN SLAYING, RACKETS, BRIBERY
MARK ROLLENHAGEN PLAIN DEALER REPORTER

Reputed Youngstown mob boss Lenine "Lenny" Strollo can keep his
home but he won't be able to go back there for a very long time.

Strollo yesterday struck a deal with prosecutors that will allow
him to keep several real estate holdings in exchange for unlimited
cooperation and more than 10 years in prison.

Strollo, 67, of Canfield, pleaded guilty to a racketeering charge
that said he and others worked to control illegal gambling in the
Youngstown area and that they used violence and bribery to protect
their turf and profits from June 1990 until December 1997.

In a 12-page plea agreement, Strollo admitted he and others caused
the murder of rival organized crime figure Ernie Bion- dillo and that
he bribed former Mahoning County Engineer William Fergus, former
Campbell Police Chief Charles Xenakis, and former Campbell Law
Director Michael Rich. Fergus, Xenakis and Rich pleaded guilty to
corruption charges last year.

Strollo also pleaded guilty to a single count of filing a false
tax return for failing to disclose income from illegal gambling
activities in 1992.

In return, federal prosecutors agreed to drop a dozen other
charges, including a count that sought the forfeiture of Strollo's
home in Canfield, where he lived with his wife before his arrest in
December 1997, and several other real estate holdings.

Herbert Greenman, one of Strollo's lawyers, said Strollo decided
to accept the plea offer at least in part because of his concern for
the interests of his family rather than his own.

ATTACHMENT / EXHIBIT $\underline{\text{W}}$

"He felt it was right for his family," Greenman said.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.     

2/17/99 PLDLCL 1A
(Publication page references are not available for this document.)

Strollo also reached an agreement to resolve pending racketeering
and murder charges in Mahoning County Common Pleas Court, but neither
Greenman nor Steve Dever, the special prosecutor in that case, would
disclose details of that agreement. Dever would say only that it
requires Strollo to accept responsibility and cooperate.

Greenman said "resigned" was probably a good way to describe
Strollo's mood yesterday. The plea agreements came on the day in
which jury selection was to begin in the federal case.

"I think he's accepted it," Greenman said. "I think it's
something no one ever wants to do."

Greenman would not say what role, if any, the guilty plea and
cooperation agreement of Strollo's older brother, Dante "Danny"
Strollo, last week had on his client's decision to plead guilty.

Several other key figures in the case, including landscaper
Lawrence "Jeep" Garono and Charles O'Nesti, a former aide to Rep.
James A. Traficant Jr., also pleaded guilty last year and were
expected to testify against Strollo.

**Lenine Strollo's** own plea agreement requires him to cooperate
fully with federal prosecutors "by providing truthful, complete, and
forthright information whenever, wherever, to whomever, and in
whatever form" that prosecutors request. He must testify before
grand juries and in court if prosecutors want him to.

The plea agreement said that if Strollo fulfilled his obligation
to cooperate, prosecutors would ask for substantial leniency at
sentencing.

While the racketeering charge exposes Strollo to a potential life
prison sentence, with cooperation, his prison sentence would drop to
a minimum of about 12 years and a maximum of about 15 years.

The agreement also allows Strollo to seek further leniency based
on his health, although prosecutors also reserved the right to oppose
such a request.

Strollo will not be sentenced until his cooperation is completed.

The first thing prosecutors are likely to ask him to do is testify
against three remaining co-defendants in the racketeering case.

Bernard Altshuler, Jeff Riddle and Lavance Turnage have maintained
their innocence. Jury selection is scheduled to begin this morning
in the courtroom of U.S. District Judge Kathleen M. O'Malley, who
accepted Strollo's guilty plea.

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.   

2/17/99 PLDLCL 1A
**(Publication page references are not available for this document.)**

   Strollo also could be asked to testify against Mahoning County
Sheriff Philip A. Chance, who was indicted two weeks ago on
corruption charges that said he took bribes from Strollo.

   FBI agents and prosecutors have said that Strollo is a made member
of the Pittsburgh La Cosa Nostra, or Mafia, family and contend that
organized crime family designated Strollo as the boss over criminal
activity in the Youngstown area.

   Assistant U.S. Attorney Craig S. Morford declined to comment after
Strollo's plea because of the pending charges against the three other
men.

---- INDEX REFERENCES ----

NEWS SUBJECT:        National News Section (NTL)

EDITION:             FINAL / ALL

Word Count: 702
2/17/99 PLDLCL 1A
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          DOWJONES



Citation                    Search Result        Rank(R) 234 of 911        Database
9/30/99 HSTNCHRON 26                                                       ALLNEWS
9/30/99 Hous. Chron. 26
1999 WL 24256240
**(Publication page references are not available for this document.)**

Houston Chronicle
Copyright 1999

Thursday, September 30, 1999

A

State briefs

3 get **reduced** **sentences**
Houston Chronicle News Services

   SAN ANTONIO - Three former Mexican **Mafia** members who testified
against other gangsters have received **reduced** **sentences** and will be
slipped into prison under assumed names.

   The three men may be placed in the witness protection program.

   In a federal racketeering trial that ended in March, they helped
authorities obtain life **sentences** for 10 members of the prison-
spawned, San Antonio-based Mexican **Mafia**.

   All three **informants** - Daniel Angel Tavitas, 32; Rene "Flaco"
Munoz, 41; and Fred Carrasco Jr., 22 - pleaded guilty to racketeering
Tuesday.

   Tavitas was **sentenced** to 10 years in prison and ordered to help
pay $16,697 in restitution to families of two teen-agers slain by the
gang. Munoz received eight years in prison. Carrasco was **sentenced** to
three years in prison.

                   ---- INDEX REFERENCES ----

NAMED PERSON:        CARRASCO, FRED JR

KEY WORDS:           TEXAS GANGS VERDICT

STORY ORIGIN:        SAN ANTONIO

EDITION:             3 STAR

Word Count: 125
9/30/99 HSTNCHRON 26
END OF DOCUMENT

ATTACHMENT / EXHIBIT \_\_\_\_\_

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved. 



```
Citation               Search Result      Rank(R) 26 of 29     Database
9/5/91 DENVERPOST 1B                                            ALLNEWS
9/5/91 Denv. Post 1B
1991 WL 5647252
```
**(Publication page references are not available for this document.)**

Denver Post
Copyright 1991

Thursday, September 5, 1991

Casino owner's dad blacklisted Vegas man convicted in mob scheme
Steve Garnaas; Denver Post Staff Writer

Las Vegas businessman **Carl Wesley Thomas** II could receive a gaming license for his Cripple Creek casino, even though his father was convicted eight years ago on charges of skimming casino profits for organized crime figures.

The elder Thomas is listed in Nevada's infamous "Black Book," a list of individuals who are excluded from any gaming activities. Nevada gaming commissioners blacklist people who violate state gaming laws.

"We're going to investigate that application very thoroughly, that's all I can tell you," Colorado gaming division Director Roger Morris said yesterday.

Thomas, 32, and his three co-owners of the Silver Mine casino must pass the scrutiny of the Colorado Division of Gaming for organized crime connections, as will all 43 current applicants.

Morris couldn't say if the Silver Mine application was encountering any problems that would block the casino from obtaining a gaming license. He said his investigators have been talking to their counterparts at the Nevada Gaming Control Board to see if the younger Thomas has business associations with this father, Carl Thomas.

"The Thomas family isn't an organized crime family," said Denver attorney James Beimford, who represents the younger Thomas and his business partners. "The federal court trial judge found that Carl Thomas Sr. didn't profit (from the skimming) and wasn't a member of organized crime."

Former Nevada gaming commissioners Clair Haycock and George Swarts told The Denver Post yesterday they don't remember the younger Thomas as having any connections to his father.

"I would hate to see the sins of the father fall on the fate of

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



ATTACHMENT / EXHIBIT ___

9/5/91 DENVERPOST 1B
**(Publication page references are not available for this document.)**

the son," said Swarts, a commissioner from 1975 until 1980, during
the time when FBI wiretaps revealed the elder Thomas was involved
in a skimming operation.

   "His son should stand on his own merits. That's what we do out
here," Swarts said. "But we would take a real hard look at him."

   Colorado's Morris agreed. "Merely having a father who has done
something wrong will not exclude anybody unless there's some
evidence that this individual and his relationship to his father or
his money or some other aspect of his application is improper," he
said.

   "We would not exclude, as a matter of law, anyone because he has
a father who is infamous."

   Thomas' father was convicted by a federal jury in 1983 on 10
counts of skimming profits from the Tropicana Hotel and funneling
the money to organized crime figures in Kansas City, Milwaukee and
Chicago.

   He was sentenced to 15 years in prison, but his term was reduced
to two years and he won early parole for testifying against other
crime figures in a Kansas City trial. Carl Thomas Sr. filed suit in
1987 against the Nevada Gaming Commission for nominating him to be
listed the Black Book. Thomas stayed off the list until March 1990,
when a federal appeals court ruled that the commission acted
properly.

   Thomas was ordered to pay more than $40,000 and became one of 17
to be excluded from any gambling activities in Nevada.

   The elder Thomas was once one of the most recognized casino
figures in Las Vegas as co-owner of Slots of Fun and a stockholder
in Jay Sarno's Circus Circus. His testimony against several
organized crime figures in a 1983 federal trial in Kansas City led
to their convictions.

Word Count: 547
9/5/91 DENVERPOST 1B
END OF DOCUMENT

Copr. (C) West 2002 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.        Westlaw.