UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)(S)



UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN MAMONE,

        Defendant.
_____/

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO U.S.S.C. § 5K1.1**

    The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

    The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

By: *[signature]*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was hand delivered this _10th_ day of _September_, 2002 to:

David Rothman, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Ste. 2690
Miami, FL 33131

Neil M. Schuster, Esq.
Suite 11B
407 Lincoln Rd.
Miami Beach, FL 33139

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY