CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
SEP 1 2 2002
CLARENCE MADDOX
CLER.: U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Case No. 00-6309-CR-SEITZ   Date 9-10-02
Clerk G. McGee   Reporter D. Ehrlich
USPO Silas Saunders   Interpreter _____
USPTS _____

AUSA Diane Fernandez and Brian McCormick   Def. Atty. David Rothman and Neil Shuster

United States of America v. John Mamone

Defendant(s): Present ✓   Not Present ____   In Custody ✓

Sentence 115 months as to Count 1 (97 months for underlying offense and 18 months enhancement) To be served consecutively to the 97 months)

Supervised Release 3 years

Special Conditions of SR ① Full time Employment ② Financial Disclosure ③ No Self Employment ④ Search of Person ⑤ Prohibited from associating w/ or visiting specific places ⑥ Mental Health treatment ⑦ 700 hours Community Service

Fine $ 0   Special Assessment $ 100.00

Advised of right to appeal _____

Recommendations to BOP _____

Misc. Restitution $4,557,438.00 to victims to be determined at a further hearing on 11/22/02 at 8:30

SEP 1 6 2002

Rec'd in MIA Dkt _____

1144
/97