UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO.: 00-6309-CR-SEITZ

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/



FILED by ___ D.C.
SEP 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER DISCHARGING ALL BONDS POSTED IN THIS CASE**

THIS CAUSE having come before the Court on the Unopposed Motion Discharging All Bonds and this Court having read said motion, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court is directed to discharge the following personal sureties: Joseph Mamone, 300 W. 23rd Street, Apt. 17A, New York, N.Y. 10011; Michelle and Ralph Vartanean, 1800 Colonial Drive, Coral Springs, FL 33071; James and Connie Guice, 11911 Winged Foot Terrace, Coral Springs, FL 33071; Larry and Carol L. Switzer, 2080 Augusta Terrace, Coral Springs, FL 33071; Salvatore and Leanora Amico, 11689 N.W. 12th Street, Coral Springs, FL 33071; and Anna Grace Mamone, 1960 Augusta Terrace, Coral Springs, FL 33071 and American Bankers Insurance Company of Florida, Inc., as corporate surety.

DONE AND ORDERED in the Southern District of Florida this 30th day of Sept, 2002.

_____
HONORABLE PATRICIA SEITZ
U.S. DISTRICT COURT JUDGE

cc:    David Rothman
       Brian McCormick, AUSA