UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE,

    Defendant.

## NOTICE OF ABSENCE FROM JURISDICTION

COMES NOW, the Defendant John Mamone, through counsel NEIL M. SCHUSTER, and respectfully invites this Honorable Court to consider the undersigned counsel will be absent from the jurisdiction on pre-paid airline tickets for the following dates: December 8-24, 2002.

Respectfully submitted,

NEIL M. SCHUSTER
407 Lincoln Rd., Suite 11-B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470

By: _____
Neil M. Schuster
Florida Bar No. 216909

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this ___ day of October to: AUSAs Brian McCormick and Diana Fernandez, Office of the United States Attorney, 500 East. Broward Blvd., Fort Lauderdale, FL 33394

By:_____
Neil M. Schuster