PRO-SE-DEFENDANT: <u>JOHN MAMONE #07803-062</u>

FILING FEE PAID ∅
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

02 OCT 24 PM 3:17

CLERK
S.D. OF FL.-MIAMI

UNITED STATES OF AMERICA,          :

        Plaintiff,           :
                                     NOTICE OF APPEAL
                                    :

v.                                 <u>00-6309-CR-SEITZ</u>
                                    :  DKT NO.

JOHN MAMONE,                       :
        Def-Appellant.
                                    :
------------------------------------X

     NOTICE IS HEREBY GIVEN that John Mamone Federal Register No.07803-062, hereby appeals to the United States Court of Appeals for the Eleventh Circuit of Florida from the judgment entered in the above entitled criminal case on September 16, 2002. On December 19, 2001, the defendant pled guilty to Count One of a 55 count second Superceding Indictment. Count One charges the defendant with conspiring to participate in a criminal enterprise through a pattern of racketeering activities, in violation of title 18 United States Code, Section 1962(d). The defendant is also named in the forfeiture count, remaining counts were dismissed on the motion of the United States. The defendant was committed to serve a term of imprisonment of 115 months as to count one (97 months for underlying offenses and 18 months enhancement to be served consecutively to the 97 months for a total of 115 months). Upon release from imprisonment,

the defendant shall be on supervised release for a term of 3 years as to Count One.

PLEASE TAKE NOTICE that the def-appellant will continue with this appeal Pro-Se and would respectfully request from this Court to consider GRANTING this appeal In Forma Pauperis pursuant to title 28 United States Code, Section 1915. "If" the poor persons relief cannot be achieved, the appellant will request that this Court process this Notice of Appeal pending filing fees.

PLEASE TAKE FURTHER NOTICE that the appellant request that the Clerk of the Court forward, any and all, relevant documents on record, including but not limited to, such said motion, to the Clerk of the Court of Appeals for the Eleventh Circuit of Florida, at your earliest convenience.

Dated:   Marianna, Florida
         October 18, 2002

*[signature]*
_____
JOHN MAMONE              PRO-SE
FED. REG. NO.07803-062
FCI MARIANNA
SHAWNEE UNIT
P.O. BOX 8000
MARIANNA, FL. 32447