UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ DKT

02 OCT 24 PM 3: 17

CLERK, U.S. DIST. CT.
S.D. OF FL - MIAMI

00-6309-CR-Seitz

UNITED STATES OF AMERICA,      :

        Plaintiff,      :

    v.      :

JOHN MAMONE,      :

        Def-Appellant.   :

----------------------------------X

AFFIRMATION OF JOHN MAMONE
REQUESTING LEAVE TO FILE AN
OUT OF TIME NOTICE OF APPEAL
AND REQUESTING PERMISSION TO
PROCEED WITH THIS APPEAL
IN FORMA PAUPERIS

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

JOHN MAMONE hereby declares under penalty of perjury:

1. I am the Defendant-Appellant in the above entitled caption. That currently I am participating in the United States Department of Justice Witness Security Protection Program, while under the custody and care of the Federal Bureau of Prisons. In this setting I am identified as J.A.M. #07803-062, in order to comply with the program regulation to protect my anonymity and location, I would respectfully request for this Court to direct any correspondence relevant to these proceedings to the attn:  J.A.M. #07803-062
                                            FCI MARIANNA
                                            SHAWNEE UNIT
                                            P.O. BOX 8000
                                            MARIANNA, FL. 32447

2. I submit this "Affirmation" in support of request for leave to file an out of time notice of appeal and request for permission to proceed with this appeal in forma pauperis pursuant to title 28 U.S.C. 1915, in the above captioned case before the United States Court of Appeals for the Eleventh



Circuit of Florida.

    3. That I was represented in this criminal case by defense counsel David Rothman, Esq. 200 S. Biscayne Blvd., Suite 2690, Miami, FL 33131, Tel. (305) 358-9000 and co-counsel Neil M. Shuster, Esq. 407 Lincoln Road, Suite 11B, Miami Beach, FL 33139.

    PLEASE TAKE NOTICE that defense counsel Rothman's remaining responsibility to the defendant will be the representation of restition proceeding which to my understanding is currently addressed thru the United States Attorney Office.

    PLEASE TAKE FURTHER NOTICE that the defendant has not fulfilled his responsibilities of monetary compensation to defense counsel Rothman for his representations in direct relation to this criminal case. The defendant will be committed accordant with contractual agreement to pay the remaining balance. At the moment the defendant cannot generate enough funds to retain Mr. Rothman services or representations regarding this appeal.

    PLEASE TAKE FURTHER NOTICE that the defendant is furnishing the Clerk's Office one (1) original and four (4) copies of the attached hereto "Notice of Appeal" and accompanied "Affirmation", in compliance with the FRAP Rule 3(d)(1) to enable the Clerk to effect service upon the opposing counsel and defense counsels.

    For the reasons set forth, this Court should grant the appellant leave to file out of time this notice of appeal and grant permission to proceed with this appeal informa pauperis.

    I declare under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct to the best of my knowledge and belief.

I thank this Court ahead, for any consideration with this matter.

I await your guidance.


Dated:   Marianna, Florida
         October 18, 2002

                                    _____
                                    JOHN MAMONE                PRO-SE
                                    FED. REG. NO. 07803-062