FILED by \_\_\_ D.C.
NOV 07 2002

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           Case No. 00-6309-CR-PAS

   v.                               MIAMI, FLORIDA
                                    September 10, 2002
                                    VOLUME I
                                    PAGES 1 TO 68
JOHN MAMONE

SENTENCING HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

    BRIAN MC CORMICK, ESQ.
    DIANA L.W. FERNANDEZ, ESQ.
    Assistant United States Attorneys
    500 E. Broward Boulevard - 7th Floor
    Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

    DAVID B. ROTHMAN, ESQ.
    THORNTON & ROTHMAN
    First Union Financial Center
    200 S. Biscayne Boulevard - Suite 2690
    Miami, FL  33131

    NEIL M. SCHUSTER, ESQ.
    Suite 11B
    407 Lincoln Road
    Miami, FL  33139-3059

REPORTED BY:

    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).