UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

__John Mamone__    CASE No. _00-6309-CR-PAS_
Plaintiff/Petitioner,

                         USCA No. _02-15942-A_

v.

__USA__
Defendant/Respondent,

## CLERK'S NOTICE OF RECEIPT OF APPEALS FILING FEE

The Clerk notifies the Court that on _11/08/02_ the filing fee of $ _105.00_ was received, receipt number _872173_.

DONE on _11/08/02_ in Miami, Florida.

REC'D by _____ D.C.
APPEAL

NOV 1 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By: _____
        Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant

(k) cafee.

