UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

## ORDER DENYING EMERGENCY MOTION TO CONTINUE RESTITUTION HEARING

This matter came before the Court on Defendant Mamone's Emergency Motion to Continue Restitution Hearing set for November 22, 2002, at 8:30 a.m. The motion is premised on the fact that Mr. Mamone disputes the amount of the restitution in the Government's submission, and needs to present witnesses, including writting in witnesses, to present his case. Interestingly, the Defendant's motion concedes that many of the disputes that are at the heart of the motion have been "aired over the last several months."

It is clear on the record that the obligation to pay and the amount subject to restitution were discussed at Defendant's change of plea on December 19, 2001. Thereafter, at the sentencing hearing on September 10, 2002, counsel for Mr. Mamone agreed to a figure for restitution in the amount of $4,557,438. Thus, the Court does not find either the emergency nature of the motion or the eleventh hour request for a continuance to be well taken. Therefore, it is

ORDERED that the Motion to Continue Restitution Hearing is DENIED.

DONE AND ORDERED in Miami, Florida this 21st day of November, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
David Rothman, Esq.
Neil Schuster, Esq.
Silas Saunders, USPO