CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
NOV 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr    Date 11/22/02
Clerk L. Webb         Reporter D. Ehrlich
USPO S. Saunders      Interpreter _____
USPTS _____

AUSA D. Fernandez    Def. Atty. D. Rothman / N. Schuster

United States of America v. John Mamone

Defendant(s): Present  X   Not Present ____   In Custody  Yes
Reason for Hearing  Restitution hearing

Results of Hearing  ℞

Misc. A motion to Correct Sentence is denied — untimely, counsel agreed to enhancement at sentencing.

Cont'd to 11/26/02 @ 9:30 a.m.