CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ____ D.C.
NOV 2 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. MIAMI

Case No. 00-6309-CR          Date 11/26/02
Clerk L. Webb               Reporter D. Ehrlich
USPO S. Saunders            Interpreter _____
USPTS _____

AUSA D Fernandez            Def. Atty. D. Rothman

United States of America v. John Mamone

Defendant(s): Present  X     Not Present ____    In Custody  Yes
Reason for Hearing Cont. of restitution hearing.

Results of Hearing Restitution $4,302,899.71
Chem Trust: $1,845,451.00
Rubbio: $100,000
Sheehan: $0
HX: $1,757,438.17 J&S w/ Spitaleri

Misc. _____

1209/ct