```
                                          FILED by _____ D.C.
                                          APPEALS
          UNITED STATES DISTRICT COURT
                                              DEC 09 2002
          SOUTHERN DISTRICT OF FLORIDA
                                            CLARENCE MADDOX
                                         CLERK U.S. DIST. CT.
                                          S.D. OF FLA. · MIAMI
```

UNITED STATES OF AMERICA                Case No.  00-6309-CR-PAS

    v.                                  MIAMI, FLORIDA
                                 November 22, 2002
                                 VOLUME I
JOHN MAMONE                             PAGES 1 TO 62

                    RESTITUTION HEARING
         BEFORE THE HON. PATRICIA A. SEITZ, J.
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    DIANA L.W. FERNANDEZ, ESQ.
                    ELIZABETH RUF STEIN, ESQ.
                    Assistant United States Attorneys
                    500 E. Broward Boulevard  - 7th Floor
                    Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

                    DAVID B. ROTHMAN, ESQ.
                    THORNTON & ROTHMAN
                    First Union Financial Center
                    200 S. Biscayne Boulevard  - Suite 2690
                    Miami, FL 33131

                    NEIL M. SCHUSTER, ESQ.
                    Suite 11B
                    407 Lincoln Road
                    Miami, FL 33139-3059

REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

```
FOR DEFENDANT:

G. MAMONE                    WILLIAM J. CONE, JR., ESQ.
                             514 SE 7th Street
                             Ft. Lauderdale, FL 33301
```