1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

```
FILED by _____ D.C.
APPEALS
DEC 09 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI
```

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  00-6309-CR-PAS |
| v. | MIAMI, FLORIDA<br>November 26, 2002<br>VOLUME II<br>PAGES 1 TO 187 |
| JOHN MAMONE | |

RESTITUTION HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    DIANA L.W. FERNANDEZ, ESQ.
    ELIZABETH RUF STEIN, ESQ.
    Assistant United States Attorneys
    500 E. Broward Boulevard  - 7th Floor
    Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

    DAVID B. ROTHMAN, ESQ.
    THORNTON & ROTHMAN
    First Union Financial Center
    200 S. Biscayne Boulevard  - Suite 2690
    Miami, FL 33131

G. MAMONE    WILLIAM J. CONE, JR., ESQ.
    514 SE 7th Street
    Ft. Lauderdale, FL 33301

REPORTED BY:    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

1214

DAVID S. EHRLICH - OFFICIAL COURT REPORTER