UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE   #07803-062 (writ/memo to DC from AUSA)


FILED by _____ D.C.
MAG. SEC.
DEC 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**TAKE NOTICE** that the above entitled cause has been set for M/WITHDRAW AS COUNSEL, DECLARE THE DEFENDANT INDIGENT AND APPOINT COUNSEL FOR APPEAL on JANUARY 16, 2003 at 10:00 a.m. at the United States District Court, 300 N.E. First Avenue, Miami, Florida, EAST Courtroom.

Defendants in criminal cases must appear at all hearings unless excused by order of Court.

Counsel of record are required to notify the Courtroom Deputy at 305 523 5291 of the necessity of an official court interpreter for this hearing. Failure to do so may result in the unavailability of an official court interpreter.

Date: DECEMBER 16, 2002         TED E. BANDSTRA
                                UNITED STATES MAGISTRATE JUDGE

                                By   PATTY W. FITZPATRICK
                                     Deputy Clerk

To: Judge Seitz
    David B. Rothman, Esquire
    Neil M. Schuster, Esquire
    Diana Fernandez, AUSA
    John Mamone, Pro Se, J.A.M. #07803-062
    FCI, Marianna, Shawnee Unit, P.O. Box 8000
    Marianna, FL 32447