**CRIMINAL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
COURTROOM EAST     TIME: 10:00 AM

**MAGISTRATE JUDGE**     TED E. BANDSTRA

Case No. 00-6309-CR-SEITZ     Date JANUARY 16, 2003

Clerk PATTY W. FITZPATRICK     Tape No. 03E- 3-1 Sealed
                                          2-1607

ECR Clerk/Court Reporter _____

USPO _____     Interpreter _____

**UNITED STATES OF AMERICA v.** JOHN MAMONE (WRIT)

AUSA DIANA FERNANDEZ     Defense Counsel DAVID B. ROTHMAN
                                         NEIL M. SCHUSTER

Defendant(s): Present ✓     Not Present ____     In Custody ✓

Reason for Hearing: M/WITHDRAW AS COUNSEL, DECLARE THE DEFENDANT INDIGENT AND APPOINT COUNSEL FOR APPEAL

Result of Hearing: Defendant Sworn - Court finds the Δ Qualifies for Court appointed Counsel. - Court Grants the Motion of David R. Rothman + Neil M. Schuster

Case Continued to: _____ Time _____ For _____
to withdraw

Misc.: _____

1236