UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by _____ D.C.

JAN 28 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Ted E. Bandstra to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant's Notice of Motion filed January 21, 2003, and Amended Notice Under Seal filed January 24, 2003.

DONE AND ORDERED in Miami, Florida, this 27th day of January, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Ted E. Bandstra
Brian McCormick, AUSA
Diana Fernandez, AUSA
John Mamone, 07803-062, FCI Marianna, Shawnee Unit, P. O. Box 8000, Marianna, FL 32447

