UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on [Defense Counsels'] Motion to Withdraw as Counsel, Declare the Defendant Indigent and Appoint Counsel for the Purpose of Appeal (D.E. 1212) filed on December 6, 2002. On December 11, 2002, this motion was referred to the undersigned for appropriate hearing pursuant to 28 U.S.C. § 636(b). Accordingly, the undersigned conducted a hearing on this motion (after arranging for the appearance of defendant from his place of custody) on January 16, 2003. Reviewing the pleadings and applicable law, and in consideration of the testimony of John Mamone and oral argument of counsel, it is hereby

ORDERED AND ADJUDGED as follows:

a. Defense Counsel's Motion to Withdraw as Counsel for Defendant John Mamone is GRANTED, the Court finding that defense attorneys David Rothman, Esq. and Neil Schuster, Esq. represented this defendant for trial purposes only, that the attorneys' fee for each attorney, as agreed with defendant, was reasonable in light

of the complexity and length of the trial court proceedings, and that defendant, John Mamone, has not been financially able to pay the agreed amount to either attorney. Accordingly, the Court grants this Motion to Withdraw for both Mr. Rothman and Mr. Schuster.

b. Defendant's Motion to Declare Defendant Indigent for Purpose of Appointment of Counsel on Appeal is GRANTED. Accordingly, the Court appoints Michael B. Cohen, Esq., 100 West Cypress Creek Road, Suite 930, Ft. Lauderdale, Florida 33309, as attorney for John Mamone for all appellate proceedings. Pursuant to standard procedure, the Court of Appeals for the Eleventh Circuit will prepare the necessary CJA 20 form for this appointment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of January, 2003.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:

David Rothman, Esq.
Thornton & Rothman, P.A.
First Union Financial Center, Suite 2690
200 South Biscayne Blvd.
Miami, Florida 33131

Diana Fernandez, AUSA
Brian McCormick, Esq.
500 East Broward Blvd.
Ft. Lauderdale, FL 33301