UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JOHN MAMONE

## ORDER

A CJA appointment was recently made in the above referenced case. The attorney appointed MICHAEL COHEN, Esq. is a member of the CJA panel but not on the current duty roster. The justification is as follows:

_____ an attorney on the current roster was not available.

_____ an attorney on the current roster had a conflict.

XX        other explanation

   complexity of the appeal and counsel was available immediately

DONE AND ORDERED this \_\_29th\_\_ day of January, 2003.

UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c: Chief Judge William J. Zloch