UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendants.

_____/

### ORDER

THIS CAUSE came before the Court on [Defendant John Mamone's Pro Se] Motion filed on January 21, 2003. Reviewing this motion, the Court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion (D.E. 1240) filed on January 21, 2003 is DENIED WITHOUT PREJUDICE. In so ruling, the court finds that this motion has been filed by John Mamone, *pro se*, after the Court has appointed Michael C. Cohen, Esq. to represent this defendant for all further purposes in this case. In addition, this motion has been filed without the requisite memorandum of law.



Accordingly, Defendant's Motion is DENIED with leave to refile through court-appointed counsel if deemed appropriate at this time.

DONE AND ORDERED in Chambers, at Miami, Florida this 30 day of January, 2003.

_____
Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:

Honorable Patricia A. Seitz

Brian McCormick, AUSA
Diana Fernandez, AUSA

John Mamone, 07803-062
FCI Marianna
Shawnee Unit
P.O. Box 8000
Marianna, FL 32447

Michael B. Cohen, Esq.
100 W. Cypress Creek Road
Suite #903
Ft. Lauderdale, FL 33309