UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN MAMONE

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
FEB -11 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER having come on to be heard on upon undersigned counsel's Motion to **unseal** tape #03-E3 of the Hearing before the Honorable Judge Bandstra on January 16, 2003 so that undersigned counsel may obtain a transcript of same, and then for tape and hearing to be **resealed** and **remain sealed** and the Court having heard argument of counsel and being otherwise fully advised in the premises does ORDER and ADJUDGE that said Motion be and is hereby GRANTED.

DONE and ORDERED in Chambers this ___11th___ day of ___February___, 2003.

                                      _____
                                      ~~DISTRICT COURT~~ JUDGE
                                      MAGISTRATE

