UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOHN MAMONE

Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

FEB -1- 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## MOTION FOR TRANSCRIPT OF SEALED HEARING

COMES NOW, undersigned counsel, MICHAEL B. COHEN, attorney for Defendant, JOHN MAMONE, who respectfully requests that he be able to obtain a copy of a transcript of a sealed hearing, held before the Honorable Judge Bandstra on 1/16/2003. As grounds therefore, undersigned counsel would state as follows:

1. Undersigned counsel has been appointed as counsel for JOHN MAMONE on January 28, 2003 and is currently handling his appeal.

2. Undersigned counsel has been told that this hearing and tape (Tape #03-E3, has been sealed).

3. In order for undersigned counsel to properly represent the Defendant in his appeal, undersigned counsel will need a copy of the Hearing, held before the Honorable Judge Bandstra on 1/16/2003.



4.  Based on the foregoing, undersigned counsel respectfully requests that this Honorable Court unseal the above mentioned tape for it to be transcribed so that undersigned counsel may obtain a copy of the transcript and then *reseal* it so that the Defendant's privacy is still protected.

Respectfully submitted,

_____
MICHAEL B. COHEN, ESQ
Florida Bar No: 210196

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via United States Mail this ___10th___ day of ___Feb___, 2003 to Brain McCormick, AUSA, United States Attorney's Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301.

Respectfully submitted,

_____
Michael B. Cohen, Esq.
Florida Bar No: 210196
Pinnacle Corporate Park
500 West Cypress Road, 300
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0829