# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.   TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: United States of America vs. John Mamone

District Court No.: 00-6309CR Seitz   Date Notice of Appeal Filed: 1/3/03   Court of Appeals No.: 03-10834-A (If Available)

**CHOOSE ONE:** ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | Hearing of 1/16/03 held before United States Magistrate Judge Brownstein (Tape # 03-E3) | | Court Reporter Section will transcribe |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Michael B. Cohen
Name of Firm: Michael B. Cohen, PA
Street Address/P.O. Box: 500 W. Cypress Creek Rd, #300
City/State/Zip Code: Ft Lauderdale FL 33309    Phone No.: 954 928 0059

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 2/10/03   SIGNED: [signature]   Attorney for: Appellant

## PART II.   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: # 3-3-03
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: 3-3-03
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: one   Estimated no. of transcript pages: 65   Estimated filing date: 3-20-03
DATE: 3-20-03   SIGNED: Jerl M. Myers   Phone No.: 954-431-4757

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

FILED MAR 18 2003
REC'D by D.C. MAR 19 2003
CLARENCE MADDOX

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): 3-19-03
Actual No. of Volumes and Hearing Dates: 1 Volume 1-16-03
Date: 3/17/03   Signature of Court Reporter: Jerl M. Myers

*U.S. GPO: 1999-734-566/80181