UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN MAMONE,

        Defendant.
_____/

## MOTION TO STAY RESTITUTION PAYMENTS
## BASED UPON INABILITY TO PAY

    COMES NOW a Third Party, Grace Mamone, by and through her undersigned counsel, and respectfully requests this Honorable Court enter an Order staying the payments of restitution by Grace Mamone pending further Order of this Court, and as grounds and in support thereof, states as follows:

1.    A Judgment of Restitution has been entered requiring Grace Mamone to pay specific amounts of restitution on a monthly basis.  A copy of said Judgment is attached hereto as Exhibit "A" and incorporated herein by reference.

2.    Grace Mamone struggled financially and remained in compliance with the Restitution Order as long as possible.

3.    Based upon Grace Mamone's financial situation, she can no longer afford to make the restitution payments.  See Composite Exhibit "B" attached hereto and incorporated herein by reference.  The aforementioned documents constitute evidence of Grace

PERS-GMB 368577.1

Mamone's inability to pay restitution and justify allowing her to avoid the restitution payments pending further Order of this Court.

4. Grace Mamone's husband, John Mamone, who is presently in custody, has appealed *inter alia* the Restitution Order and said issue is pending at the Eleventh Circuit Court of Appeals.

5. Grace Mamone's inability to financially comply with the Restitution Order is not due to her neglect or default. See *United States v. Boswell*, 605 F.2d 171, 174 (5th Cir. 1979); *De Sales Street Corp. v. Dragon, Inc.*, 163 A.2d 623 (DC App. 1960).

WHEREFORE, based upon the foregoing grounds and authority, the Third Party, Grace Mamone, respectfully requests this Honorable Court enter an Order staying restitution payments based upon her inability to pay.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **31st day of JULY, 2003**, to: AUSA Diana L.W. Fernandez and AUSA J. Brian McCormick, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394.

        Respectfully Submitted,

        LAW OFFICES OF RICHARD L. ROSENBAUM
        350 EAST LAS OLAS BOULEVARD
        SUITE 1700
        FT. LAUDERDALE, FL 33301
        PHONE NO : (954) 522-7007
        FAX NO:   (954) 522-7003
        FLA. BAR NO: 394688

        BY: _____
           RICHARD L. ROSENBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by ZBF D.C.
DEC 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

### JUDGMENT OF RESTITUTION

This matter came before the Court for hearing on restitution. On December 19, 2001, Defendant, John Mamone, pled guilty to Count One of the Second Superseding Indictment in the above-styled case which charged him with RICO conspiracy under Title 18 U.S.C. 1962(d). He was sentenced September 10, 2002, to 115 months incarceration. The determination of restitution was deferred until November 22, 2002. The Court heard from the parties and counsel for Defendant's wife on November 22 and 26, 2002.

Notwithstanding the restitution amount agreed to at sentencing, the general amount of which acknowledged under oath at the time of the plea, the Defendant maintained he should not be held responsible in restitution for certain amounts allocated to three frauds and the amount pertaining to the extortionate loan. Additionally, the Defendant's wife asserted that she should not have to contribute any amounts received from Cargo Transportation to the payment of restitution because it was solely her business. Based on the information provided at the hearing and in the record, the Court found that the wife was merely a nominee for the Defendant's interest in Cargo Transportation, thus, it was appropriate that the money the wife received from Cargo should be used in part to pay restitution. Having heard representations of counsel and being otherwise fully advised, it is



"A"

ORDERED that the Defendant, John Mamone, shall make restitution in the amount of $4,302,899.71 as follows:

> $1,845,451 to the Alliance Trust/Chemical Trust Victims (See "North Carolina Victims" list attached);
>
> $700,000.00 to the "Rubbo Victims" (see attached list); and
>
> $1,757,438.17 to the "Forex Victims" (see attached list).

The Alliance Trust/Chemical Trust and Rubbo Victims will be Defendant Mamone's sole responsibility; Defendant Mamone will be liable jointly and severally with Co-Defendant, Joseph Spitaleri, to the Forex Victims in the amount of $1,757,438.17. It is further

ORDERED that, because the North Carolina Victims have recovered approximately forty-four (44%) percent of the defrauded funds, and the Rubbo and Forex Victims have thus far recovered nothing, any monies received shall be first applied to the Rubbo and Forex Victims on a prorata share until the Rubbo victims have recovered the full $700,000.00, and the Forex Victims have recovered forty-five (45%) percent of the defrauded funds. Thereafter, any funds received shall be allocated between the victims in the remaining two frauds in the total amount of $1,845,451.00 to the Alliance Trust/Chemical Trust victims, and $1,757,438.17 to the Forex Victims. It is further

ORDERED that to provide time to readjust the Mamone family's lifestyle, payments on the restitution shall be made as follows:

> Pursuant to the Defendant's oral agreement at the restitution hearing, the Defendant's wife will immediately turn over to the United States the following jewelry: the Lady's Presidential Rolex with the diamond dial, the diamond and platinum ring and the two and one half carat diamond hoop earrings discussed at the restitution hearing. The parties shall make the best effort to gain the maximum value from these assets.

2

From the monies the wife receives from Cargo Transportation:
$1,000.00 per month shall be paid for the first six (6) months;

$2,000.00 per month shall be paid for the next eighteen (18) months; and

$4,000.00 per month shall be paid thereafter. It is further

ORDERED that the Defendant will assist the Government with recovery of the money held in the Bahamas which shall be applied to restitution. It is further

ORDERED that during the term of incarceration, Defendant shall pay fifty 50% of his income earned through the Inmate Financial Responsibility Program. It is further

ORDERED that upon completion of Defendant's term of incarceration, at the beginning of the term of supervised release, the parties shall submit a revised payment plan with the goal of fully satisfying restitution by the end of the three-year term of supervised release.

DONE AND ORDERED in Miami, Florida this ___ day of December, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
David Rothman, Esq.
Silas Saunders, USPO
U.S. Marshal
Bureau of Prisons
Financial Section



*Is Service America - 848.17 ann*
*Eagle Trace Dues $430.00 a quarter*

MONTHLY INCOME FOR GRACE MAMONE AS OF JULY 20, 2003

INCOME FROM CARGO TRANSPORTATION

6450.00
2000.00
8450.00 GROSS INCOME
3333.33 ESTIMATED TAXES DUE FOR 2003 INCOME $40,000 PER YEAR
5117.00 NET MONTHLY INCOME

IN ADDITION TO THE ABOVE INCOME $500.00 PER MO. IS REIMBURSED TO GRACE TO COVER HEALTH INSURANCE. SHE IS ALSO RECEIVING $2595.00 PER MONTH TO COVER HER CREDIT CARDS WHICH WERE USED TO START UP CARGO TRANSPORTATION AND A NOTE WAS GIVEN BACK TO GRACE FOR $88,500.00. THESE PAYMENTS STOP IN 2005 AND THE BALANCE OF THE CREDIT CARD DEBT SHOULD BE PAID OFF BY THEN. THERE IS AN ATTACHED PAYMENT SCHEDULE FOR THE CREDIT CARD DEBT ATTACHED TO THE GOVERNMENT'S MOTION CONCERNING RESTITUTION AND PROPOSED REPAYMENT SCHEDULE.

GRACE IS CURRENTLY UNEMPLOYED, SHE HAD A JOB WITH THE SCHOOL FOR ABOUT 6 MONTHS SINCE SCHOOL IS OUT HER JOB WAS TERMINATED AND SHE WILL HAVE TO REAPPLY IN AUGUST WHEN SCHOOL OPENS AGAIN FOR HER POSITION BACK PROVIDED IT IS WITHIN THE SCHOOL'S BUDGET.

CREDIT CARD DEBT FROM CARGO TRANSPORTATION

CREDIT CARDS USED TO START UP CARGO TRANSPORTATION

| CREDIT CARD NAME | ACCOUNT NUMBER | BALANCE DUE | MINIMUM DUE |
|---|---|---|---|
| MBNA | 4313 0243 5500 9204 | 3779.83 | 81.00 |
| MBNA | 749 73442 176 219 | 19802.05 | 506.00 |
| DIRECT MERCHANTS | 5427 7532 0005 9895 | 3093.81 | 78.00 |
| PLATINUM PLUS | 5474-9756-0083-4583 | 14784.19 | 296.00 |
| MBNA | 54909955 36018200 | 3815.76 | 85.00 |
| WELLS FARGO | 4465 3920 0022 6101 | 9084.50 | 181.00 |
| CITI PLATINUM SELECT | 54241801 2304 6747 | 11628.21 | 242.00 |
| CHASE PLATINUM | 5491 0409 2094 9527 | 10363.18 | 207.00 |
| DISCOVER CARD | 6011 0041 2012 5188 | 6395.31 | 128.00 |
| DISCOVER CARD | 6011 0047 5054 6141 | 5009.96 | 101.00 |
| | | 87756.80 | 1905.00 |

PLEASE NOTE THAT GRACE HAS NOT PUT ANY TAX MONEY AWAY FOR THIS YEARS TAXES AND CAN'T PAY THE MONEY SHE OWES FOR 2002. SHE IS LIVING OFF THE MONEY

"B"

## MONTHLY EXPENSES AS OF JULY 20. 2003

| COMPANY NAME | ACCOUNT NUMBER | MONTHLY AMOUNT DUE |
|---|---|---|
| CYPRESS TRACE SECURITY | 753-9601 | 26.50 |
| FPL | 98028-14575 | 658.84 |
| BELL SOUTH | 954-753-9601 844 1805 | 149.45 |
| PEST PROTECTION | 4231520 | 21.00 |
| BANK ATLANTIC | 1308219300001 | 1313.18 |
| COMPLETE POOL | 5000 | 30.00 |
| FLORIDA PREPAY | 1983212610 | 51.25 |
| ABN AMBRO MORTGAGE | 0615237896 | 2228.42 |
| CORALSPRINGS IMPROVE | 011-6361-03 | 55.80 |
| FLORIDA KID CARE | 0312136661 | 20.00 |
| STATE FARM INS. | 0377-9458-19 | 48.78 |
| STATE FARM INS. | 0432-1134-19 | 316.95 |
| FORD MOTOR CREDIT | 33694734 | 498.72 |
| FORD MOTOR CREDIT | 29803698 | 475.64 |
| GROCERIES | ESTIMATED | 800.00 |
| GAS | ESTIMATED | 200.00 |
| RESTITUTION ORDER | FIRST SIX MONTHS | 1000.00 |
| PERSONAL CREDIT CARDS | ATTACHED SHEET | 435.00 |
| | | 8329.53 AMOUNT DUE MONTHLY |

## PERSONAL CREDIT CARDS

| CREDIT CARD NAME | ACCOUNT NUMBER | BALANCE DUE | MINIMUM DUE |
|---|---|---|---|
| AMEX | 3717 2746 7051 008 | 7558.17 | 139.00 |
| BURDINES | 6241-9908 | 42.21 | 5.00 |
| CAPITAL ONE K-MART | 5570-0918-8412-5293 | 213.87 | 15.00 |
| CITIFINANCIAL RETAIL | 6032-5902-5200-9328 | 229.99 | 25.00 |
| SEARS GOLD | 5121-0717-6967-4114 | 4242.53 | 60.00 |
| EXPRESS | 385-247-309 | 489.66 | 30.00 |
| TARGET | 4352-3783-4283-1787 | 708.95 | 18.00 |
| JC PENNY | 226-036-891-1 | 510.12 | 25.00 |
| BRANDSMART | 6019-1701-0464-9295 | 2404.29 | 67.00 |
| HOME DEPOT | 51-7098-001772-0 | 237.45 | 10.00 |
| WAL-MART | 6032-2034-2257-6321 | 408.86 | 16.00 |
| NEW YORK & CO. | 615-780-863 | 139.88 | 10.00 |
| | | 17,278.19 | 435.00 |



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

954-764-3215
VIA FAX

January 15, 2003

William J. Cone, Jr., Esq.
514 S.E. 7th Street
Fort Lauderdale, FL 33301

Re: United States v. John Mamone
    Restitution

Dear Mr. Cone:

We are sending this letter in order to clear up any confusion that your client may have concerning the restitution payments. Enclosed is a copy of the Restitution Order which Judge Seitz entered on December 2, 2002. As you can see from page 3 of the Order, $1,000 per month is supposed to be paid from the monies Grace Mamone receives from Cargo Transportation for the first six (6) months. The amount then increases to $2,000 for the next eighteen (18) months, and then finally to $4,000 per month.

The monies are to be paid in the form of either cashier's check, cash, or money order made out to the U.S. District Court and delivered in person to the U.S. Clerk's Office in Miami or sent by mail. If it is sent by mail, you should include the case number and defendant's name on the check.

Since the Court's Order was orally entered on November 26, 2002, with a written Order on December 2, 2002, it appears that payment should have been made in December as well as January. Please have your client forward the past-due restitution payments as soon as possible. If you have any questions, please feel free to contact us.

Very truly yours,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
    J. Brian McCormick
    Assistant United States Attorney

By: *[signature]*
    Diana L.W. Fernandez

By: *Diana W. Fernandez*
Diana L.W. Fernandez
Assistant United States Attorney

 

# SERVICE AMERICA — SERVICE CONTRACT
NETWORK INC
- Air Conditioning • Appliance • Plumbing

**CONTRACT NUMBER:** 2238230

515 NW 12TH AVE
DEERFIELD BEACH    FL   33442

For Customer Service Call:
**954-979-1100**

| | | | |
|---|---|---|---|
| SERVICE MANAGER & SALES REPRESENTATIVE: STEVE MORRIN | EFFECTIVE DATE: 8/10/03 | EXPIRATION DATE: 8/10/04 | DEVELOPMENT: EAGLE TRACE |

**MAILING ADDRESS:**
GRACE MAMONE
1960 AUGUSTA TER
CORAL SPRINGS FL    33071 -7704

**SERVICE ADDRESS:**
GRACE MAMONE
1960 AUGUSTA TER
CORAL SPRINGS FL    33071

## CONTRACT COVERAGES
One of each of the following items are included in this contract:

- R  A/C CONDENSER (INCLUDING COMPRESSOR)
- R  A/C CONDENSER (INCLUDING COMPRESSOR)
- R  A/C AIR HANDLER (INCL. TSTAT & HEATING)
- R  A/C AIR HANDLER (INCL. TSTAT & HEATING)
- R  REFRIGERATOR*
- R  REFRIGERATOR WITH ICE/WATER DISPENSER*
-    REFRIGERATOR BUILT-IN WITH ICE MAKER
-    BUILT-IN OVEN (DOUBLE/SELF-CLEAN)
- R  BU-IN COOKTOP (CERAMIC TOP TYPE BURNERS)
- R  MICRO-BUILT-IN(MAGNETRON TUBE,TOUCH PAD)
- R  DISHWASHER
- R  GARBAGE DISPOSER*
-    TRASH COMPACTOR*
-    WASHER*
-    DRYER (TIMED & AUTO)*
- R  WATER HEATER (56 TO 85 GALLONS)
-    PLUMBING  (3.5 BATHROOMS)
-    ELECTRICAL
-    EXTENDED PLUMBING

R = REPLACEMENT COVERAGE

**Additional Coverages Available Currently Not Covered**

A/C TUNE-UP
CEILING PADDLE FANS
BATHROOM EXHAUST FAN

*To add any of these coverages, Please list them on the back side of your payment slip below.*

| | |
|---|---|
| *TANGIBLE PROPERTY ITEMS | $241.20 |
| FL SALES TAX ON TANGIBLE ITEMS (6.0 %) | $14.47 |
| REAL PROPERTY ITEMS | $592.50 |
| **TOTAL AMOUNT DUE** | **$848.17** |

SERVICE AMERICA

**You can avoid any price increase next year by selecting a Two-Year Contract! (see below)

SERVICE AMERICA



PRESIDENT

CUSTOMER

CAC 026405 EC 0000680 CFC 057126       Serving Florida & Arizona

We reserve the right to inspect equipment prior to acceptance. Not Valid Until Paid.     Please save for your records:

Return this portion with your payment

Name: **GRACE MAMONE**       Contract#: **2238230**
Home Phone#:  954-753-4161    Other Phone#:  954-753-1967



|  | 1 Year | **2 Years |
|---|---|---|
| AMOUNT DUE | $848.17 | $1,696.34 |
| ADDITIONAL OPTIONS (List Changes on Reverse Side) | $ | $ |
| TOTAL ENCLOSED | $ | $ |

SERVICE AMERICA
P.O. BOX 6768
DEERFIELD BEACH, FL 33442

Please see reverse side for method of payment.

**SERVICE AMERICA**
NETWORK INC

GRACE MAMONE
Customer Since:
**2001**
Contract Number:
**2238230**
Effective Date:
**8/10/03**
Expiration Date:
**8/10/04**

Call: **954-979-1100**