UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by _____ D.C.
SEP - 3 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION TO STAY RESTITUTION PAYMENTS

This matter came before the Court on Grace Mamone's Motion to Stay Restitution Payments Based Upon Inability to Pay. The Court has reviewed the Motion and the Government's Response. Mrs. Mamone has not shown any basis for the amendment of the order. In fact, it appears that she is using debt incurred subsequent to the restitution order to justify her failure to pay the ordered restitution. Furthermore, it appears that Mrs. Mamone has not turned over the jewelry she and her husband agreed to forfeit over ten months ago. Thus, it appears that Mrs. Mamone's failure to pay reflects her desire not to pay rather than an inability to pay. Additionally, Defendant was to pay fifty percent of his income earned through the Inmate Financial Responsibility Program, however, no monies have been paid to date. Therefore, it is

ORDERED that the Motion to Stay Restitution Payments is DENIED. Mrs. Mamone shall immediately bring current all outstanding restitution payments and continue making payments as ordered. If Mrs. Mamone fails to comply with this order, the Court will entertain a motion for appropriate sanctions.

DONE AND ORDERED in Miami, Florida this 2nd day of September, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Richard Rosenbaum, Esq.