UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JOHN MAMONE,

_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Ted E. Bandstra to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant's Motion for Permanent Injunctive Relief.

DONE AND ORDERED in Miami, Florida, this 3rd day of February, 2004.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Ted E. Bandstra
Brian McCormick, AUSA
Diana Fernandez, AUSA
John Mamone, 07803-062, FCI Marianna, P. O. Box 8000, Marianna, FL 32447