UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/



## ORDER

THIS CAUSE came before the Court on Defendant's *[Pro Se]* Motion for Permanent Injunctive Relief filed on January 6, 2004. Reviewing this motion, the government's response thereto, the Court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion for Permanent Injunctive Relief is DENIED to the extent that defendant seeks the Court to enter an order with respect to the Attorney General's decision with respect to defendant's placement discharge from the Witness Protection Security Program. This Court has no jurisdiction over such a decision. See United States v. Gigante, 187 F.3d 261 (2nd Cir. 1999).

IT IS FURTHER ORDERED that Defendant's Motion is DENIED to the extent that defendant seeks an Order barring the United States or any of its agents from making threats against defendant, the Court finding no proffer of facts with respect to any

actionable threats being made against defendant by the U.S. Attorney's Office or any federal agency which might give rise to jurisdiction by this Court.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of February, 2004.

                                              Ted E. Bandstra
                                           United States Magistrate Judge

Copies furnished to:

Honorable Patricia A. Seitz

David Rothman, Esq.
Thornton & Rothman, P.A.
First Union Financial Center, Suite 2690
200 South Biscayne Blvd.
Miami, Florida 33131

Diana Fernandez, AUSA
Brian McCormick, AUSA
500 East Broward Blvd.
Ft. Lauderdale, FL 33301

John Mamone, pro se
Post Office Box 8000
Marianna FL 32447-8000