UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by _____ D.C.
FEB 2 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MOTION TO VACATE AND/OR ABATE RESTITUTION AND SETTING HEARING

This matter came before the Court on Interested Party Grace Mamone's Motion to Vacate and/or Abate Restitution Payments. The Court having considered the Motion, the Government's Response, and being otherwise fully advised, it is

ORDERED that the Grace Mamone's Motion to Vacate and/or Abate Restitution Payments is DENIED, as this Court lacks jurisdiction. It is further

ORDERED that this matter will be set for hearing to determine if the repayment schedule should be modified. The Honorable Richard W. Goldberg, visiting from the U.S. Court of International Trade, New York, NY, has graciously agreed to hear this motion in the undersigned's absence on **April 28, 2004, at 9:00 a.m.**, at the U.S. Courthouse, 301 North Miami Avenue, **6th Floor**, Miami, Florida.

DONE AND ORDERED in Miami, Florida this 26TH day of February, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Richard W. Goldberg
Brian McCormick, AUSA
Diana Fernandez, AUSA
Richard Rosenbaum, Esq.
Silas Saunders, USPO

