# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 23, 2004



FILED by _____ D.C.
RECORDS
FEB 2 6 2004
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 02-15942-AA      USA v. John Mamone
DC DKT NO.: 00-06309 CR-PAS

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
Original Exhibits, consisting of: one psi (1 PSI) 2nd (5 of pkts) / 3rds of TRANS) 1 vol of
Original record on appeal or review, consisting of: fourteen volumes 1 folder ) Sealed pkts

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (12-2003)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 23, 2004

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



RE: 03-10134-AA      USA v. John Mamone
DC DKT NO.: 00-06309 CR-PAS

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (12-2003)

# United States Court of Appeals
For the Eleventh Circuit

| Nos. 02-15942 and 03-10134 | FILED<br>U.S. COURT OF APPEALS<br>ELEVENTH CIRCUIT |
|---|---|
| District Court Docket No.<br>00-06309-CR-PAS | Jan 23, 2004<br>THOMAS K. KAHN<br>CLERK |

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,

versus

JOHN MAMONE,

      Defendant-Appellant,

--------------------------------------------------------------------

Appeals from the United States District Court
for the Southern District of Florida

--------------------------------------------------------------------

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
FEB 23 2004
U.S. COURT OF APPEALS
ATLANTA, GA.

    Entered:  January 23, 2004
For the Court:  Thomas K. Kahn, Clerk
        By:  Jackson, Jarvis

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 2_ 2004
THOMAS K. KAHN
CLERK

Nos. 02-15942 and 03-10134
Non-Argument Calendar

D.C. Docket No. 00-06309-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN MAMONE,

Defendant-Appellant.

Appeals from the United States District Court for the
Southern District of Florida

(January 23, 2004)

Before BLACK, CARNES and HULL, Circuit Judges.

PER CURIAM:

Counsel in this direct criminal appeal has moved to withdraw and filed a brief pursuant to *Anders v. California*, 87 S. Ct. 1396 (1967). Appellant John Mamone has moved for replacement of counsel. Our independent review of the entire record reveals that, in light of Mamone's knowing and voluntary waiver of his right to appeal his sentence, counsel's assessment of the relative merit of the appeal is correct. Because Mamone knowingly and voluntarily waived his right to appeal his sentence, and independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, Mamone's motion for replacement of counsel is DENIED, Mamone's conviction is AFFIRMED, and his appeal of his sentence is DISMISSED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia