UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,

_____/



FILED by _____ D.C.

MAR 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING HEARING ON MODIFICATION OF RESTITUTION

PLEASE TAKE NOTICE that the hearing to determine if Defendant Mamone's restitution repayment schedule should be modified is **RESET** to **May 5, 2004, at 9:00 a.m.**, before The Honorable Richard W. Goldberg, U.S. Courthouse, 301 North Miami Avenue, **6th Floor**, Miami, Florida.

DONE AND ORDERED in Miami, Florida this 2nd day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Richard W. Goldberg
Brian McCormick, AUSA
Diana Fernandez, AUSA
Richard Rosenbaum, Esq.
Silas Saunders, USPO

