UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE,

    Defendant.

_____/



## UNOPPOSED MOTION TO DISCLOSE
## PRE-SENTENCE INVESTIGATION REPORT

Comes now undersigned counsel and files this Unopposed Motion to Disclose Pre-Sentence Investigation Report, and states the following:

Undersigned counsel has been appointed to represent Defendant John Mamone in the matter of United States v. Mamone, 04-60006-CR-COHN.

Counsel is requesting production of the Pre-Sentence Investigation Report that was prepared in the matter of United States v. Mamone, 00-6309-CR-SEITZ.

The Pre-Sentence Investigation Report is necessary adequately prepare for the upcoming trial, and to review the Federal Sentencing Guidelines.

Undersigned counsel has spoken with Assistant United States Attorneys McCormick and Fernandez, and they do not have an objection to this request.



WHEREFORE, undersigned counsel requests that the Court grant this Unopposed Motion to Disclose the Pre-Sentence Investigation Report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
for Robert N. Berube
Supervisory Assistant Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned motion was mailed on this 6th day of April, 2004 to Diana Fernandez, Esq., Brian McCormick, Esq., Assistant United States Attorneys, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and to Frank Schwartz, Chief United States Probation Officer, U.S. Courthouse, 300 N.E. 1st Avenue, Suite 315, Miami, Florida 33132.

for _____
Robert N. Berube

## FAXBACK SERVICE LIST

Robert N. Berube, Esquire
Assistant Federal Public Defender
One East Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Counsel for Defendant

Brian McCormick, Esquire
Assistant United States Attorney
299 East Broward Boulevard
Fort Lauderdale, Florida 33301
Tel: (954) 356-7255
Fax: (954) 356-7336
Counsel for Government

Diana Fernandez, Esquire
Assistant United States Attorney
299 East Broward Boulevard
Fort Lauderdale, Florida 33301
Tel: (954) 356-7255
Fax: (954) 356-7336
Counsel for Government

Frank Schwartz
Chief United States Probation Officer
United States Courthouse
300 N.E. 1st Avenue
Suite 315
Miami, Florida 33132