UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE,

    Defendant.

_____/



FILED by ___ D.C.

APR - 7 2004

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE having come before the Court on Unopposed Motion to Disclose Pre-Sentence Investigation Report and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to Motion to Disclose Pre-Sentence Investigation Report is hereby GRANTED. United States Probation shall provide defense counsel with a copy of the Pre-Sentence Investigation Report in <u>United States v. Mamone</u>, 00-6309-CR-SEITZ.

DONE AND ORDERED at Miami, Florida, this 7th day of April, 2004.

                                        _/s/ Patricia A. Seitz_
                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    Robert N. Berube, AFPD
       Brian McCormick, AUSA
       Diana Fernandez, AUSA
       United States Probation

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.