CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE RICHARD GOLDBERG

FILED by **IM** D.C.
MAY - 5 2004

Case No. 00-6309-CR-SEITZ          Date    05/05/04

Clerk    Ivan Marchena              Reporter    Larry Herr

Interpreter   N/A

AUSA    Diana Fernandez & Elizabeth Stein

Defense Attorney   Richard Rosenbaum, Esq.

USA -v-   JOHN MAMONE

Defendant(s): Present _____   Not Present __X__   In Custody _____

Type of Hearing:  RESTITUTION HEARING

Minutes/Results:  Hearing on Modification of Restitution (Repayment Schedule) was held.

Witness: David E. Bell, Jr was sworn and testified. Order on motion to follow.