UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOHN MAMONE,

     Defendant,

and

GRACE MAMONE,

     Third Party.
_____/



## NOTICE OF FILING

COMES NOW, the Third Party, Grace Mamone, by and through her undersigned counsel, and states as follows:

1.    Financial Affidavit of Grace Mamone

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **9th day of June, 2004**, to: AUSA Diana Fernandez and AUSA J. Brian McCormick, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394.

                Respectfully Submitted,

                LAW OFFICES OF RICHARD L. ROSENBAUM
                ATTORNEY FOR GRACE MAMONE
                350 EAST LAS OLAS BOULEVARD
                SUITE 1700
                FT. LAUDERDALE, FL 33301
                PHONE NO : (954) 522-7007
                FLA. BAR NO: 394688

                BY_____
                   RICHARD L. ROSENBAUM

1349R-00001 370817 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN MAMONE,

        Defendant,

and

GRACE MAMONE,

        Third Party.
_____/

**FINANCIAL AFFIDAVIT**

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

    BEFORE ME, this day personally appeared GRACE MAMONE, who being duly sworn, deposes and says that the following information is true and correct according to his/her best knowledge and belief:

EMPLOYMENT AND INCOME

| | |
|---|---|
| OCCUPATION: | Teacher's Aide |
| ADDRESS: | 1960 Augusta Terr, Coral Springs, Florida |
| SOC. SEC. # | 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 |
| DATE OF BIRTH: | 08/06/1960 |
| PAY PERIOD: | Bi-monthly |
| RATE OF PAY: | $8.00 |

If you are employed, but expecting soon to become unemployed or change jobs, describe the change you expect and why and how it will affect your income. If currently unemployed, describe your efforts to find employment, how soon you expect to be employed, and the pay you expect to receive.

**AVERAGE GROSS MONTHLY INCOME FROM EMPLOYMENT**

| | |
|---|---|
| Present gross income from employment | $724.00[1] |
| Bonuses, commissions, allowances, overtime, tips, and similar payment | None |
| Business income from sources such as self-employment, partnership, close corporations, and/or independent contracts (gross receipts minus ordinary and necessary expenses required to produce income) | None[2] |
| Disability benefits | |
| Workers' Compensation | |
| Unemployment Compensation | |
| Pension, retirement, or annuity payments | |
| Social Security benefits | |
| Spousal support received from previous marriage | |
| Interest and dividends | |
| Rental income (gross receipts minus ordinary and necessary expenses required to produce income) | |
| Income from royalties, trust, or estates | |
| Reimbursed expenses and in kind payments to the extent that they reduce personal living expenses | |
| Gains derived from dealing in property (not including nonrecurring gains) | |
| Itemize any other income of a recurring nature | 364.00 |
| **TOTAL MONTHLY INCOME** | **$1088.00** |

LESS MONTHLY DEDUCTIONS
See Appendix for how to figure out money amounts for anything that is NOT paid monthly. Attach more paper, if needed. Items included under "other" should be listed separately with separate dollar amounts.

| | |
|---|---|
| Federal, state, and local income taxes (corrected for filing status and actual number of withholding allowances) | See attached pay stub. $14,400[3] annual |
| FICA or self-employment tax (annualized) | See attached pay stub |
| Mandatory union dues | 10.75 |
| Mandatory retirement | |
| Health insurance payments | 20.00 |
| Court ordered support payments for the children actually paid | |

---

[1] Based upon financial difficulties, Grace Mamone presently receives support from the State of Florida.

[2] Monies owed from Cargo are not presently being paid. This matter is in litigation.

[3] Approximate

1349R-00001 370811 1

**AVERAGE MONTHLY EXPENSES**

HOUSEHOLD:
Barber/beauty parlor                                                                 70.00
Cosmetics/toiletries
Mtg. or rent payments (incl. taxes, ins., garbage removal & equity line)   3471.19[4]
Gifts for special holidays
Property taxes & insurance                                                   included in mtg.

                                              Other expenses:

| | | | |
|---|---|---|---|
| Electricity | 450.00 | | $ |
| Water, garbage, & sewer | 55.80 | | |
| Telephone | 149.45 | INSURANCES: | |
| Fuel oil or natural gas | | | |
| Repairs and maintenance | | Health | |
| Lawn and pool care | 65.00 | Life | 100.00 |
| Pest control | | Other insurance | |
| Misc. household | | | |
| Cable | 64.00 | | |
| Food and household items | 800.00 | | |
| Meals outside home | | | |
| Assessment dues | 125.00 | | |
| Fla. Pre-Paid College | 86.00 | | |

Other:

| | | | |
|---|---|---|---|
| AUTOMOBILE: | | OTHER EXPENSES NOT LISTED ABOVE: | |
| Gasoline and oil    $ | 200.00 | | |
| Repairs | | Dry cleaning and laundry | 10.00 |
| Auto tags and license | 92.40 | Affiant's clothing | 20.00 |
| Insurance | 316.95 | Affiant's medical, dental, prescriptions | 10.00 |

Other:

Affiant's grooming  _____   _____

Affiant's gifts    _____
Pets:
Grooming           10.00           Veterinarian

---

[4] Not presently paying - Received foreclosure notice.

1349R-00001 370811 1

| CHILDREN'S EXPENSES: | | Membership dues | |
| --- | --- | --- | --- |
| | | Professional dues | |
| Nursery or babysitting | | | |
| | | Social dues | |
| School tuition | | Entertainment | |
| School supplies | | Vacations | |
| Lunch money | | Publications | |
| Allowance | | Religious organizations | |
| Clothing | | Charities | |
| | | | |
| Medical, dental, prescriptions | 50.00 | Bank charges/ credit card fees | |
| | | | |
| Vitamins | 5.00 | Miscellaneous | |

PAYMENTS TO CREDITORS:

| TO WHOM: | BALANCE DUE | MONTHLY PAYMENTS: |
| --- | --- | --- |
| Sam's Club | $ 517.19 | $ 69.00 |
| Express | 1,325.84 | 450.00 |
| Walmart | 384.10 | 31.00 |
| Disney | 196.10 | 40.00 |
| Target | 462.25 | 12.00 |
| Sears | 2431.67 | 146.00 |
| Brandsmart | 2072.51 | 233.00 |
| Capital One | 400.47 | 60.00 |
| Burdines | 108.46 | 5.00 |
| Macy's | 250.42 | 46.00 |
| Burdines | 186.00 | 45.00 |
| JCPenney | 273.00 | 15.00 |
| Home Depot | 209.00 | 30.00 |

## **ASSETS**

| Description | Value |
| --- | --- |
| Cash on hand | 100.00 |
| Cash in banks | 700.00 |
| Stocks/bonds | |
| Notes | |

Real estate:
  Home:                540,000.00 (approx. $40,000 in equity)

1349R-00001 370811 1

Automobiles:
  1999 Plymouth Voyager     $3500

Other personal
property:
  Contents of home          $15,000
  Jewelry[5]                 4,000
  Life ins./cash
    surrender value
Other assets[6]:            Unknown

LIABILITIES

| Creditor | Balance |
|---|---|
| Ford Motor | $7684.94 |
| Ford Motor | 9808.74 |
| Transport | 750,000.00 |
| Rosen | 123,000.00 plus interest, court costs & attorney's fees |

---

[5] Grace Mamone contests the Government's seizure of her personal jewelry to be used towards John Mamone's restitution obligation. The Government is presently in possession of Grace Mamone's jewelry and is in the process of having the same appraised.

[6] Grace Mamone is the beneficiary of the Mamone Family Trust. The Administrator of the trust is Leon Smith, Esq. Exact value unknown at this time.

1349R-00001 370811 1

Less: Total Liabilities (excluding contingent liabilities)*        $_____
**Net Worth**                                                      $_____
*If there is a claim for contingent liabilities, it should be set forth in a separate schedule attached.

I AM AWARE THAT ANY MATERIALLY FALSE STATEMENT KNOWINGLY MADE WITH THE INTENT TO DEFRAUD OR MISLEAD SHALL SUBJECT ME TO THE PENALTY FOR PERJURY AND MAY BE CONSIDERED A FRAUD UPON THE COURT.

I CERTIFY THAT THE FAMILY LAW FINANCIAL AFFIDAVIT (SHORT FORM) WAS:
( √ check one only) ____ mailed, ____ telefaxed and mailed, or ____ hand delivered to the person(s) listed below on (date)_____, 200 4.

Party or their attorney if represented                          Other
Name_____              Name_____
Address_____             Address_____

City         State         Zip                  City         State         Zip
Telephone No._____              Telephone No._____
Telefax No._____              Telefax No._____

DATED:_____

_Anna Grace Mamone_ (signature)
Signature of party signing certificate and affidavit
Printed name _Anna Grace Mamone_
c/o Richard L. Rosenbaum, Esq.
350 E. Las Olas Blvd., #1700
Ft. Lauderdale, FL 33301
(954) 522-7007
(954) 52-7003 (fax)
Fla. Bar No: 394688

STATE OF FLORIDA
COUNTY OF (name) _Broward_

Sworn to (or affirmed) and subscribed before me on (date) _May 25_,
200 4 by (name) _Anna Grace Mamone_

_____
NOTARY PUBLIC—STATE OF FLORIDA
_Ruth Chaverra_
(Print, type, or stamp commissioned name of notary)

Ruth Chaverra
My Commission CC974890
Expires October 15, 200_

[ √ one only]

____ Personally known          √ Produced identification
Type of identification produced ___DL___

PERS-MLC 386259.1