UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN MAMONE,

       Defendant,
and

GRACE MAMONE,

       Third Party.
_____/



### NOTICE OF FILING

COMES NOW, the Third Party, Grace Mamone, by and through her undersigned counsel, and states as follows:

1. Amended Financial Affidavit of Grace Mamone

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **25th day of June, 2004**, to: AUSA Diana Fernandez and AUSA J. Brian McCormick, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394.

Respectfully Submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR GRACE MAMONE
350 EAST LAS OLAS BOULEVARD
SUITE 1700
FT. LAUDERDALE, FL 33301
PHONE NO : (954) 522-7007
FLA. BAR NO: 394688

BY _____
    RICHARD L. ROSENBAUM

1349R-00001 370817.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6309-CR-SEITZ**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN MAMONE,

       Defendant,

and

GRACE MAMONE,

       Third Party.
_____/

**AMENDED**
**FINANCIAL AFFIDAVIT**

STATE OF FLORIDA    )
COUNTY OF BROWARD  )

    BEFORE ME, this day personally appeared GRACE MAMONE, who being duly sworn, deposes and says that the following information is true and correct according to his/her best knowledge and belief:

EMPLOYMENT AND INCOME

| | |
|---|---|
| OCCUPATION: | Teacher's Aide |
| ADDRESS: | 1960 Augusta Terr, Coral Springs, Florida |
| SOC. SEC. # | 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 |
| DATE OF BIRTH: | 08/06/1960 |
| PAY PERIOD: | Bi-monthly |
| RATE OF PAY: | $8.00 |

If you are employed, but expecting soon to become unemployed or change jobs, describe the change you expect and why and how it will affect your income. If currently unemployed, describe your efforts to find employment, how soon you expect to be employed, and the pay you expect to receive.

1349R-00001 370811.1

**AVERAGE GROSS MONTHLY INCOME FROM EMPLOYMENT**

| | |
|---|---|
| Present gross income from employment | $724.00[1] |
| Bonuses, commissions, allowances, overtime, tips, and similar payment | None |
| Business income from sources such as self-employment, partnership, close corporations, and/or independent contracts (gross receipts minus ordinary and necessary expenses required to produce income) | None[2] |
| Disability benefits | |
| Workers' Compensation | |
| Unemployment Compensation | |
| Pension, retirement, or annuity payments | |
| Social Security benefits | |
| Spousal support received from previous marriage | |
| Interest and dividends | |
| Rental income (gross receipts minus ordinary and necessary expenses required to produce income) | |
| Income from royalties, trust, or estates | |
| Reimbursed expenses and in kind payments to the extent that they reduce personal living expenses | |
| Gains derived from dealing in property (not including nonrecurring gains) | |
| Itemize any other income of a recurring nature | 364.00 |
| **TOTAL MONTHLY INCOME** | **$1088.00** |

LESS MONTHLY DEDUCTIONS
See Appendix for how to figure out money amounts for anything that is NOT paid monthly. Attach more paper, if needed. Items included under "other" should be listed separately with separate dollar amounts.

| | |
|---|---|
| Federal, state, and local income taxes (corrected for filing status and actual number of withholding allowances) | *See attached pay stub.* $14,400[3] annual |
| FICA or self-employment tax (annualized) | *See attached pay stub* |
| Mandatory union dues | 10.75 |
| Mandatory retirement | |
| Health insurance payments | 20.00 |
| Court ordered support payments for the children actually paid | |

---

[1] Based upon financial difficulties, Grace Mamone presently receives support from the State of Florida.

[2] Monies owed from Cargo are not presently being paid. This mater is in litigation.

[3] Approximate

**AVERAGE MONTHLY EXPENSES**

HOUSEHOLD:
| | |
|---|---|
| Barber/beauty parlor | 70.00 |
| Cosmetics/toiletries | |
| Mtg. or rent payments (incl. taxes, ins., garbage removal & equity line) | 3471.19[4] |
| Gifts for special holidays | |
| Property taxes & insurance | included in mtg. |

Other expenses:

| | | | |
|---|---|---|---|
| Electricity | 450.00 | | $ |
| Water, garbage, & sewer | 55.80 | | |
| Telephone | 149.45 | INSURANCES: | |
| Fuel oil or natural gas | | | |
| Repairs and maintenance | | Health | |
| Lawn and pool care | 65.00 | Life | 100.00 |
| Pest control | | Other insurance | |
| Misc. household | | | |
| Cable | 64.00 | | |
| Food and household items | 800.00 | | |
| Meals outside home | | | |
| Assessment dues | 125.00 | | |
| Fla. Pre-Paid College | 86.00 | | |

Other:

AUTOMOBILE:              OTHER EXPENSES NOT LISTED ABOVE:

| | | | |
|---|---|---|---|
| Gasoline and oil  $ | 200.00 | | |
| Repairs | | Dry cleaning and laundry | 10.00 |
| Auto tags and license | 92.40 | Affiant's clothing | 20.00 |
| Insurance | 316.95 | Affiant's medical, dental, prescriptions | 10.00 |

Other:

Affiant's grooming

Affiant's gifts
Pets:
| | | | |
|---|---|---|---|
| Grooming | 10.00 | Veterinarian | |

---

[4]Not presently paying - Received foreclosure notice.

| CHILDREN'S EXPENSES: | | | |
|---|---|---|---|
| | | Membership dues | _____ |
| | | Professional dues | _____ |
| Nursery or babysitting | | | |
| | | Social dues | _____ |
| School tuition | _____ | Entertainment | _____ |
| School supplies | _____ | Vacations | _____ |
| Lunch money | _____ | Publications | _____ |
| Allowance | _____ | Religious organizations | _____ |
| Clothing | _____ | Charities | _____ |
| | | | |
| Medical, dental, prescriptions | 50.00 | Bank charges/ credit card fees | _____ |
| | | | |
| Vitamins | 5.00 | Miscellaneous | _____ |

**PAYMENTS TO CREDITORS - PERSONAL DEBTS:**

| TO WHOM: | BALANCE DUE | MONTHLY PAYMENTS: |
|---|---|---|
| Sam's Club | $ 517.19 | $ 69.00 |
| Express | 1,325.84 | 450.00 |
| Walmart | 384.10 | 31.00 |
| Disney | 196.10 | 40.00 |
| Target | 462.25 | 12.00 |
| Sears | 2431.67 | 146.00 |
| Brandsmart | 2072.51 | 233.00 |
| Capital One | 400.47 | 60.00 |
| Burdines | 108.46 | 5.00 |
| Macy's | 250.42 | 46.00 |
| Burdines | 186.00 | 45.00 |
| JCPenney | 273.00 | 15.00 |
| Home Depot | 209.00 | 30.00 |

**PAYMENTS TO CREDITORS - BUSINESS DEBTS:**

| TO WHOM: | BALANCE DUE | MONTHLY PAYMENTS: |
|---|---|---|
| Wells Fargo | $ 2675.17 | $ 317.00 |
| Citi Bank | 18,871.90 | 1933.72 |
| MBNA | 3399.10 | 354.00 |
| Discovery | 3582.82 | 150.00 |
| MBNA | 5610.62 | 432.00 |

**PAYMENTS TO CREDITORS - BUSINESS DEBTS (cont'd)**:

| TO WHOM: | BALANCE DUE | MONTHLY PAYMENTS: |
|---|---|---|
| MBNA | 3866.82 | 242.00 |
| Chase | 9317.11 | 557.00 |
| Direct Merchant | 4224.25 | 407.00 |

**ASSETS**

| Description | Value |
|---|---|
| Cash on hand | 100.00 |
| Cash in banks | 700.00 |
| Real estate: | |
|   Home: | 540,000.00 (approx. $40,000 in equity) |
| Automobiles: | |
|   1999 Plymouth Voyager | $3500 |
| Other personal property: | |
|   Contents of home | $15,000 |
|   Jewelry[5] | 4,000 |
|   Life ins./cash surrender value | |
| Other assets[6]: | Unknown |

**LIABILITIES**

| Creditor | Balance |
|---|---|
| Ford Motor | $7684.94 |
| Ford Motor | 9808.74 |
| Transport | 750,000.00 |
| Rosen | 123,000.00 plus interest, court costs & attorney's fees |

---

[5] Grace Mamone contests the Government's seizure of her personal jewelry to be used towards John Mamone's restitution obligation. The Government is presently in possession of Grace Mamone's jewelry and is in the process of having the same appraised.

[6] Grace Mamone is the beneficiary of the Mamone Family Trust. The Administrator of the trust is Leon Smith, Esq. Exact value unknown at this time.

1349R-00001 370811.1

_____
GRACE MAMONE

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me on June 24, 2004 by Grace Mamone.

_____
NOTARY PUBLIC—STATE OF FLORIDA

[Print, type, or stamp commissioned name of notary]

MARIE LORENCES-CRUZ
MY COMMISSION # DD 180340
EXPIRES: August 8, 2006
Bonded Thru Notary Public Underwriters

[ √ **one only**]

✓ Personally known          ___ Produced identification

Type of identification produced _____

349R-00001 370611