UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE,

    Defendant.
_____/

FILED by ___ D.C.
JUL 7 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE having come on for consideration upon the Third Party, Grace Mamone's, Motion to Return Property (to wit: a lady's Presidential Rolex with a diamond dial; a diamond and platinum ring; and 2 ½ carat diamond hoop earrings) and the Court having being fully advised in the premises, it is ordered and adjudged that said Motion be and the same is hereby _Denied. The funds earned from the sale of this jewelry by the government shall be applied towards the payment of the restitution ordered 8/2/2002._

DONE AND ORDERED in Chambers, ~~Fort Lauderdale, Broward County~~ Miami, Florida this 6th day of July, 2004.

                              PATRICIA A. SEITZ

cc:    AUSA Brian McCormick, Office of the U.S. Attorney
        AUSA Diana Fornandez, Office of the U.S. Attorney
        Richard L. Rosenbaum, Esq.

1349R-00001 370625 1