UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by _____ D.C.
JUL 7 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AGREED ORDER CONCERNING RESTITUTION PAYMENTS

This matter came before the Court on May 5, 2004, for hearing on Grace Mamone's Motion to Vacate and/or Abate Restitution Payments. The Court heard the testimony of a witness and argument of counsel. The Court finds that Cargo Transportation is not paying Grace Mamone any monies under the terms of Grace Mamone's contract with Cargo Transportation. Therefore, it is

ORDERED that Grace Mamone's restitution payments are hereby ABATED until further order of the Court.

Further, with regard to specified jewelry turned over by Grace Mamone, presently in the custody and control of the Government, Grace Mamone was permitted ten (10) days in which to file a pleading addressing the issue of whether the jewelry should be sold to be applied toward the restitution Judgment. On May 18, 2004, she filed this motion. The Government was also granted permission to have the jewelry inventoried and appraised, which apparently it has done.

DONE AND ORDERED in Miami, Florida this 7th day of July, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Richard L. Rosenbaum, Esq.

