Unsealed 7/27/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Sealed

FILED
JUL 27 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

United States of America,
          Plaintiff,

vs.                                    Criminal No.: 00-06309-CR-PAS

                                       UNDER SEAL

John Mamone,
          Defendant.

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW John Mamone, Defendant in the above-styled criminal matter, and hereby moves this Court to appoint to him adequately qualified private legal counsel to represent him in this matter.

Defendant's time for seeking relief in this matter by way of a motion under 28 U.S.C. §2255 runs on January 23, 2005. Defendant believes he is entitled to a reduction in his sentence because his sentence was enhanced improperly, and that there is a viable issue of ineffective assistance of counsel. Defendant therefore respectfully moves this Court to grant him counsel to prepare and present his §2255 motion to this Court.

Defendant is currently represented in another matter by the Office of the Federal Public Defender. Defendant's counsel

at the Public Defender's Office has stated that the Public Defender's Office believes that a §2255 motion would not be in Defendant's best interest and so has chosen not to seek to represent him in such a §2255 proceeding. Defendant respects counsel's opinion; however, he disagrees with counsel's reasoning. Having said that, the Court is respectfully advised that the Office of the Public Defender would likely seek not to represent Defendant in a §2255 proceeding if the Court were to make an appointment from that office. In consideration of these circumstances, Defendant therefore respectfully asks the Court to appoint for him counsel under the Criminal Justice Act for purposes of a §2255 motion in this case. Defendant has twice before been declared indigent -- and those circumstances have not changed.

Respectfully submitted this 22 day of July, 2004.

By: _____, pro se
John Mamone (#07803-062), pro se
Defendant-Movant
Post Office Box 8000
Marianna, FL 32447-8000
Tel.: None

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that a true and accurate copy of the foregoing DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL was served, via prepaid first-class U.S. Mail, upon

    J. Brian McCormick, Esq.
    United States Attorney
    299 East Broward Blvd.
    Ft. Lauderdale, Fl. 33301

by me on this _22_ day of _July_____, 2004.


By: _____/s/ John_____, PRO SE
    John Mamone (#07803-062), pro se
    Defendant-Movant
    Post Office Box 8000
    Marianna, FL 32447-8000

    Tel.: None

(vdkttext)

```
                         Case Selection
Dkt type: cr   Case Number: 00 6309      Division: 0   FtLauderdale
Title :  USA                      .V.  Paffa



Filed       Entry Date   Last Update   History ID    Docketed by
7/27/04      7/27/04      **/**/**      6365542        ct

    SEALED DOCUMENT



  Viewing docket text
Transaction: kscrl doc  /  /

Command mode (? for commands).
```

Attached to D.E. # 1548