UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by _____ D.C.
JUL 2 8 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

This matter came before the Court on Defendant's *pro se* Sealed Motion for Appointment of Counsel for the purpose of filing a 2255 Petition. Defendant is not entitled to appointment of counsel for the purpose of filing a petition pursuant to 28 U.S.C. § 2255. Therefore, it is

**ORDERED that Defendant's Motion is DENIED.**

DONE AND ORDERED in Miami, Florida this 28th day of July, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
John Mamone, Reg. No. 07803-062, FCI Marianna, P. O. Box 8000, Marianna, FL 32447-8000

