# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

~~Sealed~~

CASE NO. _00-6309 CR PAS._

U.S.A
_____

**Plaintiff,**

vs.

John Marione

**Defendant.**

Unsealed 7/27/04

FILED by INTAKE ____ D.C.

JUL 27 2004

CLARENCE E. MADDOX
S. DIST CT
MIAMI

## ORDER RE: SEALED FILING

*Party Filing Matter Under Seal*    Name: John Marione #07803-062

Address: P.O. Box 8000

Telephone: Marianna, Fl. 32447-8000

On behalf of (select one):    ☐ Plaintiff    ☑ Defendant

Date sealed document filed: _7/27/04_

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number:

The matter will remain sealed until:

☐ Conclusion of Trial    ☐ Arrest of First Defendant

☐ Case Closing    ☐ Conclusion of Direct Appeal

☐ Other _____

☐ Permanently.  Specify the authorizing law, rule, court order:

_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed **and placed in the public portion of the court file**    ☐ Destroyed
☐ Returned to the party or counsel for the party, as identified above

It is **ORDERED** and **ADJUDGED** that the proposed sealed document is hereby:

☐ Sealed    ☑ NOT Sealed    ☐ Other _____

The matter may be unsealed after: _PAS_

☐ Conclusion of Trial    ☐ Arrest of First Defendant    ☐ Remain Sealed

☐ Case Closing    ☐ Conclusion of Direct Appeal    ☐ Other

**DONE** and **ORDERED** at _Miami_ , Florida this _27th_ day of _July_ , 2004 .

_Patricia A. Seitz_
**United States District Judge**

This document has been disposed of in the following manner _____

by _____ on _____

1550
HH