1

FILED by _____ D.C.
APPEALS
FEB 24 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA						Case No. 00-6309-CR-PAS

v.										MIAMI, FLORIDA
										April 27, 2005
										VOLUME I

										PAGE 1 TO 33

JEFFREY BASS

FINAL REVOCATION HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    MICHAEL J. DITTO, ESQ.
    Assistant United States Attorney
    99 N.E. 4th Street
    Miami, FL  33132

FOR THE DEFENDANT:

    MICHAEL S. TARRE, ESQ.
    Suite 3700 - 1 biscayne tower
    2 South Biscayne Boulevard
    Miami, FL  33131-1806

REPORTED BY:

    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).