SEALED
Unsealed 8/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2006 AUG -4 PM 3:11

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE,

    Defendant.

Case No. 00-6309-CR-SEITZ
File Under Seal

## MOTION FOR APPOINTMENT OF COUNSEL FOR THE PURPOSE OF AMENDING AND/OR MODIFYING THE RESTITUTION ORDER AND/OR FOR RESENTENCING

HERE COMES, JOHN MAMONE, pro-se defendant, respectfully requests this Honorable Court to appoint counsel for the purpose of amending and/or modifying the Restitution Order and/or for resentencing.

Defendant has filed a Motion to Amend and/or Modify the Restitution Order and Incorporated Memorandum of Law.

Defendant has twice before been declared indigent and those circumstances have not changed. In consideration of these circumstances, defendant respectfully asks the Court to appoint counsel under the Criminal Justice Act.

I declare under perjury that the above information is true and correct.

Respectfully submitted this _1_ day of _August_, 2006.

By: _/s/ John Mamone, pro-se_
John Mamone 07803-062, pro-se
IMS/BOP
320 First Street, N.W.
Room 524
Washington, D.C. 20534

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and forgoing motion has been forwarded by first class mail to:

AUSA J. Brian McCormick
United States Attorney Office
Southern District of Florida
500 E. Broward Blvd.
Suite 700
Ft. Lauderdale, Fl. 33394

Respectfully submitted this __1__ day of __August__, 2006.

By: _____
John Mamone 07803-062, pro-se
IMS/BOP
320 First Street, N.W.
Room 524
Washington, D.C. 20534

```
[docket  ]                    CIVIL/CRIMINAL                    [vdkttext]
4. Queries                      Docketing


 Docket #    : 0:00-cr-6309                                           BLG
 Short Title: USA              v. Raffa              CLOSED
 Type: cr         Judge: Seitz            Magistrate:
 ---------------------------------------------------------------------------


 ---------------------------------------------------------------------------
            Summary of Event that Created the Document

 Filed     Entry Date  Last Update         History ID     Docketed by
 8/4/06     8/7/06     **/**/**             7407283          dg
       +---------------------------------------------------------+
        SEALED DOCUMENT




       +viewing docket text--------------------------------------+
 Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 1599