UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,

_____/



## ORDER UNSEALING DOCKET ENTRIES

This matter came before the Court on the Sealed Motions of Defendant Mamone to Amend and/or Modify Restitution and Appoint Counsel [DE 1599 and 1600]. There is no legal basis to seal these motions. Therefore, it is

ORDERED that the Clerk of Court is directed to unseal DE 1599 and 1600.

DONE AND ORDERED in Miami, Florida, this 14th day of August, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Patrick A. White
Brian McCormick, AUSA
John Mamone, #07803-062, IMS/BOP, 320 First Street, N.W., Room 524, Washington, DC 20534