UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/



### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Chris M. McAliley to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Motion to Amend and/or Modify Restitution Order and Motion to Appoint Counsel.

DONE AND ORDERED in Miami, Florida, this 16th day of August, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Chris M. McAliley
Brian McCormick, AUSA
John Mamone, #07803-062, IMS/BOP, 320 First Street, N.W., Room 524, Washington, DC 20534

