UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

FILED by ___ D.C.
AUG 1 7 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

## ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE

The Order of Reference to Magistrate Judge Patrick A. White entered August 14, 2006, is hereby VACATED.

DONE AND ORDERED in Miami, Florida, this 17th day of August, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Patrick A. White
Brian McCormick, AUSA
John Mamone, #07803-062, IMS/BOP, 320 First Street, N.W., Room 524, Washington, DC 20534