```
John Mamone 07803-062
Inmate Monitoring Section
Bureau of Prisons
320 First Street, N.W.
Room 524
Washington, D.C. 20534
```

By First Class Mail                     August 14, 2006

Clerk's Office
United States District Court
Southern District of Florida
310 N. Miami Ave., Room 150
Miami, Fl. 33128-7788



    Re: Case No. 00-6309-CR-Seitz
        Case No. 04-60006-CR-Cohn
        Case No. 05-60119-CIV-Seitz/Macaliley

Dear Clerk,

    Thank you very much for providing me with copies of the docket sheets from the above referenced cases. I would appreciate it if you could provide me additional information.

    I am requesting the docket sheets on Case No. 00-6309-CR-Seitz from January 21, 2003 to December 28, 2004. I also need copies of the docket sheets on Case No. 04-60006-CR-Cohn from January 13, 2004 until January 3, 2006.

    Further, Case No. 05-60019-CIV-Seitz/Macaliley, D.E. 7 and 13 show mail returned as undeliverable as to John A. Mamone. Can you please send me copies of these two docket entries to the above address and please change your files so all my correspondence will go to the same address.

    I thank you in advance for your cooperation in this matter.

                                      Respectfully yours,

                                      *[signature]*

JAM/Def