John Mamone 07803-062
Inmate Monitoring Section
Bureau of Prisons
320 First Street, N.W.
Room 524
Washington, D.C. 20534

By First Class Mail                August 30, 2006

Clerk's Office
United States District Court
Southern District of Florida
310 N. Miami Ave., Room 150
Miami, Fl. 33128-7788

        Re:   Case No. 00-6309-CR-Seitz
                Case No. 05-60119-CIV-Seitz/Macaliley
                Case No. 04-60006-CR-Cohn
                Case NO. 06-60006-CIV-Cohn/White

Dear Clerk,

    I am requesting you to correct the files of the above referenced cases to change my address as shown above.

    I am presently in the Witness Protection Program and my location cannot be disclosed. This would result in a breach of my security.

    When I received the docket sheets for Case No. 00-6309-CR-Seitz it showed my previous location in a protective custody unit in Marianna, Fl. That resulted in my removal from that location. Please correct this problem in order to protect my security.

    I thank you in advance for your cooperation in this matter.

Respectfully yours,

*(signed) John*

JAM/Def

cc: Robert N. Berube, Esq.
    Richard L. Rosenbaum, Esq.
    AUSA Brian McCormick
    AUSA Michael Dittoe
    Judge Seitz/Magistrate Macaliley
    Judge Cohn/Magistrate White

JAM 07803-062
P.O. Box 379
Fairton, N.J. 08320