UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

## ORDER REQUIRING RESPONSE FROM GOVERNMENT

This matter came before the Court on the Request of Defendant Mamone for Order for the Government to Assist the Defendant with Recovery of Money Held in the Bahamas [DE 1608]. Therefore, it is

ORDERED that the Government shall file a response to the request on or before **January 5, 2007**.

DONE AND ORDERED in Miami, Florida, this 14 day of December, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
John Mamone, #07803-062, IMS/BOP, 320 First Street, N.W., Room 524, Washington, DC 20534