UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

## ORDER UNSEALING DOCKET ENTRIES

This matter came before the Court on the Sealed Request of Defendant Mamone for Order for the Government to Assist the Defendant with Recovery of Money Held in the Bahamas [DE 1608]. There is no legal basis to seal this document. Therefore, it is

ORDERED that the Clerk of Court is directed to unseal DE 1608.

DONE AND ORDERED in Miami, Florida, this 28th day of December, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
John Mamone, #07803-062, IMS/BOP, 320 First Street, N.W., Room 524, Washington, DC 20534