~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE

NOV 27 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,   X
                            X
          PLAINTIFF,        X
                            X
V.                          X          Case No. 00-6309-Cr-Seitz
                            X          File under seal
JOHN MAMONE,                X
                            X
          DEFENDANT.        X
_____X

REQUEST FOR AN ORDER FOR THE GOVERNMENT TO ASSIST
THE DEFENDANT WITH RECOVERY OF
THE MONEY HELD IN THE BAHAMAS

    COMES NOW, JOHN MAMONE, pro-se defendant, respectfully requests this Honorable Court to Order the Government to assist the defendant with the recovery of the money held in the Bahamas and as grounds in support thereof states as follows:

    On December 2, 2002 a Judgement of Restitution was entered as to the defendant(D.E. 1210). As part of the Judgement the defendant was Ordered to assist the Government with recovery of the money held in the Bahamas which shall be applied to restitution.

    The defendant complied with the Order by providing the Government with all the necessary documents in order to recover these funds in the Bahamas. The defendant explained that a portion of these funds belonged to his wife and provided the Government with proof that these funds were legitimate.

    The defendant maintains that all the funds in the Bahamas were legitimate but still offered to use his portion of the money to pay towards his restitution.



The Government simply made one phone call to the attorney in the Bahamas and told him that they have an interest in these funds. This call was made almost 4 years ago. Since that time the defendant, his wife and her attorney Richard L. Rosenbaum, Esq. have made numerous attempts to try and recover these funds. The attorney in the Bahamas is not willing to surrender these funds in fear that The United States Government will prosecute him because of the phone call they made to him and their claim on these funds.

The Government has done nothing to try and recover these funds in the Bahamas. All the Government did was to hinder the defendant and his wife from recovering any money that belongs to the victims and defendant's wife. The Government is not interested in recovering any money for the victims, they are only interested in punishing the defendant and his family.

On August 1, 2006 the defendant filed a motion to Amend and/or Modify Restitution.(D.E.1599). On August 14, 2006 this matter was referred to Magistrate Judge Patrick A. White and is still pending in this Court. Until this motion is answered by the Court the defendant will not have an accurate amount of restitution that he will be responsible to pay.

The defendant is more than willing to pay restitution to his Court Ordered Victims from his portion of the funds in the Bahamas.. The defendant's wife would request that her funds not be used to pay the defendants restitution and will furnish the Court upon request with all the necessary documents to show that

these funds are legitimate and belong to her and her children. The Government has a copy of these documents.

The defendant and his wife desperately needs the Court's help to recover these funds by Ordering the government to assist. The defendant is willing to put all the recovered funds in the Court's registry or in his wife's attorney's trust account until the Court makes a determination as to how the funds are to be distributed. Nobody wins at this rate if nothing is ever recovered.

Wherefore , based on the foregoing statements the defendant respectfully requests from this Honorable Court to Order the Government to assist with recovery of the money held in the Bahamas.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

Respectfully submitted this *16* day of *November*, 2006.

By: _____
John Mamone 07802-062, pro-se
Inmate Monitoring Section
Bureau of Prisons
320 first Street, N.W.
Room 524
Washington, D.C. 20534-0002

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing motion has been forwarded first class mail to:

AUSA J.Brian McCormick
United States Attorney Office
Southern District of Florida
500 E. Broward Blvd.
Suite 700
Ft. Lauderdale, Fl. 33394

Respectfully submitted this *16* day of *November*, 2006.

By: _____
John Mamone 07803-062, pro-se
Inmate Monitoring Section
Bureau of Prisons
320 First Street, N.W.
Room 524
Washington, D.C. 20534-0002

-4-