UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

### ORDER DENYING MOTION FOR GOVERNMENT TO ASSIST

This matter came before the Court on Defendant's Request for an Order for the Government to Assist the Defendant with Recovery of Money Held in the Bahamas [DE 1613]. The Court has considered the Defendant's Request and the Government's Response. For the reasons set forth in the Government's Response, it is

ORDERED that the Defendant's Request is DENIED.

DONE AND ORDERED in Miami, Florida, this 9th day of January, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record