UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE,

    Defendant.
_____/



FILED by ___ D.C.
INTAKE
JAN 25 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE
GOVERNMENT'S MOTION TO STRIKE PLEADING AND RESPONSE
IN OPPOSITION TO DEFENDANT JOHN MAMONE'S MOTION
FOR AN ORDER TO ASSIST

COMES NOW, JOHN MAMONE, pro-se defendant in the above referenced matter, respectfully request this Honorable Court for An Extension of Time to Respond to the Government's Motion to Strike Pleading and Response in Opposition to defendant John Mamone's Motion For an Order to Assist for the reasons set forth below.

On or about November 16, 2006, the defendant filed a pro-se Motion For an Order For the Government to Assist the Defendant With Recovery of the Money Held in the Bahamas.

On December 14, 2006, the Court entered an Order Requiring Response From the Government on or before January 4, 2007.

On January 16, 2007 the defendant received a copy of the Government's Motion to Strike Pleading and Response in Opposition

to Defendant John Mamone's Motion For an Order to Assist.

SEE EXHIBIT A

The defendant has not received any correspondence from Richard L. Rosenbaum, pertaining to the Government's Response. Mr. Rosenbaum was served a copy of this Motion by the Government on January 4, 2007. Mr. Rosenbaum has failed to send a copy of this Motion to the defendant. Mr. Rosenbaum does not have to send the defendant's mail through Washington, D.C. which would avoid the two week delay in the defendant receiving his mail.

The defendant finds it quite disturbing and very unethical that Mr. Rosenbaum would make any derogatory statements to the government about the merits of the motion without consulting with the defendant. The defendant has a good mind to report this action to the Florida Bar Association.

May I remind the Court that Mr. Rosenbaum had to be Ordered by Magistrate Judge McAliley to continue as counsel for the defendant's 2255 Petition only after the defendant filed a Motion pro-se. Mr. Rosenbaum kept insisting he was done representing the defendant.

The defendant is requesting an extension of time in order to confer with attorney Richard l. Rosenbaum, who has repeatedly

---

[1] Defendant does not receive legal mail directly unless it is sent by his attorney. All other legal correspondence goes to Washington, D.C. and it usually takes about two weeks for the defendant to receive it.

represented to the defendant that he does not represent him in the matter of restitution. Additionally Mr. Rosenbaum advised the defendant that the restitution could not be addressed on collateral review pursuant to Title 18 Section 2255 and this needed to be addressed alone which led the defendant to file a Motion to Amend and/or Modify restitution Order and Incorporated Memorandum of Law (D.E. 1599 and 1600).

On August 16, 2006 Judge Seitz referred this Motion to Magistrate Judge McAliley (D.E. 1604). This matter is still pending in ths Court. The government never objected to this Motion being filed pro-se.

The defendant upon receiving the Government's Response in Opposition to Defendant John Mamone's Motion for an Order to Assist tried to contact attorney Richard L. Rosenbaum. Mr. Rosenbaum's secretary told the defendant that Mr. Rosenbaum was on trial and wouldn't be available until January 23, 2007.

Wherefore the defendant respectfully request that his Motion for an Extension of Time be granted in order to confer with attorney Richard L. Rosenbaum to establish once and for all whether in fact Mr. Rosenbaum represents the defendant on the restitution issues as the government alleges in their response and how the defendant should proceed at this juncture.

Respectfully submitted this 16 day of January, 2007.

By: _____ Pro se
John Mamone 07803-062, pro-se
Inmate Monitoring Section
Bureau of Prisons
320 First Street
Room 524
Washington, D.C. 20534

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion has been sent by first class mail to:

Richard L. Rosenbaum, Esq.  
350 E. Las Olas Blvd.  
Suite 1700 Las Olas Centre  
Ft. Lauderdale, Fl. 33301

AUSA J. Brian McCormick  
United States Attorney office  
500 E. Broward Blvd.  
Suite 700  
Ft. Lauderdale, Fl. 33394

Respectfully submitted this 16 day of January, 2007.

By: _____  
John Mamone 07803-062, pro-se  
Inmate Monitoring Section  
Bureau of Prisons  
320 First Street, N.W.  
Room 524  
Washington, D.C. 20534

-4-

**U.S. Department of Justice**

United States Attorney
Southern District of Florida
500 E. Broward Blvd, Suite 700
Ft. Lauderdale, FL 33394

Official Business
Penalty for Private Use $300

Rec'd 1/16/07

LEGAL CORRESPONDENCE
OPENED IN PRESENCE OF INMATE

DATE RECEIVED  1/16/07
TIME RECEIVED  2:00pm
DATE DELIVERED  1/16/07
TIME DELIVERED  9:15 am
DELIVERED BY  [signature]

John Mamone #07803-062
IMS/BOP
320 First St., N.W. Room 524
Washington, D.C. 20534



02 1A
000420
MAILED

EXHIBIT A