UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter came before the Court on Defendant's *pro se* Motion for Extension of Time to Respond to Government's Motion to Strike Pleading, etc. [DE 1614]. The Court has denied Defendant's Motion for which he seeks an extension to file his reply. Therefore, it is

ORDERED that the Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 2nd day of February, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record/Pro Se Parties