UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/McALILEY

UNITED STATES OF AMERICA,

v.

JOHN MAMONE,
_____/

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Chris M. McAliley to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant Mamone's *pro se* Request for Leave to File Belated Appeal and for Appointment of Counsel [DE 1616].

**IT IS FURTHER ORDERED that counsel must provide copies to JUDGE MCALILEY of all subsequent pleadings or documents filed relating to all matters referred.**

DONE AND ORDERED in Miami, Florida, this 13th day of March, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Chris M. McAliley
Counsel of Record