UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



United States of America,  X
             X
     Plaintiff,   X
             X
v.           X        Case No. 00-6309-CR-SEITZ
             X
John Mamone,      X
             X
     Defendant.   X
_____X

"NOTIFICATION OF NINETY DAYS EXPIRING"

COMES NOW, John Mamone, pro-se defendant in the above styled criminal case, respectfully notifies this Honorable Court pursuant to Local Rule 7.1.B.3, "Notification of Ninety Days Expiring" and as grounds in support thereof states as follows:

1. On August 1, 2006 the defendant submitted; (a) Motion to Amend and/or Modify Restitution Order and Incorporated Memorandum of Law; and (b) Motion for Appointment of Counsel for the Purpose of Amending and/or Modifying the Restitution Order and/or for Resentencing. [DE 1599 and 1600].

2. On August 14, 2006 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Patrick A. White to take all necessary and proper action as required by law and/or submit a Report and Recommendation to this Court regarding Motion to Amend and/or Modify Restitution Order and Motion to appoint Counsel. [DE 1602]

3. On August 16, 2006 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Chris McAliley to take all necessary and proper action as required by law and/or submit a Report and Recommendation to this Court regarding Motion to Amend and/or Modify Restitution Order and Motion to Appoint Counsel. [DE 1604].

4. On February 21, 2007 the defendant submitted Affirmation of John Mamone Requesting Leave to File Belated Appeal to the Eleventh Circuit Court of Appeals Due to Ineffective Assistance of Counsel and Request for Appointment of Counsel for the Purpose of Appeal. [DE 1616].

5. On March 13, 2007 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant Mamone's pro se Request for Leave to File Belated Appeal and for Appointment of Counsel. [DE 1617].

Wherefore, the defendant respectfully requests that this Honorable Court set a date for a hearing on Defendant's Motion to Amend and/or Modify Restitution Order and Motion to Appoint Counsel and/or grant defendant's Request for Leave to File Belated Appeal and for appointment of Counsel.

I hereby declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief pursuant to 28 U.S.C. § 1746.

Respectfully submitted this 15 day of June, 2007.

By: _____ pro-se
John Mamone 07803-062 pro-se
Inmate Monitoring Section/ Bureau of Prisons
320 First Street, N.W., Room 524
Washington, D.C. 20534

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and within "Notification of Ninety Days Expiring" has been forwarded by first class mail to:

AUSA Brian Mccormick
Office of the United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Fl. 33394

Michael B. Cohen, P.A.
Attorney at Law
Pinnacle Corporate Park
500 W. Cypress Creek Road
Suite 300
Ft. Lauderdale, Fl. 33309

Richard L. Rosenbaum, Esq.
Arnsten & Lehr LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, Fl. 33301

Respectfully submitted this _15_ day of _June_, 2007.

By: _____
John Mamone 07803-062 pro-se
Inmate Monitoring Section
Bureau of Prisons
320 First Street, N.W.
Room 524
Washington, D.C. 20534