UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE

AUG 1 0 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

United States of America,  X
                           X
          Plaintiff,       X
                           X
v.                         X       Case No. 00-6309-CR-SEITZ
                           X
John Mamone,               X
                           X
          Defendant.       X
_____X

"NOTIFICATION OF NINETY DAYS EXPIRING"

COMES NOW, John Mamone, pro-se defendant in the above styled criminal case, respectfully notifies this Honorable Court pursuant to Local Rule 7.1.B.3, "Notification of Ninety Days Expiring" and as grounds in support thereof states as follows:

1. On August 1, 2006 the defendant submitted; (a) Motion to Amend and/or Modify Restitution Order and Incorporated Memorandum of Law; and (b) Motion for Appointment of Counsel for the Purpose of Amending and/or Modifying the Restitution Order and/or for Resentencing. [DE 1599 and 1600].

2. On August 14, 2006 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Patrick A. White to take all necessary and proper action as required by law and/or submit a Report and Recommendation to this Court regarding Motion to Amend and/or Modify Restitution Order and Motion to appoint Counsel. [DE 1602]

3. On August 16, 2006 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Chris McAliley to take all necessary and proper action as required by law and/or submit a Report and Recommendation to this Court regarding Motion to Amend and/or Modify Restitution Order and Motion to Appoint Counsel. [DE 1604].

4. On February 21, 2007 the defendant submitted Affirmation of John Mamone Requesting Leave to File Belated Appeal to the Eleventh Circuit Court of Appeals Due to Ineffective Assistance of Counsel and Request for Appointment of Counsel for the Purpose of Appeal. [DE 1616].

5. On March 13, 2007 United States District Judge Seitz issued an Order of Reference to Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant Mamone's pro se Request for Leave to File Belated Appeal and for Appointment of Counsel. [DE 1617].

Wherefore, the defendant respectfully requests that this Honorable Court set a date for a hearing on Defendant's Motion to Amend and/or Modify Restitution Order and Motion to Appoint Counsel and/or grant defendant's Request for Leave to File Belated Appeal and for appointment of Counsel.

I hereby declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief pursuant to 28 U.S.C. § 1746.

Respectfully submitted this 15 day of June, 2007.

By: _____ pro-se
John Mamone 07803-062 pro-se
Inmate Monitoring Section/ Bureau of Prisons
320 First Street, N.W., Room 524
Washington, D.C. 20534

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and within "Notification of Ninety Days Expiring" has been forwarded by first class mail to:

AUSA Brian Mccormick
Office of the United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Fl. 33394

Michael B. Cohen, P.A.
Attorney at Law
Pinnacle Corporate Park
500 W. Cypress Creek Road
Suite 300
Ft. Lauderdale, Fl. 33309

Richard L. Rosenbaum, Esq.
Arnsten & Lehr LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, Fl. 33301

Respectfully submitted this 15 day of June, 2007.

By: _____ pro-se
John Mamone 07803-062 pro-se
Inmate Monitoring Section
Bureau of Prisons
320 First Street, N.W.
Room 524
Washington, D.C. 20534

Mamone

**Rosenbaum, Richard L.**

**From:** cmecfautosender@flsd.uscourts.gov
**Sent:** Monday, June 25, 2007 3:21 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 0:00-cr-06309-PAS USA v. Raffa, et al "Notification of Ninety Days Expiring"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was received from pa entered on 6/25/2007 at 3:20 PM EDT and filed on 6/22/2007
**Case Name:** USA v. Raffa, et al
**Case Number:** 0:00-cr-6309
**Filer:**
**Document Number:** 1623

**Docket Text:**
Notification of Ninety Days Expiring re [1600] Motion to Amend/Correct filed by John Mamone, [1599] Motion to Appoint Counsel filed by John Mamone, (pa)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=6/25/2007] [FileNumber=4128187-0
] [865345ca1485d84abe06621c170d45ffcfff1f23b512f02a5b99574a859c75428c5c
342626d52ee61621303cbeac40f18a466c9a46ff883f40cff295e734721e8]]

**0:00-cr-6309-2 Notice will be electronically mailed to:**

Jeanne Baker    jbakerECF@fourdefenders.com, jamforjb@yahoo.com; jamforjbECF@fourdefenders.com; jmcgilleyw@yahoo.com

William H. Beckerleg , Jr    william.h.beckerleg@usdoj.gov, mabel.trujillo@usdoj.gov; raina.rollins@usdoj.gov

James Scott Benjamin    sexlaw@bellsouth.net

Robert Norman Berube    Robert_Berube@FD.org

6/25/2007

```
                                    John Mamone 07803-062
                                    Inmate Monitoring Section
                                    Bureau of Prisons
                                    320 First Street, NW
                                    Room 524
                                    Washington, D.C. 20534
```

<u>By First Class Mail</u>                     August 3, 2007

Clerk's Office
United States District Court
Southern District of Florida
301 N. Miami Ave., Room 150
Miami, Fl. 33128-7788

              RE: "<u>NOTIFICATION OF NINETY DAYS EXPIRING</u>"
                   <u>CASE NO. 00-6309-CR-SEITZ</u>

Dear Clerk,

   I have recently received a copy of the Docket Sheet for the above referenced Motion [1623]. In reviewing the Docket Text I only see the Notification of Ninety Days Expiring re [1600] Motion to Amend/Correct filed by John Mamone [1599] Motion to Appoint Counsel filed by John Mamone, (pa).The Docket Text failed to include [1616] Belated Appeal Due to Ineffective Assistance of Counsel and [1617] Motion to Appoint counsel to File Belated Appeal.

   Please correct the Docket Text to include both of these omitted motions in the "NOTIFICATION OF NINETY DAYS EXPIRING". For your convenience I have enclosed another copy of the Motion [1623] and the first page of the Docket Sheet. I would appreciate you sending me a copy of the Docket Sheet with these corrections.

   For the reasons set forth, I thank you for your cooperation in this matter.

                                    Sincerely yours,

                                    [signature]

JAM/Def
W/Encl.