UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHN MAMONE,
    Defendant.
                             /

**TRIAL COUNSEL'S MOTION TO DISCLOSE PRE-SENTENCE
INVESTIGATION REPORT, PURSUANT TO LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, LOCAL RULE 88.8**

Undersigned counsel, files this Motion to Disclose Pre-Sentence Investigation Report, Pursuant to the Local Rules of the United States District Court for the Southern District of Florida, Local Rule 88.8, states;

Undersigned counsel represented Defendant John Mamone in the matter of *United States v. John Mamone*, 04-60006-Cr-Cohn. This was the second indictment filed against Defendant Mamone in the Southern District of Florida. The first indictment was *United States v. John Mamone*, 00-6309-Cr-Seitz, in this cause Defendant Mamone was represented by private counsel, David B. Rothman.

Undersigned counsel was notified by The Florida Bar that Defendant Mamone recently filed a Bar grievance against trial counsel alleging unethical behavior. In order to properly respond to the Defendant's allegations of unethical conduct it is imperative that the Pre-Sentence Investigation

Report which was prepared by the United States Probation Department in each case be disclosed to the Florida Bar.

The Pre-Sentence Investigation Reports accurately document the separate and distinct criminal activities of Defendant Mamone and their disclosure will assist The Florida Bar in resolving the unfounded allegations filed by Defendant Mamone.

WHEREFORE, Undersigned Counsel, is requesting permission to disclose to The Florida Bar the Pre-Sentence Investigation Report in the case specified above in accordance with the Local Rules of the United States District Court for the Southern District of Florida, Rule 88.8.

        Respectfully submitted,
        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By:   s/Robert N. Berube
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 304247
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301
        Tel: 954-356-7436
        Fax: 954-356-7556
        E-Mail: Robert_Berube@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Robert N. Berube

**SERVICE LIST**

United States v. John Mamone
Case No. 00-6309-Cr-Seitz
United States District Court
Southern District of Florida

Brian McCormick
United States Attorney's Office
500 East Broward Blvd, Seventh Floor
Fort Lauderdale, FL 33394
Tel: 954-356-7255
Fax: 954-356-7336
Attorney for Government
Electronic Notice Transmission