UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNTIED STATES OF AMERICA,
    Plaintiff,

v.

JOHN MAMONE,
    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on trial counsel's motion to disclose pre-sentence investigation reports, pursuant to Local Rules of the United States District Count for the Southern District of Florida, Local Rule 88.8 and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is hereby **GRANTED**. The pre-sentence investigation report in *United States v. John Mamone*, case number 00-6309-Cr-Seitz, shall be made available to The Florida Bar.

DONE AND ORDERED on this 6th day of February, 2008, in chambers, at Miami, Florida.

                                                _____
                                                United States District Court Judge

cc:    All counsel of Record